IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                                                   **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO.: 2023-0068**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                     **DEFENDANTS**

**PLAINTIFF'S RESPONSES TO NAVIENT CORPORATION'S**
**FIRST SET OF REQUESTS FOR ADMISSIONS**

Pursuant to Miss. R. Civ. P. 36(a), Plaintiff Jamerial Benson responds to Navient Corporation's First Set of Requests for Admissions as follows:

**REQUEST NO. 1:** Admit that you are not seeking damages exceeding $75,000, exclusive of interests and costs, in this case.

**RESPONSE**: Denied.

**REQUEST NO. 2:** If you denied Request for Admission No. 1, admit that you will ask a judge or jury for damages in excess of $75,000.

**RESPONSE**: Admitted.

**REQUEST NO. 3:** If you denied Request for Admission No. 1, admit that you will not accept a total sum greater than $75,000 for any damages, even if awarded by a jury.

**RESPONSE:** Denied.

**REQUEST NO. 4:** If you denied Request for Admission No. 1, admit that if awarded a total sum greater than $75,000 by a judge or jury, you will not execute on any portion of the judgment that exceeds $75,000.

**RESPONSE:** Denied.



**REQUEST NO. 5:** If you denied Request for Admission No. 1, admit that in the event of a verdict of greater than $75,000, you and your attorneys agree that any such judgment will be satisfied and canceled upon payment of $75,000.

**RESPONSE**: Denied.

**REQUEST NO. 6:** If you denied Request for Admission No. 1, admit that you will never seek to amend your Complaint to seek a total amount above $75,000.

**RESPONSE**: Denied.

Submitted this the 4th day of August, 2023.

/s/ *Lindsey O. Watson*
Lindsey O. Watson (MS Bar # 103329)
Charles R. Wilbanks, Jr. (MS Bar #7193)
WILBANKS & DOWD, PLLC
108 West Leake Street
Clinton, Mississippi 39056
Telephone No.: (601) 952-3600
Fax No.: (601) 952-3601
Email:  lindsey@wilbanksdowd.com
chip@wilbanksdowd.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date, electronically filed a notice of service of the foregoing with the clerk of the Court using the MEC system which will send notification of such filing all counsel of record, and have further served a copy of these responses on all counsel of record via email.

This is the 4th day of August, 2023.

*/s/ Lindsey O. Watson*
Lindsey O. Watson