## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                      **PLAINTIFF**

v.                                                    CIVIL ACTION NO.: 2023-0068 JA

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA;
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.**

**F I L E D**
MADISON COUNTY

MAR 03 2023

ANITA WRAY, CIRCUIT CLERK

BY_____D.C. **DEFENDANTS**

### COMPLAINT
### *JURY TRIAL DEMANDED*

Comes now Plaintiff Jamerial "Jay" Benson, by and through the undersigned

attorneys, and files this Complaint and states as follows:

**I.      Parties**

1.      Plaintiff Jamerial Benson is an adult resident of Canton, Madison County,

Mississippi.

2.      Defendant Higher Education Loan Authority of the State of Missouri d/b/a

MOHELA is a Federal Student Loan Servicer with its principal place of business at 633

Spirit Drive, Chesterfield, MO 63004-1243, and does business in the State of Mississippi.

3.      Defendant Navient Corporation was formerly a Federal Student Loan

Servicer with its principal place of business at 123 Justison Street, Wilmington, DE 19801,

and does business in the State of Mississippi.

4.      Defendant Conduent Education Services, as successor-in-interest to ACS

Education Services, Inc., was formerly a Federal Student Loan Servicer with its principal

place of business at 2277 East 220th Street, Long Beach, CA 90810.  Its predecessor-in-

1



interest, ACS Education Services, Inc., did business in the state of Mississippi during the relevant period described in the Complaint.

## II.   Jurisdiction and Venue

5.   Jurisdiction is proper in this Court under MS Const. Art. 6, § 156.

6.   Venue is proper in the Circuit Court of Madison County, Mississippi pursuant to Miss. Code Ann. § 11-11-3(1)(b) because Plaintiff resides in Madison County.

## III.   Facts

7.   Upon information and belief, each of the Defendants have or have had a contractual relationship with the United States Department of Education to service student loans owned by the federal government.

8.   Plaintiff attended the University of Southern Mississippi ("USM") beginning in the year 2000.  He attained his undergraduate degree in Management Information Systems in 2004.

9.   To fund his education, Plaintiff took out several federal loans, including unsubsidized and subsidized Stafford Loans and a Perkins Loan.

10.   Upon information and belief, Plaintiff's Stafford loans were initially serviced by the Student Loan Marketing Association, formerly known as "Sallie Mae", and currently known as "Navient."

11.   Plaintiff's Perkins loan was borrowed directly from USM.  Plaintiff received two disbursements under his Perkins loan for a total of six thousand two hundred and thirteen dollars ($6,213.00).  Plaintiff fully paid off his Perkins loan between 2004 and 2008, as evidenced by a master promissory note stamped "Paid in Full" by USM on July 30, 2008, and attached hereto as Exhibit "A."

12.     Plaintiff's other federal loans were held in forbearance between 2004 and 2008.

13.     Then, in 2008, most of Plaintiff's remaining federal loans were consolidated into two direct consolidation loans in the amounts of $20,192.35 (hereinafter, "Consolidation Loan 001") and $23,511.12 (hereinafter, "Consolidation Loan 002"). According to MOHELA's accounting, Plaintiff's Perkins Loan was included in Consolidation Loan 002 despite being previously paid in full directly to USM.

14.     Upon information and belief, Plaintiff's consolidation loans were serviced by Navient and Direct Loan Servicing Center a/k/a ACS Educational Services between 2008 and 2013.  Plaintiff consistently made payments on these loans during that period.

15.     In 2013, MOHELA obtained Plaintiff's direct consolidation loans.  Plaintiff continued making payments via automated withdrawals.

16.     Thereafter, Plaintiff contacted MOHELA to determine the current balance of his direct consolidation loans.  Plaintiff was shocked when MOHELA informed him that he owed more than the original principal balance on both loans.  Specifically, MOHELA showed that Plaintiff owed $24,939.56 on Consolidation Loan 001 and $29,038.78 on Consolidation Loan 002 after ten years of monthly repayment.

17.     Accordingly, Plaintiff began a diligent inquiry to determine how MOHELA calculated his remaining loan balance.

18.     Plaintiff initially had a difficult time obtaining his loan payment history from various loan servicers.  He called and/or contacted MOHELA, Navient, and several other loan servicers in an effort to obtain his full payment history from 2008 forward.  He was

often transferred from person to person without anyone able to provide him a full history for his loans.

19.      Eventually, Plaintiff discovered that MOHELA's records showed only *six* payments against his direct consolidation loans between 2008 and 2013.  MOHELA could not account for the other monthly payments Plaintiff paid on these loans during that five-year period.

20.      Further, Plaintiff discovered that his record of automatic withdrawals after 2013 did not match MOHELA's loan payments.  It appeared that MOHELA applied less than the full amount of these withdrawals to the principal and interest on Plaintiff's Consolidation Loans.

21.      Plaintiff also contacted multiple government organizations to determine what became of his loan payments between 2008 and 2013, why a Perkins loan he previously paid off was rolled into a separate Consolidation Loan, and why his withdrawals were not being fully credited towards his loan balance.  Among these were the U.S. Department of Education's Federal Student Aid Ombudsman, the Consumer Financial Protection Bureau, and the Mississippi Attorney General's office.

22.      During his communications with these entities, Plaintiff was repeatedly told that something was amiss, but was not provided any relief.

23.      Upon information and belief, Defendants improperly and negligently failed to maintain complete and accurate records of Plaintiff's student loan payments and then failed to fully and accurately apply funds paid against Plaintiff's student loans to his account.

IV.    **Causes of Action**

### COUNT I – CONVERSION

24.    Plaintiff incorporates and restates the allegations of Paragraphs 1-23.

25.    By failing to properly and fully apply payments made by Plaintiff against his federal student loans, Defendants unlawfully exercised dominion and/or control over funds inconsistent with Plaintiff's ownership of and intended use of those funds.

26.    Plaintiff was injured by this conversion, as he continued to accrue interest on indebtedness to which his funds should have been applied, increasing his overall debt and/or causing him to continue paying principal that would have been discharged absent Defendants' wrongful conduct.

### COUNT II – BREACH OF FIDUCIARY DUTY

27.    Plaintiff incorporates and restates the allegations of Paragraphs 1-26.

28.    Plaintiff developed a fiduciary relationship with Defendants by relying upon and trusting in Defendants to accurately and reliably collect Plaintiff's loan payments and apply those funds to his existing indebtedness.

29.    Defendants breached their fiduciary duty to Plaintiff by failing to properly and fully apply payments made by Plaintiff against his student loans.

30.    Plaintiff was injured by this breach of fiduciary duty, as he accrued additional interest on principal amounts that should have been reduced by his payments, thereby increasing his overall debt.  Plaintiff also continued to pay principal that may have been discharged absent Defendants' wrongful conduct.

### COUNT III – NEGLIGENCE

31.    Plaintiff incorporates and restates the allegations of paragraphs 1-30.

32.    As servicers of Plaintiff's federal student loans, Defendants owed a duty to Plaintiff to keep full and accurate records of his accounts and to properly, accurately, and fully apply Plaintiff's payments to his loans.

33.    Defendants breached that duty by failing to keep full and accurate records of Plaintiff's payments on his student loans and by failing to fully and accurately apply those payments to his loans.

34.    This breach of duty was the proximate cause of Plaintiff's injuries. Because of it, Plaintiff continued to accrue interest on indebtedness to which his funds should have been applied, increasing his overall debt and/or causing him to continue paying principal that would have been discharged absent Defendants' negligent conduct.

## COUNT IV – BREACH OF CONTRACT

35.    Plaintiff incorporates and restates the allegations of Paragraphs 1-34.

36.    Upon information and belief, each of the Defendants have or have had a contractual relationship with the United States Department of Education to service student loans owned by the federal government.

37.    Although Plaintiff was not a party to that contract, he was a member of the class of intended beneficiaries of such contract.

38.    Defendants breached that contract by failing to properly and fully apply payments made by Plaintiff against his student loans.

39.    Plaintiff was injured by this breach, as he continued to accrue interest on indebtedness to which his funds should have been applied, increasing his overall debt and/or continuing to pay principal that would have been discharged absent Defendants' wrongful conduct.

## COUNT V – BREACH OF THE IMPLIED DUTY OF GOOD FAITH AND FAIR DEALING

40.    Plaintiff incorporates and restates the allegations of Paragraphs 1-39.

41.    A covenant of good faith and fair dealing is implied in all contracts and is based on fundamental notions of fairness.  It requires that no party do anything which injures the right of the other to receive the benefits of the agreement.

42.    There is an implied duty of good faith and fair dealing in the contract(s) between Defendants and the federal government to which Plaintiff is a third party beneficiary.

43.    Defendants have breached the implied duty of good faith and fair dealing by failing to fairly and accurately account for and apply Plaintiff's student loan payments to his loan accounts.

44.    Plaintiff has been injured by this breach, as he continued to accrue interest on indebtedness to which his funds should have been applied, increasing his overall debt and/or continuing to pay principal that would have been discharged absent Defendants' wrongful conduct.

### V.    Damages

45.    Plaintiff therefore demands damages of any and all kinds against each Defendant in amounts to be determined by a jury, including but not limited to compensatory damages, prejudgment and post-judgment interest, costs, attorney's fees and any and all other relief to which he may be entitled.

Respectfully submitted, this the 3rd day of March, 2023.

7

**JAMERIAL BENSON**

BY _Lindsey O. Watson_

LINDSEY O. WATSON

Of Counsel:

Charles R. Wilbanks, Jr. (MS Bar #7193)
Lindsey O. Watson (MS Bar #103329)
WILBANKS & DOWD
108 West Leake Street
Clinton, MS 39056
Telephone: (601) 952-3600
Fax: (601) 952-3601
Email: chip@wilbanksdowd.com
lindsey@wilbanksdowd.com

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**

**PLAINTIFF**

**VS.**

NO. 2023-0068

**HIGHER EDUCATION LOAN AUTHORITY
OF THE STATE OF MISSOURI d/b/a MOHELA;
NAVIENT CORPORATION; CONDUENT
EDUCATION SERVICES, LLC f/k/a
ACS EDUCATION SERVICES, INC.**

**DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

> TO:  Conduent Education Services
> f/k/a ACS Education Services, Inc.
> 2277 East 220th Street
> Long Beach, CA 90810

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Lindsey O. Watson, the attorney for the Plaintiff, whose address is 108 West Leake Street, Clinton,
MS 39056. Your response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a judgment by default will be entered against you for
the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this ___3___ day of March, 2023.

Clerk of the Circuit Court
Hinds County, Mississippi

(SEAL)

D.C.

Lindsey O. Watson, Esq.
Charles R. Wilbanks, Jr., Esq.
WILBANKS & DOWD
108 West Leake Street
Clinton, MS 39056
Telephone: 601-952-3600
*Attorney for Plaintiff*

## <u>PROOF OF SERVICE - SUMMONS</u>

Conduent Education Services f/k/a ACS Education Services, Inc.
2277 East 220th Street
Long Beach, CA 90810

     I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

     \_\_\_\_\_ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.  By mailing (by first class, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B)*.

     \_\_\_\_\_PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____ 2023, where I found said person(s) in _____ County of the State of Mississippi.

     \_\_\_\_\_ RESIDENCE SERVICE.  After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, Mississippi.  I served the summons and complaint on the \_\_\_\_\_ day of _____ 2023, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the \_\_\_\_\_ day of _____ 2023, I mailed (by first class mail, postage paid) copies to the person served at his or her usual place of abode where the copies were left.

     \_\_\_\_\_ CERTIFIED MAIL SERVICE.  By mailing to an address outside Mississippi (by first class, postage prepaid, requiring a return receipt) copies to the person served.

     At the time of service I was at least 18 years of age and not a party to this action.
Fee for service $ _____
Process server must list below: *[Please print or type]*

Name_____
Social Security No._____
Address_____
_____
Telephone No._____

State of _____ )
County of _____ )

     Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first duly sworn stated on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server

     Sworn to and subscribed before me this the \_\_\_\_\_ day of _____, 2023.

_____  (SEAL)
Notary Public
My Commission Expires

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JAMERIAL BENSON
                                                               **PLAINTIFF**

VS.
                                                         NO. 2023-0068

HIGHER EDUCATION LOAN AUTHORITY
OF THE STATE OF MISSOURI d/b/a MOHELA;
NAVIENT CORPORATION; CONDUENT
EDUCATION SERVICES, LLC f/k/a
ACS EDUCATION SERVICES, INC.
                                                              **DEFENDANTS**

### <u>SUMMONS</u>

THE STATE OF MISSISSIPPI

TO:    Higher Education Loan Authority of the State of Missouri
       d/b/a MOHELA
       633 Spirit Drive
       Chesterfield, MO 63004-1243

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Lindsey O. Watson, the attorney for the Plaintiff, whose address is 108 West Leake Street, Clinton, MS 39056.  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this _____ day of March, 2023.

                                  Clerk of the Circuit Court
                                  Hinds County, Mississippi

(SEAL)

                                  By:_____
                                  _____ D.C.

Lindsey O. Watson, Esq.
Charles R. Wilbanks, Jr., Esq.
WILBANKS & DOWD
108 West Leake Street
Clinton, MS 39056
Telephone: 601-952-3600
*Attorney for Plaintiff*

## PROOF OF SERVICE - SUMMONS

Higher Education Loan Authority of the State of Missouri d/b/a
MOHELA
633 Spirit Dr.
Chesterfield, MO 63004-1243

     I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

     \_\_\_\_\_ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.  By mailing (by first class, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).*

     \_\_\_\_PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____ 2023, where I found said person(s) in _____ County of the State of Mississippi.

     \_\_\_\_ RESIDENCE SERVICE.  After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, Mississippi.  I served the summons and complaint on the \_\_\_\_\_ day of _____ 2023, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the \_\_\_\_\_ day of _____ 2023, I mailed (by first class mail, postage paid) copies to the person served at his or her usual place of abode where the copies were left.

     \_\_\_\_ CERTIFIED MAIL SERVICE.  By mailing to an address outside Mississippi (by first class, postage prepaid, requiring a return receipt) copies to the person served.

     At the time of service I was at least 18 years of age and not a party to this action.
Fee for service $_____
Process server must list below: *[Please print or type]*

Name_____
Social Security No._____
Address_____
_____
Telephone No._____

State of _____ )
County of _____ )

     Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first duly sworn stated on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server

     Sworn to and subscribed before me this the \_\_\_\_\_ day of _____, 2023.

_____     (SEAL)
Notary Public
My Commission Expires

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                               **PLAINTIFF**

**VS.**                                                    NO. *2023-0068*

**HIGHER EDUCATION LOAN AUTHORITY**
**OF THE STATE OF MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION; CONDUENT**
**EDUCATION SERVICES, LLC f/k/a**
**ACS EDUCATION SERVICES, INC.**                          **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Navient Corporation
      123 Justison Street
      Wilmington, DE 19801

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Lindsey O. Watson, the attorney for the Plaintiff, whose address is 108 West Leake Street, Clinton,
MS 39056. Your response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a judgment by default will be entered against you for
the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this ___3___ day of March, 2023.

Clerk of the Circuit Court
Hinds County, Mississippi

(SEAL)

D.C.

Lindsey O. Watson, Esq.
Charles R. Wilbanks, Jr., Esq.
WILBANKS & DOWD
108 West Leake Street
Clinton, MS 39056
Telephone: 601-952-3600
*Attorney for Plaintiff*

## PROOF OF SERVICE - SUMMONS

Navient Corporation
123 Justison Street
Wilmington, DE 19801

    I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

    \_\_\_\_\_ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B)*.

    \_\_\_\_\_PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____ 2023, where I found said person(s) in _____ County of the State of Mississippi.

    \_\_\_\_\_ RESIDENCE SERVICE. After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____ 2023, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the \_\_\_\_\_ day of _____ 2023, I mailed (by first class mail, postage paid) copies to the person served at his or her usual place of abode where the copies were left.

    \_\_\_\_\_ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class, postage prepaid, requiring a return receipt) copies to the person served.

    At the time of service I was at least 18 years of age and not a party to this action.
Fee for service $_____
Process server must list below: *[Please print or type]*

Name_____
Social Security No._____
Address_____
_____
Telephone No._____

State of _____ )
County of _____ )

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first duly sworn stated on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server

    Sworn to and subscribed before me this the _____ day of _____, 2023.

_____    (SEAL)
Notary Public
My Commission Expires

IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JAMERIA BENSON                                                    PLAINTIFF

VS.                                                              NO. 2023-0068

HIGHER EDUCATION LOAN AUTHORITY
OF THE STATE OF MISSOURI d/b/a MOHELA;
NAVIENT CORPORATION; CONDUENT
EDUCATION SERVICES, LLC f/k/a
ACS EDUCATION SERVICES, INC.                                     DEFENDANTS

Higher Education Loan Authority of the State of Missouri
d/b/a MOHELA
633 Spirit Dr.
Chesterfield, MO 63004-1243

## PROOF OF SERVICE

I, the undersigned process server, served the SUMMONS AND COMPLAINT upon the person or entity named above in the manner set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender. (*Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B*).

X **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a receipt) copies to the person served. (Attach signed return receipt or the return envelope marked ARefused.@.)

At the time of service, I was at least 18 years of age and not a party to this action.

This the 23rd day May, 2023.

*Laurie Simon*
PROCESS SERVER
Address: 108 West Leake St.
         Clinton MS 39056
Telephone: 601-952-3600

SWORN AND SUBSCRIBED before me this the 23rd day of May, 2023.

*[signature]*
NOTARY PUBLIC

My Commission Expires:

12/27/24

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 269807
MATTHEW R. DOWD
Commission Expires
Dec. 27, 2024
MADISON COUNTY

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Higher Education Loan Authority
of the State of Missouri
d/b/a MOHELA
633 Spirit Dr.
Chesterfield, MD 63004

9590 9402 7888 2234 5636 17

2. Article Number (Transfer from service label)

7022 2410 0001 6716 4001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

---

USPS TRACKING #



SAINT LOUIS MO 630
19 MAY 2023 PM 4 L

9590 9402 7888 2234 5636 17

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Wilbanks + Dowd, PLLC
Attn: Laurie Simon
108 W. Leake St.
Clinton, MS 39056

6-425208



## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                              **PLAINTIFF**

**VS.**                                                          NO. 2023-0068

**HIGHER EDUCATION LOAN AUTHORITY**
**OF THE STATE OF MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION; CONDUENT**
**EDUCATION SERVICES, LLC f/k/a**
**ACS EDUCATION SERVICES, INC.**                                **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

    TO:   Higher Education Loan Authority of the State of Missouri
           d/b/a MOHELA
           633 Spirit Drive
           Chesterfield, MO 63004-1243

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

      You are required to mail or hand-deliver a copy of a written response to the Complaint to
Lindsey O. Watson, the attorney for the Plaintiff, whose address is 108 West Leake Street, Clinton,
MS 39056. Your response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a judgment by default will be entered against you for
the money or other things demanded in the Complaint.

      You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

      Issued under my hand and the seal of said Court, this _____ day of March, 2023.

                            Clerk of the Circuit Court
                            Hinds County, Mississippi

(SEAL)

                            By:_____
                                   _____ D.C.

Lindsey O. Watson, Esq.
Charles R. Wilbanks, Jr., Esq.
WILBANKS & DOWD
108 West Leake Street
Clinton, MS 39056
Telephone: 601-952-3600
*Attorney for Plaintiff*

## PROOF OF SERVICE - SUMMONS

Higher Education Loan Authority of the State of Missouri d/b/a
MOHELA
633 Spirit Dr.
Chesterfield, MO 63004-1243

     I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

     \_\_\_\_\_ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B)*.

     \_\_\_\_\_PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____ 2023, where I found said person(s) in _____ County of the State of Mississippi.

     \_\_\_\_ RESIDENCE SERVICE. After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the \_\_\_\_\_ day of _____ 2023, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the \_\_\_\_\_ day of _____ 2023, I mailed (by first class mail, postage paid) copies to the person served at his or her usual place of abode where the copies were left.

     \_\_\_\_ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class, postage prepaid, requiring a return receipt) copies to the person served.

     At the time of service I was at least 18 years of age and not a party to this action.
Fee for service $_____
Process server must list below: *[Please print or type]*

Name_____
Social Security No._____
Address_____
_____
Telephone No._____

State of_____ )
County of_____ )

     Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named_____ who being first duly sworn stated on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server

     Sworn to and subscribed before me this the \_\_\_\_\_ day of _____, 2023.

_____     (SEAL)
Notary Public
My Commission Expires

JAMERIAL BENSON                                                          PLAINTIFF
VS.
Higher Education Loan Authority of the State of                          NO. 2023-0068
Missouri d/b/a Mohela; Navient Corp.; Conduent                          DEFENDANTS
Education Services, LLC f/k/a ACS Education Services, Inc.

Navient Corporation
123 Justison St.
Wilmington, DE 19801

## PROOF OF SERVICE

I, the undersigned process server, served the SUMMONS AND COMPLAINT upon the person or entity named above in the manner set forth below:

_____**FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.**  By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender.  (*Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B*).

__X__**CERTIFIED MAIL SERVICE.**  By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a receipt) copies to the person served. (Attach signed return receipt or the return envelope marked ARefused.@.)

At the time of service, I was at least 18 years of age and not a party to this action.

This the _5th_ day _June_____, 2023.

_____
PROCESS SERVER

Address:    _108 West Leake St._
            _Clinton MS 39056_

Telephone:  _601-952-3600_

SWORN AND SUBSCRIBED before me this the _5th_ day of _June_____,
2023.

_____
NOTARY PUBLIC

My Commission Expires:

_12/27/24_

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 269807
MATTHEW R. DOWD
Commission Expires
Dec. 27, 2024
MADISON COUNTY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Navient Corp.
123 Justison St.
Wilmington, DE 1980[

9590 9402 7888 2234 5636 00

2. Article Number (Transfer from service label)

7022 2410 0001 6716 4209

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Tom Masarich

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 7888 2234 5636 00

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Wilbanks & Dowd, PLLC
Attn: Laurie Simon
108 W. Leake St.
Clinton, MS 39056

**IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI**

JAMERIAL BENSON                                                    **PLAINTIFF**

VS.                                                    NO. 2023-0068

HIGHER EDUCATION LOAN AUTHORITY
OF THE STATE OF MISSOURI d/b/a MOHELA;
NAVIENT CORPORATION; CONDUENT
EDUCATION SERVICES, LLC f/k/a
ACS EDUCATION SERVICES, INC.                                      **DEFENDANTS**

<u>SUMMONS</u>

THE STATE OF MISSISSIPPI

    TO:   Navient Corporation
           123 Justison Street
           Wilmington, DE 19801

**NOTICE TO DEFENDANT**

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

    You are required to mail or hand-deliver a copy of a written response to the Complaint to

Lindsey O. Watson, the attorney for the Plaintiff, whose address is 108 West Leake Street, Clinton,

MS 39056.  Your response must be mailed or delivered within thirty (30) days from the date of

delivery of this Summons and Complaint or a judgment by default will be entered against you for

the money or other things demanded in the Complaint.

    You must also file the original of your response with the Clerk of this Court within a

reasonable time afterward.

    Issued under my hand and the seal of said Court, this _3_ day of March, 2023.

                        Clerk of the Circuit Court
                        Hinds County, Mississippi

(SEAL)

                                               D.C.

Lindsey O. Watson, Esq.
Charles R. Wilbanks, Jr., Esq.
WILBANKS & DOWD
108 West Leake Street
Clinton, MS 39056
Telephone: 601-952-3600
*Attorney for Plaintiff*

**IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI**

**JAMERIAL BENSON**                                                               **PLAINTIFF**

**VS.**                                                               **CAUSE NO.: 2023-0068**

**HIGHER EDUCATION LOAN AUTHORITY**
**OF THE STATE OF MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION; CONDUENT EDUCATION**
**SERVICES, LLC f/k/a ACS EDUCATION SERVICES, INC.**          **DEFENDANTS**

<u>**NOTICE OF APPEARANCE**</u>

Please take notice that Charles E. Cowan, hereby enters his appearance as counsel of record

for Defendant Higher Education Loan Authority of the State of Missouri d/b/a MOHELA, in the

above styled cause.

This the 14th day of June, 2023,

Respectfully submitted,

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA**

BY:   */s/Charles E. Cowan*_____
        CHARLES E. COWAN (MSB #104478)

<u>**OF COUNSEL:**</u>

CHARLES E. COWAN (MSB #104478)
Wise Carter Child & Caraway, P. A.
Post Office Box 651
Jackson, Mississippi   39205
P: 601.968.5514
F: 601.968.5530
cec@wisecarter.com

### **CERTIFICATE OF SERVICE**

I, Charles E. Cowan, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the MEC filing system which sent notification to all counsel of record.

SO CERTIFIED, this the 14th day of June, 2023.

*/s/ Charles E. Cowan*
CHARLES E. COWAN

**F I L E D**
MADISON COUNTY

**IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI**
JUN 21 2023

**JAMERIAL BENSON**                                                      **PLAINTIFF**

ANITA WRAY, CIRCUIT CLERK

**VS.**                    BY_____D.C.     **CAUSE NO.: 2023-0068**

**HIGHER EDUCATION LOAN AUTHORITY**
**OF THE STATE OF MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION; CONDUENT EDUCATION**
**SERVICES, LLC f/k/a ACS EDUCATION SERVICES, INC.**         **DEFENDANTS**

## AGREED ORDER EXTENDING DEFENDANT'S TIME TO FILE ANSWER OR RESPONSIVE PLEADING

Before the Court is the *ore tenus* motion of Defendant Higher Education Loan Authority of the State of Missouri d/b/a MOHELA requesting that its time file an answer, or otherwise file a responsive pleading, in this case be extended thirty (30) days from June 19, 2023 to July 17, 2023. This Court is informed that counsel for Plaintiff Jamerial Benson has agreed to the requested extension. The Court, having considered Defendant's *ore tenus* motion and otherwise being informed in the premises, finds that the motion should be granted.

It is, therefore, ORDERED that the time for Defendant Higher Education Loan Authority of the State of Missouri d/b/a MOHELA to answer, or otherwise file a responsive pleading to, Plaintiff Jamerial Benson's complaint in this matter is hereby extended to July 17, 2023.

**SO ORDERED** this, the 21st day of June, 2023.

_____
CIRCUIT COURT JUDGE

1

353/241

**AGREED TO BY:**

_____
CHARLES E. COWAN (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205
T: (601) 968-5500
F: (601) 968-5593
cec@wisecarter.com
*Counsel for Defendant Higher Education Loan Authority of the State of Missouri d/b/a MOHELA*

LINDSEY O. WATSON (MSB #103329) /with permission
Wilbanks & Dowd
108 West Leake Street
Clinton, MS 39056
(601) 952-2600
lindsey@wilbanksdowd.com
*Counsel for Plaintiff Jamerial Benson*

2

353/242

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                                     **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                                  **DEFENDANTS**

---

### NOTICE OF APPEARANCE

---

COMES NOW J. Carter Thompson, Jr. with the law firm of Baker, Donelson, Bearman,

Caldwell & Berkowitz, PC, and hereby enters his appearance as counsel for Defendant Navient

Corporation.

This the 22nd day of June, 2023.

Respectfully submitted,

NAVIENT CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: *s/ J. Carter Thompson, Jr.*
         J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
R. Christopher White (MS Bar No. 105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  One Eastover Center
100 Vision Center, Suite 400
Jackson, MS  39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court

using the Court's Electronic Filing System, which will send notification of such filing to all

participants registered to receive service in this case.

This the 22nd day of June, 2023.

*s/ J. Carter Thompson, Jr.*
J. CARTER THOMPSON, JR.

2

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                    **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                          **DEFENDANTS**

---

### NOTICE OF APPEARANCE

---

COMES NOW R. Christopher White with the law firm of Baker, Donelson, Bearman,

Caldwell & Berkowitz, PC, and hereby enters his appearance as counsel for Defendant Navient

Corporation.

This the 22nd day of June, 2023.

Respectfully submitted,

NAVIENT CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: *s/ R. Christopher White*
      R. CHRISTOPHER WHITE

4871-0786-2636

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
R. Christopher White (MS Bar No. 105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  One Eastover Center
100 Vision Center, Suite 400
Jackson, MS  39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court

using the Court's Electronic Filing System, which will send notification of such filing to all

participants registered to receive service in this case.

This the 22nd day of June, 2023.

*s/ R. Christopher White*
R. CHRISTOPHER WHITE

2

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                                                    **PLAINTIFF**

**V.**                                                             **CIVIL ACTION NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                                              **DEFENDANTS**

---

### NAVIENT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DISMISS

---

Defendant Navient Corporation ("Navient") respectfully moves this Court to enter summary judgment in its favor on all claims alleged against it by Plaintiff Jamerial Benson, pursuant to Mississippi Rule of Civil Procedure 56. In support, Navient relies on the arguments and authorities set forth in its Memorandum of Law in Support of Navient's Motion for Summary Judgment, which is being filed contemporaneously with this Motion, and the following exhibits:

Exhibit A:     Affidavit of Michelle Iorio; and

Exhibit B:     Mississippi Secretary of State Search Results.

In the alternative, Navient respectfully moves this Court to dismiss all claims alleged against it by Plaintiff Jamerial Benson, pursuant to Mississippi Rule of Civil Procedure 12(b)(6). In support, Navient relies on the arguments and authorities set forth in its Memorandum of Law in Support of Navient's Motion to Dismiss, which is being filed contemporaneously with this Motion, and the following exhibit:

Exhibit A: Affidavit of Michelle Iorio

4861-6858-1740

THIS, the 29th day of June, 2023.

NAVIENT CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: *s/ J. Carter Thompson, Jr.*
J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
R. Christopher White (MS Bar No. 105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  One Eastover Center
100 Vision Center, Suite 400
Jackson, MS  39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing the Clerk of the Court using

the MEC system which served a copy upon the following

Dated: June 29, 2023.

*/s/ R. Christopher White*
R. CHRISTOPHER WHITE

2

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                       **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.**                          **DEFENDANTS**

---

### AFFIDAVIT OF MICHELLE IORIO

---

I, Michelle Iorio, being duly sworn, state as follows:

1.      I am over the age of 18, and I am competent to testify to the matters contained herein.

2.      I am a Senior Account Analyst with Navient's Risk Mitigation department and, through that capacity, have personal knowledge of the facts contained herein.

3.      Plaintiff's loans were at all times serviced by Navient Solutions, LLC, a wholly-owned subsidiary of Navient Corporation.  Navient Corporation is a holding company and does not disburse or service student loans.

4.      The following records attached to this Affidavit are true, correct, and complete copies of documents kept and maintained by Navient in its usual course of business and correspondence between Navient and Benson relating to the various loans serviced by Navient Solutions, LLC:

> Exhibit 1: Principal Balance Payment History
>
> Exhibit 2: FDR Correspondence History
>
> Exhibit 3: February 23, 2015 Correspondence
>
> Exhibit 4: January 7, 2016 Correspondence
>
> Exhibit 5: February 18, 2019 Correspondence
>
> Exhibit 6: Correspondence History – Dash 2



**EXHIBIT**

**A**

Further Affiant sayeth not.

This the 29th day of June, 2023

_Michelle Iorio_
Michelle Iorio

STATE OF ____PA____

COUNTY OF ____Luzerne____

SWORN TO AND SUBSCRIBED BEFORE ME, this the 29th day of _June_, 2023.

(SEAL)

_Steven Christopher G_
Notary Public

My commission expires:

____7-3-26____

> Commonwealth of Pennsylvania - Notary Seal
> Steven Christopher Getz, Notary Public
> Luzerne County
> My commission expires July 3, 2026
> Commission number 1284536
> Member, Pennsylvania Association of Notaries

Case 3:23-cv-00564-TSL-RPM   Document 1-2   Filed 08/29/23   Page 34 of 728
Borrower Name                          Loan Type                                    Today's Date
Account Number: 45CI1:23-cv-00068-JA        Document #: 12-1        Filed: 06/29/2023        Page 3 of 280

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1/22/2002 | $1,328.00 | $1,328.00 | $0.00 | $0.00 | $0.00 | $1,328.00 | Disbursement |
| 1/22/2002 | $1,328.00 | $1,328.00 | $0.00 | $0.00 | $0.00 | $2,656.00 | Disbursement |
| 9/11/2002 | $2,750.00 | $2,750.00 | $0.00 | $0.00 | $0.00 | $5,406.00 | Disbursement |
| 1/2/2003 | $2,750.00 | $2,750.00 | $0.00 | $0.00 | $0.00 | $8,156.00 | Disbursement |
| 7/2/2003 | $4,648.00 | $4,648.00 | $0.00 | $0.00 | $0.00 | $12,804.00 | Disbursement |
| 9/3/2003 | $1,526.00 | $1,526.00 | $0.00 | $0.00 | $0.00 | $14,330.00 | Disbursement |
| 9/3/2003 | $1,246.00 | $1,246.00 | $0.00 | $0.00 | $0.00 | $15,576.00 | Disbursement |
| 9/12/2003 | $1,224.00 | $1,224.00 | $0.00 | $0.00 | $0.00 | $16,800.00 | Disbursement |
| 9/12/2003 | $476.00 | $476.00 | $0.00 | $0.00 | $0.00 | $17,276.00 | Disbursement |
| 1/9/2004 | $1,246.00 | $1,246.00 | $0.00 | $0.00 | $0.00 | $18,522.00 | Disbursement |
| 1/9/2004 | $476.00 | $476.00 | $0.00 | $0.00 | $0.00 | $18,998.00 | Disbursement |
| 1/9/2004 | $1,526.00 | $1,526.00 | $0.00 | $0.00 | $0.00 | $20,524.00 | Disbursement |
| 1/9/2004 | $1,224.00 | $1,224.00 | $0.00 | $0.00 | $0.00 | $21,748.00 | Disbursement |
| 2/11/2004 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 | $22,348.00 | Disbursement |
| 2/25/2004 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 | $22,948.00 | Disbursement |
| 6/16/2004 | $178.00 | $178.00 | $0.00 | $0.00 | $0.00 | $23,126.00 | Disbursement |
| 6/25/2004 | $178.00 | $178.00 | $0.00 | $0.00 | $0.00 | $23,304.00 | Disbursement |
| 9/30/2004 | $830.00 | $830.00 | $0.00 | $0.00 | $0.00 | $24,134.00 | Disbursement |
| 9/30/2004 | $578.00 | $578.00 | $0.00 | $0.00 | $0.00 | $24,712.00 | Disbursement |
| 10/15/2004 | $829.00 | $829.00 | $0.00 | $0.00 | $0.00 | $25,541.00 | Disbursement |
| 10/15/2004 | $578.00 | $578.00 | $0.00 | $0.00 | $0.00 | $26,119.00 | Disbursement |
| 5/9/2005 | $453.66 | $0.00 | $0.00 | $453.66 | $0.00 | $26,572.66 | Grace Period Ended |
| 8/29/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,572.66 | Quarterly Interst During School Deferment |
| 5/18/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,556.72 | Quarterly Interst During School Deferment |
| 6/16/2006 | $816.00 | $816.00 | $0.00 | $0.00 | $0.00 | $27,372.72 | Disbursement |
| 6/30/2006 | $816.00 | $816.00 | $0.00 | $0.00 | $0.00 | $28,188.72 | Disbursement |
| 8/5/2006 | $602.90 | $0.00 | $0.00 | $602.90 | $0.00 | $28,791.62 | End of School Deferment |
| 10/9/2006 | $345.10 | $0.00 | $0.00 | $345.10 | $0.00 | $29,136.72 | End of Administrative Forbearance |
| 10/10/2006 | $278.00 | -$278.00 | $0.00 | $0.00 | $0.00 | $28,858.72 | Refund from School |
| 10/10/2006 | $279.00 | -$279.00 | $0.00 | $0.00 | $0.00 | $28,579.72 | Refund from School |
| 2/5/2007 | $53.91 | $0.00 | $0.00 | $53.91 | $0.00 | $28,633.63 | Quarterly Interest During Forbearance |
| 6/18/2007 | $1,384.32 | $0.00 | $0.00 | $1,384.32 | $0.00 | $30,017.95 | Forbearance Ended |

EXHIBIT
1

Borrower Name        Loan Type        Today's Date
Account Number

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/18/2007 | $902.94 | $0.00 | $0.00 | $902.94 | $0.00 | $30,920.89 | Administrative Forbearance |
| 1/14/2008 | $335.01 | $0.00 | $0.00 | $335.01 | $0.00 | $31,255.90 | Administrative Forbearance |
| 1/14/2008 | $13.41 | $0.00 | $0.00 | $13.41 | $0.00 | $31,269.31 | Administrative Forbearance |
| 2/26/2008 | $265.81 | $0.00 | $0.00 | $265.81 | $0.00 | $31,535.12 | Administrative Forbearance |
| 5/23/2008 | $1,233.82 | -$1,207.51 | -$20.87 | $0.00 | -$5.44 | $30,327.61 | Consolidation Pay Out |
| 5/23/2008 | $3,454.26 | -$3,385.72 | -$58.54 | $0.00 | -$10.00 | $26,941.89 | Consolidation Pay Out |
| 5/23/2008 | $3,006.02 | -$2,944.99 | -$50.95 | $0.00 | -$10.08 | $23,996.90 | Consolidation Pay Out |
| 5/23/2008 | $1,481.04 | -$1,451.04 | -$25.09 | $0.00 | -$4.91 | $22,545.86 | Consolidation Pay Out |
| 5/23/2008 | $6,224.78 | -$6,098.73 | -$105.49 | $0.00 | -$20.56 | $16,447.13 | Consolidation Pay Out |
| 5/23/2008 | $1,183.72 | -$1,159.22 | -$20.06 | $0.00 | -$4.44 | $15,287.91 | Consolidation Pay Out |
| 5/23/2008 | $2,770.47 | -$2,715.86 | -$46.95 | $0.00 | -$7.66 | $12,572.05 | Consolidation Pay Out |
| 5/23/2008 | $5,835.50 | -$5,719.17 | -$98.90 | $0.00 | -$17.43 | $6,852.88 | Consolidation Pay Out |
| 5/23/2008 | $3,099.62 | -$3,037.82 | -$52.53 | $0.00 | -$9.27 | $3,815.06 | Consolidation Pay Out |
| 5/23/2008 | $1,402.33 | -$1,373.88 | -$23.76 | $0.00 | -$4.69 | $2,441.18 | Consolidation Pay Out |
| 5/23/2008 | $1,877.67 | -$1,839.56 | -$31.82 | $0.00 | -$6.29 | $601.62 | Consolidation Pay Out |
| 5/23/2008 | $434.86 | -$426.30 | -$7.37 | $0.00 | -$1.19 | $175.32 | Consolidation Pay Out |
| 6/9/2008 | $79.73 | -$79.15 | -$0.58 | $0.00 | $0.00 | $96.17 | Consolidation Pay Out |
| 6/9/2008 | $95.89 | -$95.89 | $0.00 | $0.00 | $0.00 | $0.28 | Consolidation Pay Out |
| 6/13/2008 | $0.28 | -$0.28 | $0.00 | $0.00 | $0.00 | $0.00 | Write Off |

# FDR
# CORRESPONDENCE HISTORY

EXHIBIT

**2**





Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

| Efftv Date | Posted Date | Source | Code | Dlvry Info | Comment | Loan ID | Cnt Atmpt |
|---|---|---|---|---|---|---|---|
| 7/19/2013 12:00:00 AM | 7/21/2013 12:00:00 AM | EDW | 735 | | NM-735 Group Action | 5029350481051352, 5029350481051345 | |
| 7/21/2013 12:00:00 AM | 7/21/2013 12:00:00 AM | EDW | 22 | | NM-022 = 07 PREV CYCLE = 22 | 5029350481051352, 5029350481051345 | |
| 7/23/2013 12:00:00 AM | 7/23/2013 12:00:00 AM | EDW | 22 | | NM-022 = 22 PREV CYCLE = 07 | 5029350481051352, 5029350481051345 | |
| 7/24/2013 12:00:00 AM | 7/24/2013 12:00:00 AM | EDW | TW50 | | MYL; MYL LOGIN SUCCESSFUL | 5029350481051352, 5029350481051345 | |

8/7/2013 12:00:00 AM  8/7/2013 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 08/17/2013; amount due:$43.36
5029350481051352

8/7/2013 12:00:00 AM  8/7/2013 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 08/17/2013; amount due:$30.27
5029350481051345

8/18/2013 12:00:00 AM  8/18/2013 12:00:00 AM  EDW  RTPYMT     A PAYMENT FOR CONFIRMATION CODE 3139778 ON BILL GROUP
4325472033033 WAS SUBMITTED ON 8/18/2013 10:40:44 AM FOR $ 73.63, EFFECTIVE 08/18/2013 BY THE BORROWER FROM MYL. NO
CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER
ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT
TYPE - CHECKING   5029350481051352, 5029350481051345

8/18/2013 12:00:00 AM  8/18/2013 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

8/21/2013 12:00:00 AM  8/21/2013 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

8/24/2013 12:00:00 AM  8/25/2013 12:00:00 AM  EDW  PRVPOL     Annual privacy notification sent from FDR via US Mail on 08/22/2013
5029350481051352, 5029350481051345

8/23/2013 12:00:00 AM  8/25/2013 12:00:00 AM  EDW  CORS01     P099 Monthly Statement Sent EMAIL Borrower 08/22/2013
5029350481051345

9/7/2013 12:00:00 AM  9/8/2013 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 09/17/2013; amount due:$43.36
5029350481051352

9/7/2013 12:00:00 AM  9/8/2013 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 09/17/2013; amount due:$30.27
5029350481051345

Jamerial Benson                                FDR Correspondence History                                April 3, 2023
Acct # 9644672640

9/11/2013 12:00:00 AM  9/11/2013 12:00:00 AM  SYS  TX00     Interest adjustment in the amount of $ .19 for the 07/18/13 statement not sent during conversion process - No letter sent   5029350481051352

9/11/2013 12:00:00 AM  9/11/2013 12:00:00 AM  SYS  TX00     Interest adjustment in the amount of $ .13 for the 07/18/13 statement not sent during conversion process - No letter sent   5029350481051345

9/22/2013 12:00:00 AM  9/22/2013 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

9/22/2013 12:00:00 AM  9/22/2013 12:00:00 AM  EDW  RTPYMT     A PAYMENT FOR CONFIRMATION CODE 4111471 WAS SUBMITTED ON 9/22/2013 11:53:31 AM FOR $ 43.17, EFFECTIVE 09/22/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352

9/22/2013 12:00:00 AM  9/22/2013 12:00:00 AM  EDW  RTPYMT     A PAYMENT FOR CONFIRMATION CODE 4111472 WAS SUBMITTED ON 9/22/2013 11:53:31 AM FOR $ 36.83, EFFECTIVE 09/22/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051345

9/23/2013 12:00:00 AM  9/23/2013 12:00:00 AM  EDW  CORS01     P099 Monthly Statement Sent EMAIL Borrower 09/22/2013   5029350481051345

10/7/2013 12:00:00 AM  10/7/2013 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 10/17/2013; amount due:$43.36   5029350481051352

10/7/2013 12:00:00 AM  10/7/2013 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 10/17/2013; amount due:$23.71   5029350481051345

10/17/2013 12:00:00 AM  10/17/2013 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

10/17/2013 12:00:00 AM  10/17/2013 12:00:00 AM  EDW  RTPYMT     A PAYMENT FOR CONFIRMATION CODE 4896407 WAS SUBMITTED ON 10/17/2013 10:19:56 PM FOR $ 43.36, EFFECTIVE 10/18/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

10/17/2013 12:00:00 AM  10/17/2013 12:00:00 AM  EDW  RTPYMT     A PAYMENT FOR CONFIRMATION CODE 4896408 WAS SUBMITTED ON 10/17/2013 10:19:56 PM FOR $ 36.64, EFFECTIVE 10/18/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051345

10/21/2013 12:00:00 AM  10/21/2013 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

10/22/2013 12:00:00 AM  10/22/2013 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054  5029350481051352

10/22/2013 12:00:00 AM  10/22/2013 12:00:00 AM  EDW  8     CIS NM-008 OLD ADDRESS:  5029350481051352

10/22/2013 12:00:00 AM  10/22/2013 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: 115 GERMANY DR  5029350481051352

10/22/2013 12:00:00 AM  10/22/2013 12:00:00 AM  EDW  8     CIS NM-008 OLD ADDRESS:  5029350481051345

10/22/2013 12:00:00 AM  10/22/2013 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054  5029350481051345

10/22/2013 12:00:00 AM  10/22/2013 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: 115 GERMANY DR  5029350481051345

10/22/2013 12:00:00 AM  10/23/2013 12:00:00 AM  EDW  197     AUTONM NM-197 LETTER = H574  5029350481051352

10/22/2013 12:00:00 AM  10/23/2013 12:00:00 AM  EDW  197     AUTONM NM-197 LETTER = H574  5029350481051345

10/24/2013 12:00:00 AM  10/25/2013 12:00:00 AM  EDW  CORS01     P099 Monthly Statement Sent EMAIL Borrower 10/22/2013  5029350481051345

10/26/2013 12:00:00 AM  10/27/2013 12:00:00 AM  EDW  CORL01     H574 H574 - Change in Terms - Cosigner Sent USPS Letter Cosigner 10/23/2013  5029350481051352, 5029350481051345

11/7/2013 12:00:00 AM  11/7/2013 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 11/17/2013; amount due:$43.57  5029350481051352

11/7/2013 12:00:00 AM  11/7/2013 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 11/17/2013; amount due:$17.41  5029350481051345

11/20/2013 12:00:00 AM  11/20/2013 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

11/20/2013 12:00:00 AM  11/20/2013 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 5873081 WAS SUBMITTED ON 11/20/2013 5:03:08 PM FOR $ 43.57, EFFECTIVE 11/21/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352

11/20/2013 12:00:00 AM  11/20/2013 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 5873080 WAS SUBMITTED ON 11/20/2013 5:03:09 PM FOR $ 26.43, EFFECTIVE 11/21/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051345

11/25/2013 12:00:00 AM  11/25/2013 12:00:00 AM  EDW  CORS01     P099 Monthly Statement Sent EMAIL Borrower 11/22/2013   5029350481051345

12/7/2013 12:00:00 AM  12/8/2013 12:00:00 AM  SYS  CORR      Payment reminder sent to 6056; due date of 12/17/2013; amount due:$43.57   5029350481051352

12/7/2013 12:00:00 AM  12/8/2013 12:00:00 AM  SYS  CORR      Payment reminder sent to 6056; due date of 12/17/2013; amount due:$21.32   5029350481051345

12/11/2013 12:00:00 AM  12/12/2013 12:00:00 AM  EDW  197       LCR NM-197 LETTER = K520  5029350481051352

12/11/2013 12:00:00 AM  12/12/2013 12:00:00 AM  EDW  197       LCR NM-197 LETTER = K520  5029350481051345

12/17/2013 12:00:00 AM  12/17/2013 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 6657745 WAS SUBMITTED ON 12/17/2013 9:25:59 PM FOR $43.57, EFFECTIVE 12/18/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

12/17/2013 12:00:00 AM  12/17/2013 12:00:00 AM  EDW  TW50      MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

12/17/2013 12:00:00 AM  12/17/2013 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 6657745 WAS SUBMITTED ON 12/17/2013 9:25:59 PM FOR $31.43, EFFECTIVE 12/18/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

12/19/2013 12:00:00 AM   12/20/2013 12:00:00 AM   EDW   197      LCR NM-197 LETTER = K520   5029350481051352, 5029350481051345

12/23/2013 12:00:00 AM   12/24/2013 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 12/22/2013 5029350481051345

12/24/2013 12:00:00 AM   12/24/2013 12:00:00 AM   EDW   CORL01      K520 Annual Cosigner Interest Statement Sent USPS Letter Cosigner 12/20/2013  5029350481051345

1/7/2014 12:00:00 AM   1/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 01/17/2014; amount due:$43.57 5029350481051352

1/7/2014 12:00:00 AM   1/7/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

1/7/2014 12:00:00 AM   1/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 01/17/2014; amount due:$20.23 5029350481051345

1/23/2014 12:00:00 AM   1/23/2014 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 01/22/2014 5029350481051345

1/30/2014 12:00:00 AM   1/31/2014 12:00:00 AM   SYS   GD00      sys Email A9 requested for BOR JAMERIAL BENSON   5029350481051352, 5029350481051345

2/3/2014 12:00:00 AM   2/3/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 7924186 WAS SUBMITTED ON 2/3/2014 9:54:19 PM FOR $89.84, EFFECTIVE 02/04/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

2/3/2014 12:00:00 AM   2/3/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 7924186 WAS SUBMITTED ON 2/3/2014 9:54:19 PM FOR $50.16, EFFECTIVE 02/04/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

2/3/2014 12:00:00 AM  2/3/2014 12:00:00 AM  EDW  TW50    MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

2/5/2014 12:00:00 AM  2/6/2014 12:00:00 AM  SYS  GD00    sys Call ATTEMPTS 1) 140203 1846 V  5029350481051352, 5029350481051345

2/17/2014 12:00:00 AM  2/17/2014 12:00:00 AM  EDW  TW50    MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

2/23/2014 12:00:00 AM  2/23/2014 12:00:00 AM  EDW  CORS01    P099 Monthly Statement Sent EMAIL Borrower 02/21/2014
5029350481051345

3/7/2014 12:00:00 AM  3/7/2014 12:00:00 AM  SYS  CORR    Payment reminder sent to 6056; due date of 03/17/2014; amount due:$39.89
5029350481051352

3/7/2014 12:00:00 AM  3/7/2014 12:00:00 AM  SYS  CORR    Payment reminder sent to 6056; due date of 03/17/2014; amount due:$29.93
5029350481051345

3/17/2014 12:00:00 AM  3/17/2014 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 9255008 WAS SUBMITTED ON
3/17/2014 3:39:32 PM FOR $40.11, EFFECTIVE 03/17/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

3/17/2014 12:00:00 AM  3/17/2014 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 9255008 WAS SUBMITTED ON
3/17/2014 3:39:32 PM FOR $39.89, EFFECTIVE 03/17/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

3/17/2014 12:00:00 AM  3/17/2014 12:00:00 AM  EDW  TW50    MYL; MYL LOGIN SUCCESSFUL   5029350481051352

3/17/2014 12:00:00 AM  3/17/2014 12:00:00 AM  EDW  TW50    MYL; MYL LOGIN SUCCESSFUL   5029350481051345

3/17/2014 12:00:00 AM  3/18/2014 12:00:00 AM  A39138  GXV5    Notify 1-Company Split-Cos-USPS  5029350481051352,
5029350481051345

3/24/2014 12:00:00 AM  3/25/2014 12:00:00 AM  EDW  CORS01    P099 Monthly Statement Sent EMAIL Borrower 03/21/2014
5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

4/7/2014 12:00:00 AM   4/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 04/17/2014; amount due:$43.08
5029350481051352

4/7/2014 12:00:00 AM   4/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 04/17/2014; amount due:$19.75
5029350481051345

4/7/2014 12:00:00 AM   4/15/2014 12:00:00 AM   A39138   GXV5      Notify 1-Company Split-Cos-USPS   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 10270379 WAS SUBMITTED ON
4/21/2014 1:47:23 PM FOR $43.08, EFFECTIVE 04/21/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 10270379 WAS SUBMITTED ON
4/21/2014 1:47:23 PM FOR $26.92, EFFECTIVE 04/21/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   8      CIS NM-008 OLD ADDRESS:   5029350481051352

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   7      CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054   5029350481051352

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   7      CIS NM-007 OLD ADDRESS: 115 GERMANY DR   5029350481051352

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   TX00      ELEC SIGNATURE FR AUTO DEBIT RQST VIA INTERNET (ROLENAME) : (SSN) :
(Name) : (List of Loans that are coborrowed)   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   ACH      MYL; AUTO DEBIT UPDATE REQUESTED FOR FOLLOWING: BILL GROUP:
4325472033033   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   23      NM*023 = A PREV AUTO PAY FLAG = 0   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   21      NM-021 DDA ACCOUNT CHANGED   5029350481051352

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   8      CIS NM-008 OLD ADDRESS:   5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   21     NM-021 DDA ACCOUNT CHANGED   5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   7      CIS NM-007 OLD ADDRESS: 115 GERMANY DR   5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   7      CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054   5029350481051345

4/23/2014 12:00:00 AM   4/23/2014 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 04/22/2014
5029350481051345

4/30/2014 12:00:00 AM   4/30/2014 12:00:00 AM   A39138   GXV4      Notify 1-Company Split-Borrower-Email   5029350481051352,
5029350481051345

5/7/2014 12:00:00 AM   5/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 05/17/2014; amount due:$43.08
5029350481051352

5/7/2014 12:00:00 AM   5/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 05/17/2014; amount due:$29.93
5029350481051345

5/20/2014 12:00:00 AM   5/20/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

5/27/2014 12:00:00 AM   5/27/2014 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 05/22/2014
5029350481051345

6/7/2014 12:00:00 AM   6/8/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 06/17/2014; amount due:$43.08
5029350481051352

6/7/2014 12:00:00 AM   6/8/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 06/17/2014; amount due:$29.93
5029350481051345

8/4/2014 12:00:00 AM   6/12/2014 12:00:00 AM   A39138   GL00      Selected for Auto Debit Email   5029350481051345

6/17/2014 12:00:00 AM   6/17/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 12367887 WAS SUBMITTED ON
6/17/2014 11:54:24 AM FOR $43.08, EFFECTIVE 06/17/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

6/17/2014 12:00:00 AM  6/17/2014 12:00:00 AM  EDW  RTPYMT     A PAYMENT FOR CONFIRMATION CODE 12367887 WAS SUBMITTED ON 6/17/2014 11:54:24 AM FOR $36.92, EFFECTIVE 06/17/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

6/17/2014 12:00:00 AM  6/17/2014 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

6/17/2014 12:00:00 AM  6/17/2014 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

6/23/2014 12:00:00 AM  6/24/2014 12:00:00 AM  EDW  CORS01     P099 Monthly Statement Sent EMAIL Borrower 06/22/2014 5029350481051345

6/23/2014 12:00:00 AM  6/25/2014 12:00:00 AM  A39138  GL00     Selected for Auto Debit email on 04082014. Replac  5029350481051352

7/7/2014 12:00:00 AM  7/7/2014 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 07/17/2014; amount due:$43.08 5029350481051352

7/7/2014 12:00:00 AM  7/7/2014 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 07/17/2014; amount due:$29.93 5029350481051345

7/21/2014 12:00:00 AM  7/21/2014 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

7/21/2014 12:00:00 AM  7/21/2014 12:00:00 AM  EDW  RTPYMT     A PAYMENT FOR CONFIRMATION CODE 14963755 WAS SUBMITTED ON 7/21/2014 7:56:22 PM FOR $50.00, EFFECTIVE 07/22/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

7/21/2014 12:00:00 AM  7/21/2014 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

7/24/2014 12:00:00 AM  7/24/2014 12:00:00 AM  EDW  CORS01     P099 Monthly Statement Sent EMAIL Borrower 07/22/2014 5029350481051345

8/7/2014 12:00:00 AM  8/7/2014 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 08/17/2014; amount due:$42.10 5029350481051352

Jamerial Benson                          FDR Correspondence History                              April 3, 2023
Acct # 9644672640

8/7/2014 12:00:00 AM  8/7/2014 12:00:00 AM  SYS  CORR   Payment reminder sent to 6056; due date of 08/17/2014; amount due:$29.08
5029350481051345

8/12/2014 12:00:00 AM  8/12/2014 12:00:00 AM  A39138  GX3N    X880-CoSplit Ntfy 2 Navi Cmrcl Bor Email  5029350481051352,
5029350481051345

8/17/2014 12:00:00 AM  8/17/2014 12:00:00 AM  EDW  TW50    MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

8/17/2014 12:00:00 AM  8/17/2014 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 16934719 ON BILL GROUP
4325472033033 WAS SUBMITTED ON 8/17/2014 8:21:42 PM FOR $40.00, EFFECTIVE 08/18/2014 BY THE BORROWER FROM MYL. NO
CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER
ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT
TYPE - CHECKING.  5029350481051352, 5029350481051345

8/17/2014 12:00:00 AM  8/17/2014 12:00:00 AM  EDW  TW50    MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

8/24/2014 12:00:00 AM  8/25/2014 12:00:00 AM  EDW  CORS01    P099 Monthly Statement Sent EMAIL Borrower 08/22/2014
5029350481051345

8/27/2014 12:00:00 AM  8/29/2014 12:00:00 AM  A39138  GX3W    U880-CoSplit Ntfy 2 Navi Cmrcl Cos/En USPS  5029350481051352,
5029350481051345

8/29/2014 12:00:00 AM  9/5/2014 12:00:00 AM  A39138  GX3Q    X880-Splt#2 NAV Cmcl Cos/En Unpn'd/Bnce-2nd atmpt
5029350481051352, 5029350481051345

9/7/2014 12:00:00 AM  9/7/2014 12:00:00 AM  SYS  CORR    Payment reminder sent to 6056; due date of 09/17/2014; amount due:$42.10
5029350481051352

9/7/2014 12:00:00 AM  9/7/2014 12:00:00 AM  SYS  CORR    Payment reminder sent to 6056; due date of 09/17/2014; amount due:$29.08
5029350481051345

8/22/2014 12:00:00 AM  9/9/2014 12:00:00 AM  SYS  PRVPOL    Annual privacy notification sent from FDR with Statement on 08/22/2014
5029350481051352, 5029350481051345

9/12/2014 12:00:00 AM  9/12/2014 12:00:00 AM  A39138  GX7K    X910-CoSplit Ntfy 3 Navi Cmrcl Bor Email  5029350481051352,
5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

9/17/2014 12:00:00 AM   9/17/2014 12:00:00 AM   EDW   TW50     MYL; MYL LOGIN SUCCESSFUL   5029350481051352

9/17/2014 12:00:00 AM   9/17/2014 12:00:00 AM   EDW   TW50     MYL; MYL LOGIN SUCCESSFUL   5029350481051345

9/24/2014 12:00:00 AM   9/24/2014 12:00:00 AM   EDW   CORS01    P099 Monthly Statement Sent EMAIL Borrower 09/22/2014
5029350481051345

9/16/2014 12:00:00 AM   9/30/2014 12:00:00 AM   A39138   GX7S    U910-CoSplit Ntfy 3 Navi Cmrcl Cos/En USPS   5029350481051352,
5029350481051345

9/16/2014 12:00:00 AM   9/30/2014 12:00:00 AM   A39138   GX7S    U910-CoSplit Ntfy 3 Navi Cmrcl Cos/En USPS   5029350481051352,
5029350481051345

10/1/2014 12:00:00 AM   10/1/2014 12:00:00 AM   EDW   TW50     MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

10/7/2014 12:00:00 AM   10/7/2014 12:00:00 AM   SYS   CORR     Payment reminder sent to 6056; due date of 10/17/2014; amount due:$42.10
5029350481051352

10/7/2014 12:00:00 AM   10/7/2014 12:00:00 AM   SYS   CORR     Payment reminder sent to 6056; due date of 10/17/2014; amount due:$29.08
5029350481051345

10/10/2014 12:00:00 AM   10/12/2014 12:00:00 AM   A39138   TW50     MYL;   5029350481051352, 5029350481051345

10/23/2014 12:00:00 AM   10/24/2014 12:00:00 AM   EDW   CORS01    P099 Monthly Statement Sent EMAIL Borrower 10/22/2014
5029350481051345

10/31/2014 12:00:00 AM   11/3/2014 12:00:00 AM   SYS   GYD4     FDIC Late Fee Restitution Credit posted $24   5029350481051352

10/31/2014 12:00:00 AM   11/3/2014 12:00:00 AM   SYS   GYD4     FDIC Late Fee Restitution Credit posted $28.85   5029350481051345

11/3/2014 12:00:00 AM   11/4/2014 12:00:00 AM   EDW   197      SLTR6 NM-197 LETTER = K427   5029350481051352, 5029350481051345

11/5/2014 12:00:00 AM   11/5/2014 12:00:00 AM   EDW   CORL01    K427 K427 - You Have Received A Credit Sent EMAIL Borrower 11/04/2014
5029350481051345

11/7/2014 12:00:00 AM   11/7/2014 12:00:00 AM   SYS   CORR     Payment reminder sent to 6056; due date of 11/17/2014; amount due:$41.82
5029350481051352

Jamerial Benson                                        FDR Correspondence History                                        April 3, 2023
Acct # 9644672640

11/7/2014 12:00:00 AM   11/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 11/17/2014; amount due:$28.30
5029350481051345

11/23/2014 12:00:00 AM   11/23/2014 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 11/21/2014
5029350481051345

12/7/2014 12:00:00 AM   12/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 12/17/2014; amount due:$41.82
5029350481051352

12/7/2014 12:00:00 AM   12/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 12/17/2014; amount due:$28.30
5029350481051345

12/16/2014 12:00:00 AM   12/16/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   7      CIS NM-007 OLD ADDRESS: 115 GERMANY DR   5029350481051352

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   8      CIS NM-008 OLD ADDRESS:  5029350481051352

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 25788406 WAS SUBMITTED ON
12/17/2014 11:52:13 PM FOR $41.82, EFFECTIVE 12/18/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 25788406 WAS SUBMITTED ON
12/17/2014 11:52:13 PM FOR $58.18, EFFECTIVE 12/18/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   7      CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054   5029350481051352

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   7      CIS NM-007 OLD ADDRESS: 115 GERMANY DR   5029350481051345

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   8      CIS NM-008 OLD ADDRESS:  5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   7   CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054   5029350481051345

12/23/2014 12:00:00 AM   12/23/2014 12:00:00 AM   EDW   CORS01   P099 Monthly Statement Sent EMAIL Borrower 12/22/2014   5029350481051345

12/26/2014 12:00:00 AM   12/26/2014 12:00:00 AM   EDW   TW50   MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

12/29/2014 12:00:00 AM   12/29/2014 12:00:00 AM   A39138   GMB3   EML- STMT OF INT TO BE SNT <$600   5029350481051352, 5029350481051345

12/31/2014 12:00:00 AM   12/31/2014 12:00:00 AM   C43503   TK00   ADVISED WEBSITE (DOC CODE TRANSLATIONS)   5029350481051352, 5029350481051345

12/31/2014 12:00:00 AM   12/31/2014 12:00:00 AM   C43503   TK00   PAYMENT QUESTION/PROB (DOC CODE TRANSLATIONS)   5029350481051352, 5029350481051345

12/31/2014 12:00:00 AM   12/31/2014 12:00:00 AM   C43503   TK00   ACCOUNT BAL (DOC CODE TRANSLATIONS)   5029350481051352, 5029350481051345

12/31/2014 12:00:00 AM   12/31/2014 12:00:00 AM   C43503   TK00   INTEREST QUESTION (DOC CODE TRANSLATIONS)   5029350481051352, 5029350481051345

1/4/2015 12:00:00 AM   1/4/2015 12:00:00 AM   EDW   TW50   MYL; MYL LOGIN SUCCESSFUL   5029350481051352

1/4/2015 12:00:00 AM   1/4/2015 12:00:00 AM   EDW   TW50   MYL; MYL LOGIN SUCCESSFUL   5029350481051345

1/7/2015 12:00:00 AM   1/7/2015 12:00:00 AM   EDW   RTPYMT   A PAYMENT FOR CONFIRMATION CODE 27193190 WAS SUBMITTED ON 1/7/2015 7:00:34 PM FOR $58.18, EFFECTIVE 01/08/2015 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

1/7/2015 12:00:00 AM   1/7/2015 12:00:00 AM   C51287   TK00   BORR CI TO HAVE TOTAL PAYMENT BE CALCULATED -AMT IS6027.91 INTEREST2370.94 PRINCIPAL BALANCE3656.97AND CAP INTEREST3471.5/SEND IDT REQUEST FOR RESESARCHING BALANCE (DOC CODE TRANSLATIONS)   5029350481051352, 5029350481051345

Jamerial Benson

Acct # 9644672640

FDR Correspondence History

April 3, 2023

1/7/2015 12:00:00 AM  1/7/2015 12:00:00 AM  EDW  RTPYMT     A PAYMENT FOR CONFIRMATION CODE 27193190 WAS SUBMITTED ON 1/7/2015 7:00:34 PM FOR $41.82, EFFECTIVE 01/08/2015 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

1/7/2015 12:00:00 AM  1/7/2015 12:00:00 AM  EDW  TW50      MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

1/7/2015 12:00:00 AM  1/7/2015 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 01/17/2015; amount due:$41.82 5029350481051352

1/7/2015 12:00:00 AM  1/7/2015 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 01/17/2015; amount due:$28.30 5029350481051345

1/7/2015 12:00:00 AM  1/8/2015 12:00:00 AM  A39138  GX00     ID:101138 , IDT Type: Research Requested is created on 01/07/2015 5029350481051352, 5029350481051345

1/9/2015 12:00:00 AM  1/9/2015 12:00:00 AM  C52763  TK00     PAYMENT QUESTION/PROB (DOC CODE TRANSLATIONS) 5029350481051352, 5029350481051345

1/13/2015 12:00:00 AM  1/13/2015 12:00:00 AM  E70722  GJ00     PER RESEARCH IDT 101138, NAT, REQUEST UNCLEAR  5029350481051352

1/13/2015 12:00:00 AM  1/13/2015 12:00:00 AM  E70722  GJ00     PER RESEARCH IDT 101138, NAT, REQUEST UNCLEAR  5029350481051345

1/13/2015 12:00:00 AM  1/14/2015 12:00:00 AM  A39138  GX00      ID:101138 , IDT Type: Research Requested is completed on 01/13/2015 5029350481051352, 5029350481051345

1/17/2015 12:00:00 AM  1/18/2015 12:00:00 AM  EDW  TW50      MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

1/19/2015 12:00:00 AM  1/19/2015 12:00:00 AM  EDW  TW50      MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: 115 GERMANY DR  5029350481051352

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  C35805  TK00      BORROWER PHONE CONTACT RE: RE-ROUTE/TRANSFER (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  C42815  TK00     PER BORR WHO HAS FDR LOANS REQST TO SPEAK TO DOMESTIC REP, ADV REP TO CONNECT THE CALL DIRECTLY TO VDN 10625 AS ANNOUNCE CALL PER BORR REQST DOMESTIC REP (DOC CODE TRANSLATIONS) 5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  A39139  TK00     BORROWER PHONE CONTACT RE: RE-ROUTE/TRANSFER (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  C42815  TK00     Q&AMP;A (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  E71372  TK00     BORROWER PHONE CONTACT RE: RE-ROUTE/TRANSFER (DOC CODE TRANSLATIONS)  5029350481051352

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054  5029350481051352

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  C52902  TK00     BORROWER PHONE CONTACT RE: RE-ROUTE/TRANSFER (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  C52902  TK00     BORR RQSTD FOR A DOMESTIC REP; TRIED TO XFR TO ESCA, BT HQ ADVSD THAT FDR TRAINED ARE ALREADY EMPOWERED TO XFR TO DOMESTIC ALREADY; HQ PROVIDED VDN 10625, BT WAIT IME IS &GT;30 MINS; XFRD TO ESCA// (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  E71372  TK00     BORR SUBMITTED REQ FOR RESEARCH ON ACCT BALANCE, BUR DIDN&APOS;T RECEIVE RESPONSE, I RESENT IDT TO RESEARCH, BUT WANTED SUP, SENT TO SUP (DOC CODE TRANSLATIONS) 5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  8     CIS NM-008 OLD ADDRESS:  5029350481051352

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  C35805  TK00     CARES DIALED 916019064145 (DOC CODE TRANSLATIONS) 5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  8     CIS NM-008 OLD ADDRESS:  5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: 115 GERMANY DR  5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054  5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  E72040  GG00    BORROWER UPSET STATING THAT BALANCE HAS INCREASED SINCE NAME CHANGED TO NAVIENT BORROWER STATING THAT WAS ADVISED ON 1/9/15 WHEN SPOKE WITH AGENT THAT HIS BAL ANCE WAS 5009.53 WHEN WAS WITH SALLIE MAE AND HAS INCREASED SINCE LOANS CHANGED TO NAVIENT. APOLOGIZED TO BORR THAT RECEIVED INCORRECT INFORMATION REVIEWED ST ATEMENS WITH BORR BACK TO AUG WHEN STILL UNDER SALLIE MAE THAT BALANCE WAS AT 6 178.69 AND THAT BALANCE HAS WENT DOWN SINCE THEN HAS NOT INCREASED BORR WANTS T O KNOW WHAT THE AGENT WAS LOOKING AT ON 1-9-15 APOLOGIZED THAT UNABLE TO DETERM INE WAS SPECIALIST WAS VIEWING AT THAT TIME.  5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  E72040  GK2W    RECD ESCALATED INQUIRY, ENTERED INTO CSI DATABASE  5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  E71372  TK00    BORROWER PHONE CONTACT RE: RE-ROUTE/TRANSFER (DOC CODE TRANSLATIONS)  5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  TW50    MYL; MYL LOGIN SUCCESSFUL  5029350481051345

1/21/2015 12:00:00 AM  1/22/2015 12:00:00 AM  A39138  GX00    ID:116880 , IDT Type: Research Requested is created on 01/21/2015  5029350481051352, 5029350481051345

1/23/2015 12:00:00 AM  1/23/2015 12:00:00 AM  E52520  GJ00    PER ARTIVA RESEARCH IDT ID#116880;BALANCE WAS 5009.53 BEFORE WE SWITCHED TO NAV IENT, BALANCE WENT UP TO 5610.76, BORR WANTS RESEARCH AS TO WHY THJS DIFFERENCE IN THE AMTS, PLEASE SEND RESPONSE TO BORR WITH THIS EXPLANATION;RVWD CLASS;THE COMBINED BALACNE AT CONVERISON WS 4040.59 (2808.65+4041.17);AMTS MATCH AMT ON FDR;RVWD ACCT;THE BALCNE HAS BEEN DECREASING MONTLY SINCE LN CONVERTED OVER TO FDR;NO BALANE INCREASE FROM TIME LN WAS UNDER SLMA TO NOW  5029350481051352

1/23/2015 12:00:00 AM  1/23/2015 12:00:00 AM  EDW  CORS01    P099 Monthly Statement Sent EMAIL Borrower 01/22/2015  5029350481051345

1/23/2015 12:00:00 AM  1/23/2015 12:00:00 AM  E52520  GJ00    PER ARTIVA RESEARCH IDT ID#116880;BALANCE WAS 5009.53 BEFORE WE SWITCHED TO NAV IENT, BALANCE WENT UP TO 5610.76, BORR WANTS RESEARCH AS TO WHY THJS DIFFERENCE IN THE AMTS, PLEASE SEND RESPONSE TO BORR WITH THIS EXPLANATION;RVWD CLASS;THE COMBINED BALACNE AT CONVERISON WS 4040.59 (2808.65+4041.17);AMTS MATCH AMT ON FDR;RVWD ACCT;THE BALCNE HAS BEEN DECREASING MONTLY SINCE LN CONVERTED OVER TO FDR;NO BALANE INCREASE FROM TIME LN WAS UNDER SLMA TO NOW  5029350481051352

1/23/2015 12:00:00 AM  1/25/2015 12:00:00 AM  A39138  GX00    ID:116880 , IDT Type: Research Requested is completed on 01/23/2015  5029350481051352, 5029350481051345

Jamerial Benson                                    FDR Correspondence History                                    April 3, 2023
Acct # 9644672640

2/4/2015 12:00:00 AM  2/4/2015 12:00:00 AM  A39138  GYB6   X936-INTRO PATH TO SUCCESS EMAIL SNT  5029350481051352,
5029350481051345

2/4/2015 12:00:00 AM  2/4/2015 12:00:00 AM  A39138  GYB6   X936-INTRO PATH TO SUCCESS EMAIL SNT  5029350481051352,
5029350481051345

2/7/2015 12:00:00 AM  2/8/2015 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 02/17/2015; amount due:$41.03
5029350481051352

2/7/2015 12:00:00 AM  2/8/2015 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 02/17/2015; amount due:$27.26
5029350481051345

2/17/2015 12:00:00 AM  2/17/2015 12:00:00 AM  EDW  TW50   MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

2/18/2015 12:00:00 AM  2/18/2015 12:00:00 AM  EDW  TX00   IVR CALL INFORMATION, DATE OF CALL 02/18/2015, TIME OF CALL 17:46:58,
CALLER DIALED 8882725543 (ROLENAME) : (SSN) : (Name) : (List of Loans that are coborrowed)  5029350481051352, 5029350481051345

2/18/2015 12:00:00 AM  2/18/2015 12:00:00 AM  C51777  TK00    BORR CALLED; SAID THAT HE REQUESTED FOR THE PAYMENT HISTORY
SINCE HE STARTED MAKING PAYMNTS WTH THE DECLINING BALANCE TO BE EMAILED TO HIM BUT HE DID NOT RECEIVE ANY; SENT IDT WTH
BORR;&APOS;S REQUEST AND ADV HIM THAT IT WILL BE SENT VIA REGULAR MAIL; ADV TF (DOC CODE TRANSLATIONS)  5029350481051352,
5029350481051345

2/18/2015 12:00:00 AM  2/18/2015 12:00:00 AM  C51777  TK00    ADV COMPLETION WILL BE 02/26/15 AND MAILING TIME IS 7-10 DAYS
(DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

2/18/2015 12:00:00 AM  2/19/2015 12:00:00 AM  A39138  GX00    ID:160501 , IDT Type: Manual Letter is created on 02/18/2015
5029350481051352, 5029350481051345

2/19/2015 12:00:00 AM  2/20/2015 12:00:00 AM  EDW  197      COSIN NM-197 LETTER = K520  5029350481051352, 5029350481051345

2/23/2015 12:00:00 AM  2/23/2015 12:00:00 AM  E50369  G186    LETTER TYPED; AWAITING QC  5029350481051352, 5029350481051345

2/23/2015 12:00:00 AM  2/23/2015 12:00:00 AM  E50369  GJ00    PER MANLR IDT 160501; BOR RQSTD COMPLETE PMT HIST FOR LNS
1345/1352; DRFTD MANL PMT HIST FOR LNS 1345/1352 FROM FIRST PMT TO MOST RECENT  5029350481051352

2/23/2015 12:00:00 AM  2/23/2015 12:00:00 AM  EDW  CORS01    P099 Monthly Statement Sent EMAIL Borrower 02/22/2015
5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

2/23/2015 12:00:00 AM  2/23/2015 12:00:00 AM  E50369  GJ00     PER MANLR IDT 160501; BOR RQSTD COMPLETE PMT HIST FOR LNS 1345/1352; DRFTD MANL PMT HIST FOR LNS 1345/1352 FROM FIRST PMT TO MOST RECENT  5029350481051705

2/23/2015 12:00:00 AM  2/24/2015 12:00:00 AM  A39138  GX00     ID:160501 , IDT Type: Manual Letter is completed on 02/23/2015 5029350481051352, 5029350481051345

2/24/2015 12:00:00 AM  2/24/2015 12:00:00 AM  EDW  CORL01     K520 Annual Cosigner Interest Statement Sent USPS Letter Cosigner 02/20/2015  5029350481051352

2/24/2015 12:00:00 AM  2/24/2015 12:00:00 AM  E69105  G170     COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED 5029350481051352

2/24/2015 12:00:00 AM  2/24/2015 12:00:00 AM  E69105  G170     COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED 5029350481051345

2/25/2015 12:00:00 AM  2/25/2015 12:00:00 AM  E41434  GK24     SENT LETTER TO BORROWER  5029350481051352

2/25/2015 12:00:00 AM  2/25/2015 12:00:00 AM  E41434  GK24     SENT LETTER TO BORROWER  5029350481051345

3/7/2015 12:00:00 AM  3/8/2015 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 03/17/2015; amount due:$41.03 5029350481051352

3/7/2015 12:00:00 AM  3/8/2015 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 03/17/2015; amount due:$27.26 5029350481051345

3/16/2015 12:00:00 AM  3/16/2015 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

3/23/2015 12:00:00 AM  3/23/2015 12:00:00 AM  EDW  CORS01     P099 Monthly Statement Sent EMAIL Borrower 03/22/2015 5029350481051345

4/7/2015 12:00:00 AM  4/7/2015 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 04/17/2015; amount due:$41.03 5029350481051352

4/7/2015 12:00:00 AM  4/7/2015 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 04/17/2015; amount due:$27.26 5029350481051345

4/23/2015 12:00:00 AM  4/24/2015 12:00:00 AM  EDW  CORS01     P099 Monthly Statement Sent EMAIL Borrower 04/22/2015 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

4/29/2015 12:00:00 AM   4/29/2015 12:00:00 AM   E59854   TK00      REVIEW ACCT W/O CUST CONTACT (DOC CODE TRANSLATIONS)
5029350481051352

4/29/2015 12:00:00 AM   4/29/2015 12:00:00 AM   E59854   TK00      REVIEW ACCT W/O CUST CONTACT (DOC CODE TRANSLATIONS)
5029350481051345

5/7/2015 12:00:00 AM   5/7/2015 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 05/17/2015; amount due:$40.50
5029350481051352

5/7/2015 12:00:00 AM   5/7/2015 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 05/17/2015; amount due:$26.53
5029350481051345

5/20/2015 12:00:00 AM   5/21/2015 1:52:43 AM   FDR   7      CIS NM-007 OLD ADDRESS: 108 W PIAZZA ST   5029350481051352

5/20/2015 12:00:00 AM   5/21/2015 1:52:43 AM   FDR   7      CIS NM-007 OLD ADDRESS: CRYSTAL SPGS MS 39059-3182   5029350481051352

5/20/2015 12:00:00 AM   5/21/2015 1:52:43 AM   FDR   8      CIS NM-008 OLD ADDRESS:   5029350481051352

5/20/2015 12:00:00 AM   5/21/2015 1:52:43 AM   FDR   7      CIS NM-007 OLD ADDRESS: 108 W PIAZZA ST   5029350481051345

5/20/2015 12:00:00 AM   5/21/2015 1:52:43 AM   FDR   7      CIS NM-007 OLD ADDRESS: CRYSTAL SPGS MS 39059-3182   5029350481051345

5/20/2015 12:00:00 AM   5/21/2015 1:52:43 AM   FDR   8      CIS NM-008 OLD ADDRESS:   5029350481051345

5/20/2015 12:00:00 AM   5/21/2015 1:54:58 AM   FDR   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

5/20/2015 12:00:00 AM   5/21/2015 1:54:58 AM   FDR   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 37323552 WAS SUBMITTED ON
5/20/2015 8:28:48 AM FOR $100.00, EFFECTIVE 05/20/2015 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051345.   5029350481051352

5/20/2015 12:00:00 AM   5/21/2015 1:54:58 AM   FDR   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 37323552 WAS SUBMITTED ON
5/20/2015 8:28:48 AM FOR $100.00, EFFECTIVE 05/20/2015 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051345.   5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

5/26/2015 12:00:00 AM   5/27/2015 1:31:34 AM   FDR   CORS01      P099 Monthly Statement Sent EMAIL Borrower 05/22/2015 5029350481051345

6/7/2015 12:00:00 AM   6/8/2015 1:31:11 AM   SYS   CORR      Payment reminder sent to 6056; due date of 06/17/2015; amount due:$40.50 5029350481051352

6/7/2015 12:00:00 AM   6/8/2015 1:31:11 AM   SYS   CORR      Payment reminder sent to 6056; due date of 06/17/2015; amount due:$26.53 5029350481051345

6/17/2015 12:00:00 AM   6/17/2015 12:44:43 PM   MYL   TW50      MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

6/17/2015 12:00:00 AM   6/17/2015 12:47:06 PM   MYL   RTPYMT      A payment for confirmation code 39395523 was submitted on 6/17/2015 12:47:06 PM for $40.50, effective 06/17/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.  5029350481051352, 5029350481051345

6/17/2015 12:00:00 AM   6/17/2015 12:47:07 PM   MYL   RTPYMT      A payment for confirmation code 39395523 was submitted on 6/17/2015 12:47:06 PM for $59.50, effective 06/17/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.  5029350481051352, 5029350481051345

6/17/2015 12:00:00 AM   6/17/2015 12:52:21 PM   IVR-West   TX00      IVR Call Information, Date of Call 06/17/2015, Time of Call 12:49:38, Caller Dialed 8882725543   5029350481051352, 5029350481051345

6/17/2015 12:00:00 AM   6/17/2015 1:11:31 PM   C51608   TK00      PAYMENT QUESTION/PROB   5029350481051352, 5029350481051345

6/17/2015 12:00:00 AM   6/17/2015 1:11:31 PM   C51608   TK00      ACCOUNT BAL   5029350481051352, 5029350481051345

6/23/2015 12:00:00 AM   6/24/2015 8:04:03 PM   OPSYS   CORS01      P099 Monthly Statement Sent EMAIL Borrower 06/22/2015 5029350481051345

7/7/2015 12:00:00 AM   7/7/2015 8:03:48 PM   SYS   CORR      Payment reminder sent to 6056; due date of 07/17/2015; amount due:$40.50 5029350481051352

Jamerial Benson
Acct # 9644672640
FDR Correspondence History
April 3, 2023

7/7/2015 12:00:00 AM  7/7/2015 8:03:48 PM  SYS  CORR     Payment reminder sent to 6056; due date of 07/17/2015; amount due:$26.53
5029350481051345

7/10/2015 12:00:00 AM  7/10/2015 11:40:02 AM  MYL  TW50     MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

7/10/2015 12:00:00 AM  7/10/2015 11:48:32 AM  IVR-West  TX00     IVR Call Information, Date of Call 07/10/2015, Time of Call 11:45:33,
Caller Dialed 8882725543   5029350481051352, 5029350481051345

7/10/2015 12:00:00 AM  7/10/2015 11:58:03 AM  MYL  RTPYMT     A payment for confirmation code 41070912 was submitted on 7/10/2015
11:58:03 AM for $59.50, effective 07/10/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account
information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in
the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352,
5029350481051345

7/10/2015 12:00:00 AM  7/10/2015 11:58:04 AM  MYL  RTPYMT     A payment for confirmation code 41070912 was submitted on 7/10/2015
11:58:03 AM for $40.50, effective 07/10/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account
information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in
the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352,
5029350481051345

7/10/2015 12:00:00 AM  7/10/2015 11:59:52 AM  C55518  TK00     BORR REQ LTR SHOWING PMTS ALLOC TO PRIN&amp;INT AND DECLINING
BALANCE;ADV PROC,MAILING TIME,VRFD ADDR.   5029350481051352, 5029350481051345

7/10/2015 12:00:00 AM  7/10/2015 12:00:49 PM  MYL  TW50     MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

7/23/2015 12:00:00 AM  7/23/2015 8:04:10 PM  OPSYS  CORS01     P099 Monthly Statement Sent EMAIL Borrower 07/22/2015
5029350481051345

8/7/2015 12:00:00 AM  8/7/2015 8:04:18 PM  SYS  CORR     Payment reminder sent to 6056; due date of 08/17/2015; amount due:$39.99
5029350481051352

8/7/2015 12:00:00 AM  8/7/2015 8:04:19 PM  SYS  CORR     Payment reminder sent to 6056; due date of 08/17/2015; amount due:$24.51
5029350481051345

8/17/2015 12:00:00 AM  8/17/2015 9:21:39 PM  MYL  TW50     MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

8/17/2015 12:00:00 AM  8/17/2015 9:36:57 PM  MYL  RTPYMT     A payment for confirmation code 43918975 on bill group 4325472033033 was submitted on 8/17/2015 9:36:57 PM for $40.00, effective 08/18/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking.   5029350481051352, 5029350481051345

8/18/2015 12:00:00 AM  8/19/2015 1:54:39 AM  FDR  7     CIS NM-007 OLD ADDRESS: 115 GERMANY DR  5029350481051352

8/18/2015 12:00:00 AM  8/19/2015 1:54:39 AM  FDR  7     CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054  5029350481051352

8/18/2015 12:00:00 AM  8/19/2015 1:54:39 AM  FDR  8     CIS NM-008 OLD ADDRESS:  5029350481051352

8/18/2015 12:00:00 AM  8/19/2015 1:54:39 AM  FDR  7     CIS NM-007 OLD ADDRESS: 115 GERMANY DR  5029350481051345

8/18/2015 12:00:00 AM  8/19/2015 1:54:39 AM  FDR  7     CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054  5029350481051345

8/18/2015 12:00:00 AM  8/19/2015 1:54:39 AM  FDR  8     CIS NM-008 OLD ADDRESS:  5029350481051345

8/22/2015 12:00:00 AM  8/23/2015 8:01:03 PM  OPSYS  CORS01     P099 Monthly Statement Sent EMAIL Borrower 08/21/2015  5029350481051345

8/24/2015 12:00:00 AM  8/24/2015 8:13:04 PM  OPSYS  PRVPOL     Annual privacy notification sent from FDR with Statement on 08/22/2015  5029350481051352, 5029350481051345

9/7/2015 12:00:00 AM  9/7/2015 8:12:49 PM  SYS  CORR     Payment reminder sent to 6056; due date of 09/17/2015; amount due:$39.99  5029350481051352

9/7/2015 12:00:00 AM  9/7/2015 8:12:49 PM  SYS  CORR     Payment reminder sent to 6056; due date of 09/17/2015; amount due:$24.51  5029350481051345

9/17/2015 12:00:00 AM  9/17/2015 3:59:26 PM  MYL  TW50     MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

9/17/2015 12:00:00 AM  9/17/2015 4:02:17 PM  MYL  RTPYMT     A payment for confirmation code 46183658 was submitted on 9/17/2015 4:02:17 PM for $39.99, effective 09/17/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

9/17/2015 12:00:00 AM  9/17/2015 4:02:17 PM  MYL  RTPYMT    A payment for confirmation code 46183658 was submitted on 9/17/2015 4:02:17 PM for $60.01, effective 09/17/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.  5029350481051352, 5029350481051345

9/23/2015 12:00:00 AM  9/23/2015 8:02:02 PM  OPSYS  CORS01    P099 Monthly Statement Sent EMAIL Borrower 09/22/2015 5029350481051345

10/7/2015 12:00:00 AM  10/7/2015 5:40:06 PM  MYL  TW50    MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

10/7/2015 12:00:00 AM  10/7/2015 5:41:09 PM  MYL  RTPYMT    A payment for confirmation code 47676268 was submitted on 10/7/2015 5:41:08 PM for $39.99, effective 10/07/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.  5029350481051352, 5029350481051345

10/7/2015 12:00:00 AM  10/7/2015 5:41:09 PM  MYL  RTPYMT    A payment for confirmation code 47676268 was submitted on 10/7/2015 5:41:08 PM for $60.01, effective 10/07/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.  5029350481051352, 5029350481051345

10/7/2015 12:00:00 AM  10/7/2015 8:02:18 PM  SYS  CORR    Payment reminder sent to 6056; due date of 10/17/2015; amount due:$39.99 5029350481051352

10/7/2015 12:00:00 AM  10/7/2015 8:02:18 PM  SYS  CORR    Payment reminder sent to 6056; due date of 10/17/2015; amount due:$24.51 5029350481051345

10/23/2015 12:00:00 AM  10/23/2015 8:03:27 PM  OPSYS  CORS01    P099 Monthly Statement Sent EMAIL Borrower 10/22/2015 5029350481051345

11/4/2015 12:00:00 AM  11/4/2015 12:46:00 PM  E58632  TK00    PER OCA VOICEMAIL RECEIVED, PLACED CALL TO SHADERA UPCHURCH, DEPARTMENT OF EDUCATION OMBUDSMAN, BUT THERE WAS NO ANSWER; LEFT MESSAGE WITH OCA HOURS AND PHONE NUMBER 5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

11/5/2015 12:00:00 AM   11/5/2015 1:00:24 PM   E17282   TK00      BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

11/5/2015 12:00:00 AM   11/5/2015 3:40:27 PM   E59854   TK00      REVIEW ACCT W/O CUST CONTACT   5029350481051352, 5029350481051345

11/5/2015 12:00:00 AM   11/5/2015 9:47:30 PM   MYL   TW50      MYL LOGIN SUCCESSFUL MYL;   5029350481051352, 5029350481051345

11/5/2015 12:00:00 AM   11/5/2015 10:01:40 PM   MYL   TW50      MYL LOGIN SUCCESSFUL MYL;   5029350481051352, 5029350481051345

11/5/2015 12:00:00 AM   11/5/2015 10:28:40 PM   MYL   TX10      INTERNET MESSAGE RECEIVED FROM BORROWER INTERNET MESSAGE RECEIVED FROM BORROWER   5029350481051352, 5029350481051345

11/6/2015 12:00:00 AM   11/7/2015 2:14:07 AM   E71403   MX00      EGAIN 1574632 COMPLAINTS RCVD 110515 BWR RQSTD PYMNT HISTORY FROM INCEPTION WIT H RUNNING BALANCE, BWR STATED RQSTED INFO BEFORE AND ONLY GOT PYMNT HIST FROM 2 008- CURRENT BUT WASNT DECLINING, PER GUIDANCE PENDING UPON FURTHER REVIEW OF A CCT AS ENTIRE DECLINING BALANCE HIST IS NOT SOMETHING THAT IS USUALLY PROVIDED   5029350481051352, 5029350481051345

11/7/2015 12:00:00 AM   11/7/2015 8:02:51 PM   SYS   CORR      Payment reminder sent to 6056; due date of 11/17/2015; amount due:$38.62   5029350481051352

11/7/2015 12:00:00 AM   11/7/2015 8:02:51 PM   SYS   CORR      Payment reminder sent to 6056; due date of 11/17/2015; amount due:$22.76   5029350481051345

11/10/2015 12:00:00 AM   11/10/2015 5:54:09 PM   IVR-West   TX00      IVR Call Information, Date of Call 11/10/2015, Time of Call 17:51:51, Caller Dialed 8882725543   5029350481051352, 5029350481051345

11/10/2015 12:00:00 AM   11/10/2015 6:00:44 PM   MYL   TW50      MYL LOGIN SUCCESSFUL MYL;   5029350481051352, 5029350481051345

11/10/2015 12:00:00 AM   11/10/2015 6:18:59 PM   C49223   TK00      ADVICED TO CALL BACK TOMORROW AND CHECK IF ITS NEEDED TO BE XFERD TO ESCALATIONS SINCE THIS WAS HANDLED BY OCA   5029350481051352, 5029350481051345

11/10/2015 12:00:00 AM   11/10/2015 6:20:31 PM   C44367   TK00      Q&amp;A   5029350481051352, 5029350481051345

11/12/2015 12:00:00 AM   11/12/2015 8:49:21 AM   IVR-West   TX00      IVR Call Information, Date of Call 11/12/2015, Time of Call 08:46:04, Caller Dialed 8882725543   5029350481051352, 5029350481051345

Jamerial Benson                                    FDR Correspondence History                                    April 3, 2023
Acct # 9644672640

11/12/2015 12:00:00 AM  11/12/2015 8:53:55 AM  C36221  TK00    FDR/ BORR CALL BACK/ AS PER PREV CORR/ ACCT HANDLED BY OCA/ ESCALATED CALL TO SUPERVISOR   5029350481051352, 5029350481051345

11/12/2015 12:00:00 AM  11/12/2015 8:53:55 AM  C36221  TK00    BORROWER PHONE CONTACT RE: CARES DIALED 11457   5029350481051352, 5029350481051345

11/12/2015 12:00:00 AM  11/12/2015 9:08:15 AM  C43253  TK00    BORR IS REQUESTING TO BE CONNECTED TO THE DEPT WHO&apos;S HANDLING HIS CASE,BOR RIS INSISTING FOR THE DECLINING BALANCE TO BE SENT AND WAS ADVSD THAT THE ACCT. IS BEING HANDLED BY OCA,CALLED OCA AND ADVSD THAT THERE&apos;S NO OPEN CASE BUT OMBUDSMAN IS CALLING US ABOUT THE ACCT,OCA REP ASKED FOR THE CALL TO BE TRANSFRD OVER, TRANSFRD CALL ACCORDINGLY  5029350481051352, 5029350481051345

11/12/2015 12:00:00 AM  11/12/2015 9:08:15 AM  C43253  TK00    CARES DIALED (888) 545-4199  5029350481051352, 5029350481051345

11/12/2015 12:00:00 AM  11/12/2015 9:16:43 AM  E61168  TK00    BORROWER ESCALATION REQUEST FULL PAYMENT HISTORY PRINCIPAL/INTEREST/FEES TELEPHONE 601-906-4145 SENT FOR ASSGNMT   5029350481051352, 5029350481051345

11/13/2015 12:00:00 AM  11/14/2015 1:32:42 AM  E69824  GK00    ***OCA*** RECEIVED BORROWER COMPLAINT REQUESTING FULL PAYMENT HISTORY, PRINCIPA L, INTEREST, AND FEES ON ACCOUNT.  5029350481051352, 5029350481051345

11/13/2015 12:00:00 AM  11/14/2015 1:32:48 AM  E19813  GH92    ACCT RECEIVED IN CBS/SBS FOR REVIEW AND RESPONSE   5029350481051352

11/13/2015 12:00:00 AM  11/14/2015 1:32:48 AM  E19813  GH92    ACCT RECEIVED IN CBS/SBS FOR REVIEW AND RESPONSE   5029350481051345

11/17/2015 12:00:00 AM  11/18/2015 1:38:30 AM  E69824  GK00    ***OCA*** SPOKE WITH BORROWER AND DISCUSSED NATURE OF COMPLAINT. BORROWER STATE S IS REQUESTING THE INFORMATION WITH BELIEF THAT PAYMENTS ACCOUNT BALANCE IS NO T ACCURATE, SHOULD BE LOWER. ADVISED BORROWER WOULD COMPILE ACCOUNT INFORMATION AS REQUESTED. BORROWER OK.  5029350481051352, 5029350481051345

11/18/2015 12:00:00 AM  11/18/2015 10:35:31 AM  E69824  TK00    BORROWER RESEARCH RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

11/23/2015 12:00:00 AM  11/23/2015 8:05:12 PM  OPSYS  CORS01    P099 Monthly Statement Sent EMAIL Borrower 11/22/2015   5029350481051345

11/24/2015 12:00:00 AM  11/25/2015 1:30:45 AM  FDR    16    NM-016 = PREV STATUS =  5029350481051352

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

11/25/2015 12:00:00 AM  11/26/2015 1:52:27 AM  E71403  MX00    EGAIN 1574632 COMPLAINTS RCVD 110515 BWR RQSTD DECLINING BALANCE HISTORY; PER M EMOS OCA IS ON THE ACCT HANDLING BWR RQST, NAT, COMPLETED EMAIL OUT  5029350481051352

11/25/2015 12:00:00 AM  11/26/2015 1:52:27 AM  E71403  MX00    EGAIN 1574632 COMPLAINTS RCVD 110515 BWR RQSTD DECLINING BALANCE HISTORY; PER M EMOS OCA IS ON THE ACCT HANDLING BWR RQST, NAT, COMPLETED EMAIL OUT  5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 5:22:11 PM  MYL  TW50     MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 5:26:45 PM  IVR-West  TX00     IVR Call Information, Date of Call 12/07/2015, Time of Call 17:24:31, Caller Dialed 8882725543  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 5:57:09 PM  C52003  TK00     BORR IS WORKING WITH OCA CALL TRAN TO HQ  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 5:57:09 PM  C52003  TK00     BORROWER PHONE CONTACT RE: CARES DIALED 11457  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 6:05:40 PM  C45647  GG00     ESCALATION  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 6:05:40 PM  C45647  TK00     CARES DIALED 18885454199  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 6:05:40 PM  C45647  TK00     BORR IS REQUESTING FOR FULL PMT HISTORY; ACCOUNT ON OPEN ISSUE WITH OCA. BORR WANTED TO BE CONNECTED TO THE SAME DEPARTMENT.  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 6:05:40 PM  C45647  TK00     WHILE CONNECTING TO ART, BORR DISCONNECTED. NAT  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 8:06:53 PM  SYS  CORR     Payment reminder sent to 6056; due date of 12/17/2015; amount due:$38.62  5029350481051352

12/7/2015 12:00:00 AM  12/7/2015 8:06:53 PM  SYS  CORR     Payment reminder sent to 6056; due date of 12/17/2015; amount due:$22.76  5029350481051345

12/8/2015 12:00:00 AM  12/8/2015 4:10:35 PM  E59660  TK00     BRW CALLED TO CHECK STATUS OF RQST MADE IN NOVEMBER/ADVOCATE UNAVAILEBLE/TRANS TO VOICEMAIL  5029350481051352, 5029350481051345

12/14/2015 12:00:00 AM  12/14/2015 12:55:44 PM  E17282  TK00     RCVD CALL FROM CUST; TRANSFER TO ADVOCATE  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

12/14/2015 12:00:00 AM  12/15/2015 1:31:00 AM  E69824  GK00  ***OCA*** SPOKE WITH BORROWER REGARDING PH AND ADVISED QC PROCESS AND AS SOON A S REVIEW IS COMPLETED WILL BE ABLE TO SEND PH. BORROWER OK  5029350481051352

12/14/2015 12:00:00 AM  12/15/2015 1:31:00 AM  E69824  GK00  ***OCA*** SPOKE WITH BORROWER REGARDING PH AND ADVISED QC PROCESS AND AS SOON A S REVIEW IS COMPLETED WILL BE ABLE TO SEND PH. BORROWER OK  5029350481051345

12/14/2015 12:00:00 AM  12/15/2015 1:31:00 AM  E69824  GK00  ***OCA*** SPOKE WITH BORROWER REGARDING PH AND ADVISED QC PROCESS AND AS SOON A S REVIEW IS COMPLETED WILL BE ABLE TO SEND PH. BORROWER OK  5029350481051345

12/23/2015 12:00:00 AM  12/24/2015 8:03:48 PM  OPSYS  CORS01  P099 Monthly Statement Sent EMAIL Borrower 12/22/2015  5029350481051345

1/1/2016 12:00:00 AM  1/2/2016 2:22:48 AM  FDR  11  NM-011 NEW APR = 01.750 PREV APR = 01.750  5029350481051352, 5029350481051345

1/4/2016 12:00:00 AM  1/5/2016 1:31:32 AM  E69824  GK00  ***OCA*** MADE OUTREACH TO BORROWER AND APOLOGIZED FOR LENGTH OF TIME TO SEND P H. ADVISED ONCE QC IS COMPLETED BORROWER WILL RECEIVE INFORMATION. BORROWER OK  5029350481051352, 5029350481051345

1/6/2016 12:00:00 AM  1/7/2016 1:31:28 AM  E69824  MY96  CAU LETTERS TYPED; AWAITING QC  5029350481051352, 5029350481051345

1/6/2016 12:00:00 AM  1/7/2016 1:31:28 AM  E69824  GK00  ***OCA*** DRAFTED LETTER WITH PAYMENT HISTORIES FOR BOTH OUTSTANDING LOANS, AS REQUESTED BY BORROWER.  5029350481051352

1/6/2016 12:00:00 AM  1/7/2016 1:31:28 AM  E69824  GK00  ***OCA*** DRAFTED LETTER WITH PAYMENT HISTORIES FOR BOTH OUTSTANDING LOANS, AS REQUESTED BY BORROWER.  5029350481051345

1/7/2016 12:00:00 AM  1/7/2016 8:03:49 PM  SYS  CORR  Payment reminder sent to 6056; due date of 01/17/2016; amount due:$38.62  5029350481051352

1/7/2016 12:00:00 AM  1/7/2016 8:03:49 PM  SYS  CORR  Payment reminder sent to 6056; due date of 01/17/2016; amount due:$22.76  5029350481051345

1/7/2016 12:00:00 AM  1/8/2016 1:31:31 AM  E69824  GK24  SENT LETTER TO BORROWER  5029350481051352, 5029350481051345

1/7/2016 12:00:00 AM  1/8/2016 1:31:31 AM  E69824  GY95  CBS REVIEW COMPLETE  5029350481051352, 5029350481051345

1/7/2016 12:00:00 AM  1/8/2016 1:31:35 AM  E19157  MY99  CAU QC COMPLETE  5029350481051352

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

1/7/2016 12:00:00 AM  1/8/2016 1:31:35 AM  E19157  MY99    CAU QC COMPLETE  5029350481051345

1/11/2016 12:00:00 AM  1/12/2016 1:31:26 AM  E69315  GK00     OCA - SENT INQ/RESPONSE FOR SCANNING  5029350481051345

1/19/2016 12:00:00 AM  1/19/2016 8:52:00 PM  MYL2  TW50    MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL  5029350481051352,
5029350481051345

1/19/2016 12:00:00 AM  1/19/2016 8:58:25 PM  MYL2  ACH     MYL2; auto debit terminate requested for following: Loan: 5029350481051352
5029350481051352

1/19/2016 12:00:00 AM  1/19/2016 8:58:25 PM  MYL2  ACH     MYL2; auto debit terminate requested for following: Loan: 5029350481051345
5029350481051345

1/20/2016 12:00:00 AM  1/21/2016 1:30:55 AM  FDR  23     NM*023 = 0 PREV AUTO PAY FLAG = A  5029350481051352, 5029350481051345

1/20/2016 12:00:00 AM  1/22/2016 1:31:22 AM  FDR  197     MYL2A NM-197 LETTER = P209  5029350481051352, 5029350481051345

1/21/2016 12:00:00 AM  1/22/2016 8:04:19 PM  OPSYS  CORL01     P209 CANCEL AUTO DEBIT:BORROWER REQUEST (borrower) Sent EMAIL
Borrower 01/21/2016  5029350481051352, 5029350481051345

1/23/2016 12:00:00 AM  1/23/2016 8:02:36 PM  OPSYS  CORS01     P099 Monthly Statement Sent EMAIL Borrower 01/22/2016
5029350481051345

2/7/2016 12:00:00 AM  2/7/2016 8:00:43 PM  SYS  CORR     Payment reminder sent to 6056; due date of 02/17/2016; amount due:$38.09
5029350481051352

2/7/2016 12:00:00 AM  2/7/2016 8:00:43 PM  SYS  CORR     Payment reminder sent to 6056; due date of 02/17/2016; amount due:$21.96
5029350481051345

2/11/2016 12:00:00 AM  2/11/2016 9:43:27 PM  MYL2  TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL  5029350481051352,
5029350481051345

2/12/2016 12:00:00 AM  2/12/2016 5:54:56 PM  MYL2  TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL  5029350481051352,
5029350481051345

2/12/2016 12:00:00 AM  2/12/2016 5:55:51 PM  MYL2  TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL  5029350481051352,
5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History                                                April 3, 2023

2/16/2016 12:00:00 AM   2/16/2016 4:40:31 PM   IVR-West   TX00   IVR Call Information, Date of Call 02/16/2016, Time of Call 16:37:13, Caller Dialed 8882725543   5029350481051352, 5029350481051345

2/16/2016 12:00:00 AM   2/16/2016 4:58:03 PM   C45804   TK00   RCVD CL FRM BOR SAID HE SENT HIS BANK STATEMENTS RE DISCREPANCIES OF HIS PYMTS/ACCT BEING HANDLED BY OCA/ AS PER SUP TO XFR TO HQ TO XFRD TO OCA   5029350481051352, 5029350481051345

2/16/2016 12:00:00 AM   2/16/2016 5:06:35 PM   C42906   TK00   CARES DIALED 18885454199   5029350481051352, 5029350481051345

2/16/2016 12:00:00 AM   2/16/2016 5:06:35 PM   C42906   TK00   ACCT HANDLED BY OCA, BRR WANTS TO BE TRANSFERRED TO OCA, XFER CALL   5029350481051352, 5029350481051345

2/16/2016 12:00:00 AM   2/16/2016 5:06:35 PM   C42906   TK00   TRANSFER TO ANOTHER DEPARTMENT   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 10:56:34 AM   E17282   TK00   RCVD 2 VM FROM CUST FOR ADV; FWD   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 1:36:36 PM   IVR-West   TX00   IVR Call Information, Date of Call 02/17/2016, Time of Call 13:33:22, Caller Dialed 8882725543   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 1:44:54 PM   C43601   TK00   ON SET OF THE CALL BORR ASKED TO BE TRANSFERRED TO A MANAGER. ADV THAT WE CAN CONNECT HIM TO SUP. ABT OCA CONCERN. ESCALATED CALL   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 2:03:22 PM   C42537   TK00   BOR REQUESTED TO SPEAK TO OCA TO FOLLOW UP HIS CONCERN WHEN HE SPOKE TO OCA.   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 2:03:22 PM   C42537   GG00   ESCALATION   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 2:12:36 PM   E49158   TK00   RECVD XFER CL FRM BWR, ALREADY VALIDATED, HE HAS BEEN TRYING TO GET BACK IN TOUCH WITH ADVOCATEFOR SEVERAL DAYS AND SAID HE LEFT SEVERAL VOICE MAILS, TRANSFERED WARM TO ADVOCATE   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 7:47:00 PM   MYL2   TW50   MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 7:47:59 PM   MYL2   RTPYMT   A payment for confirmation code 57673953C was submitted on 2/17/2016 7:47:59 PM for $38.09, effective 02/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was

Jamerial Benson                                    FDR Correspondence History                          April 3, 2023
Acct # 9644672640

used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 7:47:59 PM   MYL2   RTPYMT      A payment for confirmation code 57673953C was submitted on 2/17/2016 7:47:59 PM for $21.96, effective 02/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/18/2016 1:31:09 AM   E69824   GK00      ***OCA*** SPOKE TO BORROWER AND CONFERENCED IN REGIONS BANK, CALL FROM REGIONS BANK WAS DISCONNECTED. REVIEWED BORROWER'S INQUIRY OF MISSING PAYMENTS AND BORR OWER WAS ABLE TO SEE THEM ALLOCATED CORRECTLY ON PAYMENT HISTORY. BORROWER HAD NO ADDITIONAL QUESTIONS.   5029350481051352

2/17/2016 12:00:00 AM   2/18/2016 1:31:09 AM   E69824   GK00      ***OCA*** SPOKE TO BORROWER AND CONFERENCED IN REGIONS BANK, CALL FROM REGIONS BANK WAS DISCONNECTED. REVIEWED BORROWER'S INQUIRY OF MISSING PAYMENTS AND BORR OWER WAS ABLE TO SEE THEM ALLOCATED CORRECTLY ON PAYMENT HISTORY. BORROWER HAD NO ADDITIONAL QUESTIONS.   5029350481051345

2/23/2016 12:00:00 AM   2/23/2016 8:04:28 PM   OPSYS   CORS01      P099 Monthly Statement Sent EMAIL Borrower 02/22/2016   5029350481051345

2/24/2016 12:00:00 AM   2/26/2016 1:37:59 AM   FDR   197      COSIN NM-197 LETTER = K520   5029350481051352, 5029350481051345

2/29/2016 12:00:00 AM   3/1/2016 8:02:28 PM   OPSYS   CORL01      K520 Annual Cosigner Interest Statement Sent EMAIL Cosigner 02/25/2016   5029350481051352

3/7/2016 12:00:00 AM   3/7/2016 4:20:44 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

3/7/2016 12:00:00 AM   3/7/2016 4:21:04 PM   MYL2   TX14      Borrower Requested Tax Letter From Web Site BORROWER REQUESTED TAX LETTER FROM WEB SITE   5029350481051352, 5029350481051345

3/7/2016 12:00:00 AM   3/7/2016 8:05:56 PM   SYS   CORR      Payment reminder sent to 6056; due date of 03/17/2016; amount due:$38.09   5029350481051352

3/7/2016 12:00:00 AM   3/7/2016 8:05:56 PM   SYS   CORR      Payment reminder sent to 6056; due date of 03/17/2016; amount due:$21.96   5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

3/17/2016 12:00:00 AM   3/17/2016 11:34:28 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

3/17/2016 12:00:00 AM   3/17/2016 11:36:50 PM   MYL2   RTPYMT      A payment for confirmation code 60008600C was submitted on 3/17/2016 11:36:50 PM for $40.00, effective 03/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

3/17/2016 12:00:00 AM   3/17/2016 11:36:50 PM   MYL2   RTPYMT      A payment for confirmation code 60008600C was submitted on 3/17/2016 11:36:50 PM for $40.00, effective 03/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352, 5029350481051345

3/17/2016 12:00:00 AM   3/17/2016 11:38:43 PM   MYL2   TX14      Borrower Requested Tax Letter From Web Site BORROWER REQUESTED TAX LETTER FROM WEB SITE  5029350481051352, 5029350481051345

3/23/2016 12:00:00 AM   3/23/2016 8:05:52 PM   OPSYS   CORS01      P099 Monthly Statement Sent EMAIL Borrower 03/22/2016   5029350481051345

4/7/2016 12:00:00 AM   4/7/2016 11:40:48 AM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

4/7/2016 12:00:00 AM   4/7/2016 8:04:05 PM   SYS   CORR      Payment reminder sent to 6056; due date of 04/17/2016; amount due:$36.18   5029350481051352

4/7/2016 12:00:00 AM   4/7/2016 8:04:05 PM   SYS   CORR      Payment reminder sent to 6056; due date of 04/17/2016; amount due:$3.92   5029350481051345

4/18/2016 12:00:00 AM   4/18/2016 10:17:03 AM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

4/18/2016 12:00:00 AM   4/18/2016 10:17:55 AM   MYL2   RTPYMT      A payment for confirmation code 62332714C was submitted on 4/18/2016 10:17:54 AM for $40.00, effective 04/18/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352, 5029350481051345

Page | 31

Jamerial Benson                                    FDR Correspondence History                              April 3, 2023
Acct # 9644672640

4/18/2016 12:00:00 AM   4/18/2016 10:17:55 AM   MYL2   RTPYMT     A payment for confirmation code 62332714C was submitted on
4/18/2016 10:17:54 AM for $40.00, effective 04/18/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account
information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in
the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352,
5029350481051345

4/21/2016 12:00:00 AM   4/21/2016 11:29:12 AM   MYL2   TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

4/23/2016 12:00:00 AM   4/23/2016 8:12:14 PM   OPSYS   CORS01     P099 Monthly Statement Sent EMAIL Borrower 04/22/2016
5029350481051345

5/7/2016 12:00:00 AM   5/7/2016 8:03:56 PM   SYS   CORR     Payment reminder sent to 6056; due date of 05/17/2016; amount due:$34.96
5029350481051352

5/17/2016 12:00:00 AM   5/17/2016 10:48:54 PM   MYL2   TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

5/17/2016 12:00:00 AM   5/17/2016 10:50:43 PM   MYL2   RTPYMT     A payment for confirmation code 64547078C was submitted on 5/17/2016
10:50:43 PM for $60.00, effective 05/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was
used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four
Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

5/17/2016 12:00:00 AM   5/17/2016 10:50:43 PM   MYL2   RTPYMT     A payment for confirmation code 64547078C was submitted on 5/17/2016
10:50:43 PM for $40.00, effective 05/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was
used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four
Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352, 5029350481051345

5/23/2016 12:00:00 AM   5/23/2016 8:05:28 PM   OPSYS   CORS01     P099 Monthly Statement Sent EMAIL Borrower 05/22/2016
5029350481051345

6/7/2016 12:00:00 AM   6/7/2016 8:03:05 PM   SYS   CORR     Payment reminder sent to 6056; due date of 06/17/2016; amount due:$13.74
5029350481051352

6/14/2016 12:00:00 AM   6/15/2016 8:07:28 PM   A39138   GPX3     X058 Payment Addr Change Email Notification Sent   5029350481051352,
5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

6/17/2016 12:00:00 AM   6/17/2016 8:04:46 PM   A39138   GPX3      X058 Payment Addr Change Email Notification Sent   5029350481051352, 5029350481051345

6/19/2016 12:00:00 AM   6/19/2016 8:58:11 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

6/21/2016 12:00:00 AM   6/21/2016 3:12:49 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

6/21/2016 12:00:00 AM   6/21/2016 3:13:41 PM   MYL2   RTPYMT      A payment for confirmation code 66990303C was submitted on 6/21/2016 3:13:41 PM for $13.74, effective 06/21/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

6/21/2016 12:00:00 AM   6/21/2016 3:13:41 PM   MYL2   RTPYMT      A payment for confirmation code 66990303C was submitted on 6/21/2016 3:13:41 PM for $130.00, effective 06/21/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352, 5029350481051345

6/23/2016 12:00:00 AM   6/23/2016 8:05:08 PM   A39138   GPX2      LTR058 Pymnt Addr Change Letter Notification Sent   5029350481051352, 5029350481051345

6/23/2016 12:00:00 AM   6/23/2016 8:05:54 PM   OPSYS   CORS01      P099 Monthly Statement Sent EMAIL Borrower 06/22/2016   5029350481051345

7/7/2016 12:00:00 AM   7/7/2016 8:02:44 PM   SYS   CORR      Payment reminder sent to 6056; due date of 07/17/2016; amount due:$38.78   5029350481051352

7/18/2016 12:00:00 AM   7/18/2016 2:13:34 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

7/18/2016 12:00:00 AM   7/18/2016 2:14:04 PM   MYL2   RTPYMT      A payment for confirmation code 68919097C was submitted on 7/18/2016 2:14:03 PM for $50.00, effective 07/18/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

7/23/2016 12:00:00 AM   7/23/2016 8:02:04 PM   OPSYS   CORS01      P099 Monthly Statement Sent EMAIL Borrower 07/22/2016   5029350481051345

7/24/2016 12:00:00 AM   7/24/2016 8:14:14 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

7/24/2016 12:00:00 AM   7/24/2016 8:16:28 PM   MYL2   TX00      BANK ACCOUNT XXXX6309 SAVED   5029350481051352, 5029350481051345

7/24/2016 12:00:00 AM   7/24/2016 8:19:58 PM   MYL2   RTPYMT      A payment for confirmation code 69330827C was submitted on 7/24/2016 8:19:58 PM for $1432.19, effective 07/24/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 6309, Bank Account Routing Number Ending in the Last Four Numbers - 3751, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352, 5029350481051345

7/24/2016 12:00:00 AM   7/24/2016 8:19:58 PM   MYL2   RTPYMT      A payment for confirmation code 69330827C was submitted on 7/24/2016 8:19:58 PM for $50.00, effective 07/24/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 6309, Bank Account Routing Number Ending in the Last Four Numbers - 3751, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

8/17/2016 12:00:00 AM   8/17/2016 7:15:31 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

8/17/2016 12:00:00 AM   8/17/2016 7:19:32 PM   MYL2   RTPYMT      A payment for confirmation code 71051135C was submitted on 8/17/2016 7:19:31 PM for $2675.03, effective 08/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 6309, Bank Account Routing Number Ending in the Last Four Numbers - 3751, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

8/23/2016 12:00:00 AM   8/23/2016 8:01:58 PM   OPSYS   CORS01      P099 Monthly Statement Sent EMAIL Borrower 08/22/2016   5029350481051345

8/22/2016 12:00:00 AM   8/24/2016 1:59:33 AM   FDR   16      NM-016 = A PREV STATUS =   5029350481051345

8/22/2016 12:00:00 AM   8/24/2016 1:59:33 AM   FDR   28      NM-028 NEW REASON CODE = 67 OLD REASON CODE = 00   5029350481051345

9/15/2016 12:00:00 AM   9/17/2016 2:35:28 AM   FDR   16      NM-016 = A PREV STATUS =   5029350481051352

9/15/2016 12:00:00 AM   9/17/2016 2:35:28 AM   FDR   28      NM-028 NEW REASON CODE = 67 OLD REASON CODE = 00   5029350481051352

Jamerial Benson
Acct # 9644672640
FDR Correspondence History
April 3, 2023

9/19/2016 12:00:00 AM  9/21/2016 1:38:36 AM  FDR  16    NM-016 = C PREV STATUS = A  5029350481051352, 5029350481051345

9/19/2016 12:00:00 AM  9/21/2016 1:38:36 AM  FDR  28    NM-028 NEW REASON CODE = 99 OLD REASON CODE = 67  5029350481051352, 5029350481051345

9/21/2016 12:00:00 AM  9/22/2016 1:31:47 AM  FDR  78902    NM-78902 OLD MONETARY REJECT '0'  5029350481051352

9/21/2016 12:00:00 AM  9/22/2016 1:31:47 AM  FDR  78902    NM-78902 OLD MONETARY REJECT '0'  5029350481051345

9/21/2016 12:00:00 AM  9/22/2016 1:32:24 AM  E68122  GJ00    PER PER CLOSED ACCOUNT SAS DATED 20160920 UPDATE MONETARY REJECT FLAG  5029350481051352

9/21/2016 12:00:00 AM  9/22/2016 1:32:24 AM  E68122  GJ00    PER PER CLOSED ACCOUNT SAS DATED 20160920 UPDATE MONETARY REJECT FLAG  5029350481051345

9/23/2016 12:00:00 AM  9/24/2016 2:35:49 AM  FDR  57    CR BUREAU FLAG OLD FIELD= 2 NEW FIELD= Z  5029350481051352, 5029350481051345

9/23/2016 12:00:00 AM  9/24/2016 2:35:49 AM  FDR  79168    NM 791-68 CR BUR PRV FLG OLD FIELD = * NEW FIELD = 2  5029350481051352, 5029350481051345

1/2/2017 12:00:00 AM  1/3/2017 3:41:50 AM  FDR  11    NM-011 NEW APR = 02.000 PREV APR = 02.000  5029350481051352, 5029350481051345

1/6/2017 12:00:00 AM  1/6/2017 8:03:57 PM  A39138  GXN1    EML-1098E VLD PRMS - DATE FRM WILL BE AVAIL  5029350481051352, 5029350481051345

2/6/2017 12:00:00 AM  2/6/2017 10:45:53 AM  MYL2  TW50    MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

2/6/2017 12:00:00 AM  2/6/2017 10:46:11 AM  MYL2  TX14    Borrower viewed the 1098e FORM BORROWER REQUESTED TAX LETTER FROM WEB SITE  5029350481051352, 5029350481051345

12/3/2017 12:00:00 AM  12/4/2017 5:48:45 AM  FDR  7    CIS NM-007 OLD ADDRESS: 108 W PIAZZA ST  5029350481051352

12/3/2017 12:00:00 AM  12/4/2017 5:48:45 AM  FDR  7    CIS NM-007 OLD ADDRESS: CRYSTAL SPRINGS MS 39059-3182  5029350481051352

12/3/2017 12:00:00 AM  12/4/2017 5:48:45 AM  FDR  8    CIS NM-008 OLD ADDRESS:  5029350481051352

Jamerial Benson                                                                                                          April 3, 2023
Acct # 9644672640                        FDR Correspondence History

12/3/2017 12:00:00 AM   12/4/2017 5:48:45 AM   FDR   7   CIS NM-007 OLD ADDRESS: 108 W PIAZZA ST   5029350481051345

12/3/2017 12:00:00 AM   12/4/2017 5:48:45 AM   FDR   7   CIS NM-007 OLD ADDRESS: CRYSTAL SPRINGS MS 39059-3182   5029350481051345

12/3/2017 12:00:00 AM   12/4/2017 5:48:45 AM   FDR   8   CIS NM-008 OLD ADDRESS:   5029350481051345

4/28/2018 12:00:00 AM   4/28/2018 8:03:29 PM   OPSYS   DELETE   INACTIVE ACCOUNT DELETED   5029350481051352

4/28/2018 12:00:00 AM   4/28/2018 8:03:29 PM   OPSYS   DELETE   INACTIVE ACCOUNT DELETED   5029350481051352

4/30/2018 12:00:00 AM   5/2/2018 2:01:55 AM   FDR   735   NM-735 Group Action   5029350481051345

5/31/2018 12:00:00 AM   5/31/2018 8:04:22 PM   OPSYS   DELETE   INACTIVE ACCOUNT DELETED   5029350481051345

1/16/2019 12:00:00 AM   1/16/2019 10:28:47 AM   E70983   MK00   PER FDR INCOMING LTR RCVD 010719; BR REQUESTED INFORMATION REGARDING ED LOANS; NO ACTIVE ED LOANS; BWR ALSO REQUEST INFORMATION REGARDING PRIVATE LOAN; PROVIDED CONFIRMATION THAT BOTH PRIVATE LOANS HAVE BEEN PAID IN FULL; SENT FOR QC   5029350481051352, 5029350481051345

1/17/2019 12:00:00 AM   1/17/2019 6:57:12 AM   E44594   LTRCRT   SENT LETTER BACK TO DRAFTER FOR CORRECTIONS SENT LETTER BACK TO DRAFTER FOR CORRECTIONS   5029350481051352, 5029350481051345

1/16/2019 12:00:00 AM   1/17/2019 8:02:15 PM   E70983   GX00   ID:18948167 , IDT Type: FDR Encore Incoming Letter Quality is created on 01/16/2019   5029350481051352, 5029350481051345

1/17/2019 12:00:00 AM   1/18/2019 8:02:26 PM   A39138   GX00   ID:18965596 , IDT Type: FDR Encore Incoming Letter Returned is created on 01/17/2019   5029350481051352, 5029350481051345

1/17/2019 12:00:00 AM   1/18/2019 8:02:26 PM   E44594   GX00   ID:18948167 , IDT Type: FDR Encore Incoming Letter Quality is completed on 01/17/2019   5029350481051352, 5029350481051345

1/30/2019 12:00:00 AM   1/30/2019 9:41:17 AM   E71416   GJ00   PER PLP FINADJUST PAYMENT HISTORY PROXY BOX CASE ID 4492187 RCVD 01/28; RECEIVED REQUEST TO PROVIDE A PAYMENT HISTORY, COMPLETED REQUEST.   5029350481051352, 5029350481051345

2/4/2019 12:00:00 AM   2/4/2019 1:48:22 PM   C59203   TK00   BORROWER PHONE CONTACT RE: CARES DIALED 950067   5029350481051352, 5029350481051345

2/4/2019 12:00:00 AM   2/4/2019 1:58:36 PM   C43503   GHD1   Permissions window opened by Agent PERMISSIONS WINDOW OPENED BY AGENT   5029350481051352, 5029350481051345

Jamerial Benson                                    FDR Correspondence History                                    April 3, 2023
Acct # 9644672640

2/4/2019 12:00:00 AM  2/4/2019 1:59:15 PM  C43503  TK00  ADDRSS/FAX  5029350481051352, 5029350481051345

2/4/2019 12:00:00 AM  2/4/2019 1:59:15 PM  C43503  TK00  ACCOUNT BAL  5029350481051352, 5029350481051345

2/5/2019 12:00:00 AM  2/5/2019 9:26:41 AM  E70983  G186   LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC
5029350481051352, 5029350481051345

2/5/2019 12:00:00 AM  2/5/2019 9:26:41 AM  E70983  GJ00   PER FDR INCOMING LTR RETURNED DTD 011719; RCVD FEEDBACK TO INCLUDE
BWR APPS, PNS, AND PAYMENT HISTORY; INCLUDED DOCUMENTS AND RESUBMITTED FOR QC AS REQUESTED  5029350481051352,
5029350481051345

2/6/2019 12:00:00 AM  2/6/2019 7:05:37 AM  E71403  G170   COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC
REVIEW; SENT TO BE MAILED OR FAXED  5029350481051352, 5029350481051345

2/6/2019 12:00:00 AM  2/6/2019 9:09:11 AM  E42548  GK24   SENT LETTER TO BORROWER SENT LETTER TO BORROWER
5029350481051352, 5029350481051345

2/5/2019 12:00:00 AM  2/6/2019 8:02:18 PM  E70983  GX00   ID:19372380 , IDT Type: FDR Encore Incoming Letter Quality is created on
02/05/2019  5029350481051352, 5029350481051345

2/5/2019 12:00:00 AM  2/6/2019 8:02:18 PM  E70983  GX00   ID:18965596 , IDT Type: FDR Encore Incoming Letter Returned is completed on
02/05/2019  5029350481051352, 5029350481051345

2/6/2019 12:00:00 AM  2/7/2019 8:02:33 PM  A39138  GX00   ID:19393115 , IDT Type: FDR Encore Incoming Letter Printing is created on
02/06/2019  5029350481051352, 5029350481051345

2/6/2019 12:00:00 AM  2/7/2019 8:02:33 PM  E71403  GX00   ID:19372380 , IDT Type: FDR Encore Incoming Letter Quality is completed on
02/06/2019  5029350481051352, 5029350481051345

2/6/2019 12:00:00 AM  2/7/2019 8:02:33 PM  E42548  GX00   ID:19393115 , IDT Type: FDR Encore Incoming Letter Printing is completed on
02/06/2019  5029350481051352, 5029350481051345

2/9/2019 12:00:00 AM  2/9/2019 10:28:20 AM  E69595  MK00   PER 020719 ENCORE LTR; RCVD BOR RQST FOR LOAN APPS; PULLED FROM
ECS; SENT TO BOR ADDR  5029350481051352, 5029350481051345

2/9/2019 12:00:00 AM  2/9/2019 10:28:20 AM  E69595  G186   LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC
5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

2/9/2019 12:00:00 AM  2/10/2019 8:01:17 PM  E69595  GX00    ID:19455944 , IDT Type: FDR Encore Incoming Letter Quality is created on 02/09/2019  5029350481051352, 5029350481051345

2/11/2019 12:00:00 AM  2/11/2019 8:09:08 AM  E73290  G170    COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED  5029350481051352, 5029350481051345

2/12/2019 12:00:00 AM  2/12/2019 9:16:01 AM  E69505  GK24    SENT LETTER TO BORROWER SENT LETTER TO BORROWER 5029350481051352, 5029350481051345

2/11/2019 12:00:00 AM  2/12/2019 8:03:37 PM  A39138  GX00    ID:19483145 , IDT Type: FDR Encore Incoming Letter Printing is created on 02/11/2019  5029350481051352, 5029350481051345

2/11/2019 12:00:00 AM  2/12/2019 8:03:37 PM  E73290  GX00    ID:19455944 , IDT Type: FDR Encore Incoming Letter Quality is completed on 02/11/2019  5029350481051352, 5029350481051345

2/12/2019 12:00:00 AM  2/13/2019 8:04:15 PM  E69505  GX00    ID:19483145 , IDT Type: FDR Encore Incoming Letter Printing is completed on 02/12/2019  5029350481051352, 5029350481051345

2/18/2019 12:00:00 AM  2/18/2019 11:04:06 AM  E72150  TK00    BORROWER RESEARCH RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

2/18/2019 12:00:00 AM  2/18/2019 3:38:04 PM  E73406  TK00    BORROWER RESEARCH RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

9/4/2020 12:00:00 AM  9/4/2020 1:07:09 PM  E91916  TK00    BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT, CARES DIALED 950089 5029350481051352, 5029350481051345

9/4/2020 12:00:00 AM  9/4/2020 1:16:02 PM  E77034  TK00    BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

9/4/2020 12:00:00 AM  9/4/2020 1:16:02 PM  E77034  TK00    B REQ PMT HISTORY FOR THE LIFE OF EACH LOAN LOAN TYPE AND ORIGINATION DATES...IDT SENT  5029350481051352, 5029350481051345

9/9/2020 12:00:00 AM  9/9/2020 11:43:41 AM  E75051  GJ00    PER PLP FINADJ PYMT HIST PROXY BOX CASE ID# 5282839; DTD 090420; RCVD REQ TO PROVIDE A PAYMENT HISTORY; COMPLETED REQUEST  5029350481051352, 5029350481051345

Jamerial Benson                                    FDR Correspondence History                                    April 3, 2023
Acct # 9644672640

9/18/2020 12:00:00 AM  9/18/2020 9:35:15 AM  E08347  G170     COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED  5029350481051352, 5029350481051345

9/18/2020 12:00:00 AM  9/18/2020 12:02:30 PM  E71033  GK24     SENT RESPONSE TO BORROWER SENT LETTER TO BORROWER  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 11:50:37 AM  C65052  TK00     BORR CI TO CHECK IF PAYMENT IAO 20,192.32 AND 23,000.00 YEAR 2008 IS RCVD FROM MOJILLA// ADV TO CONTACT MOJILLA FIRST TO CHECK IF THOSE PAYMENTS ARE RCVDOR CASHED  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 11:50:37 AM  C65052  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 12:53:48 PM  C57083  TK00     BTO AND CLAUDIA;FROM MOHELA, CMD, PROVIDED AUTH TO SPEAK WITH THIRD PARTY.  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 12:53:49 PM  C57083  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT, CARES DIALED 950089  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 12:53:49 PM  C57083  TK00     CALLING FOR ED LNS. PRIVATE LNS PIF  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 1:11:17 PM  E78672  TK00     SPOKE WITH BRR AND CLAUDIA MOHELA RECVD AUTH TO DISCUSS ACCTADV ARCHIVE RECORDS SHOWS TWO FEDERAL LOANS02 810612 REGIONS BAN GS PCON US 011808 2750.00 .00 6.800 N 03 810612 REGIONS BAN GS PCON US 011808 2500.00 .00 6.800 N WHICH WERE CONSOLIDATEDCLAUDIA DISCONNECTED BRR OK  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 1:11:17 PM  E78672  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 1:25:52 PM  E09053  GG00     ASSISTED AGENT W/Q&amp;A IN CHAT  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 1:25:52 PM  E09053  TK00     BORROWER RESEARCH RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 4:52:52 PM  E92946  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT, CARES DIALED 443736  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

9/15/2021 12:00:00 AM   9/15/2021 5:37:11 PM   E78453   GSE3      CRS: ESCALATION CALL RECEIVED FROM AGENT CRS: ESCALATION CALL RECEIVED FROM AGENT   5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM   9/15/2021 5:37:12 PM   E78453   TK00      BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM   9/15/2021 5:37:12 PM   E78453   GG00      ESC - NOTES CORRED ON COMM CLASS Y DATABASE SUFFIX 2   5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM   9/15/2021 5:38:40 PM   E78453   TK00      BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

11/30/2021 12:00:00 AM   11/30/2021 3:39:08 PM   E59428   MK00      PER 112221 ENCORE LAWYERCORR REQ, ORD 112221, RCVD LTR FROM 3RD PARTY ATTY STATING THEY REP THE FORMER BWR OF THE CLOSED AND PIFD FDR LNS, LTR BASICALLY ASKING FOR VOD SO I EMAILED OCA TO HAVE THEM WORK THE REQUEST.   5029350481051352, 5029350481051345

12/3/2021 12:00:00 AM   12/3/2021 10:50:02 AM   E64715   TK00      3rd Party Telephoned Office/Inbound   5029350481051352, 5029350481051345

12/3/2021 12:00:00 AM   12/3/2021 10:51:31 AM   E64715   TK00      Attorney Representation   5029350481051352, 5029350481051345

12/3/2021 12:00:00 AM   12/3/2021 10:51:58 AM   E64715   GD00      Artiva Delinquency Reason changed from KNOW to UNKW   5029350481051352, 5029350481051345

12/3/2021 12:00:00 AM   12/3/2021 11:27:25 AM   E64715   MK00      OMB: borr's. attorney requests Validation of Debt. See ECS: 0901d7c382396eb1 - 11/22/21. Note: loans were PIF. 09/21/2016. Unable to access/retrieve acct. in FDR (to send system ltrs.), results of PIF in 2016. Attorney is Not yet Information Eligible. Attorney and borr. must be sent ltr. K452, K453, complete &return for I/E. Unable to access acct. Created IDT # 37873454 /Research   5029350481051352, 5029350481051345

12/3/2021 12:00:00 AM   12/3/2021 11:50:34 AM   E59428   GJ00      PER FDR RESEARCH REQ IIDT # 37873454 DTD 120321, ORD 112221, OMB WANTED TO SEE HOW THEY CAN SEND SYSTEM LTRS ON A CLOSED ACCT ON LY ON CARES, PENDING, WAITING ON GUIDANCE.   5029350481051352, 5029350481051345

12/6/2021 12:00:00 AM   12/6/2021 2:38:57 PM   E73406   TK00      BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

Jamerial Benson                                    FDR Correspondence History                                    April 3, 2023
Acct # 9644672640

12/7/2021 12:00:00 AM   12/7/2021 10:34:39 AM   E64715   MK00   OMB: borr's. attorney requests Validation of Debt. Loans were PIF. 09/21/2016. Pending borr. release for Atty. I/E. Research: OCA sends borr. VOD. doc. See ECS: 01/05/19, 09/17/20. -NAT.   5029350481051352, 5029350481051345

12/9/2021 12:00:00 AM   12/9/2021 1:33:06 PM   E59428   G186   LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC 5029350481051352, 5029350481051345

12/9/2021 12:00:00 AM   12/9/2021 1:33:06 PM   E59428   GJ00   PER FDR RESEARCH IDT # 37873454 DTD 120321, ORD 112221, REQ FROM OMB, RCVD REQ FROM 3RD PARTYY ATTY WANTING VOD FOR THE CLOSEDFDR LNS 1345 AND 1352, STATED CANNOT SEND UNTIL WR HAVE AUTHORIZATION ON FILE, TRIED TO SEND LTRS K452 AND K453 AND UNABLE TO SEND SYSTEM LTRS SINCE LNS ARE ONLY ON CARES, OMB ASKED WHAT CAN BE DONE, I REACHED OUT TO PLP MANAGEMENT AND PER GUIDANCE WAS ADVSD TO SEND THE MANUAL LTR VERSIONS OF THE SYSTEM LTRS SO THIS IS HWAT I DID, I SENT THE ONE LTR TO THE BWR AND THE ONE LTR TO THE 3RD PARTY ATTY, BOTH SENT VIA MAIL, LWA LTR.   5029350481051352, 5029350481051345

12/10/2021 12:00:00 AM   12/10/2021 12:15:04 PM   E69105   G170   COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED   5029350481051352, 5029350481051345

12/10/2021 12:00:00 AM   12/10/2021 12:58:00 PM   E69105   G170   COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED   5029350481051352, 5029350481051345

12/9/2021 12:00:00 AM   12/10/2021 8:00:41 PM   E59428   GX00   ID:37873454 , IDT Type: FDR - Research Requested is completed on 12/09/21   5029350481051352, 5029350481051345

12/13/2021 12:00:00 AM   12/13/2021 8:21:06 AM   E42548   GK24   SENT LETTER TO BORROWER SENT LETTER TO BORROWER 5029350481051352, 5029350481051345

12/13/2021 12:00:00 AM   12/13/2021 8:26:53 AM   E42548   LTR3RD   SENT LETTER TO 3rd PARTY SENT LETTER TO THIRD PARTY 5029350481051352, 5029350481051345

12/29/2021 12:00:00 AM   12/29/2021 10:14:19 AM   E59428   MK00   PER 122721 ENCORE POA REQ, ORD OF DOC 122721, RCVD A COMPLETED IE RELEASE FORM FROM FORMER BWR FOR CLOSED FDR LNS FOR A 3RD PARTY, UNABLE TO PROCES SINCE BWR USED TGEIR OWN INFO ON THE FORMN SO I CREATED A MAN LTR IDT TO HAVE A LTR SENT TO THE BWR ADVISING WE NEED THE FOMR FILLED OUT WITH THE 3RD PARTYS INFO AND NOT THEIR OWN. EMAILED TO HAVE THE IDT ASSIGNED TO ME.   5029350481051352, 5029350481051345

12/29/2021 12:00:00 AM   12/29/2021 5:20:16 PM   E59428   GJ00   PER FDR MAN LTR IDT # 38219509 DTD 122921, ORD 122721, RCVD RETURNED IE RELEASE FORM FROM THE BWR FOR CLOSED LNS 1345 AND 1352 FOR 3RD PARTY, FORM HAS BWR&apos;S OWN INFO ON IT, NOT

Jamerial Benson                                    FDR Correspondence History                          April 3, 2023
Acct # 9644672640

3RD PARTY SO I SENT THE BWR A MAN LTR ADVISING WHAT THEY DID WRONG AND TO MAKE SURE THEY PUT THE 3RD PARTYS INFO ON THE FORM, LNS ARE CLOSED SO FROM IS ON SECOND PAGE OF LTR, SENT VIA MAIL, LWA LTR.   5029350481051352, 5029350481051345

12/29/2021 12:00:00 AM  12/29/2021 5:20:16 PM  E59428   G186      LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC
5029350481051352, 5029350481051345

12/30/2021 12:00:00 AM  12/30/2021 10:06:23 AM  E69105   G170      COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR
COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED  5029350481051352, 5029350481051345

12/30/2021 12:00:00 AM  12/30/2021 11:01:46 AM  E41434   GK24      SENT LETTER TO BORROWER SENT LETTER TO BORROWER
5029350481051352, 5029350481051345

12/29/2021 12:00:00 AM  12/30/2021 8:02:05 PM  E59428   GX00      ID:38219509 , IDT Type: FDR - Manual Letter is created on 12/29/2021
5029350481051352, 5029350481051345

12/29/2021 12:00:00 AM  12/30/2021 8:02:05 PM  E59428   GX00      ID:38219509 , IDT Type: FDR - Manual Letter is completed on 12/29/2021
5029350481051352, 5029350481051345

1/13/2022 12:00:00 AM  1/13/2022 10:07:27 AM  E59428   MK00      PER 011221, ENCORE POA REQ, ORD OF DOC 011222, RCVD AN IE RELEASE
FORM FROM THE FORMER BWR OF THE CLOSED FDR LNS FOR 3RD PARTY, ADED 3RD PARTY AS IE ON THE ACCT, ACCT NOT ACTIVE AND ON FDR
SO UNABLE TO SEND THE K530 LTRS.   5029350481051352, 5029350481051345

1/13/2022 12:00:00 AM  1/13/2022 10:07:27 AM  E59428   TK00      BORROWER RESEARCH RE: CREATED ACCOUNT RELATIONSHIP(S)
5029350481051352, 5029350481051345

2/16/2022 12:00:00 AM  2/16/2022 3:04:33 PM  C73706   TK00      BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT, CARES DIALED
950067  5029350481051352, 5029350481051345

2/16/2022 12:00:00 AM  2/16/2022 3:04:34 PM  C73706   TK00      BCI // PRIVATE LOANS // TRANSFERRED TO FDR FOR FURTHER ASSISTANCE //
5029350481051352, 5029350481051345

2/16/2022 12:00:00 AM  2/16/2022 3:19:09 PM  E75986   TK00      ACCOUNT BAL  5029350481051352, 5029350481051345

2/16/2022 12:00:00 AM  2/16/2022 3:19:09 PM  E75986   TK00      BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT
5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

2/16/2022 12:00:00 AM  2/16/2022 3:19:09 PM  E75986  TK00     BRWR REQUEST LETTER STATING WHO GUARANTOR OF LNS WAS AND THEIR CONTACT INFORMATION PLEASE SEND TO BRWR.  5029350481051352, 5029350481051345

2/16/2022 12:00:00 AM  2/16/2022 3:19:10 PM  E75986  TK00     ADVISED AIDVANTAGE FOR ED LOANS THAT MAY HAVE TRANSFERED 5029350481051352, 5029350481051345

2/16/2022 12:00:00 AM  2/16/2022 8:00:37 PM  E75986  GX00     ID:38940552 , IDT Type: FDR - Manual Letter is created on 02/16/2022 5029350481051352, 5029350481051345

2/22/2022 12:00:00 AM  2/22/2022 8:58:06 AM  E53380  GJ00     PER FDR MNL LTR IDT 38940552 DTD 021622; ORD 021622; BRW RQST GUARANTOR OF LNS WAS AND THEIR CONTACT INFORMATION; PRIVATE LOANS DO NOT HAVE A LENDER; DRFTD MNL LTR TO BRW ADVINSING NAVIENT PRIVATE LOAN TRUST &amp; SUBMITTED FOR QC ON LWA  5029350481051352, 5029350481051345

2/22/2022 12:00:00 AM  2/22/2022 8:58:06 AM  E53380  G186     LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC 5029350481051352, 5029350481051345

2/22/2022 12:00:00 AM  2/22/2022 8:58:07 AM  E53380  TK00     PER FDR MNL LTR IDT 38940552 DTD 021622; ORD 021622; BRW RQST GUARANTOR OF LNS WAS AND THEIR CONTACT INFORMATION; PRIVATE LOANS DO NOT HAVE A LENDER; DRFTD MNL LTR TO BRW ADVINSING NAVIENT PRIVATE LOAN TRUST &amp; SUBMITTED FOR QC ON LWA  5029350481051352, 5029350481051345

2/23/2022 12:00:00 AM  2/23/2022 10:25:55 AM  E69595  G170     COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED  5029350481051352, 5029350481051345

2/23/2022 12:00:00 AM  2/23/2022 11:19:45 AM  E41434  GK24     SENT LETTER TO BORROWER SENT LETTER TO BORROWER 5029350481051352, 5029350481051345

2/22/2022 12:00:00 AM  2/23/2022 8:00:44 PM  E53380  GX00     ID:38940552 , IDT Type: FDR - Manual Letter is completed on 02/22/2022 5029350481051352, 5029350481051345

3/16/2022 12:00:00 AM  3/16/2022 9:04:58 AM  E71417  MK00     ENCORE LTR REC 031122;BWR SNT IN LETTER ASKING FOR GRAUNTOR INFO;PENDED REAHED OUT TO MGMNT FOR HELP.  5029350481051352, 5029350481051345

3/23/2022 12:00:00 AM  3/23/2022 8:05:03 AM  E71417  MK00     ENCORE LTR REC 031122;BWR RQST GUARANTOR INFOR REC FEEDBACK ON WHERE TO FIND INFO NO INFO N CLASS REACHED BACK OUT TO MGMNT TO SEE IF SHOULD PROVIDE DISB INFOR AND STATUS PENDED. 5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

3/23/2022 12:00:00 AM  3/23/2022 11:37:38 AM  E71417  G186     LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC
5029350481051352, 5029350481051345

3/23/2022 12:00:00 AM  3/23/2022 11:37:38 AM  E71417  MK00     ENCORE LTR REC 031122;BWR RQST GUARANTOR INFO; PER GUIDEMCE
FRM BWR PROVIDED NAME, ADDRESS FOR GUARAMTORE AND DISB DTS AND AMNTS FOR LNS ALSO ADV LNS PIF.   5029350481051352,
5029350481051345

3/23/2022 12:00:00 AM  3/23/2022 12:18:08 PM  E69105  G170     COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED
QC REVIEW; SENT TO BE MAILED OR FAXED   5029350481051352, 5029350481051345

3/24/2022 12:00:00 AM  3/24/2022 1:02:52 PM  E41434  GK24     SENT LETTER TO BORROWER SENT LETTER TO BORROWER
5029350481051352, 5029350481051345

3/31/2022 12:00:00 AM  3/31/2022 9:57:41 AM  C73303  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT, CRS - ACCOUNT
CURRENT  5029350481051352, 5029350481051345

3/31/2022 12:00:00 AM  3/31/2022 1:08:23 PM  C77119  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT, CARES DIALED
950067  5029350481051352, 5029350481051345

3/31/2022 12:00:00 AM  3/31/2022 1:17:23 PM  E90313  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT
5029350481051352, 5029350481051345

7/19/2022 12:00:00 AM  7/19/2022 2:18:18 PM  E109588  TK00     PRIVAATE LOAN TRANSFERRED  5029350481051352, 5029350481051345

7/19/2022 12:00:00 AM  7/19/2022 2:18:18 PM  E109588  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT
5029350481051352, 5029350481051345

7/19/2022 12:00:00 AM  7/19/2022 2:26:40 PM  E64424  GD00     Phoned Borrower @ ; No Answer  5029350481051352, 5029350481051345

7/19/2022 12:00:00 AM  7/19/2022 2:26:42 PM  E64424  GD00     Phoned Borrower @ , No Message Left  5029350481051352,
5029350481051345

7/19/2022 12:00:00 AM  7/19/2022 2:41:11 PM  E72625  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT
5029350481051352, 5029350481051345

7/19/2022 12:00:00 AM  7/19/2022 2:41:12 PM  E72625  TK00     SENT IDT FOR INFO FOR PIF NEEDED TO BE SENT THREW POSTAL MAIL
ADVISED 7-10 BIZ DAYS ADVISED EST DATE OF COMPLETE NEEDED CREDIT INFO   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

7/26/2022 12:00:00 AM   7/26/2022 8:00:57 PM   A39138P1   G3A1      Email X040 Customer inquiry acknowledgement sent   5029350481051352, 5029350481051345

7/27/2022 12:00:00 AM   7/27/2022 2:58:24 PM   E63169   TK00      BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

7/29/2022 12:00:00 AM   7/29/2022 7:15:46 AM   E70747   TK00      PER FDR PLP FIN ADJ DECLINING BALANCE PROXY BOX CASE ID# 01047692; DATED 7-27-22; RECEIVED REQUEST TO PROVIDE DECLINING BALANCE HISTORIES. PROCESSED REQUEST.   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 11:23:59 AM   C80606   TK00      THE CALL WAS TRANSFERRED TO PRIVATE LOAN BECAUSE THE BORR,S LOAN IS PRIVATE LOAN   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 11:23:59 AM   C80606   TK00      BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 11:53:00 AM   MYL2   TX00      COBROWSE LOGIN FOR CUSTOMER ENDING 6056 BY c49361   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 12:11:35 PM   C49361   TK00      BOR CALLED ABT HIS FEDERAL LOANS IN Y DATA BASE. WANTS TO GET THESE INFORMATION, THE PAYMENT HISTORY . ADVISED NEED TO SUBMIT A RESEARCH . BOR REQUESTED TO TALK WITH A MANAGER, ADVISED CAN CONNECT HIM TO A SUP, AGREED.   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 12:11:35 PM   C49361   TK00      BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 12:11:35 PM   C49361   TK00      WAS ABLE TO TALK WITH A SUPERVISOR, EXPLAINED THE REASON FOR ESCALATION. WAS ADVISED TO GIVE # OF LOAN LOCATOR, SINCE FOR FEDRAL LOANS FROM SLMA, WE STARTED SERVICING THEM OCTOBER 2014. TRIED TO GO BACK TO THE BOR, LINE WAS DICONNECTED   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 1:49:24 PM   C44027   GJ00      Mr JAMERIAL Q. BENSON called in has questions on the FDR loans as to how much, when was the paymt made, what loan was it posted to. He req to get   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 1:49:24 PM   C44027   GJ00      o for his FFELP loans, it resulted some confusion as to why I can`t see history.   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

8/1/2022 12:00:00 AM  8/1/2022 1:49:24 PM  C44027  GJ00   a doc for the complete paymt history. He has questions about his FFELP loans w/ serv dates 2002 - 2008. He said prev rep/******** provided him inf   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/1/2022 1:49:43 PM  C44027  GJ00   s paymt history. Adv start date of FFELP loans being serv by Navient was around Oct 2014. Adv to call Aidvantage, acct reviewed on Y data base, n   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/1/2022 1:49:43 PM  C44027  GJ00   Action Taken: Apologized, was surprised why call was already transf by an Agent. Adv payment info on his FDR loans. IDT submitted for his FDR loan   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/1/2022 1:49:44 PM  C44027  GJ00   o info showing. FFELP loans was already consolidated by DOE yr 2008. As per directive order, we need to adv cust to call Aidvantage if they needed   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/1/2022 1:49:44 PM  C44027  GJ00   a doc for the loans prev by serv by DOE. CSI ID NO. 139323   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/1/2022 1:50:12 PM  C44027  GSE3   CRS: ESCALATION CALL RECEIVED FROM AGENT CRS: ESCALATION CALL RECEIVED FROM AGENT   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/1/2022 1:50:12 PM  C44027  TK00   BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

8/2/2022 12:00:00 AM  8/2/2022 2:17:59 PM  E50369  GJ00   PER 080122 FDR MANLR IDT 41997055 ORD 080122 BOR RQSTD COMPLETE PMT HIST; NAT PER PLP FIN ADJ MEMO DTD 072922 FOR CASE 1047692; FIN ADJ CONFIRMED OCA AGENT E63169 RQSTD DB HIST PREV AND WAS PROVDED HIST AS RQSTD; CLOSED MANLR IDT PER RQST ALRDY COMPLETED; SNT FOR FEEDBACK TO OCA   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/2/2022 8:00:34 PM  C44027  GX00   ID:41997055 , IDT Type: FDR - Manual Letter is created on 08/01/2022   5029350481051352, 5029350481051345

8/3/2022 12:00:00 AM  8/3/2022 11:49:49 AM  E19511  GXQ1   QA SUPER REVIEWED ACCOUNT QA SUPER REVIEWED ACCOUNT   5029350481051352, 5029350481051345

8/2/2022 12:00:00 AM  8/3/2022 8:00:35 PM  E50369  GX00   ID:41997055 , IDT Type: FDR - Manual Letter is completed on 08/02/2022   5029350481051352, 5029350481051345

8/5/2022 12:00:00 AM  8/5/2022 1:26:49 PM  C44027  TK00   BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

Jamerial Benson                                    FDR Correspondence History                              April 3, 2023
Acct # 9644672640

8/5/2022 12:00:00 AM  8/5/2022 1:26:49 PM  C44027  TK00     BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352,
5029350481051345

8/15/2022 12:00:00 AM  8/15/2022 11:48:59 AM  C73713  TK00     BCI AKS ABT HIS LOAN//ADVS XFER TO PRIVATE//   5029350481051352,
5029350481051345

8/15/2022 12:00:00 AM  8/15/2022 11:48:59 AM  C73713  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT
5029350481051352, 5029350481051345

8/15/2022 12:00:00 AM  8/15/2022 11:57:57 AM  MYL2  TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

8/15/2022 12:00:00 AM  8/15/2022 1:13:33 PM  MYL2  TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

8/15/2022 12:00:00 AM  8/15/2022 1:23:07 PM  C49246  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT
5029350481051352, 5029350481051345

8/15/2022 12:00:00 AM  8/15/2022 1:23:07 PM  C49246  TK00     PAYMENT QUESTION/PROB  5029350481051352, 5029350481051345

8/15/2022 12:00:00 AM  8/16/2022 8:02:07 PM  C49246  GX00     ID:42217419 , IDT Type: FDR - Manual Letter is created on 08/15/2022
5029350481051352, 5029350481051345

8/17/2022 12:00:00 AM  8/17/2022 11:04:23 AM  E53380  GJ00     PER FDR MNL LTR IDT 42217419 DTD 081522; ORD 081522; BRW RQST
DECL BAL PMT HISTORY; PENDING  5029350481051352, 5029350481051345

8/17/2022 12:00:00 AM  8/17/2022 11:04:23 AM  E53380  TK00     PER FDR MNL LTR IDT 42217419 DTD 081522; ORD 081522; BRW RQST
DECL BAL PMT HISTORY; PENDING   5029350481051352, 5029350481051345

8/17/2022 12:00:00 AM  8/17/2022 5:31:49 PM  MYL2  TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

8/19/2022 12:00:00 AM  8/19/2022 7:52:38 AM  E70747  TK00     PER FDR PLP FIN ADJ DECLINING BALANCE PROXY BOX CASE ID# 01079523;
DATED 8-17-22; RECEIVED REQUEST TO PROVIDE DECLINING BALANCE HISTORIES. PROCESSED REQUEST.   5029350481051352,
5029350481051345

Jamerial Benson

FDR Correspondence History

April 3, 2023

Acct # 9644672640

8/19/2022 12:00:00 AM  8/19/2022 9:45:02 AM  E53380  G186     LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC
5029350481051352, 5029350481051345

8/19/2022 12:00:00 AM  8/19/2022 9:45:03 AM  E53380  TK00    PER FDR MNL LTR IDT 42217419 DTD 081522; ORD 081522; DRFTD MNL LTR
TO BRW W/ DECL BAL PMT HISTORY &amp; SUBMITTED FOR QC ON LWA   5029350481051352, 5029350481051345

8/19/2022 12:00:00 AM  8/19/2022 9:45:03 AM  E53380  GJ00    PER FDR MNL LTR IDT 42217419 DTD 081522; ORD 081522; DRFTD MNL LTR
TO BRW W/ DECL BAL PMT HISTORY &amp; SUBMITTED FOR QC ON LWA   5029350481051352, 5029350481051345

8/22/2022 12:00:00 AM  8/22/2022 9:51:47 AM  E73290  G170     COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED
QC REVIEW; SENT TO BE MAILED OR FAXED   5029350481051352

8/22/2022 12:00:00 AM  8/22/2022 9:51:47 AM  E73290  G170     COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED
QC REVIEW; SENT TO BE MAILED OR FAXED   5029350481051345

8/22/2022 12:00:00 AM  8/22/2022 12:55:48 PM  E41434  GK24     SENT LETTER TO BORROWER SENT LETTER TO BORROWER
5029350481051352, 5029350481051345

8/23/2022 12:00:00 AM  8/23/2022 11:52:01 AM  MYL2  TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:22:17 PM  E110261  TK00     TRANS. TO PRIVATE DEPT.   5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:22:17 PM  E110261  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT
5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:24:33 PM  E89165  MK00     tfd to CS for information on who paid loan   5029350481051352,
5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:24:44 PM  E89165  GD00     Borrower Telephoned Office/Inbound   5029350481051352,
5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:24:50 PM  E89165  TD00     VAP  5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:24:54 PM  E89165  GU00     Account Reviewed Account Reviewed   5029350481051352,
5029350481051345

Jamerial Benson                                    FDR Correspondence History                              April 3, 2023
Acct # 9644672640

12/28/2022 12:00:00 AM  12/28/2022 12:30:23 PM  E109977  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT
5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:30:24 PM  E109977  TK00     PRIVATE LOAN TRANSFERED TO COMMERICAL , TRANSFERING BACK TO
PRIVATE  5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:32:25 PM  E63943  GD00     Borrower Telephoned Office/Inbound   5029350481051352,
5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:32:34 PM  E63943  TD00     VAP  5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:33:27 PM  E63943  TK00     BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352,
5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:40:13 PM  E63943  GU00     Account Reviewed Account Reviewed   5029350481051352,
5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:40:49 PM  E63943  MK00     borr vap sshe has been transfer a number of times. asdvised him there is
no balance  5029350481051352, 5029350481051345

4/3/2023 12:00:00 AM  4/3/2023 8:41:50 AM  E70747  TK00     PER FDR PLP FIN ADJ DECLINING BALANCE PROXY BOX CASE ID# 01394802; 3-
30-23; RECEIVED REQUEST TO PROVIDE DECLINING BALANCE HISTORIES. PROCESSED REQUEST.   5029350481051352, 5029350481051345

# NAVIENT.

P.O. Box 9640 Wilkes-Barre, PA 18773-9640
888-272-5543

**February 23, 2015**

Jamerial Q. Benson
115 Germany Drive
Canton, MS 39046-6054

|  |  |
|---|---|
| **RE:** | 9644672640 |
| **Loan#:** | 5029350481051345 |
|  | 5029350481051352 |

Dear Jamerial Q. Benson:

Thank you for your inquiry and your business with Navient. In response to your recent request, we have researched your concerns regarding your student loan account. Specifically, you requested a transaction history for your loans referenced above.

The following payments have been received on your account:

| Loan Number | Received Date | Payment Amount |
|---|---|---|
| 5029350481051345 | 02/17/15 | $27.26 |
|  | 01/17/15 | $28.30 |
|  | 01/08/15 | $58.18 |
|  | 12/18/14 | $58.18 |
|  | 12/17/14 | $28.30 |
|  | 11/17/14 | $28.30 |
|  | 10/17/14 | $29.08 |
|  | 09/17/14 | $29.08 |
|  | 08/18/14 | $16.15 |
|  | 08/17/14 | $29.08 |
|  | 07/22/14 | $50.00 |
|  | 07/17/14 | $29.93 |
|  | 06/17/14 | $29.93 |
|  | 06/17/14 | $36.92 |
|  | 05/17/14 | $29.93 |
|  | 04/21/14 | $26.93 |
|  | 03/17/14 | $40.11 |
|  | 02/04/14 | $50.16 |
|  | 12/18/13 | $31.43 |
|  | 11/21/13 | $26.43 |
|  | 10/18/13 | $36.64 |
|  | 09/22/13 | $36.83 |
|  | 08/18/13 | $30.27 |
|  | 07/17/13 | $30.27 |
|  | 05/22/13 | $36.64 |
|  | 04/23/13 | $36.64 |
|  | 04/09/13 | $20.00 |
|  | 03/20/13 | $32.93 |
|  | 02/20/13 | $30.67 |
|  | 01/24/13 | $45.05 |

**EXHIBIT**

**3**

**NAVIENT.**

P.O. Box 9640 Wilkes-Barre, PA 18773-9640
888-272-5543

Page Two Benson

| Loan Number | Received Date | Payment Amount |
|---|---|---|
| 5029350481051345 | 12/18/12 | $16.47 |
| | 11/21/12 | $30.85 |
| | 10/23/12 | $61.59 |
| | 09/19/12 | $28.82 |
| | 08/23/12 | $32.93 |
| | 07/19/12 | $28.69 |
| | 06/20/12 | $32.94 |
| | 05/22/12 | $28.81 |
| | 04/26/12 | $32.94 |
| | 03/21/12 | $28.82 |
| | 02/23/12 | $32.93 |
| | 01/19/12 | $30.73 |
| | 12/16/11 | $31.36 |
| | 11/24/11 | $26.75 |
| | 11/03/11 | $26.74 |
| | 10/13/11 | $32.90 |
| | 09/07/11 | $35.38 |
| | 07/27/11 | $30.84 |
| | 06/24/11 | $30.84 |
| | 05/28/11 | $56.09 |
| | 03/22/11 | $65.99 |
| | 02/08/11 | $21.74 |
| | 01/10/11 | $69.79 |
| | 11/15/10 | $61.55 |
| | 09/01/10 | $60.70 |
| | 08/02/10 | $30.75 |
| | 06/14/10 | $54.30 |
| | 05/20/10 | $30.74 |
| | 03/30/10 | $30.73 |
| | 01/24/10 | $65.54 |
| | 12/15/09 | $25.46 |
| | 11/13/09 | $23.34 |
| | 10/01/09 | $40.94 |
| | 08/12/09 | $53.30 |
| | 07/06/09 | $30.18 |
| | 06/08/09 | $41.06 |
| | 04/09/09 | $63.70 |
| | 02/18/09 | $65.42 |
| | 09/12/08 | $41.01 |
| | 01/31/08 | $76.00 |
| | 10/09/07 | $6.53 |
| | 07/30/07 | $41.30 |
| | 05/31/06 | $50.00 |
| | 02/27/06 | $31.17 |
| | 02/27/06 | $10.88 |

**NAVIENT.**

P.O. Box 9640 Wilkes-Barre, PA 18773-9640
888-272-5543

Page Three Benson

| Loan Number | Received Date | Payment Amount |
|---|---|---|
| 5029350481051352 | 02/17/15 | $41.03 |
| | 01/17/15 | $41.82 |
| | 01/08/15 | $41.82 |
| | 12/18/14 | $41.82 |
| | 12/17/14 | $41.82 |
| | 11/17/14 | $41.82 |
| | 10/17/14 | $42.10 |
| | 09/17/14 | $42.10 |
| | 08/18/14 | $23.85 |
| | 08/17/14 | $42.10 |
| | 07/17/14 | $43.08 |
| | 06/17/14 | $43.08 |
| | 06/17/14 | $43.08 |
| | 05/17/14 | $43.08 |
| | 04/21/14 | $43.08 |
| | 03/17/14 | $39.89 |
| | 02/04/14 | $89.84 |
| | 12/18/13 | $43.57 |
| | 11/21/13 | $43.57 |
| | 10/18/13 | $43.36 |
| | 09/22/13 | $43.17 |
| | 08/18/13 | $43.36 |
| | 07/17/13 | $43.36 |
| | 05/22/13 | $43.36 |
| | 04/23/13 | $43.36 |
| | 04/09/13 | $20.00 |
| | 03/20/13 | $47.07 |
| | 02/20/13 | $43.84 |
| | 01/24/13 | $64.40 |
| | 12/18/12 | $23.53 |
| | 11/21/12 | $44.09 |
| | 10/23/12 | $88.02 |
| | 09/19/12 | $41.18 |
| | 08/23/12 | $47.07 |
| | 07/19/12 | $41.01 |
| | 06/20/12 | $47.06 |
| | 05/22/12 | $41.19 |
| | 04/26/12 | $47.06 |
| | 03/21/12 | $41.18 |
| | 02/23/12 | $47.07 |
| | 01/19/12 | $43.95 |
| | 12/16/11 | $44.86 |
| | 11/24/11 | $38.25 |
| | 11/03/11 | $38.26 |
| | 10/13/11 | $47.10 |
| | 09/07/11 | $50.62 |
| | 07/27/11 | $44.16 |

# NAVIENT.

P.O. Box 9640 Wilkes-Barre, PA 18773-9640
888-272-5543

Page Four Benson

| Loan Number | Received Date | Payment Amount |
|---|---|---|
| 5029350481051352 | 06/24/11 | $44.16 |
| | 05/28/11 | $80.35 |
| | 03/22/11 | $94.61 |
| | 02/08/11 | $31.22 |
| | 01/10/11 | $100.21 |
| | 11/15/10 | $88.45 |
| | 09/01/10 | $87.30 |
| | 08/02/10 | $44.25 |
| | 06/14/10 | $78.19 |
| | 05/20/10 | $44.26 |
| | 03/30/10 | $44.27 |
| | 01/24/10 | $94.46 |
| | 12/15/09 | $36.69 |
| | 11/13/09 | $33.66 |
| | 10/01/09 | $59.06 |
| | 08/12/09 | $76.77 |
| | 07/06/09 | $43.33 |
| | 06/08/09 | $58.94 |
| | 04/09/09 | $91.54 |
| | 02/18/09 | $94.01 |
| | 09/12/08 | $58.99 |
| | 01/31/08 | $109.40 |
| | 10/09/07 | $9.40 |
| | 07/30/07 | $59.45 |
| | 05/31/06 | $50.00 |
| | 02/27/06 | $44.74 |
| | 02/27/06 | $15.70 |

You can also view your transaction history in more detail from your online account at www.Navient.com.

If you have made a payment which does not appear on this history, please send front and back copies of the canceled check, or a copy of the bank statement showing that the check was cashed by Navient. If the payment was made electronically through your bank's bill-paying service, please contact your bank to obtain the Electronic Funds Transfer (EFT) number of the payment so that we can research your account.

Please send your copies to the address on this letterhead or fax to 800-443-9723.

You're welcome to contact us with any questions you may have.  Visit us online at www.Navient.com, call us toll free at 888-272-5543, or write to us at the address on this letterhead.  Be sure to provide your account number in order to help us serve you better.

Sincerely,


Navient
Customer Service


KXD

# NAVIENT.
www.Navient.com

Office of the Customer Advocate
PO Box 4200
Wilkes-Barre, PA  18773-4200

January 7, 2016

Mr. Jamerial Q. Benson
115 Germany Drive
Canton, MS 39046-6054

**RE:    Your Student Loan Account #9644672640**

Dear Mr. Benson:

Thank you for reaching out to the Office of the Customer Advocate with concerns regarding
your student loan account.   Specifically, you requested a full payment history for your
outstanding Signature Student Loans.   We hope you find the following information helpful.

We have enclosed complete payment histories for you, which provide the application of
payments received, any fees assessed and the amount of unpaid interest that has been capitalized
(added to your principal balance).  The payment histories reflect the changing principal balance
of your account.  If you've made any payments that aren't shown here, we will be happy to
research your account further to ensure all your payments are reflected appropriately. You're
welcome to send the documentation to my attention at the address on this letterhead.

You're welcome to call me directly at 888-545-4199, x418360, with any questions you may
have.

Sincerely,

Jocelyn Solorzano
Office of the Customer Advocate
Navient

Enclosures

**EXHIBIT**

**4**

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed August 23, 2001

January 7, 2016

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,846.00 | |
| 1/10/2011 | $100.21 | -$51.20 | -$39.01 | $0.00 | -$10.00 | $4,794.80 | |
| 2/1/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,794.80 | |
| 2/8/2011 | $31.22 | -$6.24 | -$19.98 | $0.00 | -$5.00 | $4,788.56 | |
| 3/4/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,788.56 | |
| 3/22/2011 | $94.61 | -$60.71 | -$28.90 | $0.00 | -$5.00 | $4,727.85 | |
| 5/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,727.85 | |
| 5/28/2011 | $80.35 | -$29.81 | -$45.54 | $0.00 | -$5.00 | $4,698.04 | |
| 6/24/2011 | $44.16 | -$25.93 | -$18.23 | $0.00 | $0.00 | $4,672.11 | |
| 7/27/2011 | $44.16 | -$22.00 | -$22.16 | $0.00 | $0.00 | $4,650.11 | |
| 9/1/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,650.11 | |
| 9/7/2011 | $50.62 | -$17.55 | -$28.07 | $0.00 | -$5.00 | $4,632.56 | |
| 10/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,632.56 | |
| 10/13/2011 | $47.10 | -$18.13 | -$23.97 | $0.00 | -$5.00 | $4,614.43 | |
| 11/1/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,614.43 | |
| 11/3/2011 | $38.26 | -$19.33 | -$13.93 | $0.00 | -$5.00 | $4,595.10 | |
| 11/24/2011 | $38.25 | -$24.38 | -$13.87 | $0.00 | $0.00 | $4,570.72 | |
| 12/16/2011 | $44.86 | -$30.41 | -$14.45 | $0.00 | $0.00 | $4,540.31 | |

Page 5 of 9

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed August 23, 2001

January 7, 2016

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 8/23/2001 | $1,550.00 | $1,550.00 | $0.00 | $0.00 | $0.00 | $1,550.00 | Disbursement |
| 8/23/2001 | $93.00 | $93.00 | $0.00 | $0.00 | $0.00 | $1,643.00 | Supplemental Fee |
| 1/9/2002 | $1,550.00 | $1,550.00 | $0.00 | $0.00 | $0.00 | $3,193.00 | Disbursement |
| 1/9/2002 | $93.00 | $93.00 | $0.00 | $0.00 | $0.00 | $3,286.00 | Supplemental Fee |
| 5/9/2005 | $759.39 | $0.00 | $0.00 | $759.39 | $0.00 | $4,045.39 | End of Grace |
| 2/27/2006 | $44.74 | $0.00 | -$44.74 | $0.00 | $0.00 | $4,045.39 | |
| 2/27/2006 | $15.70 | $0.00 | -$15.70 | $0.00 | $0.00 | $4,045.39 | |
| 5/31/2006 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $4,095.39 | Forbearance Fee Assessed |
| 5/31/2006 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $4,045.39 | Forbearance Fee Paid |
| 5/31/2006 | $50.00 | $0.00 | -$50.00 | $0.00 | $0.00 | $4,045.39 | |
| 7/2/2006 | $321.43 | $0.00 | $0.00 | $321.43 | $0.00 | $4,366.82 | Semi-Annual during In-School Deferment |
| 8/5/2006 | $38.32 | $0.00 | $0.00 | $38.32 | $0.00 | $4,405.14 | End of School Deferment |
| 9/1/2006 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,405.14 | |
| 10/2/2006 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,405.14 | |
| 10/17/2006 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $4,455.14 | Forbearance Fee Assessed |
| 10/17/2006 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $4,405.14 | Forbearance Fee Paid |
| 1/18/2007 | $193.25 | $0.00 | $0.00 | $193.25 | $0.00 | $4,598.39 | End of Forbearance |
| 3/4/2007 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,598.39 | |

Page 1 of 9

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 11/17/2014 | $28.30 | -$20.11 | -$8.19 | $0.00 | $0.00 | $2,373.67 | |
| 12/17/2014 | $28.30 | -$18.54 | -$9.76 | $0.00 | $0.00 | $2,355.13 | |
| 12/18/2014 | $58.18 | -$57.86 | -$0.32 | $0.00 | $0.00 | $2,297.27 | |
| 1/8/2015 | $58.18 | -$51.57 | -$6.61 | $0.00 | $0.00 | $2,245.70 | |
| 1/17/2015 | $28.30 | -$25.54 | -$2.76 | $0.00 | $0.00 | $2,220.16 | |
| 2/17/2015 | $27.26 | -$17.82 | -$9.44 | $0.00 | $0.00 | $2,202.34 | |
| 3/17/2015 | $27.26 | -$18.82 | -$8.44 | $0.00 | $0.00 | $2,183.52 | |
| 4/17/2015 | $27.26 | -$17.99 | -$9.27 | $0.00 | $0.00 | $2,165.53 | |
| 5/17/2015 | $26.53 | -$17.63 | -$8.90 | $0.00 | $0.00 | $2,147.90 | |
| 5/20/2015 | $100.00 | -$99.12 | -$0.88 | $0.00 | $0.00 | $2,048.78 | |
| 6/17/2015 | $26.53 | -$26.53 | $0.00 | $0.00 | $0.00 | $2,022.25 | |
| 6/17/2015 | $59.50 | -$51.63 | -$7.87 | $0.00 | $0.00 | $1,970.62 | |
| 7/10/2015 | $59.50 | -$53.29 | -$6.21 | $0.00 | $0.00 | $1,917.33 | |
| 7/17/2015 | $26.53 | -$24.70 | -$1.83 | $0.00 | $0.00 | $1,892.63 | |
| 8/17/2015 | $24.51 | -$16.46 | -$8.05 | $0.00 | $0.00 | $1,876.17 | |
| 8/18/2015 | $15.03 | -$14.78 | -$0.25 | $0.00 | $0.00 | $1,861.39 | |
| 9/17/2015 | $60.01 | -$52.36 | -$7.65 | $0.00 | $0.00 | $1,809.03 | |
| 9/17/2015 | $24.51 | -$24.51 | $0.00 | $0.00 | $0.00 | $1,784.52 | |

Page 8 of 9

Mr. Jamerial O. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1/5/2010 | $0.34 | -$0.34 | $0.00 | $0.00 | $0.00 | $3,501.28 | Principal Credit |
| 1/24/2010 | $65.54 | -$40.41 | -$20.13 | $0.00 | -$5.00 | $3,460.87 | |
| 3/4/2010 | $5.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $3,460.87 | |
| 3/30/2010 | $30.73 | $0.00 | -$25.73 | $0.00 | -$5.00 | $3,460.87 | |
| 4/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $3,460.87 | |
| 5/2/2010 | $5.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $3,460.87 | |
| 5/20/2010 | $30.74 | $0.00 | -$20.74 | $0.00 | -$10.00 | $3,460.87 | |
| 6/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $3,460.87 | |
| 6/14/2010 | $54.30 | -$25.64 | -$23.66 | $0.00 | -$5.00 | $3,435.23 | |
| 7/2/2010 | $5.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $3,435.23 | |
| 8/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $3,435.23 | |
| 8/2/2010 | $30.75 | $0.00 | -$20.75 | $0.00 | -$10.00 | $3,435.23 | |
| 9/1/2010 | $60.70 | -$42.46 | -$18.24 | $0.00 | $0.00 | $3,392.77 | |
| 10/3/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,392.77 | |
| 11/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,392.77 | |
| 11/15/2010 | $61.55 | -$14.97 | -$36.58 | $0.00 | -$10.00 | $3,377.80 | |
| 12/2/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,377.80 | |
| 1/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,377.80 | |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 5/18/2007 | $101.02 | $0.00 | $0.00 | $101.02 | $0.00 | $3,279.50 | End of Forbearance |
| 7/2/2007 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,279.50 | |
| 7/30/2007 | $41.30 | $0.00 | -$21.30 | $0.00 | -$20.00 | $3,279.50 | |
| 7/30/2007 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $3,329.50 | Forbearance Fee Assessed |
| 7/30/2007 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $3,279.50 | Forbearance Fee Paid |
| 10/9/2007 | $6.53 | $0.00 | -$6.53 | $0.00 | $0.00 | $3,279.50 | |
| 11/18/2007 | $135.33 | $0.00 | $0.00 | $135.33 | $0.00 | $3,414.83 | End of Forbearance |
| 1/1/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,414.83 | |
| 1/14/2008 | $51.84 | $0.00 | $0.00 | $51.84 | $0.00 | $3,466.67 | End of Administrative Forbearance |
| 1/31/2008 | $76.00 | -$56.51 | -$14.49 | $0.00 | -$5.00 | $3,410.16 | |
| 5/2/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,410.16 | |
| 5/13/2008 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $3,460.16 | Forbearance Fee Assessed |
| 5/13/2008 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $3,410.16 | Forbearance Fee Paid |
| 6/20/2008 | $109.56 | $0.00 | $0.00 | $109.56 | $0.00 | $3,519.72 | End of Forbearance |
| 8/1/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,519.72 | |
| 9/1/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,519.72 | |
| 9/12/2008 | $41.01 | $0.00 | -$26.01 | $0.00 | -$15.00 | $3,519.72 | |
| 9/24/2008 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $3,569.72 | Forbearance Fee Assessed |

**NAVIENT**
www.Navient.com

Office of the Customer Advocate
PO Box 4200
Wilkes-Barre, PA  18773-4200

February 18, 2019

Mr. Jamerial Q. Benson
115 Germany Dr
Canton, MS 39046-6054

**RE:    Your Student Loan Account #9644672640**

Dear Mr. Benson:

Thank you for contacting Navient regarding your student loan account.  As we understand it, you are requesting copies of your Promissory Notes for the loans we service.  We hope the following information is helpful.

Navient previously serviced your 14 Federal Stafford Loans and two Private Signature Student Loans.  Please note that these loans have been paid in full and have a $0.00 balance.

Our records confirm that your Federal Stafford Loans were paid in full by consolidation in June 2008.  Per your request, we have provided copies of your Promissory Notes for you to reference.  Please note that you may be eligible to receive more than one loan disbursement when you sign a Master Promissory Note.  Although you sign one Master Promissory Note, each loan disbursement that is received under the Promissory Note will be disbursed separately.  Additionally, borrowers may be eligible for both subsidized and unsubsidized loans within the same enrollment period.  By signing the Promissory Note, you are promising to repay all the loans that were disbursed under that Promissory Note.

Please be advised that Navient has previously provided the requested information regarding your Signature Student Loans.  Enclosed is a copy of our letter dated February 5, 2019, which addressed your concerns.

Navient does not service any additional loans on your account.  It is important to understand that we are unable to provide you with information on loans which we do not service.  For additional information on the loans you have with other servicers, please contact your current loan servicers directly.

You are welcome to contact me directly at 888-545-4199, x410202, with any questions you may have.

Sincerely,

*Grace McNeil*

Grace McNeil
Office of the Customer Advocate
Navient

Enclosures

**EXHIBIT 5**

# CORRESPONDENCE HISTORY

EXHIBIT

**6**

11:59:43 Monday, March 27, 2023

Case 3:23-cv-00564-TSL-RPM  Document 1-2  Filed 08/29/23  Page 101 of 728
Case: 45CI1:23-cv-00068-JA  Document #: 12-1  Filed: 06/29/2023  Page 70 of 280

**CLASS-115-LOAN DIRECTORY** ------------------------------ **PIF ACCOUNTS** 03/27/23
>NXT SCR 115 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
**SSN** 425 41 6056 2  **NAME** JAMERIAL    Q BENSON

| | LOAN | OWNER | PG | PD | STAT | GU | 1ST DISB | DISB PRIN | AMT OUT | INT RT | SALE ELIG |
|---|------|-------|----|----|------|----|----------|-----------|---------|--------|-----------|
| _ | 01 | 533253 NAV PC TRUS | XS | | PRES | HA | 062101 | 2095.00 | .00 | 5.250 | Y P |
| _ | 02 | 533253 NAV PC TRUS | XS | | PRES | HA | 082301 | 3100.00 | .00 | 5.250 | Y P |
| _ | 03 | 833253 NAV FFELP T | GS | | PCON | US | 012202 | 2656.00 | .00 | 7.220 | Y |
| _ | 04 | 500500 FNB SIOUX F | XS | | ATRM | HA | 000000 | .00 | .00 | | Y P |
| _ | 05 | 833253 NAV FFELP T | GS | | PCON | US | 091102 | 5500.00 | .00 | 7.220 | Y |
| _ | 06 | 810612 REGIONS BAN | GS | | ATRM | CD | 000000 | .00 | .00 | 3.460 | Y |
| _ | 07 | 500500 FNB SIOUX F | XS | | ATRM | HA | 000000 | .00 | .00 | | Y P |
| _ | 08 | 833253 NAV FFELP T | GS | | PCON | US | 070203 | 4648.00 | .00 | 7.220 | Y |
| _ | 09 | 833253 NAV FFELP T | GS | | PCON | US | 090303 | 3052.00 | .00 | 7.220 | Y |
| _ | 10 | 833253 NAV FFELP T | GS | | PCON | US | 090303 | 2492.00 | .00 | 7.220 | Y |
| _ | 11 | 833253 NAV FFELP T | GS | | PCON | US | 091203 | 2448.00 | .00 | 7.220 | Y |
| _ | 12 | 833253 NAV FFELP T | GS | | PCON | US | 091203 | 952.00 | .00 | 7.220 | Y |
| _ | 13 | 833253 NAV FFELP T | GS | | PCON | US | 021104 | 1200.00 | .00 | 7.220 | Y |
| _ | 14 | 833253 NAV FFELP T | GS | | PCON | US | 061604 | 356.00 | .00 | 7.220 | Y |
| _ | 15 | 500500 FNB SIOUX F | XS | | ATRM | HA | 000000 | .00 | .00 | | Y P |
| _ | 16 | 833253 NAV FFELP T | GS | | PCON | US | 093004 | 1659.00 | .00 | 7.220 | Y |
| _ | 17 | 833253 NAV FFELP T | GS | | PCON | US | 093004 | 1156.00 | .00 | 7.220 | Y |

**I004 PREVIOUS SCREEN WAS NOT PROCESSED – NO DATA WAS ENTERED**
**PFKEYS:1-9=BIP.5=OPRIN/INT.6=DATES.7=DELQ.8=AMTOUT.9=OTHINT.10=BRCH/FEE ASSMT**

**CLASS-115-LOAN DIRECTORY** ------------------------------ **PIF ACCOUNTS** 03/27/23
>NXT SCR 115 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
**SSN** 425 41 6056 2  **NAME** JAMERIAL    Q BENSON

| | LOAN | OWNER | PG | PD | STAT | GU | 1ST DISB | DISB PRIN | AMT OUT | INT RT | SALE ELIG |
|---|------|-------|----|----|------|----|----------|-----------|---------|--------|-----------|
| _ | 18 | 810612 REGIONS BAN | GS | | PCNX | US | 061505 | 546.00 | .00 | 2.770 | Y |
| _ | 19 | 810612 REGIONS BAN | GS | | PCNX | US | 061505 | 797.00 | .00 | 2.770 | Y |
| _ | 20 | 833253 NAV FFELP T | GS | | PCON | US | 061606 | 1632.00 | .00 | 7.220 | Y |

**I008 CURRENTLY ON LAST PAGE**
**PFKEYS:1-9=BIP.5=OPRIN/INT.6=DATES.7=DELQ.8=AMTOUT.9=OTHINT.10=BRCH/FEE ASSMT**

```
CLASS-135-EFFECTIVE STATUS HISTORY------------------------ PIF ACCOUNTS 03/27/23
>NXT SCR 135 SSN ___ __ ____ _ PG ___ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL      PROG **   STATUS ****   GUAR **   OWNER ******
NAME JAMERIAL Q BENSON              INT RATE  5.250         OWNER  OWNER-NOT-FOUND
ORIG PRIN   34289.00 AMT OUT         0.00 ACR INT: BOR      0.00 ED        0.00
               LOANS SELECTED 12345678901234567890        UNINS            0.00
            BEG     END     CERT    POST                     IBR            0.00
            DATE    DATE    DATE    DATE    STUDENT SSN      LOANS          TRAN
  _   GRCE  110904  050805          012605              1.................. S50
  _   GRCE  110904  050805          012605              .2................. S50
  _   GRCE  110904  050805          012605              ..3................ S50




I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PF2=PKG DSC.PF5=TRAN HIST(131).PF6=INT RATE HIST(132).PF7=MONETARY HIST(133).
 PF8=INCLUDE NULLED STATUS TRANS.PF9=AUDIT HST(136).PF10=LDIR(115).PF14=NEG AM.
```

```
CLASS-135-EFFECTIVE STATUS HISTORY------------------------ PIF ACCOUNTS 03/27/23
>NXT SCR 135 SSN ___ __ ____ _ PG ___ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL      PROG **   STATUS ****   GUAR **   OWNER ******
NAME JAMERIAL Q BENSON              INT RATE  5.250         OWNER  OWNER-NOT-FOUND
ORIG PRIN   34289.00 AMT OUT         0.00 ACR INT: BOR      0.00 ED        0.00
               LOANS SELECTED 12345678901234567890        UNINS            0.00
            BEG     END     CERT    POST                     IBR            0.00
            DATE    DATE    DATE    DATE    STUDENT SSN      LOANS          TRAN
  _   GRCE  110904  050805          012605              ....5............. S50
  _   GRCE  110904  050805          012605              ......8........... S50
  _   GRCE  110904  050805          012605              .......90......... S50
  _   GRCE  110904  050805          012605              ..........12...... S50
  _   GRCE  110904  050805          012605              ............3..... S50
  _   GRCE  110904  050805          012605              .............4.... S50
  _   GRCE  110904  050805          012605              ..............67... S50
  _   RPMT  050905  051705          050905              12................. S00
  _   RPMT  050905  051705          050905              ..3.5..8901234.67... S00
  _   FORA  051805  061205          111705              12................. S40
  _   FORA  051805  061205          111705              ..3.5..8901234.67... S40
  _   DSCH  061305  080406  092006  070106              12................. S40
  _   DSCH  061305  080406  092006  070106              ..3.5............. S40
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PF2=PKG DSC.PF5=TRAN HIST(131).PF6=INT RATE HIST(132).PF7=MONETARY HIST(133).
 PF8=INCLUDE NULLED STATUS TRANS.PF9=AUDIT HST(136).PF10=LDIR(115).PF14=NEG AM.
```

```
CLASS-135-EFFECTIVE STATUS HISTORY------------------------ PIF ACCOUNTS 03/27/23
>NXT SCR 135 SSN ___ __ ____ _ PG ___ OWN _____ ST ___ GU __ LN __ DT __ __ __
SSN 425 41 6056 2    LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME JAMERIAL Q BENSON               INT RATE   5.250      OWNER  OWNER-NOT-FOUND
ORIG PRIN   34289.00 AMT OUT       0.00 ACR INT: BOR        0.00 ED         0.00
               LOANS SELECTED 12345678901234567890          UNINS            0.00
          BEG       END      CERT     POST                    IBR            0.00
         DATE      DATE      DATE     DATE    STUDENT SSN .......LOANS       TRAN
_   DSCH 061305   080406   092006   070106               .......890123..67... S40
_   DSCH 061305   080406   092006   070106               ............4...... S40
_   PCNX 062105   062105            062105               .................89. S00
_   GRCE 080506   020407            100906               ...................0 S50
_   FORA 080506   100806            100906               ..3.5..8901234.67... S40
_   FORB 080506   011707            101206               12.................. S40
_   RPMT 100906   101706            100906               ..3.5..8901234.67... S40
_   FORV 101806   061707            012307               ..3.5..8901234.67... S40
_   FORB 011807   051707            032707               12.................. S40
_   RPMT 020507   021707            020507               ...................0 S00
_   FORV 021807   061707            021807               ...................0 S00
_   FORB 051807   111707            072407               12.................. S40
_   FORV 061807   111707            100807               ..3.5..8901234.67... S40
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PF2=PKG DSC.PF5=TRAN HIST(131).PF6=INT RATE HIST(132).PF7=MONETARY HIST(133).
PF8=INCLUDE NULLED STATUS TRANS.PF9=AUDIT HST(136).PF10=LDIR(115).PF14=NEG AM.


CLASS-135-EFFECTIVE STATUS HISTORY------------------------ PIF ACCOUNTS 03/27/23
>NXT SCR 135 SSN ___ __ ____ _ PG ___ OWN _____ ST ___ GU __ LN __ DT __ __ __
SSN 425 41 6056 2    LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME JAMERIAL Q BENSON               INT RATE   5.250      OWNER  OWNER-NOT-FOUND
ORIG PRIN   34289.00 AMT OUT       0.00 ACR INT: BOR        0.00 ED         0.00
               LOANS SELECTED 12345678901234567890          UNINS            0.00
          BEG       END      CERT     POST                    IBR            0.00
         DATE      DATE      DATE     DATE    STUDENT SSN .......LOANS       TRAN
_   FORV 061807   111707            100807               ...................0 S40
_   FORA 111807   011308            011708               ..3.5..8901234.67... S40
_   FORA 111807   011308            011708               ...................0 S40
_   FORA 111807   011308            011808               12.................. S40
_   RPMT 011408   031908            022608               12.................. S40
_   FORA 011408   022508            022608               ..3.5..8901234.67..0 S40
_   RPMT 022608   061208            022608               ..3.5..8901234.67..0 S40
_   FORB 032008   061908            051308               12.................. S40
_   PCON 061308   061308            061308               ..3.5..8901234.67..0 S00
_   RPMT 062008   071708            062008               12.................. S00
_   FORB 071808   121708            092408               12.................. S40
_   RPMT 121808   071713            121808               12.................. S00
_   PRES 071813   071813            071813               12.................. S00
I008 CURRENTLY ON LAST PAGE
PF2=PKG DSC.PF5=TRAN HIST(131).PF6=INT RATE HIST(132).PF7=MONETARY HIST(133).
PF8=INCLUDE NULLED STATUS TRANS.PF9=AUDIT HST(136).PF10=LDIR(115).PF14=NEG AM.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 060601 LFDIN0 GB00 APPL STATUS: AWAR 06/06/01                          060601
_ 060601 LFDIN0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED          060601
_ 060601 LFDIN0 MN27 BTO, REQ PRE-APPROVAL                               060601
_ 060601 LFDIN0 GB00 PLLD CRDT 060601 TRU/ DENIED/ SCORE BELOW CUT-      060601
                    OFF & CHARGE OFF GREATER THAN $500
_ 060601 LFDIN0 GB00 B GV SOME OF CO-B INFO/ CO-B WLL CLL BCK TO         060601
                    VERIFY INFO, GIVE FINANCIAL INFO TO PLL CRDT
_ 060601 LFJFW0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED          060601
_ 060601 LFJFW0 MN28 CTO, REQ PRE-APPROVAL                               060601
_ 060601 LFJFW0 MN11 COSIGNER CREDIT APPROVED                            060601
_ 060601 LFJFW0 GB00 INFRM CB NEED POI                                   060601
_ 061101 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION                  061101


I007 CURRENTLY ON FIRST PAGE
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 061101 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION                  061101
_ 061201 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF                061201
```

```
_ 061201 LFALH2 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED       061201
_ 061201 LFALH2 GB00 BTO ? ABOUT LN. ADV NEED ORIG APP, SCH CERT, AND  061201
                     POI FROM CO-B
_ 061201 LFALH2 GB00 GAVE BO WEB SITE FOR APP, AND FAX # FOR POI       061201
_ 061401 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF             061401
_ 061401 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF             061401
_ 061401 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF             061401
_ 061401 LFNNR1 GB00 RCVD TRANSFER CLL/B ? IF RCVD POI YET/ADV TAKES  061401
                     24HR TO SHOW UP ON SYST/BOR ? IF FAX APP/ADV ND
                     ORIG/BR SD OKAY


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 061801 LFNXP0 MDOC MDOC ADDR=20223O007014   LTR CD=MI48        061801
_ 061901 LFRMP0 C006 ADDRESS CHANGE                             061901
_ 061901 LFRMP0 C012 SEPARATION DATE CHANGE                     061901
_ 061901 LFRMP0 C143 SCHOOL APPROVED AMOUNT CHANGED             061901
_ 061901 LFRMP0 C196 DECREASED/INCREASED LOAN AMOUNT            061901
_ 061901 LFRMP0 C186 NUMBER OF DISBURSEMENTS CHANGED            061901
_ 061901 LFRMP0 C188 REVISED DISBURSEMENT DATE CHANGED          061901
_ 061901 LFRMP0 C187 REVISED DISBURSEMENT AMOUNT CHANGED        061901
_ 061901 LFRMP0 GB00 APPL STATUS: AINP 06/19/01                 061901
_ 061901 LFRMP0 GB00 LN 01/ORIG 01 XS APP RCVD/LNDR 500500/SCHL 002441/ 061901
                     1 DISB IAO $2095
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____ CONT _
 _ 061901 LFRMP0 GB00 BORR CRDT PREV PLLD THRU TRU/6/6/01/DENIED PER    061901
                      SCORE & CHARGE OFF
 _ 061901 LFRMP0 GB00 BORR ELIG W COB                                   061901
 _ 061901 LFRMP0 GB00 COB CRDT PREV PLLD THRU TRU/6/6/01/CONDIT APPRVD  061901
                      PENDING POI
 _ 061901 LFRMP0 GB00 ***ATEL COB FOR POI                               061901
 _ 061901 LFRMP0 GB00 ***ATEL SCHL FOR GRADE/ENROLLMENT STAT            061901
 _ 061901 LFRMP0 GB00 WHN INFO RCVD LN READY FOR DISB                   061901
 _ 062001 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF              062001
 _ 062001 LFLJL1 GB00 060601 COBORR LN1 CODNTLY APRVD/823Q              062001
 _ 062001 LFLRC1 MDOC MDOC ADDR=20223Q04D003    LTR CD=MI48             062001
 _ 062001 LFLRC1 MDOC MDOC ADDR=20223Q04D004    LTR CD=MI91             062001


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 062001 LFPGH1 C201 COSIGNER CREDIT DECISION CODE HAS BEEN CHANGED   062001
_ 062001 LFPGH1 C188 REVISED DISBURSEMENT DATE CHANGED               062001
_ 062001 LFPGH1 GB00 ACTUAL GRADUATION DATE LNE                      062001
_ 062001 LFPGH1 GB00 AGD 05-31-01                                    062001
_ 062001 LFPGH1 C012 SEPARATION DATE CHANGE                          062001
_ 062001 LFPGH1 C012 SEPARATION DATE CHANGE                          062001
_ 062001 T0812A GH81 PRIVACY POLICY INVOKED                          062001
_ 062001 LFPGH1 GB00 FORCED LEND/GUAR APPROVAL FOR LOAN APPLICATION  062001
                     2M
_ 062001 LFPGH1 GB00 APPL STATUS: ADIS 06/20/01                      062001
_ 062001 LFPGH1 GB65 DISBURSEMENT APPROVAL GRANTED                   062001
_ 062001 LFPGH1 GB00 APPL STATUS: ADIS 06/20/01                      062001


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 062001 LFPGH1 B359 SIGNATURE LOAN APPRV'D: FUTURE DISB             062001
_ 062001 LFPGH1 B360 SIGNATURE CO-BORR - FUTURE DISB                 062001
_ 062001 LFPGH1 GB00 AGD IS 5-31-03 NOT 05-31-01                     062001
_ 062101 CVISTX TK04 BTO, REQUESTED ACCOUNT INFORMATION              062101
_ 062101 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF            062101
_ 062101 LFSED0 TK01 BORROWER TELEPHONED OFFICE (BTO)                062101
_ 062101 LFSED0 TB01 BTO, REQUESTED DISBURSEMENT INFORMATION         062101
```

```
_ 062101 LFSED0 TK19 BTO, REQUESTED DISBURSEMENT DATES              062101
_ 062101 LFSED0 GY89 RECEIVED BORROWER'S E-MAIL ADDRESS            062101
_ 062101 LFSED0 GR78 BORROWER REQUESTED PROMO MAILINGS             062101
_ 062101 LFSED0 GH52 BTO, REQUESTED CORRESPONDENCE VIA E-MAIL ADDRESS  062101
_ 062101 LFSLH0 GB00 LN01/LNDR RVW/LNDR ON APP AND 811 CRRCT       062101


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                        OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 062101 SYSTEM B356 SIG STUDENT CO-BORR FUNDS DISB LTR            062101
_ 062101 SYSTEM B355 TRUTH IN LENDING STATEMENT: SIGNATURE         062101
_ 062101 SYSTEM B351 SIG STUDENT FUNDS DISB                        062101
_ 062101 SYSTEM B355 TRUTH IN LENDING STATEMENT: SIGNATURE         062101
_ 062501 CVISTX TK04 BTO, REQUESTED ACCOUNT INFORMATION            062501
_ 062501 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF          062501
_ 062501 CVISTX TK04 BTO, REQUESTED ACCOUNT INFORMATION            062501
_ 062501 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF          062501
_ 062501 LFRXG1 TK00 BTO ? IF LN DISB AND ? SCH/ADV YES ON 062101 TO   062501
                   UNIV OF SOUTHERN MISS ALLOW SCH PROCSSNG TM
_ 070101 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL          E070101
_ 070301 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL           070301


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 070301 SYSTEM K156 EMAIL BAD ADDRESS LETTER                      070301
 _ 070301 MERCRY C151 E-MAIL VALID FLAG CHANGE                      070301
 _ 070301 MERCRY C152 E-MAIL USE FLAG CHANGE                        070301
 _ 070301 LFLJL1 GB00 LN1 ON SAS PER APPS XS RCVD 061801 & 062001/WLL 070301
                      RVW
 _ 070301 LFLJL1 GH06 ACCOUNT REVIEWED                              070301
 _ 070301 LFLJL1 GB00 APPS RCV 1 IS ORGNL & 1 IS COPY/OK            070301
 _ 070501 LFAER0 GS00 MAIL RETURNED - B355                          070501
 _ 070501 LFAER0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS 070501
 _ 070501 LFAER0 GS00 MAIL RETURNED - B351                          070501
 _ 070501 LFAER0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS 070501
 _ 071701 LPMST0 GS00 MAIL RETURNED - P129                          071701


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 071701 LPMST0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS 071701
 _ 071701 LPMST0 GS00 MAIL RETURNED - K156                          071701
```

```
_ 071701 LPMST0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS  071701
_ 072401 LSMB82 GH81 PRIVACY POLICY INVOKED                             072401
_ 072401 100991 A153 INTRO SALE LTR: SIGNATURE - NON RPMT               072401
_ 072401 100991 A155 SALE LETTER TO COSIGNER                            072401
_ 072501 UGAMD0 GS54 SKIP: PHONED BORROWER, LMTC                        072501
_ 072501 UGAMD0 C008 PARTIAL ADDRESS CHANGE                             072501
_ 072501 UGAMD0 C008 PARTIAL ADDRESS CHANGE                             072501
_ 072501 UGAMD0 C008 PARTIAL ADDRESS CHANGE                             072501
_ 072501 UGAMD0 C008 PARTIAL ADDRESS CHANGE                             072501
_ 072501 UGAMD0 GS00 SKIP/PHN CSGNR R BENSON/GV NW B ADD                072501


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 072501 UGCFG0 C006 ADDRESS CHANGE                                     072501
_ 072501 UGCFG0 C028 ALT PHONE CHANGE                                   072501
_ 072501 UGCFG0 GY75 ADVISED BORROWER/CALLER OF WEB SITE                072501
_ 072601 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION                 072601
_ 072601 LFDAR1 TK00 BTO, ?'D IF CAN GET NEW XS LN FOR FALL/ADV WLL XFR 072601
_ 072601 LFKBR0 C008 PARTIAL ADDRESS CHANGE                             072601
_ 072601 LFKBR0 GB00 APPL STATUS: AWAR 07/26/01                         072601
_ 072601 LFKBR0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED         072601
_ 072601 LFKBR0 MN27 BTO, REQ PRE-APPROVAL                              072601
_ 072601 LFKBR0 GB00 BORR CRDT PREV PLLED-DENIED W/CO-B OPTN/FAXED APP  072601
                    TO #601-288-3647
_ 080201 LFVLK0 TK00 BTO ?'D FXNG XS LN APP/TRANSFRRD TO XS DEPT        080201
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 080201 LFDSP0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED        080201
_ 080201 LFDSP0 GB00 BTO ?"ND IF HE CLD FX APP/ADVSD NO,MUST BE ORG SIG 080201
_ 080401 LFLRC1 MDOC MDOC ADDR=20224Z00801E    LTR CD=MI48             080401
_ 080701 LFYMK0 C185 GRADE LEVEL CODE CHANGE                           080701
_ 080701 LFYMK0 C012 SEPARATION DATE CHANGE                            080701
_ 080701 LFYMK0 GB00 LN01/ORIG APP XS 01 RCVD/LNDE5005000500/SCH2441/2 080701
                  DISB IAO $1550 EACH
_ 080701 LFYMK0 MB35 APPLICATION RECEIVED FOR CURRENT PROGRAM YEAR     080701
_ 080701 LFYMK0 GB00 6-06-01/B CRDT PREV PULLED/ELIG W/CO0B            080701
_ 080701 LFYMK0 GB00 C-B CRDT PREV PULLED 6-06-01 ROY/APPRVD           080701
_ 080701 LFYMK0 GB00 APPL STATUS: AINP 08/04/01                        080701
_ 080701 LFYMK0 C188 REVISED DISBURSEMENT DATE CHANGED                 080701


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____

  DATE   SOURCE                     MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 080701 LFYMK0 C188 REVISED DISBURSEMENT DATE CHANGED              080701
_ 080701 LFYMK0 GB00 APPL STATUS: ATEL 08/07/01                    080701
_ 080701 LFYMK0 GB00 ****ATEL/LN02/ADV BORR SENDING APP BACK FOR INITIA 080701
                     L ON THE LOAN CHANGED AMOUNT BY BORR AND CO-BORR
                     NEED REFERENCE
_ 080701 LFYMK0 GB00 *****ATEL/LN02/PLEASE CONTACT SCHL TO VERIFY THE   080701
                     LOAN PERIOD DATE
_ 080701 LFYMK0 B017 TO B: APP NOT PROC-VARIOUS REASONS            080701
_ 080901 IVRFLB TK04 BTO, REQUESTED ACCOUNT INFORMATION            080901
_ 080901 LFDLB0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    080901




I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 080901 LFDLB0 GB00 LN2/BTO/?D STTS OF LN/ADVSD OF APP STTS AND WHAT  080901
                     NEEDS TO BE DONE TO APP/ADVSD APP ALREADY SENT
                     BACK FOR CHANGES
_ 081001 LFAXI0 GV45 SENT B017 LETTER WITH COPY OF APPLICATION     081001
_ 081301 LPJHB0 GS00 MAIL RETURNED - A153                          081301
_ 081301 LPJHB0 MS01 RECEIVED RETURNED MAIL, RESENT TO NEW ADDRESS 081301
_ 081301 LPJHB0 A153 INTRO SALE LTR: SIGNATURE - NON RPMT          081301
```

```
_ 081401 LFRMM0 C151 E-MAIL VALID FLAG CHANGE                       081401
_ 081401 LFRMM0 GR71 VERIFIED BORROWER E-MAIL ADDRESS               081401
_ 081401 LFRMM0 MW00 02441 PLS CONTACT SCHL TO VFY LN PERIOD ON LN 2 081401
_ 081501 LFWEP0 GB00 NO-OP CALL MADE TO BORROWER TO CALL BACK       081501
_ 081501 LFWEP0 GB00 MOSAIX(NO-OP): CALL MADE TO BORR. PENDING CALLBACK 081501


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2  LOANS ALL   PROG **  STATUS ****  GUAR **  OWNER ******
NAME  JAMERIAL Q BENSON                        OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 081501 LFJLL2 GR71 VERIFIED BORROWER E-MAIL ADDRESS               081501
_ 081501 LFJLL2 TK00 B ?D STAT OF SCHL CALL/ADV RQSTD YESTERDAY, IN  081501
                     PROC/ADV B CN HV SCHL CLL US/B SD OK
_ 081501 SYSTEM K159 EMAIL PERMISSION REQUEST LETTER               B081501
_ 081601 LFDLC0 GZ34 IDT RECEIVED BY DEPARTMENT, AWAITING PROCESSING 081601
_ 081601 SYSTEM K159 EMAIL PERMISSION REQUEST LETTER                081601
_ 081601 SYSTEM K156 EMAIL BAD ADDRESS LETTER                       081601
_ 081601 MERCRY C151 E-MAIL VALID FLAG CHANGE                       081601
_ 081701 LFRLB0 GB00 PER IDT CLL SCHL 601-266-5939/NO ANSWER        081701
_ 082101 CH     C012 SEPARATION DATE CHANGE                         082101
_ 082101 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE      082101
_ 082101 CH     GE00 002441   H EFF 051201-080301 AGD 080304 CD 071901 082101


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____

   DATE  SOURCE                       MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 082101 CH    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR   082101
 _ 082101 LFLAK1 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS  082101
 _ 082201 IVRFLP TK00 BTO - REQUESTED DSBR INFORMATION          082201
 _ 082201 IVRFLP TK00 BTO - REQUESTED DSBR INFORMATION          082201
 _ 082201 IVRFLP TK00 BTO - REQUESTED DSBR INFORMATION          082201
 _ 082201 LFWEP0 GB00 NO-OP CALL MADE TO BORROWER TO CALL BACK   082201
 _ 082201 LFWEP0 GB00 MOSAIX(NO-OP): CALL MADE TO BORR. PENDING CALLBACK 082201
 _ 082201 IVRFLP TK00 BTO - REQUESTED DSBR INFORMATION          082201
 _ 082201 LFBAF0 C006 ADDRESS CHANGE                            082201
 _ 082201 LFBAF0 C188 REVISED DISBURSEMENT DATE CHANGED         082201
 _ 082201 T0812D GH81 PRIVACY POLICY INVOKED                    082201


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 082201 LFBAF0 GB00 FORCED LEND/GUAR APPROVAL FOR LOAN APPLICATION   082201
              2H,2M
```

```
_ 082201 LFBAF0 GB00 APPL STATUS: ADIS 08/22/01                    082201
_ 082201 LFBAF0 GB65 DISBURSEMENT APPROVAL GRANTED                 082201
_ 082201 LFBAF0 GB00 APPL STATUS: ADIS 08/22/01                    082201
_ 082201 LFBAF0 B359 SIGNATURE LOAN APPRV'D: FUTURE DISB           082201
_ 082201 LFBAF0 B360 SIGNATURE CO-BORR - FUTURE DISB               082201
_ 082201 LFBAF0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    082201
_ 082201 LFBAF0 GB00 BTO?D STATD/NOTHING WAS NEEDED/PROCSSD WHIL ON 082201
                     PHONE/STATD OK
_ 082301 SYSTEM B351 SIG STUDENT FUNDS DISB                        082301
_ 082301 SYSTEM B355 TRUTH IN LENDING STATEMENT: SIGNATURE         082301


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 082301 SYSTEM B356 SIG STUDENT CO-BORR FUNDS DISB LTR            082301
_ 082301 SYSTEM B355 TRUTH IN LENDING STATEMENT: SIGNATURE         082301
_ 082401 LFVAM0 GB00 PER IDT, SENT E MAIL TO FAO RQSTNG CALL BACK TO 082401
                     VERIFY CORRECT LN PERIOD/LN PER ON APP IS 8/20/01-
                     5/10/01
_ 082501 CH     C012 SEPARATION DATE CHANGE                        082501
_ 082501 CH     C012 SEPARATION DATE CHANGE                        082501
_ 082501 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE     082501
_ 082501 CH     GE00 002441   F EFF 082001-121401 AGD 121402 CD 081301 082501
_ 082501 CH     GH23 GUAR STAT RPT - CHANGE - DEMOGRAPHIC          082501
_ 082601 LPSGC0 GE20 RCVD CH/GUAR DEMO RPT; ADDED ALTERNATE ADDRESS/PH 092101
_ 082701 LPJDP0 GS00 MAIL RETURNED - A153                          082701
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 ____ _____  CONT _
_ 082701 LPJDP0 MS01 RECEIVED RETURNED MAIL, RESENT TO NEW ADDRESS      082701
_ 082701 LPJDP0 A153 INTRO SALE LTR: SIGNATURE - NON RPMT               082701
_ 082801 LFTSY0 MW01 IDT COMPLETED PER REQUEST                          082801
_ 082801 LFTSY0 GB00 PER IDT, NAN, LN DISB/CMPLT                        082801
_ 082901 LPEKB0 GS00 MAIL RETURNED - K156                               082901
_ 082901 LPEKB0 MS01 RECEIVED RETURNED MAIL, RESENT TO NEW ADDRESS      082901
_ 082901 LPEKB0 K156 EMAIL BAD ADDRESS LETTER                           082901
_ 082901 LPEKB0 GS00 MAIL RETURNED - K159                               082901
_ 082901 LPEKB0 MS01 RECEIVED RETURNED MAIL, RESENT TO NEW ADDRESS      082901
_ 082901 LPEKB0 K159 EMAIL PERMISSION REQUEST LETTER                    082901
_ 090101 UGMRR0 GS16 SKIP: PHONED BORROWER, NO ANSWER                   090101
_ 090101 UGMRR0 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER           090101


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                          PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 090101 UGMRR0 S005 SKIP LETTER TO ENDORSER/COSIGNER                        090101
_ 090101 UGMRR0 GS00 S005 SENT TO REF 01                                     090101
_ 090101 UGMRR0 S004 SKIP LETTER TO REFERENCE                                090101
_ 090101 UGMRR0 GS00 S004 SENT TO REF 02                                     090101
_ 091101 LFEDH0 TB01 BTO, REQUESTED DISBURSEMENT INFORMATION                 091101
_ 091101 LFEDH0 GR37 ADVISED BORR/CALLER OF MAIL AND/OR PROCESSING TIME      091101
_ 092101 CH     GE71 STATUS REPORT-BYPASS-MATCH DATA                         092101
_ 092101 CH     GE00 002441   F EFF 082001-121401 AGD 121402 CD 091001       092101
_ 092101 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR        092101
_ 100101 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL                     100201
_ 100101 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL                     100201
_ 100401 T083CA GH81 PRIVACY POLICY INVOKED                                  100401


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                          PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 100401 LFBJB1 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC        100401
_ 100401 LFBJB1 GB00 APPL STATUS: APND 10/04/01 (854 TRANSACTION)            100401
_ 101101 US     GE00 00244100 F EFF 052801-000000 AGD 051007 CD 100301       101101
_ 101101 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT          101101
_ 101101 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR        101101
_ 101101 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR        101101
_ 101901 SYSTEM B120 APPLICATION REMINDER: APP SENT BY SCHOOL                101901
```

```
_ 111801 SYSTEM B120 APPLICATION REMINDER: APP SENT BY SCHOOL        111801
_ 121001 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION              121001
_ 121001 LFRDB1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED      121001
_ 121001 LFRDB1 GB00 BTO ?'D DISB DATES/ADVD                         121001
_ 010102 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL             010202
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 010102 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL             010202
_ 010802 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR 010802
_ 010802 CH     C012 SEPARATION DATE CHANGE                          010802
_ 010802 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE       010802
_ 010802 CH     GE00 002441   F EFF 082001-051002 AGD 051003 CD 121801 010802
_ 010902 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION              010902
_ 010902 UGBXB0 TK00 Borrower phone contact re:App Quest FFELP        010902
_ 010902 LFRXS0 TD00 BTO/B ? WHEN DISB WLL BE MADE AND HOW BEING SNT/ 010902
                     ADV
_ 011102 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION              011102
_ 011102 LFLEM0 GY75 ADVISED BORROWER/CALLER OF WEB SITE             011102
_ 011102 LFATS0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED      011102
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 011102 LFLEM0 TK00 BTO ?D STATS ON GS LN/ADV WAITING FOR MPN/ADV B   011102
                     WLL SND OR DOWNLD IT/ADV WEBSITE/B ?D ABT XS LN/AD
                     V XFER TO 5194
_ 011102 LFATS0 GB00 BTO ? DISB AMNT/ADVSD/B OK                        011102
_ 011202 US     GE00 00244100 F EFF 082001-000000 AGD 121402 CD 110701 011202
_ 011202 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    011202
_ 011502 WWW    TX00 ALL INFO WAS ACCESSED VIA INTERNET BY LEND 810612 011502
                          sjackson
_ 011502 LFPJR0 GB00 REC CLL F/SANDRA-AMSOUTH ? STAT OF LN3; ADV APND  011502
_ 011502 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION                011502
_ 011502 LFTPM1 TK00 BTO,RQSTD PRCSSNG TME ADVSD                       011502
_ 011602 LPSXG0 ME00 PER CD RPT/UPDTD SEP DTE PER CH CORR DTD 010802   012502


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 011702 LFJAP1 MDOC MDOC ADDR=20129L02000F   LTR CD=ML70              011702
_ 011702 LFJWL0 GB00 APPL STATUS: AINP 01/17/02                       011702
```

```
_ 011702 LFJWL0 C188 REVISED DISBURSEMENT DATE CHANGED           011702
_ 011702 LFJWL0 C188 REVISED DISBURSEMENT DATE CHANGED           011702
_ 011702 LFJWL0 C188 REVISED DISBURSEMENT DATE CHANGED           011702
_ 011702 LFJWL0 C188 REVISED DISBURSEMENT DATE CHANGED           011702
_ 011702 LFJWL0 GB00 FORCED LEND/GUAR APPROVAL FOR LOAN APPLICATION  011702
                   2M
_ 011702 LFJWL0 GB02 DISBURSEMENT SCHEDULE CHANGED AFTER GUAR RECEIPT  011702
_ 011702 LFJWL0 GB00 APPL STATUS: ADIS 01/17/02                 011702
_ 011702 LFJWL0 C188 REVISED DISBURSEMENT DATE CHANGED           011702
_ 011702 LFJWL0 C188 REVISED DISBURSEMENT DATE CHANGED           011702


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                         OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 011702 LFJWL0 GB65 DISBURSEMENT APPROVAL GRANTED             011702
_ 011702 LFJWL0 GB02 DISBURSEMENT SCHEDULE CHANGED AFTER GUAR RECEIPT  011702
_ 011702 LFJWL0 GB00 APPL STATUS: ADIS 01/17/02                011702
_ 011702 LFGBR0 GB00    *******   LOAN 03 DISBURSEMENT INFO    011802
_ 011702 LFGBR0 GB00 DISBURSEMENT VIA ELM/NDN                  011802
_ 011702 LFGBR0 GB00    ***************                        011802
_ 012202 LFGBR0 GB00    *******   LOAN 03 DISBURSEMENT INFO    012202
_ 012202 LFGBR0 GB00 DISB FUNDS AND DATA SENT TO ELM/NDN; DO NOT REFER  012202
_ 012202 LFGBR0 GB00 BORR TO SCHL WITH DISB QUESTIONS. SUBMIT FOR RSRCH  012202
_ 012202 LFGBR0 GB00    ***************                        012202
_ 012202 SYSTEM B053 FUNDS DISBURSED LTR - MPN                 012202
_ 012202 SYSTEM B049 GENERIC DISCLOSURE STATEMENT              012202
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_  012202 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                     012202
_  012202 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                 012202
_  012402 US     GE00 00244100 F EFF 052801-000000 AGD 051003 CD 121801  012402
_  012402 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT 012402
_  012502 LPSXG0 C012 SEPARATION DATE CHANGE                        012502
_  021502 LSMB82 GH81 PRIVACY POLICY INVOKED                        021502
_  021502 110755 A153 INTRO SALE LTR: SIGNATURE - NON RPMT          021502
_  021502 110755 A155 SALE LETTER TO COSIGNER                       021502
_  031402 US     GE00 00244100 F EFF 082001-000000 AGD 051003 CD 012502  031402
_  031402 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT 031402
_  040102 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL           040202
_  051002 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT 051002


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                      UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 051002 US    GE00 002441   F EFF 082001-000000 AGD 051003 CD 041202  051002
_ 070102 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL               070202
_ 071602 CH    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR    071602
_ 071602 CH    GE71 STATUS REPORT-BYPASS-MATCH DATA                     071602
_ 071602 CH    GE00 002441   H EFF 051002-051002 AGD 051003 CD 062702   071602
_ 072302 US    GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT      072302
_ 072302 US    GE00 002441   H EFF 051002-000000 AGD 051003 CD 062702   072302
_ 081302 IVRFLB TK04 BTO, REQUESTED ACCOUNT INFORMATION                 081302
_ 081302 LFJLL2 TK00 Borrower phone contact re:Schl/Enrollment Update,  081302
                     xfrd to xs orig
_ 081302 LFCLB0 C150 BORROWER E-MAIL ADDRESS CHANGED                    081302
_ 081302 LFCLB0 C151 E-MAIL VALID FLAG CHANGE                           081302


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                      UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 081302 LFCLB0 GB00 APPL STATUS: AWAR 08/13/02                         081302
_ 081302 LFCLB0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED         081302
_ 081302 LFCLB0 TB62 VERIFIED SCHOOL ATTENDING                         081302
_ 081302 LFCLB0 GR71 VERIFIED BORROWER E-MAIL ADDRESS                   081302
_ 081302 LFCLB0 MN27 BTO, REQ PRE-APPROVAL                             081302
_ 081302 LFCLB0 TB56 BORR AUTHORIZED CREDIT PULL FOR ANY/MULT LENDER    081302
_ 081302 LFCLB0 MN41 BORR CREDIT PULLED TU;DENIED - CB SCORE;ELIG W/COS 081302
```

```
_ 081302 LFCLB0 B401 PRIV LN - APP DENIAL WITH C/B OPTION            E081302
_ 081302 LFCLB0 GB00 XS/LN04/(BORR) DENIED PER REASONS:              081302
                      (CHARGE-OFF,CREDIT SCORE)
_ 081302 IVRFLB TK04 BTO, REQUESTED ACCOUNT INFORMATION             081302
_ 081302 IVRFLB TK00 18:27:17 ADVISED BORR  10 DAY PIF 8553.64      081302


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 081302 LFRMM0 TK00 Borrower phone contact re:b req new xs ln,     081302
                   xfr to pco, Re-route/Misroute
_ 081302 LFSWW0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED     081302
_ 081302 LFSWW0 TB62 VERIFIED SCHOOL ATTENDING                      081302
_ 081302 LFSWW0 GB00 B RQST APP FXD TO 601-288-3647/FXD APP @ 06:34 PM 081302
_ 081302 IVRFLP TK00 BTO - REQUESTED DSBR INFORMATION               081302
_ 081302 LFWCM0 MDOC MDOC ADDR=20K2FD0F4001   LTR CD=MI91           081402
_ 081302 LFSWW0 TF45 SUCCESSFUL FAX SENT                            081402
_ 081402 LFKRD1 B412 CO-BORR DENIED - REQ - ADDNDUM ENCL            081402
_ 081402 LFKRD1 GB00 RCVD FXD CPY OF APPL                           081402
_ 081402 SYSTEM B401 PRIV LN - APP DENIAL WITH C/B OPTION           081402
_ 081402 SYSTEM K156 EMAIL BAD ADDRESS LETTER                       081402


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                    OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                        MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 081402 MERCRY C151 E-MAIL VALID FLAG CHANGE                         081402
 _ 082102 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION               082102
 _ 082102 IVRTXB TK00 14:41:27 ADVISED BORR  10 DAY PIF 8561.78        082102
 _ 082102 LTDSR0 TK00 Borrower phone contact re:Accnt Status           082102
 _ 082802 SYSTEM B499 PRVT LOANS APP REMINDER - BRIDGE LTR             082802
 _ 082802 LFALT0 GS00 MAIL RETURNED - B401                             082802
 _ 082802 LFALT0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS 082802
 _ 082802 LFALT0 GS00 MAIL RETURNED - K156                             082802
 _ 082802 LFALT0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS 082802
 _ 090302 LTDDB1 GH62 AVAILABLE REFERENCE LOADED TO ACCOUNT            090302
 _ 090602 IVRFLB TK04 BTO, REQUESTED ACCOUNT INFORMATION               090602


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                    OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                        MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 090602 LFKAT0 TK00 Borrower phone contact re:Disb Quest PCO,        090602
                      Re-route/Misroute
```

```
_ 090602 LFMPB0 C150 BORROWER E-MAIL ADDRESS CHANGED              090602
_ 090602 LFMPB0 C151 E-MAIL VALID FLAG CHANGE                     090602
_ 090602 LFMPB0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED   090602
_ 090602 LFMPB0 TB02 BTO, REQUESTED STATUS OF LOAN APPLICATION    090602
_ 090602 LFMPB0 TB62 VERIFIED SCHOOL ATTENDING                    090602
_ 090602 LFMPB0 GR71 VERIFIED BORROWER E-MAIL ADDRESS             090602
_ 090602 LFMPB0 GB00 ADVSD ND ORG APP AND NEW CO-B                090602
_ 090602 UGDLM0 GS00 MAIL RETURNED - B412                         090602
_ 090602 UGDLM0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS  090602
_ 090602 UGJXD0 GS00 SKIP: REVERSE SEARCH BORR PH/NO NEW INFO     090602


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 090602 UGJXD0 GS00 SKIP: BORR ATTEMPT PER PRIVATE CREDIT        090602
_ 090702 T083CD GH81 PRIVACY POLICY INVOKED                      090702
_ 090702 SYSTEM GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC  090702
_ 090702 SYSTEM GB00 APPL STATUS: ADIS 09/07/02                  090702
_ 090702 LFRAR0 GB00    *******   LOAN 05 DISBURSEMENT INFO      091002
_ 090702 LFRAR0 GB00 DISBURSEMENT VIA ELM/NDN                    091002
_ 090702 LFRAR0 GB00    ***************                          091002
_ 090802 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40 090802
_ 090802 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45 090802
_ 090802 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60 090802
_ 090802 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05 090802
_ 090802 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT  090802
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                   PST/RESOLVE
  032723 E18565 ____ _____  CONT _
_ 090802 SYSTEM B047 LOAN APPROVED                               E090802
_ 090902 WWW    TX00 ALL INFO WAS ACCESSED VIA INTERNET BY LEND 810612   090902
                     astephenson
_ 091002 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR   091002
_ 091002 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT     091002
_ 091002 US     GE00 002441   F EFF 090602-000000 AGD 083005 CD 090502  091002
_ 091102 LFRAR0 GB00   *******   LOAN 05 DISBURSEMENT INFO              091102
_ 091102 LFRAR0 GB00 DISB FUNDS AND DATA SENT TO ELM/NDN; DO NOT REFER  091102
_ 091102 LFRAR0 GB00 BORR TO SCHL WITH DISB QUESTIONS. SUBMIT FOR RSRCH 091102
_ 091102 LFRAR0 GB00   ***************                                  091102
_ 091102 SYSTEM GB00 APPL STATUS: AINP 09/11/02 83D TRANSACTION         091102
_ 091102 SYSTEM GB00 SCL =              LND = AMSOUTH                    091102


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                         PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 091102 AUTORE GB00 AINP STATUS: AXCP                                091102
_ 091102 AUTORE GB00 GUAR = CD                                        091102
_ 091102 FIBOT2 MDOC MDOC ADDR=FL1S0087974610 LTR CD=ML70             091102
_ 091102 SYSTEM B053 FUNDS DISBURSED LTR - MPN                       E091102
_ 091102 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                    E091102
_ 091102 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                       E091102
_ 091102 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                   E091102
_ 091602 LFHXD0 GB00 APPL STATUS: ATRM 09/16/02                       091602
_ 091602 LFHXD0 GB00 ATRM PER DUPLICATE LOAN                          091602
_ 091702 WWW    TX00 ALL INFO WAS ACCESSED VIA INTERNET BY LEND 810612 091702
                          sjackson
_ 092402 LFMEG0 MDOC MDOC ADDR=2012GJ00U00J   LTR CD=MI48             092402


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                         PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 092402 LTCPG0 GB00 APPL STATUS: AINP 09/24/02                       092402
_ 092402 LTCPG0 C001 NAME CHANGE                                      092402
_ 092402 LTCPG0 C185 GRADE LEVEL CODE CHANGE                          092402
_ 092402 LTCPG0 C184 MCS CODE CHANGED                                 092402
_ 092402 LTCPG0 C121 LOAN PERIOD CHANGE                               092402
_ 092402 LTCPG0 C012 SEPARATION DATE CHANGE                           092402
_ 092402 LTCPG0 C143 SCHOOL APPROVED AMOUNT CHANGED                   092402
```

```
_ 092402 LTCPG0 C196 DECREASED/INCREASED LOAN AMOUNT                092402
_ 092402 LTCPG0 C188 REVISED DISBURSEMENT DATE CHANGED             092402
_ 092402 LTCPG0 C187 REVISED DISBURSEMENT AMOUNT CHANGED           092402
_ 092402 LTCPG0 C188 REVISED DISBURSEMENT DATE CHANGED             092402
_ 092402 LTCPG0 C187 REVISED DISBURSEMENT AMOUNT CHANGED           092402


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ _____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                     PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 092402 LTCPG0 MB35 APPLICATION RECEIVED FOR CURRENT PROGRAM YEAR  092402
_ 092402 LTCPG0 GB00 LN4/RCVD XS/LNDR 500500/UNIV OF STHRN MISS(002441) 092402
                2 DISBS IAO $1500 EA
_ 092402 LTCPG0 GB00 BORR CRDT PREV DND TRU 081302 FOR CRDT RTNG/ELIG C 092402
_ 092402 LTCPG0 GB00 COB(ROY)/CRDT PREV PLLD TRU 081402-DND-CRDT RTNG   092402
_ 092402 LTCPG0 GB00 RCVD 4 ST NTC-NOT REQ                          092402
_ 092402 LTCPG0 GB00 LN4************ATEL-BORR NDS CRDTWRTHY COB******** 092402
_ 092402 LTCPG0 B085 PRIVATE APP NOT PROC: REQUEST BORR CALL        E092402
_ 092402 LTCPG0 GB00 APPL STATUS: ATEL 09/24/02                     092402
_ 092402 LTCPG0 GB00 CONT PRCSSNG ONCE COB IS OBTND/GW67            092402
_ 100102 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL            100202
_ 101602 CH     C012 SEPARATION DATE CHANGE                        101602


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  101602 CH     C012 SEPARATION DATE CHANGE                           101602
_  101602 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE        101602
_  101602 CH     GE00 002441   F EFF 081902-121302 AGD 121303 CD 090902 101602
_  101602 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR  101602
_  101702 SYSTEM K306 SLM PRIVACY POLICY NOTIFICATION                   101702
_  102302 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    102302
_  102302 US     GE00 002441   F EFF 052801-000000 AGD 121303 CD 090902 102302
_  110402 CH     GE71 STATUS REPORT-BYPASS-MATCH DATA                   110402
_  110402 CH     GE00 002441   F EFF 081902-121302 AGD 121303 CD 101802 110402
_  110402 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR  110402
_  112102 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    112102
_  112102 US     GE00 002441   F EFF 081902-000000 AGD 121303 CD 101802 112102


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 010103 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL               E010103
_ 010203 LFSLM0 GO39 ATRM BORROWER CREDIT OVER 90 DAYS NO APPROVED COB  010203
```

```
_ 010203 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40      010203
_ 010203 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 20      010203
_ 010203 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60      010203
_ 010203 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 20      010203
_ 010203 LFSLM0 GB00 APPL STATUS: ATRM 01/02/03                       010203
_ 020403 CH     C012 SEPARATION DATE CHANGE                           020403
_ 020403 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE        020403
_ 020403 CH     GE00 002441   F EFF 081902-050903 AGD 050904 CD 012403 020403
_ 020403 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR 020403
_ 022003 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT   022003


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____  _____
  DATE  SOURCE                    MESSAGE                     PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 022003 US     GE00 002441   F EFF 081902-000000 AGD 121303 CD 012103 022003
_ 022703 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT   022703
_ 022703 US     GE00 002441   F EFF 052801-000000 AGD 050904 CD 012403 022703
_ 032603 CH     GE71 STATUS REPORT-BYPASS-MATCH DATA                  032603
_ 032603 CH     GE00 002441   H EFF 021703-050903 AGD 050904 CD 030703 032603
_ 032603 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR 032603
_ 040103 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL             E040203
_ 050503 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION               050503
_ 050503 UGJXP3 TK00 Borrower phone contact re: Re-Route Parent Answer 050503
_ 050503 LFLPL0 GB00 APPL STATUS: AWAR 05/05/03                       050503
_ 050503 LFLPL0 C184 MCS CODE CHANGED                                 050503
_ 050503 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40      050503
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                  MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 050503 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15      050503
_ 050503 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 45      050503
_ 050503 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 10      050503
_ 050503 LFLPL0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED       050503
_ 050503 LFLPL0 TB62 VERIFIED SCHOOL ATTENDING                        050503
_ 050503 LFLPL0 GF59 VERIFY SSN OF BORROWER/STUDENT                   050503
_ 050503 LFLPL0 MN27 BTO, REQ PRE-APPROVAL                            050503
_ 050503 LFLPL0 MN41 BORR CREDIT PULLED TU;DENIED - CB SCORE;ELIG W/COS 050503
_ 050503 LFLPL0 B401 PRIV LN - APP DENIAL WITH C/B OPTION            E050503
_ 050503 LFLPL0 GB00 XS/LN07/(BORR) DENIED PER REASONS:               050503
                    (CREDIT SCORE)
_ 050503 LFLPL0 GR71 VERIFIED BORROWER E-MAIL ADDRESS                 050503


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                     UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 050503 LFLPL0 GO44 OFFERED PCO@SALLIEMAE.COM                          050503
_ 050503 LFCLP1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED         050503
_ 050503 LFCLP1 TB62 VERIFIED SCHOOL ATTENDING                         050503
_ 050503 LFCLP1 GR71 VERIFIED BORROWER E-MAIL ADDRESS                  050503
_ 050503 LFCLP1 GO44 OFFERED PCO@SALLIEMAE.COM                          050503
_ 050503 LFCLP1 GB00 BORR GV CO-B INFO/ADVD CO-B NEEDS TO CLL TO GIVE   050503
                     VERBAL PERMISSION TO PLL CRDT/BORR OK WL HV CO-B
                     CLL
_ 050503 IVRFL2 TK04 BTO, REQUESTED ACCOUNT INFORMATION                050503
_ 050603 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 15        050603
_ 050603 LFKLY1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED         050603
_ 050603 LFKLY1 TB62 VERIFIED SCHOOL ATTENDING                         050603


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 050603 LFKLY1 TK10 COSIGNER PHONED                                    050603
_ 050603 LFKLY1 MN28 CTO, REQ PRE-APPROVAL                              050603
_ 050603 LFKLY1 TB58 COSIGNER AUTH CREDIT PULL FOR ANY/MULTIPLE LENDERS 050603
_ 050603 LFKLY1 GB00 COB: T/U DENIED DUE TO SCORE BELOW CUTOFF          050603
_ 050603 LFKLY1 GB00 ADVISED COB TO HAVE B FIND A NEW COSIGNER          050603
_ 050603 LFKLY1 GB00 COB ?'D IF A COB CAN BE ANYONE/ADVISED IT CAN BE   050603
                     A FRIEND OR A RELATIVE/COB OKAY
```

```
_ 050603 LFKLY1 B412 CO-BORR DENIED - REQ - ADDNDUM ENCL          050603
_ 050603 LFKLY1 B402 PRIV LN - CO-BORR DENIAL                     050603
_ 050603 LFKLY1 GB00 XS/LN07/(  ) DENIED PER REASONS:             050603
                  (HIGH CREDIT RATIO,CREDIT SCORE)
_ 050603 SYSTEM B401 PRIV LN - APP DENIAL WITH C/B OPTION         050603


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 050603 SYSTEM K156 EMAIL BAD ADDRESS LETTER                    050603
_ 050603 MERCRY C151 E-MAIL VALID FLAG CHANGE                    050603
_ 051203 IVRTX4 TK00 BTO - REQUESTED DSBR INFORMATION            051203
_ 051203 LFRBP0 GB00 BORR CLLD ? INFO ON PLS LN/ADVSD NEED BORR SSN// 051203
                  STDNT WILL CLL BCK
_ 051203 IVRFL4 TK00 BTO - REQUESTED DSBR INFORMATION            051203
_ 051203 LFRMR1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED  051203
_ 051203 LFRMR1 TB62 VERIFIED SCHOOL ATTENDING                   051203
_ 051203 LFRMR1 GF59 VERIFY SSN OF BORROWER/STUDENT              051203
_ 051203 LFRMR1 GB00 BTO ?'D STATUS/ADVSD NDS NEW COB AND WE ND TO RCV 051203
                  AN ORGNL APP
_ 051503 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION          051503


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____

   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 051503 IVRFL1 TK00 16:00:48 ADVISED BORR  10 DAY PIF 14322.65        051503
 _ 051503 LTSAS2 GR71 VERIFIED BORROWER E-MAIL ADDRESS                  051503
 _ 051503 LTSAS2 GR78 BORROWER REQUESTED PROMO MAILINGS                 051503
 _ 051503 LTSAS2 C151 E-MAIL VALID FLAG CHANGE                          051503
 _ 051503 LTSAS2 TK00 Borrower phone contact re: E-Mail Update,         051503
                      Re-Route Private Credit Orig
 _ 051503 LFMES0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED        051503
 _ 051503 LFMES0 TB62 VERIFIED SCHOOL ATTENDING                         051503
 _ 051503 LFMES0 GR71 VERIFIED BORROWER E-MAIL ADDRESS                  051503
 _ 051503 LFMES0 GO44 OFFERED PCO@SALLIEMAE.COM                         051503
 _ 051503 LFMES0 MO18 VERIFIED LOAN PERIOD                              051503


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 051503 LFMES0 GB00 BTO RQCD PREAPPRVL LTTR FAX TO SCHL/ADVS SCHL IN  051503
                      NOT A L! SO YES WLL FAX LTTR STATING BTO ND CTO/
```

```
                   BTO OK ? 800# SO FATHER CLL TO BE CTO/ADVS 800#
_ 051503 LFMES0 GB00 SCHL FAO FAX # 1-601-266-5769                    051503
_ 051503 LFMES0 TF45 SUCCESSFUL FAX SENT                              051503
_ 051903 IVRFL2 TK04 BTO, REQUESTED ACCOUNT INFORMATION              051903
_ 051903 LTVVT0 T600 Relative phone contact re:                       051903
                   Re-Route Private Credit Orig
_ 051903 LFDJV0 C112 AUXILIARY IDENTITY CODE CHANGED                 051903
_ 051903 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT  : 20      051903
_ 051903 LFDJV0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED      051903
_ 051903 LFDJV0 TB62 VERIFIED SCHOOL ATTENDING                       051903


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 051903 LFDJV0 GO43 VERIFIED COSIGNER E-MAIL ADDRESS                051903
_ 051903 LFDJV0 GO44 OFFERED PCO@SALLIEMAE.COM                       051903
_ 051903 LFDJV0 MN28 CTO, REQ PRE-APPROVAL                           051903
_ 051903 LFDJV0 TB58 COSIGNER AUTH CREDIT PULL FOR ANY/MULTIPLE LENDERS 051903
_ 051903 LFDJV0 GB00 COB CRDT PLLD 5/19/03 TRU DND                   051903
_ 051903 LFDJV0 B402 PRIV LN - CO-BORR DENIAL                        051903
_ 051903 LFDJV0 GB00 XS/LN07/(LEONARD  FUNCHESS) DENIED PER REASONS:  051903
                   (CREDIT SCORE)
_ 051903 LFDJV0 GB00 UNABLE TO SND B412 LTTR FR COB LEONARD FUNCHESS  051903
_ 052003 SYSTEM B499 PRVT LOANS APP REMINDER - BRIDGE LTR           E052003
_ 052003 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT  052003
_ 052003 US     GE00 002441   H EFF 021703-000000 AGD 050904 CD 030703 052003
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 ____ _____  CONT _
_  052003 IVRFL3 TK00 BTO - REQUESTED DSBR INFORMATION              052003
_  052003 LFENA0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    052003
_  052003 LFENA0 GR71 VERIFIED BORROWER E-MAIL ADDRESS              052003
_  052003 LFENA0 TB62 VERIFIED SCHOOL ATTENDING                    052003
_  052003 LFENA0 GO44 OFFERED PCO@SALLIEMAE.COM                    052003
_  052003 LFENA0 GB00 BTO ? STATUS/ADV CB DND/B ADV BOTH CB HAVE BEEN  052003
                      DND AND HAS NO OTHER CB/ADV ELIG FOR LN W/NEW CB
                      B ADV HAS NONE AND PLEASE FAX DNL TO SCHL/
_  052003 LFENA0 GB00 ATTEMPTING TO FAX TO G. KERRY FAO 16012665769  052003
_  052003 LFENA0 TF45 SUCCESSFUL FAX SENT                           052003
_  052303 IVRFL4 TK04 BTO, REQUESTED ACCOUNT INFORMATION            052303
_  052303 IVRFL4 TK00 15:33:29 ADVISED BORR  10 DAY PIF 14330.19    052303

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 052303 IVRFL4 TK04 BTO, REQUESTED ACCOUNT INFORMATION             052303
_ 052303 IVRFL4 TK00 15:42:18 ADVISED BORR  10 DAY PIF 14330.19     052303
_ 052303 LFGMC1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED     052303
_ 052303 LFGMC1 TB62 VERIFIED SCHOOL ATTENDING                     052303
_ 052303 LFGMC1 GR71 VERIFIED BORROWER E-MAIL ADDRESS              052303
_ 052303 LFGMC1 GO44 OFFERED PCO@SALLIEMAE.COM                      052303
_ 052303 LFGMC1 GB00 B CLLD IN SAID SCHL NEVER RCVD FAX/ADVS B SENT FAX 052303
                     TO SCHL TWICE/B ? IF SCHL CAN CLL/GAVE # CLLG SERV
                     SCHL TO CLL IN
_ 052703 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION             052703
_ 052703 IVRFL1 TK00 10:53:16 ADVISED BORR  10 DAY PIF 14333.96     052703
_ 052703 LFKLP0 T600 Relative phone contact re: cllng on pl ln      052703


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                        OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 052703 UGJXP3 TK00 Borrower phone contact re:                     052703
                     Re-Route Private Credit Orig
_ 052703 LFJMF1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED     052703
_ 052703 LFJMF1 TB62 VERIFIED SCHOOL ATTENDING                     052703
_ 052703 LFJMF1 GR71 VERIFIED BORROWER E-MAIL ADDRESS              052703
_ 052703 LFJMF1 GO44 OFFERED PCO@SALLIEMAE.COM                      052703
_ 052703 LFJMF1 GB00 B RQTED DENIAL LTR SENT TO SCHL #6012665769    052703
```

```
_ 052703 LFJMF1 GB00 FAX TO NANCY DENSON                              052703
_ 052703 LFJMF1 TF45 SUCCESSFUL FAX SENT                              052703
_ 052803 IVRFL4 TK04 BTO, REQUESTED ACCOUNT INFORMATION               052803
_ 052803 IVRFL4 TK00 16:43:41 ADVISED BORR  10 DAY PIF 14334.90       052803
_ 052803 LFAXG0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED       052803
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                         OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                   MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 052803 LFAXG0 TB62 VERIFIED SCHOOL ATTENDING                        052803
_ 052803 LFAXG0 GF59 VERIFY SSN OF BORROWER/STUDENT                   052803
_ 052803 LFAXG0 GB00 BORR REQU TO XFERD TO PL DEP/                    052803
_ 053003 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION               053003
_ 053003 IVRFL1 TK00 10:41:18 ADVISED BORR  10 DAY PIF 14336.79       053003
_ 053003 LFJBA0 TK00 Borrower phone contact re: App Quest FFELP       053003
_ 060503 178781 GJ00 CUR GUAR AMT SET TO APPR PRIN, #03 SET TO $2656.00 060503
_ 060503 178781 GJ00 CUR GUAR AMT SET TO APPR PRIN, #05 SET TO $5500.00 060503
_ 061103 LFRLP0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED       061103
_ 061103 LFRLP0 TB62 VERIFIED SCHOOL ATTENDING                        061103
_ 061103 LFRLP0 GF59 VERIFY SSN OF BORROWER/STUDENT                   061103
_ 061103 LFRLP0 GO44 OFFERED PCO@SALLIEMAE.COM                        061103
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 061103 LFRLP0 GO43 VERIFIED COSIGNER E-MAIL ADDRESS                061103
_ 061103 LFRLP0 GB00 BTO STATED HAD SOMETHING TAKEN CARE ON HIS CREDIT  061103
                     WOULD TRU SEND THAT IF TO US ADVSD/NO/
_ 061103 IVRTX2 TK04 BTO, REQUESTED ACCOUNT INFORMATION              061103
_ 061103 IVRTX2 TK00 13:24:06 ADVISED BORR  10 DAY PIF 14348.10      061103
_ 061103 LTSCS0 TK00 Borrower phone contact re: Re-Route Parent Answer  061103
_ 061703 IVRFL4 TK04 BTO, REQUESTED ACCOUNT INFORMATION              061703
_ 061703 IVRFL4 TK00 11:10:14 ADVISED BORR  10 DAY PIF 14353.75      061703
_ 061703 LTYRH0 TK00 BFTO; WNTS TO BE A CO-B FOR HIS SON ACCT AND    061703
                     THE PROC OF THE LN , XFR 5136
_ 061703 LTYRH0 T600 Co-Signer phone contact re: Accnt Status,       061703
                     Re-Route Private Credit Orig


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 061703 LFTJO1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED      061703
_ 061703 LFTJO1 TB62 VERIFIED SCHOOL ATTENDING                       061703
```

```
_ 061703 LFTJO1 GF59 VERIFY SSN OF BORROWER/STUDENT              061703
_ 061703 LFTJO1 GO44 OFFERED PCO@SALLIEMAE.COM                   061703
_ 061703 LFTJO1 MN24 BTO, ASKED ABOUT DENIAL REASON; ADVISED     061703
_ 061703 LFTJO1 GB00 COB(LENEORD) ?ED WOULD B GET LN/ADVSD YES BUT NEED  061703
                   NEW COB
_ 061703 IVRFL2 TK04 BTO, REQUESTED ACCOUNT INFORMATION          061703
_ 061703 IVRFL2 TK00 12:38:16 ADVISED BORR  10 DAY PIF 14353.75  061703
_ 061703 LFABT0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED  061703
_ 061703 LFABT0 TB62 VERIFIED SCHOOL ATTENDING                   061703
_ 061703 LFABT0 GF59 VERIFY SSN OF BORROWER/STUDENT              061703


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                  PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 061703 LFABT0 GB00 TRNSFRD TO 5187                             061703
_ 061803 IVRFL3 TK04 BTO, REQUESTED ACCOUNT INFORMATION          061803
_ 061803 IVRFL3 TK00 11:12:14 ADVISED BORR  10 DAY PIF 14354.69  061803
_ 061803 IVRTX2 TK00 BTO - REQUESTED DSBR INFORMATION            061803
_ 061803 IVRTX3 TK00 BTO - REQUESTED DSBR INFORMATION            061803
_ 061903 SYSTEM B499 PRVT LOANS APP REMINDER - BRIDGE LTR        E061903
_ 061903 IVRFL2 TK04 BTO, REQUESTED ACCOUNT INFORMATION          061903
_ 061903 IVRFL2 TK00 11:35:37 ADVISED BORR  10 DAY PIF 14355.63  061903
_ 061903 LFCDT0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED  061903
_ 061903 LFCDT0 TB62 VERIFIED SCHOOL ATTENDING                   061903
_ 061903 LFCDT0 GO44 OFFERED PCO@SALLIEMAE.COM                   061903
_ 061903 LFCDT0 GY75 ADVISED BORROWER/CALLER OF WEB SITE         061903
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 ____ _____   CONT _
 _ 061903 LFCDT0 GB00 COB (LEONARD) CLD AGN ? BEING COB/ADVD ALRDY NT    061903
                      ELGBLE PER 0617/COB OK
 _ 062003 LFMEM1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    062003
 _ 062003 LFMEM1 TB62 VERIFIED SCHOOL ATTENDING                     062003
 _ 062003 LFMEM1 GB00 REP IN PRNT ANSWR TRNSFRD/I CNFRMD CLLR IS COB    062003
 _ 062003 LFMEM1 GB00 CTO-CHECKING STTS OF LN                       062003
 _ 062003 LFMEM1 GB00 I ADVSD HAS BEEN DETRMND INELIG TO BE COB/COB ?D   062003
                      & I ADVSD OF 800#
 _ 062003 LFMEM1 B362 TO BORR: SIG/LAW CSGNR DENIED-REQUIRED       E062003
 _ 062303 IVRTX3 TK00 BTO - REQUESTED DSBR INFORMATION              062303
 _ 062303 LFPNK0 GB00 BFTO ?S ABT LN7 / TRAN TO PCO                 062303
 _ 062303 LFGRH1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    062303


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 062303 LFGRH1 TB62 VERIFIED SCHOOL ATTENDING                        062303
_ 062303 LFGRH1 GF59 VERIFY SSN OF BORROWER/STUDENT                   062303
_ 062303 LFGRH1 GB00 CO-B CLLD ? DNL LTTR/WNTD SCHL TO HAVE CPY OF LTTR 062303
                     /CO-B ? LTTR SND DATE/ADVSD 051903 SND DATE/CO-B
                     WLD CNTCT SCHL AND SHOW LTTR
_ 062403 CH     GE71 STATUS REPORT-BYPASS-MATCH DATA                  062403
_ 062403 CH     GE00 002441   H EFF 021703-050903 AGD 050904 CD 052303 062403
_ 062403 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR 062403
_ 063003 WWW    TX00 INFO ACCESSED BY LEND 810612 BY astephenson      063003
_ 070103 T083CD GH81 PRIVACY POLICY INVOKED                          070103
_ 070103 Y83C-2 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC 070103
_ 070103 Y83C-2 GO84 PROCESSED ELECTRONIC APPLICATION                070103


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 070103 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE                 070103
_ 070103 Y83C-2 GB00 APPL STATUS: ADIS 07/01/03                      070103
_ 070103 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40     070103
_ 070103 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45     070103
_ 070103 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60     070103
_ 070103 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05     070103
_ 070103 WWW    TX00 INFO ACCESSED BY LEND 810612 BY mmills          070103
```

```
_ 070103 LFRFP0 GJ00 LN 5: PER ELM RPT 06300309.R30 SCHL RQSTS TO CHNG   070103
                      GRD LVL TO '4'// NAT PER LN POST-DSBRSD & CANNOT
                      CHNG ON 801 SCRN.
_ 070103 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT    070103
_ 070103 SYSTEM B047 LOAN APPROVED                                    E070103


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____  _____
  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 070103 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL              E070103
_ 070203 SYSTEM B053 FUNDS DISBURSED LTR - MPN                        E070203
_ 070203 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                     E070203
_ 070203 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                        E070203
_ 070203 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                    E070203
_ 070903 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR  070903
_ 071103 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    071103
_ 071103 US     GE00 002441   F EFF 063003-000000 AGD 083004 CD 063003 071103
_ 071103 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR  071103
_ 071103 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR  071103
_ 071103 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR  071103
_ 071203 SYSTEM P124 ANNUAL INTERIM UNSUB INTEREST STMT               071203


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                    OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____

   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 081603 SYSTEM GS00 REMOVED ENTITY #08 DUPLICATE OF ENTITY #06        081603
 _ 081903 LFSLO0 GC36 ACCOUNT STATUS CHECKED                            081903
 _ 082903 T083CD GH81 PRIVACY POLICY INVOKED                            082903
 _ 082903 Y83C-2 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC  082903
 _ 082903 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE                   082903
 _ 082903 Y83C-2 GB00 APPL STATUS: ADIS 08/29/03                        082903
 _ 082903 T083CD GH81 PRIVACY POLICY INVOKED                            082903
 _ 082903 Y83C-2 C178 DISBURSEMENT HOLD/RELEASE INDICATOR CHANGE        082903
 _ 082903 Y83C-2 C178 DISBURSEMENT HOLD/RELEASE INDICATOR CHANGE        082903
 _ 082903 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE                   082903
 _ 082903 Y83C-2 GB00 APPL STATUS: ADIS 08/29/03                        082903
 _ 082903 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT    082903


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                    OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 082903 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT    082903
 _ 082903 SYSTEM B047 LOAN APPROVED                                    E082903
```

```
_ 082903 SYSTEM B047 LOAN APPROVED                                E082903
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40   083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45   083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60   083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05   083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40   083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45   083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60   083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05   083003
_ 090303 SYSTEM B053 FUNDS DISBURSED LTR - MPN                    E090303


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                     PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 090303 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                 E090303
_ 090303 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                    E090303
_ 090303 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART               E090303
_ 090303 LPBAK0 GR26 SEP DATE CHANGED/ALIGNED PER THE DAPS REPORT  092703
_ 090803 US    GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT 090803
_ 090803 US    GE00 002441   F EFF 063003-000000 AGD 083005 CD 082803 090803
_ 090903 T083CD GH81 PRIVACY POLICY INVOKED                       090903
_ 090903 LFCML2 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC 090903
_ 090903 LFCML2 C296 CURRENT GUARANTEE AMOUNT CHANGE              090903
_ 090903 LFCML2 GB00 APPL STATUS: ADIS 09/09/03 (854 TRANSACTION) 090903
_ 090903 T083CD GH81 PRIVACY POLICY INVOKED                       090903
_ 090903 LFCML2 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC 090903
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******

NAME   JAMERIAL Q BENSON                            OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

                      UNITY CD _____   _____

   DATE   SOURCE                    MESSAGE                      PST/RESOLVE

   032723 E18565 ____ _____ CONT _

_ 090903 LFCML2 C296 CURRENT GUARANTEE AMOUNT CHANGE                 090903

_ 090903 LFCML2 GB00 APPL STATUS: ADIS 09/09/03 (854 TRANSACTION)    090903

_ 090903 WWW    TX00 INFO ACCESSED BY LEND 810612 BY tthomas         090903

_ 090903 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT  090903

_ 090903 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT  090903

_ 090903 SYSTEM B047 LOAN APPROVED                                  E090903

_ 090903 SYSTEM B047 LOAN APPROVED                                  E090903

_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40     091003

_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45     091003

_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60     091003

_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05     091003

_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40     091003


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******

NAME   JAMERIAL Q BENSON                            OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                    UNITY CD _____    _____
   DATE   SOURCE                    MESSAGE                          PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER    : 45         091003
_  091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60         091003
_  091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT    : 05         091003
_  091203 SYSTEM B053 FUNDS DISBURSED LTR - MPN                          E091203
_  091203 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                       E091203
_  091203 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                          E091203
_  091203 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                      E091203
_  092303 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40         092303
_  092303 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER    : 30         092303
_  092303 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 45         092303
_  092303 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT    : 20         092303
_  092303 LFMBM0 GB00 APPL STATUS: ATRM 09/23/03                         092303


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE   SOURCE                    MESSAGE                          PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  092303 LFMBM0 GB00 ACCOUNT ATRMD PER NO ACTIVITY                      092303
_  092703 LPBAK0 C012 SEPARATION DATE CHANGE                            092703
_  092703 LPBAK0 C012 SEPARATION DATE CHANGE                            092703
_  092703 LPBAK0 C012 SEPARATION DATE CHANGE                            092703
_  093003 IVRTX4 TK04 BTO, REQUESTED ACCOUNT INFORMATION                093003
_  093003 LFDLB4 TB62 VERIFIED SCHOOL ATTENDING                         093003
_  093003 LFDLB4 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED        093003
```

```
_ 093003 LFDLB4 GF59 VERIFY SSN OF BORROWER/STUDENT                093003
_ 093003 LFDLB4 GB00 TRANSFER TO 5101 FOR HIS GS LN                093003
_ 093003 LFWLS1 TK00 Borrower phone contact re: Disb Quest FFELP,  093003
                     Web-Advised of Web
_ 093003 IVRFL3 TK04 BTO, REQUESTED ACCOUNT INFORMATION            093003


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED 12345678901234567890
              UNITY CD _____   _____
  DATE  SOURCE                MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 093003 LFSAM0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    093003
_ 093003 LFSAM0 TB62 VERIFIED SCHOOL ATTENDING                     093003
_ 093003 LFSAM0 GB00 BORR CALLED ON STAT OF LN/ADVISED CANCELL PER NO 093003
                     ACTIVITY ON ACCT FOR 90 PLUS DAYS/BORR ADVISED CAN
                     ESIGN ON INTERNET WITH CO BORR/BORR WILL APPLY
_ 093003 LFSAM0 GB00 CONT-ON THE INTERNET                          093003
_ 093003 US     C096 GUARANTOR LOAN ID CHANGED                     093003
_ 093003 US     C096 GUARANTOR LOAN ID CHANGED                     093003
_ 100103 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL           E100203
_ 100703 SYSTEM K306 SLM PRIVACY POLICY NOTIFICATION               100703
_ 102003 CH     C012 SEPARATION DATE CHANGE                        102003
_ 102003 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE     102003


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                       MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 102003 CH     GE00 002441   F EFF 081803-121203 AGD 121204 CD 092903   102003
_ 102003 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR     102003
_ 112603 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT       112603
_ 112603 US     GE00 002441   F EFF 081803-000000 AGD 121204 CD 092903    112603
_ 121503 LSMB82 GH81 PRIVACY POLICY INVOKED                               121503
_ 121503 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                      121603
_ 121503 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                      121603
_ 121503 SYSTEM H606 CASHBACK ELIGIBILITY: REBATE                        E121603
_ 121803 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT       121803
_ 121803 US     GE00 002441   F EFF 081803-000000 AGD 121204 CD 102703    121803
_ 010104 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL                 E010104
_ 010604 LFEAG0 GB00 MODIFIED MPN RECORD                                  010604


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                       MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 020604 T083CD GH81 PRIVACY POLICY INVOKED                               020604
_ 020604 Y83C-2 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC     020604
```

```
_ 020604 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE                    020604
_ 020604 Y83C-2 GB00 APPL STATUS: ADIS 02/06/04                        020604
_ 020604 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT    020604
_ 020604 SYSTEM B047 LOAN APPROVED                                    E020604
_ 020704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40       020704
_ 020704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45       020704
_ 020704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60       020704
_ 020704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05       020704
_ 021004 WWW    TX00 INFO ACCESSED BY LEND 810612 BY acarver           021004
_ 021204 SYSTEM B053 FUNDS DISBURSED LTR - MPN                        E021204


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 021204 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                     E021204
_ 021204 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                        E021204
_ 021204 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                    E021204
_ 021304 US    GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    021304
_ 021304 US    GE00 002441   F EFF 081803-000000 AGD 083005 CD 020604 021304
_ 021804 CH    C012 SEPARATION DATE CHANGE                            021804
_ 021804 CH    C012 SEPARATION DATE CHANGE                            021804
_ 021804 CH    GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE         021804
_ 021804 CH    GE00 002441   F EFF 081803-051404 AGD 051405 CD 013004 021804
_ 021804 CH    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR  021804
_ 031004 LSMB82 GH81 PRIVACY POLICY INVOKED                           031004
_ 031004 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                  031104
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 031004 SYSTEM H606 CASHBACK ELIGIBILITY: REBATE                E031104
_ 040104 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL         E040204
_ 042204 US    C096 GUARANTOR LOAN ID CHANGED                    042204
_ 042204 US    C096 GUARANTOR LOAN ID CHANGED                    042204
_ 042204 US    C096 GUARANTOR LOAN ID CHANGED                    042204
_ 042204 US    C096 GUARANTOR LOAN ID CHANGED                    042204
_ 052604 US    GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT 052604
_ 052604 US    GE00 002441   F EFF 081803-000000 AGD 051405 CD 031704 052604
_ 053104 294181 CJ00 SLMA PURCH DT CHANGED                       053104
                 FROM 0001-01-01 TO 2001-07-24   FOR LOAN NO: 01
_ 053104 294181 CJ00 SLMA PURCH DT CHANGED                       053104
                 FROM 0001-01-01 TO 2002-02-15   FOR LOAN NO: 02


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                   UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                          PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_  053104 294181 CJ00 SLMA PURCH DT CHANGED                            053104
                      FROM 0001-01-01 TO 2003-12-15   FOR LOAN NO: 03
_  053104 294181 CJ00 SLMA PURCH DT CHANGED                            053104
                      FROM 0001-01-01 TO 2003-12-15   FOR LOAN NO: 05
_  053104 294181 CJ00 SLMA PURCH DT CHANGED                            053104
                      FROM 0001-01-01 TO 2003-12-15   FOR LOAN NO: 08
_  061104 T083CD GH81 PRIVACY POLICY INVOKED                           061104
_  061104 Y83C-2 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC 061104
_  061104 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE                  061104
_  061104 Y83C-2 GB00 APPL STATUS: ADIS 06/11/04                       061104
_  061104 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40      061104
_  061104 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45      061104


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                          PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_  061104 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60      061104
_  061104 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05      061104
_  061104 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT   061104
_  061104 SYSTEM B047 LOAN APPROVED                                   E061104
_  061404 LFCDS0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED       061404
_  061404 LFCDS0 G199 BORROWER/STUDENT SSN HAS BEEN VERIFIED           061404
_  061404 LFCDS0 G242 BORROWER AUTHENTICATION VERIFIED                 061404
```

```
_ 061404 LFCDS0 GB00 LN14/BTO RQSTD PRE APPVL/ADVSD OF WEB ADDY/B WILL   061404
                    APPLY ONLINE/ADVSD OF ISTRUCTIONS/ADVSD COB IF
                    NEEDED CAN APPLY ONLINE AS WELL
_ 061504 XP ONL C005 BORROWER PRIM PHONE NUM CHANGED                     061504
_ 061504 XP ONL C006 ADDRESS CHANGE                                      061504


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ****************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 061504 XP ONL C142 BORROWER BIRTH DATE CHANGED                     061504
_ 061504 XP ONL C150 BORROWER E-MAIL ADDRESS CHANGED                 061504
_ 061504 XP ONL C314 REQUESTED AMOUNT OF LOAN CHANGED                061504
_ 061504 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40     061504
_ 061504 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15     061504
_ 061504 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 45     061504
_ 061504 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 10     061504
_ 061504 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 15     061504
_ 061504 LWEB   4AXS SIG STDNT APP/PRM VWD L!                        061504
_ 061504 XP ONL GB00 BORROWER E-SIGNATURE ADDED ON THE WEB           061504
_ 061504 LWEB   XSAP USER LETTER NOT FOUND                           061504
_ 061504 LWEB   XSAP USER LETTER NOT FOUND                           061504


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____

   DATE  SOURCE                    MESSAGE                  PST/RESOLVE
  032723 E18565 _____ _____ CONT _
 _ 061504 XP ONL GB00 Borrower printed at Personal PC                   061504
 _ 061604 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    061604
 _ 061604 US     GE00 002441   F EFF 081803-000000 AGD 080604 CD 061004 061604
 _ 061604 LFFSA0 C006 ADDRESS CHANGE                                    061604
 _ 061604 SYSTEM K159 EMAIL PERMISSION REQUEST LETTER                  E061604
 _ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40       061704
 _ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15       061704
 _ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60       061704
 _ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 15       061704
 _ 061704 LTKRC0 GB00 APPL STATUS: AINP 06/15/04                        061704
 _ 061704 LTKRC0 B401 PRIV LN - APP DENIAL WITH C/B OPTION              061704


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                  PST/RESOLVE
  032723 E18565 _____ _____ CONT _
 _ 061704 LTKRC0 GB00 XS/LN15/(BORR) DENIED PER REASONS:(UNPAID         061704
                      CHARGE-OFF, TAX LIEN OR JUDGEMENT,CREDIT RATING
```

```
                        IS BELOW THE MINIMUM)
_ 061704 LTKRC0 B017 TO B: APP NOT PROC-VARIOUS REASONS              061704
_ 061704 LTKRC0 MX69 APPLICATION - E-SIGN XS SIGNATURE LOAN          061704
_ 061704 LTKRC0 GB00 LN#15 ORIG XS ESIGN/500500SALLIEMAE/002441 UNIV 061704
                        SOUTHERN MISSISSIPPI/ 2 DISB IAO 5500/ NEED CIS
                        DOCS AND A CRDT WRTHY CO-B//
_ 061704 LTKRC0 GB00 BORRS CRDT PREV PLLD EFX 06/15/04 ELIG W/CO-B// 061704
_ 061704 LTKRC0 GB00 ******ATEL***** BORR FOR CIS DOCS AND A CO-B/// 061704
_ 061704 LTKRC0 GB00 THEN ONCE RCVD NEED SCHL CERT//                 061704
_ 061704 LTKRC0 GH06 ACCOUNT REVIEWED                                061704


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                        UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40     061704
_ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 20     061704
_ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60     061704
_ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 15     061704
_ 061704 LTKRC0 GB00 APPL STATUS: ATEL 06/17/04                      061704
_ 061704 SYSTEM B053 FUNDS DISBURSED LTR - MPN                       061704
_ 061704 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                    061704
_ 061704 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                       061704
_ 061704 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                   061704
_ 061704 SYSTEM E107 SCHOOL EXIT REMINDER - STAFFORD - TPS           061704
_ 061804 SYSTEM K520 HICA ANNUAL CB DEBT LEVEL STMT                  061804
_ 070104 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL             070204
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____   CONT _
_ 071004 SYSTEM P144 ANNUAL INTRM UNSUB INT W/USA ED PRIV POL      071004
_ 071004 SYSTEM P124 ANNUAL INTERIM UNSUB INTEREST STMT            071004
_ 072204 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT 072204
_ 072204 US     GE00 002441   F EFF 081803-000000 AGD 051405 CD 061404 072204
_ 080504 LPJKC0 GR26 SEP DATE CHANGED/ALIGNED PER THE DAPS REPORT  081804
_ 081104 IVRFL3 TK04 BTO, REQUESTED ACCOUNT INFORMATION           081104
_ 081204 LTANR1 GB00 B CNTCTD VIA SNDBTE TO ADV A COB IS NEEDED/B  081204
                     ADV WLL BE REAPPLYNG W/A COB
_ 081804 LPJKC0 C012 SEPARATION DATE CHANGE                       081804
_ 081804 LPJKC0 C012 SEPARATION DATE CHANGE                       081804
_ 081904 LTANR1 B512 C/B: SIG CO-BORR ADDNDM ENCLSD AS REQSTD     081904
_ 081904 LTANR1 B339 WISCONSIN STATE NOTICE TO C/B                081904


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                       UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                       PST/RESOLVE
   032723 E18565 _____ _____   CONT _
 _ 081904 LTANR1 GB00 B CNTCTD VIA SOUNDBITE TO ADVISE A COB IS NDD/B AD  081904
                      VISED WL BE REAPPLYG W/A COB AND NEED A COB APP
                      MLD TO THM//MLD APP TO B
 _ 083104 CH     C012 SEPARATION DATE CHANGE                          083104
 _ 083104 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE       083104
 _ 083104 CH     GE00 002441   F EFF 081803-080604 AGD 080605 CD 081304  083104
 _ 083104 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR 083104
 _ 091004 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                 091104
 _ 091004 SYSTEM H606 CASHBACK ELIGIBILITY: REBATE                   E091104
 _ 091104 LSMB82 GH81 PRIVACY POLICY INVOKED                          091104
 _ 091504 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT  091504
 _ 091504 US     GE00 002441   F EFF 081803-000000 AGD 080605 CD 081304  091504


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                       UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                       PST/RESOLVE
   032723 E18565 _____ _____   CONT _
 _ 091704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40    091704
 _ 091704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 30    091704
 _ 091704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60    091704
 _ 091704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 15    091704
 _ 091704 LFMBM0 GB00 APPL STATUS: ATRM 09/17/04                     091704
 _ 091704 LFMBM0 GB00 ACCOUNT ATRMD PER NO ACTIVITY                  091704
 _ 092804 Y83S-2 GB00 APPL STATUS: ASGU 09/28/04 83S TRANSACTION     092804
```

```
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 01        092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15        092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60        092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05        092804
_ 092804 Y83S-2 GB00 83S SCHOOL REQUESTS RELEASE OF FUNDS - ELECTRONIC  092804


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 092804 Y83S-2 GB00 83S ASGU LOAN LINKED TO GUARANTOR                  092804
_ 092804 Y83S-2 GB00 APPL STATUS: ASGU 09/28/04 83S TRANSACTION         092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 01        092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15        092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60        092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05        092804
_ 092804 Y83S-2 GB00 83S SCHOOL REQUESTS RELEASE OF FUNDS - ELECTRONIC  092804
_ 092804 Y83S-2 GB00 83S ASGU LOAN LINKED TO GUARANTOR                  092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 05        092804
_ 092804 T083CD GH81 PRIVACY POLICY INVOKED                             092804
_ 092804 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE                    092804
_ 092804 Y83C-2 GB00 APPL STATUS: ADIS 09/28/04                         092804


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 092804 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED             092804
_ 092804 Y83C-2 C188 REVISED DISBURSEMENT DATE CHANGED               092804
_ 092804 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED             092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 05     092804
_ 092804 T083CD GH81 PRIVACY POLICY INVOKED                          092804
_ 092804 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE                 092804
_ 092804 Y83C-2 GB00 APPL STATUS: ADIS 09/28/04                      092804
_ 092804 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED             092804
_ 092804 Y83C-2 C188 REVISED DISBURSEMENT DATE CHANGED               092804
_ 092804 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED             092804
_ 092804 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT  092804
_ 092804 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT  092804


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 092804 SYSTEM B047 LOAN APPROVED                                   092804
_ 092804 SYSTEM B047 LOAN APPROVED                                   092804
```

```
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05          092904
_ 093004 SYSTEM B053 FUNDS DISBURSED LTR - MPN                            093004
_ 093004 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                         093004


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 093004 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                            093004
_ 093004 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                        093004
_ 100104 LFBRM1 GH06 ACCOUNT REVIEWED                                     100104
_ 100104 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL                  100204
_ 100504 CH     C012 SEPARATION DATE CHANGE                               100504
_ 100504 CH     C012 SEPARATION DATE CHANGE                               100504
_ 100504 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE            100504
_ 100504 CH     GE00 002441   H EFF 080704-121704 AGD 121705 CD 092204    100504
_ 100504 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR     100504
_ 100704 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT       100704
_ 100704 US     GE00 002441   F EFF 081803-000000 AGD 121704 CD 092704    100704
_ 111704 CH     GE71 STATUS REPORT-BYPASS-MATCH DATA                      111704
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____  CONT _
 _ 111704 CH     GE00 002441   H EFF 080704-121704 AGD 121705 CD 110104   111704
 _ 111704 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR    111704
 _ 010205 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL                 010205
 _ 012605 CH     C012 SEPARATION DATE CHANGE                              012605
 _ 012605 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE           012605
 _ 012605 CH     GE00 002441   W EFF 110804 CD 122104                     012605
 _ 012605 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR    012605
 _ 020405 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                     020405
 _ 020405 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                     020405
 _ 020405 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                     020405
 _ 020405 SYSTEM C144 BENEFIT DATA CHANGED                                020405
 _ 020405 SYSTEM H606 CASHBACK ELIGIBILITY: REBATE                       E020405


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                  MESSAGE                          PST/RESOLVE
  032723 E18565 _____ _____   CONT _
_ 020405 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                020405
_ 020505 LSMB82 GH81 PRIVACY POLICY INVOKED                         020505
_ 022305 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR  022305
_ 032405 SYSTEM H411 DISCL/PMT SCHED OPTNS: GS/SL/PL-SLMA           032505
_ 032405 SYSTEM H050 PAYMENT SCHEDULE AND R&R                       032505
_ 032405 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY       E032505
_ 032405 SYSTEM H290 SIGNATURE PMT SCHD CVR LTR/OPTIONS - MO        032505
_ 032405 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO              032505
_ 032405 SYSTEM H293 SIGNATURE CO-BORR RO CVR LTR - MO              032505
_ 032405 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO              032505
_ 032405 SYSTEM H290 SIGNATURE PMT SCHD CVR LTR/OPTIONS - MO        032505
_ 032405 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO              032505


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER   **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                  MESSAGE                          PST/RESOLVE
  032723 E18565 _____ _____   CONT _
_ 032405 SYSTEM H293 SIGNATURE CO-BORR RO CVR LTR - MO              032505
_ 032405 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO              032505
_ 040105 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL            040205
_ 042405 SYSTEM H274 SIGNATURE RPMT OPTIONS REMINDER               E042405
_ 042405 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY       E042405
_ 051805 SYSTEM P099 MONTHLY BILL: SLM                             E051805
_ 061305 Y83S-2 GB00 APPL STATUS: ASGU 06/13/05 83S TRANSACTION     061305
```

```
_ 061305 Y83S-2 C006 ADDRESS CHANGE                                   061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 01      061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15      061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60      061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05      061305


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 061305 Y83S-2 GB00 83S SCHOOL REQUESTS RELEASE OF FUNDS - ELECTRONIC 061305
_ 061305 Y83S-2 GB00 83S ASGU LOAN LINKED TO GUARANTOR                061305
_ 061305 Y83S-2 GB00 APPL STATUS: ASGU 06/13/05 83S TRANSACTION       061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 01      061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15      061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60      061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05      061305
_ 061305 Y83S-2 GB00 83S SCHOOL REQUESTS RELEASE OF FUNDS - ELECTRONIC 061305
_ 061305 Y83S-2 GB00 83S ASGU LOAN LINKED TO GUARANTOR                061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 05      061305
_ 061305 T083CA GH81 PRIVACY POLICY INVOKED                          061305
_ 061305 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE                 061305


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 061305 Y83C-2 GB00 APPL STATUS: ADIS 06/13/05                 061305
 _ 061305 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED        061305
 _ 061305 Y83C-2 C188 REVISED DISBURSEMENT DATE CHANGED          061305
 _ 061305 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED        061305
 _ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 05 061305
 _ 061305 T083CD GH81 PRIVACY POLICY INVOKED                     061305
 _ 061305 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE            061305
 _ 061305 Y83C-2 GB00 APPL STATUS: ADIS 06/13/05                 061305
 _ 061305 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED        061305
 _ 061305 Y83C-2 C188 REVISED DISBURSEMENT DATE CHANGED          061305
 _ 061305 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED        061305
 _ 061305 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT  061305


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 061305 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT  061305
 _ 061305 SYSTEM B047 LOAN APPROVED                              061305
```

```
_ 061305 SYSTEM B047 LOAN APPROVED                              061305
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40   061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45   061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60   061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05   061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40   061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45   061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60   061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05   061405
_ 061605 SYSTEM K520 HICA ANNUAL CB DEBT LEVEL STMT            061605


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 061605 SYSTEM B053 FUNDS DISBURSED LTR - MPN                 061605
_ 061605 SYSTEM B049 GENERIC DISCLOSURE STATEMENT             061605
_ 061605 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE               061605
_ 061605 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART            061605
_ 061605 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE          061705
_ 061605 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE          061705
_ 061605 SYSTEM E107 SCHOOL EXIT REMINDER - STAFFORD - TPS     061705
_ 061905 SYSTEM P099 MONTHLY BILL: SLM                       E061905
_ 061905 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   061905
                COS CALLS ADJ
_ 062005 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE          062105
_ 062005 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE          062105
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                       UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____  CONT _
_ 062005 LPKAB0 GR29 PER DAPS REPORT NO ADJUSTMENT NEEDED, SAME AS SYS  062305
_ 062105 SYSTEM P012 TO BORR: REC'D REFUND FROM SCHL - SYSTEM          E062105
_ 062105 SYSTEM P012 TO BORR: REC'D REFUND FROM SCHL - SYSTEM          E062105
_ 062305 LFJHG0 GB35 NOTIFIED GUARANTOR OF CANCELLATION               062305
_ 062405 LFJHG0 GB35 NOTIFIED GUARANTOR OF CANCELLATION               062405
_ 062705 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                   062805
_ 062705 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE             062805
_ 070105 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                  070105
_ 070105 SYSTEM C144 BENEFIT DATA CHANGED                             070105
_ 070105 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                  070105
_ 070105 SYSTEM C144 BENEFIT DATA CHANGED                             070105
_ 070705 SYSTEM K306 SLM PRIVACY POLICY NOTIFICATION                  070705


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                    UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 070805 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 050708 1739 RN    070905
_ 071205 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 050712 1512 RN    071305
_ 071405 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                      071505
_ 071405 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE                071505
_ 071505 UGNXT0 GG00 FORB RQSTD: 03 MONTHS      CLM AVRSN -LTR SENT      071505
_ 071505 UGNXT0 F303 FFELP/PRIVATE FORB FORM: CLAIMS AVERSION           E071505
_ 071505 UGNXT0 GG00 FORB RQSTD: 03 MONTHS      CLM AVRSN -LTR SENT      071505
_ 071505 UGNXT0 F303 FFELP/PRIVATE FORB FORM: CLAIMS AVERSION           E071505
_ 071505 UGNXT0 P200 AUTO DEBIT OFFER W/ AUTHORIZATION FORM             E071505
_ 071505 UGNXT0 GG00 FORB RQSTD: 051805 - 111705 CLM AVRSN -LTR SENT     071505
_ 071505 UGNXT0 F003 HEAL & PRIVATE FORBEARANCE FORM (6 MTH)            E071505
_ 071505 UGNXT0 GG00 FORB RQSTD: 051805 - 111705 CLM AVRSN -LTR SENT     071505


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                         OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 071505 UGNXT0 F003 HEAL & PRIVATE FORBEARANCE FORM (6 MTH)            E071505
_ 071505 UGNXT0 F003 HEAL & PRIVATE FORBEARANCE FORM (6 MTH)            E071505
_ 071505 UGNXT0 GG00 FORB RQSTD: 051805 - 111705 CLM AVRSN -LTR SENT     071505
_ 071505 UGNXT0 F003 HEAL & PRIVATE FORBEARANCE FORM (6 MTH)            E071505
_ 071505 UGNXT0 C028 ALT PHONE CHANGE                                    071505
_ 071505 UGNXT0 MT12 ACCOUNT SENT TO SKIP TRACING                        071505
_ 071505 UGNXT0 C005 BORROWER PRIM PHONE NUM CHANGED                     071505
```

```
_ 071505 UGNXT0 GC04 PHONED BORROWER AT NUMBER, DISCONNECTED        A071505
_ 071605 SYSTEM GC24 DIR ASSIST ATTEMPT MADE VIA EWP, NO MATCH FOUND  071605
_ 071705 SYSTEM S005 SKIP LETTER TO ENDORSER/COSIGNER                 071705
_ 071705 SYSTEM GS00 S005 SENT TO ROY          BENSON                 071705
_ 071705 SYSTEM S004 SKIP LETTER TO REFERENCE                         071705


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE               PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 071705 SYSTEM GS00 S004 SENT TO GEROME        LEFLORE              071705
_ 071705 SYSTEM S000 PLEASE CALL LETTER                             071705
_ 071705 SYSTEM GS00 S000 SENT TO JAMERIAL    Q BENSON              071705
_ 071705 SYSTEM S004 SKIP LETTER TO REFERENCE                       071705
_ 071705 SYSTEM GS00 S004 SENT TO ROY          BENSON               071705
_ 071705 SYSTEM S004 SKIP LETTER TO REFERENCE                       071705
_ 071705 SYSTEM GS00 S004 SENT TO JAMERIAL    Q BENSON              071705
_ 071705 SYSTEM S004 SKIP LETTER TO REFERENCE                       071705
_ 071705 SYSTEM GS00 S004 SENT TO THELMA        WHEELER             071705
_ 071705 SYSTEM S004 SKIP LETTER TO REFERENCE                       071705
_ 071705 SYSTEM GS00 S004 SENT TO JAMERIAL    Q BENSON              071705
_ 071805 SYSTEM P099 MONTHLY BILL: SLM                             E071905


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 072205 US    C096 GUARANTOR LOAN ID CHANGED                        072205
_ 072205 UGLXS0 C101 AUXILIARY PHONE NUMBER CHANGE                   072205
_ 072205 UGLXS0 GS00 SKIP: PHONED REF, INVALID #; NO LISTING DIR ASSIST 072205
                     FROM CALLER  I D
_ 072205 UGLXS0 GS00 SKIP: PHONED REFERENCE, NO ANSWER              072205
                     LEONARD     B FUNCHESS
_ 072205 UGLXS0 GC24 DIR ASSIST ATTEMPT MADE VIA EWP, NO MATCH FOUND  072205
_ 072205 UGLXS0 GK00 ACCT WRKD                                      072205
_ 072205 US    C096 GUARANTOR LOAN ID CHANGED                        072205
_ 072205 US    C096 GUARANTOR LOAN ID CHANGED                        072205
_ 072205 US    C096 GUARANTOR LOAN ID CHANGED                        072205
_ 072405 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE                 072405


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 072405 SYSTEM D055 PRIV/FFELP COSIGNER 3RD DEL'Q NOTICE           072405
_ 072605 IVRTX3 TK04 BTO, REQUESTED ACCOUNT INFORMATION            072605
```

```
_ 072605 UGTAL1 C005 BORROWER PRIM PHONE NUM CHANGED               072605
_ 072605 UGTAL1 C008 PARTIAL ADDRESS CHANGE                       072605
_ 072605 UGTAL1 MT11 ACCOUNT REMOVED FROM SKIP                    072605
_ 072605 UGTAL1 C006 ADDRESS CHANGE                               072605
_ 072605 UGTAL1 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY      C072605
_ 072605 UGTAL1 TK00 bpo adv in sch adv br sch notyf slma         072605
_ 072605 UGTAL1 TK00 on1/25/05tht br lft /undr pt in11/04         072605
_ 072605 UGTAL1 TK00 Borrower phone contact re: Demo Verify,      072605
                     Due Diligence
_ 072805 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 050728 1715 RN   072905
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******

NAME  JAMERIAL Q BENSON                          OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

                    UNITY CD _____   _____

```
  DATE  SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 080205 SYSTEM GD00 CALL ATTEMPTS 1) 050802 1427 RN              080305
_ 080305 SYSTEM GD00 CALL ATTEMPTS 1) 050803 1029 RN              080405
_ 080305 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE              080405
_ 080305 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE        080405
_ 080405 SYSTEM GD00 CALL ATTEMPTS 1) 050804 1935 RN              080505
_ 080405 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 050804 1658 RN   080505
_ 080805 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 050808 1828 RA   080905
_ 080805 LPTMK0 MDOC MDOC ADDR=PA1F0515784193 LTR CD=ME05         080905
_ 080805 LBAXK7 ME00 REC EVR; CONFLICTING INFO; RRTD             081605
_ 080805 LPCLN0 ME00 RCVD ME05;2441;CD 080505;B GRD DT 12/2005 NAT   081705
_ 080805 LPCLN0 ME00 ...SNT FOR SCHL CALL B 61 DAYS DLQ          081705
_ 081405 SYSTEM D075 PRIVATE/FFELP 5TH DEL'Q NOTICE              081405
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 081405 SYSTEM D057 PRIV/FFELP COSIGNER 5TH DEL'Q NOTICE            081405
_ 081505 SYSTEM GD00 CALL ATTEMPTS 1) 050815 1309 RN                 081605
_ 081505 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 050815 1735 RA 081605
_ 081605 SYSTEM GL00  60 DAY PCA GENERATED FOR US -  60 DAYS DIMP    081705
                   FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17
_ 081605 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 050816 1321 RA 081805
_ 081705 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)               081705
                   01,02
_ 081705 UGKXK3 GD60 BORR CONTACT, VAP, ADVISED DELINQUENCY         C081705
_ 081705 LFWJC0 MDOC MDOC ADDR=FL1S0518586932 LTR CD=MC47            082305
_ 081705 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 050817 1418 RA 082005
_ 081805 SYSTEM GL00 44000018-NO LOAN MATCH                         081805
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                   UNITY CD _____  _____
  DATE   SOURCE                    MESSAGE                         PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 081805 SYSTEM GL00 PCA REJECTED :...3.................            081805
                                                                          159
_ 081805 SYSTEM GL00 PCA STATUS CHANGED TO ACCEPT :....5..8901234.67... 081805
_ 081805 UGLLH1 TD00 B PHDNIN ADVSD ENRLLMNT DSNT SPCFY FT OR PT HE WLL 081805
_ 081805 UGLLH1 TD00 HV IT RFXD                                     081805
_ 081805 UGLLH1 TK42 BTO, VAP (HOME PHONE ONLY, NO WORK PHONE)      C081805
_ 081805 SYSTEM P099 MONTHLY BILL: SLM                             E081905
_ 081905 UGCAB0 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY         A081905
_ 081905 SYSTEM GD00 FOR AUX 01 BENSON, ROY                        081905
_ 082005 SYSTEM GS00 REMOVED ENTITY #11 DUPLICATE OF ENTITY #08    082005
_ 082205 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 050822 0949 RA  082405
_ 082305 SYSTEM GD00 CALL ATTEMPTS 1) 050823 1738 RN              082505


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  12345678901234567890
                   UNITY CD _____  _____
  DATE   SOURCE                    MESSAGE                         PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 082305 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 050823 1326 RA  082505
_ 082405 UGJWJ0 GD14 TELEPHONED COSIGNER-NO ANSWER                082405
_ 082405 SYSTEM GD00 CALL ATTEMPTS 1) 050824 1315 RN              082505
_ 082505 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 050825 1035 RN  082605
_ 082505 SYSTEM GD00 CALL ATTEMPTS 1) 050825 1540 RN              082705
_ 082605 SYSTEM GD00 CALL ATTEMPTS 1) 050826 1327 RN              083005
_ 082705 SYSTEM GD00 CALL ATTEMPTS 1) 050827 1044 RN              082805
```

```
_ 082705 SYSTEM GD00 CALL COS 01- ROY BENSON          1) 050827 1131 RA     082805
_ 082805 SYSTEM D076 PRIVATE/FFELP 6TH DEL'Q NOTICE                         082805
_ 082805 SYSTEM D058 PRIV/FFELP COSIGNER 6TH DEL'Q NOTICE                   082805
_ 082905 SYSTEM GD00 CALL COS 01- ROY BENSON          1) 050829 1457 RA     083005
_ 083005 SYSTEM GD00 CALL COS 01- ROY BENSON          1) 050830 0934 RA     083105
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                        MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____   CONT _
_ 083005 SYSTEM GD00 CALL ATTEMPTS 1) 050830 1933 RA                083105
_ 083105 UVAZB2 GD00 UNABLE TO REACH DUE TO HURRICANE               083105
_ 090105 SYSTEM GS00 CREDIT B RPT - MSC=78 DTE OCC=061705 SPL CMT=  090105
_ 090105 SYSTEM GS00 CREDIT B RPT - MSC=78 DTE OCC=061705 SPL CMT=  090105
_ 090605 UVTXW8 GD06 PHONED BORROWER, NO ANSWER - NOON              A090605
_ 090705 SYSTEM GD00 CALL COS 01- ROY BENSON          1) 050907 1017 RN   090805
_ 090905 SYSTEM GD00 CALL COS 01- ROY BENSON          1) 050909 0859 RA   091005
_ 090905 SYSTEM GD00 CALL ATTEMPTS 1) 050909 0912 RV               091005
_ 091005 UVJXM3 GD05 PH BORROWER, NO ANSWER                         A091005
_ 091105 SYSTEM GL00  85 DAY PCA GENERATED FOR HA -  86 DAYS DIMP   091105
                  FOR LOAN(S) 01,02
_ 091105 SYSTEM F060 ADMIN FORB: DISASTER                           E091105
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                  OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 091205 LPMAE1 GL00 RCVD ACCEPTED PCA REPORT FROM GUAR HA FOR LOAN 01   091205
_ 091205 LPMAE1 GL00 RCVD ACCEPTED PCA REPORT FROM GUAR HA FOR LOAN 02   091205
_ 091205 SYSTEM GK00 DELQ DAYS REDUCED FROM 086 TO 000 FOR LOAN(S) 01,0  091305
                     2,03,05,08,09,10,11,12,13,14,16,17
_ 091205 SYSTEM GL00 PCA CURED AT  84 DAYS FOR HA -   0 DAYS DIMP        091305
                     FOR LOAN(S) 01,02
_ 091205 SYSTEM GL00 PCA CURED AT  30 DAYS FOR US -   0 DAYS DIMP        091305
                     FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17
_ 091305 SYSTEM GK00 CANCEL REASON CD: FB WITH AGENCY WCC    FOR LOANS   091305
                      01,02
_ 092705 LPDNS0 ME36 RCVD ACCOUNT FOR SPECIALIZED RESEARCH              092705
_ 092705 LPDNS0 ME00 RCVD SCHLC (399775) FORD ON SYS / NAN / CMPLTE     092705

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                  OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 111705 LPADM0 GH00 PRCSD FORA FRM 051805 TO 082805                    111705
_ 111705 LPADM0 GH00 PRCSD FORA FRM 051805 TO 082805                    111705
```

```
_ 111805 SYSTEM P099 MONTHLY BILL: SLM                          E111905
_ 112205 565654 GH00 FORD END DATE EXTENDED TO 02-28-06         112205
_ 112205 SYSTEM F362 ADMIN FORB:  DISASTER - KATRINA/RITA       E112205
_ 112605 SYSTEM F362 ADMIN FORB:  DISASTER - KATRINA/RITA       E112605
_ 112705 SYSTEM H292 SIGNATURE UPDATED PMT SCHD - MO            112705
_ 112705 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO          112705
_ 112705 SYSTEM H292 SIGNATURE UPDATED PMT SCHD - MO            112705
_ 112705 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO          112705
_ 120205 SYSTEM P120 QRTLY FORB STMT - SLM                      120305
_ 121805 SYSTEM P099 MONTHLY BILL: SLM                          E121805


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____    _____
  DATE  SOURCE                    MESSAGE                     PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 121805 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  121805
                     COS CALLS ADJ
_ 121905 SYSTEM P099 MONTHLY BILL: SLM                          E121905
_ 122705 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE            122805
_ 122705 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE      122805
_ 010706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060107 0922 RV  010806
_ 011106 SYSTEM GD00 CALL ATTEMPTS 1) 060111 2047 RN           011206
_ 011306 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE            011406
_ 011306 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE      011406
_ 011806 SYSTEM P099 MONTHLY BILL: SLM                          E011906
_ 011906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060119 1749 RV  012006
_ 012306 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE            012406
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____   CONT _
_ 012306 SYSTEM D055 PRIV/FFELP COSIGNER 3RD DEL'Q NOTICE          012406
_ 012406 SYSTEM GD00 CALL ATTEMPTS 1) 060124 1552 RN              012506
_ 012706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060127 1346 RN  012806
_ 013106 SYSTEM GS00 CREDIT B RPT - MSC=71 FCRA DT=12172005 SPL CMT=  020306
                    FOR LOAN(S) 01,02
_ 020106 IVRFL2 TK04 BTO, REQUESTED ACCOUNT INFORMATION            020106
_ 020106 SYSTEM GD00 CALL ATTEMPTS 1) 060201 1658 RN              020206
_ 020106 SYSTEM GD00 CALL ATTEMPTS 1) 060201 1906 RA              020206
_ 020106 SYSTEM GD00 CALL ATTEMPTS 1) 060201 1804 RN              020206
_ 020106 SYSTEM GD00 CALL ATTEMPTS 1) 060201 1918 RV              020206
_ 020106 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060201 2006 RV  020206
_ 020206 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE               020306


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                         PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  020206 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE                020306
_  020306 SYSTEM GD00 CALL ATTEMPTS 1) 060203 1015 RN                     020406
_  020306 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060203 1346 RN    020406
_  020306 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060203 1549 RV    020406
_  020306 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060203 1447 RN    020406
_  020706 UGAAA0 GD00 CLLD COS ( ROY BENSON )                            020706
_  020706 UGAAA0 GD00 ADVSD COS DLQCY LT FEES AND NXT PYMT DUE           020706
_  020706 UGAAA0 GD00 COS ADVSD B TLD HM THT H IS STLL IN SCHL AND SPK W  020706
                      SLMA ABT IT AND IS DFRD/ ADVSD COS WLL ND IN SCHL
                      SERT FRM SHCL ADVSD HVNT RCVD THT INFO
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                         PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  020706 UGAAA0 GD00 GV COS FX# T HV SCHLL FX INFO T / COS ADVSD WLL CL  020706
                      L B T SEE WHY SET WSNT SNT/ ADVSD WLL HV B SND OR
                      SCHL SND ASAP
_  020706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060207 1402 RN    020806
_  020706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060207 1506 RN    020806
_  020906 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060209 1053 RN    021006
_  020906 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060209 0927 RN    021006
```

```
_ 021206 SYSTEM D075 PRIVATE/FFELP 5TH DEL'Q NOTICE                   021206
_ 021206 SYSTEM D057 PRIV/FFELP COSIGNER 5TH DEL'Q NOTICE             021206
_ 021306 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060213 1004 RN  021406
_ 021306 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060213 0902 RN  021406
_ 021406 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060214 1811 RV  021506


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 021406 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060214 1431 RN  021506
_ 021406 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060214 1538 RN  021506
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060215 1137 RN  021606
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060215 0928 RN  021606
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060215 1030 RN  021606
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060215 1240 RN  021606
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060215 1347 RN  021606
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060215 1557 RA  021606
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060215 1454 RN  021606
_ 021606 SYSTEM GK00 PLACED WITH AGENCY WCC   LOAN(S)                 021606
                     01,02
_ 021706 UGKXK3 MT12 ACCOUNT SENT TO SKIP TRACING                     021706


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 021706 UGKXK3 C005 BORROWER PRIM PHONE NUM CHANGED              021706
 _ 021706 UGKXK3 GG00 FORB RQSTD: 112705 - 051706 CLM AVRSN -LTR SENT  021706
 _ 021706 UGKXK3 F003 HEAL & PRIVATE FORBEARANCE FORM (6 MTH)     E021706
 _ 021706 UGKXK3 GC04 PHONED BORROWER AT NUMBER, DISCONNECTED     A021706
 _ 021706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060217 1153 RN   021806
 _ 021706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060217 1257 RN   021806
 _ 021706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060217 1400 RN   021806
 _ 021706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060217 1510 RN   021806
 _ 021706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060217 1048 RN   021806
 _ 021706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060217 0941 RN   021806
 _ 021706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060217 0946 RN   021806
 _ 021706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060217 1614 RN   021806


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 021806 SYSTEM GC24 DIR ASSIST ATTEMPT MADE VIA EWP, NO MATCH FOUND  021806
 _ 021806 UGMLS1 GD86 PHONED COSIGNER, VAP; ADVISED OF DELINQUENCY     021806
```

```
_ 021906 SYSTEM P099 MONTHLY BILL: SLM                          E021906
_ 021906 SYSTEM S005 SKIP LETTER TO ENDORSER/COSIGNER           021906
_ 021906 SYSTEM GS00 S005 SENT TO ROY          BENSON           021906
_ 021906 SYSTEM S004 SKIP LETTER TO REFERENCE                   021906
_ 021906 SYSTEM GS00 S004 SENT TO GEROME       LEFLORE          021906
_ 021906 SYSTEM S000 PLEASE CALL LETTER                         021906
_ 021906 SYSTEM GS00 S000 SENT TO JAMERIAL   Q BENSON           021906
_ 021906 SYSTEM S004 SKIP LETTER TO REFERENCE                   021906
_ 021906 SYSTEM GS00 S004 SENT TO ROY          BENSON           021906
_ 021906 SYSTEM S004 SKIP LETTER TO REFERENCE                   021906


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 021906 SYSTEM GS00 S004 SENT TO JAMERIAL    Q BENSON           021906
_ 021906 SYSTEM S004 SKIP LETTER TO REFERENCE                    021906
_ 021906 SYSTEM GS00 S004 SENT TO THELMA         WHEELER         021906
_ 022006 UGMAG3 GD86 PHONED COSIGNER, VAP; ADVISED OF DELINQUENCY 022006
_ 022006 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060220 1559 RN  022106
_ 022006 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060220 1450 RN  022106
_ 022106 UGMXB8 C005 BORROWER PRIM PHONE NUM CHANGED             022106
_ 022106 UGMXB8 MT11 ACCOUNT REMOVED FROM SKIP                   022106
_ 022106 UGMXB8 C028 ALT PHONE CHANGE                            022106
_ 022106 UGMXB8 TD00 BTO ADV DDNT KNW WS RSPNSBL FR MKNG PYMTS BC ENRLL 022106
                     INSCHL BT NT ATTNDNG ADV THT STLL SHLD BE MKNG PYM
                     B ASKD ABT GRCE PRD ADV USD IN 11/04 B SD DDNT TK
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                  MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
 _ 022106 UGMXB8 TD00 -CONT- BRK FRM SCHL ADV WLL CNTCT SCHL IN MRNG AND  022106
                    CLL BCK TO INFRM TH INFO THE SCHL GV
 _ 022106 UGMXB8 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY      C022106
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060221 1144 RN    022206
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060221 1601 RA    022206
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060221 1458 RN    022206
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060221 1353 RN    022206
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060221 1248 RN    022206
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060221 1144 RN    022306
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060221 1248 RN    022306
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060221 1601 RA    022306
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060221 1458 RN    022306


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060221 1353 RN    022306
_ 022206 UGMXB8 GD00 PH B SCHL THS MRNG TO VRFY SCHL STAT FML ADV THT  022206
                     B DD WTHDRW 11/04 AND RTND BCK TO SCHL AS A HLFTME
                     STNDT UNTL 5/13/05 B RSPNSBLE FR PYMT
_ 022306 UGTCM0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A022306
_ 022306 UGHSC0 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY             022306
_ 022306 UGCAB0 GD14 TELEPHONED COSIGNER-NO ANSWER                     022306
_ 022306 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060223 1016 RN    022406
_ 022406 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060224 1439 RN    022506
_ 022406 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060224 1324 RN    022506
_ 022406 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060224 1658 RV    022506
_ 022406 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060224 1549 RN    022506


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 022606 SYSTEM D076 PRIVATE/FFELP 6TH DEL'Q NOTICE                    022606
_ 022606 SYSTEM D058 PRIV/FFELP COSIGNER 6TH DEL'Q NOTICE              022606
_ 022706 UGCZS0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A022706
_ 022706 IVRFL4 TK04 BTO, REQUESTED ACCOUNT INFORMATION                022706
_ 022706 IVRTX2 TK04 BTO, REQUESTED ACCOUNT INFORMATION                022706
_ 022706 UGHBK0 TD00 B PHND MD PYMNT OVR IVR IAO 140.00 DSN'T BRING ACC 022706
                     CURRENT MD ANTHR PYMNT IAO 75.91 WVD 7.50 ONE TIME
```

```
                    COURTESY PER SUP APRVAL CONF 1608063 LNS 01..02
_ 022706 UGHBK0 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY              C022706
_ 022706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060227 1759 RA    022806
_ 022706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060227 1246 RA    022806
_ 022706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060227 1141 RN    022806


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 022706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060227 1652 RN    022806
_ 022806 UGBXR9 GD00 PBW#, GD00                                          022806
_ 022806 UGBXR9 MK24 DISREGARD PREVIOUS ENTRY                            022806
_ 022806 UGBXR9 GD00 PBW#, NO MSSG LFT PER MLBX FULL                     022806
_ 022806 UGBXR9 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER            A022806
_ 022806 UGGCC0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE    A022806
_ 022806 UGJXJ1 GD00 COS ROY BENSON                                      022806
_ 022806 UGJXJ1 GD00 ADV COS BORR MDE PYMNTS YESTERDAY TO BRING ACCT     022806
                    UTD
_ 022806 SYSTEM GK00 DELQ DAYS REDUCED FROM 072 TO 000 FOR LOAN(S) 01,0  030106
                                                                              2
_ 022806 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060228 1122 RN    030106


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____    _____

   DATE  SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 022806 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060228 1347 RN    030106
 _ 022806 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060228 1225 RN    030106
 _ 022806 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060228 1005 RN    030106
 _ 030106 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS    030106
                      01,02
 _ 030106 SYSTEM GF12 FORD STATUS ENDED; NO DISCL DATE, REVIEW REQUIRED    030206
 _ 030206 557889 C059 DISCLOSURE DATE CHANGE                               030206
 _ 030206 SYSTEM H204 CHANGE IN TERMS LETTER - SLMA                        030306
 _ 030806 LPKAT0 GS00 MAIL RETURNED - S004                                 030806
 _ 030806 LPKAT0 GS59 SKIP: RECEIVED RETURNED REFERENCE/COSIGNER LETTER    030806
 _ 031906 SYSTEM P099 MONTHLY BILL: SLM                                   E031906


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____    _____
   DATE  SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 031906 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    031906
                      COS CALLS ADJ
```

```
_ 032706 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE              032806
_ 032706 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE        032806
_ 040706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060407 1335 RN   040806
_ 041006 UPTXO0 C005 BORROWER PRIM PHONE NUM CHANGED             041006
_ 041006 UPTXO0 GD00 B ADV AT WRK WL CL WHN RTRN HM TO TK CR OF ACCNT  041006
_ 041006 UPTXO0 GU43 PHONED BORR, VAP (WORK PHONE ONLY, NO HOME PHONE)  041006
_ 041006 UPTXO0 GO70 PHND BORR WK#, VAP; CAN'T TALK NOW, WILL CALL BACK C041006
_ 041306 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE             041406
_ 041306 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE        041406
_ 041406 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060414 1400 RA   041506


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____    _____
  DATE   SOURCE                    MESSAGE                   PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 041706 SYSTEM C158 BILL SEND FREQUENCY CHANGE                  041806
_ 041906 SYSTEM TX67 ELIGIBLE FOR ELECTRONIC BILLING            041906
_ 041906 IVRFL3 TK04 BTO, REQUESTED ACCOUNT INFORMATION         041906
_ 041906 UVJXD1 GK00 IN-BORR,VAP,ADV OF DLNQ,DISCUSSED OPTIONS  041906
_ 041906 UVJXD1 GK00 PTP $159.90 ON 04/23/06                    041906
_ 041906 SYSTEM P099 MONTHLY BILL: SLM                         E042006
_ 042206 611269 C298 REFUND AMOUNT CHANGE                       042206
_ 042206 611269 C297 RETURN AMOUNT CHANGE                       042206
_ 042206 611269 C298 REFUND AMOUNT CHANGE                       042206
_ 042206 611269 C297 RETURN AMOUNT CHANGE                       042206
_ 042306 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE             042306
_ 042306 SYSTEM D055 PRIV/FFELP COSIGNER 3RD DEL'Q NOTICE        042306
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 042706 UPLDT0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A042706
_ 042706 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060427 0933 RA    042806
_ 050106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060501 1603 RA    050206
_ 050206 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060502 2044 RV    050306
_ 050306 UGEPA0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A050306
_ 050306 UGDDS0 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY              050306
_ 050306 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                     050406
_ 050306 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE               050406
_ 050406 UGMAG3 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A050406
_ 050406 UGBYT0 GD00 PHCOS/R BENSON                                     050406
_ 050406 UGBYT0 GD14 TELEPHONED COSIGNER-NO ANSWER                      050406
_ 050506 UGJWA1 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A050506


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____   CONT _
_ 050806 UGDZH0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A050806
_ 050806 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060508 1758 RA   050906
_ 050906 UGMXG1 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A050906
_ 050906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060509 0916 RN   051006
_ 050906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060509 1017 RN   051006
_ 050906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060509 1625 RN   051006
_ 051006 UGMEF0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A051006
_ 051006 UGJBN0 GD07 PHONED BORROWER, NO ANSWER - PM              A051006
_ 051006 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060510 1619 RN   051106
_ 051106 US     GH23 GUAR STAT RPT - CHANGE - DEMOGRAPHIC        051106
_ 051106 UGMES1 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A051106
_ 051106 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060511 1424 RA   051206


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                        OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____   CONT _
_ 051106 LPTJM0 GE20 RCVD CH/GUAR DEMO RPT; ADDED ALTERNATE ADDRESS/PH   052406
_ 051206 UGBYT0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A051206
_ 051406 SYSTEM D075 PRIVATE/FFELP 5TH DEL'Q NOTICE            051406
_ 051406 SYSTEM D057 PRIV/FFELP COSIGNER 5TH DEL'Q NOTICE      051406
_ 051506 UGNSG0 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER   A051506
_ 051606 UGMFX0 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER   A051606
_ 051606 UGESC1 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY      051606
```

```
_ 051606 IVRTX1 TK04 BTO, REQUESTED ACCOUNT INFORMATION              051606
_ 051606 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060516 0908 RN  051706
_ 051606 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060516 1354 RN  051706
_ 051606 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060516 1502 RN  051706



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ _____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                 PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 051606 SYSTEM GL00  60 DAY PCA GENERATED FOR US -  60 DAYS DIMP   051706
                 FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17
_ 051706 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)             051706
                 01,02
_ 051706 UGKGA1 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A051706
_ 051706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060517 1642 RN  051806
_ 051706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060517 1540 RN  051806
_ 051706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060517 2026 RV  051806
_ 051806 UGAAA0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A051806
_ 051806 UGAXM5 GD00 CLLD COS ROY                                   051806
_ 051806 UGAXM5 GD14 TELEPHONED COSIGNER-NO ANSWER                  051806
_ 051806 SYSTEM GL00 44000018-NO LOAN MATCH                         051806


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____

  DATE   SOURCE                       MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 051806 SYSTEM GL00 PCA REJECTED :...3.................        051806
                                                                       159
_ 051806 SYSTEM GL00 PCA STATUS CHANGED TO ACCEPT :....5..8901234.67... 051806
_ 051806 SYSTEM P099 MONTHLY BILL: SLM                          E051906
_ 051806 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060518 1955 RA   051906
_ 051806 SYSTEM GD00 CALL ATTEMPTS 1) 060518 1324 ST            051906
_ 051806 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060518 1545 RT   051906
_ 051806 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060518 1555 RN   051906
_ 051906 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060519 1017 RN   052006
_ 051906 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060519 0915 RN   052006
_ 051906 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060519 1222 RN   052006
_ 051906 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060519 1118 RN   052006


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                       MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 051906 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060519 1600 RN   052006
_ 051906 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060519 1324 RN   052006
```

```
_ 052006 UGPAW0 GD00 COULD NOT COR 322/ROY COS                     052006
_ 052006 UGPAW0 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY         052006
_ 052206 UGDZH0 C005 BORROWER PRIM PHONE NUM CHANGED               052206
_ 052206 UGDZH0 GH00 PRCSD FORB FRM 021806 TO 051706               052206
_ 052206 ONL125 GH00 ADJUSTED FORD END DT FRM 022806 TO 021706     052206
_ 052206 UGDZH0 GH00 PRCSD FORV FRM 021806 TO 051706               052206
_ 052206 UGDZH0 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  052206
_ 052206 UGDZH0 F146 VERBAL FORB APPROVED - SYSTEM                 052206
_ 052206 UGDZH0 GH00 PRCSD FORV FRM 030206 TO 051706               052206
_ 052206 UGDZH0 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  052206


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 052206 UGDZH0 F398 PRIV CRED: NOTICE TO BORR FORB APPROVED       E052206
_ 052206 UGDZH0 F399 PRIV CRED: NOTICE TO COS FORB APPROVED        052206
_ 052206 UGDZH0 GD00 BO PST DTD FORB FEE IAO $100 CK EFF 5/31 CONF#1838  052206
                                                                      234
_ 052206 UGDZH0 G580 PC FORB PMT TAKEN VIA SPEED PAY               052206
_ 052206 UGDZH0 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  052206
_ 052206 UGDZH0 GY97 ADV BORR OF DELQ, LATE FEES, AND NEXT PAYMENT DUE  C052206
_ 052206 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA      052206
_ 052206 SYSTEM H050 PAYMENT SCHEDULE AND R&R                      052206
_ 052206 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY       052206
_ 052206 SYSTEM H204 CHANGE IN TERMS LETTER - SLMA                 052206
_ 052206 SYSTEM H292 SIGNATURE UPDATED PMT SCHD                    052206
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____   CONT _
 _ 052206 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO               052206
 _ 052206 SYSTEM H292 SIGNATURE UPDATED PMT SCHD                      052206
 _ 052206 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO               052206
 _ 052206 SYSTEM P099 MONTHLY BILL: SLM                              E052206
 _ 052206 SYSTEM GK00 DELQ DAYS REDUCED FROM 065 TO 000 FOR LOAN(S) 01,0 052206
                  2,03,05,08,09,10,11,12,13,14,16,17
 _ 052206 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060522 1947 RA  052206
 _ 052206 SYSTEM GL00 PCA CURED AT  30 DAYS FOR US -   0 DAYS DIMP    052206
                  FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17
 _ 052306 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS 052306
                   01,02
 _ 053106 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION             053106
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                         UNITY CD _____    _____
   DATE   SOURCE                          MESSAGE                        PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 053106 IVRFL1 TK00 15:18:51 CST ADVISED BORR NEXT PMT 449.12,          053106
                     DUE 06/17/2006, DLQT AMT 71.76
_ 053106 LBJXF0 TK00 Borrower phone contact re: FORB ?/Prob,            053106
                     b  wntd to hold pymt made on 05/22-forb fee,
                     Transfer to WCC
_ 053106 UVMXT4 GK00 IN-BORR,VAP,ADV OF DLNQ,DISCUSSED OPTIONS          053106
_ 053106 UVMXT4 TD00 BORR CLLD IN HE WNTD TO REPOSTDATE PYMNT THAT      053106
                     WAS DUE TODAY FOR ANOTHER DATE THE PYMNT WAS TAKEN
                     FROM THE INDIE OFFICE ADV BORR NEED TO CONTACT
_ 053106 UVMXT4 TD00 CUSTOMER SERVICE AND GET TRANSFERRED TO INDIE OFFI  053106
                     CE TO CANCEL OR REPOSTDATE PYMNT


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER   ***************
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED   12345678901234567890
                         UNITY CD _____    _____
   DATE   SOURCE                          MESSAGE                        PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 053106 LTTAL0 TK00 Borrower phone contact re: Re-Route Private        053106
                     Credit Serv
_ 053106 LTMDC1 TK00 b req to chnge pmt dt fr forb fee                  053106
_ 053106 LTMDC1 TK00 Borrower phone contact re: Transfer to WCC         053106
_ 060206 LPCDB0 G317 POSTED CREDIT/DEBIT TRANSACTNS, FORB PMT RECEIVED  060206
_ 060706 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR   060706
_ 061106 416511 C105 AUXILIARY VALID ADDRESS FLAG CHANGE                061106
```

```
_ 061606 LSMB02 GH81 PRIVACY POLICY INVOKED                       061606
_ 061606 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE              061706
_ 061606 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE              061706
_ 061606 SYSTEM E107 SCHOOL EXIT REMINDER - STAFFORD - TPS        061706
_ 061806 SYSTEM P099 MONTHLY BILL: SLM                           E061806


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ _____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 061806 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   061806
                    COS CALLS ADJ
_ 062106 US    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR    062106
_ 062606 LPMJW0 GA60 ADJUSTMENT MADE PER SERIAL WARNING REPORT          070106
_ 062606 LPMJW0 G644 UPDATED ACCOUNT PER EAGLE REVIEW                   070106
_ 062706 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                     062806
_ 062706 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               062806
_ 063006 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                    063006
_ 063006 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                    063006
_ 070106 LPMJW0 GH00 RMVD FORB FRM 021806 TO 051706                     070106
_ 070106 LPMJW0 GH00 RMVD FORD FRM 082905 TO 112605                     070106
_ 070106 LPMJW0 GH00 ADJUSTED FORA END DT FRM 082805 TO 061205          070106


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 070106 LPMJW0 GH00 PRCSD FORS FRM 061305 TO 080406               070106
 _ 070106 LPMJW0 C247 ETH CERT DATE CHANGE                          070106
 _ 070106 LPMJW0 C248 ETH CERT SOURCE CHANGE                        070106
 _ 070106 LPMJW0 C249 ETH CERT SCHOOL CHANGE                        070106
 _ 070106 LPMJW0 F150 HICA-GUARNTD IN-SCHOOL FORB APPRVL LTR        070106
 _ 070106 LPMJW0 GH00 RMVD FORV FRM 021806 TO 051706               070106
 _ 070106 LPMJW0 GH00 RMVD FORD FRM 082905 TO 021706               070106
 _ 070106 LPMJW0 GH00 ADJUSTED FORA END DT FRM 082805 TO 061205     070106
 _ 070106 LPMJW0 GH00 PRCSD DSCH FRM 061305 TO 080406,CERT 061206   070106
 _ 070106 LPMJW0 R085 DEFER APPROVED: NO BORR REQST                 070106
 _ 070106 LPMJW0 GH00 RMVD FORV FRM 021806 TO 051706               070106
 _ 070106 LPMJW0 GH00 RMVD FORD FRM 082905 TO 021706               070106


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 070106 LPMJW0 GH00 ADJUSTED FORA END DT FRM 082805 TO 061205     070106
 _ 070106 LPMJW0 GH00 PRCSD DSCH FRM 061305 TO 080406,CERT 061206   070106
```

```
_ 070106 LPMJW0 GH00 RMVD FORV FRM 030206 TO 051706                070106
_ 070106 LPMJW0 GH00 RMVD FORD FRM 082905 TO 022806                070106
_ 070106 LPMJW0 GH00 ADJUSTED FORA END DT FRM 082805 TO 061205     070106
_ 070106 LPMJW0 GH00 PRCSD DSCH FRM 061305 TO 080406,CERT 061206   070106
_ 070206 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA      070206
_ 070206 SYSTEM H050 PAYMENT SCHEDULE AND R&R                      070206
_ 070206 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY       070206
_ 070206 SYSTEM H292 SIGNATURE UPDATED PMT SCHD                    070206
_ 070206 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO             070206
_ 070206 SYSTEM H292 SIGNATURE UPDATED PMT SCHD                    070206


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
  DATE  SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 070206 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO             070206
_ 070206 SYSTEM P024 QUARTERLY INTEREST STATEMENT                  070206
_ 070206 SYSTEM P099 MONTHLY BILL: SLM                            E070206
_ 070206 SYSTEM GK00 DELQ DAYS REDUCED FROM 013 TO 000 FOR LOAN(S) 01,0  070206
                     2,03,05,08,09,10,11,12,13,14,16,17
_ 071106 CH     C012 SEPARATION DATE CHANGE                        071106
_ 071106 CH     GH00 ADJUSTED DSCH END DT FRM 080406 TO 080407     071106
_ 071106 CH     GH24 STATUS REPORT-CHANGE-ENROLLMENT               071106
_ 071106 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE     071106
_ 071106 CH     GE00 002441   F EFF 052906-080406 AGD 080407 CD 062906  071106
_ 071106 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR   071106
_ 071106 LBAXM7 GE34 RECVD ENROLLMENT UPDATE; NAT                  071406
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_  071406 LBAXM7 C247 ETH CERT DATE CHANGE                            071406
_  071506 SYSTEM P124 ANNUAL INTERIM UNSUB INTEREST STMT              071506
_  071806 SYSTEM P099 MONTHLY BILL: SLM                              E071906
_  081806 SYSTEM P099 MONTHLY BILL: SLM                              E081906
_  081806 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD 081906
                    COS CALLS ADJ
_  082706 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                  082706
_  082706 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE            082706
_  090706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060907 1140 RA  090806
_  090906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060909 0941 RA  091006
_  091206 UGAXH2 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A091206
_  091306 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                  091406


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____  _____
   DATE  SOURCE                      MESSAGE                        PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 091306 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE              091406
_ 091606 UGJRP0 C005 BORROWER PRIM PHONE NUM CHANGED                   091606
_ 091606 UGJRP0 GC04 PHONED BORROWER AT NUMBER, DISCONNECTED          A091606
_ 091806 SYSTEM P099 MONTHLY BILL: SLM                                E091906
_ 092406 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE                    092406
_ 092406 SYSTEM D055 PRIV/FFELP COSIGNER 3RD DEL'Q NOTICE              092406
_ 092706 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060927 0914 RA   092806
_ 092906 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060929 0914 RA   093006
_ 100106 SYSTEM P024 QUARTERLY INTEREST STATEMENT                      100106
_ 100206 UPDJS0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A100206
_ 100206 UPYXH1 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A100206
_ 100206 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 061002 1806 RA   100306


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____  _____
   DATE  SOURCE                      MESSAGE                        PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 100306 UGCHB1 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A100306
_ 100306 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 061003 1748 RV   100406
_ 100306 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 061003 1227 RN   100406
_ 100306 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 061003 1329 RN   100406
_ 100306 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                    100406
_ 100306 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE              100406
_ 100406 UGMAG3 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A100406
```

```
_ 100506 UGLXG0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A100506
_ 100506 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 061005 1216 RN   100606
_ 100606 UGKZB0 GU77 PH BORROWER WORK, LEFT MESSAGE THIRD PARTY         A100606
_ 100606 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 061006 1138 RN   100706
_ 100906 CH     C012 SEPARATION DATE CHANGE                             100906
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                         OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 100906 CH     GH00 ADJUSTED DSCH END DT FRM 080407 TO 080406          100906
_ 100906 CH     GH00 PRCSD FORA FRM 080506 TO 100806                    100906
_ 100906 CH     GE34 RECVD ENROLLMENT UPDATE; NAT                       100906
_ 100906 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE          100906
_ 100906 CH     GE00 002441   W EFF 080406 CD 092006                    100906
_ 100906 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR   100906
_ 100906 UGAXM5 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER          A100906
_ 100906 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA           101006
_ 100906 SYSTEM H050 PAYMENT SCHEDULE AND R&R                           101006
_ 100906 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY            101006
_ 101006 UGEDH0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A101006
_ 101006 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 061010 1421 RN   101106
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____

  DATE  SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 101006 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 061010 1529 RN    101106
_ 101006 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 061010 1632 RA    101106
_ 101106 UPJXM2 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A101106
_ 101106 UGCAH1 GD00 PCOS ROY BENSON;RSDNT ADV COS NT IN,LMTC          101106
_ 101106 UGCAH1 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY             101106
_ 101106 UGNLB0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A101106
_ 101106 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 061011 1221 RN    101206
_ 101106 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 061011 1324 RN    101206
_ 101106 LFRSD0 MDOC MDOC ADDR=FL1S0576971005 LTR CD=MX97              101206
_ 101206 UGHER9 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER          A101206
_ 101206 UGHZM0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A101206
_ 101206 UGCAH1 GH00 PRCSD FORB FRM 080506 TO 011707                   101206


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 101206 UGCAH1 GD00 PCOS ROY BENSON;STTD WS ADV BY B THT HE WS ENRLLD, 101206
                     ADV COS SCHL RPRTD B WTHDRWN;CNF CLLD B,B STTD WLL
```

```
                     NT RTRN TO SCL UNTL NXT YR,ADV FB & FEE B PSTD FEE
_ 101206 UGCAH1 GD00 -C-IAO 100.00,EFF 10/17,CNF#2302567;ADV NXT PMT     101206
_ 101206 UGCAH1 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  101206
_ 101206 UGCAH1 F398 PRIV CRED: NOTICE TO BORR FORB APPROVED            E101206
_ 101206 UGCAH1 F399 PRIV CRED: NOTICE TO COS FORB APPROVED              101206
_ 101206 UGCAH1 G580 PC FORB PMT TAKEN VIA SPEED PAY                     101206
_ 101206 UGCAH1 GD86 PHONED COSIGNER, VAP; ADVISED OF DELINQUENCY        101206
_ 101206 SYSTEM GK00 DELQ DAYS REDUCED FROM 055 TO 000 FOR LOAN(S) 01,0  101306
                                                                            2
_ 101206 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 061012 1138 RN       101306


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 101206 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 061012 1243 RN      101306
_ 101706 UGCXJ2 G317 POSTED CREDIT/DEBIT TRANSACTNS, FORB PMT RECEIVED   101706
_ 101806 SYSTEM P099 MONTHLY BILL: SLM                                  E101906
_ 102706 CH     GE34 RECVD ENROLLMENT UPDATE; NAT                        102706
_ 102706 CH     GE71 STATUS REPORT-BYPASS-MATCH DATA                     102706
_ 102706 CH     GE00 002441   W EFF 080406 CD 092006                     102706
_ 111306 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                     111406
_ 111306 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                     111406
_ 111306 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                     111406
_ 111306 SYSTEM C144 BENEFIT DATA CHANGED                                111406
_ 111306 SYSTEM H606 REBATE ELIGIBILITY TYPE 1                          E111406
_ 111306 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                     111406
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 111406 LSMB82 GH81 PRIVACY POLICY INVOKED                       111406
_ 111906 SYSTEM P099 MONTHLY BILL: SLM                            E111906
_ 111906 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  111906
                    COS CALLS ADJ
_ 112006 LPJLP0 GA61 SERIAL WARNING REPORT REVIEWED, NAT          112106
_ 112106 LPJLP0 C247 ETH CERT DATE CHANGE                         112106
_ 112706 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE              112806
_ 120306 SYSTEM H222 CHANGE IN TERMS PRVT LN BORR                 120306
_ 121206 SYSTEM GD00 CALL ATTEMPTS 1) 061212 1126 SN             121306
_ 121406 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE              121506
_ 121806 SYSTEM P099 MONTHLY BILL: SLM                            E121906
_ 122106 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA     122206


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 122106 SYSTEM H050 PAYMENT SCHEDULE AND R&R                      122206
_ 122106 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY       122206
_ 122106 SYSTEM GD00 CALL ATTEMPTS 1) 061221 1146 SN              122206
_ 122406 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE               122406
_ 123006 SYSTEM GD00 CALL ATTEMPTS 1) 061230 0922 SV             123106
_ 010307 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE               010407
_ 011007 UGNXJ0 TD00 LET B KNOW HE WS DELQNT. WILL CALL WHEN OFF WK.  011007
_ 011007 UGNXJ0 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY       C011007
_ 011407 SYSTEM D075 PRIVATE/FFELP 5TH DEL'Q NOTICE               011407
_ 011607 SYSTEM GL00  60 DAY PCA GENERATED FOR US -  60 DAYS DIMP  011707
                     FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17
_ 011807 SYSTEM GL00 44000018-NO LOAN MATCH                       011807


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                        OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 011807 SYSTEM GL00 PCA REJECTED :...3.................          011807
                                                                     159
_ 011807 SYSTEM GL00 PCA STATUS CHANGED TO ACCEPT :....5..8901234.67...  011807
_ 011807 SYSTEM P099 MONTHLY BILL: SLM                           E011907
_ 012207 UVMXF2 G152 B OFFERED FORB DURING SAC CONTACT/FWD TO PA RM  012207
_ 012207 UVMXF2 GL00 FORV END 6/07                               012207
_ 012307 LPGJE0 GH00 PRCSD FORV FRM 101806 TO 061707             012307
```

```
_ 012307 LPGJE0 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  012307
_ 012307 LPGJE0 F146 VERBAL FORB APPROVED - SYSTEM                       012307
_ 012307 LPGJE0 GH00 PRCSD FUTR FORV FRM 021807 TO 061707               012307
_ 012307 LPGJE0 F246 VERBAL FORB APPROVED - MANUAL                      012307



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ****************
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____  _____
  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 012307 SYSTEM GK00 DELQ DAYS REDUCED FROM 066 TO 000 FOR LOAN(S) 03,0  012407
                   5,08,09,10,11,12,13,14,16,17
_ 012307 SYSTEM GD00 CALL ATTEMPTS 1) 070123 0936 SV                    012407
_ 012307 SYSTEM GL00 PCA CURED AT  30 DAYS FOR US -   0 DAYS DIMP        012407
                   FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17
_ 020607 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                    020707
_ 020607 SYSTEM C144 BENEFIT DATA CHANGED                               020707
_ 021807 SYSTEM F146 VERBAL FORB APPROVED - SYSTEM                      021807
_ 021807 SYSTEM P099 MONTHLY BILL: SLM                                 E021807
_ 021807 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    021807
                   COS CALLS ADJ
_ 022707 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                     022807


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                   OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 022707 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               022807
 _ 030107 SYSTEM P520 SEMI-ANNUAL FORB INT STATEMENT - SLM               030207
 _ 030107 SYSTEM P520 SEMI-ANNUAL FORB INT STATEMENT - SLM               030207
 _ 031007 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 070310 0909 RA    031107
 _ 031207 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 070312 1312 RA    031307
 _ 031407 UGGB22 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A031407
 _ 031607 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                     031707
 _ 031607 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE               031707
 _ 031807 SYSTEM P099 MONTHLY BILL: SLM                                 E031807
 _ 031907 UGCAV0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A031907
 _ 031907 LPKMJ0 GA61 SERIAL WARNING REPORT REVIEWED, NAT                032007
 _ 032007 E47123 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A032007

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                   OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 032007 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 070320 1201 RN    032107
 _ 032007 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 070320 1302 RA    032107
```

```
_ 032107 UVRXV0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A032107
_ 032107 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 070321 1030 RA     032207
_ 032207 UGMSM0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A032207
_ 032207 UVJXP3 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A032207
_ 032207 UGNLB0 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY                032207
_ 032207 UPWUG1 TD00 BRR WILL CL BCK TO MK FORB FEE STS THAT DIDNT HV     032207
                     ANY FORM OF THE PMT WITH HIM
_ 032207 UPWUG1 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY             C032207
_ 032207 UPWUG1 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY             C032207


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                 MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 032207 UPWUG1 TK00 Borrower phone contact re: Demo Verify,             032207
                     Adv Late Fees
_ 032207 E47293 GD60 BORR CONTACT, VAP, ADVISED DELINQUENCY              032207
_ 032207 E47293 GD00 ADVSD BRWR PRIV LNS NT IN FORB ANYMR, ONLY GS LNS.  032207
                     BRWR TERM. CALL IN MIDDLE OF DISCSSNG OPTS.
_ 032307 UGCAB0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A032307
_ 032307 SYSTEM GD00 CALL ATTEMPTS 1) 070323 1505 SN                     032407
_ 032607 E47702 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE    032607
_ 032607 UGCAB0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A032607
_ 032607 E47728 GD86 PHONED COSIGNER, VAP; ADVISED OF DELINQUENCY        032607
_ 032607 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 070326 1652 RN     032707
_ 032607 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE                      032707
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_  032607 SYSTEM D055 PRIV/FFELP COSIGNER 3RD DEL'Q NOTICE            032707
_  032707 E47663 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER        032707
_  032707 E47119 GD45 PH BORROWER, LEFT MESSAGE ON ANSWERING MACHINE  032707
_  032707 UGNLB0 GH00 PRCSD FORB FRM 011807 TO 051707                 032707
_  032707 UGNLB0 F398 PRIV CRED: NOTICE TO BORR FORB APPROVED        E032707
_  032707 UGNLB0 F399 PRIV CRED: NOTICE TO COS FORB APPROVED          032707
_  032707 UGNLB0 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY 032707
_  032707 UGNLB0 G336 PROMISE MADE ON ACCOUNT                         032707
_  032707 UGNLB0 GD00 B PD FORB FEE $100.00 VIA CC CN#3014407         032707
_  032707 UGNLB0 GD60 BORR CONTACT, VAP, ADVISED DELINQUENCY         C032707
_  032707 SYSTEM GK00 DELQ DAYS REDUCED FROM 037 TO 000 FOR LOAN(S) 01,0  032807
                                                                        2


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                         PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 032707 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 070327 1356 RN    032807
_ 032707 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 070327 1457 RN    032807
_ 032707 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 070327 1555 RN    032807
_ 032807 E48103 GN77 BORROWER CONTACT, VAP, ACCT CURRENT                 032807
_ 032807 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 070328 1433 RA    032907
_ 033007 LPDXK0 G317 POSTED CREDIT/DEBIT TRANSACTNS, FORB PMT RECEIVED   033007
_ 040207 SYSTEM H222 CHANGE IN TERMS PRVT LN BORR                        040307
_ 040907 293368 GB00 812 LOAN LEVEL DECISION CHANGED FROM   TO A         040907
_ 040907 293368 GB00 812 LOAN LEVEL DECISION CHANGED FROM   TO A         040907
_ 050307 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA            050407
_ 050307 SYSTEM H050 PAYMENT SCHEDULE AND R&R                            050407
_ 050307 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY             050407


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER   **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                         PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 050307 SYSTEM H204 CHANGE IN TERMS LETTER - SLMA                       050407
_ 050307 SYSTEM P099 MONTHLY BILL: SLM                                  E050407
_ 051807 SYSTEM P099 MONTHLY BILL: SLM                                  E051907
_ 061807 SYSTEM P099 MONTHLY BILL: SLM                                  E061907
_ 061807 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    061907
                     COS CALLS ADJ
_ 062607 USDEMO C005 BORROWER PRIM PHONE NUM CHANGED                     062607
```

```
_ 062607 USDEMO GH23 GUAR STAT RPT - CHANGE - DEMOGRAPHIC            062607
_ 062607 USDEMO GH23 GUAR STAT RPT - CHANGE - DEMOGRAPHIC            062607
_ 062607 LBSXB2 GE41 RCVD CH/GUAR DEMO RPT; SAME AS SYSTEM; NAT      071207
_ 062607 LBSXB2 GE41 RCVD CH/GUAR DEMO RPT; SAME AS SYSTEM; NAT      071207
_ 062707 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                  062807
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 062707 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE           062807
_ 070407 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)              070407
                 01,02
_ 070907 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 070709 1155 RA 071007
_ 070907 SYSTEM GD00 CALL ATTEMPTS 1) 070709 1227 RN                071007
_ 071107 SYSTEM GD00 CALL ATTEMPTS 1) 070711 1051 RN                071107
_ 071107 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 070711 0956 RA 071107
_ 071507 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                 071507
_ 071507 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE           071507
_ 071807 SYSTEM P099 MONTHLY BILL: SLM                             E071907
_ 071807 SYSTEM D246 CASCADING: INTRO DELINQUENCY NOTICE            071907
_ 072407 E51007 GH00 PRCSD FORB FRM 051807 TO 111707               072407
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 072407 E51007 F398 PRIV CRED: NOTICE TO BORR FORB APPROVED         E072407
_ 072407 E51007 F399 PRIV CRED: NOTICE TO COS FORB APPROVED          072407
_ 072407 E51007 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  072407
_ 072407 E51007 G580 PC FORB PMT TAKEN VIA SPEED PAY                 072407
_ 072407 SYSTEM GK00 DELQ DAYS REDUCED FROM 036 TO 000 FOR LOAN(S) 01,0  072507
                                                                      2
_ 072507 SYSTEM GK00 CANCEL REASON CD: FB WITH AGENCY WCC   FOR LOANS  072507
                 01,02
_ 072507 SYSTEM GD00 CALL ATTEMPTS 1) 070725                        072707
_ 072707 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                072807
_ 073107 LPBXG0 MP00 PSTD 101TC IAO 100.75,EFF DTE 7-30,BORR PMT     073107
_ 073107 LPBXG0 G317 POSTED CREDIT/DEBIT TRANSACTNS, FORB PMT RECEIVED  073107

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 081307 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                081407
_ 081707 SYSTEM GD00 CALL ATTEMPTS 1) 070817 1123 RN               081807
```

```
_ 081907 SYSTEM P099 MONTHLY BILL: SLM                          E081907
_ 082307 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE             082407
_ 082707 SYSTEM GD00 CALL ATTEMPTS 1) 070827 1200 RN           082807
_ 090207 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE            090207
_ 090407 SYSTEM P120 QRTLY FORB STMT - SLM                     090507
_ 090707 SYSTEM GD00 CALL ATTEMPTS 1) 070907 1058 RN           090807
_ 091207 SYSTEM D075 PRIVATE/FFELP 5TH DEL'Q NOTICE            091307
_ 091607 SYSTEM GL00  60 DAY PCA GENERATED FOR US -  61 DAYS DIMP   091607
                     FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17,20
_ 091707 SYSTEM GD00 CALL ATTEMPTS 1) 070917 0958 RN           091807


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
  DATE  SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 091807 SYSTEM GL00 44000018-NO LOAN MATCH                    091807
_ 091807 SYSTEM GL00 PCA REJECTED :...3.................       091807
                                                                    159
_ 091807 SYSTEM GL00 PCA STATUS CHANGED TO ACCEPT :....5..8901234.67..0  091807
_ 091807 SYSTEM P099 MONTHLY BILL: SLM                        E091907
_ 092507 SYSTEM GD00 CALL ATTEMPTS 1) 070925 1504 RN           092607
_ 092607 SYSTEM D076 PRIVATE/FFELP 6TH DEL'Q NOTICE            092707
_ 100307 SYSTEM H222 CHANGE IN TERMS PRVT LN BORR              100407
_ 100607 UGBG86 GD00 B REFSD TO VERIFY ADDRESS. THGHT WAS IN FORB.  100607
_ 100807 UGCA88 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A100807
_ 100807 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION        100807
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____   CONT _
 _ 100807 IVRFL1 TK00 19:17:12CST ADVISED BORR NEXT PMT 1665.56,     100807
                     DUE 10/17/2007, DLQT AMT 1274.84
 _ 100807 E51068 TK00 Borrower, NAT, BTO                             100807
 _ 100807 E51068 TK00 Borrower phone contact re: Reroute Call        100807
 _ 100807 E52154 GH00 PRCSD FORV FRM 061807 TO 111707               100807
 _ 100807 E52154 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY 100807
 _ 100807 E52154 F146 VERBAL FORB APPROVED - SYSTEM                  100807
 _ 100807 E52154 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY        C100807
 _ 100807 E52154 G336 PROMISE MADE ON ACCOUNT                        100807
 _ 100807 E52154 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY        C100807
 _ 100807 E52154 TK00 borrower md chk pmt iao 85.00+10fee/cfn#3780426 100807
 _ 100807 E52154 TK00 Borrower phone contact re: Oral FORB Processed  100807


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                   UNITY CD _____    _____
  DATE   SOURCE                      MESSAGE                       PST/RESOLVE
 032723 E18565 _____ _____ CONT _
_ 100807 IVRTX3 TK04 BTO, REQUESTED ACCOUNT INFORMATION                100807
_ 100807 IVRTX3 TK00 19:30:48CST ADVISED BORR FORB END 11/17/2007      100807
_ 100807 E34386 TK00 Borrower phone contact re: (VAP) Verified Add and 100807
                     Phone, Re-Route Orig, Did Not Pitch
_ 100807 UPDXM3 TK00 Borrower, NAT, bto 1-20,                          100807
_ 100807 UPDXM3 TK00 Borrower phone contact re: App Question           100807
_ 100807 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA          100907
_ 100807 SYSTEM H050 PAYMENT SCHEDULE AND R&R                          100907
_ 100807 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY           100907
_ 100807 SYSTEM H204 CHANGE IN TERMS LETTER - SLMA                     100907
_ 100807 SYSTEM P099 MONTHLY BILL: SLM                                E100907


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____    _____
  DATE   SOURCE                      MESSAGE                       PST/RESOLVE
 032723 E18565 _____ _____ CONT _
_ 100807 SYSTEM GK00 DELQ DAYS REDUCED FROM 082 TO 000 FOR LOAN(S) 03,0 100907
                     5,08,09,10,11,12,13,14,16,17,20
_ 100807 SYSTEM GL00 PCA CURED AT  30 DAYS FOR US -  0 DAYS DIMP        100907
                     FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17,20
_ 111807 SYSTEM P099 MONTHLY BILL: SLM                                 E111807
_ 112707 USDEMO GE20 RCVD CH/GUAR DEMO RPT; ADDED ALTERNATE ADDRESS/PH  112707
_ 121807 SYSTEM P099 MONTHLY BILL: SLM                                 E121907
```

```
_ 121807 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD     121907
                     COS CALLS ADJ
_ 122207 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                    122207
                     01,02
_ 122707 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                       122807


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG ___ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 122707 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               122807
_ 122707 SYSTEM GD00 CALL ATTEMPTS 1) 071227                            122907
_ 010308 IVRFL4 TK04 BTO, REQUESTED ACCOUNT INFORMATION                 010308
_ 010308 E31931 G336 PROMISE MADE ON ACCOUNT                            010308
_ 010308 E31931 TF64 BTO, PAID ENTIRE DELINQUENT AMT (IS NOW CURRENT)   010308
_ 010308 E31931 R553 PRIV LN IN-SCH FORB/DEFER: REQ SCH CERT           E010308
_ 010308 E31931 TD00 BTO,VAP,ADV DELQ,BORR PAID PAD $185.40 VIA SPDPY   010308
                     PDTD CBP FOR 01/31/08,FOR LNS 01,02,CONF#4139806
                     BORR REQS INSCHL FORB FORMS.
_ 010308 SYSTEM GD00 CALL ATTEMPTS 1) 080103                            010508
_ 010708 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 080107 1002 RN    010808
_ 011308 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                     011308


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____

  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 011308 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE              011308
_ 011408 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION               011408
_ 011408 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 080114 1624 RV   011508
_ 011708 CHDEMO GE41 RCVD CH/GUAR DEMO RPT; SAME AS SYSTEM; NAT        011708
_ 011708 CH     GH00 PRCSD DSCH FRM 011408 TO 050909,CERT 010908       011708
_ 011708 CH     GH00 PRCSD FORA FRM 111807 TO 011308                   011708
_ 011708 CH     GH00 PRCSD DSCH FRM 011408 TO 050909,CERT 010908       011708
_ 011708 CH     GH00 PRCSD FORA FRM 111807 TO 011308                   011708
_ 011708 CH     GH24 STATUS REPORT-CHANGE-ENROLLMENT                   011708
_ 011708 CH     GE00 002441   H EFF 011408-050908 AGD 050909 CD 010908 011708
_ 011708 SYSTEM R089 DSCH APPROVED: CLEARINGHOUSE: NO B REQ            011708
_ 011708 SYSTEM R089 DSCH APPROVED: CLEARINGHOUSE: NO B REQ            011708


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 011708 SYSTEM GK00 DELQ DAYS REDUCED FROM 030 TO 000 FOR LOAN(S) 03,0 011808
                  5,08,09,10,11,12,13,14,16,17,20
```

```
_ 011708 SYSTEM GD00 CALL ATTEMPTS 1) 080117 0934 RN              011808
_ 011708 LBMHN0 G206 RECVD ENROLLMENT UPDATE; PRCSD              011808
_ 011808 LBMHN0 GH00 PRCSD FORS FRM 011408 TO 050509            011808
_ 011808 LBMHN0 GH00 PRCSD FORA FRM 111807 TO 011308            011808
_ 011808 LBMHN0 C247 ETH CERT DATE CHANGE                       011808
_ 011808 LBMHN0 C248 ETH CERT SOURCE CHANGE                     011808
_ 011808 LBMHN0 F150 HICA-GUARNTD IN-SCHOOL FORB APPRVL LTR     011808
_ 011808 SYSTEM GK00 DELQ DAYS REDUCED FROM 031 TO 000 FOR LOAN(S) 01,0  011908
```
                                                                          2


```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
  DATE  SOURCE                      MESSAGE                      PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 011908 SYSTEM GK00 CANCEL REASON CD: FB WITH AGENCY WCC    FOR LOANS  011908
                01,02
_ 012108 OLSCHL GH24 STATUS REPORT-CHANGE-ENROLLMENT            012108
_ 012108 OLSCHL GE62 STATUS RPT-CHANGE-ENROLLMENT-VERIFY CERT DATE  012108
_ 012108 OLSCHL GE00 002441   H EFF 010708-050908 AGD 050909 CD 111907  012108
_ 012108 OLSCHL GH24 STATUS REPORT-CHANGE-ENROLLMENT            012108
_ 012108 OLSCHL GE62 STATUS RPT-CHANGE-ENROLLMENT-VERIFY CERT DATE  012108
_ 012108 OLSCHL GE00 002441   H EFF 010708-050908 AGD 050909 CD 111907  012108
_ 012108 LPKAW0 GE34 RECVD ENROLLMENT UPDATE; NAT               021208
_ 012108 LPKAW0 GE34 RECVD ENROLLMENT UPDATE; NAT               021208
_ 022108 LBPKJ0 GJ59 REVIEWED ACCOUNT PER SAS REPORT, NAT       022108
_ 022108 CHDEMO GE41 RCVD CH/GUAR DEMO RPT; SAME AS SYSTEM; NAT  022108
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 022108 CH     GE68 STATUS RPT-CHANGE-ENROLLMENT-VERIFY DEFERMENT      022108
_ 022108 CH     GE00 002441   L EFF 011408-050908 AGD 000000 CD 021308  022108
_ 022108 LPJMC2 G206 RECVD ENROLLMENT UPDATE; PRCSD                     022608
_ 022608 LPJMC2 GH00 RMVD FORS FRM 011408 TO 050509                     022608
_ 022608 LPJMC2 GH00 RMVD DSCH FRM 011408 TO 050909                     022608
_ 022608 ONL125 GH00 PRCSD FORA FRM 011408 TO 022508                    022608
_ 022608 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA           022708
_ 022608 SYSTEM H050 PAYMENT SCHEDULE AND R&R                           022708
_ 022608 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY            022708
_ 022608 SYSTEM H204 CHANGE IN TERMS LETTER - SLMA                      022708
_ 022608 SYSTEM H222 CHANGE IN TERMS PRVT LN BORR                       022708
_ 022608 SYSTEM P099 MONTHLY BILL: SLM                                 E022708


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____  _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 022608 SYSTEM GB00 ANNUAL PRIVACY POLICY PIGGYBACKED WITH H204 LTR  022608
_ 031308 E21063 GS00 SKIP; GRC/DEMO/REF                              031308
_ 031308 E46623 TD00 SKIP: GRC PHND TO SKIP                         031308
_ 031808 SYSTEM P099 MONTHLY BILL: SLM                             E031908
_ 031808 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD 031908
                     COS CALLS ADJ
_ 032608 SYSTEM K520 HICA ANNUAL CB DEBT LEVEL STMT                 032608
_ 032608 SYSTEM K520 HICA ANNUAL CB DEBT LEVEL STMT                 032608
_ 032708 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                 032808
_ 040908 LBRXS4 GJ59 REVIEWED ACCOUNT PER SAS REPORT, NAT           040908
_ 041308 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                 041308
_ 041708 SYSTEM GD00 CALL ATTEMPTS 1) 080417 0909 RN                041808


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____  _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 041808 SYSTEM P099 MONTHLY BILL: SLM                             E041908
_ 041808 SYSTEM D246 CASCADING: INTRO DELINQUENCY NOTICE            041908
_ 042208 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)              042208
                     01,02
_ 042308 SYSTEM D273 PRIVATE/FFELP 3RD DEL'Q NOTICE:CASCADING       042408
_ 042408 UGAHM0 MC99 RCVD FED DIRECT CONSOLIDATION CERT, PROVIDED DATA 042808
_ 042708 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE           042708
```

```
_ 042808 SYSTEM GD00 CALL ATTEMPTS 1) 080428 0906 RN              042908
_ 050108 E51984 GD60 BORR CONTACT, VAP, ADVISED DELINQUENCY       050108
_ 050108 E51984 GD00 ADV B OF PMT OPTIONS/B SD WILL NEED TO CALL BACK T 050108
                    O PY FORB FEE
_ 050108 SYSTEM GD00 CALL ATTEMPTS 1) 080501                      050308
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******

NAME  JAMERIAL Q BENSON                              OWNER  ****************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

                    UNITY CD _____   _____

```
  DATE  SOURCE                        MESSAGE                 PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 050408 SYSTEM D274 PRIVATE/FFELP 4TH DEL'Q NOTICE:CASCADING     050408
_ 050508 SYSTEM GD00 CALL ATTEMPTS 1) 080505                      050708
_ 050608 LBJXC0 C008 PARTIAL ADDRESS CHANGE                       050608
_ 050608 LBJXC0 GE17 DEMOGRAPHIC CHANGE MADE PER MULTI-SUFFIX REPORT 050608
_ 050808 LSMB56 GB00 ANNUAL PRIVACY POLICY SENT TO AURORA FOR  810612 050808
_ 050908 LSMB56 GB00 ANNUAL PRIVACY POLICY PRINTED BY AURORA FOR 810612 050908
_ 050908 SYSTEM GD00 CALL ATTEMPTS 1) 080509                      051108
_ 051008 SYSTEM GD00 CALL ATTEMPTS 1) 080510                      051308
_ 051208 SYSTEM GD00 CALL ATTEMPTS 1) 080512                      051408
_ 051308 E48709 GH00 PRCSD FORB FRM 032008 TO 061908             051308
_ 051308 E48709 F398 PRIV CRED: NOTICE TO BORR FORB APPROVED     E051308
_ 051308 E48709 F399 PRIV CRED: NOTICE TO COS FORB APPROVED       051308
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 051308 E48709 F399 PRIV CRED: NOTICE TO COS FORB APPROVED          051308
 _ 051308 E48709 GK00 FORB FEE 50 PER LOAN, TOTAL FEE TAKEN: 100. ON  051308
                      051308 CONF# 4805761 PAYMENT TYPE: CK VERIFIED BY
                      SUP# 703 LOAN NUMBER(S) 1 2
 _ 051308 E48709 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY 051308
 _ 051308 E48709 G580 PC FORB PMT TAKEN VIA SPEED PAY                 051308
 _ 051308 E48709 G336 PROMISE MADE ON ACCOUNT                        051308
 _ 051308 SYSTEM H222 CHANGE IN TERMS PRVT LN BORR                   051408
 _ 051308 SYSTEM GK00 DELQ DAYS REDUCED FROM 025 TO 000 FOR LOAN(S) 01,0 051408
                                                                        2
 _ 051308 SYSTEM D075 PRIVATE/FFELP 5TH DEL'Q NOTICE                 051408
 _ 051308 SYSTEM GD00 CALL ATTEMPTS 1) 080513                        051508

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 051408 SYSTEM GK00 CANCEL REASON CD: FB WITH AGENCY WCC    FOR LOANS 051408
                 01,02
```

```
_ 051408 LPCJC1 G317 POSTED CREDIT/DEBIT TRANSACTNS, FORB PMT RECEIVED   051408
_ 051608 SYSTEM GL00  60 DAY PCA GENERATED FOR US -  60 DAYS DIMP        051708
                      FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17,20
_ 051808 SYSTEM P099 MONTHLY BILL: SLM                                  E051808
_ 051908 SYSTEM K162 EMAIL BLAST WRAPPER TEXT NEW PASSWORD              E051908
_ 051908 SYSTEM GL00 44000018-NO LOAN MATCH                             051908
_ 051908 SYSTEM GL00 PCA REJECTED :...3................                 051908
                                                                           159
_ 051908 SYSTEM GL00 PCA STATUS CHANGED TO ACCEPT :....5..8901234.67..0 051908
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******

NAME   JAMERIAL Q BENSON                              OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

                    UNITY CD _____   _____

  DATE   SOURCE                    MESSAGE                    PST/RESOLVE

  032723 E18565 ____ _____  CONT _

_ 052708 SYSTEM GK00 DELQ DAYS REDUCED FROM 070 TO 000 FOR LOAN(S) 03,0  052808

                5,08,09,10,11,12,13,14,16,17,20

_ 052708 SYSTEM GD00 CALL ATTEMPTS 1) 080527 0934 RN                    052808

_ 052708 SYSTEM GL00 PCA CURED AT  30 DAYS FOR US -   0 DAYS DIMP       052808

                FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17,20

_ 060308 E20575 G639 FAXED UNDERPAID REQUEST TO CONSOLIDATOR            060308

_ 061108 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID  061108

_ 061308 E20667 GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID  061308

_ 061308 SYSTEM P116 PAID IN FULL: CONSOLIDATION                       061408

_ 061808 SYSTEM P099 MONTHLY BILL: SLM                               E061908

_ 061808 SYSTEM GB00 ANNUAL PRIVACY POLICY PIGGYBACKED WITH P099 LTR    061808

_ 062908 SYSTEM K162 EMAIL BLAST WRAPPER TEXT NEW PASSWORD           E062908


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******

NAME   JAMERIAL Q BENSON                              OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                        UNITY CD _____   _____
   DATE   SOURCE                       MESSAGE                        PST/RESOLVE
   032723 E18565 _____ _____   CONT _
_  063008 SYSTEM GS00 CREDIT B RPT - MSC=13 FCRA DT=00000000 SPL CMT=   070308
                      FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17,20
_  071608 IVRTX1 TK04 BTO, REQUESTED ACCOUNT INFORMATION                071608
_  071608 IVRTX1 TK00 17:51:21CST ADVISED BORR NEXT PMT 94.33,          071608
                      DUE 07/17/2008, DLQT AMT 10.00
_  071608 C10296 GG00 Rcvd QA Call                                      071608
_  071608 C10296 TK00 Borrower phone contact re: Did Not Pitch          071608
_  071608 C11496 TK00 b hung up placed call bcak req.b                  071608
_  071608 C11496 TK00 ask why the a/c is showing pass due with a zero   071608
_  071608 C11496 TK00 balance .                                         071608
_  071608 C11496 TK00 as the  ve reporting was for prvt loan and the    071608
_  071608 C11496 TK00 zero balance was for staffered loan was not able  071608


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER   **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                        UNITY CD _____   _____
   DATE   SOURCE                       MESSAGE                        PST/RESOLVE
   032723 E18565 _____ _____   CONT _
_  071608 C11496 TK00 to adv b as b hung up.                           071608
_  071608 C11496 TK00 Borrower phone contact re: Did Not Pitch         071608
_  071808 SYSTEM P099 MONTHLY BILL: SLM                                E071908
_  071808 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  071908
                      COS CALLS ADJ
_  072208 SYSTEM GK00 PLACED WITH AGENCY WCC   LOAN(S)                  072208
                      01,02
```

```
_ 072308 C11068 GK00 PER CALL BACK REPORT CALLED B HM PHN # NO ANS       072308
_ 072708 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                      072708
_ 072708 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE                072708
_ 080408 SYSTEM GD00 CALL ATTEMPTS 1) 080804                             080608
_ 080508 SYSTEM GD00 CALL ATTEMPTS 1) 080805                             080708


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ _____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 080608 SYSTEM GD00 CALL ATTEMPTS 1) 080806                             080808
_ 080708 SYSTEM GD00 CALL ATTEMPTS 1) 080807                             080908
_ 080808 SYSTEM GD00 CALL ATTEMPTS 1) 080808                             081008
_ 080908 SYSTEM GD00 CALL ATTEMPTS 1) 080809                             081208
_ 081208 SYSTEM GD00 CALL ATTEMPTS 1) 080812                             081408
_ 081308 C11068 GK00 PER CLLBK REQST NAT AS REQST INVALID//CLBK CLSD     081308
_ 081308 C11068 GK00 CALL BACK CLOSED                                    081308
_ 081308 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                      081408
_ 081308 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE                081408
_ 081308 SYSTEM GD00 CALL ATTEMPTS 1) 080813                             081508
_ 081508 SYSTEM GD00 CALL ATTEMPTS 1) 080815                             081708
_ 081808 SYSTEM P099 MONTHLY BILL: SLM                                  E081908


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 081808 SYSTEM GD00 CALL ATTEMPTS 1) 080818                        082008
_ 082008 SYSTEM GD00 CALL ATTEMPTS 1) 080820                        082208
_ 082108 SYSTEM GD00 CALL ATTEMPTS 1) 080821                        082308
_ 082408 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE                 082408
_ 082408 SYSTEM D055 PRIV/FFELP COSIGNER 3RD DEL'Q NOTICE           082408
_ 082508 SYSTEM GD00 CALL ATTEMPTS 1) 080825                        082708
_ 082608 SYSTEM GD00 CALL ATTEMPTS 1) 080826                        082808
_ 082708 SYSTEM G200 FACS/EGL1: SAC:  2342    RCVD NEW DEMO FROM GUAR 082808
                    ANTOR - 111 BANKHEAD LN,APT A3,CRYSTAL SPRINGS,MS
                    39059, PRIMARY PH 6019064145, WORK PH 0000000000
_ 082708 SYSTEM GD00 CALL ATTEMPTS 1) 080827                        082908
_ 082808 SYSTEM C005 BORROWER PRIM PHONE NUM CHANGED                082808


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 082808 SYSTEM C028 ALT PHONE CHANGE                               082808
_ 082808 SYSTEM GD00 CALL ATTEMPTS 1) 080828                        083008
```

```
_ 082908 IVRTX8 TK04 BTO, REQUESTED ACCOUNT INFORMATION          082908
_ 082908 SYSTEM GD00 CALL ATTEMPTS 1) 080829                     083108
_ 083008 SYSTEM GD00 CALL ATTEMPTS 1) 080830                     090208
_ 083108 SYSTEM GS00 CREDIT B RPT - MSC=71 FCRA DT=08312008 SPL CMT=  090108
                 FOR LOAN(S) 01,02
_ 090208 E47729 TD00 BWR MD PST DTD PMT IAO 100 W CH CONF 5324999 EFF  090208
                 09/12
_ 090208 E47729 MP57 POST-DATED PAYMENT ON FILE                 090208
_ 090208 E47729 GD60 BORR CONTACT, VAP, ADVISED DELINQUENCY     090208
_ 090208 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE             090308


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
  DATE  SOURCE                   MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 090208 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE       090308
_ 090308 SYSTEM GD00 CALL ATTEMPTS 1) 080903                    090508
_ 090408 SYSTEM GD00 CALL ATTEMPTS 1) 080904                    090608
_ 090508 SYSTEM GD00 CALL ATTEMPTS 1) 080905                    090708
_ 090808 SYSTEM GD00 CALL ATTEMPTS 1) 080908                    091008
_ 090908 SYSTEM GD00 CALL ATTEMPTS 1) 080909                    091108
_ 091008 SYSTEM GD00 CALL ATTEMPTS 1) 080910                    091208
_ 091108 SYSTEM GD00 CALL ATTEMPTS 1) 080911                    091308
_ 091208 SYSTEM GK00 DELQ DAYS REDUCED FROM 056 TO 026 FOR LOAN(S) 01,0  091308
                                                                       2
_ 091208 SYSTEM GD00 CALL ATTEMPTS 1) 080912                    091408
_ 091308 SYSTEM GD00 CALL ATTEMPTS 1) 080913                    091608
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  12345678901234567890
                        UNITY CD _____    _____
   DATE   SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 091408 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                    091408
_ 091408 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE              091408
_ 091508 SYSTEM GD00 CALL ATTEMPTS 1) 080915                          091708
_ 091608 SYSTEM GD00 CALL ATTEMPTS 1) 080916                          091808
_ 091808 SYSTEM P099 MONTHLY BILL: SLM                               E091908
_ 091808 SYSTEM GD00 CALL ATTEMPTS 1) 080918                          092008
_ 091908 SYSTEM GD00 CALL ATTEMPTS 1) 080919                          092108
_ 092408 E53021 GH00 PRCSD FORB FRM 071808 TO 121708                  092408
_ 092408 E53021 F398 PRIV CRED: NOTICE TO BORR FORB APPROVED         E092408
_ 092408 E53021 F399 PRIV CRED: NOTICE TO COS FORB APPROVED           092408
_ 092408 E53021 F399 PRIV CRED: NOTICE TO COS FORB APPROVED           092408
_ 092408 E53021 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  092408


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  12345678901234567890

```
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  092408 E53021 G580 PC FORB PMT TAKEN VIA SPEED PAY                092408
_  092408 E46830 G896 REQUIRED FIRST SELECT STEP MONTHLY PAYMENT WAIVED  092408
_  092408 SYSTEM GK00 DELQ DAYS REDUCED FROM 037 TO 000 FOR LOAN(S) 01,0  092508
                                                                       2
_  092508 SYSTEM GK00 CANCEL REASON CD: FB WITH AGENCY WCC   FOR LOANS   092508
                    01,02
_  092508 E24748 G317 POSTED CREDIT/DEBIT TRANSACTNS, FORB PMT RECEIVED  092508
_  110208 SYSTEM H222 CHANGE IN TERMS PRVT LN BORR                  110208
_  110308 CHTERP GE34 RECVD ENROLLMENT UPDATE; NAT                  110308
_  110308 CHTERP GE00 002441   W EFF 050908 CD 091908              110308
_  121808 SYSTEM P099 MONTHLY BILL: SLM                           E121808
_  011309 SYSTEM K190 2008 1098-E W/SALLIE MAE PRIV POL             011309
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  011309 SYSTEM TX00 1098E - BORR HAS MULTI SFX OR ON MULTI D/B    011309
_  011309 SYSTEM GB00 ANNUAL PRIVACY POLICY PIGGYBACKED WITH K190 LTR  011309
_  011809 SYSTEM P099 MONTHLY BILL: SLM                           E011709
_  011809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  011709
                    COS CALLS ADJ
_  012209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)             012209
                    01,02
```

```
_ 012709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE              012809
_ 012709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE        012809
_ 020509 SYSTEM GD00 CALL ATTEMPTS 1) 090205                     020709
_ 020609 SYSTEM GD00 CALL ATTEMPTS 1) 090206                     020809
_ 021009 SYSTEM GD00 CALL ATTEMPTS 1) 090210                     021209


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                 PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 021109 SYSTEM GD00 CALL ATTEMPTS 1) 090211                     021309
_ 021209 SYSTEM GD00 CALL ATTEMPTS 1) 090212                     021409
_ 021309 SYSTEM GD00 CALL ATTEMPTS 1) 090213                     021509
_ 021609 SYSTEM GD00 CALL ATTEMPTS 1) 090216                     021809
_ 021709 SYSTEM GD00 CALL ATTEMPTS 1) 090217                     021909
_ 021809 E53413 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY      021809
_ 021809 E53413 TD00 BRO MDE PYMT IAO $159.43 DTD 2/18/09 CFM#6061781  021809
_ 021809 SYSTEM P099 MONTHLY BILL: SLM                          E021909
_ 021809 SYSTEM GD00 CALL ATTEMPTS 1) 090218                     022009
_ 021909 SYSTEM GK00 DELQ DAYS REDUCED FROM 032 TO 000 FOR LOAN(S) 01,0  022009
                                                                   2


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 022009 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   022009
               01,02
_ 031809 SYSTEM P099 MONTHLY BILL: SLM                                   E031909
_ 031809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    031909
               COS CALLS ADJ
_ 032309 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                   032209
               01,02
_ 032309 TE0800 GB00 PC LOAN SET VISIBLE TO L! BY FLIPPER PROGRAM        032409
_ 032309 TE0800 GB00 PC LOAN SET VISIBLE TO L! BY FLIPPER PROGRAM        032409
_ 032309 TE0800 GB00 PC LOAN SET VISIBLE TO L! BY FLIPPER PROGRAM        032409
_ 032309 TE0800 GB00 PC LOAN SET VISIBLE TO L! BY FLIPPER PROGRAM        032409
_ 032309 TE0800 GB00 PC LOAN SET VISIBLE TO L! BY FLIPPER PROGRAM        032409


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 032709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                      032809
_ 032709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE                032809
```

```
_ 040809 SYSTEM GD00 CALL ATTEMPTS 1) 090408                              041009
_ 040909 E45600 TX00 PMT AMT =    155.24          SCHD DT = 2009-04-09  040909
                     CFM NUM = 142828040909       FEE AMT = 10.00
                     LOAN(S) SELECTED =           12..................
_ 040909 SYSTEM TX00 PMT CONFIRMATION MAIL GENERATED                     040909
                     ID = NUMBER9HOT@YAHOO.COM
                     CFM NUM = 142828040909
_ 041309 SYSTEM GK00 DELQ DAYS REDUCED FROM 026 TO 000 FOR LOAN(S) 01,0  041409
                                                                            2



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 041409 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  041409
                 01,02
_ 041909 SYSTEM P099 MONTHLY BILL: SLM                                  E041909
_ 051809 SYSTEM P099 MONTHLY BILL: SLM                                  E051809
_ 051809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   051909
                 COS CALLS ADJ
_ 052209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  052209
                 01,02
_ 052709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                     052809
_ 052709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               052809
_ 052809 E16319 GJ00 PER FORB FEE CLNUP SAS, RVRSD/RAPPLD FORB FEE      052809
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____  CONT _
 _ 060809 E57908 TX00 PMT AMT =   100.00          SCHD DT = 2009-06-08  060809
                 CFM NUM = 142653060809       FEE AMT =  0.00
                 LOAN(S) SELECTED =        12.................
 _ 060809 SYSTEM TX00 PMT CONFIRMATION MAIL GENERATED                  060809
                 ID = NUMBER9HOT@YAHOO.COM
                 CFM NUM = 142653060809
 _ 061009 SYSTEM GK00 DELQ DAYS REDUCED FROM 023 TO 000 FOR LOAN(S) 01,0  061109
                                                                        2
 _ 061109 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  061109
                  01,02
 _ 061509 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                   061509
 _ 061509 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                   061509


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                  UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 061809 SYSTEM P099 MONTHLY BILL: SLM                            E061909
_ 061809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  061909
                     COS CALLS ADJ
_ 062109 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE              062109
_ 062109 SYSTEM H769 BIP ELGBLTY LTR:SLMA DIRCT DEBT DISCOUNT     E062109
_ 062209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)            062109
                     01,02
_ 062809 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE              062809
_ 062809 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE        062809
_ 070309 CISCAL GR71 VERIFIED BORROWER E-MAIL ADDRESS            070309
_ 070309 CISCAL C150 BORROWER E-MAIL ADDRESS CHANGED             070309
_ 070309 CISCAL GY89 RECEIVED BORROWER'S E-MAIL ADDRESS          070309


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER   **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 070309 CISCAL GR78 BORROWER REQUESTED PROMO MAILINGS           070309
_ 070309 CISCAL C152 E-MAIL USE FLAG CHANGE                      070309
_ 070309 MYL    TW50 LOGIN SUCCESSFUL                            070309
_ 070309 MYL    TX12 BORROWER VIEWED DEMOGRAPHICS VIA INTERNET   070309
_ 070609 E57497 TX00 PMT AMT =      73.51        SCHD DT = 2009-07-06 070609
                     CFM NUM = 133441070609      FEE AMT =  0.00
                     LOAN(S) SELECTED =          12.................
```

```
_ 070609 SYSTEM TX00 PMT CONFIRMATION MAIL GENERATED                  070609
                    ID = JAMERIALBENSON@YAHOO.COM
                    CFM NUM = 133441070609
_ 070709 SYSTEM GK00 DELQ DAYS REDUCED FROM 019 TO 000 FOR LOAN(S) 01,0  070809
                                                                           2


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 070809 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  070809
                    01,02
_ 071909 SYSTEM P099 MONTHLY BILL: SLM                                  E071909
_ 071909 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   071909
                    COS CALLS ADJ
_ 072209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  072209
                    01,02
_ 072709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                     E072809
_ 072709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               072809
_ 081209 E58815 GD00 Borrower Telephoned Office                         081209
_ 081209 E58815 TD00 VAP                                                081209
_ 081209 E58815 GD00 Payment(s) Taken (Promise to Pay)                  081209


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE   SOURCE                     MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 081209 E58815 MK00 SPAY - CHKD payment scheduled on 1-01,1-02 for 08/  081209
                      12/09 iao $130.07 conf #6858740
 _ 081309 SYSTEM GK00 DELQ DAYS REDUCED FROM 026 TO 000 FOR LOAN(S) 01,0   081409
                                                                             2
 _ 081309 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 090813 1229 RA      081409
 _ 081409 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS    081409
                      01,02
 _ 081809 SYSTEM P099 MONTHLY BILL: SLM                                   E081909
 _ 091809 SYSTEM P099 MONTHLY BILL: SLM                                   E091909
 _ 091809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD     091909
                      COS CALLS ADJ


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE   SOURCE                     MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 092209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                    092209
                      01,02
```

```
_ 092709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE               E092709
_ 092709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE          092709
_ 092709 282282 GJ00 1098E EMAIL PERMISSIONS REMOVED / UPDATED     092709
                     1098E PERMISSIONS REQUESTED VIA EMAIL CAMPAIGN
_ 092709 282282 C152 E-MAIL USE FLAG CHANGE                       092709
_ 100109 E58181 GD00 Borrower Telephoned Office                   100109
_ 100109 E58181 TD00 VAP                                          100109
_ 100109 E58181 GD00 Payment(s) Taken (Promise to Pay)            100109
_ 100109 E58181 MK00 SPAY - CC payment scheduled on 01-1;02-1 for 10/01  100109
                     /09 iao $100.00 conf #7109624


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____    _____
  DATE  SOURCE                     MESSAGE                      PST/RESOLVE
 032723 E18565 ____ _____ CONT _
_ 100209 SYSTEM GK00 DELQ DAYS REDUCED FROM 014 TO 000 FOR LOAN(S) 01,0  100309
                                                                            2
_ 100309 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC   FOR LOANS   100309
                     01,02
_ 101809 SYSTEM P099 MONTHLY BILL: SLM                             E101809
_ 101809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  101809
                     COS CALLS ADJ
_ 102209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)            102209
                     01,02
_ 102709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE               E102809
_ 102709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE          102809
_ 110309 E58992 GD00 Borrower Telephoned Office                   110309
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME  JAMERIAL Q BENSON                                OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

                    UNITY CD _____   _____

   DATE   SOURCE                    MESSAGE                      PST/RESOLVE

   032723 E18565 ____ _____  CONT _

_ 110309 E58992 TD00 VAP                                            110309

_ 110309 E58992 GD00 Payment(s) Taken (Promise to Pay)             110309

_ 110309 E58992 MK00 SPAY: CC payment scheduled on 01-1;02-1 for 11/03/  110309

                 09 iao $57.00.  Speedpay conf #7280705.

_ 110309 E58992 MK00 cmbm br was delq bc he was in a fin situation   110309

_ 111309 SYSTEM GK00 DELQ DAYS REDUCED FROM 026 TO 000 FOR LOAN(S) 01,0  111409

                                                                           2

_ 111409 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   111409

                 01,02

_ 111809 SYSTEM P099 MONTHLY BILL: SLM                             E111909

_ 111809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  111909

                 COS CALLS ADJ

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******

NAME  JAMERIAL Q BENSON                                OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 112309 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                 112209
                      01,02
_ 112709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                  E112809
_ 112709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE             112809
_ 121209 E59597 GD00 Phoned Co-Borrower @ --, Right Party Contact: Co-B 121209
                      orrower
_ 121209 E59597 GD00 VAP                                              121209
_ 121209 E59597 MK00 Co-signer unable to pay - cos sttd when borr gets 121209
                      to his house he is going to have borr take care of
                      pymnt
_ 121409 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 091214 2130 RV    121509
_ 121509 E59201 GD00 Borrower Telephoned Office                       121509


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 121509 E59201 TD00 VAP                                              121509
_ 121509 E59201 GD00 Payment(s) Taken (Promise to Pay)                121509
_ 121509 E59201 MK00 SPAY: CC payment scheduled on 01-1;02-1 for 12/15/ 121509
                      09 iao $62.15.  Speedpay conf #7515594.  Special I
                      nstructions:delq.
_ 121609 SYSTEM GK00 DELQ DAYS REDUCED FROM 028 TO 000 FOR LOAN(S) 01,0 121709
```

2

```
_ 121709 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   121709
                      01,02
_ 121809 SYSTEM P099 MONTHLY BILL: SLM                                   E121909
_ 121809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    121909
                      COS CALLS ADJ


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                        MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 122209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                   122209
                      01,02
_ 122709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                      E122709
_ 122709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE                122709
_ 010610 SYSTEM MP99 LATE FEE ADJ INVOKED PER PROJECT #3008449           010610
_ 011310 E59718 GD00 Phoned Borrower @ , Call Terminated                 011310
_ 011310 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 100113 1029 RV    011410
_ 011710 SYSTEM K306 SLM PRIVACY POLICY NOTIFY ANNUAL NOTICE             E011710
_ 011710 SYSTEM GB00 ANNUAL PRIVACY POLICY PIGGYBACKED WITH K306 LTR     011710
_ 011810 SYSTEM P099 MONTHLY BILL: SLM                                   E011910
_ 012110 E60313 GD00 Borrower Telephoned Office                          012110
_ 012110 E60313 TD00 VAP                                                 012110


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 012110 E60313 GD00 Payment(s) Taken (Promise to Pay)               012110
_ 012110 E60313 MK00 SPAY: CC payment scheduled on 01-1;02-1 for 01/24/  012110
                     10 iao $160.00.  Speedpay conf #7716624.
_ 012710 SYSTEM GK00 DELQ DAYS REDUCED FROM 040 TO 000 FOR LOAN(S) 01,0  012810
                                                                        2
_ 012910 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   012910
                     01,02
_ 021810 SYSTEM P099 MONTHLY BILL: SLM                              E021910
_ 021810 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   021910
                     COS CALLS ADJ
_ 022210 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)              022110
                     01,02

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 022510 IVRTX1 TK04 BTO, REQUESTED ACCOUNT INFORMATION            022510
_ 022510 IVRTX1 TK00 16:25:24Central ADVISED BORR NEXT PMT 134.28,   022510
```

```
                   DUE 03/17/2010, DLQT AMT 60.19
_ 022510 IVRTX1 TX15 BORROWER ACCESSED TAX INFORMATION FROM VRU        022510
_ 022810 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                   E022810
_ 022810 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE              022810
_ 031810 SYSTEM P099 MONTHLY BILL: SLM                                E031910
_ 031810 SYSTEM P102 NEW BILL SUMMARY PAGES                           E031910
_ 032610 E60846 GD00 Phoned Borrower @ 601-906-4145 Right Party Contact 032610
                    : Borrower
_ 032610 E60846 MK00 said he was sry he forgot to pay he will make that 032610
                     pymt when he gets off work


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 033010 IVRFL6 TK04 BTO, REQUESTED ACCOUNT INFORMATION              033010
_ 033010 IVRFL6 TK04 BTO, REQUESTED ACCOUNT INFORMATION              033010
_ 033010 C41923 GD57 PHONED BORROWER LMTC PM                        A033010
_ 033010 E60616 GD00 Borrower Telephoned Office                      033010
_ 033010 E60616 TD00 VAP                                            033010
_ 033010 E60616 GD00 Payment(s) Taken (Promise to Pay)              033010
_ 033010 E60616 MK00 SPAY: CC payment scheduled on 01-1;02-1 for 03/30/ 033010
                    10 iao $75.00.  Speedpay conf #8117031.
_ 033010 SYSTEM GK00 DELQ DAYS REDUCED FROM 040 TO 013 FOR LOAN(S) 01,0 033110
                                                                       2
_ 041810 SYSTEM P099 MONTHLY BILL: SLM                              E041810
_ 041810 SYSTEM P102 NEW BILL SUMMARY PAGES                         E041810
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____   CONT _
_ 042010 SYSTEM P099 MONTHLY BILL: SLM                              E042010
_ 042010 SYSTEM P102 NEW BILL SUMMARY PAGES                         E042010
_ 042610 SYSTEM P099 MONTHLY BILL: SLM                               042610
_ 042610 SYSTEM P102 NEW BILL SUMMARY PAGES                          042610
_ 042610 SYSTEM K156 EMAIL BAD ADDRESS LETTER                        042610
_ 042610 MERCRY C151 E-MAIL VALID FLAG CHANGE                        042610
_ 042610 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:051710   3@   $74.12  042610
                    NEW COUPONS HAVE BEEN REQUESTED
_ 042610 360701 GJ00 PREVIOUS K156 EMAIL BAD ADDRESS LETTER GENERATED  042610
                    IN ERROR, EMAIL VALID FLAG RESTORED
_ 050210 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                  E050210
_ 050210 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE             050210


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                       PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 050510 E47201 GD00 Phoned Co-Borrower @ 601-892-5077; No Message Left  050510
_ 050510 E59371 GD00 Phoned Co-Borrower @ 601-892-5077, Call Terminated  050510
_ 050610 E53701 GD00 Phoned Co-Borrower @ 601-892-5077, Right Party Con  050610
                     tact: Co-Borrower
_ 050610 E53701 GD00 VAP                                                 050610
_ 050610 E53701 MK00 cos said he will cl the borrower --adviced borrowe  050610
                     r didnt call us
_ 050610 IVRFL5 TK04 BTO, REQUESTED ACCOUNT INFORMATION                  050610
_ 050610 E59899 GD00 Borrower Telephoned Office                          050610
_ 050610 E59899 TD00 VAP                                                 050610
_ 050610 E59899 MK00 bor said he wants call first before the cos is      050610
_ 051010 E59396 GD00 Phoned Co-Borrower @ 601-892-5077, No Message Left  051010


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                       PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 051210 E58184 GD00 Phoned Co-Borrower @ 601-892-5077, No Message Left  051210
_ 051510 E40867 GD00 SENT EMAIL OFF  LIST/ ADV OF ONLINE PMT            051510
_ 051510 E40867 MD09 EMAIL HAS BEEN SENT                                051510
_ 051510 E40867 MG81 DIRECTED BORROWER TO MYL FOR DELQ RESOLUTION       051510
_ 051810 SYSTEM P099 MONTHLY BILL: SLM                                 E051910
_ 051810 SYSTEM P102 NEW BILL SUMMARY PAGES                            E051910
_ 052010 E58734 GD00 Phoned Borrower @ 601-906-4145 Right Party Contact  052010
```

```
                            : Borrower
_ 052010 E58734 GD00 VAP                                              052010
_ 052010 E58734 MK00 CUST WORKS FOR C & I, CUST. RFSD POB PHONE #.    052010
_ 052010 E58734 GD00 Artiva Enrollment Status changed from UNKW to WRET 052010




I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE  SOURCE                     MESSAGE                     PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 052010 E58734 GD00 Artiva Delinquency Reason changed from UNKW to KNO 052010
                     W
_ 052010 E58734 MK00 .                                               052010
_ 052010 E58734 GD00 Payment(s) Taken (Promise to Pay)               052010
_ 052010 E58734 MK00 SPAY: CC payment scheduled on 01-1;02-1 for 05/20/ 052010
                     10 iao $75.00.  Speedpay conf #8401585.  Special I
                     nstructions:01,02.
_ 052110 SYSTEM GK00 DELQ DAYS REDUCED FROM 064 TO 034 FOR LOAN(S) 01,0 052210
                                                                       2
_ 052410 E52274 GS00 MAIL RETURNED - P099                            052410
_ 052410 E52274 MS02 RECEIVED RETURNED MAIL, SENT TO SKIP TRACING    052410
_ 052410 E52274 GS00 MAIL RETURNED - P102                            052410


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  052410 SYSTEM C006 ADDRESS CHANGE                              052410
_  052410 SYSTEM C355 BORR TEMP/ALT ADDRESS CHANGED TO PRIMARY RESIDENCE 052410
_  053110 E59939 GD00 Phoned Co-Borrower @ 601-892-5077, Call Terminated 053110
_  053110 E61219 GD00 Phoned Co-Borrower @ 601-892-5077; No Answer 053110
_  060110 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE             E060210
_  060110 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE        060210
_  060310 PCSUPE GD00 Email 03 requested for BOR JAMERIAL BENSON  061110
_  060310 PCSUPE GD00 Email 03 requested for BOR JAMERIAL BENSON  061110
_  060710 IVRTX8 TK04 BTO, REQUESTED ACCOUNT INFORMATION          060710
_  060710 E61666 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY     C060710
_  060710 E61666 TD00 INBOUND FREE FORM                          060710
_  060710 E61666 TK00 TRANSFER PRIVATE                           060710


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  060710 E58560 GD00 Borrower Telephoned Office                  060710
_  060710 E58560 TD00 VAP                                         060710
```

```
_ 060710 E58560 MK00 borr made pmnt/ will call back next week to make r  060710
                      est of  pmnt
_ 060710 E58560 GD00 Payment(s) Taken (Promise to Pay)                   060710
_ 060710 E58560 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 06/1  060710
                      4/10 iao $132.49.  Speedpay conf #8496886.
_ 061410 SYSTEM GK00 DELQ DAYS REDUCED FROM 057 TO 000 FOR LOAN(S) 01,0  061510
                                                                         2
_ 061510 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC   FOR LOANS    061510
                      01,02
_ 061810 SYSTEM P099 MONTHLY BILL: SLM                                  E061910
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER   **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                   MESSAGE                    PST/RESOLVE
 032723 E18565 _____ _____ CONT _
_ 061810 SYSTEM P102 NEW BILL SUMMARY PAGES                     E061910
_ 061810 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD     061910
                      COS CALLS ADJ
_ 062210 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                   062210
                      01,02
_ 062710 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                     E062710
_ 062710 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               062710
_ 062810 IVRFL5 TK04 BTO, REQUESTED ACCOUNT INFORMATION                 062810
_ 062810 C41729 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY             C062810
_ 062810 C41729 TK00 ADV FORB FEE                                       062810
_ 062810 C41729 TX72 BORR VERBALLY REQUESTED SELECT STEP/EXTENDED REPAY 062810
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
                       UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____    CONT _
 _ 062810 C41729 TK00 BORROWER PHONE CONTACT RE: VALIDATED CALLER, FORB  062810
                      RQST
 _ 062910 SYSTEM C006 ADDRESS CHANGE                             062910
 _ 062910 SYSTEM G200 FACS/EGL1: SAC:   0200     RCVD NEW ADDRESS FROM G  062910
                      UARANTOR - 6811 OLD CANTON RD,APT 3103,RIDGELAND,M
                      S 39157
 _ 070810 E57292 GL00 CELL PHONE POSTCARD MAILED 050310          070810
 _ 071410 SYSTEM GD00 CALL ATTEMPTS 1) 100714 1209 RN            071510
 _ 071410 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER  090111
                      COSIGNER 01 CALL ATTEMPTS 1) 100714 1209
 _ 071510 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON  071510
 _ 071510 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON  071510


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  071810 SYSTEM P099 MONTHLY BILL: SLM                            E071810
_  071810 SYSTEM P102 NEW BILL SUMMARY PAGES                       E071810
_  072010 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON    072010
_  072010 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON    072010
_  072210 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON 072210
_  072210 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON 072210
_  072410 SYSTEM GD00 CALL ATTEMPTS 1) 100724 1132 RV              072510
_  080110 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE              E080110
_  080110 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE         080110
_  080110 E59371 GD00 Phoned Borrower @ 601-906-4145, No Message Left 080110
_  080110 E60015 GD00 Borrower Telephoned Office                   080110
_  080110 E60015 TD00 VAP                                          080110


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  080110 E60015 MK00 Borrower unable to pay - borr sttd he will call ba 080110
                       ck
_  080110 E60015 GD00 1 Click Message Delivered.  - Phoned Borrower @ 60 080110
                       1-906-4145, Left Message On Answering Machine
_  080110 E60015 GD00 Phoned Borrower @ ; No Answer               080110
_  080210 E57579 GD00 Phoned Borrower @ 601-906-4145 Right Party Contact 080210
                       : Borrower
```

```
_ 080210 E57579 GD00 VAP                                             080210
_ 080210 E57579 GD00 Payment(s) Taken (Promise to Pay)              080210
_ 080210 E57579 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 08/0  080210
                    2/10 iao $75.00.  Speedpay conf #8844169.



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 080310 SYSTEM GK00 DELQ DAYS REDUCED FROM 046 TO 017 FOR LOAN(S) 01,0  080410
                                                                         2
_ 081310 SYSTEM GD00 CALL ATTEMPTS 1) 100813 1202 RN               081410
_ 081310 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER  090111
                    COSIGNER 01 CALL ATTEMPTS 1) 100813 1202
_ 081710 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON     081710
_ 081710 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON     081710
_ 081810 SYSTEM P099 MONTHLY BILL: SLM                            E081910
_ 081810 SYSTEM P102 NEW BILL SUMMARY PAGES                       E081910
_ 082210 SYSTEM GD00 CALL ATTEMPTS 1) 100822 1238 RN               082410
_ 082210 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER  090111
                    COSIGNER 01 CALL ATTEMPTS 1) 100822 1238


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 082310 SYSTEM GD00 CALL ATTEMPTS 1) 100823 1237 RN                   082410
 _ 082310 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER  090111
                      COSIGNER 01 CALL ATTEMPTS 1) 100823 1237
 _ 082410 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON  082410
 _ 082410 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON  082410
 _ 083110 E57036 GD00 Phoned Borrower @ 601-906-4145, No Message Left    083110
 _ 083110 E61222 GD00 Borrower Telephoned Office                         083110
 _ 083110 E61222 TD00 VAP                                                083110
 _ 083110 E61222 MK00 Borrower unable to pay - br called to verify the l 083110
                      ast pymt that was made to his acct.
 _ 083110 CISCAL GR71 VERIFIED BORROWER E-MAIL ADDRESS                   083110
 _ 083110 CISCAL GR78 BORROWER REQUESTED PROMO MAILINGS                  083110


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 083110 CISCAL C152 E-MAIL USE FLAG CHANGE                            083110
 _ 083110 MYL    TW50 LOGIN SUCCESSFUL                                  083110
```

```
_ 083110 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET    083110
_ 083110 MYL    TX00 PMT AMT =148.00    BILL GRP =01                      083110
                     CFM NUM =100107083110
_ 083110 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                       090110
_ 083110 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE                 090110
_ 083110 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:091710   2@   $74.53      083110
                     NEW COUPONS HAVE BEEN REQUESTED
_ 083110 SYSTEM GS00 CREDIT B RPT - MSC=71 FCRA DT=08162010 SPL CMT=      090210
                     FOR LOAN(S) 01,02


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                   PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 090110 SYSTEM GK00 DELQ DAYS REDUCED FROM 045 TO 000 FOR LOAN(S) 01,0  090210
                                                                            2
_ 090210 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   090210
                     01,02
_ 091910 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    091910
                     COS CALLS ADJ
_ 092210 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                   092210
                     01,02
_ 092710 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                      092810
_ 092710 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE                092810
_ 101410 SYSTEM GD00 CALL ATTEMPTS 1) 101014 1427 RV                     101510
_ 101410 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON   101510
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 ____ _____ CONT _
 _ 101410 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON   101510
 _ 101810 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:111710   3@   $74.71     101810
                    NEW COUPONS HAVE BEEN REQUESTED
 _ 101910 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON          102010
 _ 101910 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON          102010
 _ 102410 SYSTEM GD00 CALL ATTEMPTS 1) 101024 1243 RN                     102610
 _ 102410 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER   090111
                    COSIGNER 01 CALL ATTEMPTS 1) 101024 1243
 _ 102510 SYSTEM GD00 CALL ATTEMPTS 1) 101025 1243 RV                     102610
 _ 102610 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON   102710
 _ 102610 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON   102710
 _ 110110 E61413 GD00 Phoned Co-Borrower @ 601-892-5077, Call Terminated  110110


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                         UNITY CD _____   _____
   DATE  SOURCE                          MESSAGE                          PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 110110 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                         110210
_ 110110 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE                   110210
_ 110310 E56887 GD00 Phoned Borrower @ 601-906-4145, No Message Left        110310
_ 110310 E52646 GD00 Phoned Borrower @ 601-906-4145; No Answer              110310
_ 110310 E58856 GD00 Phoned Borrower @ 601-906-4145 Right Party Contact     110310
                       : Borrower
_ 110310 E58856 GD00 VAP                                                    110310
_ 110310 E58856 GD00 Payment(s) Taken (Promise to Pay)                      110310
_ 110310 E58856 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 11/1     110310
                       5/10 iao $150.00.  Speedpay conf #9433906.
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                         UNITY CD _____   _____
   DATE  SOURCE                          MESSAGE                          PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 110310 E58856 MK00 borr unable to come up w/ full present amount due      110310
                       but was able to post date past due amount for 11/1
                       5/2010, borr just overextended
_ 110310 SYSTEM GD00 CALL ATTEMPTS 1) 101103 1148 RN                        110410
_ 110310 PCSUPE GD00 Email 03 requested for BOR JAMERIAL BENSON             110410
_ 110310 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER      090111
                       COSIGNER 01 CALL ATTEMPTS 1) 101103 1148
```

```
_ 111310 SYSTEM GD00 CALL ATTEMPTS 1) 101113 1159 RN                111410
_ 111310 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER  090111
                     COSIGNER 01 CALL ATTEMPTS 1) 101113 1159
_ 111510 SYSTEM GK00 DELQ DAYS REDUCED FROM 058 TO 000 FOR LOAN(S) 01,0  111610
                                                                            2


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 111610 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  111610
                     01,02
_ 111810 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   111910
                     COS CALLS ADJ
_ 112210 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  112110
                     01,02
_ 112310 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                    112310
_ 112310 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                    112310
_ 112810 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                     112810
_ 112810 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               112810
_ 120810 PCSUPL GD00 Letter 726 requested for BOR JAMERIAL BENSON       120910
_ 121410 SYSTEM GD00 CALL ATTEMPTS 1) 101214 1125 RN                    121510


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____

   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 121410 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER   090111
                      COSIGNER 01 CALL ATTEMPTS 1) 101214 1125
 _ 121610 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON   122110
 _ 122110 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON          122210
 _ 122510 SYSTEM GD00 CALL ATTEMPTS 1) 101225 1135 RN                     122610
 _ 122510 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER   090111
                      COSIGNER 01 CALL ATTEMPTS 1) 101225 1135
 _ 010211 SYSTEM GD00 LTR D056 NOT SENT-STATUS 32  AUX 01 - ACCT  45 DAY  010211
                      S DIMP
 _ 010311 SYSTEM GD00 CALL ATTEMPTS 1) 110103 1134 RN                     010411
 _ 010311 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER   090111
                      COSIGNER 01 CALL ATTEMPTS 1) 110103 1134


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 010411 MYL    TW50 LOGIN SUCCESSFUL                                    010411
 _ 010411 E56975 GD00 Borrower Telephoned Office                         010411
```

```
_ 010411 E56975 TD00 VAP                                        010411
_ 010411 E56975 GD00 Payment(s) Taken (Promise to Pay)         010411
_ 010411 E56975 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 01/1  010411
                0/11 iao $170.00.  Speedpay conf #9805796.
_ 010411 PCSUPE GD00 Email 03 requested for BOR JAMERIAL BENSON 010511
_ 010411 SYSTEM GD00 CALL ATTEMPTS 1) 110104 1932  A           010611
_ 011011 SYSTEM GK00 DELQ DAYS REDUCED FROM 053 TO 000 FOR LOAN(S) 01,0  011111
                                                                      2
_ 011111 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC   FOR LOANS  011111
                01,02


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
 032723 E18565 _____ _____ CONT _
_ 011611 SYSTEM K306 SLM APN COVER LTR GENERATED BY CLASS        011611
_ 011611 SYSTEM GB00 KEY ACTIVITY 3 - ANNUAL PRIVACY POLICY      011611
                PIGGYBACKED WITH K306 LTR
_ 011811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  011811
                COS CALLS ADJ
_ 011811 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:021711  3@  $74.20  011811
                NEW COUPONS HAVE BEEN REQUESTED
_ 012211 SYSTEM GK00 PLACED WITH AGENCY WCC   LOAN(S)            012211
                01,02
_ 012711 SYSTEM GD00 LTR D053 NOT SENT-STATUS 32  AUX 01 - ACCT  10 DAY  012711
                S DIMP
_ 020211 CCIIVR TK04 BTO, REQUESTED ACCOUNT INFORMATION          020211
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                                 OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____    LOANS SELECTED   12345678901234567890

                    UNITY CD _____   _____

  DATE   SOURCE                         MESSAGE                      PST/RESOLVE

  032723 E18565 ____ _____  CONT _

_ 020211 C44748 C572 PHONE CONSENT HAS BEEN CHANGED                  020211

_ 020211 C44748 C572 PHONE CONSENT HAS BEEN CHANGED                  020211

_ 020211 C44748 GR34 OFFERED SPEEDPAY OPTION, BORR DECLINED DUE TO FEE  020211

_ 020211 E57625 GD00 Borrower Telephoned Office                      020211

_ 020211 E57625 TD00 VAP                                             020211

_ 020211 E57625 GD00 Payment(s) Taken (Promise to Pay)              020211

_ 020211 E57625 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 02/0  020211
                     8/11 iao $52.96.  Speedpay conf #9990166.

_ 020211 E57625 MK00 borr paid the delinquent amt and will call back to  020211
                     make the feb pmt when he gets paid

_ 020811 SYSTEM GK00 DELQ DAYS REDUCED FROM 021 TO 000 FOR LOAN(S) 01,0  020911

                                                                             2


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                                 OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____    LOANS SELECTED   12345678901234567890

```
                      UNITY CD _____    _____
   DATE   SOURCE                       MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  020911 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  020911
                      01,02
_  021811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   021911
                      COS CALLS ADJ
_  022211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  022211
                      01,02
_  022711 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                     022711
_  022711 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               022711
_  031011 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON  031111
_  031511 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON         031611
_  031611 IVRIN8 TK04 BTO, REQUESTED ACCOUNT INFORMATION                 031611


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER   ***************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED   12345678901234567890
                      UNITY CD _____    _____
   DATE   SOURCE                       MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  031611 C44533 TD00 B CALLED TO SAY THAT HE WILL GONNA MK PYMNT ONLINE 031611
                      TODAY
_  031611 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 110316 1113 RN  031611
_  032011 CISCAL GR71 VERIFIED BORROWER E-MAIL ADDRESS                   032011
_  032011 CISCAL GR78 BORROWER REQUESTED PROMO MAILINGS                  032011
_  032011 MYL    TW50 LOGIN SUCCESSFUL                                   032011
_  032011 MYL    TX00 PMT AMT =160.60    BILL GRP =01                    032011
```

```
                    CFM NUM =130621032011 APPLY PMT TO =Adv Due Dt
_ 032211 SYSTEM GK00 DELQ DAYS REDUCED FROM 032 TO 000 FOR LOAN(S) 01,0  032211
                                                                             2
_ 032311 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  032311
               01,02


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
               UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
  032723 E18565 _____ _____   CONT _
_ 041811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   041911
               COS CALLS ADJ
_ 041811 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:051711  3@  $74.44      041811
               NEW COUPONS HAVE BEEN REQUESTED
_ 042211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  042211
                01,02
_ 042711 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                     042811
_ 042711 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               042811
_ 051111 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON  051211
_ 051311 IVRIN9 TK04 BTO, REQUESTED ACCOUNT INFORMATION                 051311
_ 051311 C44752 TD00 XFERED TO PRIVATE                                  051311
_ 051311 C44752 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY            C051311


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                    OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 051311 E62435 GD00 Borrower Telephoned Office                          051311
 _ 051311 E62435 TD00 VAP                                                 051311
 _ 051311 MYL    TW50 LOGIN SUCCESSFUL                                    051311
 _ 051311 E62435 GD00 Payment(s) Taken (Promise to Pay)                   051311
 _ 051311 E62435 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 05/2  051311
                      8/11 iao $136.44.  Speedpay conf #10650032.
 _ 051311 E62435 MK00 bto, cmbm, vdob/ssn, borr said that he got a stmt   051311
                      that said he was not due until 6/17, said that he
                      was getting calls and wanted to call back to find
 _ 051311 E62435 MK00 out what was going on, adv of the pymt past due fo  051311
                      r april, borr was able to set up pymt iao $136.44
                      (pad) for 5/28, adv that now the next pymt would n

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                    OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 051311 E62435 MK00 ot be due until 6/17 iao $74.44                     051311
 _ 051411 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 110514 1112 RA    051511
```

```
_ 052411 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 110524 1114 RV   052511
_ 052911 SYSTEM GK00 DELQ DAYS REDUCED FROM 040 TO 000 FOR LOAN(S) 01,0   052911
                                                                          2
_ 053011 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS    052911
                     01,02
_ 053111 CCIIVR TK04 BTO, REQUESTED ACCOUNT INFORMATION                  053111
_ 053111 CCIIVR TK00 18:15:04Central ADVISED BORR NEXT PMT 74.44,        053111
                     DUE 06/17/2011
_ 053111 C43023 F018 FORBEARANCE DENIED: MAXIMUM TIME USED               053111
_ 053111 C43023 TK00 CARES requested generation of F018 letter           053111


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 053111 C43023 TK00 BORROWER PHONE CONTACT RE: BAL ?/PROBLEM, INTRST Q  053111
                     UEST, XPLND CAP INTRST, PYMT QUESTION/PROB
_ 061911 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    061811
                     COS CALLS ADJ
_ 062211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                   062211
                     01,02
_ 062211 CCIIVR TK04 BTO, REQUESTED ACCOUNT INFORMATION                  062211
_ 062211 CCIIVR TK00 21:32:37Central ADVISED BORR NEXT PMT 148.88,       062211
                     DUE 07/17/2011, DLQT AMT 74.44
_ 062211 MYL    TW50 LOGIN SUCCESSFUL                                    062211
_ 062211 MYL    TX00 PMT AMT =75.00    BILL GRP =01                      062211
                     CFM NUM =213837062211
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____   CONT _
 _ 062411 SYSTEM GK00 DELQ DAYS REDUCED FROM 006 TO 000 FOR LOAN(S) 01,0  062411
                                                                             2
 _ 062511 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   062511
                   01,02
 _ 071811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    071911
                   COS CALLS ADJ
 _ 071811 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:081711   3@   $74.66     071811
                   NEW COUPONS HAVE BEEN REQUESTED
 _ 072211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                   072211
                   01,02
 _ 072411 CCIIVR TK04 BTO, REQUESTED ACCOUNT INFORMATION                  072411


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                    UNITY CD _____   _____
  DATE   SOURCE                       MESSAGE                          PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 072411 CCIIVR TK00 14:06:20Central ADVISED BORR NEXT PMT 148.54,        072411
                    DUE 08/17/2011, DLQT AMT 73.88
_ 072511 MYL    TW50 LOGIN SUCCESSFUL                                     072511
_ 072511 MYL    TX00 PMT AMT =75.00     BILL GRP =01                      072511
                    CFM NUM =144822072511
_ 072711 SYSTEM GK00 DELQ DAYS REDUCED FROM 009 TO 000 FOR LOAN(S) 01,0   072711
                                                                             2
_ 072811 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS    072811
                     01,02
_ 080211 IVRIN1 TK04 BTO, REQUESTED ACCOUNT INFORMATION                   080211
_ 080211 IVRIN1 TK00 14:37:06Central ADVISED BORR NEXT PMT 73.54,         080211
                    DUE 08/17/2011

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                       MESSAGE                          PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 080211 C44548 K008 DIFFICULTY MAKING PAYMENTS                          E080211
_ 080211 C44548 TK00 K008 Letter/Form requested by CARES                  080211
_ 080211 C44548 GR71 VERIFIED BORROWER E-MAIL ADDRESS                     080211
_ 080211 C44548 GR78 BORROWER REQUESTED PROMO MAILINGS                    080211
_ 080211 C44548 C152 E-MAIL USE FLAG CHANGE                               080211
_ 080211 C44548 K024 CURRENT ACCOUNT INFORMATION                         E080211
_ 080211 C44548 TK00 BORROWER PHONE CONTACT RE: BAL ?/PROBLEM, INTRST Q   080211
```

```
                         UEST
_ 080211 SYSTEM P099 MONTHLY BILL: SLM                              E080311
_ 080211 SYSTEM P102 NEW BILL SUMMARY PAGES                        E080311
_ 081811 SYSTEM P099 MONTHLY BILL: SLM                             E081811
_ 081811 SYSTEM P102 NEW BILL SUMMARY PAGES                        E081811


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                        MESSAGE                     PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 081811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   081811
                    COS CALLS ADJ
_ 082211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  082111
                     01,02
_ 082811 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                     082811
_ 082811 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               082811
_ 090211 MYL    TW50 LOGIN SUCCESSFUL                                   090211
_ 090211 MYL    TX00 PMT AMT =86.00    BILL GRP =01                     090211
                    CFM NUM =150923090211
_ 090711 SYSTEM GK00 DELQ DAYS REDUCED FROM 020 TO 000 FOR LOAN(S) 01,0 090811
                                                                            2



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 090811 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   090811
                     01,02
 _ 091211 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                     091211
 _ 091211 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                     091211
 _ 091811 SYSTEM P099 MONTHLY BILL: SLM                                  E091811
 _ 091811 SYSTEM P102 NEW BILL SUMMARY PAGES                             E091811
 _ 091811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    091811
                     COS CALLS ADJ
 _ 092211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                   092211
                     01,02
 _ 092711 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                      092811
 _ 092711 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE                092811

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 100711 E64431 GD00 Phoned Using PC Cell @ 601-892-5077, Right Party C  100711
                     ontact: Co-Borrower
```

```
_ 100711 E64431 MK00 Co-signer unable to pay                        100711
_ 100711 E64431 MK00 cld cos, cmbmr, vdob, name, cos gave bor $ to pay,  100711
                       pnt not recieved yet
_ 100711 E59589 GD00 Phoned Borrower @ 601-906-4145 Right Party Contact  100711
                     : Borrower
_ 100711 E59589 GD00 Research Requested                             100711
_ 100711 E59589 MK00 person claimingto be borrowerverified dob os 9/5/8  100711
                     1 is info.inartiva correct?




I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                    PST/RESOLVE
 032723 E18565 ____ _____   CONT _
_ 100711 E59589 MK00 sttd he wasw borrower ver.dob that wasnot same ref  100711
                     used to verify anything 4else sttd tht he would ma
                     ke paymentonline.
_ 100711 SYSTEM GD00 CALL ATTEMPTS 1) 111007 1946  A               100911
_ 101011 E63475 GJ00 PER PCL RQST, PER SWIS DOC 061801 DOB LISTED ON  101011
                     111 IS CORRECT, WILL NEED PROOF TO CHANGE DOB
_ 101011 E63475 MO86 RCVD RQST IN PCL, MISCL                       101011
_ 101211 MYL    TW50 LOGIN SUCCESSFUL                              101211
_ 101211 MYL    C152 E-MAIL USE FLAG CHANGE                        101211
_ 101211 MYL    TX00 PMT AMT =80.00     BILL GRP =01              101211
                     CFM NUM =115121101211
_ 101211 E63754 GD00 Phoned Borrower @ 601-906-4145, Call Terminated  101211
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____    CONT _
_  101211 E52095 GD00 Phoned Borrower @ 601-906-4145, Call Terminated   101211
_  101211 SYSTEM GD00 CALL ATTEMPTS 1) 111012 1743  A               101411
_  101211 SYSTEM GD00 CALL ATTEMPTS 1) 111012 1524  A               101411
_  101311 SYSTEM GK00 DELQ DAYS REDUCED FROM 025 TO 000 FOR LOAN(S) 01,0  101411
                                                                         2
_  101411 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   101411
                     01,02
_  101811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    101911
                     COS CALLS ADJ
_  101811 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:111711   3@   $74.68     101811
                     NEW COUPONS HAVE BEEN REQUESTED


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                    PST/RESOLVE
 032723 E18565 _____ _____ CONT _
_ 102211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)              102211
                    01,02
_ 102511 MYL    TW50 LOGIN SUCCESSFUL                              102511
_ 102711 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE               102711
_ 102711 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE         102711
_ 110111 MYL    TW50 LOGIN SUCCESSFUL                              110111
_ 110111 MYL    TX00 PMT AMT =65.00     BILL GRP =01              110111
                    CFM NUM =221128110111
_ 110311 SYSTEM GK00 DELQ DAYS REDUCED FROM 016 TO 000 FOR LOAN(S) 01,0  110411
                                                                        2
_ 110411 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   110411
                    01,02

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER   ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                    PST/RESOLVE
 032723 E18565 _____ _____ CONT _
_ 111811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   111911
                    COS CALLS ADJ
_ 112211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)              112211
                    01,02
_ 112211 MYL    TW50 LOGIN SUCCESSFUL                              112211
_ 112211 MYL    TX00 PMT AMT =65.00     BILL GRP =01              112211
                    CFM NUM =160853112211
```

```
_ 112311 IVRIN8 TK04 BTO, REQUESTED ACCOUNT INFORMATION              112311
_ 112311 IVRIN8 TK00 15:28:37Eastern ADVISED BORR NEXT PMT 141.22,   112311
                     DUE 12/17/2011, DLQT AMT 66.54
_ 112711 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                  112711
_ 112711 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE            112711


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2  LOANS ALL   PROG **   STATUS ****  GUAR **  OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
  DATE  SOURCE                   MESSAGE                   PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 120611 IVR   TX00 IVR Call Information, Date of Call 12/06/2011, Tim  120611
                    e of Call 18:57:21, Caller Dialed 87093
_ 120611 IVR   TX83 CALL MONITOR DISCLOSURE READ DURING XFER FROM IVR   120611
_ 120611 E60320 GD00 Borrower Telephoned Office                        120611
_ 120611 E60320 GD00 Payment(s) Taken (Promise to Pay)                 120611
_ 120611 E60320 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 12/1 120611
                    6/11 iao $76.22.  Speedpay conf #12029115.
_ 120611 SYSTEM GD00 CALL ATTEMPTS 1) 111206 1438  A                   120811
_ 121411 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 111214 0903 RV     121511
_ 121611 SYSTEM GK00 DELQ DAYS REDUCED FROM 028 TO 000 FOR LOAN(S) 01,0 121711
                                                                        2


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 121711 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC   FOR LOANS  121711
                  01,02
_ 121911 IVR    TX00 IVR Call Information, Date of Call 12/19/2011, Tim  121911
                  e of Call 09:47:54, Caller Dialed 87093
_ 121911 MYL    TW50 LOGIN SUCCESSFUL                                121911
_ 122011 MYL    TW50 LOGIN SUCCESSFUL                                122011
_ 122011 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  122011
_ 122011 MYL    TW59 ACCOUNT INFORMATION ACCESSED VIA INTERNET       122011
_ 011712 MYL    TW50 LOGIN SUCCESSFUL                                011712
_ 011712 MYL    TX00 PMT AMT =74.68    BILL GRP =01                  011712
                  CFM NUM =155214011712
_ 011712 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  011712


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 011712 MYL    TW59 ACCOUNT INFORMATION ACCESSED VIA INTERNET       011712
_ 011712 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET   011712
```

```
_ 011812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   011812
                     COS CALLS ADJ
_ 011812 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:021712   3@   $74.96    011812
                     NEW COUPONS HAVE BEEN REQUESTED
_ 011912 SYSTEM GK00 DELQ DAYS REDUCED FROM 001 TO 000 FOR LOAN(S) 01,0 011912
                                                                                2
_ 012212 SYSTEM K306 SLM APN COVER LTR GENERATED BY CLASS               012212
_ 012212 SYSTEM GB00 KEY ACTIVITY 3 - ANNUAL PRIVACY POLICY             012212
                     PIGGYBACKED WITH K306 LTR


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                  OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 021912 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   021912
                     COS CALLS ADJ
_ 022112 CISCAL GR71 VERIFIED BORROWER E-MAIL ADDRESS                   022112
_ 022112 CISCAL GR78 BORROWER REQUESTED PROMO MAILINGS                  022112
_ 022112 CISCAL C152 E-MAIL USE FLAG CHANGE                            022112
_ 022112 MYL    TW50 LOGIN SUCCESSFUL                                   022112
_ 022112 MYL    TX00 PMT AMT =80.00    BILL GRP =01                     022112
                     CFM NUM =152103022112
_ 022112 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  022112
_ 022112 MYL    TW59 ACCOUNT INFORMATION ACCESSED VIA INTERNET          022112
_ 022112 MYL    TW50 LOGIN SUCCESSFUL                                   022112
_ 022112 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  022112
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                    OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                      UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                         PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 022112 MYL    TW59 ACCOUNT INFORMATION ACCESSED VIA INTERNET        022112
_ 022112 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE      022112
_ 022112 MYL    TW50 LOGIN SUCCESSFUL                                 022112
_ 022112 IVR    TX00 IVR Call Information, Date of Call 02/21/2012, Tim 022112
                     e of Call 16:36:11, Caller Dialed 87093
_ 022112 SYSTEM P099 MONTHLY BILL: SLM                               E022112
_ 022112 SYSTEM P102 NEW BILL SUMMARY PAGES                         E022112
_ 022212 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)               022212
                     01,02
_ 022212 SYSTEM GD00 CALL ATTEMPTS 1) 120222 1522  A                 022312
_ 022312 SYSTEM GK00 DELQ DAYS REDUCED FROM 005 TO 000 FOR LOAN(S) 01,0 022312
                                                                        2


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                    OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 022412 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   022412
                    01,02
_ 031812 SYSTEM P099 MONTHLY BILL: SLM                              E031812
_ 031812 SYSTEM P102 NEW BILL SUMMARY PAGES                        E031812
_ 031812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   031812
                    COS CALLS ADJ
_ 031912 MYL    TW50 LOGIN SUCCESSFUL                               031912
_ 031912 MYL    TX00 PMT AMT =70.00    BILL GRP =01                 031912
                    CFM NUM =151433031912
_ 032112 SYSTEM GK00 DELQ DAYS REDUCED FROM 003 TO 000 FOR LOAN(S) 01,0  032212
                                                                        2
_ 041812 SYSTEM P099 MONTHLY BILL: SLM                             E041912
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                           OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 041812 SYSTEM P102 NEW BILL SUMMARY PAGES                        E041912
_ 041812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   041912
                    COS CALLS ADJ
_ 042312 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)             042212
                    01,02
_ 042312 SYSTEM GD00 CALL ATTEMPTS 1) 120423 1633  V              042512
_ 042412 MYL    TW50 LOGIN SUCCESSFUL                              042412
```

```
_ 042412 MYL     TX00 PMT AMT =80.00     BILL GRP =01                    042412
                      CFM NUM =193005042412
_ 042412 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  042412
_ 042412 MYL     TW59 ACCOUNT INFORMATION ACCESSED VIA INTERNET          042412
_ 042512 sys     GD00 Email A9 requested for BOR JAMERIAL BENSON         042712
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  12345678901234567890
                 UNITY CD _____    _____
  DATE  SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 042612 SYSTEM GK00 DELQ DAYS REDUCED FROM 008 TO 000 FOR LOAN(S) 01,0  042712
                                                                              2
_ 042712 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   042712
                  01,02
_ 052012 SYSTEM P099 MONTHLY BILL: SLM                                   E051912
_ 052012 SYSTEM P102 NEW BILL SUMMARY PAGES                             E051912
_ 052012 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    051912
                  COS CALLS ADJ
_ 052012 MYL    TW50 LOGIN SUCCESSFUL                                    052012
_ 052012 MYL    TX00 PMT AMT =70.00     BILL GRP =01                     052012
                     CFM NUM =233412052012
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                       MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 052212 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                052212
                     01,02
 _ 052212 SYSTEM GK00 DELQ DAYS REDUCED FROM 004 TO 000 FOR LOAN(S) 01,0 052312
                                                                         2
 _ 052312 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS 052312
                     01,02
 _ 061812 MYL    TW50 LOGIN SUCCESSFUL                                 061812
 _ 061812 MYL    TX00 PMT AMT =80.00    BILL GRP =01                   061812
                     CFM NUM =161624061812
 _ 061812 SYSTEM P099 MONTHLY BILL: SLM                               E061912
 _ 061812 SYSTEM P102 NEW BILL SUMMARY PAGES                         E061912


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                       MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 061812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  061912
                     COS CALLS ADJ
```

```
_ 062012 SYSTEM GK00 DELQ DAYS REDUCED FROM 002 TO 000 FOR LOAN(S) 01,0   062112
                                                                              2
_ 071712 MYL     TW50 LOGIN SUCCESSFUL                                    071712
_ 071712 MYL     TX00 PMT AMT =69.70     BILL GRP =01                     071712
                      CFM NUM =230532071712
_ 071712 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   071712
_ 071712 MYL     TW59 ACCOUNT INFORMATION ACCESSED VIA INTERNET           071712
_ 071712 MYL     TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET       071712
_ 071812 SYSTEM P099 MONTHLY BILL: SLM                                   E071912
_ 071812 SYSTEM P102 NEW BILL SUMMARY PAGES                              E071912


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST ____ CLASS CD ____   ____   LOANS SELECTED  12345678901234567890
                  UNITY CD ____   ____
  DATE  SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 071812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    071912
                     COS CALLS ADJ
_ 071912 SYSTEM GK00 DELQ DAYS REDUCED FROM 001 TO 000 FOR LOAN(S) 01,0  072012
                                                                             2
_ 071912 SYSTEM GK0D X933 PMT CFN EMAIL SENT                            072012
_ 081912 SYSTEM P099 MONTHLY BILL: SLM                                 E081912
_ 081912 SYSTEM P102 NEW BILL SUMMARY PAGES                            E081912
_ 081912 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   081912
                     COS CALLS ADJ
_ 082212 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  082212
                     01,02
_ 082212 MYL     TW50 LOGIN SUCCESSFUL                                  082212
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 ____ _____ CONT _
 _ 082212 MYL    TX00 PMT AMT =80.00    BILL GRP =01               082212
                 CFM NUM =130919082212
 _ 082212 SYSTEM GD00 CALL ATTEMPTS 1) 120822 1117  A             082412
 _ 082312 SYSTEM GK00 DELQ DAYS REDUCED FROM 005 TO 000 FOR LOAN(S) 01,0  082412
                                                                      2
 _ 082312 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    082412
 _ 082412 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC   FOR LOANS  082412
                 01,02
 _ 091712 MYL    TW50 LOGIN SUCCESSFUL                           091712
 _ 091712 MYL    TX00 PMT AMT =70.00    BILL GRP =01             091712
                 CFM NUM =204005091712
 _ 091812 SYSTEM P099 MONTHLY BILL: SLM                         E091912
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 091812 SYSTEM P102 NEW BILL SUMMARY PAGES                          E091912
_ 091812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  091912
                     COS CALLS ADJ
_ 091912 SYSTEM GK00 DELQ DAYS REDUCED FROM 001 TO 000 FOR LOAN(S) 01,0  092012
                                                                         2
_ 091912 SYSTEM GK0D X933 PMT CFN EMAIL SENT                          092012
_ 101812 SYSTEM P099 MONTHLY BILL: SLM                               E101912
_ 101812 SYSTEM P102 NEW BILL SUMMARY PAGES                          E101912
_ 101812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  101912
                     COS CALLS ADJ
_ 102112 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  102112
_ 102112 MYL    TW50 LOGIN SUCCESSFUL                                 102112


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 102112 MYL    TX00 PMT AMT =149.61    BILL GRP =01                  102112
                     CFM NUM =214043102112
_ 102212 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)               102112
                     01,02
_ 102312 SYSTEM GK00 DELQ DAYS REDUCED FROM 005 TO 000 FOR LOAN(S) 01,0  102412
                                                                         2
_ 102312 SYSTEM GK0D X933 PMT CFN EMAIL SENT                          102412
```

```
_ 102412 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC     FOR LOANS   102412
                    01,02
_ 111212 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                      111212
_ 111812 SYSTEM P099 MONTHLY BILL: SLM                                   E111812
_ 111812 SYSTEM P102 NEW BILL SUMMARY PAGES                             E111812


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
  DATE  SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 111912 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   111912
_ 111912 MYL    TW50 LOGIN SUCCESSFUL                                    111912
_ 111912 MYL    TX00 PMT AMT =74.94    BILL GRP =01                      111912
                CFM NUM =153218111912
_ 111912 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET       111912
_ 111912 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   111912
_ 111912 MYL    TW50 LOGIN SUCCESSFUL                                    111912
_ 112112 SYSTEM GK0D X933 PMT CFN EMAIL SENT                             112212
_ 112712 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   112712
_ 112712 MYL    TW50 LOGIN SUCCESSFUL                                    112712
_ 121612 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   121612
_ 121612 MYL    TW50 LOGIN SUCCESSFUL                                    121612


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                       PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 121612 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET      121612
_ 121612 MYL    TX00 PMT AMT =40.00    BILL GRP =01                     121612
                     CFM NUM =224223121612
_ 121812 SYSTEM P099 MONTHLY BILL: SLM                                 E121912
_ 121812 SYSTEM P102 NEW BILL SUMMARY PAGES                           E121912
_ 121812 SYSTEM GK0D X933 PMT CFN EMAIL SENT                           121912
_ 122812 IVR    TX00 IVR Call Information, Date of Call 12/28/2012, Tim 122812
                     e of Call 12:27:16, Caller Dialed 87093
_ 122812 c47052 TK00 Borrower phone contact re: Pymt Question/Prob      122812
_ 011313 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  011313
_ 011313 MYL    TW50 LOGIN SUCCESSFUL                                   011313
_ 011813 SYSTEM P099 MONTHLY BILL: SLM                                 E011913

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                       PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 011813 SYSTEM P102 NEW BILL SUMMARY PAGES                           E011913
_ 011813 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   011913
```

```
                        COS CALLS ADJ
_ 012013 SYSTEM K306 SLM APN COVER LTR GENERATED BY CLASS          E012013
_ 012013 SYSTEM K308 SLM PRIVACY AS ENCLOSURE                      E012013
_ 012013 SYSTEM GB00 KEY ACTIVITY 3 - ANNUAL PRIVACY POLICY          012013
                     PIGGYBACKED WITH K306 LTR
_ 012213 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)               012213
                     01,02
_ 012213 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  012213
_ 012213 MYL    TW50 LOGIN SUCCESSFUL                                012213


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 012213 MYL    TX00 PMT AMT =109.45    BILL GRP =01               012213
                     CFM NUM =152425012213
_ 012413 SYSTEM GK00 DELQ DAYS REDUCED FROM 006 TO 000 FOR LOAN(S) 01,0  012513
                                                                         2
_ 012413 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      012513
_ 012513 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  012513
                     01,02
_ 012813 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  012813
_ 012813 MYL    TW50 LOGIN SUCCESSFUL                             012813
_ 012813 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET  012813
_ 012813 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  012813
_ 012813 MYL    TW50 LOGIN SUCCESSFUL                             012813
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                       UNITY CD _____   _____
   DATE   SOURCE                  MESSAGE                        PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_  013013 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   013013
_  013013 MYL    TW50 LOGIN SUCCESSFUL                                    013013
_  013013 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE         013013
_  021213 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   021213
_  021213 MYL    TW50 LOGIN SUCCESSFUL                                    021213
_  021213 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET       021213
_  021813 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   021813
_  021813 MYL    TW50 LOGIN SUCCESSFUL                                    021813
_  021813 MYL    TX00 PMT AMT =74.51    BILL GRP =01                      021813
                 CFM NUM =224717021813
_  021813 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET       021813
_  021813 SYSTEM P099 MONTHLY BILL: SLM                                 E021913


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____    _____
  DATE   SOURCE                         MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 021813 SYSTEM P102 NEW BILL SUMMARY PAGES                            E021913
_ 022013 SYSTEM GK0D X933 PMT CFN EMAIL SENT                           022113
_ 022613 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  022613
_ 022613 MYL    TW50 LOGIN SUCCESSFUL                                  022613
_ 031813 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  031813
_ 031813 MYL    TW50 LOGIN SUCCESSFUL                                  031813
_ 031813 MYL    TX00 PMT AMT =80.00    BILL GRP =01                    031813
                     CFM NUM =223229031813
_ 031813 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET      031813
_ 031813 SYSTEM P099 MONTHLY BILL: SLM                                 E031913
_ 031813 SYSTEM P102 NEW BILL SUMMARY PAGES                            E031913
_ 032013 SYSTEM GK0D X933 PMT CFN EMAIL SENT                           032113


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                         OWNER   **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
  DATE   SOURCE                         MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 040713 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  040713
_ 040713 MYL    TW50 LOGIN SUCCESSFUL                                  040713
_ 040713 MYL    TX00 PMT AMT =20.00    LOAN NUM=01                     040713
                     CFM NUM =215435040713
_ 040713 MYL    TX00 PMT AMT =20.00    LOAN NUM=02                     040713
                     CFM NUM =215435040713
_ 040913 SYSTEM GK0D X933 PMT CFN EMAIL SENT                           041013
```

```
_ 041813 SYSTEM P099 MONTHLY BILL: SLM                              E041913
_ 041813 SYSTEM P102 NEW BILL SUMMARY PAGES                        E041913
_ 042113 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  042113
_ 042113 MYL    TW50 LOGIN SUCCESSFUL                              042113
_ 042113 CISMYL C006 ADDRESS CHANGE                               042113


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
  DATE  SOURCE                      MESSAGE                  PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 042113 MYL    TX00 PMT AMT =36.64    LOAN NUM=01                 042113
                   CFM NUM =214549042113
_ 042113 MYL    TX00 PMT AMT =43.36    LOAN NUM=02                 042113
                   CFM NUM =214549042113
_ 042113 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET   042113
_ 042113 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE    042113
_ 042313 SYSTEM GK0D X933 PMT CFN EMAIL SENT                       042413
_ 051913 SYSTEM P099 MONTHLY BILL: SLM                             E051913
_ 051913 SYSTEM P102 NEW BILL SUMMARY PAGES                        E051913
_ 052113 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  052113
_ 052113 MYL    TW50 LOGIN SUCCESSFUL                              052113


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE   SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  052113 MYL     TX00 PMT AMT =36.64     LOAN NUM=01                     052113
                       CFM NUM =133341052113
_  052113 MYL     TX00 PMT AMT =43.36     LOAN NUM=02                     052113
                       CFM NUM =133341052113
_  052213 SYSTEM GK0D X933 PMT CFN EMAIL SENT                            052313
_  061713 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  061713
_  061713 MYL     TW50 LOGIN SUCCESSFUL                                   061713
_  061713 MYL     TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET      061713
_  061713 IVR     TX00 IVR Call Information, Date of Call 06/17/2013, Tim  061713
                       e of Call 19:24:32, Caller Dialed 87093




I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE   SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  061713 C45885 TT00 MANLR 1-01;1-02;as per borr rqst,please send payme  061713
                       nt transaction history with his declining bal.alre
```

```
                        ady adv that he can check pmt transaction
_ 061713 C45885 TK00 online,but insisted for declining bal.K056 is not   061713
                        suffiecient as well.thanks
_ 061713 C45885 TK00 Payment Question/Prob                               061713
_ 061713 C45885 TK00 Borrower phone contact re: Web - Advised Web Site   061713
_ 061813 SYSTEM P099 MONTHLY BILL: SLM                                  E061913
_ 061813 SYSTEM P102 NEW BILL SUMMARY PAGES                             E061913
_ 061913 SYSTEM A045 PRE-NOTIFICATION LTR - ALL BILL METHODS            E061913
_ 061913 SYSTEM A046 PRE-NOTIFICATION LETTER - COSIGNER                  061913
_ 062113 E69591 TT02 IDT CLOSED PER INVALID/INCORRCT REQUEST             062113


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                        UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 062113 E69591 GJ00 MANLR IDT 061713; WE NOT LONGER PROVIDE DECL BAL   062113
                        THE B CAN ACCESS THE WEBSITE TO OBTAIN ENTIRE PY
                        HISTORY; NAT
_ 070213 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  070213
_ 070213 MYL    TW50 LOGIN SUCCESSFUL                                   070213
_ 070213 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  070213
_ 070213 MYL    TW50 LOGIN SUCCESSFUL                                   070213
_ 070213 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE        070213
_ 070313 MODSTR GK7W FDR PRECONVERSION NOTIFY MSG BLAST SENT            070313
_ 070813 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  070813
_ 070813 MYL    TW50 LOGIN SUCCESSFUL                                   070813
_ 070813 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET      070813
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******

NAME   JAMERIAL Q BENSON                              OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890

                    UNITY CD _____   _____

   DATE   SOURCE                     MESSAGE                    PST/RESOLVE

   032723 E18565 ____ _____   CONT _

_ 070813 IVR    TX00 IVR Call Information, Date of Call 07/08/2013, Tim  070813

                     e of Call 13:56:23, Caller Dialed 87093

_ 070813 C47066 K056 STANDARD PAYMENT HISTORY                        E070813

_ 070813 C47066 K024 CURRENT ACCOUNT INFORMATION                     E070813

_ 070813 C47066 K056 STANDARD PAYMENT HISTORY                        E070813

_ 070813 C47066 K024 CURRENT ACCOUNT INFORMATION                     E070813

_ 070813 C47066 K299 1098-E TAX HISTORY                              E070813

_ 070813 C47066 TK00 Account Bal                                      070813

_ 070813 C47066 TK00 Advised Website                                  070813

_ 070813 C45646 GG00 PER IDT REVIEW,SENT FEEDBACK TO REP WHO GNRTD IDT  070813

                     FOR MANLR

_ 071513 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  071513


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******

NAME   JAMERIAL Q BENSON                              OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890

```
                       UNITY CD _____   _____
   DATE   SOURCE                         MESSAGE                          PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 071513 MYL     TW50 LOGIN SUCCESSFUL                                        071513
_ 071513 MYL     TX00 PMT AMT =73.63     BILL GRP =01                         071513
                      CFM NUM =220834071513
_ 071513 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET       071513
_ 071513 MYL     TW50 LOGIN SUCCESSFUL                                        071513
_ 071613 IVR     TX00 IVR Call Information, Date of Call 07/16/2013, Tim      071613
                      e of Call 17:44:55, Caller Dialed 87093
_ 071613 C48689 TK00 Account Bal                                             071613
_ 071613 C48689 TK00 Auto Debit Question                                     071613
_ 071613 C48689 TK00 Payment Question/Prob                                   071613
_ 071613 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET       071613
_ 071613 MYL     TW50 LOGIN SUCCESSFUL                                        071613


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                       UNITY CD _____   _____
   DATE   SOURCE                         MESSAGE                          PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 071613 IVR     TX00 IVR Call Information, Date of Call 07/16/2013, Tim      071613
                      e of Call 19:20:09, Caller Dialed 87093
_ 071613 C45632 K299 1098-E TAX HISTORY                                     E071613
_ 071613 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET       071613
_ 071613 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET       071613
_ 071613 c45632 TX00 MYL CO-BROWSE BY c45632                                  071613
_ 071613 MYL     TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE             071613
```

```
_ 071613 C45632 TK00 1098E Question                                    071613
_ 071713 SYSTEM GK0D X933 PMT CFN EMAIL SENT                           071813
_ 071813 Blackh GK00 Loan moved to new private credit system           071813
                     LNS STAGED FOR TRANSFER 12..................



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____  _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 071813 SYSTEM GP00 FDR ACCT 5029350481051345; LN 01; PRIN   2,808.25  091813
                     MPA    30.27; PST DUE      0.00; FEES      0.00
                     PMT DUE      30.27; AC INT      0.40; DUE 08/18/13
_ 071813 SYSTEM GP00 FDR ACCT 5029350481051352; LN 02; PRIN   4,040.59  091813
                     MPA    43.36; PST DUE      0.00; FEES      0.00
                     PMT DUE      43.36; AC INT      0.58; DUE 08/18/13
_ 072413 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  072413
_ 081813 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  081813
_ 082113 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  082113
_ 092213 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  092213
_ 101713 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  101713
_ 020314 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE        020314


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                    OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 020314 SYSTEM GD00 CALL ATTEMPTS 1) 140203 1846  V              020514
_ 021714 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE  021714
_ 043014 MODSTR GXV4 NOTIFY 1-COMPANY SPLIT-BORROWER-EMAIL        043014
_ 121714 CISMYL C338 SITE CHANGED                                 121714
_ 122914 MODSTR GMB3 EML- STMT OF INT TO BE SNT <$600             122914
_ 123114 C43503 TK00 Account Bal                                  123114
_ 123114 C43503 TK00 Interest Question                            123114
_ 123114 C43503 TK00 Advised Website                              123114
_ 123114 C43503 TK00 Payment Question/Prob                        123114
_ 010715 C51287 TK00 borr ci to have total payment be calculated -amt i 010715
                     s6027.91 interest2370.94 principal balance3656.97a
                     nd cap interest3471.5/send idt request for

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                    OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 010715 C51287 TK00 resesarching balance                        010715
_ 010915 C52763 GR71 VERIFIED BORROWER E-MAIL ADDRESS            010915
```

```
_ 010915 C52763 GR78 BORROWER REQUESTED PROMO MAILINGS           010915
_ 010915 C52763 TK00 Payment Question/Prob                       010915
_ 010915 SYSTEM GPQ2 REMINDER FOR NAVI CUSTOMER DIALING INCORRECT TFN  010915
_ 011715 SYSTEM K135 STUDENT LOAN STATEMENT OF INTEREST          E011715
_ 011715 PwrLdr MDOC MDOC ADDR=IN1P41a781f4d8 LTR CD=GFB4        012215
_ 011715 PwrLdr MDOC MDOC ADDR=IN1P41a7873728 LTR CD=GFB4        012215
_ 012115 C42815 TK00 Q&A                                         012115
_ 012115 C42815 TK00 per borr who has FDR loans reqst to speak to Domes  012115
                     tic Rep, adv rep to connect the call directly to V
                     DN 10625 as announce call per borr reqst domestic


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                 PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 012115 C42815 TK00 rep                                         012115
_ 012115 C52902 TK00 borr rqstd for a domestic rep; tried to xfr to esc  012115
                     a, bt HQ advsd that FDR trained are already empowe
                     red to xfr to domestic already; HQ provided VDN
_ 012115 C52902 TK00 10625, bt wait ime is >30 mins; xfrd to esca//  012115
_ 012115 C52902 TK00 Borrower phone contact re: Re-route/transfer  012115
_ 012115 C35805 TK00 Cares Dialed 916019064145                   012115
_ 012115 C35805 TK00 Borrower phone contact re: Re-route/transfer  012115
_ 012115 CISMYL C101 AUXILIARY PHONE NUMBER CHANGE               012115
_ 012115 E74642 TK00 Borrower phone contact re: Re-route/transfer  012115
_ 012115 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE  012115
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                               OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                     PST/RESOLVE
 032723 E18565 ____ _____ CONT _
_ 012115 E71372 TK00 borr submitted req for research on acct balance, b 012115
                     ur didn't receive response, I resent idt to resear
                     ch, but wanted sup, sent to sup
_ 012115 E71372 TK00 Borrower phone contact re: Re-route/transfer       012115
_ 012115 E72040 GG00 Rcvd T/C                                           012115
_ 021715 MYL    TW50 LOGIN SUCCESSFUL                                    021715
_ 021715 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE         021715
_ 021815 IVR    TX00 IVR Call Information, Date of Call 02/18/2015, Tim  021815
                     e of Call 17:46:58, Caller Dialed 8882725543
_ 021815 C51777 TK00 borr called; said that he requested for the paymen 021815
                     t history since he started making paymnts wth the
                     declining balance to be emailed to him but he did


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                               OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                        UNITY CD _____   _____
  DATE   SOURCE                        MESSAGE                    PST/RESOLVE
 032723 E18565 _____ _____ CONT _
_ 021815 C51777 TK00 not receive any; sent idt wth borr;'s request and   021815
                     adv him that it will be sent via regular mail; adv
                      tf
_ 021815 C51777 TK00 adv completion will be 02/26/15 and mailing time i   021815
                     s 7-10 days
_ 022315 e50369 TX00 MYL CO-BROWSE ENDED BY e50369                        022315
_ 022315 E72250 MDOC MDOC ADDR=PA1S41a890e35e LTR CD=MK01                 030215
_ 022415 LSMACB GR00 CREDIT BUREAU PAYMENT GRID UPDATED TO SUPPORT FDIC   022415
                     CONSENT ORDER
_ 031315 SYSTEM GPP1 REMINDER FOR NON-BANK CUST TO VISIT NAVIENT.COM      031315
_ 031615 MYL    TW50 LOGIN SUCCESSFUL                                     031615


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                        UNITY CD _____   _____
  DATE   SOURCE                        MESSAGE                    PST/RESOLVE
 032723 E18565 _____ _____ CONT _
_ 041715 E67864 TK00 ED OMB CALLED REQ A STATUS HIST FOR THE LNS ADDED    041715
                     INTO THE CONSOL/BWR FEELS THAT THE BAL IN NOT REF
                     CORR/REQ INFO TO BE FXD#6063964821/PH#6063302470
_ 042015 E65034 GH92 ACCT RECEIVED IN OCA FOR REVIEW AND RESPONSE         042015
_ 042015 E53494 GK00 **OCA**RCVD REQUEST ON THE ACCOUNT FOR A STATUS HI   042015
                     ST THE CUSTOMER IS THE BALANCE OF HIS CONSOLIDATIO
                     N WHAT A STATUS HIST WOULD BE NEEDED FOR DOES NOT
```

```
_ 042015 E53494 GK00 **OCA**MAKE SENSE CALLED THE OMB AND LEFT A VM FOR  042015
                     A CALL BACK TO CONFIRM THE INFORMATION THAT IS NEE
                     DED ON THE ACCOUNT PRVD MY CONTACT INFO ADVISED WO
_ 042015 E53494 GK00 **OCA**ULD BE OUT 21ST BUT RETURNING ON 22ND         042015


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2  LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 042915 E59854 TK00 AMANDA BAKER OMB CALLED; VERIFIED ACCT INFO        042915
                     XFER CALL TO ADVOCATE FOR FOLLOW UP
_ 042915 E53494 GK00 **OCA**8TALKED TO THE OMB JAMIE ON THE ACCOUNT SHE  042915
                     DOES NOT WANT STATUS HISTO SHE IS REQUESTING PH ON
                      THE ACCOUNT ADVISED WILL WORK ON AND GET OUT TO H
_ 042915 E53494 GK00 **OCA**ER SHE THANKED ME                           042915
_ 042915 E59854 TK00 Review Acct w/o Cust Contact                       042915
_ 050515 E53494 GK00 **OCA**CORRECTION OMB WHO REQUESTED PH IS AMANDA B  050515
                     AKER TO BE FAXED TO 606-396-4821 COMPLETED PH AND
                     FAX COVERSHEET TO SEND TO PMB AS REQUESTED
_ 050515 E53494 MY96 OCA; AWAITING QC                                   050515
_ 050715 E58500 MY99 OCA QC COMPLETE                                    050715


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____

   DATE   SOURCE                   MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 050715 E53494 GK24 SENT RESPONSE TO CUSTOMER                   050715
 _ 050715 E53494 GY95 OCA REVIEW COMPLETE                         050715
 _ 051815 E69315 GK00 OCA - SENT INQ & RESPONSE TO BE SCANNED     051815
 _ 051915 CISOLA C102 AUXILIARY ADDRESS CHANGE                    051915
 _ 051915 CISOLA GR71 VERIFIED BORROWER E-MAIL ADDRESS            051915
 _ 051915 CISOLA GR78 BORROWER REQUESTED PROMO MAILINGS           051915
 _ 051915 CISOLA C148 COS E-MAIL USE FLAG CHANGE                  051915
 _ 051915 CISOLA C149 COS E-MAIL PMS FLAG CHANGE                  051915
 _ 052015 MYL    TW50 LOGIN SUCCESSFUL                            052015
 _ 052015 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET 052015
 _ 052715 E21002 MDOC MDOC ADDR=PA1S41aa7dfe20 LTR CD=MK01        060115
 _ 061715 MYL    TW50 LOGIN SUCCESSFUL                            061715


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 061715 IVRWes TX00 IVR Call Information, Date of Call 06/17/2015, Tim  061715
                      e of Call 12:49:38, Caller Dialed 8882725543
```

```
_ 061715 C51608 TK00 Payment Question/Prob                              061715
_ 061715 C51608 TK00 Account Bal                                        061715
_ 061715 SYSTEM GPP1 REMINDER FOR NON-BANK CUST TO VISIT NAVIENT.COM    061715
_ 071015 MYL    TW50 LOGIN SUCCESSFUL                                   071015
_ 071015 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET      071015
_ 071015 IVRWes TX00 IVR Call Information, Date of Call 07/10/2015, Tim  071015
                     e of Call 11:45:33, Caller Dialed 8882725543
_ 071015 C55518 K024 CURRENT ACCOUNT INFORMATION                       E071015
_ 071015 C55518 K056 STANDARD PAYMENT HISTORY                          E071015


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
  DATE  SOURCE                      MESSAGE                     PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 071015 C55518 TK00 borr req ltr showing pmts alloc to prin&int and de  071015
                     clining balance;adv proc,mailing time,vrfd addr.
_ 071015 MYL    TW50 LOGIN SUCCESSFUL                                   071015
_ 071015 PwrLdr MDOC MDOC ADDR=IN1P41ab44705e LTR CD=GFB4               071115
_ 071015 PwrLdr MDOC MDOC ADDR=IN1P41ab4470ed LTR CD=GFB4               071115
_ 081715 MYL    TW50 LOGIN SUCCESSFUL                                   081715
_ 091715 MYL    TW50 LOGIN SUCCESSFUL                                   091715
_ 100715 MYL    TW50 LOGIN SUCCESSFUL                                   100715
_ 110415 E58632 TK00 per OCA voicemail received, placed call to Shadera  110415
                      Upchurch, Department of Education Ombudsman, but
                      there was no answer; left message with OCA hours
_ 110415 E58632 TK00 and phone number                                  110415
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                        PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 110515 E17282 TK00 Borrower research re: Reviewed Account            110515
_ 110515 E59854 TK00 Review Acct w/o Cust Contact                      110515
_ 110515 E59854 TK00 Shadera Upchurch OMB called; verified acct info; w 110515
                     anted to verify if customer had any open balances
                     that were federal and being paid upon via auto
_ 110515 E59854 TK00 debit; advsd all federal loans pcon'd, however, cu 110515
                     stomer may have other products with Navient;
_ 110515 MYL    TW50 LOGIN SUCCESSFUL                                  110515
_ 110515 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET     110515
_ 110515 MYL    TW50 LOGIN SUCCESSFUL                                  110515
_ 110615 e71403 TX00 MYL CO-BROWSE BY e71403                           110615
_ 111015 c49223 TX00 MYL CO-BROWSE BY c49223                           111015


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                      UNITY CD _____    _____
   DATE   SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  111015 MYL    TW50 LOGIN SUCCESSFUL                              111015
_  111015 C49223 TK00 adviced to call back tomorrow and check if its nee 111015
                      ded to be xferd to escalations since this was hand
                      led by oca
_  111015 C44367 TK00 Q&A                                          111015
_  111215 C36221 TK00 fdr/ borr call back/ as per prev corr/ acct handle 111215
                      d by OCA/ escalated call to supervisor
_  111215 C36221 TK00 Borrower phone contact re: Cares Dialed 11457 111215
_  111215 C43253 TK00 Cares Dialed (888) 545-4199                 111215
_  111215 C43253 TK00 borr is requesting to be connected to the dept who 111215
                      's handling his case,bor ris insisting for the dec
                      lining balance to be sent and was advsd that the

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL     PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER   ****************
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  12345678901234567890
                      UNITY CD _____    _____
   DATE   SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  111215 C43253 TK00 acct. is being handled by OCA,called OCA and advsd 111215
                      that there's no open case but Ombudsman is callin
                      g us about the acct,OCA rep asked for the call to
_  111215 C43253 TK00 be transfrd over, transfrd call accordingly  111215
_  111215 C43253 GG00 **ESCALATIONS**                             111215
_  111215 E61168 TK00 Borrower escalation request full payment history p 111215
                      rincipal/interest/fees telephone 601-906-4145 sent
```

```
                          for assgnmt
_ 111815 E69824 TK00 Borrower research re: Reviewed Account              111815
_ 120715 MYL    TW50 LOGIN SUCCESSFUL                                    120715
_ 120715 C52003 TK00 borr is working with oca call tran to hq            120715
_ 120715 C52003 TK00 Borrower phone contact re: Cares Dialed 11457       120715


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 120715 C45647 TK00 Cares Dialed 18885454199                           120715
_ 120715 C45647 GG00 Escalation                                         120715
_ 120715 C45647 TK00 Borr is requesting for full pmt history; account o 120715
                 n open issue with OCA. Borr wanted to be connected
                  to the same department.
_ 120715 C45647 TK00 while connecting to ART, borr disconnected. NAT    120715
_ 120815 E59660 TK00 brw called to check status of rqst made in Novembe 120815
                 r/advocate unavaileble/trans to voicemail
_ 121415 E17282 TK00 rcvd call from cust; transfer to advocate          121415
_ 123015 E69824 GK00 ***OCA*** DRAFTED LETTER WITH PAYMENT HISTORY FOR   123015
                 OPEN LOANS. SUBMITTED FOR QX
_ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802b8 LTR CD=MK01               011316


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER   ****************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____

   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af380928 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802a0 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802b9 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802a1 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af380929 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af38092a LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802ba LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802a2 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802bb LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802a3 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af38092b LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af38092c LTR CD=MK01           011316


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER   ****************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____

   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802bc LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802a4 LTR CD=MK01           011316
```

```
_ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802bd LTR CD=MK01              011316
_ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802fe LTR CD=MK01              011316
_ 011116 E65130 MDOC MDOC ADDR=PA1S41af38092d LTR CD=MK01              011316
_ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802ff LTR CD=MK01              011316
_ 011116 E65130 MDOC MDOC ADDR=PA1S41af38092e LTR CD=MK01              011316
_ 011916 MYL2   TW50 LOGIN SUCCESSFUL                                  011916
_ 012016 E69824 GK00 ***OCA*** SPOKE TO BORROWER REGARDING CONCERN AND 012016
                     ADVISED WOULD NEED BANK STATEMENTS TO VERIFY TRANS
                     ACTIONS BORROWER BELIEVES ARE MISSING
_ 012316 SYSTEM K135 1098-E NOTICE LESS THAN $600                     E012316


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                  PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 012316 PwrLdr MDOC MDOC ADDR=IN1P41af946e2e LTR CD=GFB4              012516
_ 021116 MYL2   TW50 LOGIN SUCCESSFUL                                  021116
_ 021216 MYL2   TW50 LOGIN SUCCESSFUL                                  021216
_ 021216 MYL2   TW50 LOGIN SUCCESSFUL                                  021216
_ 021616 C45804 TK00 rcvd cl frm bor said he sent his bank statements r 021616
                     e discrepancies of his pymts/acct being handled by
                      OCA/ as per sup to xfr to hq to xfrd to OCA
_ 021616 C42906 TK00 Cares Dialed 18885454199                         021616
_ 021616 C42906 TK00 Transfer to another department                   021616
_ 021616 C42906 TK00 acct handled by oca, brr wants to be transferred t 021616
                     o oca, xfer call
_ 021716 E17282 TK00 rcvd 2 vm from cust for adv; fwd                  021716
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                    PST/RESOLVE
 032723 E18565 ____ _____ CONT _
_ 021716 C43601 TK00 on set of the call borr asked to be transferred to  021716
                     a manager. adv that we can connect him to sup. ab
                     t OCA concern. escalated call
_ 021716 C42537 GG00 Escalation                                 021716
_ 021716 C42537 TK00 Bor requested to speak to oca to follow up his con  021716
                     cern when he spoke to oca.
_ 021716 E49158 GG00 Rcvd T/C                                   021716
_ 021716 E49158 TK00 recvd xfer cl frm bwr, already validated, he has b  021716
                     een trying to get back in touch with advocatefor s
                     everal days and said he left several voice mails,
_ 021716 E49158 TK00 transfered warm to advocate                021716
_ 021716 MYL2   TW50 LOGIN SUCCESSFUL                           021716


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____

   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  030716 MYL2    TW50 LOGIN SUCCESSFUL                              030716
_  030716 MYL2    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE   030716
_  031716 MYL2    TW50 LOGIN SUCCESSFUL                              031716
_  031716 MYL2    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE   031716
_  040716 MYL2    TW50 LOGIN SUCCESSFUL                              040716
_  041816 MYL2    TW50 LOGIN SUCCESSFUL                              041816
_  042116 MYL2    TW50 LOGIN SUCCESSFUL                              042116
_  051716 MYL2    TW50 LOGIN SUCCESSFUL                              051716
_  061916 MYL2    TW50 LOGIN SUCCESSFUL                              061916
_  062116 MYL2    TW50 LOGIN SUCCESSFUL                              062116
_  071816 MYL2    TW50 LOGIN SUCCESSFUL                              071816
_  072416 MYL2    TW50 LOGIN SUCCESSFUL                              072416


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER   **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  072416 MYL2    TX00 BANK ACCOUNT XXXX6309 SAVED                    072416
_  081716 MYL2    TW50 LOGIN SUCCESSFUL                               081716
_  100816 SYSTEM GZ00 TRANSFER TO PIF FROM LSC/F  ORIGINAL SUFFIX: 1  100816
_  011517 SYSTEM K135 1098-E NOTICE LESS THAN $600                    011517
_  020617 MYL2    TW50 LOGIN SUCCESSFUL                               020617
_  020617 MYL2    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE    020617
_  010519 E44802 MDOC MDOC ADDR=PA1S41cab0deda LTR CD=GK24            021119
```

```
_ 010719 E41154 MDOC MDOC ADDR=PA1O41c9dd6b99 LTR CD=MI38          011219
_ 010719 E62061 GK0M REC'D CUST DOC; FORWARDED TO CORRECT DEPT; NAT 011519
_ 020719 E52517 MDOC MDOC ADDR=PA1O41caacdf49 LTR CD=MK01          020719
_ 020719 E18893 MDOC MDOC ADDR=PA1O41cab0fb7d LTR CD=MK01          021119
_ 020719 e72150 MDOC MDOC ADDR=XX1O41caacdf49 LTR CD=MI37          021419
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____  _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 020719 e72150 MDOC MDOC ADDR=XX1O41cab0fb7d LTR CD=MI37          021419
_ 020919 E52517 MDOC MDOC ADDR=PA1S41caebee6b LTR CD=GK24          022219
_ 021419 E72150 GH92 ACCT RECEIVED IN OCA FOR REVIEW AND RESPONSE  021419
_ 021419 E72150 GK00 **OCA RECEIVED LTR FROM BRW - BRW REQUESTING COPIE 021419
                     S OF ALL PNOTES AND UPDATE ON CURRENT STATUS OF EA
                     CH LN
_ 021419 E72150 GUB3 MADE OUTREACH TO CUSTOMER                     021419
_ 021419 E72150 GK00 **OCA MADE OUTREACH TO BRW - SPOKE W BRW AND CONF 021419
                     NEEDS ALL PNOTES FOR LNS WE SERVICED, NEEDS IT FOR
                     LAWYER // BRW STATED THEY NEED INFO FROM SEVERAL
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 021419 E72150 GK00 SERVICERS // CONF WE CAN ONLY PROVIDE INFO ON NAVI  021419
                      LNS, ALL OTHER SERVICERS WOULD NEED TO RESPOND ON
                      THEIR OWN // CONF MAILING ADDRESS ON FILE IS CORRE
 _ 021419 E72150 GK00 CT - ADVISED WILL WORK ON REQUEST AND HAVE INFO MA  021419
                      ILED TO BRW
 _ 021819 E72150 GK00 **OCA DRAFTED RESPONSE TO BRW W FED LN PNOTES, ADV  021819
                      ISED WERE PCON // PROVIDED COPY OF 1/5/19 LTR WHIC
                      H ADDRESSED CONCERNS ABOUT PRIV LNS // CONF CANNOT
 _ 021819 E72150 GK00 PROVIDE INFO ON ADDIT LNS W ANOTHER SERVICER        021819
 _ 021819 E72150 MY96 OCA; AWAITING QC                                    021819
 _ 021819 E73406 MY99 OCA QC COMPLETE                                     021819
 _ 021819 E72150 GK24 SENT RESPONSE TO CUSTOMER                           021819


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 021819 E72150 GY95 OCA REVIEW COMPLETE                                 021819
 _ 022019 E38323 MDOC MDOC ADDR=PA1S41cb10b2fb LTR CD=MK01                022619
```

```
_ 091720 E42370 MDOC MDOC ADDR=PA1Sc38163ae20 LTR CD=GK24        092220
_ 091521 E78453 GSE3 CRS: ESCALATION CALL RECEIVED FROM AGENT    091521
_ 091521 E78453 GG00 ESC-REVWD NSLDS, BORR DISPUTING BAL'S       091521
_ 091521 E78453 TK00 ADVSD TO CONTACT OMB/MOHELA BORR STATES ALREADY DI 091521
                     D.. TIME IN QUESTION IS BTWN 2008-2013 WHILE ACS H
                     AD THE LOAN AND WENT TO MOHELA IN 2013
_ 091521 E78453 GG00 BAL PAID THRU CONSOL 32,179.71.. 43000 BAL WHEN MO 091521
                     HELA TOOK OVER THE LOAN IN 2013.. CURRENT BAL OVER
                      53979 ACCORDING TO NSLDS
_ 112221 E18893 MDOC MDOC ADDR=PA1Oc382396eb1 LTR CD=MV01        112221


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 120921 E19043 MDOC MDOC ADDR=PA1Sc382426022 LTR CD=GK24        122221
_ 121321 e18222 MDOC MDOC ADDR=IN1Xc382414048 LTR CD=GK24        121421
_ 122721 E41299 MDOC MDOC ADDR=PA1Oc382466919 LTR CD=SG02        122721
_ 122921 E19043 MDOC MDOC ADDR=PA1Sc3824935c4 LTR CD=GK24        010422
_ 011222 E41299 MDOC MDOC ADDR=PA1Fc3824cfd98 LTR CD=SG02        011322
_ 022222 E19043 MDOC MDOC ADDR=PA1Sc382600a63 LTR CD=GK24        030722
_ 031122 E61004 MDOC MDOC ADDR=PA1Oc382692bb5 LTR CD=MK01        031122
_ 032322 E19043 MDOC MDOC ADDR=PA1Sc382706c6c LTR CD=GK24        033122
_ 071922 IDTOPE GX00 ID:41819469  , IDT TYPE: Manual Letter Requests is 072022
                  created on 07/19/2022 by e72625
_ 072022 E59966 G196 CLAIM FILED WITH THE ORIGINAL PROMISSORY NOTE 072022
_ 072022 E59966 MK24 DISREGARD PREVIOUS ENTRY                    072022
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED   12345678901234567890
                    UNITY CD _____    _____
   DATE   SOURCE                     MESSAGE                        PST/RESOLVE
   032723 E18565 ____ _____  CONT _
 _ 072022 E59966 G186 LETTER TYPED; AWAITING QC                          072022
 _ 072022 E59966 GJ00 PER MANLR IDT 41819469; SEE -1 CORR                072022
 _ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-01, IDT Type: Manual Lette 072122
                     r Requests is completed on 07/20/2022 by e59966
 _ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-02, IDT Type: Manual Lette 072122
                     r Requests is completed on 07/20/2022 by e59966
 _ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-03, IDT Type: Manual Lette 072122
                     r Requests is completed on 07/20/2022 by e59966
 _ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-05, IDT Type: Manual Lette 072122
                     r Requests is completed on 07/20/2022 by e59966
 _ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-08, IDT Type: Manual Lette 072122
                     r Requests is completed on 07/20/2022 by e59966


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED   12345678901234567890

```
                       UNITY CD _____   _____
   DATE   SOURCE                       MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-09, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-10, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-11, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-12, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-13, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-14, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                         OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                       UNITY CD _____   _____
   DATE   SOURCE                       MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-16, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-17, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-20, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966
_  072122 E15236 G170 COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED    072122
```

```
_ 072122 E15236 MK00 G170 TEMP PRCS                                072122
_ 072122 E39189 GK24 SENT RESPONSE TO CUSTOMER                     072122
_ 072122 e18916 MDOC MDOC ADDR=IN1Xc382a1ea5a LTR CD=GK24          072122
_ 072522 E63169 GK00 *OCA* SENT REQUEST FOR PAYMENT HISTORIES      072922



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
  DATE  SOURCE                     MESSAGE                     PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 072622 E63169 GK00 *OCA* RECEIVED CFPB COMPLAINT 220615-8895960 FROM  072622
                    BRW WHO WANTS FULL PAYMENT HISTORY OF THE LOANS
_ 072622 E63169 GH92 ACCT RECEIVED IN OCA FOR REVIEW AND RESPONSE      072922
_ 072722 E63169 GK00 *OCA* DRAFTED RESPONSE TO BRW'S CFPB COMPLAINT    072722
                    WITH FULL PAYMENT HISTORY OF LOANS IN QUESTION
_ 072722 E63169 MY96 OCA; AWAITING QC                                  072722
_ 072722 E58500 MY97 OCA RETURNED TO REP FOR REVISIONS                 072722
_ 072722 E63169 GK00 *OCA* ACCOUNT SENT FOR PAYMENT HISTORIES ON FDR LN 072722
                    S
_ 072922 E63169 GK00 *OCA* GOT FULL PAYMENT HISTORIES FOR FDR LOANS    072922
_ 072922 E63169 MY98 OCA REVISIONS MADE, RESUBMITTED TO QC             072922



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____

   DATE   SOURCE                   MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 072922 E63169 GK00 *OCA* RESUBMITTED DOCUMENT RESPONSE TO BRW'S CFPB   072922
                     COMPLAINT
_ 072922 E58500 MY99 OCA QC COMPLETE                                     072922
_ 080122 c44027 GJ00 Mr JAMERIAL Q. BENSON called in has questions on t  080122
                     he FDR loans as to how much, when was the paymt ma
                     de, what loan was it posted to. He req to get
_ 080122 c44027 GJ00 a doc for the complete paymt history. He has quest  080122
                     ions about his FFELP loans w/ serv dates 2002 - 20
                     08. He said prev rep/******** provided him inf
_ 080122 c44027 GJ00 o for his FFELP loans, it resulted some confusion   080122
                     as to why I can t see history.


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____

   DATE   SOURCE                   MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 080122 c44027 GJ00 Action Taken: Apologized, was surprised why call w  080122
                     as already transf by an Agent. Adv payment info on
```

```
                          his FDR loans. IDT submitted for his FDR loan
_ 080122 c44027 GJ00 s paymt history. Adv start date of FFELP loans bei  080122
                          ng serv by Navient was around Oct 2014. Adv to cal
                          l Aidvantage, acct reviewed on Y data base, n
_ 080122 c44027 GJ00 o info showing. FFELP loans was already consolidat  080122
                          ed by DOE yr 2008. As per directive order, we need
                           to adv cust to call Aidvantage if they needed
_ 080122 c44027 GJ00 a doc for the loans prev by serv by DOE. CSI ID NO  080122
                          . 139323
_ 080122 E17895 GK8B UPLOADED RESPONSE TO CFPB PORTAL                    080122


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 080122 E63169 GY95 OCA REVIEW COMPLETE                                080122
_ 081822 E71920 GJ00 IDT 42217599/COMPLTD/SENT PH                       081822
_ 081822 E71920 G186 LETTER TYPED; AWAITING QC                          081822
_ 081922 E74282 GJ00 LWA QC; RTN'D TO REP; MAY NEED ADDITIONAL INFO IN  081922
                          LTR; SNT BACK FOR REP RVW
_ 081922 E74282 G155 RETURNED LETTER TO REP FOR REVISIONS               081922
_ 081922 E71920 G379 REVISIONS MADE, LETTER RESUBMITTED TO QC           081922
_ 081922 E74282 G170 COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED    081922
_ 081922 e60851 MDOC MDOC ADDR=IN1Xc382af92fd LTR CD=GK24               081922
_ 081922 E17881 MDOC MDOC ADDR=PA1Sc382b1ab6d LTR CD=GK24               082522
_ 082222 E01464 GK24 SENT RESPONSE TO CUSTOMER                          082222
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.





| Home | Business Search | Business Filings | Commercial Registered Agents | User Login | Filing Fees |

## Business Search

| Business Name | Business ID | Officer Name | Registered Agent |

### Search Criteria

**Starting With**    **All Words**    **Any Words**    **Sounds Like**    **Exact Match**

**Business Name:** navient    Search

| | | |
|---|---|---|
| **Search Type:** Business Name | | **Search Sub-Type:** Starting With |
| **Search Date:** 06/28/2023 02:27 | | **Search Thru Date:** 06/26/2023 |
| **Criteria:** navient | | **Result(s) Count:** 2 |

## Business Name Search Results

| Business Name | Business ID | Type | Status | Create Date | |
|---|---|---|---|---|---|
| Navient Solutions, Inc. | 744030 | Foreign Limited Liability Company (LLC) | Good Standing | 01/05/2004 | Details |
| Navient Solutions, LLC | 744030 | Foreign Limited Liability Company (LLC) | Good Standing | 01/05/2004 | Details |

1    1 - 2 of 2 items



EXHIBIT
**B**



2021 Mississippi Secretary of State. All rights reserved



Employment | Online Services Directory | Fees & Forms Directory | 82-County Tour | How Do I...? | Links |

Disclaimer

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                           **DEFENDANTS**

---

### MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, TO DISMISS

---

In 2004, Plaintiff graduated from the University of Southern Mississippi ("USM").  His tuition was paid for in part by numerous federal and private loans.  Plaintiff's federal loans were serviced by Navient Solutions, LLC ("Navient") until 2008 when his loans were paid off through a consolidation.  Navient Corporation, on the other hand, is an improper defendant as it never disbursed or serviced any loans to Plaintiff.

Despite repeated contact and communication with Navient over the years, Plaintiff waited until March 3, 2023 to file a lawsuit regarding his repayment of those loans.  The statute of limitations on his claims, however, expired years ago, and Navient is entitled to summary judgment.  Even if the limitations period had not yet expired, Plaintiff's Complaint fails to state a claim against Navient because Navient did not service Plaintiff's loans during the time period Plaintiff claims payments made were not properly applied to his loans.

### STATEMENT OF FACTS

Plaintiff Jamerial Benson attended USM from 2000 to 2004.  [Dkt. 1, ¶ 8].  To pay for college, Plaintiff took unsubsidized and subsidized federal Stafford Loans and Perkins Loans he claims were initially serviced by "Navient and Direct Loan Servicing Center a/k/a ACS

Educational Services." *Id.* at ¶¶ 9, 14. Upon graduating, Plaintiff alleges that he began making payments on his Perkins Loan, which totaled $6,213.00, until it was paid in full as of July 30, 2008.[1] *Id.* at ¶ 11. During the same period of time, Plaintiff alleges his Stafford Loans were held in forbearance. *Id.* at ¶ 12. In 2008, Plaintiff alleges his remaining loans were consolidated into two loans: Consolidation Loan 001 in the amount of $20,192.35 and Consolidation Loan 002 in the amount of $23,511.12. *Id.* at ¶ 13. Following the 2008 consolidations, Plaintiff alleges that Navient only serviced his loans until they were obtained by MOHELA in 2013. *Id.* at ¶ 14.

Plaintiff claims that he inquired as to the balance of both loans approximately 10 years later and—despite making payments through automated withdrawals—was informed by MOHELA that the balances were $24,939.56 on Consolidation Loan 001 and $29,038.78 on Consolidation Loan 002. *Id.* at ¶ 16. Plaintiff alleges that MOHELA's records only show six payments against his loans from 2008 to 2013, the time period when Plaintiff alleges Navient serviced both loans. *Id.* at ¶ 19.

Plaintiff's loan records, however, tell a different story. Contrary to Plaintiff's allegations, Navient serviced Plaintiff's federal loans only until 2008 when the loans were consolidated.[2] [Dkt. 12-2, pp. 3-4], Principal Balance Payment History, attached to Defendant's Motion as Exhibit A-1. Upon consolidation, Plaintiff's loans with Navient were paid in full, and co-defendant MOHELA began servicing the newly consolidated loans. *Id.* Additionally, Plaintiff had ample contact with Navient regarding the status of his loans from before he graduated from USM through 2023. In January 2015, Plaintiff twice spoke with Navient alleging that his loan balances had increased when Navient's spun off of Sallie Mae. [Dkt. 12-1, p. 23], FDR Correspondence

---

[1] The Complaint purports to attach a Promissory Note stamped "Paid in Full" regarding the Perkins Loan as Exhibit A, but no such Exhibit was filed with the Complaint.

[2] Plaintiff also took two private loans that were serviced by Navient, but those loans are not at issue as Plaintiff's Complaint only alleges wrongdoing as to the federal loans.

History, attached to Defendant's Motion as Exhibit A-2.  In February 2015, Plaintiff twice spoke with Navient requesting his payment history.  [Dkt. 12-1, p. 24].  On February 23, 2015, Navient provided Benson with a detailed transaction history for both of his loans.  [Dkt. 12-1, pp. 57-60], February 23, 2015 Correspondence, attached to Defendant's Motion as Exhibit A-3.

In November 2015, Benson made a request through Navient's website for his entire payment history from inception.  [Dkt. 12-1, p.31].  At this point, he was informed that his requests were being handled by Navient's Office of the Consumer Advocate ("OCA").  [Dkt. 12-1, p. 32]. On November 17, 2015, Plaintiff spoke with OCA and stated that he believed his payment history and account balance were not accurate.  *Id.*  Benson spoke with Navient multiple times in December 2015 and was ultimately sent correspondence outlining his account balances and payment histories.  [Dkt. 12-1, pp. 32-34]; *see also* [Dkt. 12-1, pp. 61-67], January 7, 2016 Correspondence, attached to Defendant's Motion as Exhibit A-4.  Plaintiff requested additional information again in early 2019, which prompted another letter from Navient stating that his loan balances with Navient were "paid in full by consolidation in June 2008."  [Dkt. 12-1, p. 68], February 18, 2019 Correspondence, attached to Defendant's Motion as Exhibit A-5.

## STANDARD OF REVIEW

"Summary judgment shall be rendered for the moving party 'if the pleadings, depositions, answers to interrogatories and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.'" *Chalk v. Bertholf*, 980 So. 2d 290, 293 (Miss. Ct. App. 2007) (quoting Miss. R. Civ. P. 56(c)). The non-moving party "must by affidavit or otherwise set forth specific facts showing that there are indeed genuine issues for trial." *Fruchter v. Lynch Oil Co.*, 522 So. 2d 195, 199 (Miss. 1988).  Self-serving, conclusory testimony does not satisfy this burden. *E.g., Hubbard v. Wansley*, 954 So. 2d 951, 966 (Miss. 2007).A motion to dismiss under Mississippi Rule of Civil Procedure 12(b)(6) "tests the legal sufficiency of a complaint." *Blackwell v. Lucas*, 271 So. 3d

3

638, 640 (¶5) (Miss. Ct. App. 2018) (*State v. Bayer Corp.*, 32 So. 3d 496, 502 (¶ 21) (Miss. 2010)).

When considering a motion to dismiss, "[t]he well pleaded allegations of the complaint must be

taken as true." *Bilbo v. Thigpen*, 647 So. 2d 678, 687 (Miss. 1994).  However, "[c]onclusory

allegations or legal conclusions masquerading as factual conclusions will not suffice to defeat a

motion to dismiss." *Rose v. Tullos*, 994 So. 2d 734, 739 (¶25) (Miss. 2008).  Legal conclusions

that are unsupported by facts are insufficient to survive a motion to dismiss.  *Id.; see also Chalk v.

Bertholf*, 980 So. 2d 290, 296 (¶11) (Miss. Ct. App. 2007).

## ARGUMENT

### I.      Navient Corporation is Not a Proper Party.

Navient Corporation is entitled to summary judgment on Plaintiff's claims because it is

merely a holding company that had no relationship with Plaintiff or his loans.  Navient Solutions,

LLC is the entity that serviced Plaintiff's federal and private loans.  [Dkt. 12-1, p. 1, ¶ 3].  Indeed,

the Mississippi Secretary of State's website clearly shows that only Navient Solutions, Inc. and

Navient Solutions, LLC are authorized to do business in the state of Mississippi.[3]  *See* Secretary

of State Search Results, attached to Defendant's Motion as Exhibit B.  Navient Corporation,

therefore, cannot be held liable for alleged wrongdoing regarding loans that it neither disbursed

nor serviced.  Navient Corporation, therefore, is entitled to summary judgment on Plaintiff's

claims.

### II.      Plaintiff's Claims Against Navient are Barred by the Statute of Limitations.

Plaintiff's claims against Navient are barred by the statute of limitations.  Each of

Plaintiff's claims are subject to the three-year limitations period under Miss. Code Ann. § 15-1-

49, Mississippi's "catch-all" limitations statute.  *See Covington Cnty. Bank v. Magee*, 177 So. 3d

826, 828-29 (¶6) (Miss. 2015) (conversion); *see also Anderson v. LaVere*, 136 So. 3d 404, 411

---

[3] Navient Solutions, Inc. changed its name to Navient Solutions, LLC effective January 31, 2017.

(¶32) (Miss. 2014) (breach of fiduciary duty); *Alston v. Pope*, 112 So. 3d 422, 424 n.3 (Miss. 2013) (negligence); *Wallace v. Greenville Pub. Sch. Dist.*, 142 So. 3d 1104, 1106 (Miss. Ct. App. 2014) (¶8) (breach of contract); *B & C Constr. & Equip., LLC v. Ovella*, 880 F. Supp. 2d 735, 739 (S.D. Miss. 2012) (breach of the duty of good faith and fair dealing).

Under § 15-1-49, a cause of action accrues "when it comes into existence as an enforceable claim, that is, when the right to sue becomes invested." *Anderson*, 136 So. 3d at 411 (¶33) (citing *Ballard v. Guardian Life Ins. Co. of Am.*, 941 So. 2d 812, 815 (Miss. 2006)); *see also Wallace*, 142 So. 3d at 1107 (¶9) (stating that a breach of contract claim "accrues at the time of the breach, regardless of the time when the damages from the breach occurred."). Thus, any cause of action as to Navient would have to have accrued, at the latest, in 2013. Plaintiff's claims, subject to a three-year limitations period, would have expired in 2016.

Additionally, Plaintiff cannot save his claim by alleging that his injuries were latent in nature and not discovered until some later point in time. Under Section 15-1-49(2), in actions "which involve latent injury or disease, the cause of action does not accrue until the plaintiff has discovered, or by reasonable diligence should have discovered, the injury." A "latent injury" is defined as "one where the plaintiff will be precluded from discovering harm or injury because of the secretive or inherently undiscoverable nature of the wrongdoing in question . . . or when it is unrealistic to expect a layman to perceive the injury at the time of the wrongful conduct." *Baker v. Raymond James & Assocs. Inc.*, 312 So. 3d 720, 723 (¶12) (Miss. 2021) (quoting *PPG Finishes, Inc. v. Lowery*, 909 So. 2d 47, 50 (Miss. 2005)). Additionally, the "'latent injury 'must be undiscoverable by reasonable methods [,]' and plaintiffs 'must be reasonably diligent in investigating [their] injuries." *Id.* (quoting *Wright v. Quesnel*, 876 So. 2d 362, 366 (Miss. 2004)).

Plaintiff's alleged injury is not latent. But, even if his injury was latent, Plaintiff was aware of the status of his loan accounts throughout the life of the loans and the repayment periods. In 2015, for example, Plaintiff spoke with Navient multiple times regarding that status of his loans

and his belief that his balances had increased.   He also made requests for his payment history through Navient's website.   In fact, Plaintiff accessed his account through Navient's website at least 79 times between July 3, 2009 and February 6, 2017.   [Dkt. 12-1, pp. 201-271], Correspondence History – Dash 2, attached to Defendant's Motion as Exhibit A-6.   Plaintiff, therefore, was or should have been well aware of any alleged issues with his student loans years ago, and the statute of limitations on his claims, therefore, has long expired.

### III.   Plaintiff's Complaint Fails to State a Claim Upon Which Relief May Be Granted as to Navient.

Even if Plaintiff's claims against Navient had not expired, Plaintiff's Complaint fails to state a claim upon which relief may be granted as to Navient on any of his claims.   Plaintiff's Complaint alleges that his loans were in forbearance until 2008, meaning no payments would have been owed during that period.   [Dkt. 1, ¶ 12].   Navient, however, did not service Plaintiff's loans after 2008.   [Dkt. 12-1, pp. 4, 68]. [4]   Plaintiff pleads that all alleged wrongful conduct regarding his federal loans took place after 2008, a period when Navient no longer serviced any of Plaintiff's federal loans.   Each of Plaintiff's five counts—conversion, breach of fiduciary duty, negligence, breach of contract, and breach of the implied duty of good faith and fair dealing—all relate to the conduct the Complaint alleges took place following the 2008 consolidation of Plaintiff's federal loans.   Since Navient was not servicing any of Plaintiff's federal loans at that point, no payments were being made to Navient at all.   Moreover, the Complaint alleges that the loans were in school deferment or forbearance prior to 2008, meaning that no loans payments were made to Navient at any point in time.   [Dkt. 1, ¶¶ 8, 12].   Accordingly, Plaintiff's Complaint fails to state a claim upon which relief may be granted against Navient, and his Complaint should be dismissed.

---

[4] The Court may consider Plaintiff's loan summary under Rule 12(b)(6) even though it was not attached to Plaintiff's complaint because the consolidation of Plaintiff's loan is referred to in Plaintiff's Complaint and is central to Plaintiff's Complaint. *Breeden v. Buchanan*, 164 So. 3d 1057, 1068 (¶53) (Miss. Ct. App. 2015).

## CONCLUSION

For these reasons, Defendant Navient Corporation requests that the Court grant its Motion for Summary Judgment on the grounds that Navient Corporation is an improper party and that the statute of limitations on Plaintiff's claim has expired or, in the alternative, dismiss Plaintiff's Complaint for failure to state a claim.

This the 29th day of June, 2023.

Respectfully submitted,

NAVIENT CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

By: _s/ J. Carter Thompson, Jr._
  J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
R. Christopher White (MS Bar No. 105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING: Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL: One Eastover Center
100 Vision Center, Suite 400
Jackson, MS  39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing the Clerk of the Court using the MEC system which served a copy upon the following

Dated: June 29, 2023.

_/s/ J. Carter Thompson, Jr._
J. CARTER THOMPSON, JR.

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                      **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                   **DEFENDANTS**

---

### NAVIENT CORPORATION'S STATEMENT OF UNDISPUTED FACTS

---

The following facts are established by the record evidence, cannot be disputed, and are submitted in support of Navient Corporation's Motion for Summary Judgment.

1.      Navient Solutions, LLC ("Navient") serviced Plaintiff's federal loans from disbursement until 2008 when the federal loans were consolidated into two loans.

2.      Navient Corporation, on the other hand, is merely a holding company that has never had any relationship with Plaintiff or his loans.

3.      Upon consolidation in 2008, Navient was paid in full for Plaintiff's loans, and MOHELA began servicing the two consolidated loans.

4.      Plaintiff also took two private loans, which were serviced through Navient but were not part of the 2008 consolidation.

5.      In January 2015, Plaintiff twice spoke with Navient alleging that his loan balances had increased when Navient spun off of Sallie Mae.

6.      In February 2015, Plaintiff twice spoke with Navient requesting his payment history.

7.      On February 23, 2015, Navient provided Benson with a detailed transaction history for both of his loans.

8.      In November 2015, Benson made a request through Navient's website for his entire payment history from inception.

9.      At this point, he was informed that his requests were being handled by Navient's Office of the Consumer Advocate.

10.     On November 17, 2015, Plaintiff spoke with OCA and stated that he believed his payment history and account balance were not accurate.

11.     Plaintiff spoke with Navient multiple times in December 2015 and was ultimately sent correspondence outlining his account balances and payment histories.

12.     Plaintiff requested additional information again in early 2019, which prompted another letter from Navient stating that his loan balances with Navient were "paid in full by consolidation in June 2008."

13.     Plaintiff accessed his account through Navient's website at least 79 times between July 3, 2009 and February 6, 2017.

Respectfully submitted,

NAVIENT CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

By: *s/ J. Carter Thompson, Jr.*
        J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
R. Christopher White (MS Bar No. 105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  One Eastover Center
100 Vision Center, Suite 400
Jackson, MS  39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424


### CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing the Clerk of the Court using the

MEC system which served a copy upon the following

Dated: June 29, 2023.

/s/ J. Carter Thompson, Jr.
J. CARTER THOMPSON, JR.

3

## Scales, Jan

| | |
|---|---|
| **From:** | mec.nef@mec.ms.gov |
| **Sent:** | Thursday, June 29, 2023 3:18 PM |
| **To:** | mec.nef@mec.ms.gov |
| **Subject:** | Activity in Case 45CI1:23-cv-00068-JA BENSON v. HIGHER EDUCATION LOAN OF MISSOURI et al Docket Annotation |

**Anita E. Wray**
**Madison County Circuit Clerk**
**NOTICE OF ELECTRONIC CASE FILING**
**This is an automatic e-mail message generated by the Mississippi Electronic Courts (MEC) system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**The document described below has been docketed in MEC, and you are able to access it by clicking on the Document Number hyperlink. You may only access the document one time using the link provided in this e mail. Be sure to download and/or print a copy of each document during this first viewing. Subsequent viewing of the document after the first will require you to login and pay $.20 per page.**

**You may visit mec.ms.gov for further updates related to the project. For technical support, please contact the MEC help desk at 601-576-4650 or send an e-mail to helpdesk@mec.ms.gov.**

**Mississippi Electronic Courts**

**Twentieth Circuit Court District**

## Notice of Electronic Filing

The following transaction was entered on 6/29/2023 at 3:17 PM CDT and filed on 6/29/2023
**Case Name:** BENSON v. HIGHER EDUCATION LOAN OF MISSOURI et al
**Case Number:** 45CI1:23-cv-00068-JA
**Filer:**
**Document Number:** 15(No document attached)

**Docket Text:**
**DOCKET ANNOTATION as to [13], [12], [14] : ATTORNEY ERROR. (Ivey, Tisha)**

**45CI1:23-cv-00068-JA Notice has been electronically mailed to:**

J Carter Thompson, Jr cthompson@bakerdonelson.com, jscales@bakerdonelson.com

Lindsey Watson lindsey@wilbanksdowd.com, laurie@wilbanksdowd.com, leighann@wilbanksdowd.com

Charles Edward Cowan cec@wisecarter.com, ejs@wisecarter.com, mks@wisecarter.com

Robert Christopher White rcwhite@bakerdonelson.com, jscales@bakerdonelson.com, jshelton@bakerdonelson.com, mmathews@bakerdonelson.com, mmcdavid@bakerdonelson.com

**45CI1:23-cv-00068-JA Notice will be delivered by other means to:**

**45CI1:23-cv-00068-JA Parties to the Case:**

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                                                    **PLAINTIFF**

**V.**                                                               **CIVIL ACTION NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.**                              **DEFENDANTS**

---

### NAVIENT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DISMISS

---

Defendant Navient Corporation ("Navient") respectfully moves this Court to enter summary judgment in its favor on all claims alleged against it by Plaintiff Jamerial Benson, pursuant to Mississippi Rule of Civil Procedure 56.  In support, Navient relies on the arguments and authorities set forth in its Memorandum of Law in Support of Navient's Motion for Summary Judgment, which is being filed contemporaneously with this Motion, and the following exhibits:

Exhibit A:     Affidavit of Michelle Iorio; and

Exhibit B:     Mississippi Secretary of State Search Results.

In the alternative, Navient respectfully moves this Court to dismiss all claims alleged against it by Plaintiff Jamerial Benson, pursuant to Mississippi Rule of Civil Procedure 12(b)(6). In support, Navient relies on the arguments and authorities set forth in its Memorandum of Law in Support of Navient's Motion to Dismiss, which is being filed contemporaneously with this Motion, and the following exhibit:

Exhibit A: Affidavit of Michelle Iorio

4861-6858-1740

THIS, the 29th day of June, 2023.

NAVIENT CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: *s/ J. Carter Thompson, Jr.*
       J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
R. Christopher White (MS Bar No. 105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  One Eastover Center
100 Vision Center, Suite 400
Jackson, MS  39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing the Clerk of the Court using

the MEC system which served a copy upon the following

Dated: June 29, 2023.

*/s/ R. Christopher White*
R. CHRISTOPHER WHITE

2

4861-6858-1740

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                              **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.**                         **DEFENDANTS**

---

### AFFIDAVIT OF MICHELLE IORIO

---

I, Michelle Iorio, being duly sworn, state as follows:

1.      I am over the age of 18, and I am competent to testify to the matters contained herein.

2.      I am a Senior Account Analyst with Navient's Risk Mitigation department and, through that capacity, have personal knowledge of the facts contained herein.

3.      Plaintiff's loans were at all times serviced by Navient Solutions, LLC, a wholly-owned subsidiary of Navient Corporation.  Navient Corporation is a holding company and does not disburse or service student loans.

4.      The following records attached to this Affidavit are true, correct, and complete copies of documents kept and maintained by Navient in its usual course of business and correspondence between Navient and Benson relating to the various loans serviced by Navient Solutions, LLC:

Exhibit 1: Principal Balance Payment History

Exhibit 2: FDR Correspondence History

Exhibit 3: February 23, 2015 Correspondence

Exhibit 4: January 7, 2016 Correspondence

Exhibit 5: February 18, 2019 Correspondence

Exhibit 6: Correspondence History – Dash 2


EXHIBIT
A

Further Affiant sayeth not.


This the 29th day of June, 2023

_Michelle Iorio_ (signature)

Michelle Iorio

STATE OF _PA_

COUNTY OF _Luzerne_


SWORN TO AND SUBSCRIBED BEFORE ME, this the 29th day of June, 2023.

(SEAL)

_Steven Christopher_ (signature)

Notary Public

My commission expires:

_7-3-26_

> Commonwealth of Pennsylvania - Notary Seal
> Steven Christopher Getz, Notary Public
> Luzerne County
> My commission expires July 3, 2026
> Commission number 1284536
> Member, Pennsylvania Association of Notaries

Borrower Name                                    Loan Type                              Today's Date

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1/22/2002 | $1,328.00 | $1,328.00 | $0.00 | $0.00 | $0.00 | $1,328.00 | Disbursement |
| 1/22/2002 | $1,328.00 | $1,328.00 | $0.00 | $0.00 | $0.00 | $2,656.00 | Disbursement |
| 9/11/2002 | $2,750.00 | $2,750.00 | $0.00 | $0.00 | $0.00 | $5,406.00 | Disbursement |
| 1/2/2003 | $2,750.00 | $2,750.00 | $0.00 | $0.00 | $0.00 | $8,156.00 | Disbursement |
| 7/2/2003 | $4,648.00 | $4,648.00 | $0.00 | $0.00 | $0.00 | $12,804.00 | Disbursement |
| 9/3/2003 | $1,526.00 | $1,526.00 | $0.00 | $0.00 | $0.00 | $14,330.00 | Disbursement |
| 9/3/2003 | $1,246.00 | $1,246.00 | $0.00 | $0.00 | $0.00 | $15,576.00 | Disbursement |
| 9/12/2003 | $1,224.00 | $1,224.00 | $0.00 | $0.00 | $0.00 | $16,800.00 | Disbursement |
| 9/12/2003 | $476.00 | $476.00 | $0.00 | $0.00 | $0.00 | $17,276.00 | Disbursement |
| 1/9/2004 | $1,246.00 | $1,246.00 | $0.00 | $0.00 | $0.00 | $18,522.00 | Disbursement |
| 1/9/2004 | $476.00 | $476.00 | $0.00 | $0.00 | $0.00 | $18,998.00 | Disbursement |
| 1/9/2004 | $1,526.00 | $1,526.00 | $0.00 | $0.00 | $0.00 | $20,524.00 | Disbursement |
| 1/9/2004 | $1,224.00 | $1,224.00 | $0.00 | $0.00 | $0.00 | $21,748.00 | Disbursement |
| 2/11/2004 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 | $22,348.00 | Disbursement |
| 2/25/2004 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 | $22,948.00 | Disbursement |
| 6/16/2004 | $178.00 | $178.00 | $0.00 | $0.00 | $0.00 | $23,126.00 | Disbursement |
| 6/25/2004 | $178.00 | $178.00 | $0.00 | $0.00 | $0.00 | $23,304.00 | Disbursement |
| 9/30/2004 | $830.00 | $830.00 | $0.00 | $0.00 | $0.00 | $24,134.00 | Disbursement |
| 9/30/2004 | $578.00 | $578.00 | $0.00 | $0.00 | $0.00 | $24,712.00 | Disbursement |
| 10/15/2004 | $829.00 | $829.00 | $0.00 | $0.00 | $0.00 | $25,541.00 | Disbursement |
| 10/15/2004 | $578.00 | $578.00 | $0.00 | $0.00 | $0.00 | $26,119.00 | Disbursement |
| 5/9/2005 | $453.66 | $0.00 | $0.00 | $453.66 | $0.00 | $26,572.66 | Grace Period Ended |
| 8/29/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,572.66 | Quarterly Interst During School Deferment |
| 5/18/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,556.72 | Quarterly Interst During School Deferment |
| 6/16/2006 | $816.00 | $816.00 | $0.00 | $0.00 | $0.00 | $27,372.72 | Disbursement |
| 6/30/2006 | $816.00 | $816.00 | $0.00 | $0.00 | $0.00 | $28,188.72 | Disbursement |
| 8/5/2006 | $602.90 | $0.00 | $0.00 | $602.90 | $0.00 | $28,791.62 | End of School Deferment |
| 10/9/2006 | $345.10 | $0.00 | $0.00 | $345.10 | $0.00 | $29,136.72 | End of Administrative Forbearance |
| 10/10/2006 | $278.00 | -$278.00 | $0.00 | $0.00 | $0.00 | $28,858.72 | Refund from School |
| 10/10/2006 | $279.00 | -$279.00 | $0.00 | $0.00 | $0.00 | $28,579.72 | Refund from School |
| 2/5/2007 | $53.91 | $0.00 | $0.00 | $53.91 | $0.00 | $28,633.63 | Quarterly Interest During Forbearance |
| 6/18/2007 | $1,384.32 | $0.00 | $0.00 | $1,384.32 | $0.00 | $30,017.95 | Forbearance Ended |

EXHIBIT
1

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/18/2007 | $902.94 | $0.00 | $0.00 | $902.94 | $0.00 | $30,920.89 | Administrative Forbearance |
| 1/14/2008 | $335.01 | $0.00 | $0.00 | $335.01 | $0.00 | $31,255.90 | Administrative Forbearance |
| 1/14/2008 | $13.41 | $0.00 | $0.00 | $13.41 | $0.00 | $31,269.31 | Administrative Forbearance |
| 2/26/2008 | $265.81 | $0.00 | $0.00 | $265.81 | $0.00 | $31,535.12 | Administrative Forbearance |
| 5/23/2008 | $1,233.82 | -$1,207.51 | -$20.87 | $0.00 | -$5.44 | $30,327.61 | Consolidation Pay Out |
| 5/23/2008 | $3,454.26 | -$3,385.72 | -$58.54 | $0.00 | -$10.00 | $26,941.89 | Consolidation Pay Out |
| 5/23/2008 | $3,006.02 | -$2,944.99 | -$50.95 | $0.00 | -$10.08 | $23,996.90 | Consolidation Pay Out |
| 5/23/2008 | $1,481.04 | -$1,451.04 | -$25.09 | $0.00 | -$4.91 | $22,545.86 | Consolidation Pay Out |
| 5/23/2008 | $6,224.78 | -$6,098.73 | -$105.49 | $0.00 | -$20.56 | $16,447.13 | Consolidation Pay Out |
| 5/23/2008 | $1,183.72 | -$1,159.22 | -$20.06 | $0.00 | -$4.44 | $15,287.91 | Consolidation Pay Out |
| 5/23/2008 | $2,770.47 | -$2,715.86 | -$46.95 | $0.00 | -$7.66 | $12,572.05 | Consolidation Pay Out |
| 5/23/2008 | $5,835.50 | -$5,719.17 | -$98.90 | $0.00 | -$17.43 | $6,852.88 | Consolidation Pay Out |
| 5/23/2008 | $3,099.62 | -$3,037.82 | -$52.53 | $0.00 | -$9.27 | $3,815.06 | Consolidation Pay Out |
| 5/23/2008 | $1,402.33 | -$1,373.88 | -$23.76 | $0.00 | -$4.69 | $2,441.18 | Consolidation Pay Out |
| 5/23/2008 | $1,877.67 | -$1,839.56 | -$31.82 | $0.00 | -$6.29 | $601.62 | Consolidation Pay Out |
| 5/23/2008 | $434.86 | -$426.30 | -$7.37 | $0.00 | -$1.19 | $175.32 | Consolidation Pay Out |
| 6/9/2008 | $79.73 | -$79.15 | -$0.58 | $0.00 | $0.00 | $96.17 | Consolidation Pay Out |
| 6/9/2008 | $95.89 | -$95.89 | $0.00 | $0.00 | $0.00 | $0.28 | Consolidation Pay Out |
| 6/13/2008 | $0.28 | -$0.28 | $0.00 | $0.00 | $0.00 | $0.00 | Write Off |

# FDR
# CORRESPONDENCE HISTORY

EXHIBIT

**2**





Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

| Efftv Date | Posted Date | Source | Code | Dlvry Info | Comment | Loan ID | Cnt Atmpt |
|---|---|---|---|---|---|---|---|
| 7/19/2013 12:00:00 AM | 7/21/2013 12:00:00 AM | EDW | 735 | | NM-735 Group Action | 5029350481051352, 5029350481051345 | |
| 7/21/2013 12:00:00 AM | 7/21/2013 12:00:00 AM | EDW | 22 | | NM-022 = 07 PREV CYCLE = 22 | 5029350481051352, 5029350481051345 | |
| 7/23/2013 12:00:00 AM | 7/23/2013 12:00:00 AM | EDW | 22 | | NM-022 = 22 PREV CYCLE = 07 | 5029350481051352, 5029350481051345 | |
| 7/24/2013 12:00:00 AM | 7/24/2013 12:00:00 AM | EDW | TW50 | | MYL; MYL LOGIN SUCCESSFUL | 5029350481051352, 5029350481051345 | |
| 8/7/2013 12:00:00 AM | 8/7/2013 12:00:00 AM | SYS | CORR | | Payment reminder sent to 6056; due date of 08/17/2013; amount due:$43.36 5029350481051352 | | |
| 8/7/2013 12:00:00 AM | 8/7/2013 12:00:00 AM | SYS | CORR | | Payment reminder sent to 6056; due date of 08/17/2013; amount due:$30.27 5029350481051345 | | |
| 8/18/2013 12:00:00 AM | 8/18/2013 12:00:00 AM | EDW | RTPYMT | | A PAYMENT FOR CONFIRMATION CODE 3139778 ON BILL GROUP 4325472033033 WAS SUBMITTED ON 8/18/2013 10:40:44 AM FOR $ 73.63, EFFECTIVE 08/18/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING   5029350481051352, 5029350481051345 | | |
| 8/18/2013 12:00:00 AM | 8/18/2013 12:00:00 AM | EDW | TW50 | | MYL; MYL LOGIN SUCCESSFUL | 5029350481051352, 5029350481051345 | |
| 8/21/2013 12:00:00 AM | 8/21/2013 12:00:00 AM | EDW | TW50 | | MYL; MYL LOGIN SUCCESSFUL | 5029350481051352, 5029350481051345 | |
| 8/24/2013 12:00:00 AM | 8/25/2013 12:00:00 AM | EDW | PRVPOL | | Annual privacy notification sent from FDR via US Mail on 08/22/2013 5029350481051352, 5029350481051345 | | |
| 8/23/2013 12:00:00 AM | 8/25/2013 12:00:00 AM | EDW | CORS01 | | P099 Monthly Statement Sent EMAIL Borrower 08/22/2013 5029350481051345 | | |
| 9/7/2013 12:00:00 AM | 9/8/2013 12:00:00 AM | SYS | CORR | | Payment reminder sent to 6056; due date of 09/17/2013; amount due:$43.36 5029350481051352 | | |
| 9/7/2013 12:00:00 AM | 9/8/2013 12:00:00 AM | SYS | CORR | | Payment reminder sent to 6056; due date of 09/17/2013; amount due:$30.27 5029350481051345 | | |

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

9/11/2013 12:00:00 AM  9/11/2013 12:00:00 AM  SYS  TX00    Interest adjustment in the amount of $ .19 for the 07/18/13 statement not sent during conversion process - No letter sent   5029350481051352

9/11/2013 12:00:00 AM  9/11/2013 12:00:00 AM  SYS  TX00    Interest adjustment in the amount of $ .13 for the 07/18/13 statement not sent during conversion process - No letter sent   5029350481051345

9/22/2013 12:00:00 AM  9/22/2013 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

9/22/2013 12:00:00 AM  9/22/2013 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 4111471 WAS SUBMITTED ON 9/22/2013 11:53:31 AM FOR $ 43.17, EFFECTIVE 09/22/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352

9/22/2013 12:00:00 AM  9/22/2013 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 4111472 WAS SUBMITTED ON 9/22/2013 11:53:31 AM FOR $ 36.83, EFFECTIVE 09/22/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051345

9/23/2013 12:00:00 AM  9/23/2013 12:00:00 AM  EDW  CORS01     P099 Monthly Statement Sent EMAIL Borrower 09/22/2013   5029350481051345

10/7/2013 12:00:00 AM  10/7/2013 12:00:00 AM  SYS  CORR      Payment reminder sent to 6056; due date of 10/17/2013; amount due:$43.36   5029350481051352

10/7/2013 12:00:00 AM  10/7/2013 12:00:00 AM  SYS  CORR      Payment reminder sent to 6056; due date of 10/17/2013; amount due:$23.71   5029350481051345

10/17/2013 12:00:00 AM  10/17/2013 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

10/17/2013 12:00:00 AM  10/17/2013 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 4896407 WAS SUBMITTED ON 10/17/2013 10:19:56 PM FOR $ 43.36, EFFECTIVE 10/18/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352

Jamerial Benson
Acct # 9644672640
FDR Correspondence History
April 3, 2023

10/17/2013 12:00:00 AM  10/17/2013 12:00:00 AM  EDW  RTPYMT     A PAYMENT FOR CONFIRMATION CODE 4896408 WAS SUBMITTED ON 10/17/2013 10:19:56 PM FOR $ 36.64, EFFECTIVE 10/18/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051345

10/21/2013 12:00:00 AM  10/21/2013 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

10/22/2013 12:00:00 AM  10/22/2013 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054  5029350481051352

10/22/2013 12:00:00 AM  10/22/2013 12:00:00 AM  EDW  8     CIS NM-008 OLD ADDRESS:  5029350481051352

10/22/2013 12:00:00 AM  10/22/2013 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: 115 GERMANY DR  5029350481051352

10/22/2013 12:00:00 AM  10/22/2013 12:00:00 AM  EDW  8     CIS NM-008 OLD ADDRESS:  5029350481051345

10/22/2013 12:00:00 AM  10/22/2013 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054  5029350481051345

10/22/2013 12:00:00 AM  10/22/2013 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: 115 GERMANY DR  5029350481051345

10/22/2013 12:00:00 AM  10/23/2013 12:00:00 AM  EDW  197     AUTONM NM-197 LETTER = H574  5029350481051352

10/22/2013 12:00:00 AM  10/23/2013 12:00:00 AM  EDW  197     AUTONM NM-197 LETTER = H574  5029350481051345

10/24/2013 12:00:00 AM  10/25/2013 12:00:00 AM  EDW  CORS01     P099 Monthly Statement Sent EMAIL Borrower 10/22/2013  5029350481051345

10/26/2013 12:00:00 AM  10/27/2013 12:00:00 AM  EDW  CORL01     H574 H574 - Change in Terms - Cosigner Sent USPS Letter Cosigner 10/23/2013  5029350481051352, 5029350481051345

11/7/2013 12:00:00 AM  11/7/2013 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 11/17/2013; amount due:$43.57  5029350481051352

11/7/2013 12:00:00 AM  11/7/2013 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 11/17/2013; amount due:$17.41  5029350481051345

11/20/2013 12:00:00 AM  11/20/2013 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

11/20/2013 12:00:00 AM  11/20/2013 12:00:00 AM  EDW  RTPYMT  A PAYMENT FOR CONFIRMATION CODE 5873081 WAS SUBMITTED ON 11/20/2013 5:03:08 PM FOR $ 43.57, EFFECTIVE 11/21/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352

11/20/2013 12:00:00 AM  11/20/2013 12:00:00 AM  EDW  RTPYMT  A PAYMENT FOR CONFIRMATION CODE 5873080 WAS SUBMITTED ON 11/20/2013 5:03:09 PM FOR $ 26.43, EFFECTIVE 11/21/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018,BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436,BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051345

11/25/2013 12:00:00 AM  11/25/2013 12:00:00 AM  EDW  CORS01  P099 Monthly Statement Sent EMAIL Borrower 11/22/2013  5029350481051345

12/7/2013 12:00:00 AM  12/8/2013 12:00:00 AM  SYS  CORR  Payment reminder sent to 6056; due date of 12/17/2013; amount due:$43.57  5029350481051352

12/7/2013 12:00:00 AM  12/8/2013 12:00:00 AM  SYS  CORR  Payment reminder sent to 6056; due date of 12/17/2013; amount due:$21.32  5029350481051345

12/11/2013 12:00:00 AM  12/12/2013 12:00:00 AM  EDW  197  LCR NM-197 LETTER = K520  5029350481051352

12/11/2013 12:00:00 AM  12/12/2013 12:00:00 AM  EDW  197  LCR NM-197 LETTER = K520  5029350481051345

12/17/2013 12:00:00 AM  12/17/2013 12:00:00 AM  EDW  RTPYMT  A PAYMENT FOR CONFIRMATION CODE 6657745 WAS SUBMITTED ON 12/17/2013 9:25:59 PM FOR $43.57, EFFECTIVE 12/18/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

12/17/2013 12:00:00 AM  12/17/2013 12:00:00 AM  EDW  TW50  MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

12/17/2013 12:00:00 AM  12/17/2013 12:00:00 AM  EDW  RTPYMT  A PAYMENT FOR CONFIRMATION CODE 6657745 WAS SUBMITTED ON 12/17/2013 9:25:59 PM FOR $31.43, EFFECTIVE 12/18/2013 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

12/19/2013 12:00:00 AM   12/20/2013 12:00:00 AM   EDW   197      LCR NM-197 LETTER = K520   5029350481051352, 5029350481051345

12/23/2013 12:00:00 AM   12/24/2013 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 12/22/2013   5029350481051345

12/24/2013 12:00:00 AM   12/24/2013 12:00:00 AM   EDW   CORL01      K520 Annual Cosigner Interest Statement Sent USPS Letter Cosigner 12/20/2013   5029350481051345

1/7/2014 12:00:00 AM   1/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 01/17/2014; amount due:$43.57   5029350481051352

1/7/2014 12:00:00 AM   1/7/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

1/7/2014 12:00:00 AM   1/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 01/17/2014; amount due:$20.23   5029350481051345

1/23/2014 12:00:00 AM   1/23/2014 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 01/22/2014   5029350481051345

1/30/2014 12:00:00 AM   1/31/2014 12:00:00 AM   SYS   GD00      sys Email A9 requested for BOR JAMERIAL BENSON   5029350481051352, 5029350481051345

2/3/2014 12:00:00 AM   2/3/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 7924186 WAS SUBMITTED ON 2/3/2014 9:54:19 PM FOR $89.84, EFFECTIVE 02/04/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

2/3/2014 12:00:00 AM   2/3/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 7924186 WAS SUBMITTED ON 2/3/2014 9:54:19 PM FOR $50.16, EFFECTIVE 02/04/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

2/3/2014 12:00:00 AM   2/3/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

2/5/2014 12:00:00 AM   2/6/2014 12:00:00 AM   SYS   GD00      sys Call ATTEMPTS 1) 140203 1846 V   5029350481051352, 5029350481051345

2/17/2014 12:00:00 AM   2/17/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

2/23/2014 12:00:00 AM   2/23/2014 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 02/21/2014 5029350481051345

3/7/2014 12:00:00 AM   3/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 03/17/2014; amount due:$39.89 5029350481051352

3/7/2014 12:00:00 AM   3/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 03/17/2014; amount due:$29.93 5029350481051345

3/17/2014 12:00:00 AM   3/17/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 9255008 WAS SUBMITTED ON 3/17/2014 3:39:32 PM FOR $40.11, EFFECTIVE 03/17/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

3/17/2014 12:00:00 AM   3/17/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 9255008 WAS SUBMITTED ON 3/17/2014 3:39:32 PM FOR $39.89, EFFECTIVE 03/17/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

3/17/2014 12:00:00 AM   3/17/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352

3/17/2014 12:00:00 AM   3/17/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051345

3/17/2014 12:00:00 AM   3/18/2014 12:00:00 AM   A39138   GXV5      Notify 1-Company Split-Cos-USPS   5029350481051352, 5029350481051345

3/24/2014 12:00:00 AM   3/25/2014 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 03/21/2014 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

4/7/2014 12:00:00 AM   4/7/2014 12:00:00 AM   SYS   CORR   Payment reminder sent to 6056; due date of 04/17/2014; amount due:$43.08
5029350481051352

4/7/2014 12:00:00 AM   4/7/2014 12:00:00 AM   SYS   CORR   Payment reminder sent to 6056; due date of 04/17/2014; amount due:$19.75
5029350481051345

4/7/2014 12:00:00 AM   4/15/2014 12:00:00 AM   A39138   GXV5   Notify 1-Company Split-Cos-USPS   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   RTPYMT   A PAYMENT FOR CONFIRMATION CODE 10270379 WAS SUBMITTED ON
4/21/2014 1:47:23 PM FOR $43.08, EFFECTIVE 04/21/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   RTPYMT   A PAYMENT FOR CONFIRMATION CODE 10270379 WAS SUBMITTED ON
4/21/2014 1:47:23 PM FOR $26.92, EFFECTIVE 04/21/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   8   CIS NM-008 OLD ADDRESS:   5029350481051352

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   7   CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054   5029350481051352

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   7   CIS NM-007 OLD ADDRESS: 115 GERMANY DR   5029350481051352

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   TX00   ELEC SIGNATURE FR AUTO DEBIT RQST VIA INTERNET (ROLENAME) : (SSN) :
(Name) : (List of Loans that are coborrowed)   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   TW50   MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   ACH   MYL; AUTO DEBIT UPDATE REQUESTED FOR FOLLOWING: BILL GROUP:
4325472033033   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   23   NM*023 = A PREV AUTO PAY FLAG = 0   5029350481051352, 5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   21   NM-021 DDA ACCOUNT CHANGED   5029350481051352

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   8       CIS NM-008 OLD ADDRESS:   5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   21      NM-021 DDA ACCOUNT CHANGED   5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   7       CIS NM-007 OLD ADDRESS: 115 GERMANY DR   5029350481051345

4/21/2014 12:00:00 AM   4/21/2014 12:00:00 AM   EDW   7       CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054   5029350481051345

4/23/2014 12:00:00 AM   4/23/2014 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 04/22/2014
5029350481051345

4/30/2014 12:00:00 AM   4/30/2014 12:00:00 AM   A39138   GXV4      Notify 1-Company Split-Borrower-Email   5029350481051352,
5029350481051345

5/7/2014 12:00:00 AM   5/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 05/17/2014; amount due:$43.08
5029350481051352

5/7/2014 12:00:00 AM   5/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 05/17/2014; amount due:$29.93
5029350481051345

5/20/2014 12:00:00 AM   5/20/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

5/27/2014 12:00:00 AM   5/27/2014 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 05/22/2014
5029350481051345

6/7/2014 12:00:00 AM   6/8/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 06/17/2014; amount due:$43.08
5029350481051352

6/7/2014 12:00:00 AM   6/8/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 06/17/2014; amount due:$29.93
5029350481051345

8/4/2014 12:00:00 AM   6/12/2014 12:00:00 AM   A39138   GL00      Selected for Auto Debit Email   5029350481051352

6/17/2014 12:00:00 AM   6/17/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 12367887 WAS SUBMITTED ON
6/17/2014 11:54:24 AM FOR $43.08, EFFECTIVE 06/17/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

6/17/2014 12:00:00 AM  6/17/2014 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 12367887 WAS SUBMITTED ON 6/17/2014 11:54:24 AM FOR $36.92, EFFECTIVE 06/17/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

6/17/2014 12:00:00 AM  6/17/2014 12:00:00 AM  EDW  TW50      MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

6/17/2014 12:00:00 AM  6/17/2014 12:00:00 AM  EDW  TW50      MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

6/23/2014 12:00:00 AM  6/24/2014 12:00:00 AM  EDW  CORS01      P099 Monthly Statement Sent EMAIL Borrower 06/22/2014  5029350481051345

6/23/2014 12:00:00 AM  6/25/2014 12:00:00 AM  A39138  GL00      Selected for Auto Debit email on 04082014. Replac   5029350481051352

7/7/2014 12:00:00 AM  7/7/2014 12:00:00 AM  SYS  CORR      Payment reminder sent to 6056; due date of 07/17/2014; amount due:$43.08  5029350481051352

7/7/2014 12:00:00 AM  7/7/2014 12:00:00 AM  SYS  CORR      Payment reminder sent to 6056; due date of 07/17/2014; amount due:$29.93  5029350481051345

7/21/2014 12:00:00 AM  7/21/2014 12:00:00 AM  EDW  TW50      MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

7/21/2014 12:00:00 AM  7/21/2014 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 14963755 WAS SUBMITTED ON 7/21/2014 7:56:22 PM FOR $50.00, EFFECTIVE 07/22/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

7/21/2014 12:00:00 AM  7/21/2014 12:00:00 AM  EDW  TW50      MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

7/24/2014 12:00:00 AM  7/24/2014 12:00:00 AM  EDW  CORS01      P099 Monthly Statement Sent EMAIL Borrower 07/22/2014  5029350481051345

8/7/2014 12:00:00 AM  8/7/2014 12:00:00 AM  SYS  CORR      Payment reminder sent to 6056; due date of 08/17/2014; amount due:$42.10  5029350481051352

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

8/7/2014 12:00:00 AM   8/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 08/17/2014; amount due:$29.08
5029350481051345

8/12/2014 12:00:00 AM   8/12/2014 12:00:00 AM   A39138   GX3N      X880-CoSplt Ntfy 2 Navi Cmrcl Bor Email   5029350481051352,
5029350481051345

8/17/2014 12:00:00 AM   8/17/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

8/17/2014 12:00:00 AM   8/17/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 16934719 ON BILL GROUP
4325472033033 WAS SUBMITTED ON 8/17/2014 8:21:42 PM FOR $40.00, EFFECTIVE 08/18/2014 BY THE BORROWER FROM MYL. NO
CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER
ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT
TYPE - CHECKING.   5029350481051352, 5029350481051345

8/17/2014 12:00:00 AM   8/17/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

8/24/2014 12:00:00 AM   8/25/2014 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 08/22/2014
5029350481051345

8/27/2014 12:00:00 AM   8/29/2014 12:00:00 AM   A39138   GX3W      U880-CoSplit Ntfy 2 Navi Cmrcl Cos/En USPS   5029350481051352,
5029350481051345

8/29/2014 12:00:00 AM   9/5/2014 12:00:00 AM   A39138   GX3Q      X880-Splt#2 NAV Cmcl Cos/En Unpn'd/Bnce-2nd atmpt
5029350481051352, 5029350481051345

9/7/2014 12:00:00 AM   9/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 09/17/2014; amount due:$42.10
5029350481051352

9/7/2014 12:00:00 AM   9/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 09/17/2014; amount due:$29.08
5029350481051345

8/22/2014 12:00:00 AM   9/9/2014 12:00:00 AM   SYS   PRVPOL      Annual privacy notification sent from FDR with Statement on 08/22/2014
5029350481051345, 5029350481051345

9/12/2014 12:00:00 AM   9/12/2014 12:00:00 AM   A39138   GX7K      X910-CoSplit Ntfy 3 Navi Cmrcl Bor Email   5029350481051352,
5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

9/17/2014 12:00:00 AM   9/17/2014 12:00:00 AM   EDW   TW50   MYL; MYL LOGIN SUCCESSFUL   5029350481051352

9/17/2014 12:00:00 AM   9/17/2014 12:00:00 AM   EDW   TW50   MYL; MYL LOGIN SUCCESSFUL   5029350481051345

9/24/2014 12:00:00 AM   9/24/2014 12:00:00 AM   EDW   CORS01   P099 Monthly Statement Sent EMAIL Borrower 09/22/2014   5029350481051345

9/16/2014 12:00:00 AM   9/30/2014 12:00:00 AM   A39138   GX7S   U910-CoSplit Ntfy 3 Navi Cmrcl Cos/En USPS   5029350481051352, 5029350481051345

9/16/2014 12:00:00 AM   9/30/2014 12:00:00 AM   A39138   GX7S   U910-CoSplit Ntfy 3 Navi Cmrcl Cos/En USPS   5029350481051352, 5029350481051345

10/1/2014 12:00:00 AM   10/1/2014 12:00:00 AM   EDW   TW50   MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

10/7/2014 12:00:00 AM   10/7/2014 12:00:00 AM   SYS   CORR   Payment reminder sent to 6056; due date of 10/17/2014; amount due:$42.10   5029350481051352

10/7/2014 12:00:00 AM   10/7/2014 12:00:00 AM   SYS   CORR   Payment reminder sent to 6056; due date of 10/17/2014; amount due:$29.08   5029350481051345

10/10/2014 12:00:00 AM   10/12/2014 12:00:00 AM   A39138   TW50   MYL;   5029350481051352, 5029350481051345

10/23/2014 12:00:00 AM   10/24/2014 12:00:00 AM   EDW   CORS01   P099 Monthly Statement Sent EMAIL Borrower 10/22/2014   5029350481051345

10/31/2014 12:00:00 AM   11/3/2014 12:00:00 AM   SYS   GYD4   FDIC Late Fee Restitution Credit posted $24   5029350481051352

10/31/2014 12:00:00 AM   11/3/2014 12:00:00 AM   SYS   GYD4   FDIC Late Fee Restitution Credit posted $28.85   5029350481051345

11/3/2014 12:00:00 AM   11/4/2014 12:00:00 AM   EDW   197   SLTR6 NM-197 LETTER = K427   5029350481051352, 5029350481051345

11/5/2014 12:00:00 AM   11/5/2014 12:00:00 AM   EDW   CORL01   K427 K427 - You Have Received A Credit Sent EMAIL Borrower 11/04/2014   5029350481051345

11/7/2014 12:00:00 AM   11/7/2014 12:00:00 AM   SYS   CORR   Payment reminder sent to 6056; due date of 11/17/2014; amount due:$41.82   5029350481051352

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

11/7/2014 12:00:00 AM   11/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 11/17/2014; amount due:$28.30   5029350481051345

11/23/2014 12:00:00 AM   11/23/2014 12:00:00 AM   EDW   CORS01      P099 Monthly Statement Sent EMAIL Borrower 11/21/2014   5029350481051345

12/7/2014 12:00:00 AM   12/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 12/17/2014; amount due:$41.82   5029350481051352

12/7/2014 12:00:00 AM   12/7/2014 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 12/17/2014; amount due:$28.30   5029350481051345

12/16/2014 12:00:00 AM   12/16/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   7      CIS NM-007 OLD ADDRESS: 115 GERMANY DR   5029350481051352

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   8      CIS NM-008 OLD ADDRESS:   5029350481051352

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 25788406 WAS SUBMITTED ON 12/17/2014 11:52:13 PM FOR $41.82, EFFECTIVE 12/18/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 25788406 WAS SUBMITTED ON 12/17/2014 11:52:13 PM FOR $58.18, EFFECTIVE 12/18/2014 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   7      CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054   5029350481051352

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   7      CIS NM-007 OLD ADDRESS: 115 GERMANY DR   5029350481051345

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   8      CIS NM-008 OLD ADDRESS:   5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

12/17/2014 12:00:00 AM   12/17/2014 12:00:00 AM   EDW   7   CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054   5029350481051345

12/23/2014 12:00:00 AM   12/23/2014 12:00:00 AM   EDW   CORS01   P099 Monthly Statement Sent EMAIL Borrower 12/22/2014   5029350481051345

12/26/2014 12:00:00 AM   12/26/2014 12:00:00 AM   EDW   TW50   MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

12/29/2014 12:00:00 AM   12/29/2014 12:00:00 AM   A39138   GMB3   EML- STMT OF INT TO BE SNT <$600   5029350481051352, 5029350481051345

12/31/2014 12:00:00 AM   12/31/2014 12:00:00 AM   C43503   TK00   ADVISED WEBSITE (DOC CODE TRANSLATIONS)   5029350481051352, 5029350481051345

12/31/2014 12:00:00 AM   12/31/2014 12:00:00 AM   C43503   TK00   PAYMENT QUESTION/PROB (DOC CODE TRANSLATIONS)   5029350481051352, 5029350481051345

12/31/2014 12:00:00 AM   12/31/2014 12:00:00 AM   C43503   TK00   ACCOUNT BAL (DOC CODE TRANSLATIONS)   5029350481051352, 5029350481051345

12/31/2014 12:00:00 AM   12/31/2014 12:00:00 AM   C43503   TK00   INTEREST QUESTION (DOC CODE TRANSLATIONS)   5029350481051352, 5029350481051345

1/4/2015 12:00:00 AM   1/4/2015 12:00:00 AM   EDW   TW50   MYL; MYL LOGIN SUCCESSFUL   5029350481051352

1/4/2015 12:00:00 AM   1/4/2015 12:00:00 AM   EDW   TW50   MYL; MYL LOGIN SUCCESSFUL   5029350481051345

1/7/2015 12:00:00 AM   1/7/2015 12:00:00 AM   EDW   RTPYMT   A PAYMENT FOR CONFIRMATION CODE 27193190 WAS SUBMITTED ON 1/7/2015 7:00:34 PM FOR $58.18, EFFECTIVE 01/08/2015 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051345.   5029350481051352, 5029350481051345

1/7/2015 12:00:00 AM   1/7/2015 12:00:00 AM   C51287   TK00   BORR CI TO HAVE TOTAL PAYMENT BE CALCULATED -AMT IS6027.91 INTEREST2370.94 PRINCIPAL BALANCE3656.97AND CAP INTEREST3471.5/SEND IDT REQUEST FOR RESESARCHING BALANCE (DOC CODE TRANSLATIONS)   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

1/7/2015 12:00:00 AM  1/7/2015 12:00:00 AM  EDW  RTPYMT    A PAYMENT FOR CONFIRMATION CODE 27193190 WAS SUBMITTED ON 1/7/2015 7:00:34 PM FOR $41.82, EFFECTIVE 01/08/2015 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS - 2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT NUMBER - 5029350481051352.   5029350481051352, 5029350481051345

1/7/2015 12:00:00 AM  1/7/2015 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

1/7/2015 12:00:00 AM  1/7/2015 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 01/17/2015; amount due:$41.82  5029350481051352

1/7/2015 12:00:00 AM  1/7/2015 12:00:00 AM  SYS  CORR     Payment reminder sent to 6056; due date of 01/17/2015; amount due:$28.30  5029350481051345

1/7/2015 12:00:00 AM  1/8/2015 12:00:00 AM  A39138  GX00    ID:101138 , IDT Type: Research Requested is created on 01/07/2015  5029350481051352, 5029350481051345

1/9/2015 12:00:00 AM  1/9/2015 12:00:00 AM  C52763  TK00     PAYMENT QUESTION/PROB (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

1/13/2015 12:00:00 AM  1/13/2015 12:00:00 AM  E70722  GJ00     PER RESEARCH IDT 101138, NAT, REQUEST UNCLEAR  5029350481051352

1/13/2015 12:00:00 AM  1/13/2015 12:00:00 AM  E70722  GJ00     PER RESEARCH IDT 101138, NAT, REQUEST UNCLEAR  5029350481051345

1/13/2015 12:00:00 AM  1/14/2015 12:00:00 AM  A39138  GX00     ID:101138 , IDT Type: Research Requested is completed on 01/13/2015  5029350481051352, 5029350481051345

1/17/2015 12:00:00 AM  1/18/2015 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

1/19/2015 12:00:00 AM  1/19/2015 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: 115 GERMANY DR  5029350481051352

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  C35805  TK00     BORROWER PHONE CONTACT RE: RE-ROUTE/TRANSFER (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  C42815  TK00     PER BORR WHO HAS FDR LOANS REQST TO SPEAK TO DOMESTIC REP, ADV REP TO CONNECT THE CALL DIRECTLY TO VDN 10625 AS ANNOUNCE CALL PER BORR REQST DOMESTIC REP (DOC CODE TRANSLATIONS) 5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  A39139  TK00     BORROWER PHONE CONTACT RE: RE-ROUTE/TRANSFER (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  C42815  TK00     Q&AMP;A (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  TW50     MYL; MYL LOGIN SUCCESSFUL  5029350481051352

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  E71372  TK00     BORROWER PHONE CONTACT RE: RE-ROUTE/TRANSFER (DOC CODE TRANSLATIONS)  5029350481051352

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054  5029350481051352

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  C52902  TK00     BORROWER PHONE CONTACT RE: RE-ROUTE/TRANSFER (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  C52902  TK00     BORR RQSTD FOR A DOMESTIC REP; TRIED TO XFR TO ESCA, BT HQ ADVSD THAT FDR TRAINED ARE ALREADY EMPOWERED TO XFR TO DOMESTIC ALREADY; HQ PROVIDED VDN 10625, BT WAIT IME IS &GT;30 MINS; XFRD TO ESCA// (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  E71372  TK00     BORR SUBMITTED REQ FOR RESEARCH ON ACCT BALANCE, BUR DIDN&APOS;T RECEIVE RESPONSE, I RESENT IDT TO RESEARCH, BUT WANTED SUP, SENT TO SUP (DOC CODE TRANSLATIONS) 5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  8     CIS NM-008 OLD ADDRESS:  5029350481051352

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  C35805  TK00     CARES DIALED 916019064145 (DOC CODE TRANSLATIONS) 5029350481051352, 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  8     CIS NM-008 OLD ADDRESS:  5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: 115 GERMANY DR  5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  7     CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054  5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  E72040  GG00   BORROWER UPSET STATING THAT BALANCE HAS INCREASED SINCE NAME CHANGED TO NAVIENT BORROWER STATING THAT WAS ADVISED ON 1/9/15 WHEN SPOKE WITH AGENT THAT HIS BAL ANCE WAS 5009.53 WHEN WAS WITH SALLIE MAE AND HAS INCREASED SINCE LOANS CHANGED TO NAVIENT. APOLOGIZED TO BORR THAT RECEIVED INCORRECT INFORMATION REVIEWED ST ATEMENS WITH BORR BACK TO AUG WHEN STILL UNDER SALLIE MAE THAT BALANCE WAS AT 6 178.69 AND THAT BALANCE HAS WENT DOWN SINCE THEN HAS NOT INCREASED BORR WANTS T O KNOW WHAT THE AGENT WAS LOOKING AT ON 1-9-15 APOLOGIZED THAT UNABLE TO DETERM INE WAS SPECIALIST WAS VIEWING AT THAT TIME.   5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  E72040  GK2W   RECD ESCALATED INQUIRY, ENTERED INTO CSI DATABASE 5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  E71372  TK00   BORROWER PHONE CONTACT RE: RE-ROUTE/TRANSFER (DOC CODE TRANSLATIONS)  5029350481051345

1/21/2015 12:00:00 AM  1/21/2015 12:00:00 AM  EDW  TW50   MYL; MYL LOGIN SUCCESSFUL  5029350481051345

1/21/2015 12:00:00 AM  1/22/2015 12:00:00 AM  A39138  GX00   ID:116880 , IDT Type: Research Requested is created on 01/21/2015 5029350481051352, 5029350481051345

1/23/2015 12:00:00 AM  1/23/2015 12:00:00 AM  E52520  GJ00   PER ARTIVA RESEARCH IDT ID#116880;BALANCE WAS 5009.53 BEFORE WE SWITCHED TO NAV IENT, BALANCE WENT UP TO 5610.76, BORR WANTS RESEARCH AS TO WHY THJS DIFFERENCE IN THE AMTS, PLEASE SEND RESPONSE TO BORR WITH THIS EXPLANATION;RVWD CLASS;THE COMBINED BALACNE AT CONVERISON WS 4040.59 (2808.65+4041.17);AMTS MATCH AMT ON FDR;RVWD ACCT;THE BALCNE HAS BEEN DECREASING MONTLY SINCE LN CONVERTED OVER TO FDR;NO BALANE INCREASE FROM TIME LN WAS UNDER SLMA TO NOW   5029350481051352

1/23/2015 12:00:00 AM  1/23/2015 12:00:00 AM  EDW  CORS01   P099 Monthly Statement Sent EMAIL Borrower 01/22/2015 5029350481051345

1/23/2015 12:00:00 AM  1/23/2015 12:00:00 AM  E52520  GJ00   PER ARTIVA RESEARCH IDT ID#116880;BALANCE WAS 5009.53 BEFORE WE SWITCHED TO NAV IENT, BALANCE WENT UP TO 5610.76, BORR WANTS RESEARCH AS TO WHY THJS DIFFERENCE IN THE AMTS, PLEASE SEND RESPONSE TO BORR WITH THIS EXPLANATION;RVWD CLASS;THE COMBINED BALACNE AT CONVERISON WS 4040.59 (2808.65+4041.17);AMTS MATCH AMT ON FDR;RVWD ACCT;THE BALCNE HAS BEEN DECREASING MONTLY SINCE LN CONVERTED OVER TO FDR;NO BALANE INCREASE FROM TIME LN WAS UNDER SLMA TO NOW   5029350481051345

1/23/2015 12:00:00 AM  1/25/2015 12:00:00 AM  A39138  GX00   ID:116880 , IDT Type: Research Requested is completed on 01/23/2015 5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

2/4/2015 12:00:00 AM  2/4/2015 12:00:00 AM  A39138  GYB6  X936-INTRO PATH TO SUCCESS EMAIL SNT  5029350481051352, 5029350481051345

2/4/2015 12:00:00 AM  2/4/2015 12:00:00 AM  A39138  GYB6  X936-INTRO PATH TO SUCCESS EMAIL SNT  5029350481051352, 5029350481051345

2/7/2015 12:00:00 AM  2/8/2015 12:00:00 AM  SYS  CORR  Payment reminder sent to 6056; due date of 02/17/2015; amount due:$41.03  5029350481051352

2/7/2015 12:00:00 AM  2/8/2015 12:00:00 AM  SYS  CORR  Payment reminder sent to 6056; due date of 02/17/2015; amount due:$27.26  5029350481051345

2/17/2015 12:00:00 AM  2/17/2015 12:00:00 AM  EDW  TW50  MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

2/18/2015 12:00:00 AM  2/18/2015 12:00:00 AM  EDW  TX00  IVR CALL INFORMATION, DATE OF CALL 02/18/2015, TIME OF CALL 17:46:58, CALLER DIALED 8882725543 (ROLENAME) : (SSN) : (Name) : (List of Loans that are coborrowed)  5029350481051352, 5029350481051345

2/18/2015 12:00:00 AM  2/18/2015 12:00:00 AM  C51777  TK00  BORR CALLED; SAID THAT HE REQUESTED FOR THE PAYMENT HISTORY SINCE HE STARTED MAKING PAYMNTS WTH THE DECLINING BALANCE TO BE EMAILED TO HIM BUT HE DID NOT RECEIVE ANY; SENT IDT WTH BORR;&APOS;S REQUEST AND ADV HIM THAT IT WILL BE SENT VIA REGULAR MAIL; ADV TF (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

2/18/2015 12:00:00 AM  2/18/2015 12:00:00 AM  C51777  TK00  ADV COMPLETION WILL BE 02/26/15 AND MAILING TIME IS 7-10 DAYS (DOC CODE TRANSLATIONS)  5029350481051352, 5029350481051345

2/18/2015 12:00:00 AM  2/19/2015 12:00:00 AM  A39138  GX00  ID:160501 , IDT Type: Manual Letter is created on 02/18/2015  5029350481051352, 5029350481051345

2/19/2015 12:00:00 AM  2/20/2015 12:00:00 AM  EDW  197  COSIN NM-197 LETTER = K520  5029350481051352, 5029350481051345

2/23/2015 12:00:00 AM  2/23/2015 12:00:00 AM  E50369  G186  LETTER TYPED; AWAITING QC  5029350481051352, 5029350481051345

2/23/2015 12:00:00 AM  2/23/2015 12:00:00 AM  E50369  GJ00  PER MANLR IDT 160501; BOR RQSTD COMPLETE PMT HIST FOR LNS 1345/1352; DRFTD MANL PMT HIST FOR LNS 1345/1352 FROM FIRST PMT TO MOST RECENT  5029350481051352

2/23/2015 12:00:00 AM  2/23/2015 12:00:00 AM  EDW  CORS01  P099 Monthly Statement Sent EMAIL Borrower 02/22/2015  5029350481051345

Page | 17

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

2/23/2015 12:00:00 AM  2/23/2015 12:00:00 AM  E50369  GJ00    PER MANLR IDT 160501; BOR RQSTD COMPLETE PMT HIST FOR LNS 1345/1352; DRFTD MANL PMT HIST FOR LNS 1345/1352 FROM FIRST PMT TO MOST RECENT   5029350481051705

2/23/2015 12:00:00 AM  2/24/2015 12:00:00 AM  A39138  GX00    ID:160501 , IDT Type: Manual Letter is completed on 02/23/2015   5029350481051352, 5029350481051345

2/24/2015 12:00:00 AM  2/24/2015 12:00:00 AM  EDW  CORL01    K520 Annual Cosigner Interest Statement Sent USPS Letter Cosigner 02/20/2015  5029350481051352

2/24/2015 12:00:00 AM  2/24/2015 12:00:00 AM  E69105  G170    COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED   5029350481051352

2/24/2015 12:00:00 AM  2/24/2015 12:00:00 AM  E69105  G170    COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED   5029350481051345

2/25/2015 12:00:00 AM  2/25/2015 12:00:00 AM  E41434  GK24    SENT LETTER TO BORROWER  5029350481051352

2/25/2015 12:00:00 AM  2/25/2015 12:00:00 AM  E41434  GK24    SENT LETTER TO BORROWER  5029350481051345

3/7/2015 12:00:00 AM  3/8/2015 12:00:00 AM  SYS  CORR    Payment reminder sent to 6056; due date of 03/17/2015; amount due:$41.03  5029350481051352

3/7/2015 12:00:00 AM  3/8/2015 12:00:00 AM  SYS  CORR    Payment reminder sent to 6056; due date of 03/17/2015; amount due:$27.26  5029350481051345

3/16/2015 12:00:00 AM  3/16/2015 12:00:00 AM  EDW  TW50    MYL; MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

3/23/2015 12:00:00 AM  3/23/2015 12:00:00 AM  EDW  CORS01    P099 Monthly Statement Sent EMAIL Borrower 03/22/2015  5029350481051345

4/7/2015 12:00:00 AM  4/7/2015 12:00:00 AM  SYS  CORR    Payment reminder sent to 6056; due date of 04/17/2015; amount due:$41.03  5029350481051352

4/7/2015 12:00:00 AM  4/7/2015 12:00:00 AM  SYS  CORR    Payment reminder sent to 6056; due date of 04/17/2015; amount due:$27.26  5029350481051345

4/23/2015 12:00:00 AM  4/24/2015 12:00:00 AM  EDW  CORS01    P099 Monthly Statement Sent EMAIL Borrower 04/22/2015  5029350481051345

Jamerial Benson                                    FDR Correspondence History                            April 3, 2023
Acct # 9644672640

4/29/2015 12:00:00 AM   4/29/2015 12:00:00 AM   E59854   TK00      REVIEW ACCT W/O CUST CONTACT (DOC CODE TRANSLATIONS)
5029350481051352

4/29/2015 12:00:00 AM   4/29/2015 12:00:00 AM   E59854   TK00      REVIEW ACCT W/O CUST CONTACT (DOC CODE TRANSLATIONS)
5029350481051345

5/7/2015 12:00:00 AM   5/7/2015 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 05/17/2015; amount due:$40.50
5029350481051352

5/7/2015 12:00:00 AM   5/7/2015 12:00:00 AM   SYS   CORR      Payment reminder sent to 6056; due date of 05/17/2015; amount due:$26.53
5029350481051345

5/20/2015 12:00:00 AM   5/21/2015 1:52:43 AM   FDR   7      CIS NM-007 OLD ADDRESS: 108 W PIAZZA ST   5029350481051352

5/20/2015 12:00:00 AM   5/21/2015 1:52:43 AM   FDR   7      CIS NM-007 OLD ADDRESS: CRYSTAL SPGS MS 39059-3182   5029350481051352

5/20/2015 12:00:00 AM   5/21/2015 1:52:43 AM   FDR   8      CIS NM-008 OLD ADDRESS:   5029350481051352

5/20/2015 12:00:00 AM   5/21/2015 1:52:43 AM   FDR   7      CIS NM-007 OLD ADDRESS: 108 W PIAZZA ST   5029350481051345

5/20/2015 12:00:00 AM   5/21/2015 1:52:43 AM   FDR   7      CIS NM-007 OLD ADDRESS: CRYSTAL SPGS MS 39059-3182   5029350481051345

5/20/2015 12:00:00 AM   5/21/2015 1:52:43 AM   FDR   8      CIS NM-008 OLD ADDRESS:   5029350481051345

5/20/2015 12:00:00 AM   5/21/2015 1:54:58 AM   FDR   TW50      MYL; MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

5/20/2015 12:00:00 AM   5/21/2015 1:54:58 AM   FDR   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 37323552 WAS SUBMITTED ON
5/20/2015 8:28:48 AM FOR $100.00, EFFECTIVE 05/20/2015 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051345.   5029350481051352

5/20/2015 12:00:00 AM   5/21/2015 1:54:58 AM   FDR   RTPYMT      A PAYMENT FOR CONFIRMATION CODE 37323552 WAS SUBMITTED ON
5/20/2015 8:28:48 AM FOR $100.00, EFFECTIVE 05/20/2015 BY THE BORROWER FROM MYL. NO CONVENIENCE FEE WAS CHARGED.THE
FOLLOWING BANK ACCOUNT INFORMATION WAS USED FOR THE PAYMENT: BANK ACCOUNT NUMBER ENDING IN THE LAST FOUR NUMBERS -
2018, BANK ACCOUNT ROUTING NUMBER ENDING IN THE LAST FOUR NUMBERS - 5436, BANK ACCOUNT TYPE - CHECKING, FDR ACCOUNT
NUMBER - 5029350481051345.   5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

5/26/2015 12:00:00 AM   5/27/2015 1:31:34 AM   FDR   CORS01   P099 Monthly Statement Sent EMAIL Borrower 05/22/2015 5029350481051345

6/7/2015 12:00:00 AM   6/8/2015 1:31:11 AM   SYS   CORR   Payment reminder sent to 6056; due date of 06/17/2015; amount due:$40.50 5029350481051352

6/7/2015 12:00:00 AM   6/8/2015 1:31:11 AM   SYS   CORR   Payment reminder sent to 6056; due date of 06/17/2015; amount due:$26.53 5029350481051345

6/17/2015 12:00:00 AM   6/17/2015 12:44:43 PM   MYL   TW50   MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

6/17/2015 12:00:00 AM   6/17/2015 12:47:06 PM   MYL   RTPYMT   A payment for confirmation code 39395523 was submitted on 6/17/2015 12:47:06 PM for $40.50, effective 06/17/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.  5029350481051352, 5029350481051345

6/17/2015 12:00:00 AM   6/17/2015 12:47:07 PM   MYL   RTPYMT   A payment for confirmation code 39395523 was submitted on 6/17/2015 12:47:06 PM for $59.50, effective 06/17/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.  5029350481051352, 5029350481051345

6/17/2015 12:00:00 AM   6/17/2015 12:52:21 PM   IVR-West   TX00   IVR Call Information, Date of Call 06/17/2015, Time of Call 12:49:38, Caller Dialed 8882725543   5029350481051352, 5029350481051345

6/17/2015 12:00:00 AM   6/17/2015 1:11:31 PM   C51608   TK00   PAYMENT QUESTION/PROB  5029350481051352, 5029350481051345

6/17/2015 12:00:00 AM   6/17/2015 1:11:31 PM   C51608   TK00   ACCOUNT BAL  5029350481051352, 5029350481051345

6/23/2015 12:00:00 AM   6/24/2015 8:04:03 PM   OPSYS   CORS01   P099 Monthly Statement Sent EMAIL Borrower 06/22/2015 5029350481051345

7/7/2015 12:00:00 AM   7/7/2015 8:03:48 PM   SYS   CORR   Payment reminder sent to 6056; due date of 07/17/2015; amount due:$40.50 5029350481051352

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

7/7/2015 12:00:00 AM  7/7/2015 8:03:48 PM  SYS  CORR     Payment reminder sent to 6056; due date of 07/17/2015; amount due:$26.53
5029350481051345

7/10/2015 12:00:00 AM  7/10/2015 11:40:02 AM  MYL  TW50     MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

7/10/2015 12:00:00 AM  7/10/2015 11:48:32 AM  IVR-West  TX00     IVR Call Information, Date of Call 07/10/2015, Time of Call 11:45:33,
Caller Dialed 8882725543   5029350481051352, 5029350481051345

7/10/2015 12:00:00 AM  7/10/2015 11:58:03 AM  MYL  RTPYMT     A payment for confirmation code 41070912 was submitted on 7/10/2015
11:58:03 AM for $59.50, effective 07/10/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account
information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in
the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352,
5029350481051345

7/10/2015 12:00:00 AM  7/10/2015 11:58:04 AM  MYL  RTPYMT     A payment for confirmation code 41070912 was submitted on 7/10/2015
11:58:03 AM for $40.50, effective 07/10/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account
information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in
the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352,
5029350481051345

7/10/2015 12:00:00 AM  7/10/2015 11:59:52 AM  C55518  TK00     BORR REQ LTR SHOWING PMTS ALLOC TO PRIN&amp;INT AND DECLINING
BALANCE;ADV PROC,MAILING TIME,VRFD ADDR.   5029350481051352, 5029350481051345

7/10/2015 12:00:00 AM  7/10/2015 12:00:49 PM  MYL  TW50     MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

7/23/2015 12:00:00 AM  7/23/2015 8:04:10 PM  OPSYS  CORS01     P099 Monthly Statement Sent EMAIL Borrower 07/22/2015
5029350481051345

8/7/2015 12:00:00 AM  8/7/2015 8:04:18 PM  SYS  CORR     Payment reminder sent to 6056; due date of 08/17/2015; amount due:$39.99
5029350481051352

8/7/2015 12:00:00 AM  8/7/2015 8:04:19 PM  SYS  CORR     Payment reminder sent to 6056; due date of 08/17/2015; amount due:$24.51
5029350481051345

8/17/2015 12:00:00 AM  8/17/2015 9:21:39 PM  MYL  TW50     MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

8/17/2015 12:00:00 AM  8/17/2015 9:36:57 PM  MYL  RTPYMT    A payment for confirmation code 43918975 on bill group 4325472033033 was submitted on 8/17/2015 9:36:57 PM for $40.00, effective 08/18/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking.   5029350481051352, 5029350481051345

8/18/2015 12:00:00 AM  8/19/2015 1:54:39 AM  FDR  7    CIS NM-007 OLD ADDRESS: 115 GERMANY DR  5029350481051352

8/18/2015 12:00:00 AM  8/19/2015 1:54:39 AM  FDR  7    CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054  5029350481051352

8/18/2015 12:00:00 AM  8/19/2015 1:54:39 AM  FDR  8    CIS NM-008 OLD ADDRESS:  5029350481051352

8/18/2015 12:00:00 AM  8/19/2015 1:54:39 AM  FDR  7    CIS NM-007 OLD ADDRESS: 115 GERMANY DR  5029350481051345

8/18/2015 12:00:00 AM  8/19/2015 1:54:39 AM  FDR  7    CIS NM-007 OLD ADDRESS: CANTON MS 39046-6054  5029350481051345

8/18/2015 12:00:00 AM  8/19/2015 1:54:39 AM  FDR  8    CIS NM-008 OLD ADDRESS:  5029350481051345

8/22/2015 12:00:00 AM  8/23/2015 8:01:03 PM  OPSYS  CORS01    P099 Monthly Statement Sent EMAIL Borrower 08/21/2015  5029350481051345

8/24/2015 12:00:00 AM  8/24/2015 8:13:04 PM  OPSYS  PRVPOL    Annual privacy notification sent from FDR with Statement on 08/22/2015  5029350481051352, 5029350481051345

9/7/2015 12:00:00 AM  9/7/2015 8:12:49 PM  SYS  CORR    Payment reminder sent to 6056; due date of 09/17/2015; amount due:$39.99  5029350481051352

9/7/2015 12:00:00 AM  9/7/2015 8:12:49 PM  SYS  CORR    Payment reminder sent to 6056; due date of 09/17/2015; amount due:$24.51  5029350481051345

9/17/2015 12:00:00 AM  9/17/2015 3:59:26 PM  MYL  TW50    MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

9/17/2015 12:00:00 AM  9/17/2015 4:02:17 PM  MYL  RTPYMT    A payment for confirmation code 46183658 was submitted on 9/17/2015 4:02:17 PM for $39.99, effective 09/17/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

9/17/2015 12:00:00 AM   9/17/2015 4:02:17 PM   MYL   RTPYMT     A payment for confirmation code 46183658 was submitted on 9/17/2015 4:02:17 PM for $60.01, effective 09/17/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.  5029350481051352, 5029350481051345

9/23/2015 12:00:00 AM   9/23/2015 8:02:02 PM   OPSYS   CORS01     P099 Monthly Statement Sent EMAIL Borrower 09/22/2015 5029350481051345

10/7/2015 12:00:00 AM   10/7/2015 5:40:06 PM   MYL   TW50     MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

10/7/2015 12:00:00 AM   10/7/2015 5:41:09 PM   MYL   RTPYMT     A payment for confirmation code 47676268 was submitted on 10/7/2015 5:41:08 PM for $39.99, effective 10/07/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.  5029350481051352, 5029350481051345

10/7/2015 12:00:00 AM   10/7/2015 5:41:09 PM   MYL   RTPYMT     A payment for confirmation code 47676268 was submitted on 10/7/2015 5:41:08 PM for $60.01, effective 10/07/2015 by the Borrower from MYL. No convenience fee was charged.The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.  5029350481051352, 5029350481051345

10/7/2015 12:00:00 AM   10/7/2015 8:02:18 PM   SYS   CORR     Payment reminder sent to 6056; due date of 10/17/2015; amount due:$39.99 5029350481051352

10/7/2015 12:00:00 AM   10/7/2015 8:02:18 PM   SYS   CORR     Payment reminder sent to 6056; due date of 10/17/2015; amount due:$24.51 5029350481051345

10/23/2015 12:00:00 AM   10/23/2015 8:03:27 PM   OPSYS   CORS01     P099 Monthly Statement Sent EMAIL Borrower 10/22/2015 5029350481051345

11/4/2015 12:00:00 AM   11/4/2015 12:46:00 PM   E58632   TK00     PER OCA VOICEMAIL RECEIVED, PLACED CALL TO SHADERA UPCHURCH, DEPARTMENT OF EDUCATION OMBUDSMAN, BUT THERE WAS NO ANSWER; LEFT MESSAGE WITH OCA HOURS AND PHONE NUMBER 5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

11/5/2015 12:00:00 AM   11/5/2015 1:00:24 PM   E17282   TK00     BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

11/5/2015 12:00:00 AM   11/5/2015 3:40:27 PM   E59854   TK00     REVIEW ACCT W/O CUST CONTACT   5029350481051352, 5029350481051345

11/5/2015 12:00:00 AM   11/5/2015 9:47:30 PM   MYL   TW50     MYL LOGIN SUCCESSFUL MYL;   5029350481051352, 5029350481051345

11/5/2015 12:00:00 AM   11/5/2015 10:01:40 PM   MYL   TW50     MYL LOGIN SUCCESSFUL MYL;   5029350481051352, 5029350481051345

11/5/2015 12:00:00 AM   11/5/2015 10:28:40 PM   MYL   TX10     INTERNET MESSAGE RECEIVED FROM BORROWER INTERNET MESSAGE RECEIVED FROM BORROWER   5029350481051352, 5029350481051345

11/6/2015 12:00:00 AM   11/7/2015 2:14:07 AM   E71403   MX00     EGAIN 1574632 COMPLAINTS RCVD 110515 BWR RQSTD PYMNT HISTORY FROM INCEPTION WIT H RUNNING BALANCE, BWR STATED RQSTED INFO BEFORE AND ONLY GOT PYMNT HIST FROM 2 008- CURRENT BUT WASNT DECLINING, PER GUIDANCE PENDING UPON FURTHER REVIEW OF A CCT AS ENTIRE DECLINING BALANCE HIST IS NOT SOMETHING THAT IS USUALLY PROVIDED   5029350481051352, 5029350481051345

11/7/2015 12:00:00 AM   11/7/2015 8:02:51 PM   SYS   CORR     Payment reminder sent to 6056; due date of 11/17/2015; amount due:$38.62   5029350481051352

11/7/2015 12:00:00 AM   11/7/2015 8:02:51 PM   SYS   CORR     Payment reminder sent to 6056; due date of 11/17/2015; amount due:$22.76   5029350481051345

11/10/2015 12:00:00 AM   11/10/2015 5:54:09 PM   IVR-West   TX00     IVR Call Information, Date of Call 11/10/2015, Time of Call 17:51:51, Caller Dialed 8882725543   5029350481051352, 5029350481051345

11/10/2015 12:00:00 AM   11/10/2015 6:00:44 PM   MYL   TW50     MYL LOGIN SUCCESSFUL MYL;   5029350481051352, 5029350481051345

11/10/2015 12:00:00 AM   11/10/2015 6:18:59 PM   C49223   TK00     ADVICED TO CALL BACK TOMORROW AND CHECK IF ITS NEEDED TO BE XFERD TO ESCALATIONS SINCE THIS WAS HANDLED BY OCA   5029350481051352, 5029350481051345

11/10/2015 12:00:00 AM   11/10/2015 6:20:31 PM   C44367   TK00     Q&amp;A   5029350481051352, 5029350481051345

11/12/2015 12:00:00 AM   11/12/2015 8:49:21 AM   IVR-West   TX00     IVR Call Information, Date of Call 11/12/2015, Time of Call 08:46:04, Caller Dialed 8882725543   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

11/12/2015 12:00:00 AM  11/12/2015 8:53:55 AM  C36221  TK00    FDR/ BORR CALL BACK/ AS PER PREV CORR/ ACCT HANDLED BY OCA/ ESCALATED CALL TO SUPERVISOR  5029350481051352, 5029350481051345

11/12/2015 12:00:00 AM  11/12/2015 8:53:55 AM  C36221  TK00    BORROWER PHONE CONTACT RE: CARES DIALED 11457  5029350481051352, 5029350481051345

11/12/2015 12:00:00 AM  11/12/2015 9:08:15 AM  C43253  TK00    BORR IS REQUESTING TO BE CONNECTED TO THE DEPT WHO&apos;S HANDLING HIS CASE,BOR RIS INSISTING FOR THE DECLINING BALANCE TO BE SENT AND WAS ADVSD THAT THE ACCT. IS BEING HANDLED BY OCA,CALLED OCA AND ADVSD THAT THERE&apos;S NO OPEN CASE BUT OMBUDSMAN IS CALLING US ABOUT THE ACCT,OCA REP ASKED FOR THE CALL TO BE TRANSFRD OVER, TRANSFRD CALL ACCORDINGLY  5029350481051352, 5029350481051345

11/12/2015 12:00:00 AM  11/12/2015 9:08:15 AM  C43253  TK00    CARES DIALED (888) 545-4199  5029350481051352, 5029350481051345

11/12/2015 12:00:00 AM  11/12/2015 9:16:43 AM  E61168  TK00    BORROWER ESCALATION REQUEST FULL PAYMENT HISTORY PRINCIPAL/INTEREST/FEES TELEPHONE 601-906-4145 SENT FOR ASSGNMT  5029350481051352, 5029350481051345

11/13/2015 12:00:00 AM  11/14/2015 1:32:42 AM  E69824  GK00    ***OCA*** RECEIVED BORROWER COMPLAINT REQUESTING FULL PAYMENT HISTORY, PRINCIPA L, INTEREST, AND FEES ON ACCOUNT.  5029350481051352, 5029350481051345

11/13/2015 12:00:00 AM  11/14/2015 1:32:48 AM  E19813  GH92    ACCT RECEIVED IN CBS/SBS FOR REVIEW AND RESPONSE  5029350481051352

11/13/2015 12:00:00 AM  11/14/2015 1:32:48 AM  E19813  GH92    ACCT RECEIVED IN CBS/SBS FOR REVIEW AND RESPONSE  5029350481051345

11/17/2015 12:00:00 AM  11/18/2015 1:38:30 AM  E69824  GK00    ***OCA*** SPOKE WITH BORROWER AND DISCUSSED NATURE OF COMPLAINT. BORROWER STATE S IS REQUESTING THE INFORMATION WITH BELIEF THAT PAYMENTS ACCOUNT BALANCE IS NO T ACCURATE, SHOULD BE LOWER. ADVISED BORROWER WOULD COMPILE ACCOUNT INFORMATION AS REQUESTED. BORROWER OK.  5029350481051352, 5029350481051345

11/18/2015 12:00:00 AM  11/18/2015 10:35:31 AM  E69824  TK00    BORROWER RESEARCH RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

11/23/2015 12:00:00 AM  11/23/2015 8:05:12 PM  OPSYS  CORS01    P099 Monthly Statement Sent EMAIL Borrower 11/22/2015  5029350481051345

11/24/2015 12:00:00 AM  11/25/2015 1:30:45 AM  FDR    16    NM-016 = PREV STATUS =  5029350481051352

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

11/25/2015 12:00:00 AM  11/26/2015 1:52:27 AM  E71403  MX00   EGAIN 1574632 COMPLAINTS RCVD 110515 BWR RQSTD DECLINING BALANCE HISTORY; PER M EMOS OCA IS ON THE ACCT HANDLING BWR RQST, NAT, COMPLETED EMAIL OUT  5029350481051352

11/25/2015 12:00:00 AM  11/26/2015 1:52:27 AM  E71403  MX00   EGAIN 1574632 COMPLAINTS RCVD 110515 BWR RQSTD DECLINING BALANCE HISTORY; PER M EMOS OCA IS ON THE ACCT HANDLING BWR RQST, NAT, COMPLETED EMAIL OUT  5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 5:22:11 PM  MYL  TW50    MYL LOGIN SUCCESSFUL MYL;  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 5:26:45 PM  IVR-West  TX00    IVR Call Information, Date of Call 12/07/2015, Time of Call 17:24:31, Caller Dialed 8882725543  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 5:57:09 PM  C52003  TK00    BORR IS WORKING WITH OCA CALL TRAN TO HQ  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 5:57:09 PM  C52003  TK00    BORROWER PHONE CONTACT RE: CARES DIALED 11457  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 6:05:40 PM  C45647  GG00    ESCALATION  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 6:05:40 PM  C45647  TK00    CARES DIALED 18885454199  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 6:05:40 PM  C45647  TK00    BORR IS REQUESTING FOR FULL PMT HISTORY; ACCOUNT ON OPEN ISSUE WITH OCA. BORR WANTED TO BE CONNECTED TO THE SAME DEPARTMENT.  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 6:05:40 PM  C45647  TK00    WHILE CONNECTING TO ART, BORR DISCONNECTED. NAT  5029350481051352, 5029350481051345

12/7/2015 12:00:00 AM  12/7/2015 8:06:53 PM  SYS  CORR    Payment reminder sent to 6056; due date of 12/17/2015; amount due:$38.62  5029350481051352

12/7/2015 12:00:00 AM  12/7/2015 8:06:53 PM  SYS  CORR    Payment reminder sent to 6056; due date of 12/17/2015; amount due:$22.76  5029350481051345

12/8/2015 12:00:00 AM  12/8/2015 4:10:35 PM  E59660  TK00    BRW CALLED TO CHECK STATUS OF RQST MADE IN NOVEMBER/ADVOCATE UNAVAILEBLE/TRANS TO VOICEMAIL  5029350481051352, 5029350481051345

12/14/2015 12:00:00 AM  12/14/2015 12:55:44 PM  E17282  TK00    RCVD CALL FROM CUST; TRANSFER TO ADVOCATE  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

12/14/2015 12:00:00 AM  12/15/2015 1:31:00 AM  E69824  GK00    ***OCA*** SPOKE WITH BORROWER REGARDING PH AND ADVISED QC PROCESS AND AS SOON A S REVIEW IS COMPLETED WILL BE ABLE TO SEND PH. BORROWER OK  5029350481051352

12/14/2015 12:00:00 AM  12/15/2015 1:31:00 AM  E69824  GK00    ***OCA*** SPOKE WITH BORROWER REGARDING PH AND ADVISED QC PROCESS AND AS SOON A S REVIEW IS COMPLETED WILL BE ABLE TO SEND PH. BORROWER OK  5029350481051345

12/14/2015 12:00:00 AM  12/15/2015 1:31:00 AM  E69824  GK00    ***OCA*** SPOKE WITH BORROWER REGARDING PH AND ADVISED QC PROCESS AND AS SOON A S REVIEW IS COMPLETED WILL BE ABLE TO SEND PH. BORROWER OK  5029350481051345

12/23/2015 12:00:00 AM  12/24/2015 8:03:48 PM  OPSYS  CORS01    P099 Monthly Statement Sent EMAIL Borrower 12/22/2015  5029350481051345

1/1/2016 12:00:00 AM  1/2/2016 2:22:48 AM  FDR  11    NM-011 NEW APR = 01.750 PREV APR = 01.750  5029350481051352, 5029350481051345

1/4/2016 12:00:00 AM  1/5/2016 1:31:32 AM  E69824  GK00    ***OCA*** MADE OUTREACH TO BORROWER AND APOLOGIZED FOR LENGTH OF TIME TO SEND P H. ADVISED ONCE QC IS COMPLETED BORROWER WILL RECEIVE INFORMATION. BORROWER OK  5029350481051352, 5029350481051345

1/6/2016 12:00:00 AM  1/7/2016 1:31:28 AM  E69824  MY96    CAU LETTERS TYPED; AWAITING QC  5029350481051352, 5029350481051345

1/6/2016 12:00:00 AM  1/7/2016 1:31:28 AM  E69824  GK00    ***OCA*** DRAFTED LETTER WITH PAYMENT HISTORIES FOR BOTH OUTSTANDING LOANS, AS REQUESTED BY BORROWER.  5029350481051352

1/6/2016 12:00:00 AM  1/7/2016 1:31:28 AM  E69824  GK00    ***OCA*** DRAFTED LETTER WITH PAYMENT HISTORIES FOR BOTH OUTSTANDING LOANS, AS REQUESTED BY BORROWER.  5029350481051345

1/7/2016 12:00:00 AM  1/7/2016 8:03:49 PM  SYS  CORR    Payment reminder sent to 6056; due date of 01/17/2016; amount due:$38.62  5029350481051352

1/7/2016 12:00:00 AM  1/7/2016 8:03:49 PM  SYS  CORR    Payment reminder sent to 6056; due date of 01/17/2016; amount due:$22.76  5029350481051345

1/7/2016 12:00:00 AM  1/8/2016 1:31:31 AM  E69824  GK24    SENT LETTER TO BORROWER  5029350481051352, 5029350481051345

1/7/2016 12:00:00 AM  1/8/2016 1:31:31 AM  E69824  GY95    CBS REVIEW COMPLETE  5029350481051352, 5029350481051345

1/7/2016 12:00:00 AM  1/8/2016 1:31:35 AM  E19157  MY99    CAU QC COMPLETE  5029350481051352

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

1/7/2016 12:00:00 AM   1/8/2016 1:31:35 AM   E19157   MY99     CAU QC COMPLETE   5029350481051345

1/11/2016 12:00:00 AM   1/12/2016 1:31:26 AM   E69315   GK00     OCA - SENT INQ/RESPONSE FOR SCANNING   5029350481051345

1/19/2016 12:00:00 AM   1/19/2016 8:52:00 PM   MYL2   TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

1/19/2016 12:00:00 AM   1/19/2016 8:58:25 PM   MYL2   ACH     MYL2; auto debit terminate requested for following: Loan: 5029350481051352
5029350481051352

1/19/2016 12:00:00 AM   1/19/2016 8:58:25 PM   MYL2   ACH     MYL2; auto debit terminate requested for following: Loan: 5029350481051345
5029350481051345

1/20/2016 12:00:00 AM   1/21/2016 1:30:55 AM   FDR   23     NM*023 = 0 PREV AUTO PAY FLAG = A   5029350481051352, 5029350481051345

1/20/2016 12:00:00 AM   1/22/2016 1:31:22 AM   FDR   197     MYL2A NM-197 LETTER = P209   5029350481051352, 5029350481051345

1/21/2016 12:00:00 AM   1/22/2016 8:04:19 PM   OPSYS   CORL01     P209 CANCEL AUTO DEBIT:BORROWER REQUEST (borrower) Sent EMAIL
Borrower 01/21/2016   5029350481051352, 5029350481051345

1/23/2016 12:00:00 AM   1/23/2016 8:02:36 PM   OPSYS   CORS01     P099 Monthly Statement Sent EMAIL Borrower 01/22/2016
5029350481051345

2/7/2016 12:00:00 AM   2/7/2016 8:00:43 PM   SYS   CORR     Payment reminder sent to 6056; due date of 02/17/2016; amount due:$38.09
5029350481051352

2/7/2016 12:00:00 AM   2/7/2016 8:00:43 PM   SYS   CORR     Payment reminder sent to 6056; due date of 02/17/2016; amount due:$21.96
5029350481051345

2/11/2016 12:00:00 AM   2/11/2016 9:43:27 PM   MYL2   TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

2/12/2016 12:00:00 AM   2/12/2016 5:54:56 PM   MYL2   TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

2/12/2016 12:00:00 AM   2/12/2016 5:55:51 PM   MYL2   TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

Jamerial Benson                                        FDR Correspondence History                              April 3, 2023
Acct # 9644672640

2/16/2016 12:00:00 AM   2/16/2016 4:40:31 PM   IVR-West   TX00      IVR Call Information, Date of Call 02/16/2016, Time of Call 16:37:13, Caller
Dialed 8882725543   5029350481051352, 5029350481051345

2/16/2016 12:00:00 AM   2/16/2016 4:58:03 PM   C45804   TK00      RCVD CL FRM BOR SAID HE SENT HIS BANK STATEMENTS RE DISCREPANCIES
OF HIS PYMTS/ACCT BEING HANDLED BY OCA/ AS PER SUP TO XFR TO HQ TO XFRD TO OCA   5029350481051352, 5029350481051345

2/16/2016 12:00:00 AM   2/16/2016 5:06:35 PM   C42906   TK00      CARES DIALED 18885454199   5029350481051352, 5029350481051345

2/16/2016 12:00:00 AM   2/16/2016 5:06:35 PM   C42906   TK00      ACCT HANDLED BY OCA, BRR WANTS TO BE TRANSFERRED TO OCA, XFER
CALL   5029350481051352, 5029350481051345

2/16/2016 12:00:00 AM   2/16/2016 5:06:35 PM   C42906   TK00      TRANSFER TO ANOTHER DEPARTMENT   5029350481051352,
5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 10:56:34 AM   E17282   TK00      RCVD 2 VM FROM CUST FOR ADV; FWD   5029350481051352,
5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 1:36:36 PM   IVR-West   TX00      IVR Call Information, Date of Call 02/17/2016, Time of Call 13:33:22, Caller
Dialed 8882725543   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 1:44:54 PM   C43601   TK00      ON SET OF THE CALL BORR ASKED TO BE TRANSFERRED TO A MANAGER. ADV
THAT WE CAN CONNECT HIM TO SUP. ABT OCA CONCERN. ESCALATED CALL   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 2:03:22 PM   C42537   TK00      BOR REQUESTED TO SPEAK TO OCA TO FOLLOW UP HIS CONCERN WHEN HE
SPOKE TO OCA.   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 2:03:22 PM   C42537   GG00      ESCALATION   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 2:12:36 PM   E49158   TK00      RECVD XFER CL FRM BWR, ALREADY VALIDATED, HE HAS BEEN TRYING TO
GET BACK IN TOUCH WITH ADVOCATEFOR SEVERAL DAYS AND SAID HE LEFT SEVERAL VOICE MAILS, TRANSFERED WARM TO ADVOCATE
5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 7:47:00 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 7:47:59 PM   MYL2   RTPYMT      A payment for confirmation code 57673953C was submitted on 2/17/2016
7:47:59 PM for $38.09, effective 02/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/17/2016 7:47:59 PM   MYL2   RTPYMT      A payment for confirmation code 57673953C was submitted on 2/17/2016 7:47:59 PM for $21.96, effective 02/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352, 5029350481051345

2/17/2016 12:00:00 AM   2/18/2016 1:31:09 AM   E69824   GK00      ***OCA*** SPOKE TO BORROWER AND CONFERENCED IN REGIONS BANK, CALL FROM REGIONS BANK WAS DISCONNECTED. REVIEWED BORROWER'S INQUIRY OF MISSING PAYMENTS AND BORR OWER WAS ABLE TO SEE THEM ALLOCATED CORRECTLY ON PAYMENT HISTORY. BORROWER HAD NO ADDITIONAL QUESTIONS.   5029350481051352

2/17/2016 12:00:00 AM   2/18/2016 1:31:09 AM   E69824   GK00      ***OCA*** SPOKE TO BORROWER AND CONFERENCED IN REGIONS BANK, CALL FROM REGIONS BANK WAS DISCONNECTED. REVIEWED BORROWER'S INQUIRY OF MISSING PAYMENTS AND BORR OWER WAS ABLE TO SEE THEM ALLOCATED CORRECTLY ON PAYMENT HISTORY. BORROWER HAD NO ADDITIONAL QUESTIONS.   5029350481051345

2/23/2016 12:00:00 AM   2/23/2016 8:04:28 PM   OPSYS   CORS01      P099 Monthly Statement Sent EMAIL Borrower 02/22/2016   5029350481051345

2/24/2016 12:00:00 AM   2/26/2016 1:37:59 AM   FDR   197      COSIN NM-197 LETTER = K520   5029350481051352, 5029350481051345

2/29/2016 12:00:00 AM   3/1/2016 8:02:28 PM   OPSYS   CORL01      K520 Annual Cosigner Interest Statement Sent EMAIL Cosigner 02/25/2016   5029350481051352

3/7/2016 12:00:00 AM   3/7/2016 4:20:44 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

3/7/2016 12:00:00 AM   3/7/2016 4:21:04 PM   MYL2   TX14      Borrower Requested Tax Letter From Web Site BORROWER REQUESTED TAX LETTER FROM WEB SITE   5029350481051352, 5029350481051345

3/7/2016 12:00:00 AM   3/7/2016 8:05:56 PM   SYS   CORR      Payment reminder sent to 6056; due date of 03/17/2016; amount due:$38.09   5029350481051352

3/7/2016 12:00:00 AM   3/7/2016 8:05:56 PM   SYS   CORR      Payment reminder sent to 6056; due date of 03/17/2016; amount due:$21.96   5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

3/17/2016 12:00:00 AM   3/17/2016 11:34:28 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

3/17/2016 12:00:00 AM   3/17/2016 11:36:50 PM   MYL2   RTPYMT      A payment for confirmation code 60008600C was submitted on 3/17/2016 11:36:50 PM for $40.00, effective 03/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

3/17/2016 12:00:00 AM   3/17/2016 11:36:50 PM   MYL2   RTPYMT      A payment for confirmation code 60008600C was submitted on 3/17/2016 11:36:50 PM for $40.00, effective 03/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352, 5029350481051345

3/17/2016 12:00:00 AM   3/17/2016 11:38:43 PM   MYL2   TX14      Borrower Requested Tax Letter From Web Site BORROWER REQUESTED TAX LETTER FROM WEB SITE   5029350481051352, 5029350481051345

3/23/2016 12:00:00 AM   3/23/2016 8:05:52 PM   OPSYS   CORS01      P099 Monthly Statement Sent EMAIL Borrower 03/22/2016   5029350481051345

4/7/2016 12:00:00 AM   4/7/2016 11:40:48 AM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

4/7/2016 12:00:00 AM   4/7/2016 8:04:05 PM   SYS   CORR      Payment reminder sent to 6056; due date of 04/17/2016; amount due:$36.18   5029350481051352

4/7/2016 12:00:00 AM   4/7/2016 8:04:05 PM   SYS   CORR      Payment reminder sent to 6056; due date of 04/17/2016; amount due:$3.92   5029350481051345

4/18/2016 12:00:00 AM   4/18/2016 10:17:03 AM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

4/18/2016 12:00:00 AM   4/18/2016 10:17:55 AM   MYL2   RTPYMT      A payment for confirmation code 62332714C was submitted on 4/18/2016 10:17:54 AM for $40.00, effective 04/18/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

4/18/2016 12:00:00 AM   4/18/2016 10:17:55 AM   MYL2   RTPYMT      A payment for confirmation code 62332714C was submitted on 4/18/2016 10:17:54 AM for $40.00, effective 04/18/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

4/21/2016 12:00:00 AM   4/21/2016 11:29:12 AM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

4/23/2016 12:00:00 AM   4/23/2016 8:12:14 PM   OPSYS   CORS01      P099 Monthly Statement Sent EMAIL Borrower 04/22/2016 5029350481051345

5/7/2016 12:00:00 AM   5/7/2016 8:03:56 PM   SYS   CORR      Payment reminder sent to 6056; due date of 05/17/2016; amount due:$34.96 5029350481051352

5/17/2016 12:00:00 AM   5/17/2016 10:48:54 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

5/17/2016 12:00:00 AM   5/17/2016 10:50:43 PM   MYL2   RTPYMT      A payment for confirmation code 64547078C was submitted on 5/17/2016 10:50:43 PM for $60.00, effective 05/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

5/17/2016 12:00:00 AM   5/17/2016 10:50:43 PM   MYL2   RTPYMT      A payment for confirmation code 64547078C was submitted on 5/17/2016 10:50:43 PM for $40.00, effective 05/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352, 5029350481051345

5/23/2016 12:00:00 AM   5/23/2016 8:05:28 PM   OPSYS   CORS01      P099 Monthly Statement Sent EMAIL Borrower 05/22/2016 5029350481051345

6/7/2016 12:00:00 AM   6/7/2016 8:03:05 PM   SYS   CORR      Payment reminder sent to 6056; due date of 06/17/2016; amount due:$13.74 5029350481051352

6/14/2016 12:00:00 AM   6/15/2016 8:07:28 PM   A39138   GPX3      X058 Payment Addr Change Email Notification Sent   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

6/17/2016 12:00:00 AM  6/17/2016 8:04:46 PM  A39138  GPX3    X058 Payment Addr Change Email Notification Sent  5029350481051352, 5029350481051345

6/19/2016 12:00:00 AM  6/19/2016 8:58:11 PM  MYL2  TW50    MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

6/21/2016 12:00:00 AM  6/21/2016 3:12:49 PM  MYL2  TW50    MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

6/21/2016 12:00:00 AM  6/21/2016 3:13:41 PM  MYL2  RTPYMT    A payment for confirmation code 66990303C was submitted on 6/21/2016 3:13:41 PM for $13.74, effective 06/21/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.  5029350481051352, 5029350481051345

6/21/2016 12:00:00 AM  6/21/2016 3:13:41 PM  MYL2  RTPYMT    A payment for confirmation code 66990303C was submitted on 6/21/2016 3:13:41 PM for $130.00, effective 06/21/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051345.  5029350481051352, 5029350481051345

6/23/2016 12:00:00 AM  6/23/2016 8:05:08 PM  A39138  GPX2    LTR058 Pymnt Addr Change Letter Notification Sent  5029350481051352, 5029350481051345

6/23/2016 12:00:00 AM  6/23/2016 8:05:54 PM  OPSYS  CORS01    P099 Monthly Statement Sent EMAIL Borrower 06/22/2016  5029350481051345

7/7/2016 12:00:00 AM  7/7/2016 8:02:44 PM  SYS  CORR    Payment reminder sent to 6056; due date of 07/17/2016; amount due:$38.78  5029350481051352

7/18/2016 12:00:00 AM  7/18/2016 2:13:34 PM  MYL2  TW50    MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL  5029350481051352, 5029350481051345

7/18/2016 12:00:00 AM  7/18/2016 2:14:04 PM  MYL2  RTPYMT    A payment for confirmation code 68919097C was submitted on 7/18/2016 2:14:03 PM for $50.00, effective 07/18/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 2018, Bank Account Routing Number Ending in the Last Four Numbers - 5436, Bank Account Type - Checking, FDR Account Number - 5029350481051352.  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

7/23/2016 12:00:00 AM   7/23/2016 8:02:04 PM   OPSYS   CORS01      P099 Monthly Statement Sent EMAIL Borrower 07/22/2016   5029350481051345

7/24/2016 12:00:00 AM   7/24/2016 8:14:14 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

7/24/2016 12:00:00 AM   7/24/2016 8:16:28 PM   MYL2   TX00      BANK ACCOUNT XXXX6309 SAVED   5029350481051352, 5029350481051345

7/24/2016 12:00:00 AM   7/24/2016 8:19:58 PM   MYL2   RTPYMT      A payment for confirmation code 69330827C was submitted on 7/24/2016 8:19:58 PM for $1432.19, effective 07/24/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 6309, Bank Account Routing Number Ending in the Last Four Numbers - 3751, Bank Account Type - Checking, FDR Account Number - 5029350481051345.   5029350481051352, 5029350481051345

7/24/2016 12:00:00 AM   7/24/2016 8:19:58 PM   MYL2   RTPYMT      A payment for confirmation code 69330827C was submitted on 7/24/2016 8:19:58 PM for $50.00, effective 07/24/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 6309, Bank Account Routing Number Ending in the Last Four Numbers - 3751, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

8/17/2016 12:00:00 AM   8/17/2016 7:15:31 PM   MYL2   TW50      MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

8/17/2016 12:00:00 AM   8/17/2016 7:19:32 PM   MYL2   RTPYMT      A payment for confirmation code 71051135C was submitted on 8/17/2016 7:19:31 PM for $2675.03, effective 08/17/2016 by the Borrower from MYL2. Convenience Fee = 0.00. The following bank account information was used for the payment: Bank Account Number Ending in the Last Four Numbers - 6309, Bank Account Routing Number Ending in the Last Four Numbers - 3751, Bank Account Type - Checking, FDR Account Number - 5029350481051352.   5029350481051352, 5029350481051345

8/23/2016 12:00:00 AM   8/23/2016 8:01:58 PM   OPSYS   CORS01      P099 Monthly Statement Sent EMAIL Borrower 08/22/2016   5029350481051345

8/22/2016 12:00:00 AM   8/24/2016 1:59:33 AM   FDR   16      NM-016 = A PREV STATUS =   5029350481051345

8/22/2016 12:00:00 AM   8/24/2016 1:59:33 AM   FDR   28      NM-028 NEW REASON CODE = 67 OLD REASON CODE = 00   5029350481051345

9/15/2016 12:00:00 AM   9/17/2016 2:35:28 AM   FDR   16      NM-016 = A PREV STATUS =   5029350481051352

9/15/2016 12:00:00 AM   9/17/2016 2:35:28 AM   FDR   28      NM-028 NEW REASON CODE = 67 OLD REASON CODE = 00   5029350481051352

Jamerial Benson                                                    April 3, 2023
Acct # 9644672640                   FDR Correspondence History

9/19/2016 12:00:00 AM   9/21/2016 1:38:36 AM   FDR   16    NM-016 = C PREV STATUS = A   5029350481051352, 5029350481051345

9/19/2016 12:00:00 AM   9/21/2016 1:38:36 AM   FDR   28    NM-028 NEW REASON CODE = 99 OLD REASON CODE = 67   5029350481051352,
5029350481051345

9/21/2016 12:00:00 AM   9/22/2016 1:31:47 AM   FDR   78902    NM-78902 OLD MONETARY REJECT '0'   5029350481051352

9/21/2016 12:00:00 AM   9/22/2016 1:31:47 AM   FDR   78902    NM-78902 OLD MONETARY REJECT '0'   5029350481051345

9/21/2016 12:00:00 AM   9/22/2016 1:32:24 AM   E68122   GJ00    PER PER CLOSED ACCOUNT SAS DATED 20160920 UPDATE MONETARY
REJECT FLAG   5029350481051352

9/21/2016 12:00:00 AM   9/22/2016 1:32:24 AM   E68122   GJ00    PER PER CLOSED ACCOUNT SAS DATED 20160920 UPDATE MONETARY
REJECT FLAG   5029350481051345

9/23/2016 12:00:00 AM   9/24/2016 2:35:49 AM   FDR   57    CR BUREAU FLAG OLD FIELD= 2 NEW FIELD= Z   5029350481051352,
5029350481051345

9/23/2016 12:00:00 AM   9/24/2016 2:35:49 AM   FDR   79168    NM 791-68 CR BUR PRV FLG OLD FIELD = * NEW FIELD = 2
5029350481051352, 5029350481051345

1/2/2017 12:00:00 AM   1/3/2017 3:41:50 AM   FDR   11    NM-011 NEW APR = 02.000 PREV APR = 02.000   5029350481051352,
5029350481051345

1/6/2017 12:00:00 AM   1/6/2017 8:03:57 PM   A39138   GXN1    EML-1098E VLD PRMS - DATE FRM WILL BE AVAIL   5029350481051352,
5029350481051345

2/6/2017 12:00:00 AM   2/6/2017 10:45:53 AM   MYL2   TW50    MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

2/6/2017 12:00:00 AM   2/6/2017 10:46:11 AM   MYL2   TX14    Borrower viewed the 1098e FORM BORROWER REQUESTED TAX LETTER FROM
WEB SITE   5029350481051352, 5029350481051345

12/3/2017 12:00:00 AM   12/4/2017 5:48:45 AM   FDR   7    CIS NM-007 OLD ADDRESS: 108 W PIAZZA ST   5029350481051352

12/3/2017 12:00:00 AM   12/4/2017 5:48:45 AM   FDR   7    CIS NM-007 OLD ADDRESS: CRYSTAL SPRINGS MS 39059-3182   5029350481051352

12/3/2017 12:00:00 AM   12/4/2017 5:48:45 AM   FDR   8    CIS NM-008 OLD ADDRESS:   5029350481051352

Jamerial Benson
Acct # 9644672640

FDR Correspondence History                                April 3, 2023

12/3/2017 12:00:00 AM  12/4/2017 5:48:45 AM  FDR  7    CIS NM-007 OLD ADDRESS: 108 W PIAZZA ST  5029350481051345

12/3/2017 12:00:00 AM  12/4/2017 5:48:45 AM  FDR  7    CIS NM-007 OLD ADDRESS: CRYSTAL SPRINGS MS 39059-3182  5029350481051345

12/3/2017 12:00:00 AM  12/4/2017 5:48:45 AM  FDR  8    CIS NM-008 OLD ADDRESS:  5029350481051345

4/28/2018 12:00:00 AM  4/28/2018 8:03:29 PM  OPSYS  DELETE    INACTIVE ACCOUNT DELETED  5029350481051352

4/28/2018 12:00:00 AM  4/28/2018 8:03:29 PM  OPSYS  DELETE    INACTIVE ACCOUNT DELETED  5029350481051352

4/30/2018 12:00:00 AM  5/2/2018 2:01:55 AM  FDR  735    NM-735 Group Action  5029350481051345

5/31/2018 12:00:00 AM  5/31/2018 8:04:22 PM  OPSYS  DELETE    INACTIVE ACCOUNT DELETED  5029350481051345

1/16/2019 12:00:00 AM  1/16/2019 10:28:47 AM  E70983  MK00    PER FDR INCOMING LTR RCVD 010719; BR REQUESTED INFORMATION REGARDING ED LOANS; NO ACTIVE ED LOANS; BWR ALSO REQUEST INFORMATION REGARDING PRIVATE LOAN; PROVIDED CONFIRMATION THAT BOTH PRIVATE LOANS HAVE BEEN PAID IN FULL; SENT FOR QC  5029350481051352, 5029350481051345

1/17/2019 12:00:00 AM  1/17/2019 6:57:12 AM  E44594  LTRCRT    SENT LETTER BACK TO DRAFTER FOR CORRECTIONS SENT LETTER BACK TO DRAFTER FOR CORRECTIONS  5029350481051352, 5029350481051345

1/16/2019 12:00:00 AM  1/17/2019 8:02:15 PM  E70983  GX00    ID:18948167 , IDT Type: FDR Encore Incoming Letter Quality is created on 01/16/2019  5029350481051352, 5029350481051345

1/17/2019 12:00:00 AM  1/18/2019 8:02:26 PM  A39138  GX00    ID:18965596 , IDT Type: FDR Encore Incoming Letter Returned is created on 01/17/2019  5029350481051352, 5029350481051345

1/17/2019 12:00:00 AM  1/18/2019 8:02:26 PM  E44594  GX00    ID:18948167 , IDT Type: FDR Encore Incoming Letter Quality is completed on 01/17/2019  5029350481051352, 5029350481051345

1/30/2019 12:00:00 AM  1/30/2019 9:41:17 AM  E71416  GJ00    PER PLP FINADJUST PAYMENT HISTORY PROXY BOX CASE ID 4492187 RCVD 01/28; RECEIVED REQUEST TO PROVIDE A PAYMENT HISTORY, COMPLETED REQUEST.  5029350481051352, 5029350481051345

2/4/2019 12:00:00 AM  2/4/2019 1:48:22 PM  C59203  TK00    BORROWER PHONE CONTACT RE: CARES DIALED 950067  5029350481051352, 5029350481051345

2/4/2019 12:00:00 AM  2/4/2019 1:58:36 PM  C43503  GHD1    Permissions window opened by Agent PERMISSIONS WINDOW OPENED BY AGENT  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

2/4/2019 12:00:00 AM  2/4/2019 1:59:15 PM  C43503  TK00    ADDRSS/FAX   5029350481051352, 5029350481051345

2/4/2019 12:00:00 AM  2/4/2019 1:59:15 PM  C43503  TK00    ACCOUNT BAL   5029350481051352, 5029350481051345

2/5/2019 12:00:00 AM  2/5/2019 9:26:41 AM  E70983  G186     LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC
5029350481051352, 5029350481051345

2/5/2019 12:00:00 AM  2/5/2019 9:26:41 AM  E70983  GJ00     PER FDR INCOMING LTR RETURNED DTD 011719; RCVD FEEDBACK TO INCLUDE
BWR APPS, PNS, AND PAYMENT HISTORY; INCLUDED DOCUMENTS AND RESUBMITTED FOR QC AS REQUESTED   5029350481051352,
5029350481051345

2/6/2019 12:00:00 AM  2/6/2019 7:05:37 AM  E71403  G170     COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC
REVIEW; SENT TO BE MAILED OR FAXED   5029350481051352, 5029350481051345

2/6/2019 12:00:00 AM  2/6/2019 9:09:11 AM  E42548  GK24     SENT LETTER TO BORROWER SENT LETTER TO BORROWER
5029350481051352, 5029350481051345

2/5/2019 12:00:00 AM  2/6/2019 8:02:18 PM  E70983  GX00     ID:19372380 , IDT Type: FDR Encore Incoming Letter Quality is created on
02/05/2019  5029350481051352, 5029350481051345

2/5/2019 12:00:00 AM  2/6/2019 8:02:18 PM  E70983  GX00     ID:18965596 , IDT Type: FDR Encore Incoming Letter Returned is completed on
02/05/2019  5029350481051352, 5029350481051345

2/6/2019 12:00:00 AM  2/7/2019 8:02:33 PM  A39138  GX00     ID:19393115 , IDT Type: FDR Encore Incoming Letter Printing is created on
02/06/2019  5029350481051352, 5029350481051345

2/6/2019 12:00:00 AM  2/7/2019 8:02:33 PM  E71403  GX00     ID:19372380 , IDT Type: FDR Encore Incoming Letter Quality is completed on
02/06/2019  5029350481051352, 5029350481051345

2/6/2019 12:00:00 AM  2/7/2019 8:02:33 PM  E42548  GX00     ID:19393115 , IDT Type: FDR Encore Incoming Letter Printing is completed on
02/06/2019  5029350481051352, 5029350481051345

2/9/2019 12:00:00 AM  2/9/2019 10:28:20 AM  E69595  MK00    PER 020719 ENCORE LTR; RCVD BOR RQST FOR LOAN APPS; PULLED FROM
ECS; SENT TO BOR ADDR   5029350481051352, 5029350481051345

2/9/2019 12:00:00 AM  2/9/2019 10:28:20 AM  E69595  G186     LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC
5029350481051352, 5029350481051345

Jamerial Benson                                    FDR Correspondence History                                    April 3, 2023
Acct # 9644672640

2/9/2019 12:00:00 AM  2/10/2019 8:01:17 PM  E69595  GX00    ID:19455944 , IDT Type: FDR Encore Incoming Letter Quality is created on
02/09/2019  5029350481051352, 5029350481051345

2/11/2019 12:00:00 AM  2/11/2019 8:09:08 AM  E73290  G170    COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED
QC REVIEW; SENT TO BE MAILED OR FAXED  5029350481051352, 5029350481051345

2/12/2019 12:00:00 AM  2/12/2019 9:16:01 AM  E69505  GK24    SENT LETTER TO BORROWER SENT LETTER TO BORROWER
5029350481051352, 5029350481051345

2/11/2019 12:00:00 AM  2/12/2019 8:03:37 PM  A39138  GX00    ID:19483145 , IDT Type: FDR Encore Incoming Letter Printing is created on
02/11/2019  5029350481051352, 5029350481051345

2/11/2019 12:00:00 AM  2/12/2019 8:03:37 PM  E73290  GX00    ID:19455944 , IDT Type: FDR Encore Incoming Letter Quality is completed on
02/11/2019  5029350481051352, 5029350481051345

2/12/2019 12:00:00 AM  2/13/2019 8:04:15 PM  E69505  GX00    ID:19483145 , IDT Type: FDR Encore Incoming Letter Printing is completed
on 02/12/2019  5029350481051352, 5029350481051345

2/18/2019 12:00:00 AM  2/18/2019 11:04:06 AM  E72150  TK00    BORROWER RESEARCH RE: REVIEWED ACCOUNT  5029350481051352,
5029350481051345

2/18/2019 12:00:00 AM  2/18/2019 3:38:04 PM  E73406  TK00    BORROWER RESEARCH RE: REVIEWED ACCOUNT  5029350481051352,
5029350481051345

9/4/2020 12:00:00 AM  9/4/2020 1:07:09 PM  E91916  TK00    BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT, CARES DIALED 950089
5029350481051352, 5029350481051345

9/4/2020 12:00:00 AM  9/4/2020 1:16:02 PM  E77034  TK00    BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT  5029350481051352,
5029350481051345

9/4/2020 12:00:00 AM  9/4/2020 1:16:02 PM  E77034  TK00    B REQ PMT HISTORY FOR THE LIFE OF EACH LOAN LOAN TYPE AND
ORIGINATION DATES...IDT SENT  5029350481051352, 5029350481051345

9/9/2020 12:00:00 AM  9/9/2020 11:43:41 AM  E75051  GJ00    PER PLP FINADJ PYMT HIST PROXY BOX CASE ID# 5282839; DTD 090420; RCVD
REQ TO PROVIDE A PAYMENT HISTORY; COMPLETED REQUEST  5029350481051352, 5029350481051345

Jamerial Benson

FDR Correspondence History

April 3, 2023

Acct # 9644672640

9/18/2020 12:00:00 AM  9/18/2020 9:35:15 AM  E08347  G170     COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED  5029350481051352, 5029350481051345

9/18/2020 12:00:00 AM  9/18/2020 12:02:30 PM  E71033  GK24     SENT RESPONSE TO BORROWER SENT LETTER TO BORROWER  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 11:50:37 AM  C65052  TK00     BORR CI TO CHECK IF PAYMENT IAO 20,192.32 AND 23,000.00 YEAR 2008 IS RCVD FROM MOJILLA// ADV TO CONTACT MOJILLA FIRST TO CHECK IF THOSE PAYMENTS ARE RCVDOR CASHED  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 11:50:37 AM  C65052  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 12:53:48 PM  C57083  TK00     BTO AND CLAUDIA;FROM MOHELA, CMD, PROVIDED AUTH TO SPEAK WITH THIRD PARTY.  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 12:53:49 PM  C57083  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT, CARES DIALED 950089  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 12:53:49 PM  C57083  TK00     CALLING FOR ED LNS. PRIVATE LNS PIF  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 1:11:17 PM  E78672  TK00     SPOKE WITH BRR AND CLAUDIA MOHELA RECVD AUTH TO DISCUSS ACCTADV ARCHIVE RECORDS SHOWS TWO FEDERAL LOANS02 810612 REGIONS BAN GS PCON US 011808 2750.00 .00 6.800 N 03 810612 REGIONS BAN GS PCON US 011808 2500.00 .00 6.800 N WHICH WERE CONSOLIDATEDCLAUDIA DISCONNECTED BRR OK  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 1:11:17 PM  E78672  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 1:25:52 PM  E09053  GG00     ASSISTED AGENT W/Q&amp;A IN CHAT  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 1:25:52 PM  E09053  TK00     BORROWER RESEARCH RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 4:52:52 PM  E92946  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT, CARES DIALED 443736  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

9/15/2021 12:00:00 AM  9/15/2021 5:37:11 PM  E78453  GSE3    CRS: ESCALATION CALL RECEIVED FROM AGENT CRS: ESCALATION CALL RECEIVED FROM AGENT  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 5:37:12 PM  E78453  TK00    BORROWER RESEARCH RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 5:37:12 PM  E78453  GG00    ESC - NOTES CORRED ON COMM CLASS Y DATABASE SUFFIX 2  5029350481051352, 5029350481051345

9/15/2021 12:00:00 AM  9/15/2021 5:38:40 PM  E78453  TK00    BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

11/30/2021 12:00:00 AM  11/30/2021 3:39:08 PM  E59428  MK00    PER 112221 ENCORE LAWYERCORR REQ, ORD 112221, RCVD LTR FROM 3RD PARTY ATTY STATING THEY REP THE FORMER BWR OF THE CLOSED AND PIFD FDR LNS, LTR BASICALLY ASKING FOR VOD SO I EMAILED OCA TO HAVE THEM WORK THE REQUEST.  5029350481051352, 5029350481051345

12/3/2021 12:00:00 AM  12/3/2021 10:50:02 AM  E64715  TK00    3rd Party Telephoned Office/Inbound  5029350481051352, 5029350481051345

12/3/2021 12:00:00 AM  12/3/2021 10:51:31 AM  E64715  TK00    Attorney Representation  5029350481051352, 5029350481051345

12/3/2021 12:00:00 AM  12/3/2021 10:51:58 AM  E64715  GD00    Artiva Delinquency Reason changed from KNOW to UNKW  5029350481051352, 5029350481051345

12/3/2021 12:00:00 AM  12/3/2021 11:27:25 AM  E64715  MK00    OMB: borr's. attorney requests Validation of Debt. See ECS: 0901d7c382396eb1 - 11/22/21. Note: loans were PIF. 09/21/2016. Unable to access/retrieve acct. in FDR (to send system ltrs.), results of PIF in 2016. Attorney is Not yet Information Eligible. Attorney and borr. must be sent ltr. K452, K453, complete &return for I/E. Unable to access acct. Created IDT # 37873454 /Research  5029350481051352, 5029350481051345

12/3/2021 12:00:00 AM  12/3/2021 11:50:34 AM  E59428  GJ00    PER FDR RESEARCH REQ IIDT # 37873454 DTD 120321, ORD 112221, OMB WANTED TO SEE HOW THEY CAN SEND SYSTEM LTRS ON A CLOSED ACCT ON LY ON CARES, PENDING, WAITING ON GUIDANCE.  5029350481051352, 5029350481051345

12/6/2021 12:00:00 AM  12/6/2021 2:38:57 PM  E73406  TK00    BORROWER RESEARCH RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

12/7/2021 12:00:00 AM  12/7/2021 10:34:39 AM  E64715  MK00    OMB: borr's. attorney requests Validation of Debt. Loans were PIF. 09/21/2016. Pending borr. release for Atty. I/E. Research: OCA sends borr. VOD. doc. See ECS: 01/05/19, 09/17/20. -NAT.  5029350481051352, 5029350481051345

12/9/2021 12:00:00 AM  12/9/2021 1:33:06 PM  E59428  G186    LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC 5029350481051352, 5029350481051345

12/9/2021 12:00:00 AM  12/9/2021 1:33:06 PM  E59428  GJ00    PER FDR RESEARCH IDT # 37873454 DTD 120321, ORD 112221, REQ FROM OMB, RCVD REQ FROM 3RD PARTYY ATTY WANTING VOD FOR THE CLOSEDFDR LNS 1345 AND 1352, STATED CANNOT SEND UNTIL WR HAVE AUTHORIZATION ON FILE, TRIED TO SEND LTRS K452 AND K453 AND UNABLE TO SEND SYSTEM LTRS SINCE LNS ARE ONLY ON CARES, OMB ASKED WHAT CAN BE DONE, I REACHED OUT TO PLP MANAGEMENT AND PER GUIDANCE WAS ADVSD TO SEND THE MANUAL LTR VERSIONS OF THE SYSTEM LTRS SO THIS IS HWAT I DID, I SENT THE ONE LTR TO THE BWR AND THE ONE LTR TO THE 3RD PARTY ATTY, BOTH SENT VIA MAIL, LWA LTR.  5029350481051352, 5029350481051345

12/10/2021 12:00:00 AM  12/10/2021 12:15:04 PM  E69105  G170    COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED  5029350481051352, 5029350481051345

12/10/2021 12:00:00 AM  12/10/2021 12:58:00 PM  E69105  G170    COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED  5029350481051352, 5029350481051345

12/9/2021 12:00:00 AM  12/10/2021 8:00:41 PM  E59428  GX00    ID:37873454 , IDT Type: FDR - Research Requested is completed on 12/09/2021  5029350481051352, 5029350481051345

12/13/2021 12:00:00 AM  12/13/2021 8:21:06 AM  E42548  GK24    SENT LETTER TO BORROWER SENT LETTER TO BORROWER 5029350481051352, 5029350481051345

12/13/2021 12:00:00 AM  12/13/2021 8:26:53 AM  E42548  LTR3RD    SENT LETTER TO 3rd PARTY SENT LETTER TO THIRD PARTY 5029350481051352, 5029350481051345

12/29/2021 12:00:00 AM  12/29/2021 10:14:19 AM  E59428  MK00    PER 122721 ENCORE POA REQ, ORD OF DOC 122721, RCVD A COMPLETED IE RELEASE FORM FROM FORMER BWR FOR CLOSED FDR LNS FOR A 3RD PARTY, UNABLE TO PROCES SINCE BWR USED TGEIR OWN INFO ON THE FORMN SO I CREATED A MAN LTR IDT TO HAVE A LTR SENT TO THE BWR ADVISING WE NEED THE FOMR FILLED OUT WITH THE 3RD PARTYS INFO AND NOT THEIR OWN. EMAILED TO HAVE THE IDT ASSIGNED TO ME.  5029350481051352, 5029350481051345

12/29/2021 12:00:00 AM  12/29/2021 5:20:16 PM  E59428  GJ00    PER FDR MAN LTR IDT # 38219509 DTD 122921, ORD 122721, RCVD RETURNED IE RELEASE FORM FROM THE BWR FOR CLOSED LNS 1345 AND 1352 FOR 3RD PARTY, FORM HAS BWR&apos;S OWN INFO ON IT, NOT

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

3RD PARTY SO I SENT THE BWR A MAN LTR ADVISING WHAT THEY DID WRONG AND TO MAKE SURE THEY PUT THE 3RD PARTYS INFO ON THE FORM, LNS ARE CLOSED SO FROM IS ON SECOND PAGE OF LTR, SENT VIA MAIL, LWA LTR.   5029350481051352, 5029350481051345

12/29/2021 12:00:00 AM   12/29/2021 5:20:16 PM   E59428   G186      LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC 5029350481051352, 5029350481051345

12/30/2021 12:00:00 AM   12/30/2021 10:06:23 AM   E69105   G170      COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED   5029350481051352, 5029350481051345

12/30/2021 12:00:00 AM   12/30/2021 11:01:46 AM   E41434   GK24      SENT LETTER TO BORROWER SENT LETTER TO BORROWER 5029350481051352, 5029350481051345

12/29/2021 12:00:00 AM   12/30/2021 8:02:05 PM   E59428   GX00      ID:38219509 , IDT Type: FDR - Manual Letter is created on 12/29/2021 5029350481051352, 5029350481051345

12/29/2021 12:00:00 AM   12/30/2021 8:02:05 PM   E59428   GX00      ID:38219509 , IDT Type: FDR - Manual Letter is completed on 12/29/2021 5029350481051352, 5029350481051345

1/13/2022 12:00:00 AM   1/13/2022 10:07:27 AM   E59428   MK00      PER 011221, ENCORE POA REQ, ORD OF DOC 011222, RCVD AN IE RELEASE FORM FROM THE FORMER BWR OF THE CLOSED FDR LNS FOR 3RD PARTY, ADED 3RD PARTY AS IE ON THE ACCT, ACCT NOT ACTIVE AND ON FDR SO UNABLE TO SEND THE K530 LTRS.   5029350481051352, 5029350481051345

1/13/2022 12:00:00 AM   1/13/2022 10:07:27 AM   E59428   TK00      BORROWER RESEARCH RE: CREATED ACCOUNT RELATIONSHIP(S) 5029350481051352, 5029350481051345

2/16/2022 12:00:00 AM   2/16/2022 3:04:33 PM   C73706   TK00      BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT, CARES DIALED 950067   5029350481051352, 5029350481051345

2/16/2022 12:00:00 AM   2/16/2022 3:04:34 PM   C73706   TK00      BCI // PRIVATE LOANS // TRANSFERRED TO FDR FOR FURTHER ASSISTANCE // 5029350481051352, 5029350481051345

2/16/2022 12:00:00 AM   2/16/2022 3:19:09 PM   E75986   TK00      ACCOUNT BAL   5029350481051352, 5029350481051345

2/16/2022 12:00:00 AM   2/16/2022 3:19:09 PM   E75986   TK00      BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT 5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

2/16/2022 12:00:00 AM  2/16/2022 3:19:09 PM  E75986  TK00    BRWR REQUEST LETTER STATING WHO GUARANTOR OF LNS WAS AND THEIR CONTACT INFORMATION PLEASE SEND TO BRWR.  5029350481051352, 5029350481051345

2/16/2022 12:00:00 AM  2/16/2022 3:19:10 PM  E75986  TK00    ADVISED AIDVANTAGE FOR ED LOANS THAT MAY HAVE TRANSFERED 5029350481051352, 5029350481051345

2/16/2022 12:00:00 AM  2/17/2022 8:00:37 PM  E75986  GX00    ID:38940552 , IDT Type: FDR - Manual Letter is created on 02/16/2022 5029350481051352, 5029350481051345

2/22/2022 12:00:00 AM  2/22/2022 8:58:06 AM  E53380  GJ00    PER FDR MNL LTR IDT 38940552 DTD 021622; ORD 021622; BRW RQST GUARANTOR OF LNS WAS AND THEIR CONTACT INFORMATION; PRIVATE LOANS DO NOT HAVE A LENDER; DRFTD MNL LTR TO BRW ADVINSING NAVIENT PRIVATE LOAN TRUST &amp; SUBMITTED FOR QC ON LWA  5029350481051352, 5029350481051345

2/22/2022 12:00:00 AM  2/22/2022 8:58:06 AM  E53380  G186    LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC 5029350481051352, 5029350481051345

2/22/2022 12:00:00 AM  2/22/2022 8:58:07 AM  E53380  TK00    PER FDR MNL LTR IDT 38940552 DTD 021622; ORD 021622; BRW RQST GUARANTOR OF LNS WAS AND THEIR CONTACT INFORMATION; PRIVATE LOANS DO NOT HAVE A LENDER; DRFTD MNL LTR TO BRW ADVINSING NAVIENT PRIVATE LOAN TRUST &amp; SUBMITTED FOR QC ON LWA  5029350481051352, 5029350481051345

2/23/2022 12:00:00 AM  2/23/2022 10:25:55 AM  E69595  G170    COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED  5029350481051352, 5029350481051345

2/23/2022 12:00:00 AM  2/23/2022 11:19:45 AM  E41434  GK24    SENT LETTER TO BORROWER SENT LETTER TO BORROWER 5029350481051352, 5029350481051345

2/22/2022 12:00:00 AM  2/23/2022 8:00:44 PM  E53380  GX00    ID:38940552 , IDT Type: FDR - Manual Letter is completed on 02/22/2022 5029350481051352, 5029350481051345

3/16/2022 12:00:00 AM  3/16/2022 9:04:58 AM  E71417  MK00    ENCORE LTR REC 031122;BWR SNT IN LETTER ASKING FOR GRAUNTOR INFO;PENDED REAHED OUT TO MGMNT FOR HELP. 5029350481051352, 5029350481051345

3/23/2022 12:00:00 AM  3/23/2022 8:05:03 AM  E71417  MK00    ENCORE LTR REC 031122;BWR RQST GUARANTOR INFOR REC FEEDBACK ON WHERE TO FIND INFO NO INFO N CLASS REACHED BACK OUT TO SEE IF SHOULD PROVIDE DISB INFOR AND STATUS PENDED. 5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

3/23/2022 12:00:00 AM  3/23/2022 11:37:38 AM  E71417  G186      LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC 5029350481051352, 5029350481051345

3/23/2022 12:00:00 AM  3/23/2022 11:37:38 AM  E71417  MK00      ENCORE LTR REC 031122;BWR RQST GUARANTOR INFO; PER GUIDEMCE FRM BWR PROVIDED NAME, ADDRESS FOR GUARAMTORE AND DISB DTS AND AMNTS FOR LNS ALSO ADV LNS PIF.   5029350481051352, 5029350481051345

3/23/2022 12:00:00 AM  3/23/2022 12:18:08 PM  E69105  G170      COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED  5029350481051352, 5029350481051345

3/24/2022 12:00:00 AM  3/24/2022 1:02:52 PM  E41434  GK24      SENT LETTER TO BORROWER SENT LETTER TO BORROWER 5029350481051352, 5029350481051345

3/31/2022 12:00:00 AM  3/31/2022 9:57:41 AM  C73303  TK00      BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT, CRS - ACCOUNT CURRENT  5029350481051352, 5029350481051345

3/31/2022 12:00:00 AM  3/31/2022 1:08:23 PM  C77119  TK00      BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT, CARES DIALED 950067  5029350481051352, 5029350481051345

3/31/2022 12:00:00 AM  3/31/2022 1:17:23 PM  E90313  TK00      BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT 5029350481051352, 5029350481051345

7/19/2022 12:00:00 AM  7/19/2022 2:18:18 PM  E109588  TK00      PRIVAATE LOAN TRANSFERRED   5029350481051352, 5029350481051345

7/19/2022 12:00:00 AM  7/19/2022 2:18:18 PM  E109588  TK00      BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT 5029350481051352, 5029350481051345

7/19/2022 12:00:00 AM  7/19/2022 2:26:40 PM  E64424  GD00      Phoned Borrower @ ; No Answer   5029350481051352, 5029350481051345

7/19/2022 12:00:00 AM  7/19/2022 2:26:42 PM  E64424  GD00      Phoned Borrower @ , No Message Left   5029350481051352, 5029350481051345

7/19/2022 12:00:00 AM  7/19/2022 2:41:11 PM  E72625  TK00      BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT 5029350481051352, 5029350481051345

7/19/2022 12:00:00 AM  7/19/2022 2:41:12 PM  E72625  TK00      SENT IDT FOR INFO FOR PIF NEEDED TO BE SENT THREW POSTAL MAIL ADVISED 7-10 BIZ DAYS ADVISED EST DATE OF COMPLETE NEEDED CREDIT INFO   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

7/26/2022 12:00:00 AM   7/26/2022 8:00:57 PM   A39138P1   G3A1     Email X040 Customer inquiry acknowledgement sent   5029350481051352, 5029350481051345

7/27/2022 12:00:00 AM   7/27/2022 2:58:24 PM   E63169   TK00     BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

7/29/2022 12:00:00 AM   7/29/2022 7:15:46 AM   E70747   TK00     PER FDR PLP FIN ADJ DECLINING BALANCE PROXY BOX CASE ID# 01047692; DATED 7-27-22; RECEIVED REQUEST TO PROVIDE DECLINING BALANCE HISTORIES. PROCESSED REQUEST.   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 11:23:59 AM   C80606   TK00     THE CALL WAS TRANSFERRED TO PRIVATE LOAN BECAUSE THE BORR,S LOAN IS PRIVATE LOAN   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 11:23:59 AM   C80606   TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 11:53:00 AM   MYL2   TX00     COBROWSE LOGIN FOR CUSTOMER ENDING 6056 BY c49361   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 12:11:35 PM   C49361   TK00     BOR CALLED ABT HIS FEDERAL LOANS IN Y DATA BASE. WANTS TO GET THESE INFORMATION, THE PAYMENT HISTORY . ADVISED NEED TO SUBMIT A RESEARCH . BOR REQUESTED TO TALK WITH A MANAGER, ADVISED CAN CONNECT HIM TO A SUP, AGREED.   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 12:11:35 PM   C49361   TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 12:11:35 PM   C49361   TK00     WAS ABLE TO TALK WITH A SUPERVISOR, EXPLAINED THE REASON FOR ESCALATION. WAS ADVISED TO GIVE # OF LOAN LOCATOR, SINCE FOR FEDRAL LOANS FROM SLMA, WE STARTED SERVICING THEM OCTOBER 2014. TRIED TO GO BACK TO THE BOR, LINE WAS DICONNECTED   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 1:49:24 PM   C44027   GJ00     Mr JAMERIAL Q. BENSON called in has questions on the FDR loans as to how much, when was the paymt made, what loan was it posted to. He req to get   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM   8/1/2022 1:49:24 PM   C44027   GJ00     o for his FFELP loans, it resulted some confusion as to why I can`t see history.   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

8/1/2022 12:00:00 AM  8/1/2022 1:49:24 PM  C44027  GJ00   a doc for the complete paymt history. He has questions about his FFELP loans w/ serv dates 2002 - 2008. He said prev rep/******** provided him inf   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/1/2022 1:49:43 PM  C44027  GJ00   s paymt history. Adv start date of FFELP loans being serv by Navient was around Oct 2014. Adv to call Aidvantage, acct reviewed on Y data base, n   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/1/2022 1:49:43 PM  C44027  GJ00   Action Taken: Apologized, was surprised why call was already transf by an Agent. Adv payment info on his FDR loans. IDT submitted for his FDR loan   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/1/2022 1:49:44 PM  C44027  GJ00   o info showing. FFELP loans was already consolidated by DOE yr 2008. As per directive order, we need to adv cust to call Aidvantage if they needed   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/1/2022 1:49:44 PM  C44027  GJ00   a doc for the loans prev by serv by DOE. CSI ID NO. 139323   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/1/2022 1:50:12 PM  C44027  GSE3   CRS: ESCALATION CALL RECEIVED FROM AGENT CRS: ESCALATION CALL RECEIVED FROM AGENT   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/1/2022 1:50:12 PM  C44027  TK00   BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

8/2/2022 12:00:00 AM  8/2/2022 2:17:59 PM  E50369  GJ00   PER 080122 FDR MANLR IDT 41997055 ORD 080122 BOR RQSTD COMPLETE PMT HIST; NAT PER PLP FIN ADJ MEMO DTD 072922 FOR CASE 1047692; FIN ADJ CONFIRMED OCA AGENT E63169 RQSTD DB HIST PREV AND WAS PROVDED HIST AS RQSTD; CLOSED MANLR IDT PER RQST ALRDY COMPLETED; SNT FOR FEEDBACK TO OCA   5029350481051352, 5029350481051345

8/1/2022 12:00:00 AM  8/2/2022 8:00:34 PM  C44027  GX00   ID:41997055 , IDT Type: FDR - Manual Letter is created on 08/01/2022   5029350481051352, 5029350481051345

8/3/2022 12:00:00 AM  8/3/2022 11:49:49 AM  E19511  GXQ1   QA SUPER REVIEWED ACCOUNT QA SUPER REVIEWED ACCOUNT   5029350481051352, 5029350481051345

8/2/2022 12:00:00 AM  8/3/2022 8:00:35 PM  E50369  GX00   ID:41997055 , IDT Type: FDR - Manual Letter is completed on 08/02/2022   5029350481051352, 5029350481051345

8/5/2022 12:00:00 AM  8/5/2022 1:26:49 PM  C44027  TK00   BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

8/5/2022 12:00:00 AM  8/5/2022 1:26:49 PM  C44027  TK00     BORROWER RESEARCH RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

8/15/2022 12:00:00 AM  8/15/2022 11:48:59 AM  C73713  TK00     BCI AKS ABT HIS LOAN//ADVS XFER TO PRIVATE//   5029350481051352, 5029350481051345

8/15/2022 12:00:00 AM  8/15/2022 11:48:59 AM  C73713  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

8/15/2022 12:00:00 AM  8/15/2022 11:57:57 AM  MYL2  TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

8/15/2022 12:00:00 AM  8/15/2022 1:13:33 PM  MYL2  TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

8/15/2022 12:00:00 AM  8/15/2022 1:23:07 PM  C49246  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT   5029350481051352, 5029350481051345

8/15/2022 12:00:00 AM  8/15/2022 1:23:07 PM  C49246  TK00     PAYMENT QUESTION/PROB  5029350481051352, 5029350481051345

8/15/2022 12:00:00 AM  8/16/2022 8:02:07 PM  C49246  GX00     ID:42217419 , IDT Type: FDR - Manual Letter is created on 08/15/2022   5029350481051352, 5029350481051345

8/17/2022 12:00:00 AM  8/17/2022 11:04:23 AM  E53380  GJ00     PER FDR MNL LTR IDT 42217419 DTD 081522; ORD 081522; BRW RQST DECL BAL PMT HISTORY; PENDING   5029350481051352, 5029350481051345

8/17/2022 12:00:00 AM  8/17/2022 11:04:23 AM  E53380  TK00     PER FDR MNL LTR IDT 42217419 DTD 081522; ORD 081522; BRW RQST DECL BAL PMT HISTORY; PENDING   5029350481051352, 5029350481051345

8/17/2022 12:00:00 AM  8/17/2022 5:31:49 PM  MYL2  TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352, 5029350481051345

8/19/2022 12:00:00 AM  8/19/2022 7:52:38 AM  E70747  TK00     PER FDR PLP FIN ADJ DECLINING BALANCE PROXY BOX CASE ID# 01079523; DATED 8-17-22; RECEIVED REQUEST TO PROVIDE DECLINING BALANCE HISTORIES. PROCESSED REQUEST.   5029350481051352, 5029350481051345

Jamerial Benson                          FDR Correspondence History                     April 3, 2023
Acct # 9644672640

8/19/2022 12:00:00 AM  8/19/2022 9:45:02 AM  E53380  G186     LETTER TYPED; AWAITING QC FDR LETTER TYPED; AWAITING QC
5029350481051352, 5029350481051345

8/19/2022 12:00:00 AM  8/19/2022 9:45:03 AM  E53380  TK00     PER FDR MNL LTR IDT 42217419 DTD 081522; ORD 081522; DRFTD MNL LTR
TO BRW W/ DECL BAL PMT HISTORY &amp; SUBMITTED FOR QC ON LWA   5029350481051352, 5029350481051345

8/19/2022 12:00:00 AM  8/19/2022 9:45:03 AM  E53380  GJ00     PER FDR MNL LTR IDT 42217419 DTD 081522; ORD 081522; DRFTD MNL LTR
TO BRW W/ DECL BAL PMT HISTORY &amp; SUBMITTED FOR QC ON LWA   5029350481051352, 5029350481051345

8/22/2022 12:00:00 AM  8/22/2022 9:51:47 AM  E73290  G170     COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED
QC REVIEW; SENT TO BE MAILED OR FAXED   5029350481051352

8/22/2022 12:00:00 AM  8/22/2022 9:51:47 AM  E73290  G170     COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED FDR COMPLETED
QC REVIEW; SENT TO BE MAILED OR FAXED   5029350481051345

8/22/2022 12:00:00 AM  8/22/2022 12:55:48 PM  E41434  GK24     SENT LETTER TO BORROWER SENT LETTER TO BORROWER
5029350481051352, 5029350481051345

8/23/2022 12:00:00 AM  8/23/2022 11:52:01 AM  MYL2  TW50     MYL LOGIN SUCCESSFUL MYL LOGIN SUCCESSFUL   5029350481051352,
5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:22:17 PM  E110261  TK00     TRANS. TO PRIVATE DEPT.   5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:22:17 PM  E110261  TK00     BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT
5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:24:33 PM  E89165  MK00     tfd to CS for information on who paid loan   5029350481051352,
5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:24:44 PM  E89165  GD00     Borrower Telephoned Office/Inbound   5029350481051352,
5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:24:50 PM  E89165  TD00     VAP   5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:24:54 PM  E89165  GU00     Account Reviewed Account Reviewed   5029350481051352,
5029350481051345

Jamerial Benson
Acct # 9644672640

FDR Correspondence History

April 3, 2023

12/28/2022 12:00:00 AM  12/28/2022 12:30:23 PM  E109977  TK00  BORROWER PHONE CONTACT RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:30:24 PM  E109977  TK00  PRIVATE LOAN TRANSFERED TO COMMERICAL , TRANSFERING BACK TO PRIVATE  5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:32:25 PM  E63943  GD00  Borrower Telephoned Office/Inbound  5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:32:34 PM  E63943  TD00  VAP  5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:33:27 PM  E63943  TK00  BORROWER RESEARCH RE: REVIEWED ACCOUNT  5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:40:13 PM  E63943  GU00  Account Reviewed Account Reviewed  5029350481051352, 5029350481051345

12/28/2022 12:00:00 AM  12/28/2022 12:40:49 PM  E63943  MK00  borr vap sshe has been transfer a number of times. asdvised him there is no balance  5029350481051352, 5029350481051345

4/3/2023 12:00:00 AM  4/3/2023 8:41:50 AM  E70747  TK00  PER FDR PLP FIN ADJ DECLINING BALANCE PROXY BOX CASE ID# 01394802; 3-30-23; RECEIVED REQUEST TO PROVIDE DECLINING BALANCE HISTORIES. PROCESSED REQUEST.  5029350481051352, 5029350481051345

# NAVIENT.

P.O. Box 9640 Wilkes-Barre, PA 18773-9640
888-272-5543

**February 23, 2015**

Jamerial Q. Benson
115 Germany Drive
Canton, MS 39046-6054

|  |  |  |
|---|---|---|
| **RE:** | | 9644672640 |
| **Loan#:** | | 5029350481051345 |
| | | 5029350481051352 |

Dear Jamerial Q. Benson:

Thank you for your inquiry and your business with Navient. In response to your recent request, we have researched your concerns regarding your student loan account. Specifically, you requested a transaction history for your loans referenced above.

The following payments have been received on your account:

| Loan Number | Received Date | Payment Amount |
|---|---|---|
| 5029350481051345 | 02/17/15 | $27.26 |
| | 01/17/15 | $28.30 |
| | 01/08/15 | $58.18 |
| | 12/18/14 | $58.18 |
| | 12/17/14 | $28.30 |
| | 11/17/14 | $28.30 |
| | 10/17/14 | $29.08 |
| | 09/17/14 | $29.08 |
| | 08/18/14 | $16.15 |
| | 08/17/14 | $29.08 |
| | 07/22/14 | $50.00 |
| | 07/17/14 | $29.93 |
| | 06/17/14 | $29.93 |
| | 06/17/14 | $36.92 |
| | 05/17/14 | $29.93 |
| | 04/21/14 | $26.93 |
| | 03/17/14 | $40.11 |
| | 02/04/14 | $50.16 |
| | 12/18/13 | $31.43 |
| | 11/21/13 | $26.43 |
| | 10/18/13 | $36.64 |
| | 09/22/13 | $36.83 |
| | 08/18/13 | $30.27 |
| | 07/17/13 | $30.27 |
| | 05/22/13 | $36.64 |
| | 04/23/13 | $36.64 |
| | 04/09/13 | $20.00 |
| | 03/20/13 | $32.93 |
| | 02/20/13 | $30.67 |
| | 01/24/13 | $45.05 |

**EXHIBIT**

**3**

# NAVIENT.

P.O. Box 9640 Wilkes-Barre, PA 18773-9640
888-272-5543

Page Two Benson

| Loan Number | Received Date | Payment Amount |
|---|---|---|
| 5029350481051345 | 12/18/12 | $16.47 |
| | 11/21/12 | $30.85 |
| | 10/23/12 | $61.59 |
| | 09/19/12 | $28.82 |
| | 08/23/12 | $32.93 |
| | 07/19/12 | $28.69 |
| | 06/20/12 | $32.94 |
| | 05/22/12 | $28.81 |
| | 04/26/12 | $32.94 |
| | 03/21/12 | $28.82 |
| | 02/23/12 | $32.93 |
| | 01/19/12 | $30.73 |
| | 12/16/11 | $31.36 |
| | 11/24/11 | $26.75 |
| | 11/03/11 | $26.74 |
| | 10/13/11 | $32.90 |
| | 09/07/11 | $35.38 |
| | 07/27/11 | $30.84 |
| | 06/24/11 | $30.84 |
| | 05/28/11 | $56.09 |
| | 03/22/11 | $65.99 |
| | 02/08/11 | $21.74 |
| | 01/10/11 | $69.79 |
| | 11/15/10 | $61.55 |
| | 09/01/10 | $60.70 |
| | 08/02/10 | $30.75 |
| | 06/14/10 | $54.30 |
| | 05/20/10 | $30.74 |
| | 03/30/10 | $30.73 |
| | 01/24/10 | $65.54 |
| | 12/15/09 | $25.46 |
| | 11/13/09 | $23.34 |
| | 10/01/09 | $40.94 |
| | 08/12/09 | $53.30 |
| | 07/06/09 | $30.18 |
| | 06/08/09 | $41.06 |
| | 04/09/09 | $63.70 |
| | 02/18/09 | $65.42 |
| | 09/12/08 | $41.01 |
| | 01/31/08 | $76.00 |
| | 10/09/07 | $6.53 |
| | 07/30/07 | $41.30 |
| | 05/31/06 | $50.00 |
| | 02/27/06 | $31.17 |
| | 02/27/06 | $10.88 |

# NAVIENT.

P.O. Box 9640 Wilkes-Barre, PA 18773-9640
888-272-5543

Page Three Benson

| Loan Number | Received Date | Payment Amount |
|---|---|---|
| 5029350481051352 | 02/17/15 | $41.03 |
| | 01/17/15 | $41.82 |
| | 01/08/15 | $41.82 |
| | 12/18/14 | $41.82 |
| | 12/17/14 | $41.82 |
| | 11/17/14 | $41.82 |
| | 10/17/14 | $42.10 |
| | 09/17/14 | $42.10 |
| | 08/18/14 | $23.85 |
| | 08/17/14 | $42.10 |
| | 07/17/14 | $43.08 |
| | 06/17/14 | $43.08 |
| | 06/17/14 | $43.08 |
| | 05/17/14 | $43.08 |
| | 04/21/14 | $43.08 |
| | 03/17/14 | $39.89 |
| | 02/04/14 | $89.84 |
| | 12/18/13 | $43.57 |
| | 11/21/13 | $43.57 |
| | 10/18/13 | $43.36 |
| | 09/22/13 | $43.17 |
| | 08/18/13 | $43.36 |
| | 07/17/13 | $43.36 |
| | 05/22/13 | $43.36 |
| | 04/23/13 | $43.36 |
| | 04/09/13 | $20.00 |
| | 03/20/13 | $47.07 |
| | 02/20/13 | $43.84 |
| | 01/24/13 | $64.40 |
| | 12/18/12 | $23.53 |
| | 11/21/12 | $44.09 |
| | 10/23/12 | $88.02 |
| | 09/19/12 | $41.18 |
| | 08/23/12 | $47.07 |
| | 07/19/12 | $41.01 |
| | 06/20/12 | $47.06 |
| | 05/22/12 | $41.19 |
| | 04/26/12 | $47.06 |
| | 03/21/12 | $41.18 |
| | 02/23/12 | $47.07 |
| | 01/19/12 | $43.95 |
| | 12/16/11 | $44.86 |
| | 11/24/11 | $38.25 |
| | 11/03/11 | $38.26 |
| | 10/13/11 | $47.10 |
| | 09/07/11 | $50.62 |
| | 07/27/11 | $44.16 |

# NAVIENT.

P.O. Box 9640 Wilkes-Barre, PA 18773-9640
888-272-5543

Page Four Benson

| Loan Number | Received Date | Payment Amount |
|---|---|---|
| 5029350481051352 | 06/24/11 | $44.16 |
| | 05/28/11 | $80.35 |
| | 03/22/11 | $94.61 |
| | 02/08/11 | $31.22 |
| | 01/10/11 | $100.21 |
| | 11/15/10 | $88.45 |
| | 09/01/10 | $87.30 |
| | 08/02/10 | $44.25 |
| | 06/14/10 | $78.19 |
| | 05/20/10 | $44.26 |
| | 03/30/10 | $44.27 |
| | 01/24/10 | $94.46 |
| | 12/15/09 | $36.69 |
| | 11/13/09 | $33.66 |
| | 10/01/09 | $59.06 |
| | 08/12/09 | $76.77 |
| | 07/06/09 | $43.33 |
| | 06/08/09 | $58.94 |
| | 04/09/09 | $91.54 |
| | 02/18/09 | $94.01 |
| | 09/12/08 | $58.99 |
| | 01/31/08 | $109.40 |
| | 10/09/07 | $9.40 |
| | 07/30/07 | $59.45 |
| | 05/31/06 | $50.00 |
| | 02/27/06 | $44.74 |
| | 02/27/06 | $15.70 |

You can also view your transaction history in more detail from your online account at www.Navient.com.

If you have made a payment which does not appear on this history, please send front and back copies of the canceled check, or a copy of the bank statement showing that the check was cashed by Navient. If the payment was made electronically through your bank's bill-paying service, please contact your bank to obtain the Electronic Funds Transfer (EFT) number of the payment so that we can research your account.

Please send your copies to the address on this letterhead or fax to 800-443-9723.

You're welcome to contact us with any questions you may have. Visit us online at www.Navient.com, call us toll free at 888-272-5543, or write to us at the address on this letterhead. Be sure to provide your account number in order to help us serve you better.

Sincerely,

Navient
Customer Service

KXD

# NAVIENT.
www.Navient.com

Office of the Customer Advocate
PO Box 4200
Wilkes-Barre, PA  18773-4200

January 7, 2016

Mr. Jamerial Q. Benson
115 Germany Drive
Canton, MS 39046-6054

**RE:    Your Student Loan Account #9644672640**

Dear Mr. Benson:

Thank you for reaching out to the Office of the Customer Advocate with concerns regarding your student loan account.   Specifically, you requested a full payment history for your outstanding Signature Student Loans.   We hope you find the following information helpful.

We have enclosed complete payment histories for you, which provide the application of payments received, any fees assessed and the amount of unpaid interest that has been capitalized (added to your principal balance).  The payment histories reflect the changing principal balance of your account.  If you've made any payments that aren't shown here, we will be happy to research your account further to ensure all your payments are reflected appropriately. You're welcome to send the documentation to my attention at the address on this letterhead.

You're welcome to call me directly at 888-545-4199, x418360, with any questions you may have.

Sincerely,

Jocelyn Solorzano
Office of the Customer Advocate
Navient

Enclosures

**EXHIBIT**

**4**

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed August 23, 2001

January 7, 2016

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,846.00 | |
| 1/10/2011 | $100.21 | -$51.20 | -$39.01 | $0.00 | -$10.00 | $4,794.80 | |
| 2/1/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,794.80 | |
| 2/8/2011 | $31.22 | -$6.24 | -$19.98 | $0.00 | -$5.00 | $4,788.56 | |
| 3/4/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,788.56 | |
| 3/22/2011 | $94.61 | -$60.71 | -$28.90 | $0.00 | -$5.00 | $4,727.85 | |
| 5/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,727.85 | |
| 5/28/2011 | $80.35 | -$29.81 | -$45.54 | $0.00 | -$5.00 | $4,698.04 | |
| 6/24/2011 | $44.16 | -$25.93 | -$18.23 | $0.00 | $0.00 | $4,672.11 | |
| 7/27/2011 | $44.16 | -$22.00 | -$22.16 | $0.00 | $0.00 | $4,650.11 | |
| 9/1/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,650.11 | |
| 9/7/2011 | $50.62 | -$17.55 | -$28.07 | $0.00 | -$5.00 | $4,632.56 | |
| 10/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,632.56 | |
| 10/13/2011 | $47.10 | -$18.13 | -$23.97 | $0.00 | -$5.00 | $4,614.43 | |
| 11/1/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,614.43 | |
| 11/3/2011 | $38.26 | -$19.33 | -$13.93 | $0.00 | -$5.00 | $4,595.10 | |
| 11/24/2011 | $38.25 | -$24.38 | -$13.87 | $0.00 | $0.00 | $4,570.72 | |
| 12/16/2011 | $44.86 | -$30.41 | -$14.45 | $0.00 | $0.00 | $4,540.31 | |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed August 23, 2001

January 7, 2016

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 8/23/2001 | $1,550.00 | $1,550.00 | $0.00 | $0.00 | $0.00 | $1,550.00 | Disbursement |
| 8/23/2001 | $93.00 | $93.00 | $0.00 | $0.00 | $0.00 | $1,643.00 | Supplemental Fee |
| 1/9/2002 | $1,550.00 | $1,550.00 | $0.00 | $0.00 | $0.00 | $3,193.00 | Disbursement |
| 1/9/2002 | $93.00 | $93.00 | $0.00 | $0.00 | $0.00 | $3,286.00 | Supplemental Fee |
| 5/9/2005 | $759.39 | $0.00 | $0.00 | $759.39 | $0.00 | $4,045.39 | End of Grace |
| 2/27/2006 | $44.74 | $0.00 | -$44.74 | $0.00 | $0.00 | $4,045.39 | |
| 2/27/2006 | $15.70 | $0.00 | -$15.70 | $0.00 | $0.00 | $4,045.39 | |
| 5/31/2006 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $4,095.39 | Forbearance Fee Assessed |
| 5/31/2006 | $50.00 | -$50.00 | -$50.00 | $0.00 | $0.00 | $4,045.39 | Forbearance Fee Paid |
| 5/31/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,045.39 | |
| 7/2/2006 | $321.43 | $0.00 | $0.00 | $321.43 | $0.00 | $4,366.82 | Semi-Annual during In-School Deferment |
| 8/5/2006 | $38.32 | $0.00 | $0.00 | $38.32 | $0.00 | $4,405.14 | End of School Deferment |
| 9/1/2006 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,405.14 | |
| 10/2/2006 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,405.14 | |
| 10/17/2006 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $4,455.14 | Forbearance Fee Assessed |
| 10/17/2006 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $4,405.14 | Forbearance Fee Paid |
| 1/18/2007 | $193.25 | $0.00 | $0.00 | $193.25 | $0.00 | $4,598.39 | End of Forbearance |
| 3/4/2007 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,598.39 | |

.

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 11/17/2014 | $28.30 | -$20.11 | -$8.19 | $0.00 | $0.00 | $2,373.67 | |
| 12/17/2014 | $28.30 | -$18.54 | -$9.76 | $0.00 | $0.00 | $2,355.13 | |
| 12/18/2014 | $58.18 | -$57.86 | -$0.32 | $0.00 | $0.00 | $2,297.27 | |
| 1/8/2015 | $58.18 | -$51.57 | -$6.61 | $0.00 | $0.00 | $2,245.70 | |
| 1/17/2015 | $28.30 | -$25.54 | -$2.76 | $0.00 | $0.00 | $2,220.16 | |
| 2/17/2015 | $27.26 | -$17.82 | -$9.44 | $0.00 | $0.00 | $2,202.34 | |
| 3/17/2015 | $27.26 | -$18.82 | -$8.44 | $0.00 | $0.00 | $2,183.52 | |
| 4/17/2015 | $27.26 | -$17.99 | -$9.27 | $0.00 | $0.00 | $2,165.53 | |
| 5/17/2015 | $26.53 | -$17.63 | -$8.90 | $0.00 | $0.00 | $2,147.90 | |
| 5/20/2015 | $100.00 | -$99.12 | -$0.88 | $0.00 | $0.00 | $2,048.78 | |
| 6/17/2015 | $26.53 | -$26.53 | $0.00 | $0.00 | $0.00 | $2,022.25 | |
| 6/17/2015 | $59.50 | -$51.63 | -$7.87 | $0.00 | $0.00 | $1,970.62 | |
| 7/10/2015 | $59.50 | -$53.29 | -$6.21 | $0.00 | $0.00 | $1,917.33 | |
| 7/17/2015 | $26.53 | -$24.70 | -$1.83 | $0.00 | $0.00 | $1,892.63 | |
| 8/17/2015 | $24.51 | -$16.46 | -$8.05 | $0.00 | $0.00 | $1,876.17 | |
| 8/18/2015 | $15.03 | -$14.78 | -$0.25 | $0.00 | $0.00 | $1,861.39 | |
| 9/17/2015 | $60.01 | -$52.36 | -$7.65 | $0.00 | $0.00 | $1,809.03 | |
| 9/17/2015 | $24.51 | -$24.51 | $0.00 | $0.00 | $0.00 | $1,784.52 | |

Page 8 of 9

Mr. Jamerial O. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1/5/2010 | $0.34 | -$0.34 | $0.00 | $0.00 | $0.00 | $3,501.28 | Principal Credit |
| 1/24/2010 | $65.54 | -$40.41 | -$20.13 | $0.00 | -$5.00 | $3,460.87 | |
| 3/4/2010 | $5.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $3,460.87 | |
| 3/30/2010 | $30.73 | $0.00 | -$25.73 | $0.00 | -$5.00 | $3,460.87 | |
| 4/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $3,460.87 | |
| 5/2/2010 | $5.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $3,460.87 | |
| 5/20/2010 | $30.74 | $0.00 | -$20.74 | $0.00 | -$10.00 | $3,460.87 | |
| 6/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $3,460.87 | |
| 6/14/2010 | $54.30 | -$25.64 | -$23.66 | $0.00 | -$5.00 | $3,435.23 | |
| 7/2/2010 | $5.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $3,435.23 | |
| 8/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | -$5.00 | $3,435.23 | |
| 8/2/2010 | $30.75 | $0.00 | -$20.75 | $0.00 | -$10.00 | $3,435.23 | |
| 9/1/2010 | $60.70 | -$42.46 | -$18.24 | $0.00 | $0.00 | $3,392.77 | |
| 10/3/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,392.77 | |
| 11/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,392.77 | |
| 11/15/2010 | $61.55 | -$14.97 | -$36.58 | $0.00 | -$10.00 | $3,377.80 | |
| 12/2/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,377.80 | |
| 1/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,377.80 | |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 5/18/2007 | $101.02 | $0.00 | $0.00 | $101.02 | $0.00 | $3,279.50 | End of Forbearance |
| 7/2/2007 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,279.50 | |
| 7/30/2007 | $41.30 | $0.00 | -$21.30 | $0.00 | -$20.00 | $3,279.50 | |
| 7/30/2007 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $3,329.50 | Forbearance Fee Assessed |
| 7/30/2007 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $3,279.50 | Forbearance Fee Paid |
| 10/9/2007 | $6.53 | $0.00 | -$6.53 | $0.00 | $0.00 | $3,279.50 | |
| 11/18/2007 | $135.33 | $0.00 | $0.00 | $135.33 | $0.00 | $3,414.83 | End of Forbearance |
| 1/1/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,414.83 | |
| 1/14/2008 | $51.84 | $0.00 | $0.00 | $51.84 | $0.00 | $3,466.67 | End of Administrative Forbearance |
| 1/31/2008 | $76.00 | -$56.51 | -$14.49 | $0.00 | -$5.00 | $3,410.16 | |
| 5/2/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,410.16 | |
| 5/13/2008 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $3,460.16 | Forbearance Fee Assessed |
| 5/13/2008 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $3,410.16 | Forbearance Fee Paid |
| 6/20/2008 | $109.56 | $0.00 | $0.00 | $109.56 | $0.00 | $3,519.72 | End of Forbearance |
| 8/1/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,519.72 | |
| 9/1/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,519.72 | |
| 9/12/2008 | $41.01 | $0.00 | -$26.01 | $0.00 | -$15.00 | $3,519.72 | |
| 9/24/2008 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $3,569.72 | Forbearance Fee Assessed |

# NAVIENT

www.Navient.com

Office of the Customer Advocate
PO Box 4200
Wilkes-Barre, PA  18773-4200

February 18, 2019

Mr. Jamerial Q. Benson
115 Germany Dr
Canton, MS 39046-6054

**RE:    Your Student Loan Account #9644672640**

Dear Mr. Benson:

Thank you for contacting Navient regarding your student loan account.  As we understand it, you are requesting copies of your Promissory Notes for the loans we service.  We hope the following information is helpful.

Navient previously serviced your 14 Federal Stafford Loans and two Private Signature Student Loans.  Please note that these loans have been paid in full and have a $0.00 balance.

Our records confirm that your Federal Stafford Loans were paid in full by consolidation in June 2008.  Per your request, we have provided copies of your Promissory Notes for you to reference.  Please note that you may be eligible to receive more than one loan disbursement when you sign a Master Promissory Note.  Although you sign one Master Promissory Note, each loan disbursement that is received under the Promissory Note will be disbursed separately.  Additionally, borrowers may be eligible for both subsidized and unsubsidized loans within the same enrollment period.  By signing the Promissory Note, you are promising to repay all the loans that were disbursed under that Promissory Note.

Please be advised that Navient has previously provided the requested information regarding your Signature Student Loans.  Enclosed is a copy of our letter dated February 5, 2019, which addressed your concerns.

Navient does not service any additional loans on your account.  It is important to understand that we are unable to provide you with information on loans which we do not service.  For additional information on the loans you have with other servicers, please contact your current loan servicers directly.

You are welcome to contact me directly at 888-545-4199, x410202, with any questions you may have.

Sincerely,

*Grace McNeil*

Grace McNeil
Office of the Customer Advocate
Navient

Enclosures

**EXHIBIT**
**5**

# CORRESPONDENCE HISTORY

**EXHIBIT**

**6**

**CLASS-115-LOAN DIRECTORY** ------------------------------ **PIF ACCOUNTS** 03/27/23
>NXT SCR 115 SSN ___ __ ____ __ PG ___ OWN _____ ST _____ GU ___ LN ___ DT __ __ __
**SSN** 425 41 6056 2   **NAME** JAMERIAL      Q BENSON

| | LOAN | OWNER | PG | PD | STAT | GU | 1ST DISB | DISB PRIN | AMT OUT | INT RT | SALE ELIG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| _ | 01 | 533253 NAV PC TRUS | XS | | PRES | HA | 062101 | 2095.00 | .00 | 5.250 | Y P |
| _ | 02 | 533253 NAV PC TRUS | XS | | PRES | HA | 082301 | 3100.00 | .00 | 5.250 | Y P |
| _ | 03 | 833253 NAV FFELP T | GS | | PCON | US | 012202 | 2656.00 | .00 | 7.220 | Y |
| _ | 04 | 500500 FNB SIOUX F | XS | | ATRM | HA | 000000 | .00 | .00 | | Y P |
| _ | 05 | 833253 NAV FFELP T | GS | | PCON | US | 091102 | 5500.00 | .00 | 7.220 | Y |
| _ | 06 | 810612 REGIONS BAN | GS | | ATRM | CD | 000000 | .00 | .00 | 3.460 | Y |
| _ | 07 | 500500 FNB SIOUX F | XS | | ATRM | HA | 000000 | .00 | .00 | | Y P |
| _ | 08 | 833253 NAV FFELP T | GS | | PCON | US | 070203 | 4648.00 | .00 | 7.220 | Y |
| _ | 09 | 833253 NAV FFELP T | GS | | PCON | US | 090303 | 3052.00 | .00 | 7.220 | Y |
| _ | 10 | 833253 NAV FFELP T | GS | | PCON | US | 090303 | 2492.00 | .00 | 7.220 | Y |
| _ | 11 | 833253 NAV FFELP T | GS | | PCON | US | 091203 | 2448.00 | .00 | 7.220 | Y |
| _ | 12 | 833253 NAV FFELP T | GS | | PCON | US | 091203 | 952.00 | .00 | 7.220 | Y |
| _ | 13 | 833253 NAV FFELP T | GS | | PCON | US | 021104 | 1200.00 | .00 | 7.220 | Y |
| _ | 14 | 833253 NAV FFELP T | GS | | PCON | US | 061604 | 356.00 | .00 | 7.220 | Y |
| _ | 15 | 500500 FNB SIOUX F | XS | | ATRM | HA | 000000 | .00 | .00 | | Y P |
| _ | 16 | 833253 NAV FFELP T | GS | | PCON | US | 093004 | 1659.00 | .00 | 7.220 | Y |
| _ | 17 | 833253 NAV FFELP T | GS | | PCON | US | 093004 | 1156.00 | .00 | 7.220 | Y |

**I004 PREVIOUS SCREEN WAS NOT PROCESSED – NO DATA WAS ENTERED**
**PFKEYS:1-9=BIP.5=OPRIN/INT.6=DATES.7=DELQ.8=AMTOUT.9=OTHINT.10=BRCH/FEE ASSMT**

**CLASS-115-LOAN DIRECTORY** ------------------------------ **PIF ACCOUNTS** 03/27/23
>NXT SCR 115 SSN ___ __ ____ __ PG ___ OWN _____ ST _____ GU ___ LN ___ DT __ __ __
**SSN** 425 41 6056 2   **NAME** JAMERIAL      Q BENSON

| | LOAN | OWNER | PG | PD | STAT | GU | 1ST DISB | DISB PRIN | AMT OUT | INT RT | SALE ELIG |
|---|---|---|---|---|---|---|---|---|---|---|---|
| _ | 18 | 810612 REGIONS BAN | GS | | PCNX | US | 061505 | 546.00 | .00 | 2.770 | Y |
| _ | 19 | 810612 REGIONS BAN | GS | | PCNX | US | 061505 | 797.00 | .00 | 2.770 | Y |
| _ | 20 | 833253 NAV FFELP T | GS | | PCON | US | 061606 | 1632.00 | .00 | 7.220 | Y |

**I008 CURRENTLY ON LAST PAGE**
**PFKEYS:1-9=BIP.5=OPRIN/INT.6=DATES.7=DELQ.8=AMTOUT.9=OTHINT.10=BRCH/FEE ASSMT**

```
CLASS-135-EFFECTIVE STATUS HISTORY------------------------ PIF ACCOUNTS 03/27/23
>NXT SCR 135 SSN ___ __ ____ _ PG ___ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL      PROG **   STATUS ****   GUAR **   OWNER ******
NAME JAMERIAL Q BENSON            INT RATE  5.250        OWNER  OWNER-NOT-FOUND
ORIG PRIN   34289.00 AMT OUT        0.00 ACR INT: BOR       0.00 ED       0.00
              LOANS SELECTED 12345678901234567890         UNINS           0.00
            BEG      END     CERT    POST                    IBR           0.00
            DATE     DATE    DATE    DATE   STUDENT SSN     LOANS         TRAN
  _  GRCE  110904   050805          012605              1................. S50
  _  GRCE  110904   050805          012605              .2................ S50
  _  GRCE  110904   050805          012605              ..3............... S50




I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PF2=PKG DSC.PF5=TRAN HIST(131).PF6=INT RATE HIST(132).PF7=MONETARY HIST(133).
PF8=INCLUDE NULLED STATUS TRANS.PF9=AUDIT HST(136).PF10=LDIR(115).PF14=NEG AM.
CLASS-135-EFFECTIVE STATUS HISTORY------------------------ PIF ACCOUNTS 03/27/23
>NXT SCR 135 SSN ___ __ ____ _ PG ___ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL      PROG **   STATUS ****   GUAR **   OWNER ******
NAME JAMERIAL Q BENSON            INT RATE  5.250        OWNER  OWNER-NOT-FOUND
ORIG PRIN   34289.00 AMT OUT        0.00 ACR INT: BOR       0.00 ED       0.00
              LOANS SELECTED 12345678901234567890         UNINS           0.00
            BEG      END     CERT    POST                    IBR           0.00
     STAT   DATE     DATE    DATE    DATE   STUDENT SSN     LOANS         TRAN
  _  GRCE  110904   050805          012605              ....5............. S50
  _  GRCE  110904   050805          012605              ......8........... S50
  _  GRCE  110904   050805          012605              ........90........ S50
  _  GRCE  110904   050805          012605              ..........12...... S50
  _  GRCE  110904   050805          012605              ............3..... S50
  _  GRCE  110904   050805          012605              .............4.... S50
  _  GRCE  110904   050805          012605              ...............67.. S50
  _  RPMT  050905   051705          050905              12................ S00
  _  RPMT  050905   051705          050905              ..3.5..8901234.67.. S00
  _  FORA  051805   061205          111705              12................ S40
  _  FORA  051805   061205          111705              ..3.5..8901234.67.. S40
  _  DSCH  061305   080406  092006  070106              12................ S40
  _  DSCH  061305   080406  092006  070106              ..3.5............. S40
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PF2=PKG DSC.PF5=TRAN HIST(131).PF6=INT RATE HIST(132).PF7=MONETARY HIST(133).
PF8=INCLUDE NULLED STATUS TRANS.PF9=AUDIT HST(136).PF10=LDIR(115).PF14=NEG AM.
```

```
CLASS-135-EFFECTIVE STATUS HISTORY------------------------ PIF ACCOUNTS 03/27/23
>NXT SCR 135 SSN ___ __ ____ _ PG ___ OWN _____ ST ___ GU ___ LN ___ DT __ __ ___
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME JAMERIAL Q BENSON            INT RATE   5.250      OWNER  OWNER-NOT-FOUND
ORIG PRIN   34289.00 AMT OUT      0.00 ACR INT: BOR      0.00 ED        0.00
                 LOANS SELECTED 12345678901234567890     UNINS           0.00
            BEG     END    CERT   POST                     IBR            0.00
            DATE    DATE   DATE   DATE     STUDENT SSN         LOANS        TRAN
  _  DSCH  061305  080406  092006  070106              .......890123..67...  S40
  _  DSCH  061305  080406  092006  070106              ............4......   S40
  _  PCNX  062105  062105          062105              ................89.   S00
  _  GRCE  080506  020407          100906              ..................0   S50
  _  FORA  080506  100806          100906              ..3.5..8901234.67...  S40
  _  FORB  080506  011707          101206              12.................   S40
  _  RPMT  100906  101706          100906              ..3.5..8901234.67...  S40
  _  FORV  101806  061707          012307              ..3.5..8901234.67...  S40
  _  FORB  011807  051707          032707              12.................   S40
  _  RPMT  020507  021707          020507              ..................0   S00
  _  FORV  021807  061707          021807              ..................0   S00
  _  FORB  051807  111707          072407              12.................   S40
  _  FORV  061807  111707          100807              ..3.5..8901234.67..   S40
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
PF2=PKG DSC.PF5=TRAN HIST(131).PF6=INT RATE HIST(132).PF7=MONETARY HIST(133).
PF8=INCLUDE NULLED STATUS TRANS.PF9=AUDIT HST(136).PF10=LDIR(115).PF14=NEG AM.


CLASS-135-EFFECTIVE STATUS HISTORY------------------------ PIF ACCOUNTS 03/27/23
>NXT SCR 135 SSN ___ __ ____ _ PG ___ OWN _____ ST ___ GU ___ LN ___ DT __ __ ___
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME JAMERIAL Q BENSON            INT RATE   5.250      OWNER  OWNER-NOT-FOUND
ORIG PRIN   34289.00 AMT OUT      0.00 ACR INT: BOR      0.00 ED        0.00
                 LOANS SELECTED 12345678901234567890     UNINS           0.00
            BEG     END    CERT   POST                     IBR            0.00
            DATE    DATE   DATE   DATE     STUDENT SSN         LOANS        TRAN
  _  FORV  061807  111707          100807              ..................0   S40
  _  FORA  111807  011308          011708              ..3.5..8901234.67...  S40
  _  FORA  111807  011308          011708              ..................0   S40
  _  FORA  111807  011308          011808              12.................   S40
  _  RPMT  011408  031908          022608              12.................   S40
  _  FORA  011408  022508          022608              ..3.5..8901234.67..0  S40
  _  RPMT  022608  061208          022608              ..3.5..8901234.67..0  S40
  _  FORB  032008  061908          051308              12.................   S40
  _  PCON  061308  061308          061308              ..3.5..8901234.67..0  S00
  _  RPMT  062008  071708          062008              12.................   S00
  _  FORB  071808  121708          092408              12.................   S40
  _  RPMT  121808  071713          121808              12.................   S00
  _  PRES  071813  071813          071813              12.................   S00
I008 CURRENTLY ON LAST PAGE
PF2=PKG DSC.PF5=TRAN HIST(131).PF6=INT RATE HIST(132).PF7=MONETARY HIST(133).
PF8=INCLUDE NULLED STATUS TRANS.PF9=AUDIT HST(136).PF10=LDIR(115).PF14=NEG AM.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                       UNITY CD _____   _____

   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 060601 LFDIN0 GB00 APPL STATUS: AWAR 06/06/01                    060601
 _ 060601 LFDIN0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    060601
 _ 060601 LFDIN0 MN27 BTO, REQ PRE-APPROVAL                         060601
 _ 060601 LFDIN0 GB00 PLLD CRDT 060601 TRU/ DENIED/ SCORE BELOW CUT- 060601
                      OFF & CHARGE OFF GREATER THAN $500
 _ 060601 LFDIN0 GB00 B GV SOME OF CO-B INFO/ CO-B WLL CLL BCK TO   060601
                      VERIFY INFO, GIVE FINANCIAL INFO TO PLL CRDT
 _ 060601 LFJFW0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    060601
 _ 060601 LFJFW0 MN28 CTO, REQ PRE-APPROVAL                         060601
 _ 060601 LFJFW0 MN11 COSIGNER CREDIT APPROVED                      060601
 _ 060601 LFJFW0 GB00 INFRM CB NEED POI                             060601
 _ 061101 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION            061101


I007 CURRENTLY ON FIRST PAGE
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                       UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 061101 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION            061101
 _ 061201 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF          061201
```

```
_ 061201 LFALH2 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED      061201
_ 061201 LFALH2 GB00 BTO ? ABOUT LN. ADV NEED ORIG APP, SCH CERT, AND 061201
                     POI FROM CO-B
_ 061201 LFALH2 GB00 GAVE BO WEB SITE FOR APP, AND FAX # FOR POI      061201
_ 061401 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF            061401
_ 061401 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF            061401
_ 061401 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF            061401
_ 061401 LFNNR1 GB00 RCVD TRANSFER CLL/B ? IF RCVD POI YET/ADV TAKES 061401
                     24HR TO SHOW UP ON SYST/BOR ? IF FAX APP/ADV ND
                     ORIG/BR SD OKAY


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED 12345678901234567890
                 UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 061801 LFNXP0 MDOC MDOC ADDR=20223O007014   LTR CD=MI48          061801
_ 061901 LFRMP0 C006 ADDRESS CHANGE                               061901
_ 061901 LFRMP0 C012 SEPARATION DATE CHANGE                       061901
_ 061901 LFRMP0 C143 SCHOOL APPROVED AMOUNT CHANGED               061901
_ 061901 LFRMP0 C196 DECREASED/INCREASED LOAN AMOUNT              061901
_ 061901 LFRMP0 C186 NUMBER OF DISBURSEMENTS CHANGED              061901
_ 061901 LFRMP0 C188 REVISED DISBURSEMENT DATE CHANGED            061901
_ 061901 LFRMP0 C187 REVISED DISBURSEMENT AMOUNT CHANGED          061901
_ 061901 LFRMP0 GB00 APPL STATUS: AINP 06/19/01                   061901
_ 061901 LFRMP0 GB00 LN 01/ORIG 01 XS APP RCVD/LNDR 500500/SCHL 002441/ 061901
                     1 DISB IAO $2095
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____   CONT _
_ 061901 LFRMP0 GB00 BORR CRDT PREV PLLD THRU TRU/6/6/01/DENIED PER    061901
                     SCORE & CHARGE OFF
_ 061901 LFRMP0 GB00 BORR ELIG W COB                                   061901
_ 061901 LFRMP0 GB00 COB CRDT PREV PLLD THRU TRU/6/6/01/CONDIT APPRVD  061901
                     PENDING POI
_ 061901 LFRMP0 GB00 ***ATEL COB FOR POI                               061901
_ 061901 LFRMP0 GB00 ***ATEL SCHL FOR GRADE/ENROLLMENT STAT            061901
_ 061901 LFRMP0 GB00 WHN INFO RCVD LN READY FOR DISB                   061901
_ 062001 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF              062001
_ 062001 LFLJL1 GB00 060601 COBORR LN1 CODNTLY APRVD/823Q              062001
_ 062001 LFLRC1 MDOC MDOC ADDR=20223Q04D003    LTR CD=MI48             062001
_ 062001 LFLRC1 MDOC MDOC ADDR=20223Q04D004    LTR CD=MI91             062001


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 062001 LFPGH1 C201 COSIGNER CREDIT DECISION CODE HAS BEEN CHANGED   062001
_ 062001 LFPGH1 C188 REVISED DISBURSEMENT DATE CHANGED               062001
_ 062001 LFPGH1 GB00 ACTUAL GRADUATION DATE LNE                      062001
_ 062001 LFPGH1 GB00 AGD 05-31-01                                    062001
_ 062001 LFPGH1 C012 SEPARATION DATE CHANGE                          062001
_ 062001 LFPGH1 C012 SEPARATION DATE CHANGE                          062001
_ 062001 T0812A GH81 PRIVACY POLICY INVOKED                          062001
_ 062001 LFPGH1 GB00 FORCED LEND/GUAR APPROVAL FOR LOAN APPLICATION  062001
                     2M
_ 062001 LFPGH1 GB00 APPL STATUS: ADIS 06/20/01                      062001
_ 062001 LFPGH1 GB65 DISBURSEMENT APPROVAL GRANTED                   062001
_ 062001 LFPGH1 GB00 APPL STATUS: ADIS 06/20/01                      062001


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                        OWNER  ***************
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 062001 LFPGH1 B359 SIGNATURE LOAN APPRV'D: FUTURE DISB             062001
_ 062001 LFPGH1 B360 SIGNATURE CO-BORR - FUTURE DISB                 062001
_ 062001 LFPGH1 GB00 AGD IS 5-31-03 NOT 05-31-01                     062001
_ 062101 CVISTX TK04 BTO, REQUESTED ACCOUNT INFORMATION              062101
_ 062101 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF            062101
_ 062101 LFSED0 TK01 BORROWER TELEPHONED OFFICE (BTO)                062101
_ 062101 LFSED0 TB01 BTO, REQUESTED DISBURSEMENT INFORMATION         062101
```

```
_ 062101 LFSED0 TK19 BTO, REQUESTED DISBURSEMENT DATES              062101
_ 062101 LFSED0 GY89 RECEIVED BORROWER'S E-MAIL ADDRESS             062101
_ 062101 LFSED0 GR78 BORROWER REQUESTED PROMO MAILINGS             062101
_ 062101 LFSED0 GH52 BTO, REQUESTED CORRESPONDENCE VIA E-MAIL ADDRESS  062101
_ 062101 LFSLH0 GB00 LN01/LNDR RVW/LNDR ON APP AND 811 CRRCT        062101


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 062101 SYSTEM B356 SIG STUDENT CO-BORR FUNDS DISB LTR            062101
_ 062101 SYSTEM B355 TRUTH IN LENDING STATEMENT: SIGNATURE         062101
_ 062101 SYSTEM B351 SIG STUDENT FUNDS DISB                        062101
_ 062101 SYSTEM B355 TRUTH IN LENDING STATEMENT: SIGNATURE         062101
_ 062501 CVISTX TK04 BTO, REQUESTED ACCOUNT INFORMATION            062501
_ 062501 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF          062501
_ 062501 CVISTX TK04 BTO, REQUESTED ACCOUNT INFORMATION            062501
_ 062501 CVISTX TK77 CONVERSANT TRANSFERRED CALL TO STAFF          062501
_ 062501 LFRXG1 TK00 BTO ? IF LN DISB AND ? SCH/ADV YES ON 062101 TO  062501
                 UNIV OF SOUTHERN MISS ALLOW SCH PROCSSNG TM
_ 070101 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL           E070101
_ 070301 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL            070301


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 070301 SYSTEM K156 EMAIL BAD ADDRESS LETTER                        070301
 _ 070301 MERCRY C151 E-MAIL VALID FLAG CHANGE                        070301
 _ 070301 MERCRY C152 E-MAIL USE FLAG CHANGE                          070301
 _ 070301 LFLJL1 GB00 LN1 ON SAS PER APPS XS RCVD 061801 & 062001/WLL 070301
                      RVW
 _ 070301 LFLJL1 GH06 ACCOUNT REVIEWED                                070301
 _ 070301 LFLJL1 GB00 APPS RCV 1 IS ORGNL & 1 IS COPY/OK              070301
 _ 070501 LFAER0 GS00 MAIL RETURNED - B355                            070501
 _ 070501 LFAER0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS 070501
 _ 070501 LFAER0 GS00 MAIL RETURNED - B351                            070501
 _ 070501 LFAER0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS 070501
 _ 071701 LPMST0 GS00 MAIL RETURNED - P129                            071701


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 071701 LPMST0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS 071701
 _ 071701 LPMST0 GS00 MAIL RETURNED - K156                            071701
```

```
_ 071701 LPMST0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS  071701
_ 072401 LSMB82 GH81 PRIVACY POLICY INVOKED                             072401
_ 072401 100991 A153 INTRO SALE LTR: SIGNATURE - NON RPMT               072401
_ 072401 100991 A155 SALE LETTER TO COSIGNER                            072401
_ 072501 UGAMD0 GS54 SKIP: PHONED BORROWER, LMTC                        072501
_ 072501 UGAMD0 C008 PARTIAL ADDRESS CHANGE                             072501
_ 072501 UGAMD0 C008 PARTIAL ADDRESS CHANGE                             072501
_ 072501 UGAMD0 C008 PARTIAL ADDRESS CHANGE                             072501
_ 072501 UGAMD0 C008 PARTIAL ADDRESS CHANGE                             072501
_ 072501 UGAMD0 GS00 SKIP/PHN CSGNR R BENSON/GV NW B ADD                072501


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
  DATE  SOURCE                  MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 072501 UGCFG0 C006 ADDRESS CHANGE                                     072501
_ 072501 UGCFG0 C028 ALT PHONE CHANGE                                   072501
_ 072501 UGCFG0 GY75 ADVISED BORROWER/CALLER OF WEB SITE                072501
_ 072601 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION                 072601
_ 072601 LFDAR1 TK00 BTO, ?'D IF CAN GET NEW XS LN FOR FALL/ADV WLL XFR 072601
_ 072601 LFKBR0 C008 PARTIAL ADDRESS CHANGE                             072601
_ 072601 LFKBR0 GB00 APPL STATUS: AWAR 07/26/01                         072601
_ 072601 LFKBR0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED         072601
_ 072601 LFKBR0 MN27 BTO, REQ PRE-APPROVAL                              072601
_ 072601 LFKBR0 GB00 BORR CRDT PREV PLLED-DENIED W/CO-B OPTN/FAXED APP  072601
                 TO #601-288-3647
_ 080201 LFVLK0 TK00 BTO ?'D FXNG XS LN APP/TRANSFRRD TO XS DEPT        080201
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                        MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 080201 LFDSP0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED        080201
_ 080201 LFDSP0 GB00 BTO ?"ND IF HE CLD FX APP/ADVSD NO,MUST BE ORG SIG 080201
_ 080401 LFLRC1 MDOC MDOC ADDR=20224Z00801E    LTR CD=MI48             080401
_ 080701 LFYMK0 C185 GRADE LEVEL CODE CHANGE                          080701
_ 080701 LFYMK0 C012 SEPARATION DATE CHANGE                           080701
_ 080701 LFYMK0 GB00 LN01/ORIG APP XS 01 RCVD/LNDE5005000500/SCH2441/2 080701
                     DISB IAO $1550 EACH
_ 080701 LFYMK0 MB35 APPLICATION RECEIVED FOR CURRENT PROGRAM YEAR     080701
_ 080701 LFYMK0 GB00 6-06-01/B CRDT PREV PULLED/ELIG W/CO0B           080701
_ 080701 LFYMK0 GB00 C-B CRDT PREV PULLED 6-06-01 ROY/APPRVD          080701
_ 080701 LFYMK0 GB00 APPL STATUS: AINP 08/04/01                       080701
_ 080701 LFYMK0 C188 REVISED DISBURSEMENT DATE CHANGED               080701


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                     UNITY CD _____    _____
  DATE   SOURCE                        MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 080701 LFYMK0 C188 REVISED DISBURSEMENT DATE CHANGED                   080701
_ 080701 LFYMK0 GB00 APPL STATUS: ATEL 08/07/01                          080701
_ 080701 LFYMK0 GB00 ****ATEL/LN02/ADV BORR SENDING APP BACK FOR INITIA  080701
                     L ON THE LOAN CHANGED AMOUNT BY BORR AND CO-BORR
                     NEED REFERENCE
_ 080701 LFYMK0 GB00 *****ATEL/LN02/PLEASE CONTACT SCHL TO VERIFY THE     080701
                     LOAN PERIOD DATE
_ 080701 LFYMK0 B017 TO B: APP NOT PROC-VARIOUS REASONS                   080701
_ 080901 IVRFLB TK04 BTO, REQUESTED ACCOUNT INFORMATION                   080901
_ 080901 LFDLB0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED           080901




I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER   **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____    _____
  DATE   SOURCE                        MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 080901 LFDLB0 GB00 LN2/BTO/?D STTS OF LN/ADVSD OF APP STTS AND WHAT     080901
                     NEEDS TO BE DONE TO APP/ADVSD APP ALREADY SENT
                     BACK FOR CHANGES
_ 081001 LFAXI0 GV45 SENT B017 LETTER WITH COPY OF APPLICATION            081001
_ 081301 LPJHB0 GS00 MAIL RETURNED - A153                                 081301
_ 081301 LPJHB0 MS01 RECEIVED RETURNED MAIL, RESENT TO NEW ADDRESS        081301
_ 081301 LPJHB0 A153 INTRO SALE LTR: SIGNATURE - NON RPMT                 081301
```

```
_ 081401 LFRMM0 C151 E-MAIL VALID FLAG CHANGE                    081401
_ 081401 LFRMM0 GR71 VERIFIED BORROWER E-MAIL ADDRESS            081401
_ 081401 LFRMM0 MW00 02441 PLS CONTACT SCHL TO VFY LN PERIOD ON LN 2  081401
_ 081501 LFWEP0 GB00 NO-OP CALL MADE TO BORROWER TO CALL BACK    081501
_ 081501 LFWEP0 GB00 MOSAIX(NO-OP): CALL MADE TO BORR. PENDING CALLBACK  081501


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                        OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 081501 LFJLL2 GR71 VERIFIED BORROWER E-MAIL ADDRESS            081501
_ 081501 LFJLL2 TK00 B ?D STAT OF SCHL CALL/ADV RQSTD YESTERDAY, IN  081501
                     PROC/ADV B CN HV SCHL CLL US/B SD OK
_ 081501 SYSTEM K159 EMAIL PERMISSION REQUEST LETTER            B081501
_ 081601 LFDLC0 GZ34 IDT RECEIVED BY DEPARTMENT, AWAITING PROCESSING  081601
_ 081601 SYSTEM K159 EMAIL PERMISSION REQUEST LETTER             081601
_ 081601 SYSTEM K156 EMAIL BAD ADDRESS LETTER                    081601
_ 081601 MERCRY C151 E-MAIL VALID FLAG CHANGE                    081601
_ 081701 LFRLB0 GB00 PER IDT CLL SCHL 601-266-5939/NO ANSWER     081701
_ 082101 CH     C012 SEPARATION DATE CHANGE                      082101
_ 082101 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE   082101
_ 082101 CH     GE00 002441   H EFF 051201-080301 AGD 080304 CD 071901  082101


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                     PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 082101 CH    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR   082101
_ 082101 LFLAK1 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS  082101
_ 082201 IVRFLP TK00 BTO - REQUESTED DSBR INFORMATION            082201
_ 082201 IVRFLP TK00 BTO - REQUESTED DSBR INFORMATION            082201
_ 082201 IVRFLP TK00 BTO - REQUESTED DSBR INFORMATION            082201
_ 082201 LFWEP0 GB00 NO-OP CALL MADE TO BORROWER TO CALL BACK    082201
_ 082201 LFWEP0 GB00 MOSAIX(NO-OP): CALL MADE TO BORR. PENDING CALLBACK  082201
_ 082201 IVRFLP TK00 BTO - REQUESTED DSBR INFORMATION            082201
_ 082201 LFBAF0 C006 ADDRESS CHANGE                             082201
_ 082201 LFBAF0 C188 REVISED DISBURSEMENT DATE CHANGED           082201
_ 082201 T0812D GH81 PRIVACY POLICY INVOKED                      082201


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                     PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 082201 LFBAF0 GB00 FORCED LEND/GUAR APPROVAL FOR LOAN APPLICATION   082201
               2H,2M
```

```
_ 082201 LFBAF0 GB00 APPL STATUS: ADIS 08/22/01                082201
_ 082201 LFBAF0 GB65 DISBURSEMENT APPROVAL GRANTED             082201
_ 082201 LFBAF0 GB00 APPL STATUS: ADIS 08/22/01                082201
_ 082201 LFBAF0 B359 SIGNATURE LOAN APPRV'D: FUTURE DISB       082201
_ 082201 LFBAF0 B360 SIGNATURE CO-BORR - FUTURE DISB           082201
_ 082201 LFBAF0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED 082201
_ 082201 LFBAF0 GB00 BTO?D STATD/NOTHING WAS NEEDED/PROCSSD WHIL ON 082201
                     PHONE/STATD OK
_ 082301 SYSTEM B351 SIG STUDENT FUNDS DISB                    082301
_ 082301 SYSTEM B355 TRUTH IN LENDING STATEMENT: SIGNATURE     082301


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                         OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 082301 SYSTEM B356 SIG STUDENT CO-BORR FUNDS DISB LTR        082301
_ 082301 SYSTEM B355 TRUTH IN LENDING STATEMENT: SIGNATURE     082301
_ 082401 LFVAM0 GB00 PER IDT, SENT E MAIL TO FAO RQSTNG CALL BACK TO 082401
                     VERIFY CORRECT LN PERIOD/LN PER ON APP IS 8/20/01-
                     5/10/01
_ 082501 CH     C012 SEPARATION DATE CHANGE                    082501
_ 082501 CH     C012 SEPARATION DATE CHANGE                    082501
_ 082501 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE 082501
_ 082501 CH     GE00 002441   F EFF 082001-121401 AGD 121402 CD 081301 082501
_ 082501 CH     GH23 GUAR STAT RPT - CHANGE - DEMOGRAPHIC      082501
_ 082601 LPSGC0 GE20 RCVD CH/GUAR DEMO RPT; ADDED ALTERNATE ADDRESS/PH 092101
_ 082701 LPJDP0 GS00 MAIL RETURNED - A153                      082701
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                        MESSAGE                      PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 082701 LPJDP0 MS01 RECEIVED RETURNED MAIL, RESENT TO NEW ADDRESS      082701
_ 082701 LPJDP0 A153 INTRO SALE LTR: SIGNATURE - NON RPMT               082701
_ 082801 LFTSY0 MW01 IDT COMPLETED PER REQUEST                          082801
_ 082801 LFTSY0 GB00 PER IDT, NAN, LN DISB/CMPLT                        082801
_ 082901 LPEKB0 GS00 MAIL RETURNED - K156                               082901
_ 082901 LPEKB0 MS01 RECEIVED RETURNED MAIL, RESENT TO NEW ADDRESS      082901
_ 082901 LPEKB0 K156 EMAIL BAD ADDRESS LETTER                           082901
_ 082901 LPEKB0 GS00 MAIL RETURNED - K159                               082901
_ 082901 LPEKB0 MS01 RECEIVED RETURNED MAIL, RESENT TO NEW ADDRESS      082901
_ 082901 LPEKB0 K159 EMAIL PERMISSION REQUEST LETTER                    082901
_ 090101 UGMRR0 GS16 SKIP: PHONED BORROWER, NO ANSWER                   090101
_ 090101 UGMRR0 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER           090101


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                   MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 090101 UGMRR0 S005 SKIP LETTER TO ENDORSER/COSIGNER             090101
_ 090101 UGMRR0 GS00 S005 SENT TO REF 01                          090101
_ 090101 UGMRR0 S004 SKIP LETTER TO REFERENCE                     090101
_ 090101 UGMRR0 GS00 S004 SENT TO REF 02                          090101
_ 091101 LFEDH0 TB01 BTO, REQUESTED DISBURSEMENT INFORMATION      091101
_ 091101 LFEDH0 GR37 ADVISED BORR/CALLER OF MAIL AND/OR PROCESSING TIME 091101
_ 092101 CH     GE71 STATUS REPORT-BYPASS-MATCH DATA              092101
_ 092101 CH     GE00 002441   F EFF 082001-121401 AGD 121402 CD 091001 092101
_ 092101 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR 092101
_ 100101 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL          100201
_ 100101 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL          100201
_ 100401 T083CA GH81 PRIVACY POLICY INVOKED                       100401


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                        OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                   MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 100401 LFBJB1 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC  100401
_ 100401 LFBJB1 GB00 APPL STATUS: APND 10/04/01 (854 TRANSACTION)      100401
_ 101101 US     GE00 00244100 F EFF 052801-000000 AGD 051007 CD 100301 101101
_ 101101 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    101101
_ 101101 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR  101101
_ 101101 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR  101101
_ 101901 SYSTEM B120 APPLICATION REMINDER: APP SENT BY SCHOOL          101901
```

```
_ 111801 SYSTEM B120 APPLICATION REMINDER: APP SENT BY SCHOOL        111801
_ 121001 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION              121001
_ 121001 LFRDB1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED      121001
_ 121001 LFRDB1 GB00 BTO ?'D DISB DATES/ADVD                         121001
_ 010102 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL             010202
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 010102 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL             010202
_ 010802 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR 010802
_ 010802 CH     C012 SEPARATION DATE CHANGE                          010802
_ 010802 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE       010802
_ 010802 CH     GE00 002441   F EFF 082001-051002 AGD 051003 CD 121801 010802
_ 010902 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION              010902
_ 010902 UGBXB0 TK00 Borrower phone contact re:App Quest FFELP        010902
_ 010902 LFRXS0 TD00 BTO/B ? WHEN DISB WLL BE MADE AND HOW BEING SNT/ 010902
                     ADV
_ 011102 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION              011102
_ 011102 LFLEM0 GY75 ADVISED BORROWER/CALLER OF WEB SITE             011102
_ 011102 LFATS0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED      011102
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 011102 LFLEM0 TK00 BTO ?D STATS ON GS LN/ADV WAITING FOR MPN/ADV B   011102
                     WLL SND OR DOWNLD IT/ADV WEBSITE/B ?D ABT XS LN/AD
                     V XFER TO 5194
_ 011102 LFATS0 GB00 BTO ? DISB AMNT/ADVSD/B OK                        011102
_ 011202 US     GE00 00244100 F EFF 082001-000000 AGD 121402 CD 110701 011202
_ 011202 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    011202
_ 011502 WWW    TX00 ALL INFO WAS ACCESSED VIA INTERNET BY LEND 810612 011502
                             sjackson
_ 011502 LFPJR0 GB00 REC CLL F/SANDRA-AMSOUTH ? STAT OF LN3; ADV APND  011502
_ 011502 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION                011502
_ 011502 LFTPM1 TK00 BTO,RQSTD PRCSSNG TME ADVSD                       011502
_ 011602 LPSXG0 ME00 PER CD RPT/UPDTD SEP DTE PER CH CORR DTD 010802   012502


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 011702 LFJAP1 MDOC MDOC ADDR=20129L02000F   LTR CD=ML70              011702
_ 011702 LFJWL0 GB00 APPL STATUS: AINP 01/17/02                       011702
```

```
_ 011702 LFJWLO C188 REVISED DISBURSEMENT DATE CHANGED              011702
_ 011702 LFJWLO C188 REVISED DISBURSEMENT DATE CHANGED              011702
_ 011702 LFJWLO C188 REVISED DISBURSEMENT DATE CHANGED              011702
_ 011702 LFJWLO C188 REVISED DISBURSEMENT DATE CHANGED              011702
_ 011702 LFJWLO GB00 FORCED LEND/GUAR APPROVAL FOR LOAN APPLICATION 011702
                     2M
_ 011702 LFJWLO GB02 DISBURSEMENT SCHEDULE CHANGED AFTER GUAR RECEIPT 011702
_ 011702 LFJWLO GB00 APPL STATUS: ADIS 01/17/02                    011702
_ 011702 LFJWLO C188 REVISED DISBURSEMENT DATE CHANGED              011702
_ 011702 LFJWLO C188 REVISED DISBURSEMENT DATE CHANGED              011702


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 011702 LFJWLO GB65 DISBURSEMENT APPROVAL GRANTED                011702
_ 011702 LFJWLO GB02 DISBURSEMENT SCHEDULE CHANGED AFTER GUAR RECEIPT 011702
_ 011702 LFJWLO GB00 APPL STATUS: ADIS 01/17/02                   011702
_ 011702 LFGBRO GB00    *******   LOAN 03 DISBURSEMENT INFO        011802
_ 011702 LFGBRO GB00 DISBURSEMENT VIA ELM/NDN                     011802
_ 011702 LFGBRO GB00    ***************                           011802
_ 012202 LFGBRO GB00    *******   LOAN 03 DISBURSEMENT INFO        012202
_ 012202 LFGBRO GB00 DISB FUNDS AND DATA SENT TO ELM/NDN; DO NOT REFER 012202
_ 012202 LFGBRO GB00 BORR TO SCHL WITH DISB QUESTIONS. SUBMIT FOR RSRCH 012202
_ 012202 LFGBRO GB00    ***************                           012202
_ 012202 SYSTEM B053 FUNDS DISBURSED LTR - MPN                    012202
_ 012202 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                 012202
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME  JAMERIAL Q BENSON                                OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

                      UNITY CD _____   _____

   DATE   SOURCE                       MESSAGE                    PST/RESOLVE

  032723 E18565 ____ _____ CONT _

_ 012202 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                         012202

_ 012202 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                     012202

_ 012402 US     GE00 00244100 F EFF 052801-000000 AGD 051003 CD 121801 012402

_ 012402 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    012402

_ 012502 LPSXG0 C012 SEPARATION DATE CHANGE                            012502

_ 021502 LSMB82 GH81 PRIVACY POLICY INVOKED                            021502

_ 021502 110755 A153 INTRO SALE LTR: SIGNATURE - NON RPMT              021502

_ 021502 110755 A155 SALE LETTER TO COSIGNER                           021502

_ 031402 US     GE00 00244100 F EFF 082001-000000 AGD 051003 CD 012502 031402

_ 031402 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    031402

_ 040102 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL               040202

_ 051002 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    051002


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME  JAMERIAL Q BENSON                                OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 051002 US     GE00 002441   F EFF 082001-000000 AGD 051003 CD 041202   051002
_ 070102 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL                 070202
_ 071602 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR    071602
_ 071602 CH     GE71 STATUS REPORT-BYPASS-MATCH DATA                     071602
_ 071602 CH     GE00 002441   H EFF 051002-051002 AGD 051003 CD 062702   071602
_ 072302 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT      072302
_ 072302 US     GE00 002441   H EFF 051002-000000 AGD 051003 CD 062702   072302
_ 081302 IVRFLB TK04 BTO, REQUESTED ACCOUNT INFORMATION                  081302
_ 081302 LFJLL2 TK00 Borrower phone contact re:Schl/Enrollment Update,   081302
                     xfrd to xs orig
_ 081302 LFCLB0 C150 BORROWER E-MAIL ADDRESS CHANGED                     081302
_ 081302 LFCLB0 C151 E-MAIL VALID FLAG CHANGE                            081302


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 081302 LFCLB0 GB00 APPL STATUS: AWAR 08/13/02                          081302
_ 081302 LFCLB0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED          081302
_ 081302 LFCLB0 TB62 VERIFIED SCHOOL ATTENDING                           081302
_ 081302 LFCLB0 GR71 VERIFIED BORROWER E-MAIL ADDRESS                    081302
_ 081302 LFCLB0 MN27 BTO, REQ PRE-APPROVAL                               081302
_ 081302 LFCLB0 TB56 BORR AUTHORIZED CREDIT PULL FOR ANY/MULT LENDER     081302
_ 081302 LFCLB0 MN41 BORR CREDIT PULLED TU;DENIED - CB SCORE;ELIG W/COS  081302
```

```
_ 081302 LFCLB0 B401 PRIV LN - APP DENIAL WITH C/B OPTION           E081302
_ 081302 LFCLB0 GB00 XS/LN04/(BORR) DENIED PER REASONS:             081302
                    (CHARGE-OFF,CREDIT SCORE)
_ 081302 IVRFLB TK04 BTO, REQUESTED ACCOUNT INFORMATION            081302
_ 081302 IVRFLB TK00 18:27:17 ADVISED BORR  10 DAY PIF 8553.64     081302


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                         OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 081302 LFRMM0 TK00 Borrower phone contact re:b req new xs ln,    081302
                    xfr to pco, Re-route/Misroute
_ 081302 LFSWW0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    081302
_ 081302 LFSWW0 TB62 VERIFIED SCHOOL ATTENDING                     081302
_ 081302 LFSWW0 GB00 B RQST APP FXD TO 601-288-3647/FXD APP @ 06:34 PM  081302
_ 081302 IVRFLP TK00 BTO - REQUESTED DSBR INFORMATION              081302
_ 081302 LFWCM0 MDOC MDOC ADDR=20K2FD0F4001   LTR CD=MI91          081402
_ 081302 LFSWW0 TF45 SUCCESSFUL FAX SENT                           081402
_ 081402 LFKRD1 B412 CO-BORR DENIED - REQ - ADDNDUM ENCL           081402
_ 081402 LFKRD1 GB00 RCVD FXD CPY OF APPL                          081402
_ 081402 SYSTEM B401 PRIV LN - APP DENIAL WITH C/B OPTION          081402
_ 081402 SYSTEM K156 EMAIL BAD ADDRESS LETTER                      081402


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                  OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____

  DATE   SOURCE                      MESSAGE                     PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 081402 MERCRY C151 E-MAIL VALID FLAG CHANGE                      081402
_ 082102 IVRTXB TK04 BTO, REQUESTED ACCOUNT INFORMATION            082102
_ 082102 IVRTXB TK00 14:41:27 ADVISED BORR  10 DAY PIF 8561.78     082102
_ 082102 LTDSR0 TK00 Borrower phone contact re:Accnt Status        082102
_ 082802 SYSTEM B499 PRVT LOANS APP REMINDER - BRIDGE LTR          082802
_ 082802 LFALT0 GS00 MAIL RETURNED - B401                          082802
_ 082802 LFALT0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS 082802
_ 082802 LFALT0 GS00 MAIL RETURNED - K156                          082802
_ 082802 LFALT0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS 082802
_ 090302 LTDDB1 GH62 AVAILABLE REFERENCE LOADED TO ACCOUNT         090302
_ 090602 IVRFLB TK04 BTO, REQUESTED ACCOUNT INFORMATION            090602


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                  OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                     PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 090602 LFKAT0 TK00 Borrower phone contact re:Disb Quest PCO,    090602
                     Re-route/Misroute
```

```
_ 090602 LFMPB0 C150 BORROWER E-MAIL ADDRESS CHANGED            090602
_ 090602 LFMPB0 C151 E-MAIL VALID FLAG CHANGE                   090602
_ 090602 LFMPB0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED 090602
_ 090602 LFMPB0 TB02 BTO, REQUESTED STATUS OF LOAN APPLICATION  090602
_ 090602 LFMPB0 TB62 VERIFIED SCHOOL ATTENDING                  090602
_ 090602 LFMPB0 GR71 VERIFIED BORROWER E-MAIL ADDRESS           090602
_ 090602 LFMPB0 GB00 ADVSD ND ORG APP AND NEW CO-B              090602
_ 090602 UGDLM0 GS00 MAIL RETURNED - B412                       090602
_ 090602 UGDLM0 MS23 RCVD RET'D MAIL; DIDN'T GO TO SKIP, INVALID STATUS 090602
_ 090602 UGJXD0 GS00 SKIP: REVERSE SEARCH BORR PH/NO NEW INFO   090602


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                 MESSAGE                      PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 090602 UGJXD0 GS00 SKIP: BORR ATTEMPT PER PRIVATE CREDIT      090602
_ 090702 T083CD GH81 PRIVACY POLICY INVOKED                     090702
_ 090702 SYSTEM GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC 090702
_ 090702 SYSTEM GB00 APPL STATUS: ADIS 09/07/02                 090702
_ 090702 LFRAR0 GB00    *******   LOAN 05 DISBURSEMENT INFO      091002
_ 090702 LFRAR0 GB00 DISBURSEMENT VIA ELM/NDN                   091002
_ 090702 LFRAR0 GB00    ***************                         091002
_ 090802 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40 090802
_ 090802 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45 090802
_ 090802 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60 090802
_ 090802 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05 090802
_ 090802 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT 090802
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
                        UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____   CONT _
_ 090802 SYSTEM B047 LOAN APPROVED                               E090802
_ 090902 WWW    TX00 ALL INFO WAS ACCESSED VIA INTERNET BY LEND 810612   090902
                       astephenson
_ 091002 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR    091002
_ 091002 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT      091002
_ 091002 US     GE00 002441   F EFF 090602-000000 AGD 083005 CD 090502   091002
_ 091102 LFRAR0 GB00   *******   LOAN 05 DISBURSEMENT INFO               091102
_ 091102 LFRAR0 GB00 DISB FUNDS AND DATA SENT TO ELM/NDN; DO NOT REFER   091102
_ 091102 LFRAR0 GB00 BORR TO SCHL WITH DISB QUESTIONS. SUBMIT FOR RSRCH  091102
_ 091102 LFRAR0 GB00   ***************                                   091102
_ 091102 SYSTEM GB00 APPL STATUS: AINP 09/11/02 83D TRANSACTION          091102
_ 091102 SYSTEM GB00 SCL =                LND = AMSOUTH                   091102


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
```

```
                     UNITY CD _____   _____

  DATE   SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 091102 AUTORE GB00 AINP STATUS: AXCP                             091102
_ 091102 AUTORE GB00 GUAR = CD                                     091102
_ 091102 FIBOT2 MDOC MDOC ADDR=FL1S0087974610 LTR CD=ML70          091102
_ 091102 SYSTEM B053 FUNDS DISBURSED LTR - MPN                    E091102
_ 091102 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                 E091102
_ 091102 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                    E091102
_ 091102 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                E091102
_ 091602 LFHXD0 GB00 APPL STATUS: ATRM 09/16/02                    091602
_ 091602 LFHXD0 GB00 ATRM PER DUPLICATE LOAN                       091602
_ 091702 WWW    TX00 ALL INFO WAS ACCESSED VIA INTERNET BY LEND 810612  091702
                          sjackson
_ 092402 LFMEG0 MDOC MDOC ADDR=2012GJ00U00J   LTR CD=MI48          092402


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 092402 LTCPG0 GB00 APPL STATUS: AINP 09/24/02                    092402
_ 092402 LTCPG0 C001 NAME CHANGE                                   092402
_ 092402 LTCPG0 C185 GRADE LEVEL CODE CHANGE                       092402
_ 092402 LTCPG0 C184 MCS CODE CHANGED                              092402
_ 092402 LTCPG0 C121 LOAN PERIOD CHANGE                            092402
_ 092402 LTCPG0 C012 SEPARATION DATE CHANGE                        092402
_ 092402 LTCPG0 C143 SCHOOL APPROVED AMOUNT CHANGED                092402
```

```
_ 092402 LTCPG0 C196 DECREASED/INCREASED LOAN AMOUNT              092402
_ 092402 LTCPG0 C188 REVISED DISBURSEMENT DATE CHANGED           092402
_ 092402 LTCPG0 C187 REVISED DISBURSEMENT AMOUNT CHANGED         092402
_ 092402 LTCPG0 C188 REVISED DISBURSEMENT DATE CHANGED           092402
_ 092402 LTCPG0 C187 REVISED DISBURSEMENT AMOUNT CHANGED         092402


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ _____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 092402 LTCPG0 MB35 APPLICATION RECEIVED FOR CURRENT PROGRAM YEAR   092402
_ 092402 LTCPG0 GB00 LN4/RCVD XS/LNDR 500500/UNIV OF STHRN MISS(002441)  092402
                    2 DISBS IAO $1500 EA
_ 092402 LTCPG0 GB00 BORR CRDT PREV DND TRU 081302 FOR CRDT RTNG/ELIG C  092402
_ 092402 LTCPG0 GB00 COB(ROY)/CRDT PREV PLLD TRU 081402-DND-CRDT RTNG   092402
_ 092402 LTCPG0 GB00 RCVD 4 ST NTC-NOT REQ                          092402
_ 092402 LTCPG0 GB00 LN4************ATEL-BORR NDS CRDTWRTHY COB********  092402
_ 092402 LTCPG0 B085 PRIVATE APP NOT PROC: REQUEST BORR CALL       E092402
_ 092402 LTCPG0 GB00 APPL STATUS: ATEL 09/24/02                     092402
_ 092402 LTCPG0 GB00 CONT PRCSSNG ONCE COB IS OBTND/GW67            092402
_ 100102 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL           100202
_ 101602 CH     C012 SEPARATION DATE CHANGE                        101602


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 101602 CH    C012 SEPARATION DATE CHANGE                       101602
_ 101602 CH    GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE    101602
_ 101602 CH    GE00 002441   F EFF 081902-121302 AGD 121303 CD 090902   101602
_ 101602 CH    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR   101602
_ 101702 SYSTEM K306 SLM PRIVACY POLICY NOTIFICATION             101702
_ 102302 US    GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT   102302
_ 102302 US    GE00 002441   F EFF 052801-000000 AGD 121303 CD 090902   102302
_ 110402 CH    GE71 STATUS REPORT-BYPASS-MATCH DATA              110402
_ 110402 CH    GE00 002441   F EFF 081902-121302 AGD 121303 CD 101802   110402
_ 110402 CH    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR   110402
_ 112102 US    GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT   112102
_ 112102 US    GE00 002441   F EFF 081902-000000 AGD 121303 CD 101802   112102


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 010103 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL          E010103
_ 010203 LFSLM0 GO39 ATRM BORROWER CREDIT OVER 90 DAYS NO APPROVED COB   010203
```

```
_ 010203 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40        010203
_ 010203 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 20        010203
_ 010203 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60        010203
_ 010203 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT  : 20         010203
_ 010203 LFSLM0 GB00 APPL STATUS: ATRM 01/02/03                         010203
_ 020403 CH     C012 SEPARATION DATE CHANGE                             020403
_ 020403 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE          020403
_ 020403 CH     GE00 002441   F EFF 081902-050903 AGD 050904 CD 012403  020403
_ 020403 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR   020403
_ 022003 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT     022003


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER   **************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
  DATE  SOURCE                    MESSAGE                        PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 022003 US     GE00 002441   F EFF 081902-000000 AGD 121303 CD 012103  022003
_ 022703 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT     022703
_ 022703 US     GE00 002441   F EFF 052801-000000 AGD 050904 CD 012403  022703
_ 032603 CH     GE71 STATUS REPORT-BYPASS-MATCH DATA                    032603
_ 032603 CH     GE00 002441   H EFF 021703-050903 AGD 050904 CD 030703  032603
_ 032603 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR   032603
_ 040103 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL             E040203
_ 050503 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION                 050503
_ 050503 UGJXP3 TK00 Borrower phone contact re: Re-Route Parent Answer  050503
_ 050503 LFLPL0 GB00 APPL STATUS: AWAR 05/05/03                         050503
_ 050503 LFLPL0 C184 MCS CODE CHANGED                                   050503
_ 050503 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40        050503
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                     PST/RESOLVE
   032723 E18565 ____ _____   CONT _
_ 050503 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15      050503
_ 050503 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 45      050503
_ 050503 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 10      050503
_ 050503 LFLPL0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED       050503
_ 050503 LFLPL0 TB62 VERIFIED SCHOOL ATTENDING                        050503
_ 050503 LFLPL0 GF59 VERIFY SSN OF BORROWER/STUDENT                   050503
_ 050503 LFLPL0 MN27 BTO, REQ PRE-APPROVAL                            050503
_ 050503 LFLPL0 MN41 BORR CREDIT PULLED TU;DENIED - CB SCORE;ELIG W/COS 050503
_ 050503 LFLPL0 B401 PRIV LN - APP DENIAL WITH C/B OPTION            E050503
_ 050503 LFLPL0 GB00 XS/LN07/(BORR) DENIED PER REASONS:               050503
                    (CREDIT SCORE)
_ 050503 LFLPL0 GR71 VERIFIED BORROWER E-MAIL ADDRESS                 050503


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                      UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 050503 LFLPL0 GO44 OFFERED PCO@SALLIEMAE.COM                        050503
_ 050503 LFCLP1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED       050503
_ 050503 LFCLP1 TB62 VERIFIED SCHOOL ATTENDING                        050503
_ 050503 LFCLP1 GR71 VERIFIED BORROWER E-MAIL ADDRESS                 050503
_ 050503 LFCLP1 GO44 OFFERED PCO@SALLIEMAE.COM                        050503
_ 050503 LFCLP1 GB00 BORR GV CO-B INFO/ADVD CO-B NEEDS TO CLL TO GIVE 050503
                     VERBAL PERMISSION TO PLL CRDT/BORR OK WL HV CO-B
                     CLL
_ 050503 IVRFL2 TK04 BTO, REQUESTED ACCOUNT INFORMATION               050503
_ 050603 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 15      050603
_ 050603 LFKLY1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED       050603
_ 050603 LFKLY1 TB62 VERIFIED SCHOOL ATTENDING                        050603


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                      UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 050603 LFKLY1 TK10 COSIGNER PHONED                                  050603
_ 050603 LFKLY1 MN28 CTO, REQ PRE-APPROVAL                            050603
_ 050603 LFKLY1 TB58 COSIGNER AUTH CREDIT PULL FOR ANY/MULTIPLE LENDERS 050603
_ 050603 LFKLY1 GB00 COB: T/U DENIED DUE TO SCORE BELOW CUTOFF        050603
_ 050603 LFKLY1 GB00 ADVISED COB TO HAVE B FIND A NEW COSIGNER        050603
_ 050603 LFKLY1 GB00 COB ?'D IF A COB CAN BE ANYONE/ADVISED IT CAN BE 050603
                     A FRIEND OR A RELATIVE/COB OKAY
```

```
_ 050603 LFKLY1 B412 CO-BORR DENIED - REQ - ADDNDUM ENCL              050603
_ 050603 LFKLY1 B402 PRIV LN - CO-BORR DENIAL                         050603
_ 050603 LFKLY1 GB00 XS/LN07/(  ) DENIED PER REASONS:                 050603
                    (HIGH CREDIT RATIO,CREDIT SCORE)
_ 050603 SYSTEM B401 PRIV LN - APP DENIAL WITH C/B OPTION             050603


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 050603 SYSTEM K156 EMAIL BAD ADDRESS LETTER                        050603
_ 050603 MERCRY C151 E-MAIL VALID FLAG CHANGE                        050603
_ 051203 IVRTX4 TK00 BTO - REQUESTED DSBR INFORMATION                051203
_ 051203 LFRBP0 GB00 BORR CLLD ? INFO ON PLS LN/ADVSD NEED BORR SSN// 051203
                    STDNT WILL CLL BCK
_ 051203 IVRFL4 TK00 BTO - REQUESTED DSBR INFORMATION                051203
_ 051203 LFRMR1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED      051203
_ 051203 LFRMR1 TB62 VERIFIED SCHOOL ATTENDING                       051203
_ 051203 LFRMR1 GF59 VERIFY SSN OF BORROWER/STUDENT                  051203
_ 051203 LFRMR1 GB00 BTO ?'D STATUS/ADVSD NDS NEW COB AND WE ND TO RCV 051203
                    AN ORGNL APP
_ 051503 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION              051503


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____   CONT _
_ 051503 IVRFL1 TK00 16:00:48 ADVISED BORR  10 DAY PIF 14322.65       051503
_ 051503 LTSAS2 GR71 VERIFIED BORROWER E-MAIL ADDRESS                 051503
_ 051503 LTSAS2 GR78 BORROWER REQUESTED PROMO MAILINGS                051503
_ 051503 LTSAS2 C151 E-MAIL VALID FLAG CHANGE                         051503
_ 051503 LTSAS2 TK00 Borrower phone contact re: E-Mail Update,        051503
                     Re-Route Private Credit Orig
_ 051503 LFMES0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED       051503
_ 051503 LFMES0 TB62 VERIFIED SCHOOL ATTENDING                        051503
_ 051503 LFMES0 GR71 VERIFIED BORROWER E-MAIL ADDRESS                 051503
_ 051503 LFMES0 GO44 OFFERED PCO@SALLIEMAE.COM                        051503
_ 051503 LFMES0 MO18 VERIFIED LOAN PERIOD                             051503


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____   CONT _
_ 051503 LFMES0 GB00 BTO RQCD PREAPPRVL LTTR FAX TO SCHL/ADVS SCHL IN  051503
                     NOT A L! SO YES WLL FAX LTTR STATING BTO ND CTO/
```

```
                      BTO OK ? 800# SO FATHER CLL TO BE CTO/ADVS 800#
_ 051503 LFMES0 GB00 SCHL FAO FAX # 1-601-266-5769                    051503
_ 051503 LFMES0 TF45 SUCCESSFUL FAX SENT                              051503
_ 051903 IVRFL2 TK04 BTO, REQUESTED ACCOUNT INFORMATION              051903
_ 051903 LTVVT0 T600 Relative phone contact re:                       051903
                     Re-Route Private Credit Orig
_ 051903 LFDJV0 C112 AUXILIARY IDENTITY CODE CHANGED                 051903
_ 051903 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 20     051903
_ 051903 LFDJV0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED      051903
_ 051903 LFDJV0 TB62 VERIFIED SCHOOL ATTENDING                       051903


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 051903 LFDJV0 GO43 VERIFIED COSIGNER E-MAIL ADDRESS                051903
_ 051903 LFDJV0 GO44 OFFERED PCO@SALLIEMAE.COM                       051903
_ 051903 LFDJV0 MN28 CTO, REQ PRE-APPROVAL                           051903
_ 051903 LFDJV0 TB58 COSIGNER AUTH CREDIT PULL FOR ANY/MULTIPLE LENDERS 051903
_ 051903 LFDJV0 GB00 COB CRDT PLLD 5/19/03 TRU DND                   051903
_ 051903 LFDJV0 B402 PRIV LN - CO-BORR DENIAL                        051903
_ 051903 LFDJV0 GB00 XS/LN07/(LEONARD  FUNCHESS) DENIED PER REASONS:  051903
                     (CREDIT SCORE)
_ 051903 LFDJV0 GB00 UNABLE TO SND B412 LTTR FR COB LEONARD FUNCHESS 051903
_ 052003 SYSTEM B499 PRVT LOANS APP REMINDER - BRIDGE LTR           E052003
_ 052003 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT  052003
_ 052003 US     GE00 002441   H EFF 021703-000000 AGD 050904 CD 030703 052003
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____  CONT _
_ 052003 IVRFL3 TK00 BTO - REQUESTED DSBR INFORMATION              052003
_ 052003 LFENA0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    052003
_ 052003 LFENA0 GR71 VERIFIED BORROWER E-MAIL ADDRESS             052003
_ 052003 LFENA0 TB62 VERIFIED SCHOOL ATTENDING                    052003
_ 052003 LFENA0 GO44 OFFERED PCO@SALLIEMAE.COM                    052003
_ 052003 LFENA0 GB00 BTO ? STATUS/ADV CB DND/B ADV BOTH CB HAVE BEEN   052003
                     DND AND HAS NO OTHER CB/ADV ELIG FOR LN W/NEW CB
                     B ADV HAS NONE AND PLEASE FAX DNL TO SCHL/
_ 052003 LFENA0 GB00 ATTEMPTING TO FAX TO G. KERRY FAO 16012665769    052003
_ 052003 LFENA0 TF45 SUCCESSFUL FAX SENT                          052003
_ 052303 IVRFL4 TK04 BTO, REQUESTED ACCOUNT INFORMATION           052303
_ 052303 IVRFL4 TK00 15:33:29 ADVISED BORR  10 DAY PIF 14330.19   052303


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____  _____
  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 052303 IVRFL4 TK04 BTO, REQUESTED ACCOUNT INFORMATION            052303
_ 052303 IVRFL4 TK00 15:42:18 ADVISED BORR  10 DAY PIF 14330.19    052303
_ 052303 LFGMC1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    052303
_ 052303 LFGMC1 TB62 VERIFIED SCHOOL ATTENDING                     052303
_ 052303 LFGMC1 GR71 VERIFIED BORROWER E-MAIL ADDRESS              052303
_ 052303 LFGMC1 GO44 OFFERED PCO@SALLIEMAE.COM                     052303
_ 052303 LFGMC1 GB00 B CLLD IN SAID SCHL NEVER RCVD FAX/ADVS B SENT FAX 052303
                     TO SCHL TWICE/B ? IF SCHL CAN CLL/GAVE # CLLG SERV
                     SCHL TO CLL IN
_ 052703 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION            052703
_ 052703 IVRFL1 TK00 10:53:16 ADVISED BORR  10 DAY PIF 14333.96    052703
_ 052703 LFKLP0 T600 Relative phone contact re: cllng on pl ln     052703

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER  **************
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____  _____
  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 052703 UGJXP3 TK00 Borrower phone contact re:                    052703
                     Re-Route Private Credit Orig
_ 052703 LFJMF1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    052703
_ 052703 LFJMF1 TB62 VERIFIED SCHOOL ATTENDING                     052703
_ 052703 LFJMF1 GR71 VERIFIED BORROWER E-MAIL ADDRESS              052703
_ 052703 LFJMF1 GO44 OFFERED PCO@SALLIEMAE.COM                     052703
_ 052703 LFJMF1 GB00 B RQTED DENIAL LTR SENT TO SCHL #6012665769   052703
```

```
_ 052703 LFJMF1 GB00 FAX TO NANCY DENSON                        052703
_ 052703 LFJMF1 TF45 SUCCESSFUL FAX SENT                        052703
_ 052803 IVRFL4 TK04 BTO, REQUESTED ACCOUNT INFORMATION         052803
_ 052803 IVRFL4 TK00 16:43:41 ADVISED BORR  10 DAY PIF 14334.90 052803
_ 052803 LFAXG0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED 052803


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 052803 LFAXG0 TB62 VERIFIED SCHOOL ATTENDING                 052803
_ 052803 LFAXG0 GF59 VERIFY SSN OF BORROWER/STUDENT            052803
_ 052803 LFAXG0 GB00 BORR REQU TO XFERD TO PL DEP/             052803
_ 053003 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION        053003
_ 053003 IVRFL1 TK00 10:41:18 ADVISED BORR  10 DAY PIF 14336.79 053003
_ 053003 LFJBA0 TK00 Borrower phone contact re: App Quest FFELP 053003
_ 060503 178781 GJ00 CUR GUAR AMT SET TO APPR PRIN, #03 SET TO $2656.00 060503
_ 060503 178781 GJ00 CUR GUAR AMT SET TO APPR PRIN, #05 SET TO $5500.00 060503
_ 061103 LFRLP0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED 061103
_ 061103 LFRLP0 TB62 VERIFIED SCHOOL ATTENDING                 061103
_ 061103 LFRLP0 GF59 VERIFY SSN OF BORROWER/STUDENT            061103
_ 061103 LFRLP0 GO44 OFFERED PCO@SALLIEMAE.COM                 061103


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  061103 LFRLP0 GO43 VERIFIED COSIGNER E-MAIL ADDRESS                    061103
_  061103 LFRLP0 GB00 BTO STATED HAD SOMETHING TAKEN CARE ON HIS CREDIT   061103
                      WOULD TRU SEND THAT IF TO US ADVSD/NO/
_  061103 IVRTX2 TK04 BTO, REQUESTED ACCOUNT INFORMATION                  061103
_  061103 IVRTX2 TK00 13:24:06 ADVISED BORR  10 DAY PIF 14348.10          061103
_  061103 LTSCS0 TK00 Borrower phone contact re: Re-Route Parent Answer   061103
_  061703 IVRFL4 TK04 BTO, REQUESTED ACCOUNT INFORMATION                  061703
_  061703 IVRFL4 TK00 11:10:14 ADVISED BORR  10 DAY PIF 14353.75          061703
_  061703 LTYRH0 TK00 BFTO; WNTS TO BE A CO-B FOR HIS SON ACCT AND        061703
                      THE PROC OF THE LN , XFR 5136
_  061703 LTYRH0 T600 Co-Signer phone contact re: Accnt Status,           061703
                      Re-Route Private Credit Orig


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  061703 LFTJO1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED          061703
_  061703 LFTJO1 TB62 VERIFIED SCHOOL ATTENDING                           061703
```

```
_ 061703 LFTJO1 GF59 VERIFY SSN OF BORROWER/STUDENT                 061703
_ 061703 LFTJO1 GO44 OFFERED PCO@SALLIEMAE.COM                      061703
_ 061703 LFTJO1 MN24 BTO, ASKED ABOUT DENIAL REASON; ADVISED        061703
_ 061703 LFTJO1 GB00 COB(LENEORD) ?ED WOULD B GET LN/ADVSD YES BUT NEED  061703
                     NEW COB
_ 061703 IVRFL2 TK04 BTO, REQUESTED ACCOUNT INFORMATION             061703
_ 061703 IVRFL2 TK00 12:38:16 ADVISED BORR  10 DAY PIF 14353.75     061703
_ 061703 LFABT0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED     061703
_ 061703 LFABT0 TB62 VERIFIED SCHOOL ATTENDING                      061703
_ 061703 LFABT0 GF59 VERIFY SSN OF BORROWER/STUDENT                 061703


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                 MESSAGE                  PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 061703 LFABT0 GB00 TRNSFRD TO 5187                               061703
_ 061803 IVRFL3 TK04 BTO, REQUESTED ACCOUNT INFORMATION            061803
_ 061803 IVRFL3 TK00 11:12:14 ADVISED BORR  10 DAY PIF 14354.69    061803
_ 061803 IVRTX2 TK00 BTO - REQUESTED DSBR INFORMATION              061803
_ 061803 IVRTX3 TK00 BTO - REQUESTED DSBR INFORMATION              061803
_ 061903 SYSTEM B499 PRVT LOANS APP REMINDER - BRIDGE LTR          E061903
_ 061903 IVRFL2 TK04 BTO, REQUESTED ACCOUNT INFORMATION            061903
_ 061903 IVRFL2 TK00 11:35:37 ADVISED BORR  10 DAY PIF 14355.63    061903
_ 061903 LFCDT0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED    061903
_ 061903 LFCDT0 TB62 VERIFIED SCHOOL ATTENDING                     061903
_ 061903 LFCDT0 GO44 OFFERED PCO@SALLIEMAE.COM                     061903
_ 061903 LFCDT0 GY75 ADVISED BORROWER/CALLER OF WEB SITE           061903
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
 _ 061903 LFCDT0 GB00 COB (LEONARD) CLD AGN ? BEING COB/ADVD ALRDY NT   061903
                      ELGBLE PER 0617/COB OK
 _ 062003 LFMEM1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED        062003
 _ 062003 LFMEM1 TB62 VERIFIED SCHOOL ATTENDING                         062003
 _ 062003 LFMEM1 GB00 REP IN PRNT ANSWR TRNSFRD/I CNFRMD CLLR IS COB    062003
 _ 062003 LFMEM1 GB00 CTO-CHECKING STTS OF LN                           062003
 _ 062003 LFMEM1 GB00 I ADVSD HAS BEEN DETRMND INELIG TO BE COB/COB ?D  062003
                      & I ADVSD OF 800#
 _ 062003 LFMEM1 B362 TO BORR: SIG/LAW CSGNR DENIED-REQUIRED           E062003
 _ 062303 IVRTX3 TK00 BTO - REQUESTED DSBR INFORMATION                  062303
 _ 062303 LFPNK0 GB00 BFTO ?S ABT LN7 / TRAN TO PCO                     062303
 _ 062303 LFGRH1 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED        062303


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  062303 LFGRH1 TB62 VERIFIED SCHOOL ATTENDING                    062303
_  062303 LFGRH1 GF59 VERIFY SSN OF BORROWER/STUDENT               062303
_  062303 LFGRH1 GB00 CO-B CLLD ? DNL LTTR/WNTD SCHL TO HAVE CPY OF LTTR 062303
                      /CO-B ? LTTR SND DATE/ADVSD 051903 SND DATE/CO-B
                      WLD CNTCT SCHL AND SHOW LTTR
_  062403 CH     GE71 STATUS REPORT-BYPASS-MATCH DATA              062403
_  062403 CH     GE00 002441   H EFF 021703-050903 AGD 050904 CD 052303 062403
_  062403 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR 062403
_  063003 WWW    TX00 INFO ACCESSED BY LEND 810612 BY astephenson   063003
_  070103 T083CD GH81 PRIVACY POLICY INVOKED                       070103
_  070103 Y83C-2 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC 070103
_  070103 Y83C-2 GO84 PROCESSED ELECTRONIC APPLICATION             070103


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  070103 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE              070103
_  070103 Y83C-2 GB00 APPL STATUS: ADIS 07/01/03                  070103
_  070103 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40  070103
_  070103 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45  070103
_  070103 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60  070103
_  070103 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05  070103
_  070103 WWW    TX00 INFO ACCESSED BY LEND 810612 BY mmills       070103
```

```
_ 070103 LFRFP0 GJ00 LN 5: PER ELM RPT 06300309.R30 SCHL RQSTS TO CHNG    070103
                     GRD LVL TO '4'// NAT PER LN POST-DSBRSD & CANNOT
                     CHNG ON 801 SCRN.
_ 070103 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT       070103
_ 070103 SYSTEM B047 LOAN APPROVED                                       E070103


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
  DATE  SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 070103 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL                 E070103
_ 070203 SYSTEM B053 FUNDS DISBURSED LTR - MPN                           E070203
_ 070203 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                        E070203
_ 070203 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                           E070203
_ 070203 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                       E070203
_ 070903 US    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR      070903
_ 071103 US    GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT        071103
_ 071103 US    GE00 002441   F EFF 063003-000000 AGD 083004 CD 063003     071103
_ 071103 US    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR      071103
_ 071103 US    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR      071103
_ 071103 US    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR      071103
_ 071203 SYSTEM P124 ANNUAL INTERIM UNSUB INTEREST STMT                   071203


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____

   DATE  SOURCE                 MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 081603 SYSTEM GS00 REMOVED ENTITY #08 DUPLICATE OF ENTITY #06      081603
 _ 081903 LFSLO0 GC36 ACCOUNT STATUS CHECKED                         081903
 _ 082903 T083CD GH81 PRIVACY POLICY INVOKED                         082903
 _ 082903 Y83C-2 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC 082903
 _ 082903 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE                082903
 _ 082903 Y83C-2 GB00 APPL STATUS: ADIS 08/29/03                     082903
 _ 082903 T083CD GH81 PRIVACY POLICY INVOKED                         082903
 _ 082903 Y83C-2 C178 DISBURSEMENT HOLD/RELEASE INDICATOR CHANGE     082903
 _ 082903 Y83C-2 C178 DISBURSEMENT HOLD/RELEASE INDICATOR CHANGE     082903
 _ 082903 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE                082903
 _ 082903 Y83C-2 GB00 APPL STATUS: ADIS 08/29/03                     082903
 _ 082903 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT  082903


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                 MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 082903 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT  082903
 _ 082903 SYSTEM B047 LOAN APPROVED                                  E082903
```

```
_ 082903 SYSTEM B047 LOAN APPROVED                                E082903
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40   083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER  : 45    083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60   083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT  : 05    083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40   083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER  : 45    083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60   083003
_ 083003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT  : 05    083003
_ 090303 SYSTEM B053 FUNDS DISBURSED LTR - MPN                    E090303


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
  DATE  SOURCE                MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 090303 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                 E090303
_ 090303 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                    E090303
_ 090303 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                E090303
_ 090303 LPBAK0 GR26 SEP DATE CHANGED/ALIGNED PER THE DAPS REPORT  092703
_ 090803 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT 090803
_ 090803 US     GE00 002441   F EFF 063003-000000 AGD 083005 CD 082803  090803
_ 090903 T083CD GH81 PRIVACY POLICY INVOKED                        090903
_ 090903 LFCML2 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC 090903
_ 090903 LFCML2 C296 CURRENT GUARANTEE AMOUNT CHANGE               090903
_ 090903 LFCML2 GB00 APPL STATUS: ADIS 09/09/03 (854 TRANSACTION)   090903
_ 090903 T083CD GH81 PRIVACY POLICY INVOKED                        090903
_ 090903 LFCML2 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC 090903
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 090903 LFCML2 C296 CURRENT GUARANTEE AMOUNT CHANGE                   090903
_ 090903 LFCML2 GB00 APPL STATUS: ADIS 09/09/03 (854 TRANSACTION)      090903
_ 090903 WWW    TX00 INFO ACCESSED BY LEND 810612 BY tthomas           090903
_ 090903 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT    090903
_ 090903 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT    090903
_ 090903 SYSTEM B047 LOAN APPROVED                                    E090903
_ 090903 SYSTEM B047 LOAN APPROVED                                    E090903
_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40       091003
_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45       091003
_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60       091003
_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05       091003
_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40       091003


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____    _____

  DATE   SOURCE                   MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER    : 45          091003
_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60          091003
_ 091003 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT    : 05          091003
_ 091203 SYSTEM B053 FUNDS DISBURSED LTR - MPN                           E091203
_ 091203 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                        E091203
_ 091203 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                           E091203
_ 091203 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                       E091203
_ 092303 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40          092303
_ 092303 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER    : 30          092303
_ 092303 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 45          092303
_ 092303 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT    : 20          092303
_ 092303 LFMBM0 GB00 APPL STATUS: ATRM 09/23/03                          092303


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____

  DATE   SOURCE                   MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 092303 LFMBM0 GB00 ACCOUNT ATRMD PER NO ACTIVITY                       092303
_ 092703 LPBAK0 C012 SEPARATION DATE CHANGE                              092703
_ 092703 LPBAK0 C012 SEPARATION DATE CHANGE                              092703
_ 092703 LPBAK0 C012 SEPARATION DATE CHANGE                              092703
_ 093003 IVRTX4 TK04 BTO, REQUESTED ACCOUNT INFORMATION                  093003
_ 093003 LFDLB4 TB62 VERIFIED SCHOOL ATTENDING                           093003
_ 093003 LFDLB4 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED          093003
```

```
_ 093003 LFDLB4 GF59 VERIFY SSN OF BORROWER/STUDENT                   093003
_ 093003 LFDLB4 GB00 TRANSFER TO 5101 FOR HIS GS LN                  093003
_ 093003 LFWLS1 TK00 Borrower phone contact re: Disb Quest FFELP,    093003
                     Web-Advised of Web
_ 093003 IVRFL3 TK04 BTO, REQUESTED ACCOUNT INFORMATION              093003


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                   MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 093003 LFSAM0 TX41 FL34 INCOMING PRIVATE CREDIT CALL RECEIVED      093003
_ 093003 LFSAM0 TB62 VERIFIED SCHOOL ATTENDING                      093003
_ 093003 LFSAM0 GB00 BORR CALLED ON STAT OF LN/ADVISED CANCELL PER NO 093003
                     ACTIVITY ON ACCT FOR 90 PLUS DAYS/BORR ADVISED CAN
                     ESIGN ON INTERNET WITH CO BORR/BORR WILL APPLY
_ 093003 LFSAM0 GB00 CONT-ON THE INTERNET                           093003
_ 093003 US     C096 GUARANTOR LOAN ID CHANGED                      093003
_ 093003 US     C096 GUARANTOR LOAN ID CHANGED                      093003
_ 100103 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL            E100203
_ 100703 SYSTEM K306 SLM PRIVACY POLICY NOTIFICATION                100703
_ 102003 CH     C012 SEPARATION DATE CHANGE                         102003
_ 102003 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE      102003


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____

   DATE  SOURCE                  MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 102003 CH     GE00 002441   F EFF 081803-121203 AGD 121204 CD 092903   102003
_ 102003 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR    102003
_ 112603 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT      112603
_ 112603 US     GE00 002441   F EFF 081803-000000 AGD 121204 CD 092903   112603
_ 121503 LSMB82 GH81 PRIVACY POLICY INVOKED                              121503
_ 121503 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                     121603
_ 121503 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                     121603
_ 121503 SYSTEM H606 CASHBACK ELIGIBILITY: REBATE                       E121603
_ 121803 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT      121803
_ 121803 US     GE00 002441   F EFF 081803-000000 AGD 121204 CD 102703   121803
_ 010104 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL                E010104
_ 010604 LFEAG0 GB00 MODIFIED MPN RECORD                                 010604


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 020604 T083CD GH81 PRIVACY POLICY INVOKED                              020604
_ 020604 Y83C-2 GB00 GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC    020604
```

```
_ 020604 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE              020604
_ 020604 Y83C-2 GB00 APPL STATUS: ADIS 02/06/04                  020604
_ 020604 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT  020604
_ 020604 SYSTEM B047 LOAN APPROVED                              E020604
_ 020704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40  020704
_ 020704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45  020704
_ 020704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60  020704
_ 020704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05  020704
_ 021004 WWW    TX00 INFO ACCESSED BY LEND 810612 BY acarver     021004
_ 021204 SYSTEM B053 FUNDS DISBURSED LTR - MPN                 E021204


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                     PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 021204 SYSTEM B049 GENERIC DISCLOSURE STATEMENT             E021204
_ 021204 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                E021204
_ 021204 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART            E021204
_ 021304 US    GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT  021304
_ 021304 US    GE00 002441   F EFF 081803-000000 AGD 083005 CD 020604  021304
_ 021804 CH    C012 SEPARATION DATE CHANGE                    021804
_ 021804 CH    C012 SEPARATION DATE CHANGE                    021804
_ 021804 CH    GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE  021804
_ 021804 CH    GE00 002441   F EFF 081803-051404 AGD 051405 CD 013004  021804
_ 021804 CH    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR  021804
_ 031004 LSMB82 GH81 PRIVACY POLICY INVOKED                   031004
_ 031004 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE          031104
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                       UNITY CD _____  _____
   DATE   SOURCE                     MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_  031004 SYSTEM H606 CASHBACK ELIGIBILITY: REBATE                     E031104
_  040104 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL              E040204
_  042204 US     C096 GUARANTOR LOAN ID CHANGED                        042204
_  042204 US     C096 GUARANTOR LOAN ID CHANGED                        042204
_  042204 US     C096 GUARANTOR LOAN ID CHANGED                        042204
_  042204 US     C096 GUARANTOR LOAN ID CHANGED                        042204
_  052604 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT   052604
_  052604 US     GE00 002441   F EFF 081803-000000 AGD 051405 CD 031704 052604
_  053104 294181 CJ00 SLMA PURCH DT CHANGED                            053104
                      FROM 0001-01-01 TO 2001-07-24   FOR LOAN NO: 01
_  053104 294181 CJ00 SLMA PURCH DT CHANGED                            053104
                      FROM 0001-01-01 TO 2002-02-15   FOR LOAN NO: 02
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                        PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  053104 294181 CJ00  SLMA PURCH DT CHANGED                            053104
                       FROM 0001-01-01 TO 2003-12-15   FOR LOAN NO: 03
_  053104 294181 CJ00  SLMA PURCH DT CHANGED                            053104
                       FROM 0001-01-01 TO 2003-12-15   FOR LOAN NO: 05
_  053104 294181 CJ00  SLMA PURCH DT CHANGED                            053104
                       FROM 0001-01-01 TO 2003-12-15   FOR LOAN NO: 08
_  061104 T083CD GH81  PRIVACY POLICY INVOKED                           061104
_  061104 Y83C-2 GB00  GUARANTOR REQUESTS RELEASE OF FUNDS - ELECTRONIC 061104
_  061104 Y83C-2 C296  CURRENT GUARANTEE AMOUNT CHANGE                  061104
_  061104 Y83C-2 GB00  APPL STATUS: ADIS 06/11/04                       061104
_  061104 SYSTEM GB00  COMMONLINE5 STATUS CONVERSION GUARANTOR: 40      061104
_  061104 SYSTEM GB00  COMMONLINE5 STATUS CONVERSION LENDER   : 45      061104


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                        PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  061104 SYSTEM GB00  COMMONLINE5 STATUS CONVERSION PROM NOTE: 60      061104
_  061104 SYSTEM GB00  COMMONLINE5 STATUS CONVERSION CREDIT   : 05      061104
_  061104 SYSTEM C181  MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT   061104
_  061104 SYSTEM B047  LOAN APPROVED                                   E061104
_  061404 LFCDS0 TX41  FL34 INCOMING PRIVATE CREDIT CALL RECEIVED       061404
_  061404 LFCDS0 G199  BORROWER/STUDENT SSN HAS BEEN VERIFIED           061404
_  061404 LFCDS0 G242  BORROWER AUTHENTICATION VERIFIED                 061404
```

```
_ 061404 LFCDS0 GB00 LN14/BTO RQSTD PRE APPVL/ADVSD OF WEB ADDY/B WILL   061404
                    APPLY ONLINE/ADVSD OF ISTRUCTIONS/ADVSD COB IF
                    NEEDED CAN APPLY ONLINE AS WELL
_ 061504 XP ONL C005 BORROWER PRIM PHONE NUM CHANGED                     061504
_ 061504 XP ONL C006 ADDRESS CHANGE                                      061504


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                       MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 061504 XP ONL C142 BORROWER BIRTH DATE CHANGED                         061504
_ 061504 XP ONL C150 BORROWER E-MAIL ADDRESS CHANGED                     061504
_ 061504 XP ONL C314 REQUESTED AMOUNT OF LOAN CHANGED                    061504
_ 061504 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40         061504
_ 061504 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15         061504
_ 061504 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 45         061504
_ 061504 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 10         061504
_ 061504 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 15         061504
_ 061504 LWEB   4AXS SIG STDNT APP/PRM VWD L!                            061504
_ 061504 XP ONL GB00 BORROWER E-SIGNATURE ADDED ON THE WEB               061504
_ 061504 LWEB   XSAP USER LETTER NOT FOUND                               061504
_ 061504 LWEB   XSAP USER LETTER NOT FOUND                               061504


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____

   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 061504 XP ONL GB00 Borrower printed at Personal PC                  061504
 _ 061604 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT   061604
 _ 061604 US     GE00 002441   F EFF 081803-000000 AGD 080604 CD 061004 061604
 _ 061604 LFFSA0 C006 ADDRESS CHANGE                                   061604
 _ 061604 SYSTEM K159 EMAIL PERMISSION REQUEST LETTER                 E061604
 _ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40      061704
 _ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15      061704
 _ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60      061704
 _ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 15      061704
 _ 061704 LTKRC0 GB00 APPL STATUS: AINP 06/15/04                       061704
 _ 061704 LTKRC0 B401 PRIV LN - APP DENIAL WITH C/B OPTION             061704


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 061704 LTKRC0 GB00 XS/LN15/(BORR) DENIED PER REASONS:(UNPAID        061704
                      CHARGE-OFF, TAX LIEN OR JUDGEMENT,CREDIT RATING
```

```
                         IS BELOW THE MINIMUM)
_ 061704 LTKRC0 B017 TO B: APP NOT PROC-VARIOUS REASONS            061704
_ 061704 LTKRC0 MX69 APPLICATION - E-SIGN XS SIGNATURE LOAN        061704
_ 061704 LTKRC0 GB00 LN#15 ORIG XS ESIGN/500500SALLIEMAE/002441 UNIV  061704
                     SOUTHERN MISSISSIPPI/ 2 DISB IAO 5500/ NEED CIS
                     DOCS AND A CRDT WRTHY CO-B//
_ 061704 LTKRC0 GB00 BORRS CRDT PREV PLLD EFX 06/15/04 ELIG W/CO-B//  061704
_ 061704 LTKRC0 GB00 ******ATEL***** BORR FOR CIS DOCS AND A CO-B///  061704
_ 061704 LTKRC0 GB00 THEN ONCE RCVD NEED SCHL CERT//               061704
_ 061704 LTKRC0 GH06 ACCOUNT REVIEWED                             061704


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST ____ CLASS CD ____   ____   LOANS SELECTED  12345678901234567890
                    UNITY CD ____   ____
  DATE   SOURCE                  MESSAGE                  PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40   061704
_ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 20   061704
_ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60   061704
_ 061704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 15   061704
_ 061704 LTKRC0 GB00 APPL STATUS: ATEL 06/17/04                   061704
_ 061704 SYSTEM B053 FUNDS DISBURSED LTR - MPN                    061704
_ 061704 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                 061704
_ 061704 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                    061704
_ 061704 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART               061704
_ 061704 SYSTEM E107 SCHOOL EXIT REMINDER - STAFFORD - TPS        061704
_ 061804 SYSTEM K520 HICA ANNUAL CB DEBT LEVEL STMT              061804
_ 070104 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL          070204
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                     PST/RESOLVE
   032723 E18565 ____ _____   CONT _
_  071004 SYSTEM P144 ANNUAL INTRM UNSUB INT W/USA ED PRIV POL          071004
_  071004 SYSTEM P124 ANNUAL INTERIM UNSUB INTEREST STMT                071004
_  072204 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    072204
_  072204 US     GE00 002441   F EFF 081803-000000 AGD 051405 CD 061404 072204
_  080504 LPJKC0 GR26 SEP DATE CHANGED/ALIGNED PER THE DAPS REPORT      081804
_  081104 IVRFL3 TK04 BTO, REQUESTED ACCOUNT INFORMATION                081104
_  081204 LTANR1 GB00 B CNTCTD VIA SNDBTE TO ADV A COB IS NEEDED/B      081204
                       ADV WLL BE REAPPLYNG W/A COB
_  081804 LPJKC0 C012 SEPARATION DATE CHANGE                            081804
_  081804 LPJKC0 C012 SEPARATION DATE CHANGE                            081804
_  081904 LTANR1 B512 C/B: SIG CO-BORR ADDNDM ENCLSD AS REQSTD          081904
_  081904 LTANR1 B339 WISCONSIN STATE NOTICE TO C/B                     081904


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____  CONT _
 _ 081904 LTANR1 GB00 B CNTCTD VIA SOUNDBITE TO ADVISE A COB IS NDD/B AD  081904
                      VISED WL BE REAPPLYG W/A COB AND NEED A COB APP
                      MLD TO THM//MLD APP TO B
 _ 083104 CH     C012 SEPARATION DATE CHANGE                            083104
 _ 083104 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE         083104
 _ 083104 CH     GE00 002441   F EFF 081803-080604 AGD 080605 CD 081304 083104
 _ 083104 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR  083104
 _ 091004 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                   091104
 _ 091004 SYSTEM H606 CASHBACK ELIGIBILITY: REBATE                     E091104
 _ 091104 LSMB82 GH81 PRIVACY POLICY INVOKED                            091104
 _ 091504 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT    091504
 _ 091504 US     GE00 002441   F EFF 081803-000000 AGD 080605 CD 081304 091504


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____  CONT _
 _ 091704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40       091704
 _ 091704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 30       091704
 _ 091704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60       091704
 _ 091704 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 15       091704
 _ 091704 LFMBM0 GB00 APPL STATUS: ATRM 09/17/04                        091704
 _ 091704 LFMBM0 GB00 ACCOUNT ATRMD PER NO ACTIVITY                     091704
 _ 092804 Y83S-2 GB00 APPL STATUS: ASGU 09/28/04 83S TRANSACTION        092804
```

```
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 01        092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15        092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60        092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05        092804
_ 092804 Y83S-2 GB00 83S SCHOOL REQUESTS RELEASE OF FUNDS - ELECTRONIC  092804


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
               UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                   PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 092804 Y83S-2 GB00 83S ASGU LOAN LINKED TO GUARANTOR                  092804
_ 092804 Y83S-2 GB00 APPL STATUS: ASGU 09/28/04 83S TRANSACTION         092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 01        092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15        092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60        092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05        092804
_ 092804 Y83S-2 GB00 83S SCHOOL REQUESTS RELEASE OF FUNDS - ELECTRONIC  092804
_ 092804 Y83S-2 GB00 83S ASGU LOAN LINKED TO GUARANTOR                  092804
_ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 05        092804
_ 092804 T083CD GH81 PRIVACY POLICY INVOKED                             092804
_ 092804 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE                    092804
_ 092804 Y83C-2 GB00 APPL STATUS: ADIS 09/28/04                         092804


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 092804 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED          092804
 _ 092804 Y83C-2 C188 REVISED DISBURSEMENT DATE CHANGED            092804
 _ 092804 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED          092804
 _ 092804 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 05  092804
 _ 092804 T083CD GH81 PRIVACY POLICY INVOKED                       092804
 _ 092804 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE              092804
 _ 092804 Y83C-2 GB00 APPL STATUS: ADIS 09/28/04                   092804
 _ 092804 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED          092804
 _ 092804 Y83C-2 C188 REVISED DISBURSEMENT DATE CHANGED            092804
 _ 092804 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED          092804
 _ 092804 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT  092804
 _ 092804 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT  092804


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 092804 SYSTEM B047 LOAN APPROVED                                092804
 _ 092804 SYSTEM B047 LOAN APPROVED                                092804
```

```
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60          092904
_ 092904 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05          092904
_ 093004 SYSTEM B053 FUNDS DISBURSED LTR - MPN                            093004
_ 093004 SYSTEM B049 GENERIC DISCLOSURE STATEMENT                         093004


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                        MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 093004 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                            093004
_ 093004 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART                        093004
_ 100104 LFBRM1 GH06 ACCOUNT REVIEWED                                     100104
_ 100104 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL                  100204
_ 100504 CH     C012 SEPARATION DATE CHANGE                               100504
_ 100504 CH     C012 SEPARATION DATE CHANGE                               100504
_ 100504 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE            100504
_ 100504 CH     GE00 002441   H EFF 080704-121704 AGD 121705 CD 092204    100504
_ 100504 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR     100504
_ 100704 US     GH33 STATUS REPORT-BYPASS-CLEARINGHOUSE PARTICIPANT       100704
_ 100704 US     GE00 002441   F EFF 081803-000000 AGD 121704 CD 092704    100704
_ 111704 CH     GE71 STATUS REPORT-BYPASS-MATCH DATA                      111704
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____   CONT _
_ 111704 CH      GE00 002441   H EFF 080704-121704 AGD 121705 CD 110104   111704
_ 111704 CH      GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR   111704
_ 010205 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL              010205
_ 012605 CH      C012 SEPARATION DATE CHANGE                          012605
_ 012605 CH      GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE       012605
_ 012605 CH      GE00 002441   W EFF 110804 CD 122104                 012605
_ 012605 CH      GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR   012605
_ 020405 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                  020405
_ 020405 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                  020405
_ 020405 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                  020405
_ 020405 SYSTEM C144 BENEFIT DATA CHANGED                             020405
_ 020405 SYSTEM H606 CASHBACK ELIGIBILITY: REBATE                    E020405


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                        PST/RESOLVE
   032723 E18565 _____ _____   CONT _
_  020405 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                 020405
_  020505 LSMB82 GH81 PRIVACY POLICY INVOKED                          020505
_  022305 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR 022305
_  032405 SYSTEM H411 DISCL/PMT SCHED OPTNS: GS/SL/PL-SLMA            032505
_  032405 SYSTEM H050 PAYMENT SCHEDULE AND R&R                        032505
_  032405 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY         E032505
_  032405 SYSTEM H290 SIGNATURE PMT SCHD CVR LTR/OPTIONS - MO         032505
_  032405 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO               032505
_  032405 SYSTEM H293 SIGNATURE CO-BORR RO CVR LTR - MO               032505
_  032405 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO               032505
_  032405 SYSTEM H290 SIGNATURE PMT SCHD CVR LTR/OPTIONS - MO         032505
_  032405 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO               032505


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                        PST/RESOLVE
   032723 E18565 _____ _____   CONT _
_  032405 SYSTEM H293 SIGNATURE CO-BORR RO CVR LTR - MO               032505
_  032405 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO               032505
_  040105 SYSTEM P129 INTERIM INTEREST STATEMENT: NO BILL             040205
_  042405 SYSTEM H274 SIGNATURE RPMT OPTIONS REMINDER                 E042405
_  042405 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY         E042405
_  051805 SYSTEM P099 MONTHLY BILL: SLM                               E051805
_  061305 Y83S-2 GB00 APPL STATUS: ASGU 06/13/05 83S TRANSACTION      061305
```

```
_ 061305 Y83S-2 C006 ADDRESS CHANGE                                061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 01    061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15    061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60    061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05    061305


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG ___ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                   MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 061305 Y83S-2 GB00 83S SCHOOL REQUESTS RELEASE OF FUNDS - ELECTRONIC  061305
_ 061305 Y83S-2 GB00 83S ASGU LOAN LINKED TO GUARANTOR              061305
_ 061305 Y83S-2 GB00 APPL STATUS: ASGU 06/13/05 83S TRANSACTION     061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 01    061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 15    061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60    061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05    061305
_ 061305 Y83S-2 GB00 83S SCHOOL REQUESTS RELEASE OF FUNDS - ELECTRONIC  061305
_ 061305 Y83S-2 GB00 83S ASGU LOAN LINKED TO GUARANTOR              061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 05    061305
_ 061305 T083CA GH81 PRIVACY POLICY INVOKED                        061305
_ 061305 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE               061305


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 061305 Y83C-2 GB00 APPL STATUS: ADIS 06/13/05                        061305
_ 061305 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED               061305
_ 061305 Y83C-2 C188 REVISED DISBURSEMENT DATE CHANGED                 061305
_ 061305 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED               061305
_ 061305 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 05       061305
_ 061305 T083CD GH81 PRIVACY POLICY INVOKED                            061305
_ 061305 Y83C-2 C296 CURRENT GUARANTEE AMOUNT CHANGE                   061305
_ 061305 Y83C-2 GB00 APPL STATUS: ADIS 06/13/05                        061305
_ 061305 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED               061305
_ 061305 Y83C-2 C188 REVISED DISBURSEMENT DATE CHANGED                 061305
_ 061305 Y83C-2 C187 REVISED DISBURSEMENT AMOUNT CHANGED               061305
_ 061305 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT    061305


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 061305 SYSTEM C181 MPN SERIAL LOAN CONFIRMATION/NOTIFICATION SENT    061305
_ 061305 SYSTEM B047 LOAN APPROVED                                     061305
```

```
_ 061305 SYSTEM B047 LOAN APPROVED                                061305
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40  061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45  061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60  061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05  061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION GUARANTOR: 40  061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION LENDER   : 45  061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION PROM NOTE: 60  061405
_ 061405 SYSTEM GB00 COMMONLINE5 STATUS CONVERSION CREDIT   : 05  061405
_ 061605 SYSTEM K520 HICA ANNUAL CB DEBT LEVEL STMT              061605


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                  PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 061605 SYSTEM B053 FUNDS DISBURSED LTR - MPN                   061605
_ 061605 SYSTEM B049 GENERIC DISCLOSURE STATEMENT               061605
_ 061605 SYSTEM B197 PLAIN LANGUAGE DISCLOSURE                  061605
_ 061605 SYSTEM B198 LOAN REPAYMENT ESTIMATE CHART             061605
_ 061605 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE           061705
_ 061605 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE           061705
_ 061605 SYSTEM E107 SCHOOL EXIT REMINDER - STAFFORD - TPS     061705
_ 061905 SYSTEM P099 MONTHLY BILL: SLM                         E061905
_ 061905 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  061905
                    COS CALLS ADJ
_ 062005 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE           062105
_ 062005 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE           062105
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                                OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890

                    UNITY CD _____   _____

|  | DATE | SOURCE | MESSAGE | PST/RESOLVE |
|---|---|---|---|---|
|  | 032723 | E18565 ____ _____ | | CONT _ |
| _ | 062005 | LPKAB0 | GR29 PER DAPS REPORT NO ADJUSTMENT NEEDED, SAME AS SYS | 062305 |
| _ | 062105 | SYSTEM | P012 TO BORR: REC'D REFUND FROM SCHL – SYSTEM | E062105 |
| _ | 062105 | SYSTEM | P012 TO BORR: REC'D REFUND FROM SCHL – SYSTEM | E062105 |
| _ | 062305 | LFJHG0 | GB35 NOTIFIED GUARANTOR OF CANCELLATION | 062305 |
| _ | 062405 | LFJHG0 | GB35 NOTIFIED GUARANTOR OF CANCELLATION | 062405 |
| _ | 062705 | SYSTEM | D071 PRIVATE/FFELP 1ST DEL'Q NOTICE | 062805 |
| _ | 062705 | SYSTEM | D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE | 062805 |
| _ | 070105 | SYSTEM | C113 BENEFIT INCENTIVE STATUS CHANGE | 070105 |
| _ | 070105 | SYSTEM | C144 BENEFIT DATA CHANGED | 070105 |
| _ | 070105 | SYSTEM | C113 BENEFIT INCENTIVE STATUS CHANGE | 070105 |
| _ | 070105 | SYSTEM | C144 BENEFIT DATA CHANGED | 070105 |
| _ | 070705 | SYSTEM | K306 SLM PRIVACY POLICY NOTIFICATION | 070705 |


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                                OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890

```
                    UNITY CD _____  _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 070805 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 050708 1739 RN   070905
_ 071205 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 050712 1512 RN   071305
_ 071405 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                     071505
_ 071405 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE               071505
_ 071505 UGNXT0 GG00 FORB RQSTD: 03 MONTHS      CLM AVRSN -LTR SENT      071505
_ 071505 UGNXT0 F303 FFELP/PRIVATE FORB FORM: CLAIMS AVERSION           E071505
_ 071505 UGNXT0 GG00 FORB RQSTD: 03 MONTHS      CLM AVRSN -LTR SENT      071505
_ 071505 UGNXT0 F303 FFELP/PRIVATE FORB FORM: CLAIMS AVERSION           E071505
_ 071505 UGNXT0 P200 AUTO DEBIT OFFER W/ AUTHORIZATION FORM             E071505
_ 071505 UGNXT0 GG00 FORB RQSTD: 051805 - 111705 CLM AVRSN -LTR SENT     071505
_ 071505 UGNXT0 F003 HEAL & PRIVATE FORBEARANCE FORM (6 MTH)            E071505
_ 071505 UGNXT0 GG00 FORB RQSTD: 051805 - 111705 CLM AVRSN -LTR SENT     071505


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____  _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 071505 UGNXT0 F003 HEAL & PRIVATE FORBEARANCE FORM (6 MTH)            E071505
_ 071505 UGNXT0 F003 HEAL & PRIVATE FORBEARANCE FORM (6 MTH)            E071505
_ 071505 UGNXT0 GG00 FORB RQSTD: 051805 - 111705 CLM AVRSN -LTR SENT     071505
_ 071505 UGNXT0 F003 HEAL & PRIVATE FORBEARANCE FORM (6 MTH)            E071505
_ 071505 UGNXT0 C028 ALT PHONE CHANGE                                   071505
_ 071505 UGNXT0 MT12 ACCOUNT SENT TO SKIP TRACING                       071505
_ 071505 UGNXT0 C005 BORROWER PRIM PHONE NUM CHANGED                    071505
```

```
_ 071505 UGNXT0 GC04 PHONED BORROWER AT NUMBER, DISCONNECTED        A071505
_ 071605 SYSTEM GC24 DIR ASSIST ATTEMPT MADE VIA EWP, NO MATCH FOUND  071605
_ 071705 SYSTEM S005 SKIP LETTER TO ENDORSER/COSIGNER                071705
_ 071705 SYSTEM GS00 S005 SENT TO ROY           BENSON               071705
_ 071705 SYSTEM S004 SKIP LETTER TO REFERENCE                        071705


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ _____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG ** STATUS **** GUAR ** OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 071705 SYSTEM GS00 S004 SENT TO GEROME        LEFLORE             071705
_ 071705 SYSTEM S000 PLEASE CALL LETTER                             071705
_ 071705 SYSTEM GS00 S000 SENT TO JAMERIAL    Q BENSON              071705
_ 071705 SYSTEM S004 SKIP LETTER TO REFERENCE                       071705
_ 071705 SYSTEM GS00 S004 SENT TO ROY           BENSON              071705
_ 071705 SYSTEM S004 SKIP LETTER TO REFERENCE                       071705
_ 071705 SYSTEM GS00 S004 SENT TO JAMERIAL    Q BENSON              071705
_ 071705 SYSTEM S004 SKIP LETTER TO REFERENCE                       071705
_ 071705 SYSTEM GS00 S004 SENT TO THELMA         WHEELER            071705
_ 071705 SYSTEM S004 SKIP LETTER TO REFERENCE                       071705
_ 071705 SYSTEM GS00 S004 SENT TO JAMERIAL    Q BENSON              071705
_ 071805 SYSTEM P099 MONTHLY BILL: SLM                             E071905


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 072205 US    C096 GUARANTOR LOAN ID CHANGED                       072205
_ 072205 UGLXS0 C101 AUXILIARY PHONE NUMBER CHANGE                  072205
_ 072205 UGLXS0 GS00 SKIP: PHONED REF, INVALID #; NO LISTING DIR ASSIST 072205
                     FROM CALLER  I D
_ 072205 UGLXS0 GS00 SKIP: PHONED REFERENCE, NO ANSWER              072205
                     LEONARD      B FUNCHESS
_ 072205 UGLXS0 GC24 DIR ASSIST ATTEMPT MADE VIA EWP, NO MATCH FOUND  072205
_ 072205 UGLXS0 GK00 ACCT WRKD                                      072205
_ 072205 US    C096 GUARANTOR LOAN ID CHANGED                       072205
_ 072205 US    C096 GUARANTOR LOAN ID CHANGED                       072205
_ 072205 US    C096 GUARANTOR LOAN ID CHANGED                       072205
_ 072405 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE                 072405


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 072405 SYSTEM D055 PRIV/FFELP COSIGNER 3RD DEL'Q NOTICE           072405
_ 072605 IVRTX3 TK04 BTO, REQUESTED ACCOUNT INFORMATION             072605
```

```
_ 072605 UGTAL1 C005 BORROWER PRIM PHONE NUM CHANGED              072605
_ 072605 UGTAL1 C008 PARTIAL ADDRESS CHANGE                      072605
_ 072605 UGTAL1 MT11 ACCOUNT REMOVED FROM SKIP                   072605
_ 072605 UGTAL1 C006 ADDRESS CHANGE                              072605
_ 072605 UGTAL1 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY     C072605
_ 072605 UGTAL1 TK00 bpo adv in sch adv br sch notyf slma        072605
_ 072605 UGTAL1 TK00 on1/25/05tht br lft /undr pt in11/04        072605
_ 072605 UGTAL1 TK00 Borrower phone contact re: Demo Verify,     072605
                     Due Diligence
_ 072805 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 050728 1715 RN   072905


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                       MESSAGE                    PST/RESOLVE
 032723 E18565 _____ _____ CONT _
_ 080205 SYSTEM GD00 CALL ATTEMPTS 1) 050802 1427 RN            080305
_ 080305 SYSTEM GD00 CALL ATTEMPTS 1) 050803 1029 RN            080405
_ 080305 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE             080405
_ 080305 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE       080405
_ 080405 SYSTEM GD00 CALL ATTEMPTS 1) 050804 1935 RN            080505
_ 080405 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 050804 1658 RN   080505
_ 080805 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 050808 1828 RA   080905
_ 080805 LPTMK0 MDOC MDOC ADDR=PA1F0515784193 LTR CD=ME05       080905
_ 080805 LBAXK7 ME00 REC EVR; CONFLICTING INFO; RRTD            081605
_ 080805 LPCLN0 ME00 RCVD ME05;2441;CD 080505;B GRD DT 12/2005 NAT  081705
_ 080805 LPCLN0 ME00 ...SNT FOR SCHL CALL B 61 DAYS DLQ         081705
_ 081405 SYSTEM D075 PRIVATE/FFELP 5TH DEL'Q NOTICE             081405
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                     PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 081405 SYSTEM D057 PRIV/FFELP COSIGNER 5TH DEL'Q NOTICE               081405
_ 081505 SYSTEM GD00 CALL ATTEMPTS 1) 050815 1309 RN                    081605
_ 081505 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 050815 1735 RA    081605
_ 081605 SYSTEM GL00  60 DAY PCA GENERATED FOR US -  60 DAYS DIMP       081705
                     FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17
_ 081605 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 050816 1321 RA    081805
_ 081705 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  081705
                    01,02
_ 081705 UGKXK3 GD60 BORR CONTACT, VAP, ADVISED DELINQUENCY            C081705
_ 081705 LFWJC0 MDOC MDOC ADDR=FL1S0518586932 LTR CD=MC47              082305
_ 081705 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 050817 1418 RA    082005
_ 081805 SYSTEM GL00 44000018-NO LOAN MATCH                            081805


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____  _____
   DATE   SOURCE                    MESSAGE                       PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 081805 SYSTEM GL00 PCA REJECTED :..3.................            081805
                                                                     159
_ 081805 SYSTEM GL00 PCA STATUS CHANGED TO ACCEPT :....5..8901234.67...  081805
_ 081805 UGLLH1 TD00 B PHDNIN ADVSD ENRLLMNT DSNT SPCFY FT OR PT HE WLL  081805
_ 081805 UGLLH1 TD00 HV IT RFXD                                   081805
_ 081805 UGLLH1 TK42 BTO, VAP (HOME PHONE ONLY, NO WORK PHONE)    C081805
_ 081805 SYSTEM P099 MONTHLY BILL: SLM                           E081905
_ 081905 UGCAB0 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY        A081905
_ 081905 SYSTEM GD00 FOR AUX 01 BENSON, ROY                       081905
_ 082005 SYSTEM GS00 REMOVED ENTITY #11 DUPLICATE OF ENTITY #08   082005
_ 082205 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 050822 0949 RA   082405
_ 082305 SYSTEM GD00 CALL ATTEMPTS 1) 050823 1738 RN             082505


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                           OWNER   ***************
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____  _____
   DATE   SOURCE                    MESSAGE                       PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 082305 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 050823 1326 RA   082505
_ 082405 UGJWJ0 GD14 TELEPHONED COSIGNER-NO ANSWER               082405
_ 082405 SYSTEM GD00 CALL ATTEMPTS 1) 050824 1315 RN             082505
_ 082505 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 050825 1035 RN   082605
_ 082505 SYSTEM GD00 CALL ATTEMPTS 1) 050825 1540 RN             082705
_ 082605 SYSTEM GD00 CALL ATTEMPTS 1) 050826 1327 RN             083005
_ 082705 SYSTEM GD00 CALL ATTEMPTS 1) 050827 1044 RN             082805
```

```
_ 082705 SYSTEM GD00 CALL COS 01- ROY BENSON          1) 050827 1131 RA     082805
_ 082805 SYSTEM D076 PRIVATE/FFELP 6TH DEL'Q NOTICE                         082805
_ 082805 SYSTEM D058 PRIV/FFELP COSIGNER 6TH DEL'Q NOTICE                   082805
_ 082905 SYSTEM GD00 CALL COS 01- ROY BENSON          1) 050829 1457 RA     083005
_ 083005 SYSTEM GD00 CALL COS 01- ROY BENSON          1) 050830 0934 RA     083105


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 083005 SYSTEM GD00 CALL ATTEMPTS 1) 050830 1933 RA                        083105
_ 083105 UVAZB2 GD00 UNABLE TO REACH DUE TO HURRICANE                       083105
_ 090105 SYSTEM GS00 CREDIT B RPT - MSC=78 DTE OCC=061705 SPL CMT=          090105
_ 090105 SYSTEM GS00 CREDIT B RPT - MSC=78 DTE OCC=061705 SPL CMT=          090105
_ 090605 UVTXW8 GD06 PHONED BORROWER, NO ANSWER - NOON                     A090605
_ 090705 SYSTEM GD00 CALL COS 01- ROY BENSON          1) 050907 1017 RN     090805
_ 090905 SYSTEM GD00 CALL COS 01- ROY BENSON          1) 050909 0859 RA     091005
_ 090905 SYSTEM GD00 CALL ATTEMPTS 1) 050909 0912 RV                        091005
_ 091005 UVJXM3 GD05 PH BORROWER, NO ANSWER                                A091005
_ 091105 SYSTEM GL00  85 DAY PCA GENERATED FOR HA -  86 DAYS DIMP           091105
                     FOR LOAN(S) 01,02
_ 091105 SYSTEM F060 ADMIN FORB: DISASTER                                  E091105


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 091205 LPMAE1 GL00 RCVD ACCEPTED PCA REPORT FROM GUAR HA FOR LOAN 01  091205
_ 091205 LPMAE1 GL00 RCVD ACCEPTED PCA REPORT FROM GUAR HA FOR LOAN 02  091205
_ 091205 SYSTEM GK00 DELQ DAYS REDUCED FROM 086 TO 000 FOR LOAN(S) 01,0  091305
                     2,03,05,08,09,10,11,12,13,14,16,17
_ 091205 SYSTEM GL00 PCA CURED AT  84 DAYS FOR HA -   0 DAYS DIMP        091305
                     FOR LOAN(S) 01,02
_ 091205 SYSTEM GL00 PCA CURED AT  30 DAYS FOR US -   0 DAYS DIMP        091305
                     FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17
_ 091305 SYSTEM GK00 CANCEL REASON CD: FB WITH AGENCY WCC    FOR LOANS   091305
                      01,02
_ 092705 LPDNS0 ME36 RCVD ACCOUNT FOR SPECIALIZED RESEARCH              092705
_ 092705 LPDNS0 ME00 RCVD SCHLC (399775) FORD ON SYS / NAN / CMPLTE     092705

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 111705 LPADM0 GH00 PRCSD FORA FRM 051805 TO 082805                    111705
_ 111705 LPADM0 GH00 PRCSD FORA FRM 051805 TO 082805                    111705
```

```
_ 111805 SYSTEM P099 MONTHLY BILL: SLM                              E111905
_ 112205 565654 GH00 FORD END DATE EXTENDED TO 02-28-06             112205
_ 112205 SYSTEM F362 ADMIN FORB:  DISASTER - KATRINA/RITA           E112205
_ 112605 SYSTEM F362 ADMIN FORB:  DISASTER - KATRINA/RITA           E112605
_ 112705 SYSTEM H292 SIGNATURE UPDATED PMT SCHD - MO                112705
_ 112705 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO              112705
_ 112705 SYSTEM H292 SIGNATURE UPDATED PMT SCHD - MO                112705
_ 112705 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO              112705
_ 120205 SYSTEM P120 QRTLY FORB STMT - SLM                          120305
_ 121805 SYSTEM P099 MONTHLY BILL: SLM                             E121805


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                   MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 121805 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   121805
                     COS CALLS ADJ
_ 121905 SYSTEM P099 MONTHLY BILL: SLM                             E121905
_ 122705 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                122805
_ 122705 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE          122805
_ 010706 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060107 0922 RV  010806
_ 011106 SYSTEM GD00 CALL ATTEMPTS 1) 060111 2047 RN               011206
_ 011306 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                011406
_ 011306 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE          011406
_ 011806 SYSTEM P099 MONTHLY BILL: SLM                             E011906
_ 011906 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060119 1749 RV  012006
_ 012306 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE                012406
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                           OWNER   **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 012306 SYSTEM D055 PRIV/FFELP COSIGNER 3RD DEL'Q NOTICE              012406
_ 012406 SYSTEM GD00 CALL ATTEMPTS 1) 060124 1552 RN                   012506
_ 012706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060127 1346 RN    012806
_ 013106 SYSTEM GS00 CREDIT B RPT - MSC=71 FCRA DT=12172005 SPL CMT=   020306
                 FOR LOAN(S) 01,02
_ 020106 IVRFL2 TK04 BTO, REQUESTED ACCOUNT INFORMATION               020106
_ 020106 SYSTEM GD00 CALL ATTEMPTS 1) 060201 1658 RN                   020206
_ 020106 SYSTEM GD00 CALL ATTEMPTS 1) 060201 1906 RA                   020206
_ 020106 SYSTEM GD00 CALL ATTEMPTS 1) 060201 1804 RN                   020206
_ 020106 SYSTEM GD00 CALL ATTEMPTS 1) 060201 1918 RV                   020206
_ 020106 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060201 2006 RV    020206
_ 020206 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                   020306


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                           OWNER   **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890

```
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 020206 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE              020306
_ 020306 SYSTEM GD00 CALL ATTEMPTS 1) 060203 1015 RN                   020406
_ 020306 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060203 1346 RN    020406
_ 020306 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060203 1549 RV    020406
_ 020306 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060203 1447 RN    020406
_ 020706 UGAAA0 GD00 CLLD COS ( ROY BENSON )                          020706
_ 020706 UGAAA0 GD00 ADVSD COS DLQCY LT FEES AND NXT PYMT DUE          020706
_ 020706 UGAAA0 GD00 COS ADVSD B TLD HM THT H IS STLL IN SCHL AND SPK W 020706
                     SLMA ABT IT AND IS DFRD/ ADVSD COS WLL ND IN SCHL
                     SERT FRM SHCL ADVSD HVNT RCVD THT INFO
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 020706 UGAAA0 GD00 GV COS FX# T HV SCHLL FX INFO T / COS ADVSD WLL CL 020706
                     L B T SEE WHY SET WSNT SNT/ ADVSD WLL HV B SND OR
                     SCHL SND ASAP
_ 020706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060207 1402 RN    020806
_ 020706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060207 1506 RN    020806
_ 020906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060209 1053 RN    021006
_ 020906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060209 0927 RN    021006
```

```
_ 021206 SYSTEM D075 PRIVATE/FFELP 5TH DEL'Q NOTICE                    021206
_ 021206 SYSTEM D057 PRIV/FFELP COSIGNER 5TH DEL'Q NOTICE              021206
_ 021306 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060213 1004 RN  021406
_ 021306 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060213 0902 RN  021406
_ 021406 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060214 1811 RV  021506


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 021406 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060214 1431 RN  021506
_ 021406 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060214 1538 RN  021506
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060215 1137 RN  021606
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060215 0928 RN  021606
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060215 1030 RN  021606
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060215 1240 RN  021606
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060215 1347 RN  021606
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060215 1557 RA  021606
_ 021506 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060215 1454 RN  021606
_ 021606 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                 021606
                    01,02
_ 021706 UGKXK3 MT12 ACCOUNT SENT TO SKIP TRACING                     021706


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  021706 UGKXK3 C005 BORROWER PRIM PHONE NUM CHANGED                   021706
_  021706 UGKXK3 GG00 FORB RQSTD: 112705 - 051706 CLM AVRSN -LTR SENT   021706
_  021706 UGKXK3 F003 HEAL & PRIVATE FORBEARANCE FORM (6 MTH)          E021706
_  021706 UGKXK3 GC04 PHONED BORROWER AT NUMBER, DISCONNECTED          A021706
_  021706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060217 1153 RN  021806
_  021706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060217 1257 RN  021806
_  021706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060217 1400 RN  021806
_  021706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060217 1510 RN  021806
_  021706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060217 1048 RN  021806
_  021706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060217 0941 RN  021806
_  021706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060217 0946 RN  021806
_  021706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060217 1614 RN  021806


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  021806 SYSTEM GC24 DIR ASSIST ATTEMPT MADE VIA EWP, NO MATCH FOUND   021806
_  021806 UGMLS1 GD86 PHONED COSIGNER, VAP; ADVISED OF DELINQUENCY      021806
```

```
_ 021906 SYSTEM P099 MONTHLY BILL: SLM                        E021906
_ 021906 SYSTEM S005 SKIP LETTER TO ENDORSER/COSIGNER          021906
_ 021906 SYSTEM GS00 S005 SENT TO ROY          BENSON          021906
_ 021906 SYSTEM S004 SKIP LETTER TO REFERENCE                  021906
_ 021906 SYSTEM GS00 S004 SENT TO GEROME       LEFLORE         021906
_ 021906 SYSTEM S000 PLEASE CALL LETTER                        021906
_ 021906 SYSTEM GS00 S000 SENT TO JAMERIAL    Q BENSON         021906
_ 021906 SYSTEM S004 SKIP LETTER TO REFERENCE                  021906
_ 021906 SYSTEM GS00 S004 SENT TO ROY          BENSON          021906
_ 021906 SYSTEM S004 SKIP LETTER TO REFERENCE                  021906


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                   MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 021906 SYSTEM GS00 S004 SENT TO JAMERIAL    Q BENSON         021906
_ 021906 SYSTEM S004 SKIP LETTER TO REFERENCE                  021906
_ 021906 SYSTEM GS00 S004 SENT TO THELMA       WHEELER         021906
_ 022006 UGMAG3 GD86 PHONED COSIGNER, VAP; ADVISED OF DELINQUENCY 022006
_ 022006 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060220 1559 RN 022106
_ 022006 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060220 1450 RN 022106
_ 022106 UGMXB8 C005 BORROWER PRIM PHONE NUM CHANGED          022106
_ 022106 UGMXB8 MT11 ACCOUNT REMOVED FROM SKIP               022106
_ 022106 UGMXB8 C028 ALT PHONE CHANGE                        022106
_ 022106 UGMXB8 TD00 BTO ADV DDNT KNW WS RSPNSBL FR MKNG PYMTS BC ENRLL 022106
                     INSCHL BT NT ATTNDNG ADV THT STLL SHLD BE MKNG PYM
                     B ASKD ABT GRCE PRD ADV USD IN 11/04 B SD DDNT TK
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____   CONT _
 _ 022106 UGMXB8 TD00 -CONT- BRK FRM SCHL ADV WLL CNTCT SCHL IN MRNG AND   022106
                      CLL BCK TO INFRM TH INFO THE SCHL GV
 _ 022106 UGMXB8 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY         C022106
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060221 1144 RN   022206
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060221 1601 RA   022206
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060221 1458 RN   022206
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060221 1353 RN   022206
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060221 1248 RN   022206
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060221 1144 RN   022306
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060221 1248 RN   022306
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060221 1601 RA   022306
 _ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060221 1458 RN   022306


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
```

```
                      UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 022106 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060221 1353 RN    022306
_ 022206 UGMXB8 GD00 PH B SCHL THS MRNG TO VRFY SCHL STAT FML ADV THT    022206
                     B DD WTHDRW 11/04 AND RTND BCK TO SCHL AS A HLFTME
                     STNDT UNTL 5/13/05 B RSPNSBLE FR PYMT
_ 022306 UGTCM0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A022306
_ 022306 UGHSC0 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY               022306
_ 022306 UGCAB0 GD14 TELEPHONED COSIGNER-NO ANSWER                       022306
_ 022306 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060223 1016 RN    022406
_ 022406 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060224 1439 RN    022506
_ 022406 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060224 1324 RN    022506
_ 022406 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060224 1658 RV    022506
_ 022406 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060224 1549 RN    022506


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                      UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 022606 SYSTEM D076 PRIVATE/FFELP 6TH DEL'Q NOTICE                      022606
_ 022606 SYSTEM D058 PRIV/FFELP COSIGNER 6TH DEL'Q NOTICE                022606
_ 022706 UGCZS0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A022706
_ 022706 IVRFL4 TK04 BTO, REQUESTED ACCOUNT INFORMATION                  022706
_ 022706 IVRTX2 TK04 BTO, REQUESTED ACCOUNT INFORMATION                  022706
_ 022706 UGHBK0 TD00 B PHND MD PYMNT OVR IVR IAO 140.00 DSN'T BRING ACC  022706
                     CURRENT MD ANTHR PYMNT IAO 75.91 WVD 7.50 ONE TIME
```

```
                      COURTESY PER SUP APRVAL CONF 1608063 LNS 01..02
_ 022706 UGHBK0 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY          C022706
_ 022706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060227 1759 RA   022806
_ 022706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060227 1246 RA   022806
_ 022706 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 060227 1141 RN   022806


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ _____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG ** STATUS **** GUAR ** OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ****************
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                        MESSAGE                 PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 022706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060227 1652 RN   022806
_ 022806 UGBXR9 GD00 PBW#, GD00                                       022806
_ 022806 UGBXR9 MK24 DISREGARD PREVIOUS ENTRY                         022806
_ 022806 UGBXR9 GD00 PBW#, NO MSSG LFT PER MLBX FULL                  022806
_ 022806 UGBXR9 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER        A022806
_ 022806 UGGCC0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A022806
_ 022806 UGJXJ1 GD00 COS ROY BENSON                                   022806
_ 022806 UGJXJ1 GD00 ADV COS BORR MDE PYMNTS YESTERDAY TO BRING ACCT  022806
                     UTD
_ 022806 SYSTEM GK00 DELQ DAYS REDUCED FROM 072 TO 000 FOR LOAN(S) 01,0  030106
                                                                       2
_ 022806 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060228 1122 RN   030106


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 022806 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060228 1347 RN    030106
_ 022806 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060228 1225 RN    030106
_ 022806 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060228 1005 RN    030106
_ 030106 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC   FOR LOANS    030106
                    01,02
_ 030106 SYSTEM GF12 FORD STATUS ENDED; NO DISCL DATE, REVIEW REQUIRED   030206
_ 030206 557889 C059 DISCLOSURE DATE CHANGE                             030206
_ 030206 SYSTEM H204 CHANGE IN TERMS LETTER - SLMA                      030306
_ 030806 LPKAT0 GS00 MAIL RETURNED - S004                              030806
_ 030806 LPKAT0 GS59 SKIP: RECEIVED RETURNED REFERENCE/COSIGNER LETTER  030806
_ 031906 SYSTEM P099 MONTHLY BILL: SLM                                 E031906


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 031906 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   031906
                    COS CALLS ADJ
```

```
_ 032706 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                   032806
_ 032706 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE             032806
_ 040706 SYSTEM GD00 CALL COS 01- ROY BENSON          1) 060407 1335 RN  040806
_ 041006 UPTXO0 C005 BORROWER PRIM PHONE NUM CHANGED                  041006
_ 041006 UPTXO0 GD00 B ADV AT WRK WL CL WHN RTRN HM TO TK CR OF ACCNT 041006
_ 041006 UPTXO0 GU43 PHONED BORR, VAP (WORK PHONE ONLY, NO HOME PHONE) 041006
_ 041006 UPTXO0 GO70 PHND BORR WK#, VAP; CAN'T TALK NOW, WILL CALL BACK C041006
_ 041306 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                   041406
_ 041306 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE             041406
_ 041406 SYSTEM GD00 CALL COS 01- ROY BENSON          1) 060414 1400 RA  041506


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 041706 SYSTEM C158 BILL SEND FREQUENCY CHANGE                       041806
_ 041906 SYSTEM TX67 ELIGIBLE FOR ELECTRONIC BILLING                  041906
_ 041906 IVRFL3 TK04 BTO, REQUESTED ACCOUNT INFORMATION               041906
_ 041906 UVJXD1 GK00 IN-BORR,VAP,ADV OF DLNQ,DISCUSSED OPTIONS         041906
_ 041906 UVJXD1 GK00 PTP $159.90 ON 04/23/06                          041906
_ 041906 SYSTEM P099 MONTHLY BILL: SLM                               E042006
_ 042206 611269 C298 REFUND AMOUNT CHANGE                             042206
_ 042206 611269 C297 RETURN AMOUNT CHANGE                             042206
_ 042206 611269 C298 REFUND AMOUNT CHANGE                             042206
_ 042206 611269 C297 RETURN AMOUNT CHANGE                             042206
_ 042306 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE                   042306
_ 042306 SYSTEM D055 PRIV/FFELP COSIGNER 3RD DEL'Q NOTICE             042306
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____  CONT _
_ 042706 UPLDT0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A042706
_ 042706 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060427 0933 RA    042806
_ 050106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060501 1603 RA    050206
_ 050206 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060502 2044 RV    050306
_ 050306 UGEPA0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A050306
_ 050306 UGDDS0 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY              050306
_ 050306 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                     050406
_ 050306 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE               050406
_ 050406 UGMAG3 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A050406
_ 050406 UGBYT0 GD00 PHCOS/R BENSON                                     050406
_ 050406 UGBYT0 GD14 TELEPHONED COSIGNER-NO ANSWER                      050406
_ 050506 UGJWA1 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A050506


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 050806 UGDZH0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A050806
_ 050806 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060508 1758 RA    050906
_ 050906 UGMXG1 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A050906
_ 050906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060509 0916 RN    051006
_ 050906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060509 1017 RN    051006
_ 050906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060509 1625 RN    051006
_ 051006 UGMEF0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A051006
_ 051006 UGJBN0 GD07 PHONED BORROWER, NO ANSWER - PM                   A051006
_ 051006 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060510 1619 RN    051106
_ 051106 US     GH23 GUAR STAT RPT - CHANGE - DEMOGRAPHIC              051106
_ 051106 UGMES1 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A051106
_ 051106 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060511 1424 RA    051206


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 051106 LPTJM0 GE20 RCVD CH/GUAR DEMO RPT; ADDED ALTERNATE ADDRESS/PH  052406
_ 051206 UGBYT0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A051206
_ 051406 SYSTEM D075 PRIVATE/FFELP 5TH DEL'Q NOTICE                    051406
_ 051406 SYSTEM D057 PRIV/FFELP COSIGNER 5TH DEL'Q NOTICE              051406
_ 051506 UGNSG0 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER          A051506
_ 051606 UGMFX0 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER          A051606
_ 051606 UGESC1 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY             051606
```

```
_ 051606 IVRTX1 TK04 BTO, REQUESTED ACCOUNT INFORMATION            051606
_ 051606 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060516 0908 RN  051706
_ 051606 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060516 1354 RN  051706
_ 051606 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060516 1502 RN  051706


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                        OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                   MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 051606 SYSTEM GL00  60 DAY PCA GENERATED FOR US -  60 DAYS DIMP    051706
                  FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17
_ 051706 SYSTEM GK00 PLACED WITH AGENCY WCC   LOAN(S)              051706
                  01,02
_ 051706 UGKGA1 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A051706
_ 051706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060517 1642 RN  051806
_ 051706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060517 1540 RN  051806
_ 051706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060517 2026 RV  051806
_ 051806 UGAAA0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A051806
_ 051806 UGAXM5 GD00 CLLD COS ROY                                  051806
_ 051806 UGAXM5 GD14 TELEPHONED COSIGNER-NO ANSWER                 051806
_ 051806 SYSTEM GL00 44000018-NO LOAN MATCH                        051806


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____

   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 051806 SYSTEM GL00 PCA REJECTED :...3.................      051806
                                                                      159
 _ 051806 SYSTEM GL00 PCA STATUS CHANGED TO ACCEPT :....5..8901234.67... 051806
 _ 051806 SYSTEM P099 MONTHLY BILL: SLM                        E051906
 _ 051806 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060518 1955 RA   051906
 _ 051806 SYSTEM GD00 CALL ATTEMPTS 1) 060518 1324 ST          051906
 _ 051806 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060518 1545 RT   051906
 _ 051806 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060518 1555 RN   051906
 _ 051906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060519 1017 RN   052006
 _ 051906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060519 0915 RN   052006
 _ 051906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060519 1222 RN   052006
 _ 051906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060519 1118 RN   052006


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 051906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060519 1600 RN   052006
 _ 051906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060519 1324 RN   052006
```

```
_ 052006 UGPAW0 GD00 COULD NOT COR 322/ROY COS                    052006
_ 052006 UGPAW0 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY        052006
_ 052206 UGDZH0 C005 BORROWER PRIM PHONE NUM CHANGED             052206
_ 052206 UGDZH0 GH00 PRCSD FORB FRM 021806 TO 051706            052206
_ 052206 ONL125 GH00 ADJUSTED FORD END DT FRM 022806 TO 021706  052206
_ 052206 UGDZH0 GH00 PRCSD FORV FRM 021806 TO 051706            052206
_ 052206 UGDZH0 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY 052206
_ 052206 UGDZH0 F146 VERBAL FORB APPROVED - SYSTEM              052206
_ 052206 UGDZH0 GH00 PRCSD FORV FRM 030206 TO 051706            052206
_ 052206 UGDZH0 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY 052206


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                         OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                   PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 052206 UGDZH0 F398 PRIV CRED: NOTICE TO BORR FORB APPROVED       E052206
_ 052206 UGDZH0 F399 PRIV CRED: NOTICE TO COS FORB APPROVED        052206
_ 052206 UGDZH0 GD00 BO PST DTD FORB FEE IAO $100 CK EFF 5/31 CONF#1838  052206
                                                                      234
_ 052206 UGDZH0 G580 PC FORB PMT TAKEN VIA SPEED PAY              052206
_ 052206 UGDZH0 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY 052206
_ 052206 UGDZH0 GY97 ADV BORR OF DELQ, LATE FEES, AND NEXT PAYMENT DUE  C052206
_ 052206 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA      052206
_ 052206 SYSTEM H050 PAYMENT SCHEDULE AND R&R                     052206
_ 052206 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY       052206
_ 052206 SYSTEM H204 CHANGE IN TERMS LETTER - SLMA                052206
_ 052206 SYSTEM H292 SIGNATURE UPDATED PMT SCHD                   052206
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____  _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____   CONT _
_ 052206 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO              052206
_ 052206 SYSTEM H292 SIGNATURE UPDATED PMT SCHD                    052206
_ 052206 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO              052206
_ 052206 SYSTEM P099 MONTHLY BILL: SLM                            E052206
_ 052206 SYSTEM GK00 DELQ DAYS REDUCED FROM 065 TO 000 FOR LOAN(S) 01,0  052206
                2,03,05,08,09,10,11,12,13,14,16,17
_ 052206 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 060522 1947 RA    052206
_ 052206 SYSTEM GL00 PCA CURED AT  30 DAYS FOR US -   0 DAYS DIMP        052206
                FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17
_ 052306 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   052306
                 01,02
_ 053106 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION              053106


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                       UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 053106 IVRFL1 TK00 15:18:51 CST ADVISED BORR NEXT PMT 449.12,        053106
                     DUE 06/17/2006, DLQT AMT 71.76
_ 053106 LBJXF0 TK00 Borrower phone contact re: FORB ?/Prob,          053106
                     b  wntd to hold pymt made on 05/22-forb fee,
                     Transfer to WCC
_ 053106 UVMXT4 GK00 IN-BORR,VAP,ADV OF DLNQ,DISCUSSED OPTIONS        053106
_ 053106 UVMXT4 TD00 BORR CLLD IN HE WNTD TO REPOSTDATE PYMNT THAT    053106
                     WAS DUE TODAY FOR ANOTHER DATE THE PYMNT WAS TAKEN
                     FROM THE INDIE OFFICE ADV BORR NEED TO CONTACT
_ 053106 UVMXT4 TD00 CUSTOMER SERVICE AND GET TRANSFERRED TO INDIE OFFI 053106
                     CE TO CANCEL OR REPOSTDATE PYMNT


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                       UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 053106 LTTAL0 TK00 Borrower phone contact re: Re-Route Private     053106
                     Credit Serv
_ 053106 LTMDC1 TK00 b req to chnge pmt dt fr forb fee               053106
_ 053106 LTMDC1 TK00 Borrower phone contact re: Transfer to WCC      053106
_ 060206 LPCDB0 G317 POSTED CREDIT/DEBIT TRANSACTNS, FORB PMT RECEIVED 060206
_ 060706 US     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR 060706
_ 061106 416511 C105 AUXILIARY VALID ADDRESS FLAG CHANGE             061106
```

```
_ 061606 LSMB02 GH81 PRIVACY POLICY INVOKED                    061606
_ 061606 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE           061706
_ 061606 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE           061706
_ 061606 SYSTEM E107 SCHOOL EXIT REMINDER - STAFFORD - TPS     061706
_ 061806 SYSTEM P099 MONTHLY BILL: SLM                        E061806


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ _____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 061806 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   061806
                     COS CALLS ADJ
_ 062106 US    GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR    062106
_ 062606 LPMJW0 GA60 ADJUSTMENT MADE PER SERIAL WARNING REPORT          070106
_ 062606 LPMJW0 G644 UPDATED ACCOUNT PER EAGLE REVIEW                   070106
_ 062706 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                     062806
_ 062706 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               062806
_ 063006 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                    063006
_ 063006 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                    063006
_ 070106 LPMJW0 GH00 RMVD FORB FRM 021806 TO 051706                     070106
_ 070106 LPMJW0 GH00 RMVD FORD FRM 082905 TO 112605                     070106
_ 070106 LPMJW0 GH00 ADJUSTED FORA END DT FRM 082805 TO 061205          070106


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                          MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 070106 LPMJW0 GH00 PRCSD FORS FRM 061305 TO 080406                   070106
_ 070106 LPMJW0 C247 ETH CERT DATE CHANGE                              070106
_ 070106 LPMJW0 C248 ETH CERT SOURCE CHANGE                            070106
_ 070106 LPMJW0 C249 ETH CERT SCHOOL CHANGE                            070106
_ 070106 LPMJW0 F150 HICA-GUARNTD IN-SCHOOL FORB APPRVL LTR            070106
_ 070106 LPMJW0 GH00 RMVD FORV FRM 021806 TO 051706                    070106
_ 070106 LPMJW0 GH00 RMVD FORD FRM 082905 TO 021706                    070106
_ 070106 LPMJW0 GH00 ADJUSTED FORA END DT FRM 082805 TO 061205         070106
_ 070106 LPMJW0 GH00 PRCSD DSCH FRM 061305 TO 080406,CERT 061206       070106
_ 070106 LPMJW0 R085 DEFER APPROVED: NO BORR REQST                     070106
_ 070106 LPMJW0 GH00 RMVD FORV FRM 021806 TO 051706                    070106
_ 070106 LPMJW0 GH00 RMVD FORD FRM 082905 TO 021706                    070106


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                          MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 070106 LPMJW0 GH00 ADJUSTED FORA END DT FRM 082805 TO 061205         070106
_ 070106 LPMJW0 GH00 PRCSD DSCH FRM 061305 TO 080406,CERT 061206       070106
```

```
_ 070106 LPMJW0 GH00 RMVD FORV FRM 030206 TO 051706              070106
_ 070106 LPMJW0 GH00 RMVD FORD FRM 082905 TO 022806              070106
_ 070106 LPMJW0 GH00 ADJUSTED FORA END DT FRM 082805 TO 061205   070106
_ 070106 LPMJW0 GH00 PRCSD DSCH FRM 061305 TO 080406,CERT 061206 070106
_ 070206 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA     070206
_ 070206 SYSTEM H050 PAYMENT SCHEDULE AND R&R                     070206
_ 070206 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY      070206
_ 070206 SYSTEM H292 SIGNATURE UPDATED PMT SCHD                   070206
_ 070206 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO            070206
_ 070206 SYSTEM H292 SIGNATURE UPDATED PMT SCHD                   070206


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                     PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 070206 SYSTEM H295 SIGNATURE PAYMENT SCHD/DISCL - MO           070206
_ 070206 SYSTEM P024 QUARTERLY INTEREST STATEMENT               070206
_ 070206 SYSTEM P099 MONTHLY BILL: SLM                          E070206
_ 070206 SYSTEM GK00 DELQ DAYS REDUCED FROM 013 TO 000 FOR LOAN(S) 01,0 070206
               2,03,05,08,09,10,11,12,13,14,16,17
_ 071106 CH     C012 SEPARATION DATE CHANGE                     071106
_ 071106 CH     GH00 ADJUSTED DSCH END DT FRM 080406 TO 080407  071106
_ 071106 CH     GH24 STATUS REPORT-CHANGE-ENROLLMENT            071106
_ 071106 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE  071106
_ 071106 CH     GE00 002441   F EFF 052906-080406 AGD 080407 CD 062906 071106
_ 071106 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR 071106
_ 071106 LBAXM7 GE34 RECVD ENROLLMENT UPDATE; NAT               071406
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 071406 LBAXM7 C247 ETH CERT DATE CHANGE                           071406
_ 071506 SYSTEM P124 ANNUAL INTERIM UNSUB INTEREST STMT             071506
_ 071806 SYSTEM P099 MONTHLY BILL: SLM                             E071906
_ 081806 SYSTEM P099 MONTHLY BILL: SLM                             E081906
_ 081806 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  081906
                   COS CALLS ADJ
_ 082706 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                 082706
_ 082706 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE           082706
_ 090706 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060907 1140 RA  090806
_ 090906 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 060909 0941 RA  091006
_ 091206 UGAXH2 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A091206
_ 091306 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                 091406


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 091306 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE             091406
_ 091606 UGJRP0 C005 BORROWER PRIM PHONE NUM CHANGED                  091606
_ 091606 UGJRP0 GC04 PHONED BORROWER AT NUMBER, DISCONNECTED         A091606
_ 091806 SYSTEM P099 MONTHLY BILL: SLM                               E091906
_ 092406 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE                   092406
_ 092406 SYSTEM D055 PRIV/FFELP COSIGNER 3RD DEL'Q NOTICE             092406
_ 092706 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060927 0914 RA   092806
_ 092906 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 060929 0914 RA   093006
_ 100106 SYSTEM P024 QUARTERLY INTEREST STATEMENT                     100106
_ 100206 UPDJS0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A100206
_ 100206 UPYXH1 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A100206
_ 100206 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 061002 1806 RA   100306


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 100306 UGCHB1 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A100306
_ 100306 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 061003 1748 RV   100406
_ 100306 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 061003 1227 RN   100406
_ 100306 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 061003 1329 RN   100406
_ 100306 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                   100406
_ 100306 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE             100406
_ 100406 UGMAG3 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A100406
```

```
_ 100506 UGLXG0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE  A100506
_ 100506 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 061005 1216 RN   100606
_ 100606 UGKZB0 GU77 PH BORROWER WORK, LEFT MESSAGE THIRD PARTY         A100606
_ 100606 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 061006 1138 RN   100706
_ 100906 CH     C012 SEPARATION DATE CHANGE                            100906


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
   DATE  SOURCE                   MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 100906 CH     GH00 ADJUSTED DSCH END DT FRM 080407 TO 080406        100906
_ 100906 CH     GH00 PRCSD FORA FRM 080506 TO 080806                  100906
_ 100906 CH     GE34 RECVD ENROLLMENT UPDATE; NAT                     100906
_ 100906 CH     GE70 STATUS REPORT-MADE SEPARATION DATE CHANGE        100906
_ 100906 CH     GE00 002441   W EFF 080406 CD 092006                  100906
_ 100906 CH     GH15 GUAR STAT RPT - BYPASS - VALID ADDRESS INDICATOR 100906
_ 100906 UGAXM5 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER         A100906
_ 100906 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA         101006
_ 100906 SYSTEM H050 PAYMENT SCHEDULE AND R&R                         101006
_ 100906 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY          101006
_ 101006 UGEDH0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A101006
_ 101006 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 061010 1421 RN 101106


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 101006 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 061010 1529 RN    101106
 _ 101006 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 061010 1632 RA    101106
 _ 101106 UPJXM2 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A101106
 _ 101106 UGCAH1 GD00 PCOS ROY BENSON;RSDNT ADV COS NT IN,LMTC            101106
 _ 101106 UGCAH1 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY               101106
 _ 101106 UGNLB0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A101106
 _ 101106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 061011 1221 RN    101206
 _ 101106 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 061011 1324 RN    101206
 _ 101106 LFRSD0 MDOC MDOC ADDR=FL1S0576971005 LTR CD=MX97                101206
 _ 101206 UGHER9 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER           A101206
 _ 101206 UGHZM0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A101206
 _ 101206 UGCAH1 GH00 PRCSD FORB FRM 080506 TO 011707                     101206


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 101206 UGCAH1 GD00 PCOS ROY BENSON;STTD WS ADV BY B THT HE WS ENRLLD,  101206
                      ADV COS SCHL RPRTD B WTHDRWN;CNF CLLD B,B STTD WLL
```

```
                    NT RTRN TO SCL UNTL NXT YR,ADV FB & FEE B PSTD FEE
_ 101206 UGCAH1 GD00 -C-IAO 100.00,EFF 10/17,CNF#2302567;ADV NXT PMT    101206
_ 101206 UGCAH1 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  101206
_ 101206 UGCAH1 F398 PRIV CRED: NOTICE TO BORR FORB APPROVED            E101206
_ 101206 UGCAH1 F399 PRIV CRED: NOTICE TO COS FORB APPROVED             101206
_ 101206 UGCAH1 G580 PC FORB PMT TAKEN VIA SPEED PAY                    101206
_ 101206 UGCAH1 GD86 PHONED COSIGNER, VAP; ADVISED OF DELINQUENCY       101206
_ 101206 SYSTEM GK00 DELQ DAYS REDUCED FROM 055 TO 000 FOR LOAN(S) 01,0 101306
                                                                            2

_ 101206 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 061012 1138 RN      101306


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 101206 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 061012 1243 RN      101306
_ 101706 UGCXJ2 G317 POSTED CREDIT/DEBIT TRANSACTNS, FORB PMT RECEIVED  101706
_ 101806 SYSTEM P099 MONTHLY BILL: SLM                                 E101906
_ 102706 CH    GE34 RECVD ENROLLMENT UPDATE; NAT                        102706
_ 102706 CH    GE71 STATUS REPORT-BYPASS-MATCH DATA                     102706
_ 102706 CH    GE00 002441   W EFF 080406 CD 092006                     102706
_ 111306 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                    111406
_ 111306 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                    111406
_ 111306 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                    111406
_ 111306 SYSTEM C144 BENEFIT DATA CHANGED                               111406
_ 111306 SYSTEM H606 REBATE ELIGIBILITY TYPE 1                         E111406
_ 111306 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                    111406
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******

NAME   JAMERIAL Q BENSON                                OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890

                    UNITY CD _____   _____

  DATE   SOURCE                    MESSAGE                    PST/RESOLVE

  032723 E18565 ____ _____   CONT _

_ 111406 LSMB82 GH81 PRIVACY POLICY INVOKED                    111406

_ 111906 SYSTEM P099 MONTHLY BILL: SLM                        E111906

_ 111906 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   111906

                    COS CALLS ADJ

_ 112006 LPJLP0 GA61 SERIAL WARNING REPORT REVIEWED, NAT      112106

_ 112106 LPJLP0 C247 ETH CERT DATE CHANGE                     112106

_ 112706 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE           112806

_ 120306 SYSTEM H222 CHANGE IN TERMS PRVT LN BORR             120306

_ 121206 SYSTEM GD00 CALL ATTEMPTS 1) 061212 1126 SN          121306

_ 121406 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE           121506

_ 121806 SYSTEM P099 MONTHLY BILL: SLM                        E121906

_ 122106 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA   122206


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******

NAME   JAMERIAL Q BENSON                                OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890

```
                      UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____   CONT _
_ 122106 SYSTEM H050 PAYMENT SCHEDULE AND R&R                       122206
_ 122106 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY        122206
_ 122106 SYSTEM GD00 CALL ATTEMPTS 1) 061221 1146 SN               122206
_ 122406 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE                122406
_ 123006 SYSTEM GD00 CALL ATTEMPTS 1) 061230 0922 SV               123106
_ 010307 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                010407
_ 011007 UGNXJ0 TD00 LET B KNOW HE WS DELQNT. WILL CALL WHEN OFF WK. 011007
_ 011007 UGNXJ0 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY        C011007
_ 011407 SYSTEM D075 PRIVATE/FFELP 5TH DEL'Q NOTICE                011407
_ 011607 SYSTEM GL00  60 DAY PCA GENERATED FOR US -  60 DAYS DIMP   011707
                     FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17
_ 011807 SYSTEM GL00 44000018-NO LOAN MATCH                        011807


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                      UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____   CONT _
_ 011807 SYSTEM GL00 PCA REJECTED :...3.................          011807
                                                                       159
_ 011807 SYSTEM GL00 PCA STATUS CHANGED TO ACCEPT :....5..8901234.67...  011807
_ 011807 SYSTEM P099 MONTHLY BILL: SLM                           E011907
_ 012207 UVMXF2 G152 B OFFERED FORB DURING SAC CONTACT/FWD TO PA RM  012207
_ 012207 UVMXF2 GL00 FORV END 6/07                               012207
_ 012307 LPGJE0 GH00 PRCSD FORV FRM 101806 TO 061707             012307
```

```
_ 012307 LPGJE0 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  012307
_ 012307 LPGJE0 F146 VERBAL FORB APPROVED - SYSTEM                        012307
_ 012307 LPGJE0 GH00 PRCSD FUTR FORV FRM 021807 TO 061707                 012307
_ 012307 LPGJE0 F246 VERBAL FORB APPROVED - MANUAL                        012307



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 012307 SYSTEM GK00 DELQ DAYS REDUCED FROM 066 TO 000 FOR LOAN(S) 03,0  012407
                   5,08,09,10,11,12,13,14,16,17
_ 012307 SYSTEM GD00 CALL ATTEMPTS 1) 070123 0936 SV                     012407
_ 012307 SYSTEM GL00 PCA CURED AT  30 DAYS FOR US -   0 DAYS DIMP        012407
                   FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17
_ 020607 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                     020707
_ 020607 SYSTEM C144 BENEFIT DATA CHANGED                                020707
_ 021807 SYSTEM F146 VERBAL FORB APPROVED - SYSTEM                       021807
_ 021807 SYSTEM P099 MONTHLY BILL: SLM                                  E021807
_ 021807 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    021807
                   COS CALLS ADJ
_ 022707 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                      022807


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                   MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 022707 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE            022807
 _ 030107 SYSTEM P520 SEMI-ANNUAL FORB INT STATEMENT - SLM            030207
 _ 030107 SYSTEM P520 SEMI-ANNUAL FORB INT STATEMENT - SLM            030207
 _ 031007 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 070310 0909 RA   031107
 _ 031207 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 070312 1312 RA   031307
 _ 031407 UGGB22 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A031407
 _ 031607 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                  031707
 _ 031607 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE            031707
 _ 031807 SYSTEM P099 MONTHLY BILL: SLM                              E031807
 _ 031907 UGCAV0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A031907
 _ 031907 LPKMJ0 GA61 SERIAL WARNING REPORT REVIEWED, NAT             032007
 _ 032007 E47123 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A032007


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                   MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 032007 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 070320 1201 RN   032107
 _ 032007 SYSTEM GD00 CALL COS 01- ROY BENSON     1) 070320 1302 RA   032107
```

```
_ 032107 UVRXV0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A032107
_ 032107 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 070321 1030 RA     032207
_ 032207 UGMSM0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A032207
_ 032207 UVJXP3 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A032207
_ 032207 UGNLB0 GD85 PH COSIGNER, LEFT MESSAGE THIRD PARTY                032207
_ 032207 UPWUG1 TD00 BRR WILL CL BCK TO MK FORB FEE STS THAT DIDNT HV     032207
                     ANY FORM OF THE PMT WITH HIM
_ 032207 UPWUG1 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY             C032207
_ 032207 UPWUG1 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY             C032207


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 032207 UPWUG1 TK00 Borrower phone contact re: Demo Verify,             032207
                     Adv Late Fees
_ 032207 E47293 GD60 BORR CONTACT, VAP, ADVISED DELINQUENCY              032207
_ 032207 E47293 GD00 ADVSD BRWR PRIV LNS NT IN FORB ANYMR, ONLY GS LNS.  032207
                     BRWR TERM. CALL IN MIDDLE OF DISCSSNG OPTS.
_ 032307 UGCAB0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A032307
_ 032307 SYSTEM GD00 CALL ATTEMPTS 1) 070323 1505 SN                     032407
_ 032607 E47702 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE    032607
_ 032607 UGCAB0 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE   A032607
_ 032607 E47728 GD86 PHONED COSIGNER, VAP; ADVISED OF DELINQUENCY        032607
_ 032607 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 070326 1652 RN     032707
_ 032607 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE                      032707
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                        UNITY CD _____   _____
  DATE   SOURCE                        MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 032607 SYSTEM D055 PRIV/FFELP COSIGNER 3RD DEL'Q NOTICE             032707
_ 032707 E47663 GU79 PHONED BORROWER'S WORK NUMBER, NO ANSWER         032707
_ 032707 E47119 GD45 PH BORROWER, LEFT MESSAGE ON ANSWERING MACHINE   032707
_ 032707 UGNLB0 GH00 PRCSD FORB FRM 011807 TO 051707                  032707
_ 032707 UGNLB0 F398 PRIV CRED: NOTICE TO BORR FORB APPROVED         E032707
_ 032707 UGNLB0 F399 PRIV CRED: NOTICE TO COS FORB APPROVED           032707
_ 032707 UGNLB0 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY 032707
_ 032707 UGNLB0 G336 PROMISE MADE ON ACCOUNT                          032707
_ 032707 UGNLB0 GD00 B PD FORB FEE $100.00 VIA CC CN#3014407          032707
_ 032707 UGNLB0 GD60 BORR CONTACT, VAP, ADVISED DELINQUENCY          C032707
_ 032707 SYSTEM GK00 DELQ DAYS REDUCED FROM 037 TO 000 FOR LOAN(S) 01,0  032807
                                                                        2
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  032707 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 070327 1356 RN   032807
_  032707 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 070327 1457 RN   032807
_  032707 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 070327 1555 RN   032807
_  032807 E48103 GN77 BORROWER CONTACT, VAP, ACCT CURRENT             032807
_  032807 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 070328 1433 RA   032907
_  033007 LPDXK0 G317 POSTED CREDIT/DEBIT TRANSACTNS, FORB PMT RECEIVED 033007
_  040207 SYSTEM H222 CHANGE IN TERMS PRVT LN BORR                    040307
_  040907 293368 GB00 812 LOAN LEVEL DECISION CHANGED FROM   TO A     040907
_  040907 293368 GB00 812 LOAN LEVEL DECISION CHANGED FROM   TO A     040907
_  050307 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA        050407
_  050307 SYSTEM H050 PAYMENT SCHEDULE AND R&R                       050407
_  050307 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY         050407


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  050307 SYSTEM H204 CHANGE IN TERMS LETTER - SLMA                  050407
_  050307 SYSTEM P099 MONTHLY BILL: SLM                             E050407
_  051807 SYSTEM P099 MONTHLY BILL: SLM                             E051907
_  061807 SYSTEM P099 MONTHLY BILL: SLM                             E061907
_  061807 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD 061907
                     COS CALLS ADJ
_  062607 USDEMO C005 BORROWER PRIM PHONE NUM CHANGED               062607
```

```
_ 062607 USDEMO GH23 GUAR STAT RPT - CHANGE - DEMOGRAPHIC          062607
_ 062607 USDEMO GH23 GUAR STAT RPT - CHANGE - DEMOGRAPHIC          062607
_ 062607 LBSXB2 GE41 RCVD CH/GUAR DEMO RPT; SAME AS SYSTEM; NAT    071207
_ 062607 LBSXB2 GE41 RCVD CH/GUAR DEMO RPT; SAME AS SYSTEM; NAT    071207
_ 062707 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE               062807
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 062707 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE         062807
_ 070407 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)            070407
                     01,02
_ 070907 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 070709 1155 RA  071007
_ 070907 SYSTEM GD00 CALL ATTEMPTS 1) 070709 1227 RN             071007
_ 071107 SYSTEM GD00 CALL ATTEMPTS 1) 070711 1051 RN             071107
_ 071107 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 070711 0956 RA  071107
_ 071507 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE              071507
_ 071507 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE         071507
_ 071807 SYSTEM P099 MONTHLY BILL: SLM                           E071907
_ 071807 SYSTEM D246 CASCADING: INTRO DELINQUENCY NOTICE         071907
_ 072407 E51007 GH00 PRCSD FORB FRM 051807 TO 111707            072407
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  072407 E51007 F398 PRIV CRED: NOTICE TO BORR FORB APPROVED       E072407
_  072407 E51007 F399 PRIV CRED: NOTICE TO COS FORB APPROVED         072407
_  072407 E51007 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY  072407
_  072407 E51007 G580 PC FORB PMT TAKEN VIA SPEED PAY                072407
_  072407 SYSTEM GK00 DELQ DAYS REDUCED FROM 036 TO 000 FOR LOAN(S) 01,0  072507
                                                                             2
_  072507 SYSTEM GK00 CANCEL REASON CD: FB WITH AGENCY WCC   FOR LOANS  072507
                    01,02
_  072507 SYSTEM GD00 CALL ATTEMPTS 1) 070725                        072707
_  072707 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                 072807
_  073107 LPBXG0 MP00 PSTD 101TC IAO 100.75,EFF DTE 7-30,BORR PMT    073107
_  073107 LPBXG0 G317 POSTED CREDIT/DEBIT TRANSACTNS, FORB PMT RECEIVED  073107

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  081307 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                 081407
_  081707 SYSTEM GD00 CALL ATTEMPTS 1) 070817 1123 RN               081807
```

```
_ 081907 SYSTEM P099 MONTHLY BILL: SLM                              E081907
_ 082307 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE                  082407
_ 082707 SYSTEM GD00 CALL ATTEMPTS 1) 070827 1200 RN                 082807
_ 090207 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                  090207
_ 090407 SYSTEM P120 QRTLY FORB STMT – SLM                           090507
_ 090707 SYSTEM GD00 CALL ATTEMPTS 1) 070907 1058 RN                 090807
_ 091207 SYSTEM D075 PRIVATE/FFELP 5TH DEL'Q NOTICE                  091307
_ 091607 SYSTEM GL00  60 DAY PCA GENERATED FOR US –  61 DAYS DIMP    091607
                       FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17,20
_ 091707 SYSTEM GD00 CALL ATTEMPTS 1) 070917 0958 RN                 091807


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                        OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____  CONT _
_ 091807 SYSTEM GL00 44000018-NO LOAN MATCH                          091807
_ 091807 SYSTEM GL00 PCA REJECTED :...3.................             091807
                                                                        159
_ 091807 SYSTEM GL00 PCA STATUS CHANGED TO ACCEPT :....5..8901234.67..0  091807
_ 091807 SYSTEM P099 MONTHLY BILL: SLM                              E091907
_ 092507 SYSTEM GD00 CALL ATTEMPTS 1) 070925 1504 RN                 092607
_ 092607 SYSTEM D076 PRIVATE/FFELP 6TH DEL'Q NOTICE                  092707
_ 100307 SYSTEM H222 CHANGE IN TERMS PRVT LN BORR                   100407
_ 100607 UGBG86 GD00 B REFSD TO VERIFY ADDRESS. THGHT WAS IN FORB.   100607
_ 100807 UGCA88 GU78 PH BORROWER WORK, LEFT MESSAGE ANSWERING MACHINE A100807
_ 100807 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION             100807
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                                  OWNER   ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890

                      UNITY CD _____   _____

  DATE   SOURCE                        MESSAGE                    PST/RESOLVE

 032723 E18565 ____ _____   CONT _

_ 100807 IVRFL1 TK00 19:17:12CST ADVISED BORR NEXT PMT 1665.56,         100807

                 DUE 10/17/2007, DLQT AMT 1274.84

_ 100807 E51068 TK00 Borrower, NAT, BTO                                 100807

_ 100807 E51068 TK00 Borrower phone contact re: Reroute Call           100807

_ 100807 E52154 GH00 PRCSD FORV FRM 061807 TO 111707                   100807

_ 100807 E52154 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY 100807

_ 100807 E52154 F146 VERBAL FORB APPROVED - SYSTEM                     100807

_ 100807 E52154 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY           C100807

_ 100807 E52154 G336 PROMISE MADE ON ACCOUNT                           100807

_ 100807 E52154 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY           C100807

_ 100807 E52154 TK00 borrower md chk pmt iao 85.00+10fee/cfn#3780426   100807

_ 100807 E52154 TK00 Borrower phone contact re: Oral FORB Processed    100807


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                                  OWNER   ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890

```
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 100807 IVRTX3 TK04 BTO, REQUESTED ACCOUNT INFORMATION               100807
 _ 100807 IVRTX3 TK00 19:30:48CST ADVISED BORR FORB END 11/17/2007     100807
 _ 100807 E34386 TK00 Borrower phone contact re: (VAP) Verified Add and 100807
                      Phone, Re-Route Orig, Did Not Pitch
 _ 100807 UPDXM3 TK00 Borrower, NAT, bto 1-20,                         100807
 _ 100807 UPDXM3 TK00 Borrower phone contact re: App Question          100807
 _ 100807 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA         100907
 _ 100807 SYSTEM H050 PAYMENT SCHEDULE AND R&R                         100907
 _ 100807 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY          100907
 _ 100807 SYSTEM H204 CHANGE IN TERMS LETTER - SLMA                    100907
 _ 100807 SYSTEM P099 MONTHLY BILL: SLM                               E100907


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 100807 SYSTEM GK00 DELQ DAYS REDUCED FROM 082 TO 000 FOR LOAN(S) 03,0 100907
                      5,08,09,10,11,12,13,14,16,17,20
 _ 100807 SYSTEM GL00 PCA CURED AT  30 DAYS FOR US -  0 DAYS DIMP      100907
                      FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17,20
 _ 111807 SYSTEM P099 MONTHLY BILL: SLM                               E111807
 _ 112707 USDEMO GE20 RCVD CH/GUAR DEMO RPT; ADDED ALTERNATE ADDRESS/PH 112707
 _ 121807 SYSTEM P099 MONTHLY BILL: SLM                               E121907
```

```
_ 121807 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD     121907
                    COS CALLS ADJ
_ 122207 SYSTEM GK00 PLACED WITH AGENCY WCC     LOAN(S)                   122207
                  01,02
_ 122707 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                       122807


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ _____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 122707 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE                 122807
_ 122707 SYSTEM GD00 CALL ATTEMPTS 1) 071227                             122907
_ 010308 IVRFL4 TK04 BTO, REQUESTED ACCOUNT INFORMATION                   010308
_ 010308 E31931 G336 PROMISE MADE ON ACCOUNT                              010308
_ 010308 E31931 TF64 BTO, PAID ENTIRE DELINQUENT AMT (IS NOW CURRENT)     010308
_ 010308 E31931 R553 PRIV LN IN-SCH FORB/DEFER: REQ SCH CERT             E010308
_ 010308 E31931 TD00 BTO,VAP,ADV DELQ,BORR PAID PAD $185.40 VIA SPDPY     010308
                    PDTD CBP FOR 01/31/08,FOR LNS 01,02,CONF#4139806
                    BORR REQS INSCHL FORB FORMS.
_ 010308 SYSTEM GD00 CALL ATTEMPTS 1) 080103                             010508
_ 010708 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 080107 1002 RN     010808
_ 011308 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                       011308


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____

  DATE   SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 011308 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE               011308
_ 011408 IVRFL1 TK04 BTO, REQUESTED ACCOUNT INFORMATION                 011408
_ 011408 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 080114 1624 RV   011508
_ 011708 CHDEMO GE41 RCVD CH/GUAR DEMO RPT; SAME AS SYSTEM; NAT         011708
_ 011708 CH     GH00 PRCSD DSCH FRM 011408 TO 050909,CERT 010908        011708
_ 011708 CH     GH00 PRCSD FORA FRM 111807 TO 011308                    011708
_ 011708 CH     GH00 PRCSD DSCH FRM 011408 TO 050909,CERT 010908        011708
_ 011708 CH     GH00 PRCSD FORA FRM 111807 TO 011308                    011708
_ 011708 CH     GH24 STATUS REPORT-CHANGE-ENROLLMENT                    011708
_ 011708 CH     GE00 002441   H EFF 011408-050908 AGD 050909 CD 010908  011708
_ 011708 SYSTEM R089 DSCH APPROVED: CLEARINGHOUSE: NO B REQ             011708
_ 011708 SYSTEM R089 DSCH APPROVED: CLEARINGHOUSE: NO B REQ             011708


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 011708 SYSTEM GK00 DELQ DAYS REDUCED FROM 030 TO 000 FOR LOAN(S) 03,0  011808
                 5,08,09,10,11,12,13,14,16,17,20
```

```
_ 011708 SYSTEM GD00 CALL ATTEMPTS 1) 080117 0934 RN            011808
_ 011708 LBMHN0 G206 RECVD ENROLLMENT UPDATE; PRCSD            011808
_ 011808 LBMHN0 GH00 PRCSD FORS FRM 011408 TO 050509          011808
_ 011808 LBMHN0 GH00 PRCSD FORA FRM 111807 TO 011308          011808
_ 011808 LBMHN0 C247 ETH CERT DATE CHANGE                     011808
_ 011808 LBMHN0 C248 ETH CERT SOURCE CHANGE                   011808
_ 011808 LBMHN0 F150 HICA-GUARNTD IN-SCHOOL FORB APPRVL LTR   011808
_ 011808 SYSTEM GK00 DELQ DAYS REDUCED FROM 031 TO 000 FOR LOAN(S) 01,0  011908
```
                                                                      2



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER   ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 011908 SYSTEM GK00 CANCEL REASON CD: FB WITH AGENCY WCC   FOR LOANS  011908
                 01,02
_ 012108 OLSCHL GH24 STATUS REPORT-CHANGE-ENROLLMENT         012108
_ 012108 OLSCHL GE62 STATUS RPT-CHANGE-ENROLLMENT-VERIFY CERT DATE   012108
_ 012108 OLSCHL GE00 002441   H EFF 010708-050908 AGD 050909 CD 111907  012108
_ 012108 OLSCHL GH24 STATUS REPORT-CHANGE-ENROLLMENT         012108
_ 012108 OLSCHL GE62 STATUS RPT-CHANGE-ENROLLMENT-VERIFY CERT DATE   012108
_ 012108 OLSCHL GE00 002441   H EFF 010708-050908 AGD 050909 CD 111907  012108
_ 012108 LPKAW0 GE34 RECVD ENROLLMENT UPDATE; NAT            021208
_ 012108 LPKAW0 GE34 RECVD ENROLLMENT UPDATE; NAT            021208
_ 022108 LBPKJ0 GJ59 REVIEWED ACCOUNT PER SAS REPORT, NAT    022108
_ 022108 CHDEMO GE41 RCVD CH/GUAR DEMO RPT; SAME AS SYSTEM; NAT  022108

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                       PST/RESOLVE
   032723 E18565 ____ _____   CONT _
_ 022108 CH     GE68 STATUS RPT-CHANGE-ENROLLMENT-VERIFY DEFERMENT     022108
_ 022108 CH     GE00 002441    L EFF 011408-050908 AGD 000000 CD 021308  022108
_ 022108 LPJMC2 G206 RECVD ENROLLMENT UPDATE; PRCSD                    022608
_ 022608 LPJMC2 GH00 RMVD FORS FRM 011408 TO 050509                    022608
_ 022608 LPJMC2 GH00 RMVD DSCH FRM 011408 TO 050909                    022608
_ 022608 ONL125 GH00 PRCSD FORA FRM 011408 TO 022508                   022608
_ 022608 SYSTEM H411 DISCL/PMT SCHED OPTIONS: GS/SL/PL - SLMA          022708
_ 022608 SYSTEM H050 PAYMENT SCHEDULE AND R&R                         022708
_ 022608 SYSTEM H996 GRAD REPAY SIGN-UP FORM WITH FLEX REPAY           022708
_ 022608 SYSTEM H204 CHANGE IN TERMS LETTER - SLMA                    022708
_ 022608 SYSTEM H222 CHANGE IN TERMS PRVT LN BORR                     022708
_ 022608 SYSTEM P099 MONTHLY BILL: SLM                              E022708


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                  UNITY CD _____  _____
   DATE  SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_  022608 SYSTEM GB00 ANNUAL PRIVACY POLICY PIGGYBACKED WITH H204 LTR   022608
_  031308 E21063 GS00 SKIP; GRC/DEMO/REF                               031308
_  031308 E46623 TD00 SKIP: GRC PHND TO SKIP                           031308
_  031808 SYSTEM P099 MONTHLY BILL: SLM                                E031908
_  031808 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  031908
                      COS CALLS ADJ
_  032608 SYSTEM K520 HICA ANNUAL CB DEBT LEVEL STMT                   032608
_  032608 SYSTEM K520 HICA ANNUAL CB DEBT LEVEL STMT                   032608
_  032708 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                   032808
_  040908 LBRXS4 GJ59 REVIEWED ACCOUNT PER SAS REPORT, NAT             040908
_  041308 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                   041308
_  041708 SYSTEM GD00 CALL ATTEMPTS 1) 080417 0909 RN                  041808


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____  _____
   DATE  SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_  041808 SYSTEM P099 MONTHLY BILL: SLM                                E041908
_  041808 SYSTEM D246 CASCADING: INTRO DELINQUENCY NOTICE              041908
_  042208 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                042208
                      01,02
_  042308 SYSTEM D273 PRIVATE/FFELP 3RD DEL'Q NOTICE:CASCADING         042408
_  042408 UGAHM0 MC99 RCVD FED DIRECT CONSOLIDATION CERT, PROVIDED DATA 042808
_  042708 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE             042708
```

```
_ 042808 SYSTEM GD00 CALL ATTEMPTS 1) 080428 0906 RN              042908
_ 050108 E51984 GD60 BORR CONTACT, VAP, ADVISED DELINQUENCY       050108
_ 050108 E51984 GD00 ADV B OF PMT OPTIONS/B SD WILL NEED TO CALL BACK T 050108
                 O PY FORB FEE
_ 050108 SYSTEM GD00 CALL ATTEMPTS 1) 080501                      050308
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ___ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******

NAME  JAMERIAL Q BENSON                          OWNER  ****************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

                 UNITY CD _____   _____

```
  DATE  SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 050408 SYSTEM D274 PRIVATE/FFELP 4TH DEL'Q NOTICE:CASCADING     050408
_ 050508 SYSTEM GD00 CALL ATTEMPTS 1) 080505                     050708
_ 050608 LBJXC0 C008 PARTIAL ADDRESS CHANGE                      050608
_ 050608 LBJXC0 GE17 DEMOGRAPHIC CHANGE MADE PER MULTI-SUFFIX REPORT 050608
_ 050808 LSMB56 GB00 ANNUAL PRIVACY POLICY SENT TO AURORA FOR  810612 050808
_ 050908 LSMB56 GB00 ANNUAL PRIVACY POLICY PRINTED BY AURORA FOR 810612 050908
_ 050908 SYSTEM GD00 CALL ATTEMPTS 1) 080509                     051108
_ 051008 SYSTEM GD00 CALL ATTEMPTS 1) 080510                     051308
_ 051208 SYSTEM GD00 CALL ATTEMPTS 1) 080512                     051408
_ 051308 E48709 GH00 PRCSD FORB FRM 032008 TO 061908             051308
_ 051308 E48709 F398 PRIV CRED: NOTICE TO BORR FORB APPROVED    E051308
_ 051308 E48709 F399 PRIV CRED: NOTICE TO COS FORB APPROVED      051308
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 051308 E48709 F399 PRIV CRED: NOTICE TO COS FORB APPROVED            051308
_ 051308 E48709 GK00 FORB FEE 50 PER LOAN, TOTAL FEE TAKEN: 100. ON    051308
                     051308 CONF# 4805761 PAYMENT TYPE: CK VERIFIED BY
                     SUP# 703 LOAN NUMBER(S) 1 2
_ 051308 E48709 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY 051308
_ 051308 E48709 G580 PC FORB PMT TAKEN VIA SPEED PAY                   051308
_ 051308 E48709 G336 PROMISE MADE ON ACCOUNT                          051308
_ 051308 SYSTEM H222 CHANGE IN TERMS PRVT LN BORR                     051408
_ 051308 SYSTEM GK00 DELQ DAYS REDUCED FROM 025 TO 000 FOR LOAN(S) 01,0 051408
                                                                       2
_ 051308 SYSTEM D075 PRIVATE/FFELP 5TH DEL'Q NOTICE                   051408
_ 051308 SYSTEM GD00 CALL ATTEMPTS 1) 080513                          051508

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 051408 SYSTEM GK00 CANCEL REASON CD: FB WITH AGENCY WCC    FOR LOANS 051408
                01,02
```

```
_ 051408 LPCJC1 G317 POSTED CREDIT/DEBIT TRANSACTNS, FORB PMT RECEIVED   051408
_ 051608 SYSTEM GL00  60 DAY PCA GENERATED FOR US -  60 DAYS DIMP         051708
                  FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17,20
_ 051808 SYSTEM P099 MONTHLY BILL: SLM                                  E051808
_ 051908 SYSTEM K162 EMAIL BLAST WRAPPER TEXT NEW PASSWORD              E051908
_ 051908 SYSTEM GL00 44000018-NO LOAN MATCH                             051908
_ 051908 SYSTEM GL00 PCA REJECTED :...3................                 051908
                                                                           159
_ 051908 SYSTEM GL00 PCA STATUS CHANGED TO ACCEPT :....5..8901234.67..0 051908
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
_ 052708 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID 052708
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____   CONT _
 _ 052708 SYSTEM GK00 DELQ DAYS REDUCED FROM 070 TO 000 FOR LOAN(S) 03,0   052808
                      5,08,09,10,11,12,13,14,16,17,20
 _ 052708 SYSTEM GD00 CALL ATTEMPTS 1) 080527 0934 RN                     052808
 _ 052708 SYSTEM GL00 PCA CURED AT  30 DAYS FOR US -   0 DAYS DIMP        052808
                      FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17,20
 _ 060308 E20575 G639 FAXED UNDERPAID REQUEST TO CONSOLIDATOR             060308
 _ 061108 SYSTEM GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID  061108
 _ 061308 E20667 GP61 POSTED CONSOL PMT DOE (340); NOTIFIED IF UNDERPAID  061308
 _ 061308 SYSTEM P116 PAID IN FULL: CONSOLIDATION                        061408
 _ 061808 SYSTEM P099 MONTHLY BILL: SLM                                 E061908
 _ 061808 SYSTEM GB00 ANNUAL PRIVACY POLICY PIGGYBACKED WITH P099 LTR     061808
 _ 062908 SYSTEM K162 EMAIL BLAST WRAPPER TEXT NEW PASSWORD             E062908


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 063008 SYSTEM GS00 CREDIT B RPT - MSC=13 FCRA DT=00000000 SPL CMT=   070308
                    FOR LOAN(S) 03,05,08,09,10,11,12,13,14,16,17,20
_ 071608 IVRTX1 TK04 BTO, REQUESTED ACCOUNT INFORMATION       071608
_ 071608 IVRTX1 TK00 17:51:21CST ADVISED BORR NEXT PMT 94.33, 071608
                    DUE 07/17/2008, DLQT AMT 10.00
_ 071608 C10296 GG00 Rcvd QA Call                            071608
_ 071608 C10296 TK00 Borrower phone contact re: Did Not Pitch 071608
_ 071608 C11496 TK00 b hung up placed call bcak req.b        071608
_ 071608 C11496 TK00 ask why the a/c is showing pass due with a zero  071608
_ 071608 C11496 TK00 balance .                               071608
_ 071608 C11496 TK00 as the  ve reporting was for prvt loan and the   071608
_ 071608 C11496 TK00 zero balance was for staffered loan was not able 071608


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                        OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 071608 C11496 TK00 to adv b as b hung up.                  071608
_ 071608 C11496 TK00 Borrower phone contact re: Did Not Pitch 071608
_ 071808 SYSTEM P099 MONTHLY BILL: SLM                       E071908
_ 071808 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD 071908
                    COS CALLS ADJ
_ 072208 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)       072208
                    01,02
```

```
_ 072308 C11068 GK00 PER CALL BACK REPORT CALLED B HM PHN # NO ANS        072308
_ 072708 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                       072708
_ 072708 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE                 072708
_ 080408 SYSTEM GD00 CALL ATTEMPTS 1) 080804                              080608
_ 080508 SYSTEM GD00 CALL ATTEMPTS 1) 080805                              080708


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                         OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 080608 SYSTEM GD00 CALL ATTEMPTS 1) 080806                              080808
_ 080708 SYSTEM GD00 CALL ATTEMPTS 1) 080807                              080908
_ 080808 SYSTEM GD00 CALL ATTEMPTS 1) 080808                              081008
_ 080908 SYSTEM GD00 CALL ATTEMPTS 1) 080809                              081208
_ 081208 SYSTEM GD00 CALL ATTEMPTS 1) 080812                              081408
_ 081308 C11068 GK00 PER CLLBK REQST NAT AS REQST INVALID//CLBK CLSD      081308
_ 081308 C11068 GK00 CALL BACK CLOSED                                     081308
_ 081308 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                       081408
_ 081308 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE                 081408
_ 081308 SYSTEM GD00 CALL ATTEMPTS 1) 080813                              081508
_ 081508 SYSTEM GD00 CALL ATTEMPTS 1) 080815                              081708
_ 081808 SYSTEM P099 MONTHLY BILL: SLM                                   E081908


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 081808 SYSTEM GD00 CALL ATTEMPTS 1) 080818                    082008
_ 082008 SYSTEM GD00 CALL ATTEMPTS 1) 080820                    082208
_ 082108 SYSTEM GD00 CALL ATTEMPTS 1) 080821                    082308
_ 082408 SYSTEM D073 PRIVATE/FFELP 3RD DEL'Q NOTICE             082408
_ 082408 SYSTEM D055 PRIV/FFELP COSIGNER 3RD DEL'Q NOTICE       082408
_ 082508 SYSTEM GD00 CALL ATTEMPTS 1) 080825                    082708
_ 082608 SYSTEM GD00 CALL ATTEMPTS 1) 080826                    082808
_ 082708 SYSTEM G200 FACS/EGL1: SAC:   2342     RCVD NEW DEMO FROM GUAR 082808
                    ANTOR - 111 BANKHEAD LN,APT A3,CRYSTAL SPRINGS,MS
                    39059, PRIMARY PH 6019064145, WORK PH 0000000000
_ 082708 SYSTEM GD00 CALL ATTEMPTS 1) 080827                    082908
_ 082808 SYSTEM C005 BORROWER PRIM PHONE NUM CHANGED            082808


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 082808 SYSTEM C028 ALT PHONE CHANGE                           082808
_ 082808 SYSTEM GD00 CALL ATTEMPTS 1) 080828                    083008
```

```
_ 082908 IVRTX8 TK04 BTO, REQUESTED ACCOUNT INFORMATION          082908
_ 082908 SYSTEM GD00 CALL ATTEMPTS 1) 080829                     083108
_ 083008 SYSTEM GD00 CALL ATTEMPTS 1) 080830                     090208
_ 083108 SYSTEM GS00 CREDIT B RPT - MSC=71 FCRA DT=08312008 SPL CMT=  090108
                FOR LOAN(S) 01,02
_ 090208 E47729 TD00 BWR MD PST DTD PMT IAO 100 W CH CONF 5324999 EFF  090208
                09/12
_ 090208 E47729 MP57 POST-DATED PAYMENT ON FILE                 090208
_ 090208 E47729 GD60 BORR CONTACT, VAP, ADVISED DELINQUENCY     090208
_ 090208 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE             090308


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ***************
LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED  12345678901234567890
                UNITY CD _____    _____
   DATE  SOURCE                      MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 090208 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE       090308
_ 090308 SYSTEM GD00 CALL ATTEMPTS 1) 080903                    090508
_ 090408 SYSTEM GD00 CALL ATTEMPTS 1) 080904                    090608
_ 090508 SYSTEM GD00 CALL ATTEMPTS 1) 080905                    090708
_ 090808 SYSTEM GD00 CALL ATTEMPTS 1) 080908                    091008
_ 090908 SYSTEM GD00 CALL ATTEMPTS 1) 080909                    091108
_ 091008 SYSTEM GD00 CALL ATTEMPTS 1) 080910                    091208
_ 091108 SYSTEM GD00 CALL ATTEMPTS 1) 080911                    091308
_ 091208 SYSTEM GK00 DELQ DAYS REDUCED FROM 056 TO 026 FOR LOAN(S) 01,0  091308
                                                                     2
_ 091208 SYSTEM GD00 CALL ATTEMPTS 1) 080912                    091408
_ 091308 SYSTEM GD00 CALL ATTEMPTS 1) 080913                    091608
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 091408 SYSTEM D072 PRIVATE/FFELP 2ND DEL'Q NOTICE                    091408
_ 091408 SYSTEM D054 PRIV/FFELP COSIGNER 2ND DEL'Q NOTICE              091408
_ 091508 SYSTEM GD00 CALL ATTEMPTS 1) 080915                           091708
_ 091608 SYSTEM GD00 CALL ATTEMPTS 1) 080916                           091808
_ 091808 SYSTEM P099 MONTHLY BILL: SLM                                E091908
_ 091808 SYSTEM GD00 CALL ATTEMPTS 1) 080918                           092008
_ 091908 SYSTEM GD00 CALL ATTEMPTS 1) 080919                           092108
_ 092408 E53021 GH00 PRCSD FORB FRM 071808 TO 121708                   092408
_ 092408 E53021 F398 PRIV CRED: NOTICE TO BORR FORB APPROVED          E092408
_ 092408 E53021 F399 PRIV CRED: NOTICE TO COS FORB APPROVED            092408
_ 092408 E53021 F399 PRIV CRED: NOTICE TO COS FORB APPROVED            092408
_ 092408 E53021 TF09 BORR REQ FORB/FIN HARDSHP;B AGREED TO TERMS ORALLY 092408


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                     UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                          PST/RESOLVE
   032723 E18565 _____ _____   CONT _
 _ 092408 E53021 G580 PC FORB PMT TAKEN VIA SPEED PAY                       092408
 _ 092408 E46830 G896 REQUIRED FIRST SELECT STEP MONTHLY PAYMENT WAIVED     092408
 _ 092408 SYSTEM GK00 DELQ DAYS REDUCED FROM 037 TO 000 FOR LOAN(S) 01,0    092508
                                                                                  2
 _ 092508 SYSTEM GK00 CANCEL REASON CD: FB WITH AGENCY WCC    FOR LOANS     092508
                    01,02
 _ 092508 E24748 G317 POSTED CREDIT/DEBIT TRANSACTNS, FORB PMT RECEIVED     092508
 _ 110208 SYSTEM H222 CHANGE IN TERMS PRVT LN BORR                          110208
 _ 110308 CHTERP GE34 RECVD ENROLLMENT UPDATE; NAT                          110308
 _ 110308 CHTERP GE00 002441   W EFF 050908 CD 091908                       110308
 _ 121808 SYSTEM P099 MONTHLY BILL: SLM                                    E121808
 _ 011309 SYSTEM K190 2008 1098-E W/SALLIE MAE PRIV POL                     011309

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                           OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                          PST/RESOLVE
   032723 E18565 _____ _____   CONT _
 _ 011309 SYSTEM TX00 1098E - BORR HAS MULTI SFX OR ON MULTI D/B            011309
 _ 011309 SYSTEM GB00 ANNUAL PRIVACY POLICY PIGGYBACKED WITH K190 LTR       011309
 _ 011809 SYSTEM P099 MONTHLY BILL: SLM                                    E011709
 _ 011809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD      011709
                    COS CALLS ADJ
 _ 012209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                     012209
                    01,02
```

```
_ 012709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                012809
_ 012709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE          012809
_ 020509 SYSTEM GD00 CALL ATTEMPTS 1) 090205                       020709
_ 020609 SYSTEM GD00 CALL ATTEMPTS 1) 090206                       020809
_ 021009 SYSTEM GD00 CALL ATTEMPTS 1) 090210                       021209


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED 12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                      MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 021109 SYSTEM GD00 CALL ATTEMPTS 1) 090211                       021309
_ 021209 SYSTEM GD00 CALL ATTEMPTS 1) 090212                       021409
_ 021309 SYSTEM GD00 CALL ATTEMPTS 1) 090213                       021509
_ 021609 SYSTEM GD00 CALL ATTEMPTS 1) 090216                       021809
_ 021709 SYSTEM GD00 CALL ATTEMPTS 1) 090217                       021909
_ 021809 E53413 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY        021809
_ 021809 E53413 TD00 BRO MDE PYMT IAO $159.43 DTD 2/18/09 CFM#6061781  021809
_ 021809 SYSTEM P099 MONTHLY BILL: SLM                            E021909
_ 021809 SYSTEM GD00 CALL ATTEMPTS 1) 090218                       022009
_ 021909 SYSTEM GK00 DELQ DAYS REDUCED FROM 032 TO 000 FOR LOAN(S) 01,0  022009
                                                                        2



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 022009 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   022009
                     01,02
_ 031809 SYSTEM P099 MONTHLY BILL: SLM                                  E031909
_ 031809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    031909
                     COS CALLS ADJ
_ 032309 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                   032209
                     01,02
_ 032309 TE0800 GB00 PC LOAN SET VISIBLE TO L! BY FLIPPER PROGRAM        032409
_ 032309 TE0800 GB00 PC LOAN SET VISIBLE TO L! BY FLIPPER PROGRAM        032409
_ 032309 TE0800 GB00 PC LOAN SET VISIBLE TO L! BY FLIPPER PROGRAM        032409
_ 032309 TE0800 GB00 PC LOAN SET VISIBLE TO L! BY FLIPPER PROGRAM        032409
_ 032309 TE0800 GB00 PC LOAN SET VISIBLE TO L! BY FLIPPER PROGRAM        032409


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                       MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 032709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                      032809
_ 032709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE                032809
```

```
_ 040809 SYSTEM GD00 CALL ATTEMPTS 1) 090408                              041009
_ 040909 E45600 TX00 PMT AMT =     155.24          SCHD DT = 2009-04-09   040909
                     CFM NUM = 142828040909        FEE AMT = 10.00
                     LOAN(S) SELECTED =            12.................
_ 040909 SYSTEM TX00 PMT CONFIRMATION MAIL GENERATED                     040909
                     ID = NUMBER9HOT@YAHOO.COM
                     CFM NUM = 142828040909
_ 041309 SYSTEM GK00 DELQ DAYS REDUCED FROM 026 TO 000 FOR LOAN(S) 01,0   041409
                                                                             2



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
   DATE  SOURCE                   MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 041409 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   041409
                01,02
_ 041909 SYSTEM P099 MONTHLY BILL: SLM                                   E041909
_ 051809 SYSTEM P099 MONTHLY BILL: SLM                                   E051909
_ 051809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    051909
                COS CALLS ADJ
_ 052209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                   052209
                01,02
_ 052709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                      052809
_ 052709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE                052809
_ 052809 E16319 GJ00 PER FORB FEE CLNUP SAS, RVRSD/RAPPLD FORB FEE       052809
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                              OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890

                    UNITY CD _____   _____

  DATE   SOURCE                    MESSAGE                     PST/RESOLVE

  032723 E18565 ____ _____ CONT _

_ 060809 E57908 TX00 PMT AMT =    100.00          SCHD DT = 2009-06-08   060809

                    CFM NUM = 142653060809      FEE AMT =  0.00

                    LOAN(S) SELECTED =         12.................

_ 060809 SYSTEM TX00 PMT CONFIRMATION MAIL GENERATED                 060809

                    ID = NUMBER9HOT@YAHOO.COM

                    CFM NUM = 142653060809

_ 061009 SYSTEM GK00 DELQ DAYS REDUCED FROM 023 TO 000 FOR LOAN(S) 01,0   061109

                                                                      2

_ 061109 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   061109

                 01,02

_ 061509 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                 061509

_ 061509 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                 061509


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                              OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890

```
                        UNITY CD _____   _____
  DATE   SOURCE                        MESSAGE                         PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 061809 SYSTEM P099 MONTHLY BILL: SLM                                    E061909
_ 061809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD     061909
                     COS CALLS ADJ
_ 062109 SYSTEM C113 BENEFIT INCENTIVE STATUS CHANGE                      062109
_ 062109 SYSTEM H769 BIP ELGBLTY LTR:SLMA DIRCT DEBT DISCOUNT             E062109
_ 062209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                    062109
                       01,02
_ 062809 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                       062809
_ 062809 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE                 062809
_ 070309 CISCAL GR71 VERIFIED BORROWER E-MAIL ADDRESS                     070309
_ 070309 CISCAL C150 BORROWER E-MAIL ADDRESS CHANGED                      070309
_ 070309 CISCAL GY89 RECEIVED BORROWER'S E-MAIL ADDRESS                   070309


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                 OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                        UNITY CD _____   _____
  DATE   SOURCE                        MESSAGE                         PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 070309 CISCAL GR78 BORROWER REQUESTED PROMO MAILINGS                    070309
_ 070309 CISCAL C152 E-MAIL USE FLAG CHANGE                               070309
_ 070309 MYL    TW50 LOGIN SUCCESSFUL                                     070309
_ 070309 MYL    TX12 BORROWER VIEWED DEMOGRAPHICS VIA INTERNET            070309
_ 070609 E57497 TX00 PMT AMT =     73.51       SCHD DT = 2009-07-06       070609
                     CFM NUM = 133441070609    FEE AMT =  0.00
                     LOAN(S) SELECTED =        12..................
```

```
_ 070609 SYSTEM TX00 PMT CONFIRMATION MAIL GENERATED                 070609
                     ID = JAMERIALBENSON@YAHOO.COM
                     CFM NUM = 133441070609
_ 070709 SYSTEM GK00 DELQ DAYS REDUCED FROM 019 TO 000 FOR LOAN(S) 01,0  070809
                                                                         2
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 070809 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC   FOR LOANS   070809
                    01,02
_ 071909 SYSTEM P099 MONTHLY BILL: SLM                                 E071909
_ 071909 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   071909
                    COS CALLS ADJ
_ 072209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                 072209
                    01,02
_ 072709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                    E072809
_ 072709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE              072809
_ 081209 E58815 GD00 Borrower Telephoned Office                        081209
_ 081209 E58815 TD00 VAP                                               081209
_ 081209 E58815 GD00 Payment(s) Taken (Promise to Pay)                 081209
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                  OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 081209 E58815 MK00 SPAY - CHKD payment scheduled on 1-01,1-02 for 08/  081209
                      12/09 iao $130.07 conf #6858740
 _ 081309 SYSTEM GK00 DELQ DAYS REDUCED FROM 026 TO 000 FOR LOAN(S) 01,0  081409
                                                                          2
 _ 081309 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 090813 1229 RA     081409
 _ 081409 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS    081409
                      01,02
 _ 081809 SYSTEM P099 MONTHLY BILL: SLM                               E081909
 _ 091809 SYSTEM P099 MONTHLY BILL: SLM                               E091909
 _ 091809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    091909
                      COS CALLS ADJ



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                  OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 092209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)               092209
                      01,02
```

```
_ 092709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                    E092709
_ 092709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               092709
_ 092709 282282 GJ00 1098E EMAIL PERMISSIONS REMOVED / UPDATED          092709
                     1098E PERMISSIONS REQUESTED VIA EMAIL CAMPAIGN
_ 092709 282282 C152 E-MAIL USE FLAG CHANGE                             092709
_ 100109 E58181 GD00 Borrower Telephoned Office                         100109
_ 100109 E58181 TD00 VAP                                                100109
_ 100109 E58181 GD00 Payment(s) Taken (Promise to Pay)                  100109
_ 100109 E58181 MK00 SPAY - CC payment scheduled on 01-1;02-1 for 10/01 100109
                     /09 iao $100.00 conf #7109624


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
  DATE  SOURCE                      MESSAGE                     PST/RESOLVE
 032723 E18565 _____ _____ CONT _
_ 100209 SYSTEM GK00 DELQ DAYS REDUCED FROM 014 TO 000 FOR LOAN(S) 01,0  100309
                                                                              2
_ 100309 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   100309
                     01,02
_ 101809 SYSTEM P099 MONTHLY BILL: SLM                                  E101809
_ 101809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    101809
                     COS CALLS ADJ
_ 102209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                   102209
                     01,02
_ 102709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                    E102809
_ 102709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               102809
_ 110309 E58992 GD00 Borrower Telephoned Office                         110309
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                                OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

                    UNITY CD _____   _____

   DATE   SOURCE                    MESSAGE                    PST/RESOLVE

   032723 E18565 ____ _____ CONT _

_ 110309 E58992 TD00 VAP                                          110309

_ 110309 E58992 GD00 Payment(s) Taken (Promise to Pay)           110309

_ 110309 E58992 MK00 SPAY: CC payment scheduled on 01-1;02-1 for 11/03/  110309

                09 iao $57.00.  Speedpay conf #7280705.

_ 110309 E58992 MK00 cmbm br was delq bc he was in a fin situation   110309

_ 111309 SYSTEM GK00 DELQ DAYS REDUCED FROM 026 TO 000 FOR LOAN(S) 01,0  111409

                                                                      2

_ 111409 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  111409

                 01,02

_ 111809 SYSTEM P099 MONTHLY BILL: SLM                           E111909

_ 111809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   111909

                COS CALLS ADJ


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                                OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                        UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_  112309 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)              112209
                      01,02
_  112709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                E112809
_  112709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE           112809
_  121209 E59597 GD00 Phoned Co-Borrower @ --, Right Party Contact: Co-B  121209
                      orrower
_  121209 E59597 GD00 VAP                                           121209
_  121209 E59597 MK00 Co-signer unable to pay - cos sttd when borr gets  121209
                      to his house he is going to have borr take care of
                      pymnt
_  121409 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 091214 2130 RV  121509
_  121509 E59201 GD00 Borrower Telephoned Office                    121509


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                        UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_  121509 E59201 TD00 VAP                                           121509
_  121509 E59201 GD00 Payment(s) Taken (Promise to Pay)             121509
_  121509 E59201 MK00 SPAY: CC payment scheduled on 01-1;02-1 for 12/15/  121509
                      09 iao $62.15.  Speedpay conf #7515594.  Special I
                      nstructions:delq.
_  121609 SYSTEM GK00 DELQ DAYS REDUCED FROM 028 TO 000 FOR LOAN(S) 01,0  121709
```

2

```
_ 121709 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   121709
                      01,02
_ 121809 SYSTEM P099 MONTHLY BILL: SLM                                   E121909
_ 121809 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    121909
                      COS CALLS ADJ


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 122209 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                   122209
                      01,02
_ 122709 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                      E122709
_ 122709 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE                122709
_ 010610 SYSTEM MP99 LATE FEE ADJ INVOKED PER PROJECT #3008449           010610
_ 011310 E59718 GD00 Phoned Borrower @ , Call Terminated                 011310
_ 011310 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 100113 1029 RV    011410
_ 011710 SYSTEM K306 SLM PRIVACY POLICY NOTIFY ANNUAL NOTICE             E011710
_ 011710 SYSTEM GB00 ANNUAL PRIVACY POLICY PIGGYBACKED WITH K306 LTR     011710
_ 011810 SYSTEM P099 MONTHLY BILL: SLM                                   E011910
_ 012110 E60313 GD00 Borrower Telephoned Office                          012110
_ 012110 E60313 TD00 VAP                                                 012110


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                  OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 012110 E60313 GD00 Payment(s) Taken (Promise to Pay)                012110
_ 012110 E60313 MK00 SPAY: CC payment scheduled on 01-1;02-1 for 01/24/  012110
                     10 iao $160.00.  Speedpay conf #7716624.
_ 012710 SYSTEM GK00 DELQ DAYS REDUCED FROM 040 TO 000 FOR LOAN(S) 01,0  012810
                                                                         2
_ 012910 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   012910
                     01,02
_ 021810 SYSTEM P099 MONTHLY BILL: SLM                                 E021910
_ 021810 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   021910
                     COS CALLS ADJ
_ 022210 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  022110
                     01,02

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                  OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                        MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 022510 IVRTX1 TK04 BTO, REQUESTED ACCOUNT INFORMATION                022510
_ 022510 IVRTX1 TK00 16:25:24Central ADVISED BORR NEXT PMT 134.28,     022510
```

```
                    DUE 03/17/2010, DLQT AMT 60.19
_ 022510 IVRTX1 TX15 BORROWER ACCESSED TAX INFORMATION FROM VRU        022510
_ 022810 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                   E022810
_ 022810 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE              022810
_ 031810 SYSTEM P099 MONTHLY BILL: SLM                                E031910
_ 031810 SYSTEM P102 NEW BILL SUMMARY PAGES                           E031910
_ 032610 E60846 GD00 Phoned Borrower @ 601-906-4145 Right Party Contact 032610
                     : Borrower
_ 032610 E60846 MK00 said he was sry he forgot to pay he will make that 032610
                      pymt when he gets off work


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 033010 IVRFL6 TK04 BTO, REQUESTED ACCOUNT INFORMATION               033010
_ 033010 IVRFL6 TK04 BTO, REQUESTED ACCOUNT INFORMATION               033010
_ 033010 C41923 GD57 PHONED BORROWER LMTC PM                         A033010
_ 033010 E60616 GD00 Borrower Telephoned Office                       033010
_ 033010 E60616 TD00 VAP                                              033010
_ 033010 E60616 GD00 Payment(s) Taken (Promise to Pay)                033010
_ 033010 E60616 MK00 SPAY: CC payment scheduled on 01-1;02-1 for 03/30/ 033010
                     10 iao $75.00.  Speedpay conf #8117031.
_ 033010 SYSTEM GK00 DELQ DAYS REDUCED FROM 040 TO 013 FOR LOAN(S) 01,0 033110
                                                                      2
_ 041810 SYSTEM P099 MONTHLY BILL: SLM                                E041810
_ 041810 SYSTEM P102 NEW BILL SUMMARY PAGES                           E041810
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_  042010 SYSTEM P099 MONTHLY BILL: SLM                              E042010
_  042010 SYSTEM P102 NEW BILL SUMMARY PAGES                         E042010
_  042610 SYSTEM P099 MONTHLY BILL: SLM                               042610
_  042610 SYSTEM P102 NEW BILL SUMMARY PAGES                          042610
_  042610 SYSTEM K156 EMAIL BAD ADDRESS LETTER                        042610
_  042610 MERCRY C151 E-MAIL VALID FLAG CHANGE                        042610
_  042610 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:051710  3@  $74.12   042610
                     NEW COUPONS HAVE BEEN REQUESTED
_  042610 360701 GJ00 PREVIOUS K156 EMAIL BAD ADDRESS LETTER GENERATED 042610
                     IN ERROR, EMAIL VALID FLAG RESTORED
_  050210 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                 E050210
_  050210 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE            050210


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____    _____
  DATE   SOURCE                       MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 050510 E47201 GD00 Phoned Co-Borrower @ 601-892-5077; No Message Left  050510
_ 050510 E59371 GD00 Phoned Co-Borrower @ 601-892-5077, Call Terminated  050510
_ 050610 E53701 GD00 Phoned Co-Borrower @ 601-892-5077, Right Party Con  050610
                       tact: Co-Borrower
_ 050610 E53701 GD00 VAP                                                 050610
_ 050610 E53701 MK00 cos said he will cl the borrower --adviced borrowe  050610
                       r didnt call us
_ 050610 IVRFL5 TK04 BTO, REQUESTED ACCOUNT INFORMATION                  050610
_ 050610 E59899 GD00 Borrower Telephoned Office                          050610
_ 050610 E59899 TD00 VAP                                                 050610
_ 050610 E59899 MK00 bor said he wants call first before the cos is      050610
_ 051010 E59396 GD00 Phoned Co-Borrower @ 601-892-5077, No Message Left  051010


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER   **************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
  DATE   SOURCE                       MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 051210 E58184 GD00 Phoned Co-Borrower @ 601-892-5077, No Message Left  051210
_ 051510 E40867 GD00 SENT EMAIL OFF  LIST/ ADV OF ONLINE PMT             051510
_ 051510 E40867 MD09 EMAIL HAS BEEN SENT                                 051510
_ 051510 E40867 MG81 DIRECTED BORROWER TO MYL FOR DELQ RESOLUTION        051510
_ 051810 SYSTEM P099 MONTHLY BILL: SLM                                  E051910
_ 051810 SYSTEM P102 NEW BILL SUMMARY PAGES                             E051910
_ 052010 E58734 GD00 Phoned Borrower @ 601-906-4145 Right Party Contact  052010
```

```
                              : Borrower
_ 052010 E58734 GD00 VAP                                               052010
_ 052010 E58734 MK00 CUST WORKS FOR C & I, CUST. RFSD POB PHONE #.     052010
_ 052010 E58734 GD00 Artiva Enrollment Status changed from UNKW to WRET 052010




I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  **************
LETTER REQUEST ____ CLASS CD ____   ____   LOANS SELECTED 12345678901234567890
                     UNITY CD ____   ____
    DATE   SOURCE                  MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 052010 E58734 GD00 Artiva Delinquency Reason changed from UNKW to KNO 052010
                     W
_ 052010 E58734 MK00 .                                                 052010
_ 052010 E58734 GD00 Payment(s) Taken (Promise to Pay)                 052010
_ 052010 E58734 MK00 SPAY: CC payment scheduled on 01-1;02-1 for 05/20/ 052010
                     10 iao $75.00.  Speedpay conf #8401585.  Special I
                     nstructions:01,02.
_ 052110 SYSTEM GK00 DELQ DAYS REDUCED FROM 064 TO 034 FOR LOAN(S) 01,0 052210
                                                                            2
_ 052410 E52274 GS00 MAIL RETURNED - P099                              052410
_ 052410 E52274 MS02 RECEIVED RETURNED MAIL, SENT TO SKIP TRACING      052410
_ 052410 E52274 GS00 MAIL RETURNED - P102                              052410


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 052410 SYSTEM C006 ADDRESS CHANGE                            052410
 _ 052410 SYSTEM C355 BORR TEMP/ALT ADDRESS CHANGED TO PRIMARY RESIDENCE 052410
 _ 053110 E59939 GD00 Phoned Co-Borrower @ 601-892-5077, Call Terminated 053110
 _ 053110 E61219 GD00 Phoned Co-Borrower @ 601-892-5077; No Answer      053110
 _ 060110 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE          E060210
 _ 060110 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE    060210
 _ 060310 PCSUPE GD00 Email 03 requested for BOR JAMERIAL BENSON  061110
 _ 060310 PCSUPE GD00 Email 03 requested for BOR JAMERIAL BENSON  061110
 _ 060710 IVRTX8 TK04 BTO, REQUESTED ACCOUNT INFORMATION      060710
 _ 060710 E61666 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY  C060710
 _ 060710 E61666 TD00 INBOUND FREE FORM                       060710
 _ 060710 E61666 TK00 TRANSFER PRIVATE                        060710


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 060710 E58560 GD00 Borrower Telephoned Office              060710
 _ 060710 E58560 TD00 VAP                                     060710
```

```
_ 060710 E58560 MK00 borr made pmnt/ will call back next week to make r  060710
                       est of  pmnt
_ 060710 E58560 GD00 Payment(s) Taken (Promise to Pay)                   060710
_ 060710 E58560 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 06/1  060710
                       4/10 iao $132.49.  Speedpay conf #8496886.
_ 061410 SYSTEM GK00 DELQ DAYS REDUCED FROM 057 TO 000 FOR LOAN(S) 01,0  061510
                                                                             2
_ 061510 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   061510
                       01,02
_ 061810 SYSTEM P099 MONTHLY BILL: SLM                                 E061910


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
  DATE  SOURCE                      MESSAGE                      PST/RESOLVE
 032723 E18565 _____ _____ CONT _
_ 061810 SYSTEM P102 NEW BILL SUMMARY PAGES                            E061910
_ 061810 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   061910
                       COS CALLS ADJ
_ 062210 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  062210
                       01,02
_ 062710 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                    E062710
_ 062710 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               062710
_ 062810 IVRFL5 TK04 BTO, REQUESTED ACCOUNT INFORMATION                 062810
_ 062810 C41729 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY            C062810
_ 062810 C41729 TK00 ADV FORB FEE                                       062810
_ 062810 C41729 TX72 BORR VERBALLY REQUESTED SELECT STEP/EXTENDED REPAY  062810
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                                  OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

                    UNITY CD _____   _____

   DATE   SOURCE                   MESSAGE                      PST/RESOLVE

   032723 E18565 ____ _____    CONT _

_ 062810 C41729 TK00 BORROWER PHONE CONTACT RE: VALIDATED CALLER, FORB   062810
                     RQST

_ 062910 SYSTEM C006 ADDRESS CHANGE                              062910

_ 062910 SYSTEM G200 FACS/EGL1: SAC:   0200     RCVD NEW ADDRESS FROM G   062910
                     UARANTOR - 6811 OLD CANTON RD,APT 3103,RIDGELAND,M
                     S 39157

_ 070810 E57292 GL00 CELL PHONE POSTCARD MAILED 050310          070810

_ 071410 SYSTEM GD00 CALL ATTEMPTS 1) 100714 1209 RN            071510

_ 071410 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER   090111
                     COSIGNER 01 CALL ATTEMPTS 1) 100714 1209

_ 071510 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON   071510

_ 071510 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON   071510


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                                  OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                    UNITY CD _____   _____

  DATE   SOURCE                      MESSAGE                     PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 071810 SYSTEM P099 MONTHLY BILL: SLM                            E071810
_ 071810 SYSTEM P102 NEW BILL SUMMARY PAGES                       E071810
_ 072010 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON    072010
_ 072010 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON    072010
_ 072210 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON 072210
_ 072210 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON 072210
_ 072410 SYSTEM GD00 CALL ATTEMPTS 1) 100724 1132 RV              072510
_ 080110 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE               E080110
_ 080110 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE          080110
_ 080110 E59371 GD00 Phoned Borrower @ 601-906-4145, No Message Left 080110
_ 080110 E60015 GD00 Borrower Telephoned Office                    080110
_ 080110 E60015 TD00 VAP                                           080110


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                         OWNER  **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                     PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 080110 E60015 MK00 Borrower unable to pay - borr sttd he will call ba  080110
                  ck
_ 080110 E60015 GD00 1 Click Message Delivered.  - Phoned Borrower @ 60  080110
                  1-906-4145, Left Message On Answering Machine
_ 080110 E60015 GD00 Phoned Borrower @ ; No Answer                 080110
_ 080210 E57579 GD00 Phoned Borrower @ 601-906-4145 Right Party Contact  080210
                  : Borrower
```

```
_ 080210 E57579 GD00 VAP                                              080210
_ 080210 E57579 GD00 Payment(s) Taken (Promise to Pay)               080210
_ 080210 E57579 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 08/0  080210
                 2/10 iao $75.00.  Speedpay conf #8844169.



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2  LOANS ALL   PROG **   STATUS ****  GUAR **  OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER ***************
LETTER REQUEST _____ CLASS CD _____  _____  LOANS SELECTED  12345678901234567890
                 UNITY CD _____  _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 080310 SYSTEM GK00 DELQ DAYS REDUCED FROM 046 TO 017 FOR LOAN(S) 01,0  080410
                                                                          2
_ 081310 SYSTEM GD00 CALL ATTEMPTS 1) 100813 1202 RN                 081410
_ 081310 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER  090111
                 COSIGNER 01 CALL ATTEMPTS 1) 100813 1202
_ 081710 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON       081710
_ 081710 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON       081710
_ 081810 SYSTEM P099 MONTHLY BILL: SLM                             E081910
_ 081810 SYSTEM P102 NEW BILL SUMMARY PAGES                        E081910
_ 082210 SYSTEM GD00 CALL ATTEMPTS 1) 100822 1238 RN                 082410
_ 082210 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER  090111
                 COSIGNER 01 CALL ATTEMPTS 1) 100822 1238


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____

   DATE   SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  082310 SYSTEM GD00 CALL ATTEMPTS 1) 100823 1237 RN                082410
_  082310 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER  090111
                      COSIGNER 01 CALL ATTEMPTS 1) 100823 1237
_  082410 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON  082410
_  082410 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON  082410
_  083110 E57036 GD00 Phoned Borrower @ 601-906-4145, No Message Left    083110
_  083110 E61222 GD00 Borrower Telephoned Office                         083110
_  083110 E61222 TD00 VAP                                                083110
_  083110 E61222 MK00 Borrower unable to pay - br called to verify the l  083110
                      ast pymt that was made to his acct.
_  083110 CISCAL GR71 VERIFIED BORROWER E-MAIL ADDRESS                   083110
_  083110 CISCAL GR78 BORROWER REQUESTED PROMO MAILINGS                  083110


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
   DATE   SOURCE                      MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  083110 CISCAL C152 E-MAIL USE FLAG CHANGE                             083110
_  083110 MYL    TW50 LOGIN SUCCESSFUL                                   083110
```

```
_ 083110 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   083110
_ 083110 MYL    TX00 PMT AMT =148.00    BILL GRP =01                     083110
                     CFM NUM =100107083110
_ 083110 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                      090110
_ 083110 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE                090110
_ 083110 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:091710   2@  $74.53      083110
                     NEW COUPONS HAVE BEEN REQUESTED
_ 083110 SYSTEM GS00 CREDIT B RPT - MSC=71 FCRA DT=08162010 SPL CMT=     090210
                     FOR LOAN(S) 01,02


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                   MESSAGE                       PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 090110 SYSTEM GK00 DELQ DAYS REDUCED FROM 045 TO 000 FOR LOAN(S) 01,0  090210
                                                                         2
_ 090210 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC   FOR LOANS    090210
                     01,02
_ 091910 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    091910
                     COS CALLS ADJ
_ 092210 SYSTEM GK00 PLACED WITH AGENCY WCC   LOAN(S)                    092210
                     01,02
_ 092710 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                      092810
_ 092710 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE                092810
_ 101410 SYSTEM GD00 CALL ATTEMPTS 1) 101014 1427 RV                     101510
_ 101410 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON   101510
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____   CONT _
 _ 101410 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON   101510
 _ 101810 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:111710   3@   $74.71     101810
                    NEW COUPONS HAVE BEEN REQUESTED
 _ 101910 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON          102010
 _ 101910 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON          102010
 _ 102410 SYSTEM GD00 CALL ATTEMPTS 1) 101024 1243 RN                     102610
 _ 102410 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER   090111
                    COSIGNER 01 CALL ATTEMPTS 1) 101024 1243
 _ 102510 SYSTEM GD00 CALL ATTEMPTS 1) 101025 1243 RV                     102610
 _ 102610 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON   102710
 _ 102610 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON   102710
 _ 110110 E61413 GD00 Phoned Co-Borrower @ 601-892-5077, Call Terminated  110110


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                       MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 110110 SYSTEM D074 PRIVATE/FFELP 4TH DEL'Q NOTICE                      110210
_ 110110 SYSTEM D056 PRIV/FFELP COSIGNER 4TH DEL'Q NOTICE                110210
_ 110310 E56887 GD00 Phoned Borrower @ 601-906-4145, No Message Left     110310
_ 110310 E52646 GD00 Phoned Borrower @ 601-906-4145; No Answer           110310
_ 110310 E58856 GD00 Phoned Borrower @ 601-906-4145 Right Party Contact  110310
                      : Borrower
_ 110310 E58856 GD00 VAP                                                 110310
_ 110310 E58856 GD00 Payment(s) Taken (Promise to Pay)                   110310
_ 110310 E58856 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 11/1  110310
                      5/10 iao $150.00.  Speedpay conf #9433906.



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                       MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 110310 E58856 MK00 borr unable to come up w/ full present amount due   110310
                      but was able to post date past due amount for 11/1
                      5/2010, borr just overextended
_ 110310 SYSTEM GD00 CALL ATTEMPTS 1) 101103 1148 RN                     110410
_ 110310 PCSUPE GD00 Email 03 requested for BOR JAMERIAL BENSON          110410
_ 110310 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER   090111
                      COSIGNER 01 CALL ATTEMPTS 1) 101103 1148
```

```
_ 111310 SYSTEM GD00 CALL ATTEMPTS 1) 101113 1159 RN                111410
_ 111310 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER   090111
                    COSIGNER 01 CALL ATTEMPTS 1) 101113 1159
_ 111510 SYSTEM GK00 DELQ DAYS REDUCED FROM 058 TO 000 FOR LOAN(S) 01,0  111610
```
2


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_ 111610 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  111610
                    01,02
_ 111810 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   111910
                    COS CALLS ADJ
_ 112210 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)               112110
                    01,02
_ 112310 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                112310
_ 112310 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                112310
_ 112810 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                112810
_ 112810 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE          112810
_ 120810 PCSUPL GD00 Letter 726 requested for BOR JAMERIAL BENSON  120910
_ 121410 SYSTEM GD00 CALL ATTEMPTS 1) 101214 1125 RN              121510
```


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 121410 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER  090111
                      COSIGNER 01 CALL ATTEMPTS 1) 101214 1125
 _ 121610 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON  122110
 _ 122110 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON         122210
 _ 122510 SYSTEM GD00 CALL ATTEMPTS 1) 101225 1135 RN                    122610
 _ 122510 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER  090111
                      COSIGNER 01 CALL ATTEMPTS 1) 101225 1135
 _ 010211 SYSTEM GD00 LTR D056 NOT SENT-STATUS 32  AUX 01 - ACCT  45 DAY 010211
                      S DIMP
 _ 010311 SYSTEM GD00 CALL ATTEMPTS 1) 110103 1134 RN                    010411
 _ 010311 SYSTEM GD00 PREVIOUS ATTEMPT WAS TO COSIGNER, NOT TO BORROWER  090111
                      COSIGNER 01 CALL ATTEMPTS 1) 110103 1134

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 010411 MYL    TW50 LOGIN SUCCESSFUL                                   010411
 _ 010411 E56975 GD00 Borrower Telephoned Office                        010411
```

```
_ 010411 E56975 TD00 VAP                                            010411
_ 010411 E56975 GD00 Payment(s) Taken (Promise to Pay)             010411
_ 010411 E56975 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 01/1  010411
                     0/11 iao $170.00.  Speedpay conf #9805796.
_ 010411 PCSUPE GD00 Email 03 requested for BOR JAMERIAL BENSON    010511
_ 010411 SYSTEM GD00 CALL ATTEMPTS 1) 110104 1932  A               010611
_ 011011 SYSTEM GK00 DELQ DAYS REDUCED FROM 053 TO 000 FOR LOAN(S) 01,0  011111
                                                                        2
_ 011111 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC   FOR LOANS  011111
                     01,02
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


```
CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 011611 SYSTEM K306 SLM APN COVER LTR GENERATED BY CLASS          011611
_ 011611 SYSTEM GB00 KEY ACTIVITY 3 - ANNUAL PRIVACY POLICY        011611
                     PIGGYBACKED WITH K306 LTR
_ 011811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  011811
                     COS CALLS ADJ
_ 011811 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:021711  3@  $74.20  011811
                     NEW COUPONS HAVE BEEN REQUESTED
_ 012211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)             012211
                     01,02
_ 012711 SYSTEM GD00 LTR D053 NOT SENT-STATUS 32  AUX 01 - ACCT  10 DAY  012711
                     S DIMP
_ 020211 CCIIVR TK04 BTO, REQUESTED ACCOUNT INFORMATION           020211
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******

NAME  JAMERIAL Q BENSON                              OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

                  UNITY CD _____   _____

  DATE   SOURCE                    MESSAGE                  PST/RESOLVE

  032723 E18565 ____ _____ CONT _

_ 020211 C44748 C572 PHONE CONSENT HAS BEEN CHANGED                020211

_ 020211 C44748 C572 PHONE CONSENT HAS BEEN CHANGED                020211

_ 020211 C44748 GR34 OFFERED SPEEDPAY OPTION, BORR DECLINED DUE TO FEE  020211

_ 020211 E57625 GD00 Borrower Telephoned Office                    020211

_ 020211 E57625 TD00 VAP                                           020211

_ 020211 E57625 GD00 Payment(s) Taken (Promise to Pay)             020211

_ 020211 E57625 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 02/0  020211

                 8/11 iao $52.96.  Speedpay conf #9990166.

_ 020211 E57625 MK00 borr paid the delinquent amt and will call back to  020211

                 make the feb pmt when he gets paid

_ 020811 SYSTEM GK00 DELQ DAYS REDUCED FROM 021 TO 000 FOR LOAN(S) 01,0  020911

                                                                        2

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******

NAME  JAMERIAL Q BENSON                              OWNER  ***************

LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                       UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                        PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 020911 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  020911
                        01,02
_ 021811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   021911
                        COS CALLS ADJ
_ 022211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  022211
                        01,02
_ 022711 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                     022711
_ 022711 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               022711
_ 031011 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON  031111
_ 031511 PCSUPE GD00 Email 01 requested for BOR JAMERIAL BENSON         031611
_ 031611 IVRIN8 TK04 BTO, REQUESTED ACCOUNT INFORMATION                 031611


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                       UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                        PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 031611 C44533 TD00 B CALLED TO SAY THAT HE WILL GONNA MK PYMNT ONLINE 031611
                        TODAY
_ 031611 SYSTEM GD00 CALL COS 01- ROY BENSON      1) 110316 1113 RN    031611
_ 032011 CISCAL GR71 VERIFIED BORROWER E-MAIL ADDRESS                   032011
_ 032011 CISCAL GR78 BORROWER REQUESTED PROMO MAILINGS                  032011
_ 032011 MYL    TW50 LOGIN SUCCESSFUL                                   032011
_ 032011 MYL    TX00 PMT AMT =160.60    BILL GRP =01                    032011
```

```
                    CFM NUM =130621032011 APPLY PMT TO =Adv Due Dt
_ 032211 SYSTEM GK00 DELQ DAYS REDUCED FROM 032 TO 000 FOR LOAN(S) 01,0  032211
                                                                            2
_ 032311 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  032311
                01,02


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2  LOANS ALL   PROG **   STATUS ****  GUAR **  OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
  DATE  SOURCE                   MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 041811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   041911
                COS CALLS ADJ
_ 041811 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:051711   3@  $74.44    041811
                NEW COUPONS HAVE BEEN REQUESTED
_ 042211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                 042211
                01,02
_ 042711 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                    042811
_ 042711 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE              042811
_ 051111 PCSUPT GD00 Text Message 60 requested for BOR JAMERIAL BENSON 051211
_ 051311 IVRIN9 TK04 BTO, REQUESTED ACCOUNT INFORMATION                051311
_ 051311 C44752 TD00 XFERED TO PRIVATE                                 051311
_ 051311 C44752 TD60 BORR CONTACT, VAP, ADVISED DELINQUENCY           C051311


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 051311 E62435 GD00 Borrower Telephoned Office                       051311
_ 051311 E62435 TD00 VAP                                              051311
_ 051311 MYL    TW50 LOGIN SUCCESSFUL                                 051311
_ 051311 E62435 GD00 Payment(s) Taken (Promise to Pay)               051311
_ 051311 E62435 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 05/2 051311
                     8/11 iao $136.44.  Speedpay conf #10650032.
_ 051311 E62435 MK00 bto, cmbm, vdob/ssn, borr said that he got a stmt 051311
                     that said he was not due until 6/17, said that he
                     was getting calls and wanted to call back to find
_ 051311 E62435 MK00 out what was going on, adv of the pymt past due fo 051311
                     r april, borr was able to set up pymt iao $136.44
                     (pad) for 5/28, adv that now the next pymt would n

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 051311 E62435 MK00 ot be due until 6/17 iao $74.44                  051311
_ 051411 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 110514 1112 RA  051511
```

```
_ 052411 SYSTEM GD00 CALL COS 01- ROY BENSON        1) 110524 1114 RV    052511
_ 052911 SYSTEM GK00 DELQ DAYS REDUCED FROM 040 TO 000 FOR LOAN(S) 01,0  052911
                                                                              2
_ 053011 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   052911
                 01,02
_ 053111 CCIIVR TK04 BTO, REQUESTED ACCOUNT INFORMATION                 053111
_ 053111 CCIIVR TK00 18:15:04Central ADVISED BORR NEXT PMT 74.44,       053111
                 DUE 06/17/2011
_ 053111 C43023 F018 FORBEARANCE DENIED: MAXIMUM TIME USED              053111
_ 053111 C43023 TK00 CARES requested generation of F018 letter          053111


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                    PST/RESOLVE
 032723 E18565 _____ _____ CONT _
_ 053111 C43023 TK00 BORROWER PHONE CONTACT RE: BAL ?/PROBLEM, INTRST Q 053111
                 UEST, XPLND CAP INTRST, PYMT QUESTION/PROB
_ 061911 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   061811
                 COS CALLS ADJ
_ 062211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  062211
                 01,02
_ 062211 CCIIVR TK04 BTO, REQUESTED ACCOUNT INFORMATION                 062211
_ 062211 CCIIVR TK00 21:32:37Central ADVISED BORR NEXT PMT 148.88,      062211
                 DUE 07/17/2011, DLQT AMT 74.44
_ 062211 MYL    TW50 LOGIN SUCCESSFUL                                   062211
_ 062211 MYL    TX00 PMT AMT =75.00    BILL GRP =01                     062211
                 CFM NUM =213837062211
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                     PST/RESOLVE
   032723 E18565 ____ _____ CONT _
 _ 062411 SYSTEM GK00 DELQ DAYS REDUCED FROM 006 TO 000 FOR LOAN(S) 01,0  062411
                                                                           2
 _ 062511 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC   FOR LOANS   062511
                    01,02
 _ 071811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    071911
                    COS CALLS ADJ
 _ 071811 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:081711   3@   $74.66    071811
                    NEW COUPONS HAVE BEEN REQUESTED
 _ 072211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  072211
                    01,02
 _ 072411 CCIIVR TK04 BTO, REQUESTED ACCOUNT INFORMATION                 072411


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  072411 CCIIVR TK00 14:06:20Central ADVISED BORR NEXT PMT 148.54,    072411
                     DUE 08/17/2011, DLQT AMT 73.88
_  072511 MYL    TW50 LOGIN SUCCESSFUL                                 072511
_  072511 MYL    TX00 PMT AMT =75.00    BILL GRP =01                   072511
                     CFM NUM =144822072511
_  072711 SYSTEM GK00 DELQ DAYS REDUCED FROM 009 TO 000 FOR LOAN(S) 01,0  072711
                                                                           2
_  072811 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  072811
                     01,02
_  080211 IVRIN1 TK04 BTO, REQUESTED ACCOUNT INFORMATION               080211
_  080211 IVRIN1 TK00 14:37:06Central ADVISED BORR NEXT PMT 73.54,     080211
                     DUE 08/17/2011

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  080211 C44548 K008 DIFFICULTY MAKING PAYMENTS                      E080211
_  080211 C44548 TK00 K008 Letter/Form requested by CARES             080211
_  080211 C44548 GR71 VERIFIED BORROWER E-MAIL ADDRESS                080211
_  080211 C44548 GR78 BORROWER REQUESTED PROMO MAILINGS               080211
_  080211 C44548 C152 E-MAIL USE FLAG CHANGE                          080211
_  080211 C44548 K024 CURRENT ACCOUNT INFORMATION                     E080211
_  080211 C44548 TK00 BORROWER PHONE CONTACT RE: BAL ?/PROBLEM, INTRST Q  080211
```

```
                         UEST
_ 080211 SYSTEM P099 MONTHLY BILL: SLM                          E080311
_ 080211 SYSTEM P102 NEW BILL SUMMARY PAGES                     E080311
_ 081811 SYSTEM P099 MONTHLY BILL: SLM                          E081811
_ 081811 SYSTEM P102 NEW BILL SUMMARY PAGES                     E081811


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
  DATE  SOURCE                     MESSAGE                  PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 081811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   081811
                   COS CALLS ADJ
_ 082211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)               082111
                    01,02
_ 082811 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                  082811
_ 082811 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE            082811
_ 090211 MYL    TW50 LOGIN SUCCESSFUL                                090211
_ 090211 MYL    TX00 PMT AMT =86.00     BILL GRP =01                 090211
                   CFM NUM =150923090211
_ 090711 SYSTEM GK00 DELQ DAYS REDUCED FROM 020 TO 000 FOR LOAN(S) 01,0  090811
                                                                      2
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 090811 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   090811
                    01,02
_ 091211 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                    091211
_ 091211 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                    091211
_ 091811 SYSTEM P099 MONTHLY BILL: SLM                                 E091811
_ 091811 SYSTEM P102 NEW BILL SUMMARY PAGES                            E091811
_ 091811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   091811
                    COS CALLS ADJ
_ 092211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  092211
                    01,02
_ 092711 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                     092811
_ 092711 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE               092811


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 100711 E64431 GD00 Phoned Using PC Cell @ 601-892-5077, Right Party C  100711
                    ontact: Co-Borrower
```

```
_ 100711 E64431 MK00 Co-signer unable to pay                        100711
_ 100711 E64431 MK00 cld cos, cmbmr, vdob, name, cos gave bor $ to pay, 100711
                     pnt not recieved yet
_ 100711 E59589 GD00 Phoned Borrower @ 601-906-4145 Right Party Contact 100711
                     : Borrower
_ 100711 E59589 GD00 Research Requested                             100711
_ 100711 E59589 MK00 person claimingto be borrowerverified dob os 9/5/8 100711
                     1 is info.inartiva correct?




I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER   ***************
LETTER REQUEST ____ CLASS CD ____   ____   LOANS SELECTED  12345678901234567890
                    UNITY CD ____   ____
  DATE   SOURCE                     MESSAGE                     PST/RESOLVE
  032723 E18565 ____ _____   CONT _
_ 100711 E59589 MK00 sttd he wasw borrower ver.dob that wasnot same ref 100711
                     used to verify anything 4else sttd tht he would ma
                     ke paymentonline.
_ 100711 SYSTEM GD00 CALL ATTEMPTS 1) 111007 1946  A               100911
_ 101011 E63475 GJ00 PER PCL RQST, PER SWIS DOC 061801 DOB LISTED ON 101011
                     111 IS CORRECT, WILL NEED PROOF TO CHANGE DOB
_ 101011 E63475 MO86 RCVD RQST IN PCL, MISCL                       101011
_ 101211 MYL    TW50 LOGIN SUCCESSFUL                              101211
_ 101211 MYL    C152 E-MAIL USE FLAG CHANGE                        101211
_ 101211 MYL    TX00 PMT AMT =80.00     BILL GRP =01               101211
                     CFM NUM =115121101211
_ 101211 E63754 GD00 Phoned Borrower @ 601-906-4145, Call Terminated 101211
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____   CONT _
 _ 101211 E52095 GD00 Phoned Borrower @ 601-906-4145, Call Terminated    101211
 _ 101211 SYSTEM GD00 CALL ATTEMPTS 1) 111012 1743  A                    101411
 _ 101211 SYSTEM GD00 CALL ATTEMPTS 1) 111012 1524  A                    101411
 _ 101311 SYSTEM GK00 DELQ DAYS REDUCED FROM 025 TO 000 FOR LOAN(S) 01,0 101411
                                                                              2
 _ 101411 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  101411
                 01,02
 _ 101811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   101911
                 COS CALLS ADJ
 _ 101811 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:111711   3@  $74.68     101811
                 NEW COUPONS HAVE BEEN REQUESTED


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                      UNITY CD _____    _____
   DATE   SOURCE                     MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  102211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)               102211
                     01,02
_  102511 MYL    TW50 LOGIN SUCCESSFUL                                102511
_  102711 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE                  102711
_  102711 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE            102711
_  110111 MYL    TW50 LOGIN SUCCESSFUL                                110111
_  110111 MYL    TX00 PMT AMT =65.00    BILL GRP =01                  110111
                     CFM NUM =221128110111
_  110311 SYSTEM GK00 DELQ DAYS REDUCED FROM 016 TO 000 FOR LOAN(S) 01,0  110411
                                                                           2
_  110411 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   110411
                     01,02


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
                      UNITY CD _____    _____
   DATE   SOURCE                     MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  111811 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   111911
                     COS CALLS ADJ
_  112211 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)               112211
                     01,02
_  112211 MYL    TW50 LOGIN SUCCESSFUL                                112211
_  112211 MYL    TX00 PMT AMT =65.00    BILL GRP =01                  112211
                     CFM NUM =160853112211
```

```
_ 112311 IVRIN8 TK04 BTO, REQUESTED ACCOUNT INFORMATION           112311
_ 112311 IVRIN8 TK00 15:28:37Eastern ADVISED BORR NEXT PMT 141.22, 112311
                     DUE 12/17/2011, DLQT AMT 66.54
_ 112711 SYSTEM D071 PRIVATE/FFELP 1ST DEL'Q NOTICE              112711
_ 112711 SYSTEM D053 PRIV/FFELP COSIGNER 1ST DEL'Q NOTICE        112711


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 120611 IVR    TX00 IVR Call Information, Date of Call 12/06/2011, Tim 120611
                     e of Call 18:57:21, Caller Dialed 87093
_ 120611 IVR    TX83 CALL MONITOR DISCLOSURE READ DURING XFER FROM IVR  120611
_ 120611 E60320 GD00 Borrower Telephoned Office                         120611
_ 120611 E60320 GD00 Payment(s) Taken (Promise to Pay)                  120611
_ 120611 E60320 MK00 SPAY: CHKD payment scheduled on 01-1;02-1 for 12/1 120611
                     6/11 iao $76.22.  Speedpay conf #12029115.
_ 120611 SYSTEM GD00 CALL ATTEMPTS 1) 111206 1438  A                    120811
_ 121411 SYSTEM GD00 CALL COS 01- ROY BENSON       1) 111214 0903 RV    121511
_ 121611 SYSTEM GK00 DELQ DAYS REDUCED FROM 028 TO 000 FOR LOAN(S) 01,0 121711
                                                                         2


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 121711 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  121711
                  01,02
 _ 121911 IVR    TX00 IVR Call Information, Date of Call 12/19/2011, Tim  121911
                  e of Call 09:47:54, Caller Dialed 87093
 _ 121911 MYL    TW50 LOGIN SUCCESSFUL                                    121911
 _ 122011 MYL    TW50 LOGIN SUCCESSFUL                                    122011
 _ 122011 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   122011
 _ 122011 MYL    TW59 ACCOUNT INFORMATION ACCESSED VIA INTERNET           122011
 _ 011712 MYL    TW50 LOGIN SUCCESSFUL                                    011712
 _ 011712 MYL    TX00 PMT AMT =74.68    BILL GRP =01                      011712
                  CFM NUM =155214011712
 _ 011712 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   011712


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 011712 MYL    TW59 ACCOUNT INFORMATION ACCESSED VIA INTERNET           011712
 _ 011712 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET       011712
```

```
_ 011812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    011812
                     COS CALLS ADJ
_ 011812 SYSTEM GP00 COUP RQST. BG=01. 1ST DATE:021712   3@   $74.96     011812
                     NEW COUPONS HAVE BEEN REQUESTED
_ 011912 SYSTEM GK00 DELQ DAYS REDUCED FROM 001 TO 000 FOR LOAN(S) 01,0  011912
                                                                             2
_ 012212 SYSTEM K306 SLM APN COVER LTR GENERATED BY CLASS                012212
_ 012212 SYSTEM GB00 KEY ACTIVITY 3 - ANNUAL PRIVACY POLICY              012212
                     PIGGYBACKED WITH K306 LTR


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                 OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                     MESSAGE                       PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 021912 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD    021912
                     COS CALLS ADJ
_ 022112 CISCAL GR71 VERIFIED BORROWER E-MAIL ADDRESS                    022112
_ 022112 CISCAL GR78 BORROWER REQUESTED PROMO MAILINGS                   022112
_ 022112 CISCAL C152 E-MAIL USE FLAG CHANGE                              022112
_ 022112 MYL    TW50 LOGIN SUCCESSFUL                                    022112
_ 022112 MYL    TX00 PMT AMT =80.00    BILL GRP =01                      022112
                     CFM NUM =152103022112
_ 022112 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   022112
_ 022112 MYL    TW59 ACCOUNT INFORMATION ACCESSED VIA INTERNET           022112
_ 022112 MYL    TW50 LOGIN SUCCESSFUL                                    022112
_ 022112 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   022112
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                         UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 022112 MYL    TW59 ACCOUNT INFORMATION ACCESSED VIA INTERNET         022112
_ 022112 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE       022112
_ 022112 MYL    TW50 LOGIN SUCCESSFUL                                  022112
_ 022112 IVR    TX00 IVR Call Information, Date of Call 02/21/2012, Tim 022112
                     e of Call 16:36:11, Caller Dialed 87093
_ 022112 SYSTEM P099 MONTHLY BILL: SLM                                E022112
_ 022112 SYSTEM P102 NEW BILL SUMMARY PAGES                          E022112
_ 022212 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                 022212
                     01,02
_ 022212 SYSTEM GD00 CALL ATTEMPTS 1) 120222 1522  A                   022312
_ 022312 SYSTEM GK00 DELQ DAYS REDUCED FROM 005 TO 000 FOR LOAN(S) 01,0 022312
                                                                          2

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890

```
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                          PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 022412 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   022412
                    01,02
_ 031812 SYSTEM P099 MONTHLY BILL: SLM                                  E031812
_ 031812 SYSTEM P102 NEW BILL SUMMARY PAGES                            E031812
_ 031812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   031812
                    COS CALLS ADJ
_ 031912 MYL    TW50 LOGIN SUCCESSFUL                                   031912
_ 031912 MYL    TX00 PMT AMT =70.00    BILL GRP =01                     031912
                    CFM NUM =151433031912
_ 032112 SYSTEM GK00 DELQ DAYS REDUCED FROM 003 TO 000 FOR LOAN(S) 01,0  032212
                                                                             2
_ 041812 SYSTEM P099 MONTHLY BILL: SLM                                  E041912


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                               OWNER   **************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                          PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 041812 SYSTEM P102 NEW BILL SUMMARY PAGES                            E041912
_ 041812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   041912
                    COS CALLS ADJ
_ 042312 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  042212
                    01,02
_ 042312 SYSTEM GD00 CALL ATTEMPTS 1) 120423 1633  V                    042512
_ 042412 MYL    TW50 LOGIN SUCCESSFUL                                   042412
```

```
_ 042412 MYL      TX00 PMT AMT =80.00      BILL GRP =01                042412
                       CFM NUM =193005042412
_ 042412 MYL      TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  042412
_ 042412 MYL      TW59 ACCOUNT INFORMATION ACCESSED VIA INTERNET         042412
_ 042512 sys      GD00 Email A9 requested for BOR JAMERIAL BENSON        042712


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 042612 SYSTEM GK00 DELQ DAYS REDUCED FROM 008 TO 000 FOR LOAN(S) 01,0  042712
                                                                             2
_ 042712 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   042712
                     01,02
_ 052012 SYSTEM P099 MONTHLY BILL: SLM                                  E051912
_ 052012 SYSTEM P102 NEW BILL SUMMARY PAGES                            E051912
_ 052012 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   051912
                     COS CALLS ADJ
_ 052012 MYL      TW50 LOGIN SUCCESSFUL                                 052012
_ 052012 MYL      TX00 PMT AMT =70.00      BILL GRP =01                 052012
                       CFM NUM =233412052012


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                  PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 052212 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)            052212
                    01,02
_ 052212 SYSTEM GK00 DELQ DAYS REDUCED FROM 004 TO 000 FOR LOAN(S) 01,0  052312
                                                                      2
_ 052312 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  052312
                    01,02
_ 061812 MYL    TW50 LOGIN SUCCESSFUL                            061812
_ 061812 MYL    TX00 PMT AMT =80.00    BILL GRP =01              061812
                    CFM NUM =161624061812
_ 061812 SYSTEM P099 MONTHLY BILL: SLM                          E061912
_ 061812 SYSTEM P102 NEW BILL SUMMARY PAGES                     E061912


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                      MESSAGE                  PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 061812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   061912
                    COS CALLS ADJ
```

```
_ 062012 SYSTEM GK00 DELQ DAYS REDUCED FROM 002 TO 000 FOR LOAN(S) 01,0  062112
                                                                              2
_ 071712 MYL    TW50 LOGIN SUCCESSFUL                                    071712
_ 071712 MYL    TX00 PMT AMT =69.70    BILL GRP =01                      071712
                     CFM NUM =230532071712
_ 071712 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   071712
_ 071712 MYL    TW59 ACCOUNT INFORMATION ACCESSED VIA INTERNET           071712
_ 071712 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET       071712
_ 071812 SYSTEM P099 MONTHLY BILL: SLM                                  E071912
_ 071812 SYSTEM P102 NEW BILL SUMMARY PAGES                             E071912


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                      PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 071812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   071912
                  COS CALLS ADJ
_ 071912 SYSTEM GK00 DELQ DAYS REDUCED FROM 001 TO 000 FOR LOAN(S) 01,0 072012
                                                                              2
_ 071912 SYSTEM GK0D X933 PMT CFN EMAIL SENT                            072012
_ 081912 SYSTEM P099 MONTHLY BILL: SLM                                 E081912
_ 081912 SYSTEM P102 NEW BILL SUMMARY PAGES                            E081912
_ 081912 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD   081912
                  COS CALLS ADJ
_ 082212 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)                  082212
                   01,02
_ 082212 MYL    TW50 LOGIN SUCCESSFUL                                    082212
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_  082212 MYL    TX00 PMT AMT =80.00    BILL GRP =01                082212
                      CFM NUM =130919082212
_  082212 SYSTEM GD00 CALL ATTEMPTS 1) 120822 1117  A              082412
_  082312 SYSTEM GK00 DELQ DAYS REDUCED FROM 005 TO 000 FOR LOAN(S) 01,0 082412
                                                                        2
_  082312 SYSTEM GK0D X933 PMT CFN EMAIL SENT                     082412
_  082412 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC   FOR LOANS 082412
                 01,02
_  091712 MYL    TW50 LOGIN SUCCESSFUL                            091712
_  091712 MYL    TX00 PMT AMT =70.00    BILL GRP =01              091712
                      CFM NUM =204005091712
_  091812 SYSTEM P099 MONTHLY BILL: SLM                          E091912


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____    _____
  DATE   SOURCE                      MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 091812 SYSTEM P102 NEW BILL SUMMARY PAGES                         E091912
_ 091812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  091912
                     COS CALLS ADJ
_ 091912 SYSTEM GK00 DELQ DAYS REDUCED FROM 001 TO 000 FOR LOAN(S) 01,0 092012
                                                                        2
_ 091912 SYSTEM GK0D X933 PMT CFN EMAIL SENT                        092012
_ 101812 SYSTEM P099 MONTHLY BILL: SLM                              E101912
_ 101812 SYSTEM P102 NEW BILL SUMMARY PAGES                         E101912
_ 101812 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  101912
                     COS CALLS ADJ
_ 102112 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  102112
_ 102112 MYL    TW50 LOGIN SUCCESSFUL                               102112

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                           OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____    _____
  DATE   SOURCE                      MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 102112 MYL    TX00 PMT AMT =149.61    BILL GRP =01               102112
                     CFM NUM =214043102112
_ 102212 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)             102112
                     01,02
_ 102312 SYSTEM GK00 DELQ DAYS REDUCED FROM 005 TO 000 FOR LOAN(S) 01,0 102412
                                                                        2
_ 102312 SYSTEM GK0D X933 PMT CFN EMAIL SENT                       102412
```

```
_ 102412 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS   102412
                      01,02
_ 111212 SYSTEM K520 ANNUAL COSIGNER INT STMT - PRIV                     111212
_ 111812 SYSTEM P099 MONTHLY BILL: SLM                                  E111812
_ 111812 SYSTEM P102 NEW BILL SUMMARY PAGES                             E111812


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
  DATE  SOURCE                       MESSAGE                 PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 111912 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  111912
_ 111912 MYL    TW50 LOGIN SUCCESSFUL                                   111912
_ 111912 MYL    TX00 PMT AMT =74.94    BILL GRP =01                     111912
                     CFM NUM =153218111912
_ 111912 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET      111912
_ 111912 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  111912
_ 111912 MYL    TW50 LOGIN SUCCESSFUL                                   111912
_ 112112 SYSTEM GK0D X933 PMT CFN EMAIL SENT                           112212
_ 112712 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  112712
_ 112712 MYL    TW50 LOGIN SUCCESSFUL                                   112712
_ 121612 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  121612
_ 121612 MYL    TW50 LOGIN SUCCESSFUL                                   121612


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                                  OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 121612 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET     121612
_ 121612 MYL    TX00 PMT AMT =40.00     BILL GRP =01                   121612
                     CFM NUM =224223121612
_ 121812 SYSTEM P099 MONTHLY BILL: SLM                                E121912
_ 121812 SYSTEM P102 NEW BILL SUMMARY PAGES                          E121912
_ 121812 SYSTEM GK0D X933 PMT CFN EMAIL SENT                          121912
_ 122812 IVR    TX00 IVR Call Information, Date of Call 12/28/2012, Tim 122812
                     e of Call 12:27:16, Caller Dialed 87093
_ 122812 c47052 TK00 Borrower phone contact re: Pymt Question/Prob     122812
_ 011313 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET 011313
_ 011313 MYL    Tw50 LOGIN SUCCESSFUL                                  011313
_ 011813 SYSTEM P099 MONTHLY BILL: SLM                               E011913


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                                  OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 011813 SYSTEM P102 NEW BILL SUMMARY PAGES                          E011913
_ 011813 SYSTEM GZ00 REEVALUATED STRATEGY FOR BILL # 01 GUARANTOR ADD  011913
```

```
                         COS CALLS ADJ
_ 012013 SYSTEM K306 SLM APN COVER LTR GENERATED BY CLASS          E012013
_ 012013 SYSTEM K308 SLM PRIVACY AS ENCLOSURE                      E012013
_ 012013 SYSTEM GB00 KEY ACTIVITY 3 - ANNUAL PRIVACY POLICY         012013
                    PIGGYBACKED WITH K306 LTR
_ 012213 SYSTEM GK00 PLACED WITH AGENCY WCC    LOAN(S)              012213
                    01,02
_ 012213 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  012213
_ 012213 MYL    TW50 LOGIN SUCCESSFUL                              012213


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 012213 MYL    TX00 PMT AMT =109.45    BILL GRP =01              012213
                    CFM NUM =152425012213
_ 012413 SYSTEM GK00 DELQ DAYS REDUCED FROM 006 TO 000 FOR LOAN(S) 01,0 012513
                                                                       2
_ 012413 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      012513
_ 012513 SYSTEM GK00 CANCEL REASON CD: DR WITH AGENCY WCC    FOR LOANS  012513
                    01,02
_ 012813 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  012813
_ 012813 MYL    TW50 LOGIN SUCCESSFUL                              012813
_ 012813 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET  012813
_ 012813 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  012813
_ 012813 MYL    TW50 LOGIN SUCCESSFUL                              012813
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                      UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_ 013013 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   013013
_ 013013 MYL     TW50 LOGIN SUCCESSFUL                                    013013
_ 013013 MYL     TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE         013013
_ 021213 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   021213
_ 021213 MYL     TW50 LOGIN SUCCESSFUL                                    021213
_ 021213 MYL     TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET       021213
_ 021813 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   021813
_ 021813 MYL     TW50 LOGIN SUCCESSFUL                                    021813
_ 021813 MYL     TX00 PMT AMT =74.51    BILL GRP =01                      021813
                 CFM NUM =224717021813
_ 021813 MYL     TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET       021813
_ 021813 SYSTEM P099 MONTHLY BILL: SLM                                   E021913


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 021813 SYSTEM P102 NEW BILL SUMMARY PAGES                      E021913
_ 022013 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      022113
_ 022613 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  022613
_ 022613 MYL    TW50 LOGIN SUCCESSFUL                             022613
_ 031813 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  031813
_ 031813 MYL    TW50 LOGIN SUCCESSFUL                             031813
_ 031813 MYL    TX00 PMT AMT =80.00     BILL GRP =01              031813
                CFM NUM =223229031813
_ 031813 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET  031813
_ 031813 SYSTEM P099 MONTHLY BILL: SLM                           E031913
_ 031813 SYSTEM P102 NEW BILL SUMMARY PAGES                      E031913
_ 032013 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      032113


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                     MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 040713 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  040713
_ 040713 MYL    TW50 LOGIN SUCCESSFUL                             040713
_ 040713 MYL    TX00 PMT AMT =20.00     LOAN NUM=01              040713
                CFM NUM =215435040713
_ 040713 MYL    TX00 PMT AMT =20.00     LOAN NUM=02              040713
                CFM NUM =215435040713
_ 040913 SYSTEM GK0D X933 PMT CFN EMAIL SENT                      041013
```

```
_ 041813 SYSTEM P099 MONTHLY BILL: SLM                          E041913
_ 041813 SYSTEM P102 NEW BILL SUMMARY PAGES                     E041913
_ 042113 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  042113
_ 042113 MYL    TW50 LOGIN SUCCESSFUL                           042113
_ 042113 CISMYL C006 ADDRESS CHANGE                             042113


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                           OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
  DATE  SOURCE                     MESSAGE                   PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 042113 MYL    TX00 PMT AMT =36.64    LOAN NUM=01             042113
                     CFM NUM =214549042113
_ 042113 MYL    TX00 PMT AMT =43.36    LOAN NUM=02             042113
                     CFM NUM =214549042113
_ 042113 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET   042113
_ 042113 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE     042113
_ 042313 SYSTEM GK0D X933 PMT CFN EMAIL SENT                   042413
_ 051913 SYSTEM P099 MONTHLY BILL: SLM                        E051913
_ 051913 SYSTEM P102 NEW BILL SUMMARY PAGES                   E051913
_ 052113 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  052113
_ 052113 MYL    TW50 LOGIN SUCCESSFUL                         052113


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 052113 MYL     TX00 PMT AMT =36.64    LOAN NUM=01              052113
                       CFM NUM =133341052113
 _ 052113 MYL     TX00 PMT AMT =43.36    LOAN NUM=02              052113
                       CFM NUM =133341052113
 _ 052213 SYSTEM GK0D X933 PMT CFN EMAIL SENT                    052313
 _ 061713 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  061713
 _ 061713 MYL     TW50 LOGIN SUCCESSFUL                          061713
 _ 061713 MYL     TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET  061713
 _ 061713 IVR     TX00 IVR Call Information, Date of Call 06/17/2013, Tim  061713
                       e of Call 19:24:32, Caller Dialed 87093




I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 061713 C45885 TT00 MANLR 1-01;1-02;as per borr rqst,please send payme  061713
                       nt transaction history with his declining bal.alre
```

```
                        ady adv that he can check pmt transaction
_ 061713 C45885 TK00 online,but insisted for declining bal.K056 is not   061713
                        suffiecient as well.thanks
_ 061713 C45885 TK00 Payment Question/Prob                               061713
_ 061713 C45885 TK00 Borrower phone contact re: Web - Advised Web Site   061713
_ 061813 SYSTEM P099 MONTHLY BILL: SLM                                  E061913
_ 061813 SYSTEM P102 NEW BILL SUMMARY PAGES                             E061913
_ 061913 SYSTEM A045 PRE-NOTIFICATION LTR - ALL BILL METHODS            E061913
_ 061913 SYSTEM A046 PRE-NOTIFICATION LETTER - COSIGNER                  061913
_ 062113 E69591 TT02 IDT CLOSED PER INVALID/INCORRCT REQUEST             062113


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                     PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 062113 E69591 GJ00 MANLR IDT 061713; WE NOT LONGER PROVIDE DECL BAL   062113
                        THE B CAN ACCESS THE WEBSITE TO OBTAIN ENTIRE PY
                        HISTORY; NAT
_ 070213 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   070213
_ 070213 MYL    TW50 LOGIN SUCCESSFUL                                    070213
_ 070213 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   070213
_ 070213 MYL    TW50 LOGIN SUCCESSFUL                                    070213
_ 070213 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE         070213
_ 070313 MODSTR GK7W FDR PRECONVERSION NOTIFY MSG BLAST SENT             070313
_ 070813 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   070813
_ 070813 MYL    TW50 LOGIN SUCCESSFUL                                    070813
_ 070813 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET       070813
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                  OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
 _ 070813 IVR    TX00 IVR Call Information, Date of Call 07/08/2013, Tim  070813
                      e of Call 13:56:23, Caller Dialed 87093
 _ 070813 C47066 K056 STANDARD PAYMENT HISTORY                          E070813
 _ 070813 C47066 K024 CURRENT ACCOUNT INFORMATION                       E070813
 _ 070813 C47066 K056 STANDARD PAYMENT HISTORY                          E070813
 _ 070813 C47066 K024 CURRENT ACCOUNT INFORMATION                       E070813
 _ 070813 C47066 K299 1098-E TAX HISTORY                                E070813
 _ 070813 C47066 TK00 Account Bal                                        070813
 _ 070813 C47066 TK00 Advised Website                                    070813
 _ 070813 C45646 GG00 PER IDT REVIEW,SENT FEEDBACK TO REP WHO GNRTD IDT   070813
                      FOR MANLR
 _ 071513 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  071513


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                  OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 071513 MYL     TW50 LOGIN SUCCESSFUL                               071513
_ 071513 MYL     TX00 PMT AMT =73.63    BILL GRP =01                 071513
                      CFM NUM =220834071513
_ 071513 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  071513
_ 071513 MYL     TW50 LOGIN SUCCESSFUL                               071513
_ 071613 IVR     TX00 IVR Call Information, Date of Call 07/16/2013, Tim  071613
                      e of Call 17:44:55, Caller Dialed 87093
_ 071613 C48689 TK00 Account Bal                                    071613
_ 071613 C48689 TK00 Auto Debit Question                            071613
_ 071613 C48689 TK00 Payment Question/Prob                          071613
_ 071613 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  071613
_ 071613 MYL     TW50 LOGIN SUCCESSFUL                               071613


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                            OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                     MESSAGE                        PST/RESOLVE
  032723 E18565 _____ _____  CONT _
_ 071613 IVR     TX00 IVR Call Information, Date of Call 07/16/2013, Tim  071613
                      e of Call 19:20:09, Caller Dialed 87093
_ 071613 C45632 K299 1098-E TAX HISTORY                           E071613
_ 071613 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  071613
_ 071613 MYL     TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET  071613
_ 071613 c45632 TX00 MYL CO-BROWSE BY c45632                        071613
_ 071613 MYL     TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE   071613
```

```
_ 071613 C45632 TK00 1098E Question                                   071613
_ 071713 SYSTEM GK0D X933 PMT CFN EMAIL SENT                          071813
_ 071813 Blackh GK00 Loan moved to new private credit system          071813
                     LNS STAGED FOR TRANSFER 12..................



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL   PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 071813 SYSTEM GP00 FDR ACCT 5029350481051345; LN 01; PRIN   2,808.25   091813
                     MPA     30.27; PST DUE      0.00; FEES      0.00
                     PMT DUE      30.27; AC INT      0.40; DUE 08/18/13
_ 071813 SYSTEM GP00 FDR ACCT 5029350481051352; LN 02; PRIN   4,040.59   091813
                     MPA     43.36; PST DUE      0.00; FEES      0.00
                     PMT DUE      43.36; AC INT      0.58; DUE 08/18/13
_ 072413 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   072413
_ 081813 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   081813
_ 082113 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   082113
_ 092213 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   092213
_ 101713 MYL    TX04 APP & DISBURSEMENT INFO WAS ACCESSED VIA INTERNET   101713
_ 020314 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE         020314


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  020314 SYSTEM GD00 CALL ATTEMPTS 1) 140203 1846  V                  020514
_  021714 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE      021714
_  043014 MODSTR GXV4 NOTIFY 1-COMPANY SPLIT-BORROWER-EMAIL            043014
_  121714 CISMYL C338 SITE CHANGED                                     121714
_  122914 MODSTR GMB3 EML- STMT OF INT TO BE SNT <$600                 122914
_  123114 C43503 TK00 Account Bal                                      123114
_  123114 C43503 TK00 Interest Question                               123114
_  123114 C43503 TK00 Advised Website                                 123114
_  123114 C43503 TK00 Payment Question/Prob                          123114
_  010715 C51287 TK00 borr ci to have total payment be calculated -amt i  010715
                      s6027.91 interest2370.94 principal balance3656.97a
                      nd cap interest3471.5/send idt request for

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  010715 C51287 TK00 resesarching balance                           010715
_  010915 C52763 GR71 VERIFIED BORROWER E-MAIL ADDRESS               010915
```

```
_ 010915 C52763 GR78 BORROWER REQUESTED PROMO MAILINGS            010915
_ 010915 C52763 TK00 Payment Question/Prob                       010915
_ 010915 SYSTEM GPQ2 REMINDER FOR NAVI CUSTOMER DIALING INCORRECT TFN  010915
_ 011715 SYSTEM K135 STUDENT LOAN STATEMENT OF INTEREST          E011715
_ 011715 PwrLdr MDOC MDOC ADDR=IN1P41a781f4d8 LTR CD=GFB4         012215
_ 011715 PwrLdr MDOC MDOC ADDR=IN1P41a7873728 LTR CD=GFB4         012215
_ 012115 C42815 TK00 Q&A                                          012115
_ 012115 C42815 TK00 per borr who has FDR loans reqst to speak to Domes  012115
                     tic Rep, adv rep to connect the call directly to V
                     DN 10625 as announce call per borr reqst domestic


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____   _____
  DATE  SOURCE                       MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 012115 C42815 TK00 rep                                          012115
_ 012115 C52902 TK00 borr rqstd for a domestic rep; tried to xfr to esc  012115
                     a, bt HQ advsd that FDR trained are already empowe
                     red to xfr to domestic already; HQ provided VDN
_ 012115 C52902 TK00 10625, bt wait ime is >30 mins; xfrd to esca//  012115
_ 012115 C52902 TK00 Borrower phone contact re: Re-route/transfer  012115
_ 012115 C35805 TK00 Cares Dialed 916019064145                   012115
_ 012115 C35805 TK00 Borrower phone contact re: Re-route/transfer  012115
_ 012115 CISMYL C101 AUXILIARY PHONE NUMBER CHANGE               012115
_ 012115 E74642 TK00 Borrower phone contact re: Re-route/transfer  012115
_ 012115 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE  012115
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                                OWNER   ***************

LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED   12345678901234567890

                     UNITY CD _____    _____

   DATE   SOURCE                     MESSAGE                      PST/RESOLVE

  032723 E18565 ____ _____ CONT _

_ 012115 E71372 TK00 borr submitted req for research on acct balance, b   012115
                     ur didn't receive response, I resent idt to resear
                     ch, but wanted sup, sent to sup

_ 012115 E71372 TK00 Borrower phone contact re: Re-route/transfer         012115

_ 012115 E72040 GG00 Rcvd T/C                                             012115

_ 021715 MYL    TW50 LOGIN SUCCESSFUL                                     021715

_ 021715 MYL    TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE          021715

_ 021815 IVR    TX00 IVR Call Information, Date of Call 02/18/2015, Tim    021815
                     e of Call 17:46:58, Caller Dialed 8882725543

_ 021815 C51777 TK00 borr called; said that he requested for the paymen   021815
                     t history since he started making paymnts wth the
                     declining balance to be emailed to him but he did


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******

NAME   JAMERIAL Q BENSON                                OWNER   ***************

LETTER REQUEST _____ CLASS CD _____    _____    LOANS SELECTED   12345678901234567890

```
                         UNITY CD _____   _____
   DATE   SOURCE                         MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 021815 C51777 TK00 not receive any; sent idt wth borr;'s request and   021815
                      adv him that it will be sent via regular mail; adv
                       tf
 _ 021815 C51777 TK00 adv completion will be 02/26/15 and mailing time i   021815
                      s 7-10 days
 _ 022315 e50369 TX00 MYL CO-BROWSE ENDED BY e50369                        022315
 _ 022315 E72250 MDOC MDOC ADDR=PA1S41a890e35e LTR CD=MK01                 030215
 _ 022415 LSMACB GR00 CREDIT BUREAU PAYMENT GRID UPDATED TO SUPPORT FDIC   022415
                      CONSENT ORDER
 _ 031315 SYSTEM GPP1 REMINDER FOR NON-BANK CUST TO VISIT NAVIENT.COM      031315
 _ 031615 MYL    TW50 LOGIN SUCCESSFUL                                     031615


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                                OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                         UNITY CD _____   _____
   DATE   SOURCE                         MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 041715 E67864 TK00 ED OMB CALLED REQ A STATUS HIST FOR THE LNS ADDED    041715
                      INTO THE CONSOL/BWR FEELS THAT THE BAL IN NOT REF
                      CORR/REQ INFO TO BE FXD#6063964821/PH#6063302470
 _ 042015 E65034 GH92 ACCT RECEIVED IN OCA FOR REVIEW AND RESPONSE         042015
 _ 042015 E53494 GK00 **OCA**RCVD REQUEST ON THE ACCOUNT FOR A STATUS HI   042015
                      ST THE CUSTOMER IS THE BALANCE OF HIS CONSOLIDATIO
                      N WHAT A STATUS HIST WOULD BE NEEDED FOR DOES NOT
```

```
_ 042015 E53494 GK00 **OCA**MAKE SENSE CALLED THE OMB AND LEFT A VM FOR  042015
                     A CALL BACK TO CONFIRM THE INFORMATION THAT IS NEE
                     DED ON THE ACCOUNT PRVD MY CONTACT INFO ADVISED WO
_ 042015 E53494 GK00 **OCA**ULD BE OUT 21ST BUT RETURNING ON 22ND          042015


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2  LOANS ALL   PROG **  STATUS ****  GUAR **  OWNER ******
NAME  JAMERIAL Q BENSON                       OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____  LOANS SELECTED  12345678901234567890
                   UNITY CD _____   _____
   DATE  SOURCE                     MESSAGE                 PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 042915 E59854 TK00 AMANDA BAKER OMB CALLED; VERIFIED ACCT INFO    042915
                     XFER CALL TO ADVOCATE FOR FOLLOW UP
_ 042915 E53494 GK00 **OCA*8TALKED TO THE OMB JAMIE ON THE ACCOUNT SHE  042915
                     DOES NOT WANT STATUS HISTO SHE IS REQUESTING PH ON
                      THE ACCOUNT ADVISED WILL WORK ON AND GET OUT TO H
_ 042915 E53494 GK00 **OCA**ER SHE THANKED ME                        042915
_ 042915 E59854 TK00 Review Acct w/o Cust Contact                    042915
_ 050515 E53494 GK00 **OCA**CORRECTION OMB WHO REQUESTED PH IS AMANDA B  050515
                     AKER TO BE FAXED TO 606-396-4821 COMPLETED PH AND
                     FAX COVERSHEET TO SEND TO PMB AS REQUESTED
_ 050515 E53494 MY96 OCA; AWAITING QC                                050515
_ 050715 E58500 MY99 OCA QC COMPLETE                                 050715


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 050715 E53494 GK24 SENT RESPONSE TO CUSTOMER                     050715
 _ 050715 E53494 GY95 OCA REVIEW COMPLETE                           050715
 _ 051815 E69315 GK00 OCA - SENT INQ & RESPONSE TO BE SCANNED       051815
 _ 051915 CISOLA C102 AUXILIARY ADDRESS CHANGE                      051915
 _ 051915 CISOLA GR71 VERIFIED BORROWER E-MAIL ADDRESS              051915
 _ 051915 CISOLA GR78 BORROWER REQUESTED PROMO MAILINGS             051915
 _ 051915 CISOLA C148 COS E-MAIL USE FLAG CHANGE                    051915
 _ 051915 CISOLA C149 COS E-MAIL PMS FLAG CHANGE                    051915
 _ 052015 MYL    TW50 LOGIN SUCCESSFUL                              052015
 _ 052015 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET 052015
 _ 052715 E21002 MDOC MDOC ADDR=PA1S41aa7dfe20 LTR CD=MK01          060115
 _ 061715 MYL    TW50 LOGIN SUCCESSFUL                              061715


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 061715 IVRWes TX00 IVR Call Information, Date of Call 06/17/2015, Tim  061715
                      e of Call 12:49:38, Caller Dialed 8882725543
```

```
_ 061715 C51608 TK00 Payment Question/Prob                           061715
_ 061715 C51608 TK00 Account Bal                                     061715
_ 061715 SYSTEM GPP1 REMINDER FOR NON-BANK CUST TO VISIT NAVIENT.COM 061715
_ 071015 MYL    TW50 LOGIN SUCCESSFUL                                071015
_ 071015 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET   071015
_ 071015 IVRWes TX00 IVR Call Information, Date of Call 07/10/2015, Tim 071015
                     e of Call 11:45:33, Caller Dialed 8882725543
_ 071015 C55518 K024 CURRENT ACCOUNT INFORMATION                    E071015
_ 071015 C55518 K056 STANDARD PAYMENT HISTORY                       E071015


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                                OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                  MESSAGE                      PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 071015 C55518 TK00 borr req ltr showing pmts alloc to prin&int and de 071015
                     clining balance;adv proc,mailing time,vrfd addr.
_ 071015 MYL    TW50 LOGIN SUCCESSFUL                                071015
_ 071015 PwrLdr MDOC MDOC ADDR=IN1P41ab44705e LTR CD=GFB4            071115
_ 071015 PwrLdr MDOC MDOC ADDR=IN1P41ab4470ed LTR CD=GFB4            071115
_ 081715 MYL    TW50 LOGIN SUCCESSFUL                                081715
_ 091715 MYL    TW50 LOGIN SUCCESSFUL                                091715
_ 100715 MYL    TW50 LOGIN SUCCESSFUL                                100715
_ 110415 E58632 TK00 per OCA voicemail received, placed call to Shadera 110415
                     Upchurch, Department of Education Ombudsman, but
                     there was no answer; left message with OCA hours
_ 110415 E58632 TK00 and phone number                               110415
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                 OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                   MESSAGE                       PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 110515 E17282 TK00 Borrower research re: Reviewed Account              110515
_ 110515 E59854 TK00 Review Acct w/o Cust Contact                        110515
_ 110515 E59854 TK00 Shadera Upchurch OMB called; verified acct info; w  110515
                     anted to verify if customer had any open balances
                     that were federal and being paid upon via auto
_ 110515 E59854 TK00 debit; advsd all federal loans pcon'd, however, cu  110515
                     stomer may have other products with Navient;
_ 110515 MYL    TW50 LOGIN SUCCESSFUL                                    110515
_ 110515 MYL    TX02 PAYMENT INFORMATION WAS ACCESSED VIA INTERNET       110515
_ 110515 MYL    TW50 LOGIN SUCCESSFUL                                    110515
_ 110615 e71403 TX00 MYL CO-BROWSE BY e71403                             110615
_ 111015 c49223 TX00 MYL CO-BROWSE BY c49223                             111015
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME   JAMERIAL Q BENSON                                 OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED   12345678901234567890
```

```
                        UNITY CD _____   _____
   DATE   SOURCE                         MESSAGE                          PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_  111015 MYL    TW50 LOGIN SUCCESSFUL                                    111015
_  111015 C49223 TK00 adviced to call back tomorrow and check if its nee  111015
                      ded to be xferd to escalations since this was hand
                      led by oca
_  111015 C44367 TK00 Q&A                                                 111015
_  111215 C36221 TK00 fdr/ borr call back/ as per prev corr/ acct handle  111215
                      d by OCA/ escalated call to supervisor
_  111215 C36221 TK00 Borrower phone contact re: Cares Dialed 11457       111215
_  111215 C43253 TK00 Cares Dialed (888) 545-4199                         111215
_  111215 C43253 TK00 borr is requesting to be connected to the dept who  111215
                      's handling his case,bor ris insisting for the dec
                      lining balance to be sent and was advsd that the


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL     PROG **    STATUS ****    GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                             OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                        UNITY CD _____   _____
   DATE   SOURCE                         MESSAGE                          PST/RESOLVE
   032723 E18565 _____ _____  CONT _
_  111215 C43253 TK00 acct. is being handled by OCA,called OCA and advsd  111215
                       that there's no open case but Ombudsman is callin
                       g us about the acct,OCA rep asked for the call to
_  111215 C43253 TK00 be transfrd over, transfrd call accordingly         111215
_  111215 C43253 GG00 **ESCALATIONS**                                     111215
_  111215 E61168 TK00 Borrower escalation request full payment history p   111215
                      rincipal/interest/fees telephone 601-906-4145 sent
```

```
                              for assgnmt
_ 111815 E69824 TK00 Borrower research re: Reviewed Account        111815
_ 120715 MYL    TW50 LOGIN SUCCESSFUL                              120715
_ 120715 C52003 TK00 borr is working with oca call tran to hq      120715
_ 120715 C52003 TK00 Borrower phone contact re: Cares Dialed 11457 120715


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                  UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                  PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 120715 C45647 TK00 Cares Dialed 18885454199                     120715
_ 120715 C45647 GG00 Escalation                                   120715
_ 120715 C45647 TK00 Borr is requesting for full pmt history; account o 120715
                  n open issue with OCA. Borr wanted to be connected
                   to the same department.
_ 120715 C45647 TK00 while connecting to ART, borr disconnected. NAT    120715
_ 120815 E59660 TK00 brw called to check status of rqst made in Novembe 120815
                  r/advocate unavailable/trans to voicemail
_ 121415 E17282 TK00 rcvd call from cust; transfer to advocate          121415
_ 123015 E69824 GK00 ***OCA*** DRAFTED LETTER WITH PAYMENT HISTORY FOR   123015
                  OPEN LOANS. SUBMITTED FOR QX
_ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802b8 LTR CD=MK01               011316


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                      UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af380928 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802a0 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802b9 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802a1 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af380929 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af38092a LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802ba LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802a2 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802bb LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802a3 LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af38092b LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af38092c LTR CD=MK01           011316


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                      UNITY CD _____   _____
   DATE   SOURCE                   MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802bc LTR CD=MK01           011316
 _ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802a4 LTR CD=MK01           011316
```

```
_ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802bd LTR CD=MK01              011316
_ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802fe LTR CD=MK01              011316
_ 011116 E65130 MDOC MDOC ADDR=PA1S41af38092d LTR CD=MK01              011316
_ 011116 E65130 MDOC MDOC ADDR=PA1S41af3802ff LTR CD=MK01              011316
_ 011116 E65130 MDOC MDOC ADDR=PA1S41af38092e LTR CD=MK01              011316
_ 011916 MYL2   TW50 LOGIN SUCCESSFUL                                  011916
_ 012016 E69824 GK00 ***OCA*** SPOKE TO BORROWER REGARDING CONCERN AND 012016
                     ADVISED WOULD NEED BANK STATEMENTS TO VERIFY TRANS
                     ACTIONS BORROWER BELIEVES ARE MISSING
_ 012316 SYSTEM K135 1098-E NOTICE LESS THAN $600                     E012316


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST ____ CLASS CD ____   ____   LOANS SELECTED  12345678901234567890
                    UNITY CD ____   ____
  DATE  SOURCE                   MESSAGE                    PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 012316 PwrLdr MDOC MDOC ADDR=IN1P41af946e2e LTR CD=GFB4              012516
_ 021116 MYL2   TW50 LOGIN SUCCESSFUL                                  021116
_ 021216 MYL2   TW50 LOGIN SUCCESSFUL                                  021216
_ 021216 MYL2   TW50 LOGIN SUCCESSFUL                                  021216
_ 021616 C45804 TK00 rcvd cl frm bor said he sent his bank statements r 021616
                     e discrepancies of his pymts/acct being handled by
                      OCA/ as per sup to xfr to hq to xfrd to OCA
_ 021616 C42906 TK00 Cares Dialed 18885454199                         021616
_ 021616 C42906 TK00 Transfer to another department                   021616
_ 021616 C42906 TK00 acct handled by oca, brr wants to be transferred t 021616
                     o oca, xfer call
_ 021716 E17282 TK00 rcvd 2 vm from cust for adv; fwd                  021716
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                  PST/RESOLVE
   032723 E18565 ____ _____  CONT _
_  021716 C43601 TK00 on set of the call borr asked to be transferred to  021716
                      a manager. adv that we can connect him to sup. ab
                      t OCA concern. escalated call
_  021716 C42537 GG00 Escalation                                          021716
_  021716 C42537 TK00 Bor requested to speak to oca to follow up his con  021716
                      cern when he spoke to oca.
_  021716 E49158 GG00 Rcvd T/C                                            021716
_  021716 E49158 TK00 recvd xfer cl frm bwr, already validated, he has b  021716
                      een trying to get back in touch with advocatefor s
                      everal days and said he left several voice mails,
_  021716 E49158 TK00 transfered warm to advocate                         021716
_  021716 MYL2   TW50 LOGIN SUCCESSFUL                                     021716


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                      UNITY CD _____  _____
   DATE   SOURCE                    MESSAGE                          PST/RESOLVE
  032723 E18565 _____ _____   CONT _
_ 030716 MYL2   TW50 LOGIN SUCCESSFUL                                  030716
_ 030716 MYL2   TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE       030716
_ 031716 MYL2   TW50 LOGIN SUCCESSFUL                                  031716
_ 031716 MYL2   TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE       031716
_ 040716 MYL2   TW50 LOGIN SUCCESSFUL                                  040716
_ 041816 MYL2   TW50 LOGIN SUCCESSFUL                                  041816
_ 042116 MYL2   TW50 LOGIN SUCCESSFUL                                  042116
_ 051716 MYL2   TW50 LOGIN SUCCESSFUL                                  051716
_ 061916 MYL2   TW50 LOGIN SUCCESSFUL                                  061916
_ 062116 MYL2   TW50 LOGIN SUCCESSFUL                                  062116
_ 071816 MYL2   TW50 LOGIN SUCCESSFUL                                  071816
_ 072416 MYL2   TW50 LOGIN SUCCESSFUL                                  072416


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY

SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).

PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23

>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __

SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******

NAME   JAMERIAL Q BENSON                              OWNER   ***************

LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                      UNITY CD _____  _____
   DATE   SOURCE                    MESSAGE                          PST/RESOLVE
  032723 E18565 _____ _____   CONT _
_ 072416 MYL2   TX00 BANK ACCOUNT XXXX6309 SAVED                       072416
_ 081716 MYL2   TW50 LOGIN SUCCESSFUL                                  081716
_ 100816 SYSTEM GZ00 TRANSFER TO PIF FROM LSC/F  ORIGINAL SUFFIX: 1    100816
_ 011517 SYSTEM K135 1098-E NOTICE LESS THAN $600                      011517
_ 020617 MYL2   TW50 LOGIN SUCCESSFUL                                  020617
_ 020617 MYL2   TX14 BORROWER REQUESTED TAX LETTER FROM WEB SITE       020617
_ 010519 E44802 MDOC MDOC ADDR=PA1S41cab0deda LTR CD=GK24              021119
```

```
_ 010719 E41154 MDOC MDOC ADDR=PA1O41c9dd6b99 LTR CD=MI38           011219
_ 010719 E62061 GK0M REC'D CUST DOC; FORWARDED TO CORRECT DEPT; NAT  011519
_ 020719 E52517 MDOC MDOC ADDR=PA1O41caacdf49 LTR CD=MK01           020719
_ 020719 E18893 MDOC MDOC ADDR=PA1O41cab0fb7d LTR CD=MK01           021119
_ 020719 e72150 MDOC MDOC ADDR=XX1O41caacdf49 LTR CD=MI37           021419
```

I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG ___ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                            OWNER  ***************
LETTER REQUEST _____ CLASS CD _____  _____   LOANS SELECTED  12345678901234567890
                UNITY CD _____   _____
   DATE  SOURCE                      MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 020719 e72150 MDOC MDOC ADDR=XX1O41cab0fb7d LTR CD=MI37           021419
_ 020919 E52517 MDOC MDOC ADDR=PA1S41caebee6b LTR CD=GK24           022219
_ 021419 E72150 GH92 ACCT RECEIVED IN OCA FOR REVIEW AND RESPONSE   021419
_ 021419 E72150 GK00 **OCA RECEIVED LTR FROM BRW - BRW REQUESTING COPIE 021419
                     S OF ALL PNOTES AND UPDATE ON CURRENT STATUS OF EA
                     CH LN
_ 021419 E72150 GUB3 MADE OUTREACH TO CUSTOMER                      021419
_ 021419 E72150 GK00 **OCA MADE OUTREACH TO BRW - SPOKE W BRW AND CONF 021419
                     NEEDS ALL PNOTES FOR LNS WE SERVICED, NEEDS IT FOR
                     LAWYER // BRW STATED THEY NEED INFO FROM SEVERAL



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____    _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  021419 E72150 GK00 SERVICERS // CONF WE CAN ONLY PROVIDE INFO ON NAVI  021419
                      LNS, ALL OTHER SERVICERS WOULD NEED TO RESPOND ON
                      THEIR OWN // CONF MAILING ADDRESS ON FILE IS CORRE
_  021419 E72150 GK00 CT - ADVISED WILL WORK ON REQUEST AND HAVE INFO MA  021419
                      ILED TO BRW
_  021819 E72150 GK00 **OCA DRAFTED RESPONSE TO BRW W FED LN PNOTES, ADV  021819
                      ISED WERE PCON // PROVIDED COPY OF 1/5/19 LTR WHIC
                      H ADDRESSED CONCERNS ABOUT PRIV LNS // CONF CANNOT
_  021819 E72150 GK00 PROVIDE INFO ON ADDIT LNS W ANOTHER SERVICER       021819
_  021819 E72150 MY96 OCA; AWAITING QC                                   021819
_  021819 E73406 MY99 OCA QC COMPLETE                                    021819
_  021819 E72150 GK24 SENT RESPONSE TO CUSTOMER                          021819


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **    OWNER ******
NAME  JAMERIAL Q BENSON                               OWNER  ****************
LETTER REQUEST _____ CLASS CD _____    _____   LOANS SELECTED  12345678901234567890
                     UNITY CD _____    _____
   DATE   SOURCE                    MESSAGE                     PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_  021819 E72150 GY95 OCA REVIEW COMPLETE                                021819
_  022019 E38323 MDOC MDOC ADDR=PA1S41cb10b2fb LTR CD=MK01               022619
```

```
_ 091720 E42370 MDOC MDOC ADDR=PA1Sc38163ae20 LTR CD=GK24        092220
_ 091521 E78453 GSE3 CRS: ESCALATION CALL RECEIVED FROM AGENT    091521
_ 091521 E78453 GG00 ESC-REVWD NSLDS, BORR DISPUTING BAL'S       091521
_ 091521 E78453 TK00 ADVSD TO CONTACT OMB/MOHELA BORR STATES ALREADY DI  091521
                     D.. TIME IN QUESTION IS BTWN 2008-2013 WHILE ACS H
                     AD THE LOAN AND WENT TO MOHELA IN 2013
_ 091521 E78453 GG00 BAL PAID THRU CONSOL 32,179.71.. 43000 BAL WHEN MO   091521
                     HELA TOOK OVER THE LOAN IN 2013.. CURRENT BAL OVER
                      53979 ACCORDING TO NSLDS
_ 112221 E18893 MDOC MDOC ADDR=PA1Oc382396eb1 LTR CD=MV01        112221


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                   MESSAGE                    PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 120921 E19043 MDOC MDOC ADDR=PA1Sc382426022 LTR CD=GK24        122221
_ 121321 e18222 MDOC MDOC ADDR=IN1Xc382414048 LTR CD=GK24        121421
_ 122721 E41299 MDOC MDOC ADDR=PA1Oc382466919 LTR CD=SG02        122721
_ 122921 E19043 MDOC MDOC ADDR=PA1Sc3824935c4 LTR CD=GK24        010422
_ 011222 E41299 MDOC MDOC ADDR=PA1Fc3824cfd98 LTR CD=SG02        011322
_ 022222 E19043 MDOC MDOC ADDR=PA1Sc382600a63 LTR CD=GK24        030722
_ 031122 E61004 MDOC MDOC ADDR=PA1Oc382692bb5 LTR CD=MK01        031122
_ 032322 E19043 MDOC MDOC ADDR=PA1Sc382706c6c LTR CD=GK24        033122
_ 071922 IDTOPE GX00 ID:41819469  , IDT TYPE: Manual Letter Requests is  072022
                     created on 07/19/2022 by e72625
_ 072022 E59966 G196 CLAIM FILED WITH THE ORIGINAL PROMISSORY NOTE   072022
_ 072022 E59966 MK24 DISREGARD PREVIOUS ENTRY                    072022
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE   SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 ____ _____ CONT _
_  072022 E59966 G186 LETTER TYPED; AWAITING QC                   072022
_  072022 E59966 GJ00 PER MANLR IDT 41819469; SEE -1 CORR         072022
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-01, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-02, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-03, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-05, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966
_  072022 IDTCLS GX00 ID:41819469   LoanNo: 2-08, IDT Type: Manual Lette 072122
                    r Requests is completed on 07/20/2022 by e59966


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
```

```
                    UNITY CD _____   _____
  DATE   SOURCE                           MESSAGE                            PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-09, IDT Type: Manual Lette  072122
                    r Requests is completed on 07/20/2022 by e59966
_ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-10, IDT Type: Manual Lette  072122
                    r Requests is completed on 07/20/2022 by e59966
_ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-11, IDT Type: Manual Lette  072122
                    r Requests is completed on 07/20/2022 by e59966
_ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-12, IDT Type: Manual Lette  072122
                    r Requests is completed on 07/20/2022 by e59966
_ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-13, IDT Type: Manual Lette  072122
                    r Requests is completed on 07/20/2022 by e59966
_ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-14, IDT Type: Manual Lette  072122
                    r Requests is completed on 07/20/2022 by e59966


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ _____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME   JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
  DATE   SOURCE                           MESSAGE                            PST/RESOLVE
  032723 E18565 _____ _____ CONT _
_ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-16, IDT Type: Manual Lette  072122
                    r Requests is completed on 07/20/2022 by e59966
_ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-17, IDT Type: Manual Lette  072122
                    r Requests is completed on 07/20/2022 by e59966
_ 072022 IDTCLS GX00 ID:41819469   LoanNo: 2-20, IDT Type: Manual Lette  072122
                    r Requests is completed on 07/20/2022 by e59966
_ 072122 E15236 G170 COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED     072122
```

```
_ 072122 E15236 MK00 G170 TEMP PRCS                          072122
_ 072122 E39189 GK24 SENT RESPONSE TO CUSTOMER               072122
_ 072122 e18916 MDOC MDOC ADDR=IN1Xc382a1ea5a LTR CD=GK24    072122
_ 072522 E63169 GK00 *OCA* SENT REQUEST FOR PAYMENT HISTORIES 072922



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ___ __ ____ _ PG __ OWN _____ ST ____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                          OWNER  ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                 UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                   PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 072622 E63169 GK00 *OCA* RECEIVED CFPB COMPLAINT 220615-8895960 FROM  072622
                     BRW WHO WANTS FULL PAYMENT HISTORY OF THE LOANS
_ 072622 E63169 GH92 ACCT RECEIVED IN OCA FOR REVIEW AND RESPONSE       072922
_ 072722 E63169 GK00 *OCA* DRAFTED RESPONSE TO BRW'S CFPB COMPLAINT     072722
                     WITH FULL PAYMENT HISTORY OF LOANS IN QUESTION
_ 072722 E63169 MY96 OCA; AWAITING QC                                  072722
_ 072722 E58500 MY97 OCA RETURNED TO REP FOR REVISIONS                 072722
_ 072722 E63169 GK00 *OCA* ACCOUNT SENT FOR PAYMENT HISTORIES ON FDR LN 072722
                     S
_ 072922 E63169 GK00 *OCA* GOT FULL PAYMENT HISTORIES FOR FDR LOANS    072922
_ 072922 E63169 MY98 OCA REVISIONS MADE, RESUBMITTED TO QC             072922



I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```

```
CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 072922 E63169 GK00 *OCA* RESUBMITTED DOCUMENT RESPONSE TO BRW'S CFPB   072922
                     COMPLAINT
_ 072922 E58500 MY99 OCA QC COMPLETE                                     072922
_ 080122 c44027 GJ00 Mr JAMERIAL Q. BENSON called in has questions on t  080122
                     he FDR loans as to how much, when was the paymt ma
                     de, what loan was it posted to. He req to get
_ 080122 c44027 GJ00 a doc for the complete paymt history. He has quest  080122
                     ions about his FFELP loans w/ serv dates 2002 - 20
                     08. He said prev rep/******** provided him inf
_ 080122 c44027 GJ00 o for his FFELP loans, it resulted some confusion   080122
                     as to why I can t see history.


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY--------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **    STATUS ****    GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                             OWNER  ****************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                    UNITY CD _____   _____
   DATE  SOURCE                    MESSAGE                    PST/RESOLVE
   032723 E18565 _____ _____ CONT _
_ 080122 c44027 GJ00 Action Taken: Apologized, was surprised why call w  080122
                     as already transf by an Agent. Adv payment info on
```

```
                          his FDR loans. IDT submitted for his FDR loan
_ 080122 c44027 GJ00 s paymt history. Adv start date of FFELP loans bei   080122
                     ng serv by Navient was around Oct 2014. Adv to cal
                     l Aidvantage, acct reviewed on Y data base, n
_ 080122 c44027 GJ00 o info showing. FFELP loans was already consolidat   080122
                     ed by DOE yr 2008. As per directive order, we need
                      to adv cust to call Aidvantage if they needed
_ 080122 c44027 GJ00 a doc for the loans prev by serv by DOE. CSI ID NO   080122
                     . 139323
_ 080122 E17895 GK8B UPLOADED RESPONSE TO CFPB PORTAL                     080122


I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.


CLASS-151-BORROWER CORRESPONDENCE HISTORY---------------- PIF ACCOUNTS 03/27/23
>NXT SCR 151 SSN ____ __ ____ _ PG __ OWN _____ ST _____ GU __ LN __ DT __ __ __
SSN 425 41 6056 2   LOANS ALL    PROG **   STATUS ****   GUAR **   OWNER ******
NAME  JAMERIAL Q BENSON                              OWNER   ***************
LETTER REQUEST _____ CLASS CD _____   _____   LOANS SELECTED  12345678901234567890
                      UNITY CD _____   _____
  DATE  SOURCE                    MESSAGE                      PST/RESOLVE
  032723 E18565 ____ _____ CONT _
_ 080122 E63169 GY95 OCA REVIEW COMPLETE                                  080122
_ 081822 E71920 GJ00 IDT 42217599/COMPLTD/SENT PH                         081822
_ 081822 E71920 G186 LETTER TYPED; AWAITING QC                            081822
_ 081922 E74282 GJ00 LWA QC; RTN'D TO REP; MAY NEED ADDITIONAL INFO IN    081922
                     LTR; SNT BACK FOR REP RVW
_ 081922 E74282 G155 RETURNED LETTER TO REP FOR REVISIONS                 081922
_ 081922 E71920 G379 REVISIONS MADE, LETTER RESUBMITTED TO QC             081922
_ 081922 E74282 G170 COMPLETED QC REVIEW; SENT TO BE MAILED OR FAXED      081922
_ 081922 e60851 MDOC MDOC ADDR=IN1Xc382af92fd LTR CD=GK24                 081922
_ 081922 E17881 MDOC MDOC ADDR=PA1Sc382b1ab6d LTR CD=GK24                 082522
_ 082222 E01464 GK24 SENT RESPONSE TO CUSTOMER                            082222
```

```
I001 PREVIOUS SCREEN PROCESSED SUCCESSFULLY
SELECT AND PRESS ENTER TO DISPLAY DETAIL. PF5=IN MAIL(152). PF6=IN PHONE(153).
PF7=OUT MAIL/PH(154) PF8=CRIT CHG(155) PF2=TGL SRC.
```





## Business Services

| Home | Business Search | Business Filings | Commercial Registered Agents | User Login | Filing Fees |

## Business Search

| Business Name | Business ID | Officer Name | Registered Agent |

### Search Criteria

**Starting With**    **All Words**    **Any Words**    **Sounds Like**    **Exact Match**

**Business Name:**

| | |
|---|---|
| Search Type: **Business Name** | Search Sub-Type: **Starting With** |
| Search Date: **06/28/2023 02:27** | Search Thru Date: **06/26/2023** |
| Criteria: **navient** | Result(s) Count: **2** |

## Business Name Search Results

| Business Name | Business ID | Type ▼ | Status ▼ | Create Date ▼ | |
|---|---|---|---|---|---|
| Navient Solutions, Inc. | 744030 | Foreign Limited Liability Company (LLC) | Good Standing | 01/05/2004 | Details |
| Navient Solutions, LLC | 744030 | Foreign Limited Liability Company (LLC) | Good Standing | 01/05/2004 | Details |

| ① | | | | 1 - 2 of 2 items ↻ |



**EXHIBIT**

**B**

Case: 45CI1:23-cv-00068-JA     Document #: 16-2     Filed: 06/29/2023     Page 2 of 2



2021 Mississippi Secretary of State. All rights reserved



Michael Watson
SECRETARY OF STATE

| Employment | Online Services Directory | Fees & Forms Directory | 82-County Tour | How Do I...? | Links |

Disclaimer

**IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI**

**JAMERIAL BENSON**                                                           **PLAINTIFF**

**V.**                                                 **CIVIL ACTION NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.**                         **DEFENDANTS**

---

**MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN
THE ALTERNATIVE, TO DISMISS**

---

In 2004, Plaintiff graduated from the University of Southern Mississippi ("USM").  His tuition was paid for in part by numerous federal and private loans.  Plaintiff's federal loans were serviced by Navient Solutions, LLC ("Navient") until 2008 when his loans were paid off through a consolidation.  Navient Corporation, on the other hand, is an improper defendant as it never disbursed or serviced any loans to Plaintiff.

Despite repeated contact and communication with Navient over the years, Plaintiff waited until March 3, 2023 to file a lawsuit regarding his repayment of those loans.  The statute of limitations on his claims, however, expired years ago, and Navient is entitled to summary judgment.  Even if the limitations period had not yet expired, Plaintiff's Complaint fails to state a claim against Navient because Navient did not service Plaintiff's loans during the time period Plaintiff claims payments made were not properly applied to his loans.

**STATEMENT OF FACTS**

Plaintiff Jamerial Benson attended USM from 2000 to 2004.  [Dkt. 1, ¶ 8].  To pay for college, Plaintiff took unsubsidized and subsidized federal Stafford Loans and Perkins Loans he claims were initially serviced by "Navient and Direct Loan Servicing Center a/k/a ACS

Educational Services." *Id.* at ¶¶ 9, 14.  Upon graduating, Plaintiff alleges that he began making payments on his Perkins Loan, which totaled $6,213.00, until it was paid in full as of July 30, 2008.[1]  *Id.* at ¶ 11.  During the same period of time, Plaintiff alleges his Stafford Loans were held in forbearance.  *Id.* at ¶ 12.  In 2008, Plaintiff alleges his remaining loans were consolidated into two loans: Consolidation Loan 001 in the amount of $20,192.35 and Consolidation Loan 002 in the amount of $23,511.12.  *Id.* at ¶ 13.  Following the 2008 consolidations, Plaintiff alleges that Navient only serviced his loans until they were obtained by MOHELA in 2013.  *Id.* at ¶ 14.

Plaintiff claims that he inquired as to the balance of both loans approximately 10 years later and—despite making payments through automated withdrawals—was informed by MOHELA that the balances were $24,939.56 on Consolidation Loan 001 and $29,038.78 on Consolidation Loan 002.  *Id.* at ¶ 16.  Plaintiff alleges that MOHELA's records only show six payments against his loans from 2008 to 2013, the time period when Plaintiff alleges Navient serviced both loans.  *Id.* at ¶ 19.

Plaintiff's loan records, however, tell a different story.  Contrary to Plaintiff's allegations, Navient serviced Plaintiff's federal loans only until 2008 when the loans were consolidated.[2]  [Dkt. 12-2, pp. 3-4], Principal Balance Payment History, attached to Defendant's Motion as Exhibit A-1.  Upon consolidation, Plaintiff's loans with Navient were paid in full, and co-defendant MOHELA began servicing the newly consolidated loans.  *Id.*  Additionally, Plaintiff had ample contact with Navient regarding the status of his loans from before he graduated from USM through 2023.  In January 2015, Plaintiff twice spoke with Navient alleging that his loan balances had increased when Navient's spun off of Sallie Mae.  [Dkt. 12-1, p. 23], FDR Correspondence

---

[1] The Complaint purports to attach a Promissory Note stamped "Paid in Full" regarding the Perkins Loan as Exhibit A, but no such Exhibit was filed with the Complaint.

[2] Plaintiff also took two private loans that were serviced by Navient, but those loans are not at issue as Plaintiff's Complaint only alleges wrongdoing as to the federal loans.

History, attached to Defendant's Motion as Exhibit A-2.  In February 2015, Plaintiff twice spoke with Navient requesting his payment history.  [Dkt. 12-1, p. 24].  On February 23, 2015, Navient provided Benson with a detailed transaction history for both of his loans.  [Dkt. 12-1, pp. 57-60], February 23, 2015 Correspondence, attached to Defendant's Motion as Exhibit A-3.

In November 2015, Benson made a request through Navient's website for his entire payment history from inception.  [Dkt. 12-1, p.31].  At this point, he was informed that his requests were being handled by Navient's Office of the Consumer Advocate ("OCA").  [Dkt. 12-1, p. 32]. On November 17, 2015, Plaintiff spoke with OCA and stated that he believed his payment history and account balance were not accurate.  *Id.*  Benson spoke with Navient multiple times in December 2015 and was ultimately sent correspondence outlining his account balances and payment histories.  [Dkt. 12-1, pp. 32-34]; *see also* [Dkt. 12-1, pp. 61-67], January 7, 2016 Correspondence, attached to Defendant's Motion as Exhibit A-4.  Plaintiff requested additional information again in early 2019, which prompted another letter from Navient stating that his loan balances with Navient were "paid in full by consolidation in June 2008."  [Dkt. 12-1, p. 68], February 18, 2019 Correspondence, attached to Defendant's Motion as Exhibit A-5.

## STANDARD OF REVIEW

"Summary judgment shall be rendered for the moving party 'if the pleadings, depositions, answers to interrogatories and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.'" *Chalk v. Bertholf*, 980 So. 2d 290, 293 (Miss. Ct. App. 2007) (quoting Miss. R. Civ. P. 56(c)). The non-moving party "must by affidavit or otherwise set forth specific facts showing that there are indeed genuine issues for trial." *Fruchter v. Lynch Oil Co.*, 522 So. 2d 195, 199 (Miss. 1988).  Self-serving, conclusory testimony does not satisfy this burden. *E.g., Hubbard v. Wansley*, 954 So. 2d 951, 966 (Miss. 2007).A motion to dismiss under Mississippi Rule of Civil Procedure 12(b)(6) "tests the legal sufficiency of a complaint." *Blackwell v. Lucas*, 271 So. 3d

3

638, 640 (¶5) (Miss. Ct. App. 2018) (*State v. Bayer Corp.*, 32 So. 3d 496, 502 (¶ 21) (Miss. 2010)).

When considering a motion to dismiss, "[t]he well pleaded allegations of the complaint must be taken as true." *Bilbo v. Thigpen*, 647 So. 2d 678, 687 (Miss. 1994). However, "[c]onclusory allegations or legal conclusions masquerading as factual conclusions will not suffice to defeat a motion to dismiss." *Rose v. Tullos*, 994 So. 2d 734, 739 (¶25) (Miss. 2008). Legal conclusions that are unsupported by facts are insufficient to survive a motion to dismiss. *Id.; see also Chalk v. Bertholf*, 980 So. 2d 290, 296 (¶11) (Miss. Ct. App. 2007).

## ARGUMENT

### I.  Navient Corporation is Not a Proper Party.

Navient Corporation is entitled to summary judgment on Plaintiff's claims because it is merely a holding company that had no relationship with Plaintiff or his loans. Navient Solutions, LLC is the entity that serviced Plaintiff's federal and private loans. [Dkt. 12-1, p. 1, ¶ 3]. Indeed, the Mississippi Secretary of State's website clearly shows that only Navient Solutions, Inc. and Navient Solutions, LLC are authorized to do business in the state of Mississippi.[3] *See* Secretary of State Search Results, attached to Defendant's Motion as Exhibit B. Navient Corporation, therefore, cannot be held liable for alleged wrongdoing regarding loans that it neither disbursed nor serviced. Navient Corporation, therefore, is entitled to summary judgment on Plaintiff's claims.

### II.  Plaintiff's Claims Against Navient are Barred by the Statute of Limitations.

Plaintiff's claims against Navient are barred by the statute of limitations. Each of Plaintiff's claims are subject to the three-year limitations period under Miss. Code Ann. § 15-1-49, Mississippi's "catch-all" limitations statute. *See Covington Cnty. Bank v. Magee*, 177 So. 3d 826, 828-29 (¶6) (Miss. 2015) (conversion); *see also Anderson v. LaVere*, 136 So. 3d 404, 411

---

[3] Navient Solutions, Inc. changed its name to Navient Solutions, LLC effective January 31, 2017.

(¶32) (Miss. 2014) (breach of fiduciary duty); *Alston v. Pope*, 112 So. 3d 422, 424 n.3 (Miss. 2013) (negligence); *Wallace v. Greenville Pub. Sch. Dist.*, 142 So. 3d 1104, 1106 (Miss. Ct. App. 2014) (¶8) (breach of contract); *B & C Constr. & Equip., LLC v. Ovella*, 880 F. Supp. 2d 735, 739 (S.D. Miss. 2012) (breach of the duty of good faith and fair dealing).

Under § 15-1-49, a cause of action accrues "when it comes into existence as an enforceable claim, that is, when the right to sue becomes invested." *Anderson*, 136 So. 3d at 411 (¶33) (citing *Ballard v. Guardian Life Ins. Co. of Am.*, 941 So. 2d 812, 815 (Miss. 2006)); *see also Wallace*, 142 So. 3d at 1107 (¶9) (stating that a breach of contract claim "accrues at the time of the breach, regardless of the time when the damages from the breach occurred."). Thus, any cause of action as to Navient would have to have accrued, at the latest, in 2013. Plaintiff's claims, subject to a three-year limitations period, would have expired in 2016.

Additionally, Plaintiff cannot save his claim by alleging that his injuries were latent in nature and not discovered until some later point in time. Under Section 15-1-49(2), in actions "which involve latent injury or disease, the cause of action does not accrue until the plaintiff has discovered, or by reasonable diligence should have discovered, the injury." A "latent injury" is defined as "one where the plaintiff will be precluded from discovering harm or injury because of the secretive or inherently undiscoverable nature of the wrongdoing in question . . . or when it is unrealistic to expect a layman to perceive the injury at the time of the wrongful conduct." *Baker v. Raymond James & Assocs. Inc.*, 312 So. 3d 720, 723 (¶12) (Miss. 2021) (quoting *PPG Finishes, Inc. v. Lowery*, 909 So. 2d 47, 50 (Miss. 2005)). Additionally, the "'latent injury 'must be undiscoverable by reasonable methods [,]' and plaintiffs 'must be reasonably diligent in investigating [their] injuries." *Id.* (quoting *Wright v. Quesnel*, 876 So. 2d 362, 366 (Miss. 2004)).

Plaintiff's alleged injury is not latent. But, even if his injury was latent, Plaintiff was aware of the status of his loan accounts throughout the life of the loans and the repayment periods. In 2015, for example, Plaintiff spoke with Navient multiple times regarding that status of his loans

and his belief that his balances had increased.  He also made requests for his payment history through Navient's website.  In fact, Plaintiff accessed his account through Navient's website at least 79 times between July 3, 2009 and February 6, 2017.  [Dkt. 12-1, pp. 201-271], Correspondence History – Dash 2, attached to Defendant's Motion as Exhibit A-6.  Plaintiff, therefore, was or should have been well aware of any alleged issues with his student loans years ago, and the statute of limitations on his claims, therefore, has long expired.

### III.   Plaintiff's Complaint Fails to State a Claim Upon Which Relief May Be Granted as to Navient.

Even if Plaintiff's claims against Navient had not expired, Plaintiff's Complaint fails to state a claim upon which relief may be granted as to Navient on any of his claims.  Plaintiff's Complaint alleges that his loans were in forbearance until 2008, meaning no payments would have been owed during that period.  [Dkt. 1, ¶ 12].  Navient, however, did not service Plaintiff's loans after 2008.  [Dkt. 12-1, pp. 4, 68].[4]  Plaintiff pleads that all alleged wrongful conduct regarding his federal loans took place after 2008, a period when Navient no longer serviced any of Plaintiff's federal loans.  Each of Plaintiff's five counts—conversion, breach of fiduciary duty, negligence, breach of contract, and breach of the implied duty of good faith and fair dealing—all relate to the conduct the Complaint alleges took place following the 2008 consolidation of Plaintiff's federal loans.  Since Navient was not servicing any of Plaintiff's federal loans at that point, no payments were being made to Navient at all.  Moreover, the Complaint alleges that the loans were in school deferment or forbearance prior to 2008, meaning that no loans payments were made to Navient at any point in time.  [Dkt. 1, ¶¶ 8, 12].  Accordingly, Plaintiff's Complaint fails to state a claim upon which relief may be granted against Navient, and his Complaint should be dismissed.

---

[4] The Court may consider Plaintiff's loan summary under Rule 12(b)(6) even though it was not attached to Plaintiff's complaint because the consolidation of Plaintiff's loan is referred to in Plaintiff's Complaint and is central to Plaintiff's Complaint.  *Breeden v. Buchanan*, 164 So. 3d 1057, 1068 (¶53) (Miss. Ct. App. 2015).

## CONCLUSION

For these reasons, Defendant Navient Corporation requests that the Court grant its Motion for Summary Judgment on the grounds that Navient Corporation is an improper party and that the statute of limitations on Plaintiff's claim has expired or, in the alternative, dismiss Plaintiff's Complaint for failure to state a claim.

This the 29th day of June, 2023.

Respectfully submitted,

NAVIENT CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

By: _s/ J. Carter Thompson, Jr._
      J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
R. Christopher White (MS Bar No. 105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  One Eastover Center
100 Vision Center, Suite 400
Jackson, MS  39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing the Clerk of the Court using the MEC system which served a copy upon the following

Dated: June 29, 2023.

*/s/ J. Carter Thompson, Jr.*
J. CARTER THOMPSON, JR.

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                                                  **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.**                                  **DEFENDANTS**

---

### NAVIENT CORPORATION'S STATEMENT OF UNDISPUTED FACTS

---

The following facts are established by the record evidence, cannot be disputed, and are submitted in support of Navient Corporation's Motion for Summary Judgment.

1.     Navient Solutions, LLC ("Navient") serviced Plaintiff's federal loans from disbursement until 2008 when the federal loans were consolidated into two loans.

2.     Navient Corporation, on the other hand, is merely a holding company that has never had any relationship with Plaintiff or his loans.

3.     Upon consolidation in 2008, Navient was paid in full for Plaintiff's loans, and MOHELA began servicing the two consolidated loans.

4.     Plaintiff also took two private loans, which were serviced through Navient but were not part of the 2008 consolidation.

5.     In January 2015, Plaintiff twice spoke with Navient alleging that his loan balances had increased when Navient spun off of Sallie Mae.

6.     In February 2015, Plaintiff twice spoke with Navient requesting his payment history.

7.     On February 23, 2015, Navient provided Benson with a detailed transaction history for both of his loans.

8.     In November 2015, Benson made a request through Navient's website for his entire payment history from inception.

9.     At this point, he was informed that his requests were being handled by Navient's Office of the Consumer Advocate.

10.     On November 17, 2015, Plaintiff spoke with OCA and stated that he believed his payment history and account balance were not accurate.

11.     Plaintiff spoke with Navient multiple times in December 2015 and was ultimately sent correspondence outlining his account balances and payment histories.

12.     Plaintiff requested additional information again in early 2019, which prompted another letter from Navient stating that his loan balances with Navient were "paid in full by consolidation in June 2008."

13.     Plaintiff accessed his account through Navient's website at least 79 times between July 3, 2009 and February 6, 2017.

Respectfully submitted,

NAVIENT CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: *s/ J. Carter Thompson, Jr.*
        J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
R. Christopher White (MS Bar No. 105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  One Eastover Center
100 Vision Center, Suite 400
Jackson, MS  39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing the Clerk of the Court using the

MEC system which served a copy upon the following

Dated: June 29, 2023.

/s/ J. Carter Thompson, Jr.
J. CARTER THOMPSON, JR.

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                           **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO.: 2023-0068**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                         **DEFENDANTS**

### UNOPPOSED MOTION FOR ADDITIONAL TIME TO SERVE DEFENDANT
### CONDUENT EDUCATION SERVICES, LLC

Comes now Plaintiff Jamerial "Jay" Benson and files this Motion for Additional Time to serve Defendant Conduent Education Services, LLC ("Conduent") as follows:

1.      This case was filed on March 3, 2023. [1].  Summonses to all Defendants were issued promptly thereafter. [2], [3], [4].

2.      Pursuant to Miss. R. Civ. P. 4(d)(5), Plaintiff attempted service on Defendant Conduent by sending a copy of the Summons and Complaint via certified mail, return receipt requested, to an address identified as Conduent's headquarters and principal place of business.  *See* Exhibit A – Front and Back Copy of Service Envelope.

3.      Although postmarked May 15, 2023, the envelope containing the summons and complaint was not returned to counsel until late June.  The envelope was marked "not deliverable as addressed" and the certified mail receipt was left blank.  *See* Ex. A.

4.      Under Miss. R. Civ. P. 4(h), the 120-day deadline to complete service of process is July 1, 2023.

5.      By this motion, Plaintiff seeks an additional sixty (60) days, until August 30, 2023, to effectuate service on Conduent.

6.   Because this motion is filed with in the initial 120-day period for service, it is governed by Miss. R. Civ. P. 6(b) which allows an extension within the Court's discretion upon "cause shown."  1 MS PRAC. CIVIL PROC. § 5.6 (Jackson, et al. Eds.) "Cause shown" is a legitimate reason, made in good faith" as to why an extension of time to serve process is required.  *Fulgham v. Jackson*, 234 So. 3d 279, 284 (Miss. 2017).  "[A]n application under Rule 6(b)(1) normally will be granted in the absence of bad faith or prejudice to the adverse party."  *Progressive Gulf Ins. Co. v. Kaur*, 323 So.3d 1087, 1090 (Miss. 2021) (quoting *Cross Creek Productions v. Scafidi*, 911 So. 2d 958, 960) (Miss. 2005).

7.   Here, there is no bad faith or prejudice.  Plaintiff made a timely, good faith attempt at service by certified mail, which was returned undeliverable.  However, the envelope was not returned to counsel in sufficient time to make a second attempt at service within the 120-day window.  Accordingly, Plaintiff respectfully requests that the Court grant an additional sixty (60) days, until August 30, 2023, to effectuate service on Conduent.

8.   Counsel has conferred with the attorneys who have appeared on behalf of Defendants Higher Education Loan Authority of the State of Missouri and Navient Corporation.  These Defendants do not oppose this motion.

9.   Due to the straightforward nature of this motion, Plaintiff respectfully requests that this Court excuse the requirement of a separate memorandum of authorities and grant to Plaintiff the relief requested herein and all other relief the Court deems proper.

Respectfully submitted, this the 29th day of June, 2023.

**JAMERIAL BENSON**

BY: */s/ Lindsey O. Watson*
       LINDSEY O. WATSON

Of Counsel:

Charles R. Wilbanks, Jr. (MS Bar #7193)
Lindsey O. Watson (MS Bar #103329)
WILBANKS & DOWD, PLLC
108 West Leake Street
Clinton, MS  39056
Telephone: (601) 952-3600
Fax: (601) 952-3601
Email: chip@wilbanksdowd.com
lindsey@wilbanksdowd.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date, electronically filed the foregoing with the clerk of the Court using the ECF system which will send notification of such filing all counsel of record.

This is the 29th day of June, 2023.


/s/ *Lindsey O. Watson*
LINDSEY O. WATSON

ks + Dowd, PWC
leake St.
MS 39056

AKN

Conduent Education Services
AKA ACS Education Services, Inc.
2277 East 220th St.
Long Beach, CA 90810



RDC 99

90810

U.S. POSTAGE PAID
ECOM LETTER
39027
FLORA, MS
AMOUNT
$8.61
R2305H127616-15



NIXIE        910   C2  1              7205/24/23

NOT   DELIVERABLE   AS   ADDRESSED
        UNABLE   TO   FORWARD
BC: 39056        2347N144233-00741

7022 2410 0001 6716 4216

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Conduent Education Services
f/l/A ACS Education Services
2277 East 220th St.
Long Beach CA 70810

9590 9402 7888 2234 5635 94

2. Article Number (Transfer from service label)

7022 2410 0001 6716 4216

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                                              **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                                            **DEFENDANTS**

---

### NOTICE OF SERVICE OF DISCOVERY

---

Defendant Navient Corporation ("Navient") on this date served Plaintiff with a copy of

its First Set of Requests for Admission.  Counsel for Navient has retained the original.

This the 5th day of July, 2023.

Respectfully submitted,

NAVIENT CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: *s/ J. Carter Thompson, Jr.*
      J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
R. Christopher White (MS Bar No. 105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  One Eastover Center
100 Vision Center, Suite 400
Jackson, MS  39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing the Clerk of the Court using the

MEC system which served a copy upon the following

Dated: July 5, 2023.

*/s/ J. Carter Thompson, Jr.*
J. CARTER THOMPSON, JR.

**IN THE COUNTY COURT OF MADISON COUNTY, MISSISSIPPI**

JAMERIAL BENSON                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 45CI1:23-00068-JA

HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.                            DEFENDANTS

---

### NAVIENT CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSION

---

Pursuant to Mississippi Rules of Civil Procedure 26 and 36, Defendant Navient Corporation ("Defendant") propounds its First Set of Requests for Admission to Plaintiff Jamerial Benson and requests that Plaintiff respond in writing and under oath, within thirty (30) days after service upon him, to the following Requests for Admission:

### <u>INTERROGATORIES</u>

**<u>REQUEST NO. 1</u>:** Admit that you are not seeking damages exceeding $75,000, exclusive of interests and costs, in this case.

**<u>REQUEST NO. 2</u>:** If you denied Request for Admission No. 1, admit that you will ask a judge or jury for damages in excess of $75,000.

**<u>REQUEST NO. 3</u>:** If you denied Request for Admission No. 1, admit that you will not accept a total sum greater than $75,000 for any damages, even if awarded by a jury.

**<u>REQUEST NO. 4</u>:** If you denied Request for Admission No. 1, admit that if awarded a total sum greater than $75,000 by a judge or jury, you will not execute on any portion of the judgment that exceeds $75,000.

**REQUEST NO. 5:**  If you denied Request for Admission No. 1, admit that in the event of a verdict of greater than $75,000, you and your attorneys agree that any such judgment will be satisfied and canceled upon payment of $75,000.

**REQUEST NO. 6:**  If you denied Request for Admission No. 1, admit that you will never seek to amend your Complaint to seek a total amount above $75,000.

THIS the 5th day of July, 2023.

Respectfully submitted,

NAVIENT CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: *s/ J. Carter Thompson, Jr.*
      J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
R. Christopher White (MS Bar No. 105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  One Eastover Center
100 Vision Center, Suite 400
Jackson, MS  39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

2

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I have this day forwarded *via* electronic mail a true and correct copy of the

foregoing to the following:

Charles R. Wilbanks, Jr.
Lindsey O. Watson
WILBANKS & DOWD, PLLC
108 West Leake Street
Clinton, MS 39056
chip@wilbanksdowd.com
lindsey@wilbanksdowd.com

*Attorneys for Plaintiff*

Charles E. Cowan
Wise Carter Child & Caraway, P.A.
Post Office Box 651
Jackson, MS 39205

*Attorney for Higher Education Loan Authority of the
State of Missouri d/b/a Mohela*

This the 5th day of July, 2023.

s/ J. Carter Thompson, Jr.
J. CARTER THOMPSON, JR.

3

**F I L E D**

MADISON COUNTY

IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JUL 05 2023

ANITA WRAY, CIRCUIT CLERK

BY_____ D.C.

JAMERIAL BENSON                                                          **PLAINTIFF**

v.                                              **CIVIL ACTION NO.: 2023-0068**

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA;
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.**                        **DEFENDANTS**

### ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO SERVE DEFENDANT CONDUENT EDUCATION SERVICES, LLC

This day before the Court is Plaintiff Jamerial Benson's Unopposed Motion for an Extension of Time to Serve Defendant Conduent Education Services, LLC. Having reviewed the Motion, this Court finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff has an additional sixty (60) days, until August 30, 2023, to serve Defendant Conduent Education Services, LLC.

SO ORDERED, this the _5th_ day of _July_, 2023.

_____
CIRCUIT JUDGE

Presented By:

Lindsey O. Watson (MS Bar # 103329)
WILBANKS & DOWD, PLLC
108 West Leake Street
Clinton, Mississippi 39056
Telephone No.: (601) 952-3600
Fax No.: (601) 952-3601
Email: lindsey@wilbanksdowd.com

353/517

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                                                          **PLAINTIFF**

**v.**                                                                                          **CIVIL ACTION NO.: 2023-0068**

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA;
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.**                                                    **DEFENDANTS**

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
### DEFENDANT NAVIENT CORPORATION'S MOTION FOR SUMMARY JUDGMENT
### OR, IN THE ALTERNATIVE, TO DISMISS

Plaintiff Jamerial Benson, by and through counsel, files his Motion for an Extension of Time to Respond to Defendant Navient Corporation's Motion for Summary Judgment, or in the Alternative, to Dismiss as follows:

1.      Defendant Navient Corporation ("Navient") filed its Motion for Summary Judgment or, in the Alternative, to Dismiss on June 29, 2023 [Doc. 16].  Under Local Uniform Circuit Court Rule 4.02(3), Plaintiff's response is due on July 10, 2023.

2.      Due to both her case load and a pre-planned family vacation, the undersigned needs additional time, up to and including Friday, July 21, to prepare and file a response.

3.      The undersigned has conferred with counsel of record for Navient, and they do not oppose this motion.

4.      This motion is not filed for the purpose of delay, but to enable the undersigned sufficient time to file a response to Navient's dispositive motion.  No party will be prejudiced if this motion is granted.

Therefore, Plaintiff respectfully requests an extension of time, up to and including July 21, 2023, to file his response to Navient's Motion for Summary Judgement, or in the Alternative, to Dismiss [16] and for any and all other relief the Court deems proper.

Respectfully submitted, this the 5th day of July, 2023.

**JAMERIAL BENSON**

BY: */s/ Lindsey Watson*
LINDSEY O. WATSON

Of Counsel:

Charles R. Wilbanks, Jr. (MS Bar #7193)
Lindsey O. Watson (MS Bar #103329)
WILBANKS & DOWD
108 West Leake Street
Clinton, MS  39056
Telephone: (601) 952-3600
Fax: (601) 952-3601
Email: chip@wilbanksdowd.com
lindsey@wilbanksdowd.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the clerk of the Court using the MEC system, which sent notification of such filing to all counsel of record.

This the 5th day of July, 2023.

*/s/ Lindsey Watson*
LINDSEY O. WATSON

**IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI**

**JAMERIAL BENSON**                                                      **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 2023-CV-00068-JA**

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.**                          **DEFENDANTS**

---

**DEFENDANT HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF
MISSOURI'S ANSWER AND AFFIRMATIVE DEFENSES**

---

COMES NOW Defendant Higher Education Loan Authority of the State of Missouri d/b/a MOHELA ("MOHELA"), and for its Answer and Affirmative Defenses to Plaintiff Jamerial "Jay" Benson's ("Plaintiff") Complaint, states as follows:

**I. Parties**

1.      MOHELA is without information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and therefore enters a general denial to those allegations.

2.      MOHELA admits that it services student loans owned by the federal government, including for borrowers in the State of Mississippi, and that its principal place of business is at 633 Spirit Drive, Chesterfield, MO 63004.  Answering further, MOHELA states that it is, and at all times material hereto was, a public instrumentality and a body politic and corporate of the State of Missouri.  RSMo. § 173.360.  MOHELA further states that it is an "arm of the state" and is entitled to immunity from this lawsuit because the Eleventh Amendment to the U.S.

1

Constitution squarely prohibits suits against a state or its instrumentalities brought by or on behalf of citizens of another state.  Otherwise, the allegations in Paragraph 2 are denied.

3.      The allegations in Paragraph 3 do not relate to MOHELA and do not require an answer from it.  To the extent the allegations are directed to it, MOHELA is without information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and therefore enters a general denial to those allegations.

4.      The allegations in Paragraph 4 do not relate to MOHELA and do not require an answer from it.  To the extent the allegations are directed to it, MOHELA is without information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and therefore enters a general denial to those allegations.

**II.  Jurisdiction and Venue**

5.      The allegations in Paragraph 5 are legal conclusions to which no response is required.  To the extent a response is required, MOHELA specifically denies that jurisdiction over it is proper in this case and states that it possesses arm of the state immunity from suit in this action under the Eleventh Amendment to the United States Constitution.

6.      The allegations in Paragraph 6 are legal conclusions to which no response is required.  To the extent a response is required, MOHELA denies that venue is proper with respect to the claims against it.

**III.  Facts**

7.      Answering on behalf of itself only, MOHELA admits only that it has a contractual relationship with the United States Department of Education ("USDOE") to service student loans owned by the federal government.  Otherwise, MOHELA is without information sufficient to

form a belief as to the truth of the remaining allegations in Paragraph 7 and therefore enters a general denial to those allegations.

8.      MOHELA is without information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and therefore enters a general denial to those allegations.

9.      MOHELA admits the allegations in Paragraph 9.

10.     MOHELA admits the allegations in Paragraph 10.

11.     MOHELA admits only that Plaintiff's Perkins loans were initially serviced by the University of Southern Mississippi.  Otherwise, MOHELA is without information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 11 and therefore enters a general denial to those allegations.

12.     MOHELA is without information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and therefore enters a general denial to those allegations.

13.     MOHELA admits that Plaintiff entered into a Direct Consolidation Loan in 2008, which related to his then-existing federal student loans and his Perkins loans.  Otherwise, MOHELA is without information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 13, including that "most of Plaintiff's remaining federal loans were consolidated[,]" and enters a general denial to those allegations.

14.     MOHELA admits only the allegations in the first sentence of Paragraph 14. Otherwise, as to the remaining allegations, MOHELA is without information sufficient to form a belief as to the truth of the allegations in the second sentence of Paragraph 14 and therefore enters a general denial to those allegations.

15.     MOHELA admits that the servicing on the Direct Consolidation Loan was transferred to it in 2013.  MOHELA admits that Plaintiff did make regular payments for a time

3

after servicing was transferred to MOHELA.   Otherwise, MOHELA denies the remaining allegations in Paragraph 15.

16.     MOHELA admits only that it received inquiries from Plaintiff regarding the balance on his Direct Consolidation Loan.   Otherwise, MOHELA is without information sufficient to form a belief as to the truth of the allegations in the second sentence of Paragraph 16 and therefore enters a general denial to those allegations.   Additionally, MOHELA is without information sufficient to form a belief as to the truth of the allegations in the third sentence of Paragraph 16, given the absence of any allegation regarding the time period referenced in Paragraph 16, and therefore enters a general denial to those allegations.

17.     MOHELA admits only that it received inquiries from Plaintiff regarding the balance on his Direct Consolidation Loan.   Otherwise, MOHELA is without information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 17 and therefore enters a general denial to those allegations.

18.     Answering on behalf of itself only, MOHELA denies the allegations in the first sentence of Paragraph 18.   Answering on behalf of itself only, MOHELA admits it received inquiries from Plaintiff regarding the full payment history for his Direct Consolidation Loan. Answering on behalf of itself only, MOHELA denies the allegations in the third sentence of Paragraph 18.

19.     MOHELA denies the allegations in Paragraph 19.

20.     MOHELA denies the allegations in Paragraph 20.

21.     MOHELA admits only that it is aware of the fact that Plaintiff communicated with several governmental organizations regarding his loans and payments, and that MOHELA

timely responded when contacted for information regarding same. Otherwise, MOHELA denies the remaining allegations in Paragraph 21.

22.    Answering on behalf of itself only, MOHELA denies the allegations in Paragraph 22.

23.    Answering on behalf of itself only, MOHELA denies the allegations in Paragraph 23.

## IV.  Causes of Action

### COUNT I – CONVERSION

24.    MOHELA re-alleges and incorporates its answers to Paragraphs 1 through 23 as if fully set forth herein.

25.    Answering on behalf of itself only, MOHELA denies the allegations in Paragraph 25.

26.    Answering on behalf of itself only, MOHELA denies the allegations in Paragraph 26.

### COUNT II – BREACH OF FIDUCIARY DUTY

27.    MOHELA re-alleges and incorporates its answers to Paragraphs 1 through 26 as if fully set forth herein.

28.    The allegations in Paragraph 28 are legal conclusions to which no response is required. To the extent a response is required, and answering on behalf of itself only, MOHELA denies the allegations in Paragraph 28.

29.    Answering on behalf of itself only, MOHELA denies the allegations in Paragraph 29.

30.     Answering on behalf of itself only, MOHELA denies the allegations in Paragraph 30.

## COUNT III – NEGLIGENCE

31.     MOHELA re-alleges and incorporates its answers to Paragraphs 1 through 30 as if fully set forth herein.

32.     The allegations in Paragraph 32 are legal conclusions to which no response is required.  To the extent a response is required, and answering on behalf of itself only, MOHELA denies the allegations in Paragraph 32.

33.     Answering on behalf of itself only, MOHELA denies the allegations in Paragraph 33.

34.     Answering on behalf of itself only, MOHELA denies the allegations in Paragraph 34.

## COUNT IV – BREACH OF CONTRACT

35.     MOHELA re-alleges and incorporates its answers to Paragraphs 1 through 34 as if fully set forth herein.

36.     Answering on behalf of itself only, MOHELA admits the allegations in Paragraph 36.

37.     The allegations in Paragraph 37 are legal conclusions to which no response is required.  To the extent a response is required, and answering on behalf of itself only, MOHELA is without information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and therefore enters a general denial to those allegations.

38.     Answering on behalf of itself only, MOHELA denies the allegations in Paragraph 38.

39.     Answering on behalf of itself only, MOHELA denies the allegations in Paragraph 39.

### COUNT V – BREACH OF THE IMPLIED DUTY OF GOOD FAITH AND FAIR DEALING

40.     MOHELA re-alleges and incorporates its answers to Paragraphs 1 through 39 as if fully set forth herein.

41.     The allegations in Paragraph 41 are legal conclusions to which no response is required.  To the extent a response is required, and answering on behalf of itself only, MOHELA is without information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and therefore enters a general denial to those allegations.

42.     The allegations in Paragraph 42 are legal conclusions to which no response is required.  To the extent a response is required, and answering on behalf of itself only, MOHELA is without information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and therefore enters a general denial to those allegations.

43.     Answering on behalf of itself only, MOHELA denies the allegations in Paragraph 43.

44.     Answering on behalf of itself only, MOHELA denies the allegations in Paragraph 44.

### V.  Damages

45.     Answering on behalf of itself only, MOHELA denies that Plaintiff is entitled to any relief whatsoever and therefore denies that any relief should be awarded pursuant to the allegations in the Complaint.

### DEFENSES AND AFFIRMATIVE DEFENSES

While MOHELA denies the allegations pled in the Complaint as stated above, MOHELA

7

raises the following additional defenses.  Inclusion of such defenses is not intended to shift the burdens of proof or persuasion imposed by law.  Moreover, inclusion shall not be deemed an admission of liability, damages, or other essential elements of Plaintiff's claims, but rather as alternative or additional defenses that may bar or otherwise limit recovery.

### FIRST DEFENSE

MOHELA states that it is a quasi-governmental entity of the State of Missouri and that it is involved in, among other things, the servicing of student loans for higher education. MOHELA further states that it is, and at all times material hereto was, a public instrumentality and a body politic and corporate of the State of Missouri, established pursuant to the Missouri Higher Education Loan Authority Act, Sections 173.350-173.445, RSMo.  MOHELA, as an arm of a sovereign state (Missouri), is immune from this suit because the Eleventh Amendment to the U.S. Constitution squarely prohibits suits against a state or its instrumentalities brought by or on behalf of citizens of another state.  This case should be dismissed against MOHELA for lack of subject matter jurisdiction.

### SECOND DEFENSE

Plaintiff's Complaint is deficient and subject to dismissal for failure to join an indispensable party, USDOE, which maintains an interest in this proceeding and whose absence subjects MOHELA to substantial risk of incurring inconsistent obligations.  Plaintiff's Direct Consolidation Loan is/was owed to USDOE, and MOHELA's role was limited to servicing the loan pursuant to a contract with USDOE.

### THIRD DEFENSE

Plaintiff's claims fail because Plaintiff has not been damaged by any acts of MOHELA and, to the extent Plaintiff has damages, such damages may have been caused by independent

third parties or by an intervening and superseding cause, including but not limited to Plaintiff, the University of Southern Mississippi, prior servicers of Plaintiff's student loan, or other individuals or entities as may be revealed in discovery, over whom MOHELA has no control and for whom MOHELA has no responsibility.

### FOURTH DEFENSE

Plaintiff's claims fail because Plaintiff has not been damaged by any acts of MOHELA and, to the extent Plaintiff has damages, Plaintiff failed to mitigate his damages.

### FIFTH DEFENSE

Upon information and belief, Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel, waiver, and laches.

### SIXTH DEFENSE

Plaintiff cannot prevail on his claims against MOHELA because MOHELA acted in good faith conformity and in reliance upon all applicable laws, rules, and regulations, and was further privileged in its actions.

### SEVENTH DEFENSE

Plaintiff's claims that relate to MOHELA's alleged misapplication of payments are preempted because they conflict with federal regulations implementing the Higher Education Act of 1965 ("HEA"), 20 U.S.C. §§ 1001-1155, including, but not limited to, 34 C.F.R. § 685.211(a)(1), which mandates how payments must be applied to a Direct Consolidation Loan.

### EIGHTH DEFENSE

Plaintiff's claims against MOHELA are barred by the statute of limitations.  Each of Plaintiff's claims are subject to the three-year limitations period under Miss. Code Ann. § 15-1-49, Mississippi's "catch-all" limitations statute.  *See, e.g., Covington Cnty. Bank v. Magee*, 177

So. 3d 826, 828-29 (¶6) (Miss. 2015) (conversion); *Anderson v. LaVere*, 136 So. 3d 404, 411
(¶32) (Miss. 2014) (breach of fiduciary duty); *Alston v. Pope*, 112 So. 3d 422, 424 n.3 (Miss.
2013) (negligence); *Wallace v. Greenville Pub. Sch. Dist.*, 142 So. 3d 1104, 1106 (Miss. Ct.
App. 2014) (¶8) (breach of contract); *B & C Constr. & Equip., LLC v. Ovella*, 880 F. Supp. 2d
735, 739 (S.D. Miss. 2012) (breach of the duty of good faith and fair dealing).  Under § 15-1-49,
a cause of action accrues "when it comes into existence as an enforceable claim, that is, when the
right to sue becomes invested."  *Anderson*, 136 So. 3d at 411 (¶33) (citing *Ballard v. Guardian
Life Ins. Co. of Am.*, 941 So. 2d 812, 815 (Miss. 2006)).  The evidence will show that each of
Plaintiff's claims against MOHELA accrued more than 3 years prior to Plaintiff's filing of this
case.

## NINTH DEFENSE

Plaintiff's claim for conversion fails because such a claim cannot be brought to recover
money. *See, e.g., Fid. & Guar. Life Ins. Co. v. Williams*, No. 1:06CV959 LG-RHW, 2008 WL
336605, at *5 (S.D. Miss. Feb. 1, 2008); *Worldwide Forest Prod., Inc. v. Winston Holding Co.*,
No. CIV.A.1:96CV178-A, 1999 WL 33537093, at *15 (N.D. Miss. Jan. 13, 1999).  Here,
Plaintiff alleges in conclusory fashion that MOHELA failed to apply his monetary payments in a
manner consistent with the intended use of those payments.  Plaintiff has not alleged (and cannot
allege) that this money was "earmarked or otherwise identifiable, such as enclosed in a container
like a bag or chest."  *Williams*, 2008 WL 336605, at *5.  Thus, Plaintiff's conversion claim fails
as a matter of law.

## TENTH DEFENSE

Plaintiff's claim for conversion fails because MOHELA did not wrongfully possess or
exercise dominion over money to which Plaintiff had a right.  To the contrary, MOHELA simply

applied Plaintiff's voluntary payments in the manner required by federal regulations.

## ELEVENTH DEFENSE

Plaintiff's claim for breach of fiduciary duty fails because the relationship between Plaintiff and MOHELA was nothing more than an arms-length transaction involving a normal debtor-credit relationship, *i.e.,* MOHELA's servicing of a loan owed by Plaintiff to USDOE. None of the other hallmarks of a fiduciary relationship are present. In similar situations, Mississippi courts have declined to impose a fiduciary relationship. *See, e.g., Dominquez v. Palmer*, 970 So. 2d 737, 742 (Miss. Ct. App. 2007) (noting that "as a matter of law, a mortgagor-mortgagee relationship is usually not a fiduciary relationship"); *Merchants & Planters Bank of Raymond v. Williamson*, 691 So. 2d 398, 404 (Miss. 1997) (rejecting notion that a mortgagor/mortgagee relationship was a fiduciary one because holding otherwise "would serve to impose fiduciary concepts upon what is, in many cases, a standard contractual relationship between parties with fundamentally different interests.")

## TWELFTH DEFENSE

Plaintiff's claim for negligence fails because MOHELA did not owe Plaintiff a duty as a matter of law. *See, e.g., Breland v. Trustmark Corp.*, 333 So. 3d 91, 101–02 (Miss. Ct. App. 2022) (entering summary judgment on negligence claim against loan servicer based on alleged failure to follow federal guidelines).

## THIRTEENTH DEFENSE

Plaintiff's claim for breach of contract against MOHELA fails for lack of privity. Plaintiff does not allege and cannot allege that MOHELA is a party to any contract with Plaintiff, and the Complaint concedes MOHELA did not enter the picture until years after the Direct Consolidation Loan at issue was signed.

11

## FOURTEENTH DEFENSE

Plaintiff's claim for breach of the implied duty of good faith and fair dealing fails because there is no underlying contract between Plaintiff and MOHELA.  *See, e.g., Fried Alligator Films, LLC v. New York Life Ins. Co.*, No. 4:16-CV-175-DMB-JMV, 2017 WL 4355825, at *6 (N.D. Miss. Sept. 29, 2017) ("The duty of good faith and fair dealing arises from the existence of a *contract* between the parties.  Thus, for a breach of the duty of good faith and fair dealing to exist, a valid contract must first exist.") (internal citations and quotations omitted) (emphasis in original).

## FIFTEENTH DEFENSE

MOHELA incorporates the defenses raised by other defendants in response to Plaintiff's Complaint.

## SIXTEENTH DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted and should be dismissed pursuant to Rule 12(b)(6) of the Mississippi Rules of Civil Procedure.  MOHELA further raises all defenses under Rule 12(b)(1-7) and moves to dismiss thereto as applicable.

## SEVENTEENTH DEFENSE

Where available, MOHELA seeks apportionment of fault pursuant to, and asserts all defenses allowed by Miss. Code Ann. §§ 11-7-15 and 85-5-7.

## EIGHTEENTH DEFENSE

MOHELA is entitled to a setoff or credit for any amounts paid by third parties arising out of the occurrences alleged in the complaint.

## NINETEENTH DEFENSE

Plaintiff has failed to comply with Miss. R. Civ. P. 10(d).

### TWENTIETH DEFENSE

MOHELA states that its investigation of this matter is ongoing, and MOHELA hereby reserves the right to state additional affirmative defenses as applicable to the claims alleged herein.

WHEREFORE, Defendant Higher Education Loan Authority of the State of Missouri, having fully answered Plaintiff's Complaint, prays that the Complaint be dismissed with prejudice, the Court grant Defendant Higher Education Loan Authority of the State of Missouri's attorneys' fees and costs incurred, and for such other and further relief as the Court deems just and proper.

This the 17th day of July, 2023,

Respectfully submitted,

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA**

BY: */s/Charles E. Cowan*
CHARLES E. COWAN (MSB #104478)

**OF COUNSEL:**

CHARLES E. COWAN (MSB #104478)
Wise Carter Child & Caraway, P. A.
Post Office Box 651
Jackson, Mississippi   39205
P: 601.968.5514
F: 601.968.5530
cec@wisecarter.com

## **CERTIFICATE OF SERVICE**

I, Charles E. Cowan, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the MEC filing system which sent notification to all counsel of record.

SO CERTIFIED, this the 17th day of July, 2023.

*/s/ Charles E. Cowan*
CHARLES E. COWAN

14

IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JAMERIAL BENSON

## F I L E D
MADISON COUNTY

PLAINTIFF

VS.

JUL 20 2023

CIVIL ACTION NO.  CI-2023-068-JA

HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.

ANITA WRAY, CIRCUIT CLERK

BY_____D.C.

DEFENDANTS

### SCHEDULING ORDER

**COMES NOW BEFORE THE COURT** the matter of a scheduling order in the

above styled and numbered cause. To efficiently advance this case on the docket, the

Court orders that:

1. All written discovery requests under M.R.C.P. 33, 34 and 36 must be filed no later than

**October 16, 2023**.

2. The parties must name a mediator and schedule a future date for mediation by:

**October 16, 2023**.

3. All expert witnesses must be designated and all M.R.C.P. 26 expert discovery provided

to all attorneys of record: By Plaintiff(s) by: **December 14, 2023**.

By Defendant(s) by: **January 16, 2024**.

4. All discovery, including discovery and trial depositions, must be completed by:

**April 12, 2024**.

5. The parties must mediate this cause by **May 3, 2024**.

6. All dispositive motions and all challenges to expert testimony/evidence based upon

354/33

*Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579 (1993),or otherwise, must be filed no later than **June 11, 2024**, and shall be deemed abandoned unless heard by: **July 31, 2024**.

**THE SCHEDULING ORDER AS SET FORTH ABOVE SHALL NOT BE CHANGED OR EXTENDED EXCEPT BY SUBSEQUENT ORDER OF THE COURT, FOR GOOD CAUSE SHOWN.**

After discovery is complete and all dispositive motions and any challenge to expert testimony/evidence based upon *Daubert v. Merrell Dow Pharms., Inc.,* 509 U.S. 579 (1993), or otherwise, have been heard or abandoned, any party may move to have this matter set for trial.

**SO ORDERED AND ADJUDGED** this the 20th day of July, 2023.

_____
CIRCUIT COURT JUDGE

354|34

IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JAMERIAL BENSON                                                            PLAINTIFF

F I L E D
MADISON COUNTY

VS.                                        CIVIL ACTION NO.  CI-2023-068-JA

JUL 20 2023

HIGHER EDUCATION LOAN                   ANITA WRAY, CIRCUIT CLERK
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA                   BY_____D.C.
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.                                        DEFENDANTS

## ORDER TO ESTABLISH PROCEDURES GOVERNING
## THE FILING, BRIEFING AND HEARING OF MOTIONS

Pursuant to the authority of M.R.C.P. 78, the Court hereby establishes procedures

for the prompt dispatch of business coming before the Court in this case. The Court has

experienced problems in past cases where parties failed to timely file responses, replies

and/or affidavits and such failures have adversely impacted the orderly administration of

justice. In order to expedite its business and to assist in providing more timely rulings on

matters  presented, the Court finds it necessary to establish certain procedures relative

to the filing, briefing and hearing of motions herein. **IT IS, THEREFORE, ORDERED**

**THAT:**

1.

All motions filed in this case (except Motions for Default Judgment and/or motions

presented with a proposed agreed order) **shall** be supported by a memorandum of

authorities in support of the motion. The movant **shall** attach to the motion or

memorandum, at the time of filing, any supporting affidavits or other documents required

by rule, statute or case law in support of the motion.

2.

354/35

The non-movant **shall** file a response and memorandum of authorities in opposition to any motion within the time set by rule or statute. The non-moving party **shall** attach to such response, at the time of its filing, any affidavit or other documents required by rule, statute or case law in opposition to the motion.

3.

The movant **shall** then file a reply and memorandum of authorities, within the time set by rule or statute, to rebut the matters raised in the response.

4.

The time for filing a response and/or reply, as set forth above, may be extended only by order of the Court.

5.

All motions may be set for hearing, by either the movant or non-movant, for a date and time after the completion of the above briefing schedule. Where no response is timely filed to a motion, the Court reserves the right to rule on the motion without a hearing being set and without oral argument. Where motions are set for hearing, the Court reserves the right to rule on the motion, on or before the hearing date, based upon the filings of the parties in support of and in opposition to the motion, without oral arguments, in the Court's discretion. All motions not heard by the Court prior to the deadlines established by separate order shall be deemed waived and/or abandoned.

**SO ORDERED AND ADJUDGED** this the 20th day of July, 2023.

_____

CIRCUIT COURT JUDGE

354/36

**IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI**

**JAMERIAL BENSON**                                                                    **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO.: 2023-0068**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                               **DEFENDANTS**

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO NAVIENT CORPORATION'S MOTION**
**FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, TO DISMISS [DOC. 16]**

Plaintiff Jamerial Benson ("Benson") files his Memorandum in Opposition to Navient

Corporation's Motion for Summary Judgment, or in the alternative, to Dismiss [Doc. 16] as

follows:

**INTRODUCTION**

In lieu of an Answer to Benson's Complaint, Navient Corporation ("Navient") filed a

motion ostensibly seeking summary judgment, or in the alternative, dismissal under Miss.

R. Civ. P. 12(b)(6). But there is no true 12(b)(6) motion asserted in Navient's filing. Rather,

each of its three claims for relief requires reference to documents, evidence, or testimony

outside the well-pleaded allegations of the Complaint. Navient's motion, in its entirety,

seeks only summary judgment.

But summary judgment is premature. As outlined with specificity below, Benson

cannot present, by affidavit, facts essential to justify his opposition, because the knowledge

and evidence necessary to defend the motion are primarily in Navient's possession and

control. This Court should thus deny Navient's motion and allow discovery to proceed in

the normal course.

Moreover, Navient, who bears the burden of proof on summary judgment to come forward with evidence to prove its limitations defense, produced only evidence that Benson communicated with Navient more than three years prior to the lawsuit. But Navient failed to provide evidence showing those communications gave Benson the information he needed file suit. For this reason alone, summary judgment on the statute of limitations should fail. Additionally, certain facts within Benson's knowledge demonstrate the existence of a genuine dispute of material fact concerning what Benson knew and when he knew it. On this basis, too, summary judgment should be denied.

## **LEGAL STANDARD**

Miss. R. Civ. P. 56(c) governs applications for summary judgment. Only when the "pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law" should summary judgment be granted. Miss. R. Civ. P. 56(c). The burden of demonstrating that no genuine issues of material fact exists rests wholly on the moving party. *Wright v. Quesnel*, 876 So. 2d 362, 364 (Miss. 2004). All evidentiary matters before the Court must be viewed in the light most favorable to the non-moving party. *Id.*

Ultimately, "[s]ummary judgment is a powerful too which 'should be used wisely and sparingly.'" *Cannon v. Mid-South X-Ray Co.*, 738 So. 2d 274, 275 (Miss. Ct. App. 1999) (quoting *Martin v. Simmons*, 571 So. 2d 254, 258 (Miss. 1990)). It should never be "used to snuff out a litigant's right to a trial unless it is appropriate under the rule." *Pope v. Schroeder*, 512 So. 2d 905, 908 (Miss. 1987).

Moreover, in some cases, the Court should defer summary judgment until it can be fairly decided.  Miss. R. Civ. P. 56(f) states:

> Should it appear from the affidavits of the party opposing the motion that he cannot for reasons stated present by affidavit facts essential to justify his opposition, the court may refuse the application for judgement o may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or make any such order as is just.

This rule "is designed to 'protect[] against improvident or premature grants of summary judgment **and is to be applied liberally**."  *Dillon v. PiCo., Inc.*, 239 So. 3d 527, 534 (Miss. Ct. App. 2017) (quoting *Stanley v. Scott Petroleum Corp.*, 184 So. 3d 940, 942 (Miss. 2016) (emphasis added).  "Rule 56(f) 'contemplates that completion of discovery in some instances is desirable and necessary before a court can determine that there are genuine issues as to the material facts.'"  *Id*. (quoting *Roberts v. Boots Smith Oilfield Servs. LLC*, 200 So. 3d 1022, 1026 (Miss. 2016)).  "This is especially true where the party seeking to invoke the protections of Rule 56(f) claims the necessary information rests within the possession of the party seeking summary judgment."  *Id*. (quoting *Roberts*, 200 So. 3d at 1026).

## I.     Discovery is necessary to determine whether Navient Corporation is a proper party in interest.

Navient first contends that it is not a proper party to this lawsuit.  It relies on the affidavit of Michelle Iorio, a Senior Account Analyst in its Risk Mitigation Department, for the claim that "Plaintiff's loans were at all times serviced by Navient Solutions, LLC, a wholly owned subsidiary of Navient Corporation.  Navient Corporation is a holding company and does not disburse or service student loans."  [Doc. 16-1].

Attached to Iorio's affidavit are 278 pages of documents apparently intended to prove that Navient Solutions, LLC, and not Navient Corporation, serviced Benson's loans during a particular time frame. [Doc. 16-1].  Yet not one of those pages identifies Navient

Solutions, LLC as the servicer of Benson's loans.  Instead, the documents in question are emblazoned only with the name "Navient," but contain no indication from which of Navient's multiple entities they originated.  Indeed, even Iorio's affidavit identifies her only as working for "Navient," but does not specify which Navient entity she represents.

Benson is entitled to discovery for the specific purpose of confronting and challenging Iorio or any other corporate representative about their personal knowledge of which company or companies serviced Benson's loans and for what time periods.  Benson does not have access to Navient's corporate representatives outside of the formal discovery process.  In this respect, the information Benson needs is necessarily "within the possession of the party seeking summary judgment." *Roberts*, 200 So. 3d at 1026.  *See* Exhibit A – Benson's Rule 56(f) Affidavit.

Moreover, Iorio's affidavit does not address the more complex question of Navient Corporation's liability arising from its "spin off" from Sallie Mae in 2014.  It is a matter of public record that Navient and Sallie Mae were previously one-in-the-same.  But in 2014, "Navient absorbed Sallie Mae's liabilities and 95% of its assets. . . when the companies split. . ."[1]  There is definitive evidence in this case that Sallie Mae was actively servicing Benson's loans in the period prior to Navient's absorption of Sallie Mae's assets and liabilities.  Ex. A.  Discovery is necessary to determine the extent to which Navient Corporation is liable for Sallie Mae's failure to apply payments withdrawn from Benson's accounts to his loan balance and to keep proper records of the same during that period.  Navient and its corporate representatives hold the key to understanding the nature of Sallie Mae's

---

[1] Danielle Douglas-Gabriel, *Navient reaches 1.85 billion settlement over student loan practices*, THE WASHINGTON POST (January 13, 2022 at 11:58 a.m.), https://www.washingtonpost.com/education/2022/01/13/navient-settlement-student-loans/.

relationship with Benson's loans and Navient's assumption of Sallie Mae's liabilities. Benson is entitled to explore these issues through discovery. *See* Ex. A.

 In any event, out of an abundance of caution—and because Navient Corporation has identified Navient Solutions, LLC as a servicer of Benson's student loans—Benson also intends to move the Court to amend the Complaint to add Navient Solutions, LLC as an additional party.  However, Navient Corporation should remain a party defendant unless and until either the parties agree, by mutual exchange of information, that Navient Corporation bears no potential liability or discovery reveals Navient should be dismissed.[2]

## II.     Whether Navient serviced Benson's loans during the relevant period(s) can be resolved only through discovery.

As demonstrated by Benson's Affidavit, there is evidence that Navient's predecessor-in-interest, Sallie Mae, serviced and collected Benson's loans between 2009 and 2013.  Ex. A.  Sallie Mae is Navient's predecessor-in-interest that apparently assumed its liabilities in 2014.  As described in Part I, the nature of the relationship between Navient and Sallie Mae and Navient's assumption of Sallie Mae's liabilities requires discovery to be conclusively resolved.  This alone is sufficient to defeat summary judgment on the question of Navient's involvement in the facts alleged in the Complaint.

But there is more.  Navient also serviced certain of Benson's nonconsolidated loans in the 2014-16 time period.  Ex. A.  During that time, Navient did not accurately apply

---

[2] In its motion, Navient cites and attaches a screenshot of the Mississippi Secretary of State's website showing that Navient Solutions, LLC is registered to do business in Mississippi.  This, however, is not evidence that Navient Solutions, LLC must be the entity that serviced Benson's loans.  Just because an entity—like Navient Corporation—is not registered to do business in Mississippi does not mean it cannot service loans for Mississippi residents.  Indeed, Defendant MOHELA is not registered to do business in Mississippi but concedes it services student loans for borrowers in the state of Mississippi. [Doc 23, ¶ 2].

payments withdrawn from Benson's bank account to his loan balance. *Id*. To the extent this claim was not clearly stated in the original Complaint, Benson intends to move to amend his Complaint to more fully allege it. In any event, there is a legitimate dispute of material fact, which may be resolved only through discovery, concerning Navient's servicing of and liability for Benson's student loans.

**III.   Numerous questions of fact control Navient's statute of limitations defense.**

Respecting the statute of limitations, the parties agree that Benson's claims are governed by the three year "catch-all" limitations period set forth in Miss. Code Ann. § 15-1-49. However, their agreement ends there. Benson disputes Navient's errant analysis of the legal principles governing the accrual and/or discovery of his claims and the application of the facts thereto.

Specific case law confirms Benson's negligence and breach of fiduciary duty claims are subject to the "discovery rule" of Section 15-1-49(2). *People's Bank of Biloxi v. McAdams*, 171 So. 3d 505, 509-10 (Miss. 1986) (negligence); *Conservatorship of Smith v. Vandevort*, 237 So. 3d 852, 859-60 (Miss. Ct. App. 2017) (breach of fiduciary duty). More broadly, the discovery rule applies generally in cases of "latent injury or disease." *PPG Architectural Finishes, Inc. v. Lowery*, 909 So. 2d 47, 50 (Miss. 2005). This rule is moored in the principle that "it would be illogical to prevent plaintiffs from obtaining relief if their injuries were not discoverable until after the statute of limitations had passed. *Id.* The knowledge necessary to trigger the limitations period is "knowledge that there exists a causal relationship between the negligent act and the injury or disease complained of. . . ." *Sweeney v. Preston*, 642 So. 2d 332 (Miss. 1994).

"Whether the plaintiff *knew* about the injury has typically been reserved as a jury question." *PPG*, 909 So. 2d at 50 (emphasis in original) (citing *Barnes v. Singing River Hosp. Sys.,* 733 So. 2d 199, 205 (Miss. 1999); *Owens-Illinois, Inc. v. Edwards,* 573 So. 2d 704, 709 (Miss. 1990); *see also Stringer v. Trapp,* 30 So.3d 339, 342 (Miss.2010) ("The question of whether a statute of limitations is tolled by the discovery rule often turns on the factual determination of 'what the plaintiff knew and when") (internal quotation marks omitted). As described more fully below, the facts underlying Benson's conversion and contract-related claims—like the facts giving rise to his negligence and breach of fiduciary duty claims—were latent, or concealed, in nature.

Navient insists there can be no latent injury here because "Plaintiff was aware of the status of his loans throughout the life of the loans and the repayment periods." [Doc. 17 at p. 5]. Navient further claims that "Plaintiff spoke with Navient multiple times regarding the status of his loans and his belief that his balances had increased." [Doc. 17 at p. 6]. It also cites records that Benson accessed his account through Navient's website at least 79 times between July 3, 2009 and February 6, 2017. *Id.* Navient insists these interactions between Benson and Navient necessarily prove he was or should have been aware of any alleged issues with his student loans years ago, and the statute of limitations on his claims, therefore, has long expired." *Id.*

Curiously, however, Navient neglects to describe any of these interactions in detail. Nor does Navient attach a copy of any of the payment histories or other correspondence it is alleged to have sent Benson. Instead, the Court is apparently intended to assume that if Benson contacted Navient numerous times, he necessarily obtained the information needed to pursue a claim against Navient. But this is not so.

Quite to the contrary, Benson's repeated contact with Navient was a direct result of his inability to get accurate or complete information from Navient. Instead, Benson experienced a years-long run around that rendered him unable to determine whether his balance was correct or his payments were properly applied. *See* Ex. A.

For example, in early 2015, Navient's own records show Benson contacted Navient over concerns that his loan balance increased after Sallie Mae spun off Navient and Navient became the servicer of his loans. [Doc. 16-1 at p. 23]; Ex. A. Navient confirmed that Benson was, in fact, previously given incorrect information showing an increased balance. *Id*. But Navient assured Benson that his balance had not actually increased. *Id*. When Benson inquired where and how the discrepancy originated, Navient could not explain it, but assured him that his current balance was correct. *Id*.

Yet just months later, Navient sent a letter to Benson's grandfather—the co-signor of his loan—about an allegedly unpaid balance on one of Benson's Navient loans. Ex. A. Benson again contacted Navient to inquire about the letter and the allegedly unpaid balance, but was told, without explanation, to simply disregard the correspondence. *Id*.

Thereafter, Benson requested an entire payment history from Navient showing his declining balance over the life of the loan. *Id*. Navient sent him a payment history, but it did not include the entire declining balance history as requested. *Id*. Navient notes in its records that "entire declining balance hist[ory] is not something that is usually provided." [Doc. 16-1 at p. 31].

Uncertain what, if any, of the information he received from Navient was accurate, Benson contacted the Federal Student Aid Ombudsman Group, which purportedly opened an investigation. Ex. A. However, even the Ombudsman apparently did not receive the

accurate and complete information Benson needed to understand whether he had sustained pecuniary injury owing to Navient. *Id.*

In early 2016, Benson again tried calling Navient himself to inquire about the progress of his loans' originations and payment history. *Id.* He initially spoke to a representative named Jessica, who transferred him to a different representative named Jocelyn, who transferred him to a third representative named James. It was James who finally told Benson to expect correspondence by mail respecting his concerns. *Id.* But the correspondence that finally arrived did not contain the information Benson needed to understand the status of his loans. *Id.*

Benson continued his quest for information with the Mississippi Attorney General's office. Ex. A. The Attorney General sent requests to Benson's loan servicers, but did not receive replies. *Id.* Benson also sent additional letters to each loan servicer on his own, but did not receive any response. *Id.* Benson diligently pursued the information he needed for years, including accessing the National Student Loan Database Support Center. *Id.*[3]

It was not until Benson retained an attorney who requested the needed information that he finally received a letter from Navient dated August 19, 2022 showing his complete account declining balance payment history that he had enough information to know a cause of action against Navient was appropriate. *Id.*

Throughout this process, Benson diligently pursued information and answers from a student loan behemoth that repeatedly gave him no information, incorrect information, or simply passed him off to someone else. A jury should decide if and to what extent

---

[3] All of these events are but a small sample of the Herculean efforts Benson undertook just to get complete and accurate information about his own loans.

pertinent knowledge was withheld from Benson, by negligence or otherwise, and whether as a result of Navient's conduct, his injury was latent, and could not have been discovered until August of 2022.  Whether the statute of limitations was tolled by the discovery rule is, in this case, a factual determination of 'what [Benson] knew and when". *Stringer v. Trapp,* 30 So.3d 339, 342 (Miss. 2010).  A jury should decide that question and summary judgment should be denied.

### Conclusion

Because Benson is entitled to reasonable discovery of his claims and because numerous disputes of material fact control Navient's statute of limitations claim, its motion for summary judgment should be denied.

Dated this the 21st day of July, 2023.

Respectfully submitted,

**JAMERIAL BENSON**

BY: WILBANKS & DOWD, PLLC

BY: */s/ Lindsey O. Watson*
 LINDSEY O. WATSON

Charles R. Wilbanks, Jr. (MS Bar #7193)
Lindsey O. Watson (MS Bar # 103329)
WILBANKS & DOWD, PLLC
108 West Leake Street
Clinton, Mississippi 39056
Telephone No.: (601) 952-3600
Fax No.: (601) 952-3601
Email:  chip@wilbanksdowd.com
lindsey@wilbanksdowd.com

*ATTORNEYS FOR PLAINTIFF*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date, electronically filed the foregoing with the clerk of the Court using the MEC system which will send notification of such filing all counsel of record.

This is the 21st day of July, 2023.

*/s/ Lindsey O. Watson*
LINDSEY O. WATSON

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                    **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO.: 2023-0068**

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA;
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.**                          **DEFENDANTS**

### AFFIDAVIT OF JAMERIAL BENSON

**STATE OF MISSISSIPPI
COUNTY OF MADISON**

1.      My name is Jamierial "Jay" Benson.  I am an adult resident of Canton, Mississippi.  I am over the age of 21 and of sound mind.

2.      This affidavit is made upon my personal knowledge.

3.      My student loans were serviced by Navient prior to 2008, when certain of those loans were consolidated.  I made consistent payments on certain loans to Sallie Mae between 2008 and 2013.  Attached as Exhibit A are true and correct copies of sample bank statements showing direct debits and/or cancelled checks to Sallie Mae from my Regions bank account.

4.      I do not have personal knowledge of the extent to which Navient may be liable for Sallie Mae's acts or omissions respecting my loans.  That information rests solely with Navient.

5.      Navient continued to service certain of my student loans in 2014-16, though some of the payments reflected on the account histories I received from Navient do not

match the amounts of direct withdrawals from my bank account. I do not have personal knowledge of how or why this occurred. That information is known only to Navient.

6.      I have tried repeatedly and diligently to get accurate information from Navient concerning the balance, payment history, and status of my loans. It has been nearly impossible to obtain the information needed.

7.      For instance, I contacted Navient in 2015 over concerns that my loan balance increased after Sallie Mae spun off Navient and Navient became the servicer of my loans. Navient's representative told me that the apparent increase in my loan balance was incorrect and that my loan balance had not actually increased. When I inquired where the discrepancy originated, the representative could not explain it, but assured me that my current balance was correct.

8.      A few months later later, Navient sent a letter to my grandfather, who co-signed my loan, stating that there was an unpaid balance on one of my loans. In response, I again contacted Navient to inquire about the letter and the allegedly unpaid balance, but was told, without explanation, to simply disregard the correspondence.

9.      Thereafter, I requested a full payment history from Navient showing my declining balance over the life of the loan. Navient sent me a payment history, but it did not include the entire declining balance history as requested.

10.      Because I was uncertain whether any of the information I received from Navient was accurate, I contacted the Federal Student Aid Ombudsman Group, which opened an investigation. However, the Ombudsman also could not obtain the accurate and complete information I needed to understand whether Navient had correctly handled my loans.

11.     In early 2016, I again tried calling Navient myself to ask my loans' originations and payment histories.  I initially spoke to a representative named Jessica, who transferred me to another representative named Jocelyn, who then transferred him to a third representative named James.  James finally told me to expect correspondence by mail respecting my concerns.  But the correspondence that finally arrived did not contain the information I needed to understand the status of my loans.

12.     I diligently continued trying to understand my student loans by opening a case with the Mississippi Attorney General's office.  The Attorney General sent requests to my loan servicers for information about my loans, but did not receive any replies.

13.     I also sent additional letters to each loan servicer on my own, but did not receive any response.  I also accessed the National Student Loan Database Support Center to find the information I needed, without success.

14.     It was not until I retained an attorney who requested the needed information that I finally received a letter from Navient dated August 19, 2022 showing my complete account declining balance payment history that I had enough information to know that Navient had not properly applied payments to my account.

15.     Further Affiant sayeth not.

JAMERIAL BENSON

SWORN TO AND SUBSCRIBED BEFORE ME this the 21 day of July, 2023.

NOTARY PUBLIC

My Commission Expires:

 **REGIONS**   Regions Bank

Hattiesburg
202 South 40TH Ave
Hattiesburg, MS 39402



00060164 01 AT  0.357 001
JAMERIAL Q BENSON
111 BANKHEAD LN APT A3
CRYSTAL SPGS MS 39059-2218

| | |
|---|---|
| ACCOUNT # | 0008932018 |
| | 001 |
| Cycle | 02 |
| Enclosures | 4 |
| Page | 1 of 4 |

### REGIONS AT WORK FREE CHECKING
June 9, 2009 through July 9, 2009



#### SUMMARY

Beginning Balance
Deposits & Credits
Withdrawals
Fees
Automatic Transfers
Checks
**Ending Balance**

Minimum Balance
Average Balance

#### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 06/15 | Cni Administrati Direct Dep Benson,Jameria | |
| 06/29 | Cni Administrati Direct Dep Benson,Jameria | |



#### WITHDRAWALS

| | | |
|---|---|---|
| 06/10 | Sallie Mae   Ebill 96446726401000 96446726401000N | 100.00 |
| 06/10 | ATM Withdrawal Wal-Mart #0875 Wal-Mart #087 Ridgeland   MS24087501   5808 | 59.96 |
| 06/10 | CheckCard Purchase Pizza Hut 31620 Crystal Sprn MS 5808 | 11.76 |
| 06/10 | ATM Withdrawal Dollar-General Dollar-Genera Crystal Sprinmsin3054   5808 | 9.63 |
| 06/11 | ATM Withdrawal Bcf - 1395 Met Bcf - 1395 ME Jackson   MS56004   5808 | 53.49 |
| 06/12 | CheckCard Purchase Exxonmobil  4 Byram   MS 5808 | 42.01 |
| 06/12 | ATM Withdrawal Dollar-General Dollar-Genera Crystal Sprinmsin3074   5808 | 8.83 |
| 06/15 | ATM Withdrawal Regions   Crystal Sprin Crystal Spr Msrfc31003 5808 | 300.00 |
| 06/15 | CheckCard Purchase Flying J C stor Pearl   MS 5808 | 33.01 |
| 06/15 | ATM Withdrawal Kroger 1167 Hw Kroger 1167 H Richland   Msin3070   5808 | 21.00 |
| 06/15 | ATM Withdrawal Wal-Mart #2939 Wal-Mart #293 Richland   MS24293901  5808 | 7.99 |
| 06/16 | Entergy Services Bill Pay Jameriel Benso 7770017103447 | 169.24 |
| 06/16 | CheckCard Purchase Kristal Hamburg Byram   MS 5808 | 5.34 |
| 06/16 | CheckCard Purchase Kristal Hamburg Byram   MS 5808 | 5.34 |
| 06/18 | ATM Withdrawal Nnt Haggar Clo  Nnt Haggar Cl Grapevine   TX00777890  5808 | 32.48 |
| 06/18 | CheckCard Purchase Jack IN The Bo0 Irving   TX 5808 | 6.26 |
| 06/22 | ATM Withdrawal Regions   Crystal Sprin Crystal Spr Msrfc31003  5808 | 100.00 |
| 06/22 | CheckCard Purchase MS Parking Asso Jackson   MS 5808 | 74.00 |
| 06/22 | ATM Withdrawal Wal-Mart #1192 Wal-Mart #119 Magee   MS24119201  5808 | 64.61 |
| 06/22 | CheckCard Purchase Garfield S Hatt Hattiesburg  MS 5808 | 34.02 |
| 06/22 | ATM Withdrawal Wal-Mart #0916 Wal-Mart #091 Hattiesburg MS24091601  5808 | 32.10 |
| 06/22 | CheckCard Purchase Kangaroo 3469 Magee   MS 5808 | 30.50 |
| 06/22 | CheckCard Purchase Chevron 0021051 Irving   TX 5808 | 18.73 |
| 06/22 | CheckCard Purchase Wyndham Las Col Irving   TX 5808 | 7.00 |
| 06/23 | CheckCard Purchase Kangaroo 3469 Magee   MS 5808 | 20.51 |
| 06/23 | CheckCard Purchase Advance Auto PA Hattiesburg  MS 5808 | 17.31 |

 **REGIONS**   Regions Bank

Hattiesburg
202 South 40TH Ave
Hattiesburg, MS 39402

00061957 01 AT  0.357 001
JAMERIAL Q BENSON
111 BANKHEAD LN APT A3
CRYSTAL SPGS MS 39059-2218

1 - 2

ACCOUNT #    0008932018

| | |
|---|---|
| Cycle | 001 |
| Enclosures | 02 |
| Page | 4 |
| | 1  of 3 |

### REGIONS AT WORK FREE CHECKING
November 6, 2009 through December 8, 2009

#### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 09 | Minimum Balance | |
| Deposits & Credits | 08 + | Average Balance | $ |
| Withdrawals | 32 − | | |
| Fees | | | |
| Automatic Transfers | 00 + | | |
| Checks | 53 − | | |
| **Ending Balance** | 32 | | |

#### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 11/16 | Cni Administrati Direct Dep Benson,Jameria | 1,095... |
| 11/30 | Cni Administrati Direct Dep Benson,Jameria | 1,431.54 |
| 12/07 | Deposit - Thank You | 180.00 |
| 12/07 | Deposit - Thank You | 60.00 |

Total Deposits &

#### WITHDRAWALS

| | | |
|---|---|---|
| 11/06 | ATM Withdrawal Regions    Florence Shel Florence   Mssm104   5808 | 60.00 |
| 11/06 | ATM Withdrawal Belk #670 Hatt Belk #670 Hat Hattiesburg  Msin3096    5808 | 42.79 |
| 11/06 | ATM Withdrawal Kroger 200 E C  Kroger 200 E Ridgeland    Msin3081   5808 | 34.50 |
| 11/06 | ATM Withdrawal Kroger 1167 Hw  Kroger 1167 H Richland     Msin3054    5808 | 32.00 |
| 11/09 | ATM Withdrawal Brookshire Bro  Brookshire Br Ridgeland   MS00000120   5808 | 19.52 |
| 11/09 | ATM Withdrawal BP Shop Hangin  BP Shop Hangi Jackson     Msin3094     5808 | 7.48 |
| 11/09 | CheckCard Purchase 27 55 Inc    0 Crystal Spri  MS 5808 | 5.78 |
| 11/09 | CheckCard Purchase Lakeland Auto S Flowood     MS 5808 | 5.00 |
| 11/10 | Edfinancial    Tel Disb Jamerial Q Ben ED4076593599 | 97.00 |
| 11/10 | ATM Withdrawal Regions    Crystal Sprin Crystal Spr Msrfc31003   5808 | 60.00 |
| 11/12 | CheckCard Purchase Pizza Hut 31620 Ridgeland   MS 5808 | 10.79 |
| 11/16 | Alfa     Ins.Prem Benson | 183.70 |
| 11/16 | ATM Withdrawal Regions    6220 Old Cant Jackson   Msrm1098   5808 | 100.00 |
| 11/16 | CheckCard Purchase Salliemae Svc C 785-8657117   VA 5808 | 57.00 |
| 11/16 | CheckCard Purchase Exxonmobil   4 Byram     MS 5808 | 36.51 |
| 11/16 | CheckCard Purchase Northpark Disco Ridgeland    MS 5808 | 28.79 |
| 11/16 | CheckCard Purchase Red Lobster US0 Jackson     MS 5808 | 27.79 |
| 11/20 | CheckCard Purchase Cell South Phon Meadville    MS 5808 | 139.43 |
| 11/20 | ATM Withdrawal Regions    Crystal Sprin Crystal Spr Msrfc31003   5808 | 20.00 |
| 11/23 | CheckCard Purchase Murphy Express Jackson     MS 5808 | 36.00 |
| 11/23 | CheckCard Purchase Old Canton Wine Ridgeland   MS 5808 | 26.19 |
| 11/25 | Entergy Services Bill Pay Jamerial Benso 7770020083968 | 216.04 |
| 11/25 | CheckCard Purchase Chevron 0020810 Hattiesburg  MS 5808 | 27.25 |
| 11/27 | ATM Withdrawal Regions    Turtle Creek Hattiesburg  Msm1761    5808 | 220.00 |

 **REGIONS**   **Regions Bank**

Hattiesburg
202 South 40TH Ave
Hattiesburg, MS 39402



00060871 01 AT  0.357 001
JAMERIAL Q BENSON
6811 OLD CANTON RD APT 3103
RIDGELAND MS 39157-1247

| | |
|---|---|
| ACCOUNT # | 0008932018 |

| | |
|---|---|
| | 001 |
| Cycle | 02 |
| Enclosures | 6 |
| Page | 1 of 4 |

## REGIONS AT WORK FREE CHECKING
### December 9, 2009 through January 6, 2010

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | 0.62 | Minimum Balance | |
| Deposits & Credits | | Average Balance | |
| Withdrawals | | | |
| Fees | | | |
| Automatic Transfers | | | |
| Checks | | | |
| **Ending Balance** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 12/10 | Deposit - Thank You | 140.00 |
| 12/14 | Cni Administrati Direct Dep Benson,Jameria | 1,096.47 |
| 12/28 | Cni Administrati Direct Dep Benson,Jameria | 1,129.28 |
| 01/04 | Deposit - Thank You | 260.00 |
| 01/05 | Deposit - Thank You | 320.00 |
| 01/05 | Deposit - Thank You | 35.00 |
| 01/06 | Deposit - Thank You | |

Total Deposits

### WITHDRAWALS

| | | |
|---|---|---|
| 12/14 | ATM Withdrawal Lowe S #2620  Lowe S #2620 Madison  MS001  5808 | 202.20 |
| 12/14 | ATM Withdrawal Regions  Crystal Sprin Crystal Spr  Msrfc31003  5808 | 100.00 |
| 12/14 | ATM Withdrawal Kroger 200 E C Kroger 200 E Ridgeland  Msin3104  5808 | 63.50 |
| 12/14 | ATM Withdrawal Wilson Mea2308  Wilson Mea230 Crystal Sprinmsin3056  5808 | 13.27 |
| 12/15 | Alfa  Ins.Prem Benson | 183.70 |
| 12/17 | CheckCard Purchase Salliemae Svc C 785-8657117  VA  5808 | 62.15 |
| 12/21 | ATM Withdrawal Regions  6220 Old Cant Jackson  Msms1098  5808 | 60.00 |
| 12/21 | ATM Withdrawal Ridgeland Disc Ridgeland Dis Ridgeland  MS52074101  5808 | 17.11 |
| 12/22 | CheckCard Purchase Lakeland Auto S Flowood  MS 5808 | 5.00 |
| 12/22 | CheckCard Purchase Lakeland Auto S Flowood  MS 5808 | 5.00 |
| 12/23 | ATM Withdrawal Regions  Lake Harbor B Ridgeland  Msrfc21043  5808 | 60.00 |
| 12/24 | ATM Withdrawal Regions  Dogwood Festi Flowood  Msm033D  5808 | 100.00 |
| 12/24 | ATM Withdrawal Regions  Lake Harbor B Ridgeland  Msrfc21043  5808 | 60.00 |
| 12/28 | ATM Withdrawal Regions  Crystal Sprin Crystal Spr  Msrfc31003  5808 | 100.00 |
| 12/28 | CheckCard Purchase Exxonmobil  4 Jackson  MS 5808 | 55.53 |
| 12/28 | CheckCard Purchase Exxonmobil  4 Jackson  MS 5808 | 31.50 |
| 12/28 | CheckCard Purchase Exxonmobil  4 Crystal Spri MS 5808 | 4.00 |
| 12/29 | CheckCard Purchase Shell Oil 57542 Flowood  MS 5808 | 10.00 |
| 12/30 | CheckCard Purchase Barksdale Cadil Ridgeland  MS 5808 | 59.58 |
| 12/30 | Entergy Services Bill Pay Jameriol Benso 7770020682419 | 56.92 |
| 12/30 | ATM Withdrawal Walgreen Compa  Walgreen Comp Jackson  Msin3058  5808 | 43.20 |

 **REGIONS** **Regions Bank**

Hattiesburg
202 South 40TH Ave
Hattiesburg, MS 39402

00058078 01 AT  0.357 001
JAMERIAL Q BENSON
6811 OLD CANTON RD APT 3103
RIDGELAND MS 39157-1247

1

| | |
|---|---|
| ACCOUNT # | 0008932018 |
| | 001 |
| Cycle | 02 |
| Enclosures | 5 |
| Page | 1 of 4 |

## REGIONS AT WORK FREE CHECKING
March 10, 2010 through April 8, 2010

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $858.44 | | Minimum Balance | $167 |
| Deposits & Credits | $5,166.81 | + | Average Balance | $1,234 |
| Withdrawals | $1,739.22 | − | | |
| Fees | $0.00 | − | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $1,237.61 | − | | |
| Ending Balance | $3,048.42 | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 03/22 | Cni Administrati Payroll Benson Jameria | 1,102.34 |
| 03/29 | Deposit - Thank You | 60.00 |
| 03/30 | Deposit - Thank You | 440.00 |
| 04/02 | Deposit - Thank You | 2,465.00 |
| 04/05 | Cni Administrati Payroll Benson Jameria | 1,099.47 |
| | Total Deposits & Credits | $5,166.81 |

### WITHDRAWALS

| | | |
|---|---|---|
| 03/10 | ATM Withdrawal Kroger 2000 E  Kroger 2000 E Ridgeland    Msln3094   5808 | 29.30 |
| 03/11 | ATM Withdrawal Samsclub #8271  Samsclub #827 Jackson    MS24827101  5808 | 8.43 |
| 03/12 | ATM Withdrawal Regions     Northpark Ridgeland  Msms2011   5808 | 60.00 |
| 03/15 | Alfa      Ins.Prem Benson | 231.67 |
| 03/15 | ATM Withdrawal Regions     Country Club Ridgeland  Msibma8    5808 | 80.00 |
| 03/15 | CheckCard Purchase Kroger Fuel #53 Ridgeland    MS 5808 | 60.00 |
| 03/15 | CheckCard Purchase Krystal     0 Ridgeland    MS 5808 | 8.36 |
| 03/15 | CheckCard Purchase Captain Ds   0 Jackson    MS 5808 | 6.93 |
| 03/15 | ATM Withdrawal Family Dollar  Family Dollar Crystal Spri MS45226602  5808 | 5.89 |
| 03/17 | ATM Withdrawal Regions     6220 Old Cant Jackson    Msms1098   5808 | 40.00 |
| 03/18 | ATM Withdrawal Regions     6220 Old Cant Jackson    Msms1098   5808 | 40.00 |
| 03/18 | CheckCard Purchase Penn S Lakeland Jackson    MS 5808 | 20.17 |
| 03/22 | ATM Withdrawal Pilot #0450    Pilot #0450 Flowood    MS86029501  5808 | 68.00 |
| 03/22 | ATM Withdrawal Regions     Spillway Road Brandon   Msm0340    5808 | 60.00 |
| 03/22 | ATM Withdrawal Regions     Crystal Sprin Crystal Spr Msrfc31003  5808 | 60.00 |
| 03/22 | ATM Withdrawal Regions     Northpark Ridgeland  Msms2011   5808 | 60.00 |
| 03/22 | CheckCard Purchase 27 55 Fuel Pla0 Crystal Spri  MS 5808 | 20.01 |
| 03/22 | CheckCard Purchase Singh Terry Roa Jackson    MS 5808 | 14.97 |
| 03/22 | ATM Withdrawal Shell Service  Shell Service Jackson    MS40080101  5808 | 12.83 |
| 03/22 | CheckCard Purchase Lennys Sub Shop Flowood    MS 5808 | 11.50 |
| 03/23 | Ers 800-444-8485 Payment Jameiral Benso R29650805-191 | 70.39 |
| 03/26 | ATM Withdrawal Regions     Northpark Ridgeland  Msms2011   5808 | 40.00 |
| 03/29 | ATM Withdrawal Regions     Crystal Sprin Crystal Spr  Msrfc31003  5808 | 40.00 |

 REGIONS

**Regions Bank**
Hattiesburg
202 South 40TH Ave
Hattiesburg, MS 39402



00037844 01 AT  0.362 001
JAMERIAL Q BENSON
6811 OLD CANTON RD APT 3103
RIDGELAND MS 39157-1247

ACCOUNT #      0008932018

|  |  |
|---|---|
|  | 001 |
| Cycle | 02 |
| Enclosures | 4 |
| Page | 1  of 4 |

## REGIONS AT WORK LIFEGREEN CHECKING
May 7, 2011 through June 8, 2011

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $466.64 | Minimum Balance | $690 – |
| Deposits & Credits | $2,978.07  + | Average Balance | $292 |
| Withdrawals | $1,403.89  – | | |
| Fees | $147.00  – | | |
| Automatic Transfers | $0.00  + | | |
| Checks | $1,849.44  – | | |
| **Ending Balance** | **$44.38** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/16 | Cni Administrati Payroll Benson Jameria | 1,190.37 |
| 05/23 | Deposit - Thank You | 160.00 |
| 05/27 | Cni Administrati Payroll Benson Jameria | 1,097.70 |
| 06/03 | Deposit - Thank You | 530.00 |
| | Total Deposits & Credits | $2,978.07 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/09 | ATM Withdrawal Regions      Northpark Br Ridgeland    MS C4A31    1052 | 60.00 |
| 05/09 | Pin Purchase Kroger 200 E C  5542 Ridgeland    MS       1052 | 55.50 |
| 05/09 | ATM Withdrawal Regions      Crystal Sprin Crystal Spr MS Rfc31003  1052 | 20.00 |
| 05/09 | Pin Purchase Wal-Mart Super  5411 Flowood    MS        1052 | 12.41 |
| 05/09 | CheckCard Purchase Dairy Queen #42  5814 Ridgeland    MS 39157   1052 | 3.01 |
| 05/12 | ATM Withdrawal Regions      Crystal Sprin Crystal Spr MS Rfc31003  1052 | 40.00 |
| 05/13 | CheckCard Recurring Twx*968K90*time  5968 877-417-3309  Ny 10019   1052 | 24.50 |
| 05/13 | Pin Purchase The Childrens   5999 Ridgeland  MS        1052 | 21.41 |
| 05/16 | Alfa        Ins.Prem Benson | 214.41 |
| 05/16 | CheckCard Purchase Blaggis - Ridge  5812 Ridgeland    MS 39157   1052 | 40.76 |
| 05/16 | ATM Withdrawal Regions      Northtown Jackson    MS MS1098    1052 | 40.00 |
| 05/16 | CheckCard Purchase Kroger Fuel #53  5542 Ridgeland    MS 39157   1052 | 30.00 |
| 05/16 | Pin Purchase Shell Service   5541 Ridgeland   MS       1052 | 15.42 |
| 05/16 | Pin Purchase Shell Service   5541 Ridgeland   MS       1052 | 6.30 |
| 05/17 | ATM Withdrawal Regions      Lake Harbor B Ridgeland    MS Rfc21043  1052 | 40.00 |
| 05/17 | CheckCard Purchase Exxonmobil  4  5542 Crystal Sprin  MS       1052 | 15.01 |
| 05/23 | ATM Withdrawal Regions      Country Club Ridgeland    MS Ibma8    1052 | 20.00 |
| 05/23 | Pin Purchase Walgreens Sec   5912 Jackson    MS        1052 | 8.63 |
| 05/24 | CheckCard Purchase Cell South Phon  4812 800-264-2355  MS 39653   1052 | 91.03 |
| 05/25 | ATM Withdrawal Regions      Lake Harbor B Ridgeland    MS Rfc21043  1052 | 20.00 |
| 05/26 | ATM Withdrawal Regions      Country Club Ridgeland    MS Ibma8    1052 | 40.00 |
| 05/27 | Pin Purchase Shell Service   5542 Ridgeland   MS       1052 | 10.02 |
| 05/31 | CheckCard Purchase Comcast of Jack  4899 800-Comcast   MS 39206   1052 | 129.38 |
| 05/31 | ATM Withdrawal Regions      Lake Harbor B Ridgeland    MS Rfc21043  1052 | 100.00 |

**Regions Bank**
Hattiesburg
202 South 40TH Avo
Hattiesburg, MS 39402



JAMERIAL Q BENSON
6811 OLD CANTON RD APT 3103
RIDGELAND MS 39157-1247

| ACCOUNT # | 0008932018 |
|---|---|

| | 001 |
|---|---|
| Cycle | 02 |
| Enclosures | 4 |
| Page | 2 of 4 |

## WITHDRAWALS (CONTINUED)

| | | | | |
|---|---|---|---|---|
| 05/31 | CheckCard Purchase Exxonmobil  4 5542 Byram | MS 39272 | 1052 | 56.00 |
| 05/31 | Pin Purchase Dillards - 041  5311 Ridgeland   MS | | 1052 | 44.90 |
| 05/31 | CheckCard Purchase Exxonmobil  4 5542 Byram | MS 39272 | 1052 | 37.04 |
| 05/31 | Pin Purchase Wal-Mart Super  5411 Flowood      MS | | 1052 | 23.26 |
| 05/31 | Pin Purchase Wal-Mart Super  5411 Flowood      MS | | 1052 | 17.67 |
| 05/31 | Pin Purchase Freds        5912 Jackson    MS | | 1052 | 6.42 |
| 06/01 | Pin Purchase Kroger 2000 E  5411 Ridgeland   MS | | 1052 | 1.81 |
| 06/02 | Edfinancial   Web Disb Jamerial Benso ED4076593599 | | | 94.00 |
| 06/03 | ATM Withdrawal Regions      Crystal Sprin Crystal Spr | MS Rfc31003 | 1052 | 20.00 |
| 06/06 | Pin Purchase Exxonmobil POS  5542 Byram      MS | | 1052 | 25.01 |
| 06/06 | ATM Withdrawal Regions      Byram Branch Byram | MS M026D | 1052 | 20.00 |

Total Withdrawals    $1,403.89

## FEES

| | | |
|---|---|---|
| 05/13 | Paid Overdraft Item Fee | 72.00 |
| 05/16 | Paid Overdraft Item Fee | 72.00 |
| 06/08 | Check Image Fee | 3.00 |

Total Fees    $147.00

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 144.00 | 319.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 05/13 | 265 | 813.00 | 06/06 | 268 * | 865.00 |
| 05/13 | 266 | 35.00 | 06/01 | 52811 * | 136.44 |

Total Checks    $1,849.44

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/09 | 315.72 | 05/24 | 66.63 | 06/02 | 447.39 |
| 05/12 | 275.72 | 05/25 | 46.63 | 06/03 | 957.39 |
| 05/13 | 690.18 – | 05/26 | 6.63 | 06/06 | 47.38 |
| 05/16 | 81.30 | 05/27 | 1,094.31 | 06/08 | 44.38 |
| 05/17 | 26.29 | 05/31 | 679.64 | | |
| 05/23 | 157.66 | 06/01 | 541.39 | | |

**Regions Bank**
Hatliesburg
202 South 40TH Ave
Hattiesburg, MS 39402



JAMERIAL Q BENSON
6811 OLD CANTON RD APT 3103
RIDGELAND MS 39157-1247

| | |
|---|---|
| ACCOUNT # | 0008932018 |

|  |  |
|---|---|
| | 001 |
| Cycle | 02 |
| Enclosures | 4 |
| Page | 3  of 4 |

## AMENDMENT TO REGIONS FUNDS AVAILABILITY POLICY: AS OF JULY 21, 2011, WHEN THE FULL AMOUNT OF FUNDS DEPOSITED BY CHECK ARE NOT AVAILABLE TO YOU UNTIL THE SECOND BUSINESS DAY AFTER THE DAY OF DEPOSIT, THE AMOUNT AVAILABLE TO YOU ON THE FIRST BUSINESS DAY AFTER DEPOSIT WILL INCREASE FROM $100 TO $200.

For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.

**Thank You For Banking With Regions!**

Regions Bank
Hattiesburg
202 South 40TH Ave
Hattiesburg, MS 39402



JAMERIAL Q BENSON
6811 OLD CANTON RD APT 3103
RIDGELAND MS 39157-1247

ACCOUNT #        0008932018

Page          4    of 4



Check# 265        05/13/2011      $813.00

Check# 266        05/13/2011      $35.00

Check# 268        06/06/2011      $865.00

Check# 52811      06/01/2011      $136.44

 **REGIONS**

**Regions Bank**
Hattiesburg
202 South 40TH Ave
Hattiesburg, MS 39402



00031502 01 AT  0.371 001
JAMERIAL Q BENSON
6811 OLD CANTON RD APT 3103
RIDGELAND MS 39157-1247

ACCOUNT #          0008932018

| | |
|---|---|
| Cycle | 001 |
| | 02 |
| Enclosures | 2 |
| Page | 1  of 5 |

## REGIONS AT WORK LIFEGREEN CHECKING
July 10, 2012 through August 9, 2012

### SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $777.54 | | Minimum Balance | $458 |
| Deposits & Credits | $4,022.68 | + | Average Balance | $1,220 |
| Withdrawals | $3,686.10 | – | | |
| Fees | $3.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $150.00 | – | | |
| Ending Balance | $961.12 | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 07/13 | Univ of MS Medic PR Payment Benson | 2,005.44 |
| 07/27 | Univ of MS Medic PR Payment Benson | 2,005.44 |
| 08/01 | Card Credit Avis Rent A Car  4784 8666422000  Ny 11021   5808 | 11.80 |
| | Total Deposits & Credits | $4,022.68 |

### WITHDRAWALS

| | | |
|---|---|---|
| 07/10 | Card Purchase Cock of The Wal  5812 Ridgeland   MS 39157   5808 | 27.97 |
| 07/11 | Pin Purchase Kroger      5411 Ridgeland  MS      5808 | 10.95 |
| 07/12 | ATM Withdrawal Regions        Country Club Ridgeland   MS Ibma8   5808 | 40.00 |
| 07/12 | ATM Withdrawal Regions        Crystal Sprin Crystal Spr  MS Rfc31003  5808 | 40.00 |
| 07/12 | Card Purchase Sal & Mookie S  5812 Jackson    MS 39216   5808 | 6.00 |
| 07/13 | Pin Purchase Kroger      5411 Ridgeland  MS      5808 | 1,015.00 |
| 07/13 | Pin Purchase Kroger      5411 Ridgeland  MS      5808 | 21.27 |
| 07/16 | Alfa      Ins.Prem Benson | 227.35 |
| 07/16 | Pin Purchase Belk #678 Flow  5311 Flowood   MS      5808 | 109.13 |
| 07/16 | Card Purchase Advance Auto PA  5533 Ridgeland   MS 39157   5808 | 66.32 |
| 07/16 | Card Purchase Exxonmobil  4 5542 Byram     MS 39272   5808 | 44.00 |
| 07/16 | Pin Purchase Exxonmobil POS  5542 Byram    MS      5809 | 43.09 |
| 07/16 | Card Purchase Hungry Howies P  5812 Ridgeland    MS 39157   5808 | 19.78 |
| 07/16 | Pin Purchase Kroger      5411 Ridgeland  MS      5808 | 10.75 |
| 07/16 | Card Purchase Redbox *dvd Ren  7841 Oakbrkterrace IL 60181    5808 | 1.28 |
| 07/17 | Card Purchase C Spire Phone P  4812 800-264-2355  MS 39653   5808 | 83.00 |
| 07/17 | Pin Purchase Exxonmobil POS  5542 Byram    MS      5808 | 41.15 |
| 07/17 | Card Purchase KFC#  24      5814 Flowood    MS 39232  5808 | 12.51 |
| 07/17 | Card Purchase McDonald S F316  5814 Ridgeland    MS 39157   5808 | 3.55 |
| 07/18 | Card Purchase McDonald S F316  5814 Ridgeland    MS 39157   5808 | 2.47 |
| 07/19 | Sallie Mae      Ebill 96446726401001 96446726401001B | 69.70 |
| 07/19 | ATM Withdrawal Regions        Crystal Sprin Crystal Spr  MS Rfc31003  5808 | 40.00 |
| 07/19 | ATM Withdrawal Regions        Crystal Sprin Crystal Spr  MS Rfc31003  5808 | 20.00 |
| 07/20 | ATM Withdrawal Regions        Country Club Ridgeland   MS Ibma8   5808 | 40.00 |
| 07/20 | Card Purchase Captain Ds   0 5814 Jackson    MS 39213   5808 | 4.35 |



**REGIONS**

**Regions Bank**
Hattiesburg
202 South 40TH Ave
Hattiesburg, MS 39402

00016612 01 SP  0.480 001
JAMERIAL Q BENSON
115 GERMANY DR
CANTON MS 39046-6054

ACCOUNT #        0008932018

|  |  |
|---|---|
| Cycle | 001 |
|  | 02 |
| Enclosures | 2 |
| Page | 1  of 5 |

## REGIONS AT WORK LIFEGREEN CHECKING
March 8, 2013 through April 8, 2013

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $473.53 | Minimum Balance | $239 |
| Deposits & Credits | $4,250.56 + | Average Balance | $1,137 |
| Withdrawals | $3,146.43 - | | |
| Fees | $0.00 - | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $155.00 - | | |
| Ending Balance | $1,422.66 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 03/08 | Univ of MS Medic PR Payment Benson | 1,413.66 |
| 03/22 | Univ of MS Medic PR Payment Benson | 1,418.44 |
| 04/05 | Univ of MS Medic PR Payment Benson | 1,418.46 |
| | Total Deposits & Credits | $4,250.56 |

### WITHDRAWALS

| | | |
|---|---|---|
| 03/08 | ATM Withdrawal Regions      Crystal Sprin Crystal Spr MS Rfc31003  5808 | 50.00 |
| 03/08 | Pin Purchase Exxonmobil      5542 Byram      MS      5808 | 42.50 |
| 03/11 | Pin Purchase The Home Depot  5200 Madison      MS      1052 | 106.29 |
| 03/11 | Card Purchase Texaco 00200842 5542 Flowood      MS 39204   5808 | 65.15 |
| 03/11 | Card Purchase Captain Ds   0  5814 Jackson      MS 39213   5808 | 5.77 |
| 03/11 | Pin Purchase Kroger       5411 Ridgeland   MS      5808 | 3.21 |
| 03/11 | Card Purchase Burger King #06  5814 Jackson      MS 39215   5808 | 2.73 |
| 03/13 | Dept Education   Student Ln Benson, Jameri 6Jgkd4Vbgh1 | 325.00 |
| 03/13 | Pin Purchase Flying J #678  5542 Jxn      MS      5808 | 55.03 |
| 03/15 | Pin Purchase Best Buy Mobil  5732 Madison   MS      5808 | 181.89 |
| 03/18 | Card Purchase Roomstore By MI  5712 Pearl      MS 39208   5808 | 145.59 |
| 03/18 | ATM Withdrawal Regions      Byram Branch Byram      MS M026D   5808 | 40.00 |
| 03/18 | Pin Purchase Lowe S #2620   5200 Madison   MS      5808 | 23.52 |
| 03/18 | Pin Purchase Elite Cleaners  7216 Jackson   MS      5808 | 16.53 |
| 03/18 | Pin Purchase Lowe S #2620   5200 Madison   MS      5808 | 12.59 |
| 03/18 | Pin Purchase Shell Service   5542 Crystal Sprinms      5808 | 8.52 |
| 03/18 | Card Purchase McDonald S F316  5814 Ridgeland   MS 39157   5808 | 5.81 |
| 03/19 | Pin Purchase Shell Service   5542 Jackson   MS      5808 | 58.00 |
| 03/20 | Sallie Mae      Ebill 96446726401001 96446726401001B | 80.00 |
| 03/21 | Pin Purchase Best Buy Mobil  5732 Madison   MS      5808 | 106.99 |
| 03/21 | Card Purchase Upton Tire Nort  5532 Jackson      MS 39213   5808 | 47.00 |
| 03/21 | ATM Withdrawal Regions      Lake Harbor B Ridgeland   MS Rfc21043  5808 | 40.00 |
| 03/21 | Pin Purchase Murphy Express  5542 Jackson   MS      5808 | 30.00 |
| 03/21 | Pin Purchase Exxonmobil      5542 Jackson   MS      5808 | 30.00 |
| 03/21 | Card Purchase Whataburger 864  5814 Ridgeland      MS 39213   1052 | 4.42 |



**REGIONS**

**Regions Bank**
Hattiesburg
202 South 40TH Ave
Hattiesburg, MS 39402

00011166 01 AT 0.384 001
JAMERIAL Q BENSON
115 GERMANY DR
CANTON MS 39046-6054

| | |
|---|---|
| ACCOUNT # | 0008932018 |
| Cycle | 001 |
| | 02 |
| Enclosures | 4 |
| Page | 1 of 4 |

## REGIONS AT WORK LIFEGREEN CHECKING
July 10, 2013 through August 8, 2013

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | | Minimum Balance | |
| Deposits & Credits | + | Average Balance | |
| Withdrawals | - | | |
| Fees | - | | |
| Automatic Transfers | + | | |
| Checks | - | | |
| **Ending Balance** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 07/12 | Univ of MS Medic PR Payment Benson | |
| 07/26 | Univ of MS Medic PR Payment Benson | |
| 07/29 | Deposit - Thank You | |
| 07/29 | Card Credit Belk #678 Flow  5311 Flowood    MS      5808 | |
| | Total Deposits & Cr | |

JAY

### WITHDRAWALS

| | | |
|---|---|---|
| 07/11 | VISA        Payment 45365450 Merial Q Benson | 350.00 |
| 07/11 | ATM Withdrawal Regions     Crystal Sprin Crystal Spr MS Rfc31003 5808 | 40.00 |
| 07/11 | ATM Withdrawal Regions     Crystal Sprin Crystal Spr MS Rfc31003 5808 | 20.00 |
| 07/12 | Card Purchase Piccadilly    5814 Jackson     MS 39213   5808 | 6.44 |
| 07/15 | ATM Withdrawal Regions     Southwest Jackson    MS MS1039    5808 | 40.00 |
| 07/15 | Card Purchase Cici S Pizza (# 5814 Flowood    MS 39208   5808 | 18.41 |
| 07/16 | Pin Purchase Elite Cleaners  7216 Jackson    MS      5808 | 16.32 |
| 07/16 | Card Purchase Redbox *dvd Ren 7841 Oakbrook Ter IL 60181    5808 | 1.61 |
| 07/17 | Sallie Mae   Ebill 96446726401001 96446726401001B | 73.63 |
| 07/17 | Pin Purchase Wal-Mart Super  5411 Madison MS MS      5808 | 65.54 |
| 07/17 | Card Purchase McAlisters Deli 5814 Jackson     MS 39211   5808 | 7.62 |
| 07/18 | Dept Education   Student Ln Benson, Jameri 6Jlnp1Jndn1 | 325.00 |
| 07/18 | Aes        Stdnt Loan Jamerial Benso PA4076593599B | 90.00 |
| 07/18 | ATM Withdrawal Regions       Crystal Sprin Crystal Spr MS Rfc31003 5808 | 60.00 |
| 07/18 | Card Purchase Papitos Mexican 5812 Madison    MS 39110   5808 | 20.64 |
| 07/19 | Card Purchase Sonic Drive IN  5814 Crystal Sprin MS 39059   5808 | 6.73 |
| 07/22 | Card Purchase Street Smart   5533 Flowood    MS 39232   5808 | 218.34 |
| 07/22 | Pin Purchase Barksdale Cadi  5511 Ridgeland    MS      5808 | 57.51 |
| 07/22 | Pin Purchase Samsclub #8271  5411 Jackson    MS      5808 | 23.20 |
| 07/22 | Card Purchase Pizza Hut 31620 5812 Jackson    MS 39212   5808 | 10.70 |
| 07/22 | Card Purchase Subway     0 5814 Madison    MS 39110   5808 | 5.89 |
| 07/22 | Card Purchase Taco Bell #4256 5814 Ridgeland    MS 39157   5808 | 5.39 |
| 07/22 | Card Purchase Dairy Queen #42 5814 Ridgeland    MS 39157   5808 | 3.45 |
| 07/23 | Card Purchase Popeye S # 56  5814 Jackson    MS 39206   5808 | 7.07 |

**IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI**

**JAMERIAL BENSON**                                                                                   **PLAINTIFF**

**v.**                                                                    **CIVIL ACTION NO.: 2023-0068**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                                      **DEFENDANTS**

**PLAINTIFF'S RESPONSE IN OPPOSITION TO NAVIENT CORPORATION'S**
**<u>STATEMENT OF UNDISPUTED FACTS [DOC 18]</u>**

Plaintiff Jamerial Benson ("Benson") responds to Navient Corporation's Statement

of Undisputed Facts, paragraph by paragraph as follows:

1.       Benson asserts that determining *which* Navient entity serviced his federal

loans prior to 2008 can be resolved only through discovery and expressly seeks said

discovery under Miss. R. Civ. P. 56(f), as more fully described in his memorandum and

supporting affidavit (*See* Exhibit A to Plaintiff's Memorandum in Opposition to Navient

Corporation's Motion for Summary Judgment or in the Alternative, to Dismiss).  Benson

agrees, however, that some Navient entity serviced his federal student loans until 2008.

2.       Benson disputes that Navient Corporation has no liability for the allegations

of his Complaint based merely on its self-serving characterization as a "holding company."

This issue can be resolved only through discovery and Benson expressly seeks said

discovery under Miss. R. Civ. P. 56(f), as more fully described in his memorandum and

supporting affidavit (*See* Exhibit A to Plaintiff's Memorandum in Opposition to Navient

Corporation's Motion for Summary Judgment or in the Alternative, to Dismiss).

3.      Benson agrees that a consolidation was performed on his behalf that he did

not authorize and only became aware of years later.  Ultimately, some, but not all, of his

federal student loans were consolidated in 2008 and began to be serviced by MOHELA.

However, other non-consolidated loans continued to be serviced by Navient.  (*See* Exhibit A

to Plaintiff's Memorandum in Opposition to Navient Corporation's Motion for Summary

Judgment or in the Alternative, to Dismiss).

4.      Benson agrees with averment Number 4.

5.      Benson acknowledges contacting Navient by phone in early 2015 to seek

information about loan balances he believed increased after Navient and Sallie Mae split.

He does not recall the precise date(s) of said call(s) or the number of calls made in that

period.  (*See* Exhibit A to Plaintiff's Memorandum in Opposition to Navient Corporation's

Motion for Summary Judgment or in the Alternative, to Dismiss).

6.      Benson acknowledges contacting Navient by phone early in 2015 to seek a

payment history associated with his loans.  He does not recall the precise date(s) of said

call(s) or the number of calls made in that period.  (*See* Exhibit A to Plaintiff's

Memorandum in Opposition to Navient Corporation's Motion for Summary Judgment or in

the Alternative, to Dismiss).

7.      Benson acknowledges receiving a payment history from Navient at some point in early 2015, but this history did not contain the declining balance history he requested.  (*See* Exhibit A to Plaintiff's Memorandum in Opposition to Navient Corporation's Motion for Summary Judgment or in the Alternative, to Dismiss).

8.      Benson acknowledges that at some point he requested his payment history through Navient's website.  He does not recall a specific timeframe when that occurred.

9.      Benson acknowledges that at some point he was notified that Navient's Office of the Consumer Advocate would be dealing with him.  He does not recall a specific timeframe when that occurred.

10.     Benson acknowledges telling a Navient representative that he feared his student loan balances might not be accurate but does not recall a specific timeframe when that occurred.

11.     Benson acknowledges speaking by phone with Navient in late 2015, but does not remember the dates of those calls or how many calls were made.  He recalls being sent a payment history that was not complete as requested.

12.     Benson agrees with averment Number 12.

13.     Benson acknowledges accessing Navient's website a number of times.  He did not keep count.  Benson has no personal knowledge of the accuracy of the document Navient purports to show 79 access attempts.

Dated this the 21st day of July, 2023.

Respectfully submitted,

**JAMERIAL BENSON**

BY: WILBANKS & DOWD, PLLC

BY: */s/ Lindsey O. Watson*
    LINDSEY O. WATSON

Charles R. Wilbanks, Jr. (MS Bar #7193)
Lindsey O. Watson (MS Bar # 103329)
WILBANKS & DOWD, PLLC
108 West Leake Street
Clinton, Mississippi 39056
Telephone No.: (601) 952-3600
Fax No.: (601) 952-3601
Email:  chip@wilbanksdowd.com
lindsey@wilbanksdowd.com

*ATTORNEYS FOR PLAINTIFF*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have this date, electronically filed the foregoing with the clerk of the Court using the MEC system which will send notification of such filing all counsel of record.

This is the 21st day of July, 2023.

<u>/s/ Lindsey O. Watson</u>
LINDSEY O. WATSON

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

JAMERIAL BENSON                                                    PLAINTIFF

V.                                     CIVIL ACTION NO. 45CI1:23-CV-00068-JA

HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.                                DEFENDANTS

---

### NAVIENT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO DISMISS

---

Navient Corporation ("Navient") files this Unopposed Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment or, in the Alternative, to Dismiss and in support states:

1.  Navient filed its Motion for Summary Judgment or, in the Alternative, to Dismiss Plaintiff's Complaint on June 29, 2023.  [Dkt. No. 16].

2.  Plaintiff filed his Response in Opposition to Motion to Dismiss on July 21, 2023. [Dkt. No. 26].

3.  Navient's Reply in support of its motion is currently due on July 28, 2023.

4.  Navient respectfully requests an extension of time to file its reply until August 7, 2023.

5.  Navient's request is not being made for the purposes of delay, but rather to permit Navient adequate time to properly respond to Plaintiff's response.

6.      The undersigned counsel has conferred with Plaintiff's counsel, and Plaintiff does not oppose this Request.

7.      Given the straightforward nature of this Motion, Navient respectfully requests that it be relieved of the requirement of filing a separate memorandum brief.

Navient Corporation respectfully requests that the Court grant its Motion and extend the deadline for filing its reply in support of its motion to dismiss until August 7, 2023.

Respectfully submitted July 24, 2023.

Respectfully submitted,

NAVIENT CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

By: _s/ J. Carter Thompson, Jr._
        J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
R. Christopher White (MS Bar No. 105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING: Post Office Box 14167
Jackson, Mississippi 39236-4167
PHYSICAL: One Eastover Center
100 Vision Center, Suite 400
Jackson, MS 39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

2

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing with the Clerk of the Court using the MEC system which sent notification to all counsel of record.

Dated: July 24, 2023.

/s/ J. Carter Thompson, Jr.
J. CARTER THOMPSON, JR.

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                              **PLAINTIFF**

**V.**                                                    CIVIL ACTION NO. 45CI1:23-CV-00068-JA

**HIGHER EDUCATION LOAN**                        **FILED**
**AUTHORITY OF THE STATE OF**                      MADISON COUNTY
**MISSOURI d/b/a MOHELA**
**NAVIENT CORPORATION;**                            JUL 26 2023
**CONDUENT EDUCATION SERVICES, LLC**        ANITA WRAY, CIRCUIT CLERK
**f/k/a ACS EDUCATION SERVICES, INC.**   BY_____ D.C. **DEFENDANTS**

---

### AGREED ORDER GRANTING EXTENSION OF TIME

---

This matter is before the Court on Navient Corporation's Motion for Extension of Time to File a Reply in Support of its Motion for Summary Judgment or, in the Alternative, to Dismiss (Dkt. #16). The Court, having considered the motion, being advised that there is no objection from Plaintiff, and for good cause shown, finds that Navient Corporation's Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED**, that Navient Corporation's deadline in which to file its Reply in Support of its Motion for Summary Judgment or, in the Alternative, to Dismiss shall be extended, up to and including August 7, 2023.

**SO ORDERED AND ADJUDGED**, this the 26th day of _July_ 2023.

_____
CIRCUIT COURT JUDGE

4839-5119-6875v1
2016061-000280 09/14/2020

354|208

**AGREED TO BY:**

*/s/ J. Carter Thompson, Jr.*
J. CARTER THOMPSON, JR.
Baker Donelson Bearman Caldwell
  & Berkowitz, PC
One Eastover Center
100 Vision Drive, Suite 400
Jackson, MS  39211
601-351-8942
cthompson@bakerdonelson.com
*Attorney for Defendant*


*/s/ Lindsey Watson*
LINDSEY WATSON
Wilbanks &  Dowd, PLLC
108 West Leake Street
Clinton, MS  39056
610-952-3600
lindsey@wilbanksdowd.com
*Attorney for Plaintiff*

- 2 -

354/209

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                                    **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                             **DEFENDANTS**

### REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, TO DISMISS

### ARGUMENT

### I.    Plaintiff's Claims Against Navient are Barred by the Statute of Limitations.

Plaintiff's Response relies on inapplicable case law and conclusory statements.  Neither provide any authority upon which the Court can conclude that a genuine issue of material fact exists as to the statute of limitations on Plaintiff's claims against Navient.  Plaintiff argues that the limitations period for his negligence and breach of fiduciary duty claims[1] were tolled by the "discovery rule." [Dkt. 26, pp. 6-10].  According to Plaintiff, the limitations period is not triggered until a party has knowledge "that there exists a causal relationship between negligent act and the injury or disease complained of."  [Dkt. 26, p. 6].  Relying on that authority, Plaintiff argues that he did not have that knowledge until his attorney received a letter from Navient on August 9, 2022. [Dkt. 26, p. 9].  Both of those points are demonstrably and unquestionably false.

---

[1] Plaintiff's Response does not even attempt to argue the discovery rule applies to his other claims.  [Dkt. 26, p.6 (stating only that "case law confirms Benson's negligence and breach of fiduciary duty claims are subject to the 'discovery rule'" . . . .)].  Those claims—conversion, breach of contract, and breach of the duty of good faith and fair dealing—therefore, should be dismissed.

Plaintiff's cause of action began accruing on the date he knew or should have known of the injury. Plaintiff's argument that knowledge of the injury and its cause is required to trigger the limitations period's accrual is based entirely on authority related solely to medical malpractice actions. Even if the Court were to look to the irrelevant authority interpreting the limitations period applicable to medical malpractice actions, Plaintiff's limitations period began running in January 2016 because Plaintiff was provided with the same information in 2016 that he received in August 2022 that he claims gave him the information necessary to file suit.

### A.   Plaintiff's Injury Was Not Latent.

The "discovery rule" only tolls limitations periods where the injury at issue is "latent" in nature. A "latent injury" is defined as "one where the 'plaintiff will be precluded from discovering harm or injury because of the secretive or inherently undiscoverable nature of the wrongdoing in question ... [or] when it is unrealistic to expect a layman to perceive the injury at the time of the wrongful act.'" *PPG Architectural Finishes, Inc. v. Lowery*, 909 So. 2d 47, 50 (¶ 12) (Miss. 2005) (citing *Donald v. Amoco Prod. Co.*, 735 So. 2d 161, 168 (Miss. 1999)). The Mississippi Supreme Court has held that there is a "definitive boundary" as to what can be considered a latent injury and that latent injuries "are undiscoverable by reasonable methods." *Id.* at 51 (¶ 14). Essentially, the latent injury determination turns on the "determination of what the plaintiff knew and when." *Prystupa v. Rankin Cnty. Bd. of Supervisors*, 339 So. 3d 147, 158 (¶ 39) (Miss. Ct. App. 2022). The undisputed, documentary evidence in this case shows that the injury Plaintiff alleges to have suffered was not "secretive or inherently undiscoverable," and that Plaintiff was in contact with Navient for at least eight years regarding the conduct alleged in the Complaint.

Cases where courts have found latent injuries are a far cry from Plaintiff's loan dispute. For example, in *Donald*, the Supreme Court found a latent injury where the plaintiff could not discover injury to his property until the injury was "readily apparent as traceable radioactive waste by use of a survey meter." 735 So. 2d at 168 (¶ 18). In *Sarris v. Smith*, a medical malpractice suit

brought by a widow against an allegedly negligent doctor, the Court found a latent injury where the plaintiff did not know the name of the allegedly negligent physician until the plaintiff was able to retrieve her husband's medical records.  782 So. 2d 721, 725 (¶ 14) (Miss. 2001).

Plaintiff's Response artfully sidesteps any substantive argument as to why the alleged misapplication of his loan payments was secretive or inherently undiscoverable—requiring the Court to assume the injury in question was latent—and argues instead that the correspondence between Navient and Plaintiff in 2015, 2016, and 2019 did not provide Plaintiff the information "needed to pursue a claim against Navient."[2]  [Dkt. 26, p.7].  Plaintiff argues **only** that he did not have the information needed to file suit until August 19, 2022 when his attorneys were provided his "complete account declining balance payment history" from Navient.  [Dkt. 26, p. 9].

### B.   Knowledge of the Injury Alone Triggers the Limitations Period.

Plaintiff first argues that knowledge of a causal relationship between the injury and the cause is necessary to trigger the limitations period.  [Dkt. 26, p. 6 (citing *Sweeney v. Preston*, 642 So. 2d 332 (Miss. 1994)].  That argument, however, relies on inapplicable case law interpreting an entirely separate and distinct limitations period.  *Sweeney* was a medical malpractice case, a claim whose two-year limitations period is provided by § 15-1-36.  The medical malpractice limitations statute not only provides a different limitations period, but Mississippi courts have held that they are to be analyzed in a different manner than the three-year "catch-all" limitations period.  In *Angle v. Koppers, Inc.*, the Mississippi Supreme Court carefully analyzed the "catch-all" limitations period in responding to a party's argument that the limitations period did not begin until an injured party had knowledge of the injury and the cause.  42 So. 3d 1, 5-7 (¶¶ 8-18) (Miss. 2010).

---

[2] Plaintiff also argues that Navient did not attach "a copy of the payment histories or other correspondence it is alleged to have sent [Plaintiff]" to its Motion.  [Dkt. 26, p. 7].  To the contrary, Navient clearly outlined the substance of the communications between Plaintiff and Navient and cited to documentary evidence and the letters Navient repeatedly sent at Plaintiff's request in 2015, 2016, and 2019.  [Dkt. 17, pp. 2-3]; [Dkt. 16-1, pp. 57-60, Ex. E]; [Dkt. 16-1, pp. 61-67, Ex. 4]; [Dkt. 16-1, pp. 68, Ex. 5].

The Court's decision was very clear, "find[ing] that the plain language of the statute supports Defendants' argument that the cause of action accrued upon discovery of the injury, *not discovery of the injury and its cause*." *Id.* at 5 (¶ 9) (emphasis in original). Additionally, the Court held that "[n]o provision of Section 15-1-49 provides that a plaintiff must have knowledge of the cause of the injury before the cause of action accrues, initiating the running of the statute of limitations." *Id.* at 7 (¶ 18). Thus, the statute of limitations on Plaintiff's cause of action began running on the date that he learned of his injury, not his injury and its cause.

Plaintiff contacted Navient on November 17, 2015 to discuss his belief that his payment history and his balance were incorrect. [Dkt. 12-1, p. 32]. Plaintiff admits this conversation happened but simply does not remember the date. [Dkt. 27, ¶ 10]. Accordingly, there is no genuine dispute of material fact that Plaintiff was aware of his alleged injury in November 2015. Navient, therefore, is entitled to judgment as a matter of law that Plaintiff's claims against Navient have long expired.

### C.   Plaintiff Possessed the Same Information Provided by the August 19, 2022 Letter in January 2016.

Even if the Court were to accept Plaintiff's position that his limitations period did not begin until he had knowledge of the injury and the cause, the statute of limitations on Plaintiff's claim has expired. Plaintiff argues that he did not have the information necessary to file suit until his attorneys received the "complete account declining balance payment history" from Navient. [Dkt. 26, p. 9]. Plaintiff, however, fails to provide **one single reason** why the "complete account declining balance payment history" shed light on information that was previously unknown.[3] Plaintiff's failure, however, is most likely attributable to the inherently unsupportable nature of his argument as the information provided in August 2022 was no different than that provided in the

---

[3] Plaintiff did not even attach the August 19, 2022 correspondence to his Response so the Court could make an informed opinion, despite wrongly accusing Navient of doing the same in its Motion.

January 2016 letter—other than the fact that the August 2022 letter contains information regarding events that occurred after January 7, 2016. *Compare* January 7, 2016 Letter, attached to Navient's Reply as Exhibit A,[4] *with* August 19, 2022 Letter, attached to Navient's Reply as Exhibit B.

Plaintiff, therefore, cannot utilize the discovery rule to toll the limitation period on his claims against Navient. He admits in his Affidavit that he spoke with individuals at Navient in 2015 and 2016 because he was concerned with what he believed was an "apparent increase in [his] loan balance." [Dkt. 26-1]. In January 2016 he was provided information identical to the information he received in August 2022 which he claims gave him the information he needed to file suit. Thus, the statute of limitations on any claim against Navient began running in 2015 and 2016 at the latest. The Court, therefore, should grant Navient's Motion for Summary Judgment.

## II.    Plaintiff's Complaint Fails to State a Claim Upon Which Relief May Be Granted and Leave to Amend Would Be Futile.

In response to Navient's arguments that Navient Corporation is the improper party and that Navient Solutions, LLC did not service any of Plaintiff's federal loans during time period in which the Complaint alleges wrongdoing, Plaintiff requests the Court grant leave to amend his Complaint to add Navient Solutions, LLC as a named defendant and to add allegations of wrongdoing relating to the private loans. Futility of the amendment, however, is a "good and valid reason[] for denying a motion for leave to amend." *Warnock & Assocs. v. City of Canton*, 328 So. 3d 1254, 1266 (¶ 31) (Miss. Ct. App. 2021). Any amendment to Plaintiff's Complaint would be futile as the statute of limitations would still preclude his claims. *See Hadley v. FedEx Ground Package Sys., Inc.*, --- So. 3d ---, 2019 WL 4439428, at *4 (Miss. Ct. App. 2019) (denying leave to amend when the original complaint was dismissed as time-barred); *see also Russell v. Ford Motor Co.*, 960 So. 2d 495, 501 (Miss. Ct. App. 2006) (denying leave to amend

---

[4] Navient initially attached the January 2016 letter to its Motion but inadvertently omitted pages from the attachments to that letter. For that reason, Navient is reattaching the complete copy of the January 2016 letter to its Reply.

after granting summary judgment on statute of limitations).  The Court, therefore, should deny this request.

## CONCLUSION

For these reasons, Defendant Navient Corporation requests that the Court grant its Motion for Summary Judgment on the grounds that Navient Corporation is an improper party and that the statute of limitations on Plaintiff's claim has expired and deny Plaintiff's request for leave to amend on the grounds that any amendment would be futile.

This the 4th day of August, 2023.

Respectfully submitted,

NAVIENT CORPORATION

By Its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: _s/ J. Carter Thompson, Jr._
      J. CARTER THOMPSON, JR.

OF COUNSEL:

J. Carter Thompson, Jr. (MSB # 8195)
cthompson@bakerdonelson.com
R. Christopher White (MS Bar No. 105509)
rcwhite@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi  39236-4167
PHYSICAL:  One Eastover Center
100 Vision Center, Suite 400
Jackson, MS  39211-6391
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have this day electronically filed the foregoing the Clerk of the Court using the MEC system which sent notification to all counsel of record.

Dated: August 4, 2023.

<u>/s/ J. Carter Thompson, Jr.</u>
J. CARTER THOMPSON, JR.

# NAVIENT.

www.Navient.com

Office of the Customer Advocate
PO Box 4200
Wilkes-Barre, PA 18773-4200

January 7, 2016

Mr. Jamerial Q. Benson
115 Germany Drive
Canton, MS 39046-6054

**RE:    Your Student Loan Account #9644672640**

Dear Mr. Benson:

Thank you for reaching out to the Office of the Customer Advocate with concerns regarding your student loan account.   Specifically, you requested a full payment history for your outstanding Signature Student Loans.   We hope you find the following information helpful.

We have enclosed complete payment histories for you, which provide the application of payments received, any fees assessed and the amount of unpaid interest that has been capitalized (added to your principal balance).  The payment histories reflect the changing principal balance of your account.  If you've made any payments that aren't shown here, we will be happy to research your account further to ensure all your payments are reflected appropriately. You're welcome to send the documentation to my attention at the address on this letterhead.

You're welcome to call me directly at 888-545-4199, x418360, with any questions you may have.

Sincerely,

Jocelyn Solorzano
Office of the Customer Advocate
Navient

Enclosures

**EXHIBIT
A**

Mr. Jamerial O. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 6/21/2001 | $2,095.00 | $2,095.00 | $0.00 | $0.00 | $0.00 | $2,095.00 | Disbursement |
| 6/21/2001 | $125.70 | $125.70 | $0.00 | $0.00 | $0.00 | $2,220.70 | Supplemental Fee |
| 5/9/2005 | $584.64 | $0.00 | $0.00 | $584.64 | $0.00 | $2,805.34 | End of Grace |
| 2/27/2006 | $31.17 | $0.00 | -$31.17 | $0.00 | $0.00 | $2,805.34 | |
| 2/27/2006 | $10.88 | $0.00 | -$10.88 | $0.00 | $0.00 | $2,805.34 | |
| 5/31/2006 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $2,855.34 | Forbearance Fee Assessed |
| 5/31/2006 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $2,805.34 | Forbearance Fee Paid |
| 5/31/2006 | $50.00 | $0.00 | -$50.00 | $0.00 | $0.00 | $2,805.34 | |
| 7/2/2006 | $216.76 | $0.00 | $0.00 | $216.76 | $0.00 | $3,022.10 | Semi-Annual during In-School Deferment |
| 8/5/2006 | $25.81 | $0.00 | $0.00 | $25.81 | $0.00 | $3,047.91 | End of School Deferment |
| 9/1/2006 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,047.91 | |
| 10/2/2006 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,047.91 | |
| 10/17/2006 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $3,097.91 | Forbearance Fee Assessed |
| 10/17/2006 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $3,047.91 | Forbearance Fee Paid |
| 1/18/2007 | $130.57 | $0.00 | $0.00 | $130.57 | $0.00 | $3,178.48 | End of Forbearance |
| 3/4/2007 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,178.48 | |
| 3/28/2007 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $3,228.48 | Forbearance Fee Assessed |
| 3/28/2007 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $3,178.48 | Forbearance Fee Paid |

Page 1 of 9

Mr. Jamerial Q. Benson
Account #9644672640

January 7, 2016

Signature Student Loan
Disbursed June 21, 2001

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 5/18/2007 | $101.02 | $0.00 | $0.00 | $101.02 | $0.00 | $3,279.50 | End of Forbearance |
| 7/2/2007 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,279.50 | |
| 7/30/2007 | $41.30 | $0.00 | -$21.30 | $0.00 | -$20.00 | $3,279.50 | |
| 7/30/2007 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $3,329.50 | Forbearance Fee Assessed |
| 7/30/2007 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $3,279.50 | Forbearance Fee Paid |
| 10/9/2007 | $6.53 | $0.00 | -$6.53 | $0.00 | $0.00 | $3,279.50 | |
| 11/18/2007 | $135.33 | $0.00 | $0.00 | $135.33 | $0.00 | $3,414.83 | End of Forbearance |
| 1/1/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,414.83 | |
| 1/14/2008 | $51.84 | $0.00 | $0.00 | $51.84 | $0.00 | $3,466.67 | End of Administrative Forbearance |
| 1/31/2008 | $76.00 | -$56.51 | -$14.49 | $0.00 | -$5.00 | $3,410.16 | |
| 5/2/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,410.16 | |
| 5/13/2008 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $3,460.16 | Forbearance Fee Assessed |
| 5/13/2008 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $3,410.16 | Forbearance Fee Paid |
| 6/20/2008 | $109.56 | $0.00 | $0.00 | $109.56 | $0.00 | $3,519.72 | End of Forbearance |
| 8/1/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,519.72 | |
| 9/1/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,519.72 | |
| 9/12/2008 | $41.01 | $0.00 | -$26.01 | $0.00 | -$15.00 | $3,519.72 | |
| 9/24/2008 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $3,569.72 | Forbearance Fee Assessed |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 9/24/2008 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $3,519.72 | Forbearance Fee Assessed |
| 12/18/2008 | $96.20 | $0.00 | $0.00 | $96.20 | $0.00 | $3,615.92 | End of Forbearance |
| 2/1/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,615.92 | |
| 2/18/2009 | $65.42 | -$22.21 | -$38.21 | $0.00 | -$5.00 | $3,593.71 | |
| 4/1/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,593.71 | |
| 4/9/2009 | $63.70 | $29.78 | -$28.92 | $0.00 | -$5.00 | $3,563.93 | |
| 6/1/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,563.93 | |
| 6/8/2009 | $41.06 | -$5.32 | -$30.74 | $0.00 | -$5.00 | $3,558.61 | |
| 7/2/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,558.61 | |
| 7/6/2009 | $30.18 | -$10.86 | -$14.32 | $0.00 | -$5.00 | $3,547.75 | |
| 8/2/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,547.75 | |
| 8/12/2009 | $53.30 | -$29.43 | -$18.87 | $0.00 | -$5.00 | $3,518.32 | |
| 10/1/2009 | $40.94 | -$15.66 | -$25.28 | $0.00 | $0.00 | $3,502.66 | |
| 11/1/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,502.66 | |
| 11/13/2009 | $23.34 | $0.00 | -$18.34 | $0.00 | -$5.00 | $3,502.66 | |
| 12/2/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,502.66 | |
| 12/15/2009 | $25.46 | -$1.04 | -$19.42 | $0.00 | -$5.00 | $3,501.62 | |
| 1/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,501.62 | |

Page 3 of 9

Mr. Jamerial O. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1/5/2010 | $0.34 | -$0.34 | $0.00 | $0.00 | $0.00 | $3,501.28 | Principal Credit |
| 1/24/2010 | $65.54 | -$40.41 | -$20.13 | $0.00 | -$5.00 | $3,460.87 | |
| 3/4/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,460.87 | |
| 3/30/2010 | $30.73 | $0.00 | -$25.73 | $0.00 | -$5.00 | $3,460.87 | |
| 4/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,460.87 | |
| 5/2/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,460.87 | |
| 5/20/2010 | $30.74 | $0.00 | -$20.74 | $0.00 | -$10.00 | $3,460.87 | |
| 6/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,460.87 | |
| 6/14/2010 | $54.30 | -$25.64 | -$23.66 | $0.00 | -$5.00 | $3,435.23 | |
| 7/2/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,435.23 | |
| 8/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,435.23 | |
| 8/2/2010 | $30.75 | $0.00 | -$20.75 | $0.00 | -$10.00 | $3,435.23 | |
| 9/1/2010 | $60.70 | -$42.46 | -$18.24 | $0.00 | $0.00 | $3,392.77 | |
| 10/3/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,392.77 | |
| 11/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,392.77 | |
| 11/15/2010 | $61.55 | -$14.97 | -$36.58 | $0.00 | -$10.00 | $3,377.80 | |
| 12/2/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,377.80 | |
| 1/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,377.80 | |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1/10/2011 | $69.79 | -$32.59 | -$27.20 | $0.00 | -$10.00 | $3,345.21 | |
| 2/1/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,345.21 | |
| 2/8/2011 | $21.74 | -$2.79 | -$13.95 | $0.00 | -$5.00 | $3,342.42 | |
| 3/4/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,342.42 | |
| 3/22/2011 | $65.99 | -$40.81 | -$20.18 | $0.00 | -$5.00 | $3,301.61 | |
| 5/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,301.61 | |
| 5/28/2011 | $56.09 | -$19.29 | -$31.80 | $0.00 | -$5.00 | $3,282.32 | |
| 6/24/2011 | $30.84 | -$18.10 | -$12.74 | $0.00 | $0.00 | $3,264.22 | |
| 7/27/2011 | $30.84 | -$15.36 | -$15.48 | $0.00 | $0.00 | $3,248.86 | |
| 9/1/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,248.86 | |
| 9/7/2011 | $35.38 | -$10.77 | -$19.61 | $0.00 | -$5.00 | $3,238.09 | |
| 10/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,238.09 | |
| 10/13/2011 | $32.90 | -$11.14 | -$16.76 | $0.00 | -$5.00 | $3,226.95 | |
| 11/1/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $3,226.95 | |
| 11/3/2011 | $26.74 | -$12.00 | -$9.74 | $0.00 | -$5.00 | $3,214.95 | |
| 11/24/2011 | $26.75 | -$17.05 | -$9.70 | $0.00 | $0.00 | $3,197.90 | |
| 12/16/2011 | $31.36 | -$21.25 | -$10.11 | $0.00 | $0.00 | $3,176.65 | |
| 1/19/2012 | $30.73 | -$15.20 | -$15.53 | $0.00 | $0.00 | $3,161.45 | |

Page 5 of 9

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 2/23/2012 | $32.93 | -$17.02 | -$15.91 | $0.00 | $0.00 | $3,144.43 | |
| 3/21/2012 | $28.82 | -$16.62 | -$12.20 | $0.00 | $0.00 | $3,127.81 | |
| 4/26/2012 | $32.94 | -$16.75 | -$16.19 | $0.00 | $0.00 | $3,111.06 | |
| 5/22/2012 | $28.81 | -$17.18 | -$11.63 | $0.00 | $0.00 | $3,093.88 | |
| 6/20/2012 | $32.94 | -$20.04 | -$12.90 | $0.00 | $0.00 | $3,073.84 | |
| 7/19/2012 | $28.69 | -$15.88 | -$12.81 | $0.00 | $0.00 | $3,057.96 | |
| 8/23/2012 | $32.93 | -$17.55 | -$15.38 | $0.00 | $0.00 | $3,040.41 | |
| 9/19/2012 | $28.82 | -$17.02 | -$11.80 | $0.00 | $0.00 | $3,023.39 | |
| 10/23/2012 | $61.59 | -$46.82 | -$14.77 | $0.00 | $0.00 | $2,976.57 | |
| 11/21/2012 | $30.85 | -$18.44 | -$12.41 | $0.00 | $0.00 | $2,958.13 | |
| 12/18/2012 | $16.47 | -$4.99 | -$11.48 | $0.00 | $0.00 | $2,953.14 | |
| 1/24/2013 | $45.05 | -$29.35 | -$15.70 | $0.00 | $0.00 | $2,923.79 | |
| 2/20/2013 | $30.67 | -$19.33 | -$11.34 | $0.00 | $0.00 | $2,904.46 | |
| 3/20/2013 | $32.93 | -$21.24 | -$11.69 | $0.00 | $0.00 | $2,883.22 | |
| 4/9/2013 | $20.00 | -$11.71 | -$8.29 | $0.00 | $0.00 | $2,871.51 | |
| 4/23/2013 | $36.64 | -$30.86 | -$5.78 | $0.00 | $0.00 | $2,840.65 | |
| 5/22/2013 | $36.64 | -$24.80 | -$11.84 | $0.00 | $0.00 | $2,815.85 | |
| 7/17/2013 | $30.27 | -$7.60 | -$22.67 | $0.00 | $0.00 | $2,808.25 | |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 8/18/2013 | $30.27 | -$17.35 | -$12.92 | $0.00 | $0.00 | $2,790.90 | |
| 9/22/2013 | $36.83 | -$22.90 | -$13.93 | $0.00 | $0.00 | $2,768.00 | |
| 10/18/2013 | $36.64 | -$26.28 | -$10.36 | $0.00 | $0.00 | $2,741.72 | |
| 11/21/2013 | $26.43 | -$13.01 | -$13.42 | $0.00 | $0.00 | $2,728.71 | |
| 12/18/2013 | $31.43 | -$20.83 | -$10.60 | $0.00 | $0.00 | $2,707.88 | |
| 2/4/2014 | $50.16 | -$31.45 | -$18.71 | $0.00 | $0.00 | $2,676.43 | |
| 3/17/2014 | $40.11 | -$24.32 | -$15.79 | $0.00 | $0.00 | $2,652.11 | - |
| 4/21/2014 | $26.92 | -$13.57 | -$13.35 | $0.00 | $0.00 | $2,638.54 | |
| 5/17/2014 | $29.93 | -$20.49 | -$9.44 | $0.00 | $0.00 | $2,618.05 | |
| 6/17/2014 | $36.92 | -$25.80 | -$11.12 | $0.00 | $0.00 | $2,592.25 | |
| 6/17/2014 | $29.93 | -$29.93 | $0.00 | $0.00 | $0.00 | $2,562.32 | |
| 7/17/2014 | $29.93 | -$19.40 | -$10.53 | $0.00 | $0.00 | $2,542.92 | |
| 7/22/2014 | $50.00 | -$48.26 | -$1.74 | $0.00 | $0.00 | $2,494.66 | |
| 8/17/2014 | $29.08 | -$20.19 | -$8.89 | $0.00 | $0.00 | $2,474.47 | |
| 8/18/2014 | $16.15 | -$15.82 | -$0.33 | $0.00 | $0.00 | $2,458.65 | |
| 9/17/2014 | $29.08 | -$18.96 | -$10.12 | $0.00 | $0.00 | $2,439.69 | |
| 10/17/2014 | $29.08 | -$19.05 | -$10.03 | $0.00 | $0.00 | $2,420.64 | |
| 10/23/2014 | $28.85 | -$26.86 | -$1.99 | $0.00 | $0.00 | $2,393.78 | |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 11/17/2014 | $28.30 | -$20.11 | -$8.19 | $0.00 | $0.00 | $2,373.67 | |
| 12/17/2014 | $28.30 | -$18.54 | -$9.76 | $0.00 | $0.00 | $2,355.13 | |
| 12/18/2014 | $58.18 | -$57.86 | -$0.32 | $0.00 | $0.00 | $2,297.27 | |
| 1/8/2015 | $58.18 | -$51.57 | -$6.61 | $0.00 | $0.00 | $2,245.70 | |
| 1/17/2015 | $28.30 | -$25.54 | -$2.76 | $0.00 | $0.00 | $2,220.16 | |
| 2/17/2015 | $27.26 | -$17.82 | -$9.44 | $0.00 | $0.00 | $2,202.34 | |
| 3/17/2015 | $27.26 | -$18.82 | -$8.44 | $0.00 | $0.00 | $2,183.52 | |
| 4/17/2015 | $27.26 | -$17.99 | -$9.27 | $0.00 | $0.00 | $2,165.53 | |
| 5/17/2015 | $26.53 | -$17.63 | -$8.90 | $0.00 | $0.00 | $2,147.90 | |
| 5/20/2015 | $100.00 | -$99.12 | -$0.88 | $0.00 | $0.00 | $2,048.78 | |
| 6/17/2015 | $26.53 | -$26.53 | $0.00 | $0.00 | $0.00 | $2,022.25 | |
| 6/17/2015 | $59.50 | -$51.63 | -$7.87 | $0.00 | $0.00 | $1,970.62 | |
| 7/10/2015 | $59.50 | -$53.29 | -$6.21 | $0.00 | $0.00 | $1,917.33 | |
| 7/17/2015 | $26.53 | -$24.70 | -$1.83 | $0.00 | $0.00 | $1,892.63 | |
| 8/17/2015 | $24.51 | -$16.46 | -$8.05 | $0.00 | $0.00 | $1,876.17 | |
| 8/18/2015 | $15.03 | -$14.78 | -$0.25 | $0.00 | $0.00 | $1,861.39 | |
| 9/17/2015 | $60.01 | -$52.36 | -$7.65 | $0.00 | $0.00 | $1,809.03 | |
| 9/17/2015 | $24.51 | -$24.51 | $0.00 | $0.00 | $0.00 | $1,784.52 | |

Page 8 of 9

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed June 21, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 10/7/2015 | $60.01 | -$55.12 | -$4.89 | $0.00 | $0.00 | $1,729.40 | |
| 10/17/2015 | $24.51 | -$22.15 | -$2.36 | $0.00 | $0.00 | $1,707.25 | |
| 11/17/2015 | $22.76 | -$15.50 | -$7.26 | $0.00 | $0.00 | $1,691.75 | |
| 12/17/2015 | $22.76 | -$15.80 | -$6.96 | $0.00 | $0.00 | $1,675.95 | |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed August 23, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 8/23/2001 | $1,550.00 | $1,550.00 | $0.00 | $0.00 | $0.00 | $1,550.00 | Disbursement |
| 8/23/2001 | $93.00 | $93.00 | $0.00 | $0.00 | $0.00 | $1,643.00 | Supplemental Fee |
| 1/9/2002 | $1,550.00 | $1,550.00 | $0.00 | $0.00 | $0.00 | $3,193.00 | Disbursement |
| 1/9/2002 | $93.00 | $93.00 | $0.00 | $0.00 | $0.00 | $3,286.00 | Supplemental Fee |
| 5/9/2005 | $759.39 | $0.00 | $0.00 | $759.39 | $0.00 | $4,045.39 | End of Grace |
| 2/27/2006 | $44.74 | $0.00 | -$44.74 | $0.00 | $0.00 | $4,045.39 | |
| 2/27/2006 | $15.70 | $0.00 | -$15.70 | $0.00 | $0.00 | $4,045.39 | |
| 5/31/2006 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $4,095.39 | Forbearance Fee Assessed |
| 5/31/2006 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $4,045.39 | Forbearance Fee Paid |
| 5/31/2006 | $50.00 | $0.00 | -$50.00 | $0.00 | $0.00 | $4,045.39 | |
| 7/2/2006 | $321.43 | $0.00 | $0.00 | $321.43 | $0.00 | $4,366.82 | Semi-Annual during In-School Deferment |
| 8/5/2006 | $38.32 | $0.00 | $0.00 | $38.32 | $0.00 | $4,405.14 | End of School Deferment |
| 9/1/2006 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,405.14 | |
| 10/2/2006 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,405.14 | |
| 10/17/2006 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $4,455.14 | Forbearance Fee Assessed |
| 10/17/2006 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $4,405.14 | Forbearance Fee Paid |
| 1/18/2007 | $193.25 | $0.00 | $0.00 | $193.25 | $0.00 | $4,598.39 | End of Forbearance |
| 3/4/2007 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,598.39 | |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed August 23, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 3/28/2007 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $4,648.39 | Forbearance Fee Assessed |
| 3/28/2007 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $4,598.39 | Forbearance Fee Paid |
| 5/18/2007 | $148.82 | $0.00 | $0.00 | $148.82 | $0.00 | $4,747.21 | End of Forbearance |
| 7/2/2007 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,747.21 | |
| 7/30/2007 | $59.45 | $0.00 | -$39.45 | $0.00 | -$20.00 | $4,747.21 | |
| 7/30/2007 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $4,797.21 | Forbearance Fee Assessed |
| 7/30/2007 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $4,747.21 | Forbearance Fee Paid |
| 10/9/2007 | $9.40 | $0.00 | -$9.40 | $0.00 | $0.00 | $4,747.21 | |
| 11/18/2007 | $190.08 | $0.00 | $0.00 | $190.08 | $0.00 | $4,937.29 | End of Forbearance |
| 1/1/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,937.29 | |
| 1/14/2008 | $75.66 | $0.00 | $0.00 | $75.66 | $0.00 | $5,012.95 | End of Administrative Forbearance |
| 1/31/2008 | $109.40 | -$83.25 | -$21.15 | $0.00 | -$5.00 | $4,929.70 | |
| 5/2/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,929.70 | |
| 5/13/2008 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $4,979.70 | Forbearance Fee Assessed |
| 5/13/2008 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $4,929.70 | Forbearance Fee Paid |
| 6/20/2008 | $159.67 | $0.00 | $0.00 | $159.67 | $0.00 | $5,089.37 | End of Forbearance |
| 8/1/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $5,089.37 | |
| 9/1/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $5,089.37 | |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed August 23, 2001

January 7, 2016

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 9/12/2008 | $58.99 | $0.00 | -$43.99 | $0.00 | -$15.00 | $5,089.37 | |
| 9/24/2008 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $5,139.37 | Forbearance Fee Assessed |
| 9/24/2008 | $50.00 | -$50.00 | $0.00 | $0.00 | $0.00 | $5,089.37 | Forbearance Fee Paid |
| 12/18/2008 | $133.15 | $0.00 | $0.00 | $133.15 | $0.00 | $5,222.52 | End of Forbearance |
| 2/1/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $5,222.52 | |
| 2/18/2009 | $94.01 | -$33.82 | -$55.19 | $0.00 | -$5.00 | $5,188.70 | |
| 4/1/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $5,188.70 | |
| 4/9/2009 | $91.54 | -$44.77 | -$41.77 | $0.00 | -$5.00 | $5,143.93 | |
| 6/1/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $5,143.93 | |
| 6/8/2009 | $58.94 | -$9.57 | -$44.37 | $0.00 | -$5.00 | $5,134.36 | |
| 7/2/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $5,134.36 | |
| 7/6/2009 | $43.33 | -$17.67 | -$20.66 | $0.00 | -$5.00 | $5,116.69 | |
| 8/2/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $5,116.69 | |
| 8/12/2009 | $76.77 | -$44.56 | -$27.21 | $0.00 | -$5.00 | $5,072.13 | |
| 10/1/2009 | $59.06 | -$22.61 | -$36.45 | $0.00 | $0.00 | $5,049.52 | |
| 11/1/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $5,049.52 | |
| 11/13/2009 | $33.66 | $0.00 | -$28.66 | $0.00 | -$5.00 | $5,049.52 | |
| 12/2/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $5,049.52 | |

Mr. Jamerial Q. Benson
Account #9644672640

January 7, 2016

Signature Student Loan
Disbursed August 23, 2001

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 12/15/2009 | $36.69 | -$5.91 | -$25.78 | $0.00 | -$5.00 | $5,043.61 | |
| 1/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $5,043.61 | |
| 1/24/2010 | $94.46 | -$60.47 | -$28.99 | $0.00 | -$5.00 | $4,983.14 | |
| 3/4/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,983.14 | |
| 3/30/2010 | $44.27 | $0.00 | -$39.27 | $0.00 | -$5.00 | $4,983.14 | |
| 4/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,983.14 | |
| 5/2/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,983.14 | |
| 5/20/2010 | $44.26 | $0.00 | -$34.26 | $0.00 | -$10.00 | $4,983.14 | |
| 6/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,983.14 | |
| 6/14/2010 | $78.19 | -$45.72 | -$27.47 | $0.00 | -$5.00 | $4,937.42 | |
| 7/2/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,937.42 | |
| 8/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,937.42 | |
| 8/2/2010 | $44.25 | $0.00 | -$34.25 | $0.00 | -$10.00 | $4,937.42 | |
| 9/1/2010 | $87.30 | -$65.49 | -$21.81 | $0.00 | $0.00 | $4,871.93 | |
| 10/3/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,871.93 | |
| 11/1/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,871.93 | |
| 11/15/2010 | $88.45 | -$25.93 | -$52.52 | $0.00 | -$10.00 | $4,846.00 | |
| 12/2/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,846.00 | |

Page 4 of 9

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed August 23, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,846.00 | |
| 1/10/2011 | $100.21 | -$51.20 | -$39.01 | $0.00 | -$10.00 | $4,794.80 | |
| 2/1/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,794.80 | |
| 2/8/2011 | $31.22 | -$6.24 | -$19.98 | $0.00 | -$5.00 | $4,788.56 | |
| 3/4/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,788.56 | |
| 3/22/2011 | $94.61 | -$60.71 | -$28.90 | $0.00 | -$5.00 | $4,727.85 | |
| 5/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,727.85 | |
| 5/28/2011 | $80.35 | -$29.81 | -$45.54 | $0.00 | -$5.00 | $4,698.04 | |
| 6/24/2011 | $44.16 | -$25.93 | -$18.23 | $0.00 | $0.00 | $4,672.11 | |
| 7/27/2011 | $44.16 | -$22.00 | -$22.16 | $0.00 | $0.00 | $4,650.11 | |
| 9/1/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,650.11 | |
| 9/7/2011 | $50.62 | -$17.55 | -$28.07 | $0.00 | -$5.00 | $4,632.56 | |
| 10/2/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,632.56 | |
| 10/13/2011 | $47.10 | -$18.13 | -$23.97 | $0.00 | -$5.00 | $4,614.43 | |
| 11/1/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $4,614.43 | |
| 11/3/2011 | $38.26 | -$19.33 | -$13.93 | $0.00 | -$5.00 | $4,595.10 | |
| 11/24/2011 | $38.25 | -$24.38 | -$13.87 | $0.00 | $0.00 | $4,570.72 | |
| 12/16/2011 | $44.86 | -$30.41 | -$14.45 | $0.00 | $0.00 | $4,540.31 | |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed August 23, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1/19/2012 | $43.95 | -$21.76 | -$22.19 | $0.00 | $0.00 | $4,518.55 | |
| 2/23/2012 | $47.07 | -$24.34 | -$22.73 | $0.00 | $0.00 | $4,494.21 | |
| 3/21/2012 | $41.18 | -$23.74 | -$17.44 | $0.00 | $0.00 | $4,470.47 | |
| 4/26/2012 | $47.06 | -$23.93 | -$23.13 | $0.00 | $0.00 | $4,446.54 | |
| 5/22/2012 | $41.19 | -$24.57 | -$16.62 | $0.00 | $0.00 | $4,421.97 | |
| 6/20/2012 | $47.06 | -$28.62 | -$18.44 | $0.00 | $0.00 | $4,393.35 | |
| 7/19/2012 | $41.01 | -$22.69 | -$18.32 | $0.00 | $0.00 | $4,370.66 | |
| 8/23/2012 | $47.07 | -$25.08 | -$21.99 | $0.00 | $0.00 | $4,345.58 | |
| 9/19/2012 | $41.18 | -$24.32 | -$16.86 | $0.00 | $0.00 | $4,321.26 | |
| 10/23/2012 | $88.02 | -$66.91 | -$21.11 | $0.00 | $0.00 | $4,254.35 | |
| 11/21/2012 | $44.09 | -$26.36 | -$17.73 | $0.00 | $0.00 | $4,227.99 | |
| 12/18/2012 | $23.53 | -$7.12 | -$16.41 | $0.00 | $0.00 | $4,220.87 | |
| 1/24/2013 | $64.40 | -$41.96 | -$22.44 | $0.00 | $0.00 | $4,178.91 | |
| 2/20/2013 | $43.84 | -$27.62 | -$16.22 | $0.00 | $0.00 | $4,151.29 | |
| 3/20/2013 | $47.07 | -$30.36 | -$16.71 | $0.00 | $0.00 | $4,120.93 | |
| 4/9/2013 | $20.00 | -$8.15 | -$11.85 | $0.00 | $0.00 | $4,112.78 | |
| 4/23/2013 | $43.36 | -$35.08 | -$8.28 | $0.00 | $0.00 | $4,077.70 | |
| 5/22/2013 | $43.36 | -$26.36 | -$17.00 | $0.00 | $0.00 | $4,051.34 | |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed August 23, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 7/17/2013 | $43.36 | -$10.75 | -$32.61 | $0.00 | $0.00 | $4,040.59 | |
| 8/18/2013 | $43.36 | -$24.76 | -$18.60 | $0.00 | $0.00 | $4,015.83 | |
| 9/22/2013 | $43.17 | -$23.14 | -$20.03 | $0.00 | $0.00 | $3,992.69 | |
| 10/18/2013 | $43.36 | -$28.42 | -$14.94 | $0.00 | $0.00 | $3,964.27 | |
| 11/21/2013 | $43.57 | -$24.17 | -$19.40 | $0.00 | $0.00 | $3,940.10 | |
| 12/18/2013 | $43.57 | -$28.26 | -$15.31 | $0.00 | $0.00 | $3,911.84 | |
| 2/4/2014 | $89.84 | -$62.82 | -$27.02 | $0.00 | $0.00 | $3,849.02 | |
| 3/17/2014 | $39.89 | -$17.18 | -$22.71 | $0.00 | $0.00 | $3,831.84 | |
| 4/21/2014 | $43.08 | -$23.78 | -$19.30 | $0.00 | $0.00 | $3,808.06 | |
| 5/17/2014 | $43.08 | -$29.46 | -$13.62 | $0.00 | $0.00 | $3,778.60 | |
| 6/17/2014 | $43.08 | -$27.03 | -$16.05 | $0.00 | $0.00 | $3,751.57 | |
| 6/17/2014 | $43.08 | -$43.08 | $0.00 | $0.00 | $0.00 | $3,708.49 | |
| 7/17/2014 | $43.08 | -$27.84 | -$15.24 | $0.00 | $0.00 | $3,680.65 | |
| 8/17/2014 | $42.10 | -$26.47 | -$15.63 | $0.00 | $0.00 | $3,654.18 | |
| 8/18/2014 | $23.85 | -$23.35 | -$0.50 | $0.00 | $0.00 | $3,630.83 | |
| 9/17/2014 | $42.10 | -$27.18 | -$14.92 | $0.00 | $0.00 | $3,603.65 | |
| 10/17/2014 | $42.10 | -$27.29 | -$14.81 | $0.00 | $0.00 | $3,576.36 | |
| 10/23/2014 | $24.00 | -$21.05 | -$2.95 | $0.00 | $0.00 | $3,555.31 | |

Mr. Jamerial Q. Benson
Account #9644672640

January 7, 2016

Signature Student Loan
Disbursed August 23, 2001

# PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 11/17/2014 | $41.82 | -$29.65 | -$12.17 | $0.00 | $0.00 | $3,525.66 | |
| 12/17/2014 | $41.82 | -$27.32 | -$14.50 | $0.00 | $0.00 | $3,498.34 | |
| 12/18/2014 | $41.82 | -$41.35 | -$0.47 | $0.00 | $0.00 | $3,456.99 | |
| 1/8/2015 | $41.82 | -$31.87 | -$9.95 | $0.00 | $0.00 | $3,425.12 | |
| 1/17/2015 | $41.82 | -$37.60 | -$4.22 | $0.00 | $0.00 | $3,387.52 | |
| 2/17/2015 | $41.03 | -$26.63 | -$14.40 | $0.00 | $0.00 | $3,360.89 | |
| 3/17/2015 | $41.03 | -$28.14 | -$12.89 | $0.00 | $0.00 | $3,332.75 | |
| 4/17/2015 | $41.03 | -$26.87 | -$14.16 | $0.00 | $0.00 | $3,305.88 | |
| 5/17/2015 | $40.50 | -$26.92 | -$13.58 | $0.00 | $0.00 | $3,278.96 | |
| 6/17/2015 | $40.50 | -$40.50 | $0.00 | $0.00 | $0.00 | $3,238.46 | |
| 6/17/2015 | $40.50 | -$26.56 | -$13.94 | $0.00 | $0.00 | $3,211.90 | |
| 7/10/2015 | $40.50 | -$30.38 | -$10.12 | $0.00 | $0.00 | $3,181.52 | |
| 7/17/2015 | $40.50 | -$37.45 | -$3.05 | $0.00 | $0.00 | $3,144.07 | |
| 8/17/2015 | $39.99 | -$26.64 | -$13.35 | $0.00 | $0.00 | $3,117.43 | |
| 8/18/2015 | $24.97 | -$24.55 | -$0.42 | $0.00 | $0.00 | $3,092.88 | |
| 9/17/2015 | $39.99 | -$27.27 | -$12.72 | $0.00 | $0.00 | $3,065.61 | |
| 9/17/2015 | $39.99 | -$39.99 | $0.00 | $0.00 | $0.00 | $3,025.62 | |
| 10/7/2015 | $39.99 | -$31.70 | -$8.29 | $0.00 | $0.00 | $2,993.92 | |

Mr. Jamerial Q. Benson
Account #9644672640

Signature Student Loan
Disbursed August 23, 2001

January 7, 2016

## PRINCIPAL BALANCE PAYMENT HISTORY

| EFFECTIVE DATE | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | CAPITALIZED INTEREST | LATE FEES | PRINCIPAL BALANCE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 10/17/2015 | $39.99 | -$35.89 | -$4.10 | $0.00 | $0.00 | $2,958.03 | |
| 11/17/2015 | $38.62 | -$26.05 | -$12.57 | $0.00 | $0.00 | $2,931.98 | |
| 12/17/2015 | $38.62 | -$26.58 | -$12.04 | $0.00 | $0.00 | $2,905.40 | |

# NAVIENT

P.O. Box 9640
Wilkes-Barre, PA 18773-9640
Navient.com

JAMERIAL BENSON
115 GERMANY DR
CANTON, MS 39046-6054

RE:    9644672640
Loan #: 5029-3504-8105-1345
5029-3504-8105-1352

August 19, 2022

## JAMERIAL, thank you for your inquiry and your business with Navient. We've enclosed your account declining balance payment history that you recently requested.

I've enclosed a copy of your declining balance payment history to review at your convenience. This will show how past payments have been applied towards principal, interest, and fees, and the principal balance after each transaction.

*If you've made a payment which doesn't appear on this history*, please either send front and back copies of the canceled check, or a copy of the bank statement showing that the check was cashed by Navient to the address above. If the payment was made electronically through your bank's bill-paying service, please contact your bank to obtain the Electronic Funds Transfer number of the payment so that we can research your account.

I appreciate the opportunity to assist you and I wish you well.

**We're here to help**
If you have any questions about your account, visit us online at Navient.com, give us a call at 888-272-5543, Monday - Thursday 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET, or write to us at the address above. In order for us to be able to serve you better, please be sure to provide your Account Number.

Enclosed:    declining balance history



**EXHIBIT**

**B**

LTR160

# NAVIƎNT

P.O. Box 9640 Wilkes-Barre, PA 18773-9640
888-272-5543

Current Interest Rate: N/A
Original Disbursement: $2,095.00
Outstanding Principal: $0.00

**Loan 5029350481051345**

| Transaction | Effective Date | Transaction Amount | Principal Paid | Interest Paid | Fees Paid | Unpaid Principal Balance |
|---|---|---|---|---|---|---|
| DISBURSEMENT | 06/21/2001 | $2,095.00 | $0.00 | $0.00 | $0.00 | $2,095.00 |
| DISBURSEMENT FEE | 06/21/2001 | $125.70 | $0.00 | $0.00 | $0.00 | $2,220.70 |
| CAPITALIZATION | 05/09/2005 | $584.64 | $0.00 | $0.00 | $0.00 | $2,805.34 |
| PAYMENT | 02/27/2006 | $10.88 | $0.00 | $10.88 | $0.00 | $2,805.34 |
| PAYMENT | 02/27/2006 | $31.17 | $0.00 | $31.17 | $0.00 | $2,805.34 |
| FORB PAYMENT | 05/31/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $2,755.34 |
| PAYMENT | 05/31/2006 | $50.00 | $0.00 | $50.00 | $0.00 | $2,755.34 |
| ADJUSTMENT | 05/31/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $2,805.34 |
| CAPITALIZATION | 07/02/2006 | $216.76 | $0.00 | $0.00 | $0.00 | $3,022.10 |
| CAPITALIZATION | 08/05/2006 | $25.81 | $0.00 | $0.00 | $0.00 | $3,047.91 |
| LATE FEE | 09/01/2006 | $5.00 | $0.00 | $0.00 | $0.00 | $3,047.91 |
| LATE FEE | 10/02/2006 | $5.00 | $0.00 | $0.00 | $0.00 | $3,047.91 |
| FORB PAYMENT | 10/17/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $2,997.91 |
| FORB FEE | 10/17/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $3,047.91 |
| CAPITALIZATION | 01/18/2007 | $130.57 | $0.00 | $0.00 | $0.00 | $3,178.48 |
| LATE FEE | 03/04/2007 | $5.00 | $0.00 | $0.00 | $0.00 | $3,178.48 |
| FORB PAYMENT | 03/28/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $3,128.48 |
| FORB FEE | 03/28/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $3,178.48 |
| CAPITALIZATION | 05/18/2007 | $101.02 | $0.00 | $0.00 | $0.00 | $3,279.50 |
| LATE FEE | 07/02/2007 | $5.00 | $0.00 | $0.00 | $0.00 | $3,279.50 |
| FORB PAYMENT | 07/30/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $3,229.50 |
| FORB FEE | 07/30/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $3,279.50 |
| PAYMENT | 07/30/2007 | $41.30 | $0.00 | $21.30 | $20.00 | $3,279.50 |
| PAYMENT | 10/09/2007 | $6.53 | $0.00 | $6.53 | $0.00 | $3,279.50 |
| CAPITALIZATION | 11/18/2007 | $135.33 | $0.00 | $0.00 | $0.00 | $3,414.83 |
| LATE FEE | 01/01/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $3,414.83 |
| CAPITALIZATION | 01/14/2008 | $51.84 | $0.00 | $0.00 | $0.00 | $3,466.67 |
| PAYMENT | 01/31/2008 | $76.00 | $56.51 | $14.49 | $5.00 | $3,410.16 |
| LATE FEE | 05/02/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $3,410.16 |
| FORB PAYMENT | 05/13/2008 | $50.00 | $0.00 | $0.00 | $0.00 | $3,360.16 |
| FORB FEE | 05/13/2008 | $50.00 | $0.00 | $0.00 | $0.00 | $3,410.16 |
| CAPITALIZATION | 06/20/2008 | $109.56 | $0.00 | $0.00 | $0.00 | $3,519.72 |
| LATE FEE | 08/01/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $3,519.72 |
| LATE FEE | 09/01/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $3,519.72 |
| PAYMENT | 09/12/2008 | $41.01 | $0.00 | $26.01 | $15.00 | $3,519.72 |
| FORB PAYMENT | 09/24/2008 | $50.00 | $0.00 | $0.00 | $0.00 | $3,469.72 |
| FORB FEE | 09/24/2008 | $50.00 | $0.00 | $0.00 | $0.00 | $3,519.72 |
| CAPITALIZATION | 12/18/2008 | $96.20 | $0.00 | $0.00 | $0.00 | $3,615.92 |
| LATE FEE | 02/01/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $3,615.92 |
| PAYMENT | 02/18/2009 | $65.42 | $22.21 | $38.21 | $5.00 | $3,593.71 |
| LATE FEE | 04/01/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $3,593.71 |
| PAYMENT | 04/09/2009 | $63.70 | $29.78 | $28.92 | $5.00 | $3,563.93 |
| LATE FEE | 06/01/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $3,563.93 |
| PAYMENT | 06/08/2009 | $41.06 | $5.32 | $30.74 | $5.00 | $3,558.61 |
| LATE FEE | 07/02/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $3,558.61 |
| PAYMENT | 07/06/2009 | $30.18 | $10.86 | $14.32 | $5.00 | $3,547.75 |
| LATE FEE | 08/02/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $3,547.75 |
| PAYMENT | 08/12/2009 | $53.30 | $29.43 | $18.87 | $5.00 | $3,518.32 |
| PAYMENT | 10/01/2009 | $40.94 | $15.66 | $25.28 | $0.00 | $3,502.66 |
| LATE FEE | 11/01/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $3,502.66 |
| PAYMENT | 11/13/2009 | $23.34 | $0.00 | $18.34 | $5.00 | $3,502.66 |
| LATE FEE | 12/02/2009 | $5.00 | $0.00 | $0.00 | $0.00 | $3,502.66 |
| PAYMENT | 12/15/2009 | $25.46 | $1.04 | $19.42 | $5.00 | $3,501.62 |
| LATE FEE | 01/01/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $3,501.62 |

This financial history removes offsetting transactions on your account that do not impact your loan balance. This is to avoid any confusion with administrative adjustments processed on your account.

Loan 5029350481051345

| Transaction | Effective Date | Transaction Amount | Principal Paid | Interest Paid | Fees Paid | Unpaid Principal Balance |
|---|---|---|---|---|---|---|
| ADJUSTMENT | 01/05/2010 | $0.34 | $0.00 | $0.00 | $0.00 | $3,501.28 |
| PAYMENT | 01/24/2010 | $65.54 | $40.41 | $20.13 | $5.00 | $3,460.87 |
| LATE FEE | 03/04/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $3,460.87 |
| PAYMENT | 03/30/2010 | $30.73 | $0.00 | $25.73 | $5.00 | $3,460.87 |
| LATE FEE | 04/01/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $3,460.87 |
| LATE FEE | 05/02/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $3,460.87 |
| PAYMENT | 05/20/2010 | $30.74 | $0.00 | $20.74 | $10.00 | $3,460.87 |
| LATE FEE | 06/01/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $3,460.87 |
| PAYMENT | 06/14/2010 | $54.30 | $25.64 | $23.66 | $5.00 | $3,435.23 |
| LATE FEE | 07/02/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $3,435.23 |
| LATE FEE | 08/01/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $3,435.23 |
| PAYMENT | 08/02/2010 | $30.75 | $0.00 | $20.75 | $10.00 | $3,435.23 |
| PAYMENT | 09/01/2010 | $60.70 | $42.46 | $18.24 | $0.00 | $3,392.77 |
| LATE FEE | 10/03/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $3,392.77 |
| LATE FEE | 11/01/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $3,392.77 |
| PAYMENT | 11/15/2010 | $61.55 | $14.97 | $36.58 | $10.00 | $3,377.80 |
| LATE FEE | 12/02/2010 | $5.00 | $0.00 | $0.00 | $0.00 | $3,377.80 |
| LATE FEE | 01/02/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $3,377.80 |
| PAYMENT | 01/10/2011 | $69.79 | $32.59 | $27.20 | $10.00 | $3,345.21 |
| LATE FEE | 02/01/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $3,345.21 |
| PAYMENT | 02/08/2011 | $21.74 | $2.79 | $13.95 | $5.00 | $3,342.42 |
| LATE FEE | 03/04/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $3,342.42 |
| PAYMENT | 03/22/2011 | $65.99 | $40.83 | $20.16 | $5.00 | $3,297.60 |
| LATE FEE | 05/02/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $3,297.60 |
| PAYMENT | 05/28/2011 | $56.09 | $19.29 | $31.80 | $5.00 | $3,282.32 |
| PAYMENT | 06/24/2011 | $30.84 | $18.10 | $12.74 | $0.00 | $3,264.22 |
| PAYMENT | 07/27/2011 | $30.84 | $15.36 | $15.48 | $0.00 | $3,248.86 |
| LATE FEE | 09/01/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $3,248.86 |
| PAYMENT | 09/07/2011 | $35.38 | $10.77 | $19.61 | $5.00 | $3,238.09 |
| LATE FEE | 10/02/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $3,238.09 |
| PAYMENT | 10/13/2011 | $32.90 | $11.14 | $16.76 | $5.00 | $3,226.95 |
| LATE FEE | 11/01/2011 | $5.00 | $0.00 | $0.00 | $0.00 | $3,226.95 |
| PAYMENT | 11/03/2011 | $26.74 | $12.00 | $9.74 | $5.00 | $3,214.95 |
| PAYMENT | 11/24/2011 | $26.75 | $17.05 | $9.70 | $0.00 | $3,197.90 |
| PAYMENT | 12/16/2011 | $31.36 | $21.25 | $10.11 | $0.00 | $3,176.65 |
| PAYMENT | 01/19/2012 | $30.73 | $15.20 | $15.53 | $0.00 | $3,161.45 |
| PAYMENT | 02/23/2012 | $32.93 | $17.02 | $15.91 | $0.00 | $3,144.43 |
| PAYMENT | 03/21/2012 | $28.82 | $16.62 | $12.20 | $0.00 | $3,127.81 |
| PAYMENT | 04/26/2012 | $32.94 | $16.75 | $16.19 | $0.00 | $3,111.06 |
| PAYMENT | 05/22/2012 | $28.81 | $17.18 | $11.63 | $0.00 | $3,093.88 |
| PAYMENT | 06/20/2012 | $32.94 | $20.04 | $12.90 | $0.00 | $3,073.84 |
| PAYMENT | 07/19/2012 | $28.69 | $15.88 | $12.81 | $0.00 | $3,057.96 |
| PAYMENT | 08/23/2012 | $32.93 | $17.55 | $15.38 | $0.00 | $3,040.41 |
| PAYMENT | 09/19/2012 | $28.82 | $17.02 | $11.80 | $0.00 | $3,023.39 |
| PAYMENT | 10/23/2012 | $61.59 | $46.82 | $14.77 | $0.00 | $2,976.57 |
| PAYMENT | 11/21/2012 | $30.85 | $18.44 | $12.41 | $0.00 | $2,958.13 |
| PAYMENT | 12/18/2012 | $16.47 | $4.99 | $11.48 | $0.00 | $2,953.14 |
| PAYMENT | 01/24/2013 | $45.05 | $29.35 | $15.70 | $0.00 | $2,923.79 |
| PAYMENT | 02/20/2013 | $30.67 | $19.33 | $11.34 | $0.00 | $2,904.46 |
| PAYMENT | 03/20/2013 | $32.93 | $21.24 | $11.69 | $0.00 | $2,883.22 |
| PAYMENT | 04/09/2013 | $20.00 | $11.71 | $8.29 | $0.00 | $2,871.51 |
| PAYMENT | 04/23/2013 | $36.64 | $30.86 | $5.78 | $0.00 | $2,840.65 |
| PAYMENT | 05/22/2013 | $36.64 | $24.80 | $11.84 | $0.00 | $2,815.85 |
| PAYMENT | 07/17/2013 | $30.27 | $7.60 | $22.67 | $0.00 | $2,808.25 |
| PAYMENT | 08/18/2013 | $30.27 | $17.35 | $12.92 | $0.00 | $2,790.90 |
| ADJUSTMENT | 09/11/2013 | $0.13 | $0.00 | $0.00 | $0.00 | $2,790.90 |
| PAYMENT | 09/22/2013 | $36.83 | $22.90 | $13.93 | $0.00 | $2,768.00 |
| PAYMENT | 10/18/2013 | $36.64 | $26.28 | $10.36 | $0.00 | $2,741.72 |
| PAYMENT | 11/21/2013 | $26.43 | $13.01 | $13.42 | $0.00 | $2,728.71 |
| PAYMENT | 12/18/2013 | $31.43 | $20.83 | $10.60 | $0.00 | $2,707.88 |

This financial history removes offsetting transactions on your account that do not impact your loan balance. This is to avoid any confusion with administrative adjustments processed on your account.

Loan 5029350481051345

| Transaction | Effective Date | Transaction Amount | Principal Paid | Interest Paid | Fees Paid | Unpaid Principal Balance |
|---|---|---|---|---|---|---|
| PAYMENT | 02/04/2014 | $50.16 | $31.45 | $18.71 | $0.00 | $2,676.43 |
| PAYMENT | 03/17/2014 | $40.11 | $24.32 | $15.79 | $0.00 | $2,652.11 |
| PAYMENT | 04/21/2014 | $26.92 | $13.57 | $13.35 | $0.00 | $2,638.54 |
| PAYMENT | 05/17/2014 | $29.93 | $20.49 | $9.44 | $0.00 | $2,618.05 |
| PAYMENT | 06/17/2014 | $36.92 | $25.80 | $11.12 | $0.00 | $2,592.25 |
| PAYMENT | 06/17/2014 | $29.93 | $29.93 | $0.00 | $0.00 | $2,562.32 |
| PAYMENT | 07/17/2014 | $29.93 | $19.40 | $10.53 | $0.00 | $2,542.92 |
| PAYMENT | 07/22/2014 | $50.00 | $48.26 | $1.74 | $0.00 | $2,494.66 |
| PAYMENT | 08/17/2014 | $29.08 | $20.19 | $8.89 | $0.00 | $2,474.47 |
| PAYMENT | 08/18/2014 | $16.15 | $15.82 | $0.35 | $0.00 | $2,458.65 |
| PAYMENT | 09/17/2014 | $29.08 | $18.96 | $10.12 | $0.00 | $2,439.69 |
| PAYMENT | 10/17/2014 | $29.08 | $19.05 | $10.03 | $0.00 | $2,420.64 |
| PAYMENT | 10/23/2014 | $28.85 | $26.86 | $1.99 | $0.00 | $2,393.78 |
| PAYMENT | 11/17/2014 | $28.30 | $20.11 | $8.19 | $0.00 | $2,373.67 |
| PAYMENT | 12/17/2014 | $28.30 | $18.54 | $9.76 | $0.00 | $2,355.13 |
| PAYMENT | 12/18/2014 | $58.18 | $57.86 | $0.32 | $0.00 | $2,297.27 |
| PAYMENT | 01/08/2015 | $58.18 | $51.57 | $6.61 | $0.00 | $2,245.70 |
| PAYMENT | 01/17/2015 | $28.30 | $25.54 | $2.76 | $0.00 | $2,220.16 |
| PAYMENT | 02/17/2015 | $27.26 | $17.82 | $9.44 | $0.00 | $2,202.34 |
| PAYMENT | 03/17/2015 | $27.26 | $18.82 | $8.44 | $0.00 | $2,183.52 |
| PAYMENT | 04/17/2015 | $27.26 | $17.99 | $9.27 | $0.00 | $2,165.53 |
| PAYMENT | 05/17/2015 | $26.53 | $17.63 | $8.90 | $0.00 | $2,147.90 |
| PAYMENT | 05/20/2015 | $100.00 | $99.12 | $0.88 | $0.00 | $2,048.78 |
| PAYMENT | 06/17/2015 | $26.53 | $26.53 | $0.00 | $0.00 | $2,022.25 |
| PAYMENT | 06/17/2015 | $59.50 | $51.63 | $7.87 | $0.00 | $1,970.62 |
| PAYMENT | 07/10/2015 | $59.50 | $53.29 | $6.21 | $0.00 | $1,917.33 |
| PAYMENT | 07/17/2015 | $26.53 | $24.70 | $1.83 | $0.00 | $1,892.63 |
| PAYMENT | 08/17/2015 | $24.51 | $16.46 | $8.05 | $0.00 | $1,876.17 |
| PAYMENT | 08/18/2015 | $15.03 | $14.78 | $0.25 | $0.00 | $1,861.39 |
| PAYMENT | 09/17/2015 | $60.01 | $52.36 | $7.65 | $0.00 | $1,809.03 |
| PAYMENT | 09/17/2015 | $24.51 | $24.51 | $0.00 | $0.00 | $1,784.52 |
| PAYMENT | 10/07/2015 | $60.01 | $55.12 | $4.89 | $0.00 | $1,729.40 |
| PAYMENT | 10/17/2015 | $24.51 | $22.15 | $2.36 | $0.00 | $1,707.25 |
| PAYMENT | 11/17/2015 | $22.76 | $15.50 | $7.26 | $0.00 | $1,691.75 |
| PAYMENT | 12/17/2015 | $22.76 | $15.80 | $6.96 | $0.00 | $1,675.95 |
| PAYMENT | 01/17/2016 | $22.76 | $15.64 | $7.12 | $0.00 | $1,660.31 |
| PAYMENT | 02/17/2016 | $21.96 | $14.64 | $7.32 | $0.00 | $1,645.65 |
| PAYMENT | 03/17/2016 | $40.00 | $33.15 | $6.85 | $0.00 | $1,612.50 |
| PAYMENT | 04/18/2016 | $40.00 | $32.41 | $7.59 | $0.00 | $1,580.09 |
| PAYMENT | 05/17/2016 | $40.00 | $33.12 | $6.88 | $0.00 | $1,546.97 |
| PAYMENT | 06/21/2016 | $130.00 | $121.85 | $8.15 | $0.00 | $1,425.12 |
| PAYMENT | 07/24/2016 | $1,432.19 | $1,425.12 | $7.07 | $0.00 | $0.00 |

This financial history removes offsetting transactions on your account that do not impact your loan balance. This is to avoid any confusion with administrative adjustments processed on your account.

# NAVIENT.

P.O. Box 9640 Wilkes-Barre, PA 18773-9640
888-272-5543

Current Interest Rate: N/A
Original Disbursement: $3,100.00
Outstanding Principal: $0.00

Loan 5029350481051352

| Transaction | Effective Date | Transaction Amount | Principal Paid | Interest Paid | Fees Paid | Unpaid Principal Balance |
|---|---|---|---|---|---|---|
| DISBURSEMENT | 08/23/2001 | $1,550.00 | $0.00 | $0.00 | $0.00 | $1,550.00 |
| DISBURSEMENT FEE | 08/23/2001 | $93.00 | $0.00 | $0.00 | $0.00 | $1,643.00 |
| DISBURSEMENT | 01/09/2002 | $1,550.00 | $0.00 | $0.00 | $0.00 | $3,193.00 |
| DISBURSEMENT FEE | 01/09/2002 | $93.00 | $0.00 | $0.00 | $0.00 | $3,286.00 |
| CAPITALIZATION | 05/09/2005 | $759.39 | $0.00 | $0.00 | $0.00 | $4,045.39 |
| PAYMENT | 02/27/2006 | $44.74 | $0.00 | $44.74 | $0.00 | $4,045.39 |
| PAYMENT | 02/27/2006 | $15.70 | $0.00 | $15.70 | $0.00 | $4,045.39 |
| FORB PAYMENT | 05/31/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $3,995.39 |
| PAYMENT | 05/31/2006 | $50.00 | $0.00 | $50.00 | $0.00 | $4,045.39 |
| ADJUSTMENT | 05/31/2006 | $50.00 | $0.00 | $50.00 | $0.00 | $4,045.39 |
| CAPITALIZATION | 07/02/2006 | $321.43 | $0.00 | $0.00 | $0.00 | $4,366.82 |
| CAPITALIZATION | 08/05/2006 | $38.32 | $0.00 | $0.00 | $0.00 | $4,405.14 |
| LATE FEE | 09/01/2006 | $5.00 | $0.00 | $0.00 | $5.00 | $4,405.14 |
| LATE FEE | 10/02/2006 | $5.00 | $0.00 | $0.00 | $5.00 | $4,405.14 |
| FORB PAYMENT | 10/17/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $4,455.14 |
| FORB FEE | 10/17/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $4,405.14 |
| CAPITALIZATION | 01/18/2007 | $193.25 | $0.00 | $0.00 | $0.00 | $4,598.39 |
| LATE FEE | 03/04/2007 | $5.00 | $0.00 | $0.00 | $5.00 | $4,598.39 |
| FORB PAYMENT | 03/28/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $4,598.39 |
| FORB FEE | 03/28/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $4,648.39 |
| CAPITALIZATION | 05/18/2007 | $148.82 | $0.00 | $0.00 | $0.00 | $4,747.21 |
| LATE FEE | 07/02/2007 | $5.00 | $0.00 | $0.00 | $5.00 | $4,747.21 |
| FORB PAYMENT | 07/30/2007 | $59.45 | $0.00 | $39.45 | $20.00 | $4,747.21 |
| FORB FEE | 07/30/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $4,797.21 |
| PAYMENT | 07/30/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $4,747.21 |
| PAYMENT | 10/09/2007 | $9.40 | $0.00 | $9.40 | $0.00 | $4,747.21 |
| CAPITALIZATION | 11/18/2007 | $190.08 | $0.00 | $0.00 | $0.00 | $4,937.29 |
| LATE FEE | 01/01/2008 | $5.00 | $0.00 | $0.00 | $5.00 | $4,937.29 |
| CAPITALIZATION | 01/14/2008 | $75.66 | $0.00 | $0.00 | $0.00 | $5,012.95 |
| PAYMENT | 01/31/2008 | $109.40 | $83.25 | $21.15 | $5.00 | $4,929.70 |
| LATE FEE | 05/02/2008 | $5.00 | $0.00 | $0.00 | $5.00 | $4,929.70 |
| FORB PAYMENT | 05/13/2008 | $5.00 | $0.00 | $0.00 | $0.00 | $4,929.70 |
| FORB FEE | 05/13/2008 | $50.00 | $0.00 | $0.00 | $0.00 | $4,979.70 |
| CAPITALIZATION | 06/20/2008 | $159.67 | $0.00 | $0.00 | $0.00 | $5,089.37 |
| LATE FEE | 08/01/2008 | $5.00 | $0.00 | $0.00 | $5.00 | $5,089.37 |
| LATE FEE | 09/01/2008 | $5.00 | $0.00 | $0.00 | $5.00 | $5,089.37 |
| PAYMENT | 09/12/2008 | $58.99 | $0.00 | $43.99 | $15.00 | $5,089.37 |
| FORB PAYMENT | 09/24/2008 | $50.00 | $0.00 | $0.00 | $0.00 | $5,139.37 |
| FORB FEE | 09/24/2008 | $50.00 | $0.00 | $0.00 | $0.00 | $5,089.37 |
| CAPITALIZATION | 12/18/2008 | $133.15 | $0.00 | $0.00 | $0.00 | $5,222.52 |
| LATE FEE | 02/01/2009 | $5.00 | $0.00 | $0.00 | $5.00 | $5,222.52 |
| PAYMENT | 02/18/2009 | $94.01 | $33.82 | $55.19 | $5.00 | $5,188.70 |
| LATE FEE | 04/01/2009 | $5.00 | $0.00 | $0.00 | $5.00 | $5,188.70 |
| PAYMENT | 04/09/2009 | $91.54 | $44.77 | $41.77 | $5.00 | $5,143.93 |
| LATE FEE | 06/01/2009 | $5.00 | $0.00 | $0.00 | $5.00 | $5,143.93 |
| PAYMENT | 06/08/2009 | $58.94 | $9.57 | $44.37 | $5.00 | $5,134.36 |
| LATE FEE | 07/02/2009 | $5.00 | $0.00 | $0.00 | $5.00 | $5,134.36 |
| PAYMENT | 07/06/2009 | $43.33 | $17.67 | $20.66 | $5.00 | $5,116.69 |
| LATE FEE | 08/02/2009 | $5.00 | $0.00 | $0.00 | $5.00 | $5,116.69 |
| PAYMENT | 08/12/2009 | $76.77 | $44.56 | $27.21 | $5.00 | $5,072.13 |
| PAYMENT | 10/01/2009 | $59.06 | $22.61 | $36.45 | $0.00 | $5,049.52 |
| LATE FEE | 11/01/2009 | $5.00 | $0.00 | $0.00 | $5.00 | $5,049.52 |
| PAYMENT | 11/13/2009 | $33.66 | $0.00 | $28.66 | $5.00 | $5,049.52 |
| LATE FEE | 12/02/2009 | $5.00 | $0.00 | $0.00 | $5.00 | $5,049.52 |

This financial history removes offsetting transactions on your account that do not impact your loan balance. This is to avoid any confusion with administrative adjustments processed on your account.

Loan 5029350481051352

| Transaction | Effective Date | Transaction Amount | Principal Paid | Interest Paid | Fees Paid | Unpaid Principal Balance |
|---|---|---|---|---|---|---|
| PAYMENT | 12/15/2009 | $36.69 | $5.91 | $25.78 | $5.00 | $5,043.61 |
| LATE FEE | 01/01/2010 | $5.00 | $0.00 | $0.00 | $5.00 | $5,043.61 |
| PAYMENT | 01/24/2010 | $94.46 | $60.47 | $28.99 | $5.00 | $4,983.14 |
| LATE FEE | 03/04/2010 | $5.00 | $0.00 | $0.00 | $5.00 | $4,983.14 |
| PAYMENT | 03/30/2010 | $44.27 | $0.00 | $39.27 | $5.00 | $4,983.14 |
| LATE FEE | 04/01/2010 | $5.00 | $0.00 | $0.00 | $5.00 | $4,983.14 |
| LATE FEE | 05/02/2010 | $5.00 | $0.00 | $0.00 | $5.00 | $4,983.14 |
| PAYMENT | 05/20/2010 | $44.26 | $0.00 | $34.26 | $10.00 | $4,983.14 |
| LATE FEE | 06/01/2010 | $5.00 | $0.00 | $0.00 | $5.00 | $4,983.14 |
| PAYMENT | 06/14/2010 | $78.19 | $45.72 | $27.47 | $5.00 | $4,937.42 |
| LATE FEE | 07/02/2010 | $5.00 | $0.00 | $0.00 | $5.00 | $4,937.42 |
| LATE FEE | 08/01/2010 | $5.00 | $0.00 | $0.00 | $5.00 | $4,937.42 |
| PAYMENT | 08/02/2010 | $44.25 | $0.00 | $34.25 | $10.00 | $4,937.42 |
| PAYMENT | 09/01/2010 | $87.30 | $65.49 | $21.81 | $0.00 | $4,871.93 |
| LATE FEE | 10/03/2010 | $5.00 | $0.00 | $0.00 | $5.00 | $4,871.93 |
| LATE FEE | 11/01/2010 | $5.00 | $0.00 | $0.00 | $5.00 | $4,871.93 |
| PAYMENT | 11/15/2010 | $88.45 | $25.93 | $52.52 | $10.00 | $4,846.00 |
| LATE FEE | 12/02/2010 | $5.00 | $0.00 | $0.00 | $5.00 | $4,846.00 |
| LATE FEE | 01/02/2011 | $5.00 | $0.00 | $0.00 | $5.00 | $4,846.00 |
| PAYMENT | 01/10/2011 | $100.21 | $51.20 | $39.01 | $10.00 | $4,794.80 |
| LATE FEE | 02/01/2011 | $5.00 | $0.00 | $0.00 | $5.00 | $4,794.80 |
| PAYMENT | 02/08/2011 | $31.22 | $6.24 | $19.98 | $5.00 | $4,788.56 |
| LATE FEE | 03/04/2011 | $5.00 | $0.00 | $0.00 | $5.00 | $4,788.56 |
| PAYMENT | 03/22/2011 | $94.61 | $60.71 | $28.90 | $5.00 | $4,727.85 |
| LATE FEE | 05/02/2011 | $5.00 | $0.00 | $0.00 | $5.00 | $4,727.85 |
| PAYMENT | 05/28/2011 | $80.35 | $29.81 | $45.54 | $5.00 | $4,698.04 |
| PAYMENT | 06/24/2011 | $44.16 | $25.93 | $18.23 | $0.00 | $4,672.11 |
| PAYMENT | 07/27/2011 | $44.16 | $22.00 | $22.16 | $0.00 | $4,650.11 |
| LATE FEE | 09/01/2011 | $5.00 | $0.00 | $0.00 | $5.00 | $4,650.11 |
| PAYMENT | 09/07/2011 | $50.62 | $17.55 | $28.07 | $5.00 | $4,632.56 |
| LATE FEE | 10/02/2011 | $5.00 | $0.00 | $0.00 | $5.00 | $4,632.56 |
| PAYMENT | 10/13/2011 | $47.10 | $18.13 | $23.97 | $5.00 | $4,614.43 |
| LATE FEE | 11/01/2011 | $5.00 | $0.00 | $0.00 | $5.00 | $4,614.43 |
| PAYMENT | 11/03/2011 | $38.26 | $19.33 | $13.93 | $5.00 | $4,595.10 |
| PAYMENT | 11/24/2011 | $38.25 | $24.38 | $13.87 | $0.00 | $4,570.72 |
| PAYMENT | 12/16/2011 | $44.86 | $30.41 | $14.45 | $0.00 | $4,540.31 |
| PAYMENT | 01/19/2012 | $43.95 | $21.76 | $22.19 | $0.00 | $4,518.55 |
| PAYMENT | 02/23/2012 | $47.07 | $24.34 | $22.73 | $0.00 | $4,494.21 |
| PAYMENT | 03/21/2012 | $41.18 | $23.74 | $17.44 | $0.00 | $4,470.47 |
| PAYMENT | 04/26/2012 | $47.06 | $23.93 | $23.13 | $0.00 | $4,446.54 |
| PAYMENT | 05/22/2012 | $41.19 | $24.57 | $16.62 | $0.00 | $4,421.97 |
| PAYMENT | 06/20/2012 | $47.06 | $28.62 | $18.44 | $0.00 | $4,393.35 |
| PAYMENT | 07/19/2012 | $41.01 | $22.69 | $18.32 | $0.00 | $4,370.66 |
| PAYMENT | 08/23/2012 | $47.07 | $25.08 | $21.99 | $0.00 | $4,345.58 |
| PAYMENT | 09/19/2012 | $41.18 | $24.32 | $16.86 | $0.00 | $4,321.26 |
| PAYMENT | 10/23/2012 | $88.02 | $66.91 | $21.11 | $0.00 | $4,254.35 |
| PAYMENT | 11/21/2012 | $44.09 | $26.36 | $17.73 | $0.00 | $4,227.99 |
| PAYMENT | 12/18/2012 | $23.53 | $7.12 | $16.41 | $0.00 | $4,220.87 |
| PAYMENT | 01/24/2013 | $64.40 | $41.96 | $22.44 | $0.00 | $4,178.91 |
| PAYMENT | 02/20/2013 | $43.84 | $27.62 | $16.22 | $0.00 | $4,151.29 |
| PAYMENT | 03/20/2013 | $47.07 | $30.36 | $16.71 | $0.00 | $4,120.93 |
| PAYMENT | 04/09/2013 | $20.00 | $8.15 | $11.85 | $0.00 | $4,112.78 |
| PAYMENT | 04/23/2013 | $43.36 | $35.08 | $8.28 | $0.00 | $4,077.70 |
| PAYMENT | 05/22/2013 | $43.36 | $26.36 | $17.00 | $0.00 | $4,051.34 |
| PAYMENT | 07/17/2013 | $43.36 | $10.75 | $32.61 | $0.00 | $4,040.59 |
| PAYMENT | 08/18/2013 | $43.36 | $24.76 | $18.60 | $0.00 | $4,015.83 |
| ADJUSTMENT | 09/11/2013 | $0.19 | $0.00 | $0.00 | $0.00 | $4,015.83 |
| PAYMENT | 09/22/2013 | $43.17 | $23.14 | $20.03 | $0.00 | $3,992.69 |
| PAYMENT | 10/18/2013 | $43.36 | $28.42 | $14.94 | $0.00 | $3,964.27 |
| PAYMENT | 11/21/2013 | $43.57 | $24.17 | $19.40 | $0.00 | $3,940.10 |

This financial history removes offsetting transactions on your account that do not impact your loan balance. This is to avoid any confusion with administrative adjustments processed on your account.

Loan 5029350481051352

| Transaction | Effective Date | Transaction Amount | Principal Paid | Interest Paid | Fees Paid | Unpaid Principal Balance |
|---|---|---|---|---|---|---|
| PAYMENT | 12/18/2013 | $43.57 | $28.26 | $15.31 | $0.00 | $3,911.84 |
| PAYMENT | 02/04/2014 | $89.84 | $62.82 | $27.02 | $0.00 | $3,849.02 |
| PAYMENT | 03/17/2014 | $39.89 | $17.18 | $22.71 | $0.00 | $3,831.84 |
| PAYMENT | 04/21/2014 | $43.08 | $23.78 | $19.30 | $0.00 | $3,808.06 |
| PAYMENT | 05/17/2014 | $43.08 | $29.46 | $13.62 | $0.00 | $3,778.60 |
| PAYMENT | 06/17/2014 | $43.08 | $43.08 | $0.00 | $0.00 | $3,735.52 |
| PAYMENT | 06/17/2014 | $43.08 | $27.03 | $16.05 | $0.00 | $3,708.49 |
| PAYMENT | 07/17/2014 | $43.08 | $27.84 | $15.24 | $0.00 | $3,680.65 |
| PAYMENT | 08/17/2014 | $42.10 | $26.47 | $15.63 | $0.00 | $3,654.18 |
| PAYMENT | 08/18/2014 | $23.85 | $23.35 | $0.50 | $0.00 | $3,630.83 |
| PAYMENT | 09/17/2014 | $42.10 | $27.18 | $14.92 | $0.00 | $3,603.65 |
| PAYMENT | 10/17/2014 | $42.10 | $27.29 | $14.81 | $0.00 | $3,576.36 |
| PAYMENT | 10/23/2014 | $24.00 | $21.05 | $2.95 | $0.00 | $3,555.31 |
| PAYMENT | 11/17/2014 | $41.82 | $29.65 | $12.17 | $0.00 | $3,525.66 |
| PAYMENT | 12/17/2014 | $41.82 | $27.32 | $14.50 | $0.00 | $3,498.34 |
| PAYMENT | 12/18/2014 | $41.82 | $41.35 | $0.47 | $0.00 | $3,456.99 |
| PAYMENT | 01/08/2015 | $41.82 | $31.87 | $9.95 | $0.00 | $3,425.12 |
| PAYMENT | 01/17/2015 | $41.82 | $37.60 | $4.22 | $0.00 | $3,387.52 |
| PAYMENT | 02/17/2015 | $41.03 | $26.63 | $14.40 | $0.00 | $3,360.89 |
| PAYMENT | 03/17/2015 | $41.03 | $28.14 | $12.89 | $0.00 | $3,332.75 |
| PAYMENT | 04/17/2015 | $41.03 | $26.87 | $14.16 | $0.00 | $3,305.88 |
| PAYMENT | 05/17/2015 | $40.50 | $26.92 | $13.58 | $0.00 | $3,278.96 |
| PAYMENT | 06/17/2015 | $40.50 | $26.56 | $13.94 | $0.00 | $3,252.40 |
| PAYMENT | 06/17/2015 | $40.50 | $40.50 | $0.00 | $0.00 | $3,211.90 |
| PAYMENT | 07/10/2015 | $40.50 | $30.38 | $10.12 | $0.00 | $3,181.52 |
| PAYMENT | 07/17/2015 | $40.50 | $37.45 | $3.05 | $0.00 | $3,144.07 |
| PAYMENT | 08/17/2015 | $39.99 | $26.64 | $13.35 | $0.00 | $3,117.43 |
| PAYMENT | 08/18/2015 | $24.97 | $24.55 | $0.42 | $0.00 | $3,092.88 |
| PAYMENT | 09/17/2015 | $39.99 | $39.99 | $0.00 | $0.00 | $3,052.89 |
| PAYMENT | 09/17/2015 | $39.99 | $27.27 | $12.72 | $0.00 | $3,025.62 |
| PAYMENT | 10/07/2015 | $39.99 | $31.70 | $8.29 | $0.00 | $2,993.92 |
| PAYMENT | 10/17/2015 | $39.99 | $35.89 | $4.10 | $0.00 | $2,958.03 |
| PAYMENT | 11/17/2015 | $38.62 | $26.05 | $12.57 | $0.00 | $2,931.98 |
| PAYMENT | 12/17/2015 | $38.62 | $26.58 | $12.04 | $0.00 | $2,905.40 |
| PAYMENT | 01/17/2016 | $38.62 | $26.27 | $12.35 | $0.00 | $2,879.13 |
| PAYMENT | 02/17/2016 | $38.09 | $25.40 | $12.69 | $0.00 | $2,853.70 |
| PAYMENT | 03/17/2016 | $40.00 | $28.12 | $11.88 | $0.00 | $2,825.58 |
| PAYMENT | 04/18/2016 | $40.00 | $26.70 | $13.30 | $0.00 | $2,798.88 |
| PAYMENT | 05/17/2016 | $60.00 | $47.81 | $12.19 | $0.00 | $2,751.07 |
| PAYMENT | 06/21/2016 | $13.74 | $0.00 | $13.74 | $0.00 | $2,751.07 |
| PAYMENT | 07/18/2016 | $50.00 | $38.10 | $11.90 | $0.00 | $2,712.97 |
| PAYMENT | 07/24/2016 | $50.00 | $47.55 | $2.45 | $0.00 | $2,665.42 |
| PAYMENT | 08/17/2016 | $2,675.03 | $2,665.42 | $9.61 | $0.00 | $0.00 |

This financial history removes offsetting transactions on your account that do not impact your loan balance. This is to avoid any confusion with administrative adjustments processed on your account.

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                    **PLAINTIFF**

**VS.**                                                        **NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN AUTHORITY**
**OF THE STATE OF MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION; CONDUENT**
**EDUCATION SERVICES, LLC f/k/a**
**ACS EDUCATION SERVICES, INC.**                              **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Conduent Education Services
      f/k/a ACS Education Services, Inc.
      100 Campus Drive
      Florham Park, NJ 07932

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND**
**YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to

Lindsey O. Watson, the attorney for the Plaintiff, whose address is 108 West Leake Street, Clinton,

MS 39056.  Your response must be mailed or delivered within thirty (30) days from the date of

delivery of this Summons and Complaint or a judgment by default will be entered against you for

the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a

reasonable time afterward.

Issued under my hand and the seal of said Court, this ⁤4th⁤ day of February, 2023.

                                        Clerk of the Circuit Court
                                        Madison County, Mississippi

                                        By: _Anita Wny_
                                        _____ D.C.

Lindsey O. Watson, Esq.
Charles R. Fillbanks, Jr., Esq.
WATSON & NORRIS, PLLC
108 West Leake Street
Clinton, MS 39056
Telephone: 601-952-3600
*Attorney for Plaintiff*

## PROOF OF SERVICE - SUMMONS

Conduent Education Services f/k/a ACS Education Services, Inc.
100 Campus Drive, Florham Park, NJ, 07932

     I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

    \_\_\_\_\_ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B)*.

    \_\_\_\_PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____ 2023, where I found said person(s) in _____ County of the State of Mississippi.

    \_\_\_\_ RESIDENCE SERVICE. After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the \_\_\_\_\_ day of _____ 2023, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the \_\_\_\_\_ day of _____ 2023, I mailed (by first class mail, postage paid) copies to the person served at his or her usual place of abode where the copies were left.

    \_\_\_\_ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class, postage prepaid, requiring a return receipt) copies to the person served.

    At the time of service I was at least 18 years of age and not a party to this action.
Fee for service $_____
Process server must list below: *[Please print or type]*

Name_____
Social Security No._____
Address_____
_____
Telephone No._____

State of _____ )
County of _____ )

    Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first duly sworn stated on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server

    Sworn to and subscribed before me this the \_\_\_\_\_ day of _____, 2023.

_____    (SEAL)
Notary Public
My Commission Expires

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                                         **PLAINTIFF**

**v.**                                                                         **CIVIL ACTION NO.: 2023-0068**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                              **DEFENDANTS**

### <u>NOTICE OF SERVICE</u>

NOTICE IS HEREBY GIVEN, pursuant to the local rules of this Court, that Plaintiff

Jamerial Benson has this date served Plaintiff's Responses to Navient Corporation's First Set

of Requests for Admissions on all counsel of record via email.

RESPECTFULLY SUBMITTED this the 4th day of August, 2023.

*/s/ Lindsey O. Watson*
Lindsey O. Watson (MS Bar # 103329)
Charles R. Wilbanks, Jr. (MS Bar #7193)
WILBANKS & DOWD, PLLC
108 West Leake Street
Clinton, Mississippi 39056
Telephone No.: (601) 952-3600
Fax No.: (601) 952-3601
Email:  lindsey@wilbanksdowd.com
chip@wilbanksdowd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date, electronically filed a notice of service of the foregoing with the clerk of the Court using the MEC system which will send notification of such filing all counsel of record.

This is the 4th day of August, 2023.

*/s/ Lindsey O. Watson*
Lindsey O. Watson

## PROOF OF SERVICE - SUMMONS

Conduent Education Services f/k/a ACS Education Services, Inc.
100 Campus Drive, Florham Park, NJ, 07932

     I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

     _____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.  By mailing (by first class, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender *(Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).*

     _____PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____ 2023, where I found said person(s) in _____ County of the State of Mississippi.

     _____ RESIDENCE SERVICE.  After exercising reasonable diligence, I was unable to deliver copies to said person within _____ County, Mississippi.  I served the summons and complaint on the _____ day of _____ 2023, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter, or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____ 2023, I mailed (by first class mail, postage paid) copies to the person served at his or her usual place of abode where the copies were left.

     X CERTIFIED MAIL SERVICE.  By mailing to an address outside Mississippi (by first class, postage prepaid, requiring a return receipt) copies to the person served.

     At the time of service I was at least 18 years of age and not a party to this action.
Fee for service $ 0
Process server must list below:  *[Please print or type]*

Name Laurie Simon
Social Security No. _____
Address 108 W. Leake St.
_____ Clinton, MS 39047
Telephone No. 601 952 3600

State of Mississippi )
County of Madison )

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named Laurie Simon _____ who being first duly sworn stated on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

Laurie Simon
Process Server

Sworn to and subscribed before me this the 23rd day of August, 2023.

Lindsey Watson _____ (SEAL)
Notary Public
My Commission Expires

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 336368
LINDSEY WATSON
Commission Expires
Oct. 23, 2026
MADISON COUNTY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Conduent Education Serv.
f/k/a ACS Education Serv.
100 Campus Dr.
Florham Park, NJ 07932

9590 9402 5812 0034 3662 02

2. Article Number (Transfer from service label)

7014 2870 0002 2681 3542

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Darryl Mikell
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Warryl MiKell     8/14/2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #



9590 9402 5812 0034 3662 02

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Wilbanks & Dowd, PLLC
ATTN: Laurie Simon
108 W. Leake St.
Clinton, MS 39056

## IN THE CIRCUIT COURT OF MADISON COUNTY, MISSISSIPPI

**JAMERIAL BENSON**                                                          **PLAINTIFF**

**VS.**                                                          **NO. 45CI1:23-CV-00068-JA**

**HIGHER EDUCATION LOAN AUTHORITY**
**OF THE STATE OF MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION; CONDUENT**
**EDUCATION SERVICES, LLC f/k/a**
**ACS EDUCATION SERVICES, INC.**                                   **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:    Conduent Education Services
       f/k/a ACS Education Services, Inc.
       100 Campus Drive
       Florham Park, NJ 07932

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS**.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Lindsey O. Watson, the attorney for the Plaintiff, whose address is 108 West Leake Street, Clinton, MS 39056.  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 4th day of February, 2023.

(SEAL)

Clerk of the Circuit Court
Madison County, Mississippi

By: _Anita Wray_
    _____ D.C.

Lindsey O. Watson, Esq.
Charles R. Wilbanks, Jr., Esq.
WILBANKS & DOWD
108 West Leake Street
Clinton, MS 39056
Telephone: 601-952-3600
*Attorney for Plaintiff*