IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMERIAL BENSON**                                                                                         **PLAINTIFF**

V.                                                                    CIVIL ACTION NO. 3:23-cv-564-TSL-RPM

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA
NAVIENT CORPORATION;
CONDUENT EDUCATION SERVICES, LLC
f/k/a ACS EDUCATION SERVICES, INC.**                                          **DEFENDANTS**

## JOINDER IN REMOVAL

Defendant Higher Education Loan Authority of the State of Missouri d/b/a MOHELA ("MOHELA") hereby joins in the Notice of Removal filed by Defendant Navient Corporation ("Navient") [Dkt. #1]. MOHELA incorporates by reference the full contents of the Notice of Removal filed by Navient as if fully stated herein and requests that this Court assume full and complete jurisdiction over this action and grant such other and further relief as the Court may deem just and proper.

This the 30th day of August, 2023.

Respectfully submitted,

**HIGHER EDUCATION LOAN
AUTHORITY OF THE STATE OF
MISSOURI d/b/a MOHELA**

BY:   */s/Charles E. Cowan*
         CHARLES E. COWAN (MSB #104478)

1

**OF COUNSEL:**

CHARLES E. COWAN (MSB #104478)
**Wise Carter Child & Caraway, P. A.**
Post Office Box 651
Jackson, Mississippi   39205
P: 601.968.5514
F: 601.968.5530
cec@wisecarter.com

**CERTIFICATE OF SERVICE**

I, Charles E. Cowan, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which sent notification to all counsel of record.

SO CERTIFIED, this the 30th day of August, 2023.

*/s/ Charles E. Cowan*
CHARLES E. COWAN
