**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JAMERIAL BENSON**                                                                                   **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO.: 3:23-CV-564-TSL-RPM**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                                                **DEFENDANTS**

### FED. R. CIV. P. 41 STIPULATION OF DIMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jamerial Benson voluntarily stipulates to the dismissal without prejudice of Defendant Conduent Education Services, LLC f/k/a ACS Education Services, Inc. without prejudice.  This stipulation is signed below by counsel for all parties who have appeared in this action to date.

Dated this the 4th day of December, 2023.

Respectfully submitted,

**JAMERIAL BENSON**

BY: */s/ Lindsey O. Watson*
Lindsey O. Watson (MS Bar # 103329)
WILBANKS & DOWD, PLLC
108 West Leake Street
Clinton, Mississippi 39056
Telephone No.: (601) 952-3600
Fax No.: (601) 952-3601
lindsey@wilbanksdowd.com

STIPULATED BY:

*/s/ Erin Saltaformaggio*
Erin Saltaformaggio (MS Bar # 103999)
BRADLEY ARANT BOULT CUMMINGS, LLP
Post Office Box 1789
Jackson, MS 39215-1789
Telephone:   (601) 948-8000
Facsimile:     (601) 948-3000
esaltaformaggio@bradley.com
*Attorney of Record for Conduent Education Services, LLC*
*f/k/a ACS Education Services, Inc.*

*/s/ Charles Cowan*
Charles Cowan
Wise Carter Child & Caraway, P.A.
P.O. Box 651
Jackson, MS 39205-0651
401 E Capitol St. 600 Heritage Building
Jackson, MS 39201
P:601.968.5514
F:601.968.5593
cec@wisecarter.com

Matthew Guletz – PHV
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63191
P: 314.552.600
F: 314.552.7000
mguletz@thompsoncoburn.com
*Attorneys of Record for Higher Education Loan Authority for the State of Missouri*

*/s/ R. Christopher White*
J. Carter Thompson, Jr. (MSB # 8195)
R. Christopher White (MS Bar No. 105509)
Baker Donelson Bearman Caldwell & Berkowitz, PC
Post Office Box 14167
Jackson, Mississippi  39236-4167
Telephone: (601) 351-2400
Facsimile: (601) 351-2424
cthompson@bakerdonelson.com
rcwhite@bakerdonelson.com
*Attorneys of Record for Navient Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date, filed the foregoing Stipulation with the clerk of the Court using the CM/ECF electronic filing system which will send notification of such filing all counsel of record.

This is the 4th day of December, 2023.

/s/ *Lindsey O. Watson*
LINDSEY O. WATSON