IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMERIAL BENSON**                                                                   **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 3:23-cv-564-TSL-RPM**

**HIGHER EDUCATION LOAN**
**AUTHORITY OF THE STATE OF**
**MISSOURI d/b/a MOHELA;**
**NAVIENT CORPORATION;**
**CONDUENT EDUCATION SERVICES, LLC**
**f/k/a ACS EDUCATION SERVICES, INC.**                    **DEFENDANTS**

## JOINDER IN REMOVAL

Notice is hereby given, pursuant to local rules, that Defendant Higher Education Loan Authority of the State of Missourri d/b/a MOHELA, by and through counsel, has this date served to counsel of record in the above-entitled action:

1. MOHELA's Rule 26(a)(1) Initial Disclosures

This the 8th day of December, 2023.

                                                                          Respectfully submitted,

                                                                          **HIGHER EDUCATION LOAN**
                                                                          **AUTHORITY OF THE STATE OF**
                                                                          **MISSOURI d/b/a MOHELA**

                                        BY:    */s/Charles E. Cowan*
                                                             CHARLES E. COWAN (MSB #104478)

**OF COUNSEL:**

CHARLES E. COWAN (MSB #104478)
**Wise Carter Child & Caraway, P. A.**
Post Office Box 651
Jackson, Mississippi   39205
P: 601.968.5514
F: 601.968.5530
cec@wisecarter.com

and

MATTHEW D. GULETZ (admitted pro hac vice)
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
P: (314) 552-6311
F: (314) 552-7000
mguletz@thompsoncoburn.com

**CERTIFICATE OF SERVICE**

I, Charles E. Cowan, do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which sent notification to all counsel of record.

SO CERTIFIED, this the 8th day of December, 2023.

/s/ Charles E. Cowan
CHARLES E. COWAN